# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF GEORGIA
# MACON DIVISION

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA**, | : | |
| | : | |
| v. | : | Case No. 5:02-CR-27 (CAR) |
| | : | |
| **DWIGHT D. YORK, a/k/a** | : | |
| **MALAKAI Z. YORK,** | : | |
| **ISA MUHAMMAD, and** | : | |
| **ISA ALIHAD MAHDI,** | : | |
| | : | |
| **Defendant.** | : | |
| _____ | | |

### *ORDER ON REMAINING MOTIONS*

Upon review of the file in the above-captioned case, the Court notes that a number of motions remain open. With regard to those remaining motions, the Court hereby rules as follows:

1. Defendant's Motion to Withdraw as Attorney and Motion to Continue Sentencing Hearing (Doc. 261) were **GRANTED**.

2. Defendant's Motion for Emergency, Sealed, Closed Ex Parte Hearing (Doc. 261) is moot and is therefore **DISMISSED**.

3. The Government's Motion to Require Defendant to Pay Part of the Cost of Prosecution (Doc. 265) is **DENIED**.

4. The Government's Motion for Hearing Regarding Potential Conflict of Interest (Doc. 295) is moot and is therefore **DISMISSED**.

5. The Government's Motion for Interlocutory Sale (Doc. 324) is **DENIED**.

6. The Third-Party Claimants' Motion to Propose Stipulations of Fact (Doc. 325) was **DENIED**.

7. The Government's Motion to Strike Third-Party Claimants' Motion to Quash and Request for Summary Judgment (Doc. 328) is moot, and is therefore **DISMISSED**.

8. Third-Party Claimants' Motion to Quash and Motion for Grant of Summary Judgment (Doc. 332) were **DENIED**.

9. Third-Party Claimants' Motion for Reconsideration (Doc. 334) is **DENIED**.

10. The Motion to Intervene of Dr. William S. Thompson (Doc. 353) is **DENIED**.

11. Third-Party Claimants' Motion to Withdraw as Attorney (Doc. 359) is moot, and is therefore **DISMISSED**.

12. Third-Party Claimants' Motion to Withdraw Motion to Withdraw (Doc. 360) is **GRANTED**.

13. Defendant's Motion to Reinstate and/or Reconsider New Trial Motion and Motion for Judgment of Acquittal (Doc. 363) is hereby construed as a motion for reconsideration of the Court's August 31, 2004 Order (Doc. 354) denying Defendant's first Motion to Reinstate and/or Reconsider Motion for New Trial and for Judgment of Acquittal and is **DENIED**.

This case, which is currently on appeal before the Eleventh Circuit Court of Appeals, is to be closed.

**SO ORDERED** this 28th day of January, 2005.

s/ C. ASHLEY ROYAL
C. ASHLEY ROYAL
UNITED STATES DISTRICT JUDGE

CW/jec