# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF GEORGIA

## CERTIFICATE OF SERVICE

I certify that on     01/31/05     , a true and accurate copy of

document number  371  in criminal action number 5:02-CR-27-CAR was

sent via the court's electronic filing system to the parties or attorneys

of record indicated to receive electronic mail on the Notice of

Electronic Filing (NEF). In addition, any party or attorney of record

shown on the NEF to receive notice by other means has been served a

copy of this document via first class mail, postage prepaid.

s/ Amy M. NeSmith
Deputy Clerk