UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF GEORGIA
MACON DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | : |
| | : |
| Plaintiff, | : |
| | : |
| vs. | : CASE NO. 5:02-CR-27-CAR |
| | : |
| DWIGHT D. YORK, A/K/A | : |
| MALAKAI Z. YORK, | : |
| ISA MUHAMMAD, and | : |
| ISA ALIHAD MAHDI, | : |
| | : |
| Defendant. | : |
| _____ | : |

## GOVERNMENT'S MOTION FOR AN ORDER PERMITTING
## THE DESTRUCTION OF FIREARMS

COMES NOW the United States of America, by and through Maxwell Wood, United States Attorney for the Middle District of Georgia, and Assistant United States Attorney, Verda M. Colvin, and moves this Court for an order permitting the destruction of the following firearms, to-wit:

1. Ruger, Model Mini-14, .223 caliber rifle, Serial # 195-88915;

2. Norinco, Model 98, 12 Gauge shotgun, Serial # 0013853;

3. Norinco, Model 56S-1. 7.72X39mm rifle, Serial # 610717

4. Mauser, Model 98, 8mm rifle, Serial # 5174hh

5. Mossberg, Model 500AFP, 12 Gauge Shotgun, Serial # H886191

6. Browning, Model 1886, .45-70 rifle, Serial # 04153NY1C7

7. Glock, Model 19, 9mm pistol, Serial # BCN147US

8. Norinco, Model MAK90, 7.62x39mm rifle, Serial # 9407023

9. Maverick, Model 88, 12 Gauge shotgun, Serial # MV45249H

10. Ruger, Model P94, .40 caliber pistol, Serial # 341-00047

11. Glock, Model 19, 9mm pistol, Serial # DAS223US

12. Glock, Model 23, .40 caliber pistol, Serial # CFH638US

13. Smith & Wesson, Model Sigma, .40 caliber pistol, Serial # PAY4192

14. Czeska Zbrojovka, Model CZ52, 7.62x25mm pistol, Serial # CB01505

15. Maverick, Model 88, 12 Gauge shotgun, Serial # MV21527F

16. Marlin, Model 336CS, .35 Remington rifle, Serial # 10044492

17. Ruger, Model Mini-14, .223 caliber rifle, Serial # 196-24156

18. Savage-Stevens, Model 620, 12 Gauge shotgun, Serial # 26546B

19. Glock, Model 22, .40 caliber pistol, Serial # DZV906US

20. Polytech, Model AK47S, 7.62x39mm rifle, Serial # 8705322

21. Glock, Model 22, .40 caliber pistol, Serial # DLN668US

22. Springfield, Model M1A, .308 caliber rifle, Serial # 045781

23. Taurus, Model 85, .38 Special revolver, Serial # MC81266

24. Heckler & Koch, Model HK91, .308 caliber rifle, Serial # A040442

25. Ruger, Blackhawk, .45 caliber revolver, Serial # 47-15905

26. Heckler & Koch, Model HK91, .308 caliber rifle, Serial # A059100

27. Polytech, Model AK47-47/S, 7.62x39mm rifle, Serial # P4702986

28. Holloway, Model 7, .308 caliber rifle, Serial # 00165

29. Ross, Model M877, .357 Magnum revolver, Serial # F353119

30. Springfield, Model M1A, .308 caliber rifle, Serial # 031533

31. Browning, Model 1886, .45-70 rifle, Serial # 01326NY6C7

32. Walther, Model P38, 9mm pistol, Serial # 399079

33. Ross, Model M782, .357 Magnum revolver, Serial # F074578

34. Marlin, Model 1895SS, .45-70 rifle, Serial # 11083358

35. Polytech, Model AKS-7.62, 7.62x39 rifle, Serial # CS02252

36. Rossi, Model M971, .357 Magnum revolver, Serial # F406250

37. North American Arms, Model Black Widow, .22 Magnum revolver, Serial # BW13883

1. The defendant in this case, Dwight D. York, pled guilty on January 23, 2003, to a Superseding Information in the United States District Court, Macon, Georgia, in case No. 5:02-CR-27(CAR), charging him with Conspiracy to Transport Minors in Interstate Commerce for Unlawful Sexual Activity; Conspiracy to Travel in Interstate Commerce for Unlawful Sexual activity with Minors; Conspiracy to Structure Cash Transactions to Evade Currency Transactions Reporting Requirements, in violation of Title 18, United States Code, Section 371; Transporting Minors in Interstate Commerce for Unlawful Sexual Activity, in violation of Title 18, United States Code, Section 2423(a); Travel in Interstate Commerce to Engage in Unlawful Sexual Activity with Minors, in violation of Title 18, United States Code, Section 2423(b); Structuring Cash Transaction to Evade Currency Transactions Reporting Requirements, in violation of Title 31, United States Code, Sections 5324(a)(3) i/c/w 31:5313(a); and Unlawful Transport of Minors - Forfeiture, in violation of Title 18, United States Code, Section 2253(a)(3).

2. Defendant Dwight D York was sentenced on April 22, 2004 to a term of imprisonment of one thousand, six hundred twenty months, three years' supervised released, and a $1000.00 mandatory assessment fee by this Honorable Court for the offenses to which he pled guilty.

3.	The above-referenced firearms are presently in the possession and custody of the Federal Bureau of Investigation having been retained by that agency as evidence. Now that the prosecution of this case has been concluded, the FBI wishes to destroy these weapons.

4.	Destruction of these firearms is authorized by 18 U.S.C. §3665. Moreover, defendant is not entitled to the return of these weapons since convicted felons are not permitted to possess firearms. See, 18 U.S.C. 922(g)(1).

5.	These firearms, used during the commission of this offense, should be destroyed.

Respectfully submitted, this __27th__ day of October, 2006.

                MAXWELL WOOD
                UNITED STATES ATTORNEY


By:    s/VERDA M. COLVIN
        ASSISTANT UNITED STATES ATTORNEY
        GEORGIA STATE BAR NUMBER 018901

**CERTIFICATE OF SERVICE**

I, Verda M. Colvin, Assistant United States Attorney, hereby certify that on the  27th   day of October, 2006, I electronically filed the within and foregoing Government's Motion for An Order Permitting the Destruction of Firearms with the Clerk of the Court using the CM/ECF system.

I also certify that I have mailed by the United States Postal Service the document and a copy of the Notice of Electronic Filing to the following non-CM/ECF participant:

>Dwight D. York,  17911-054
>USP Florence Admax
>U.S. Penitentiary
>Post Office Box 8500
>Florence, CO 81226

>>MAXWELL WOOD
>>UNITED STATES ATTORNEY

>>By:   s/VERDA M. COLVIN
>>Assistant United States Attorney
>>United States Attorney's Office
>>Middle District of Georgia
>>P.O. Box 1702
>>Macon, Georgia 31202
>>(478) 621-2700