UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF GEORGIA
MACON DIVISION

UNITED STATES OF AMERICA,  :
           :
 Plaintiff,      :
           :
 vs.        :  CASE NO.  5:02-CR-27-CAR
           :
DWIGHT D. YORK,  A/K/A  :
MALAKAI Z. YORK,   :
ISA MUHAMMAD,  and  :
ISA ALIHAD MAHDI,   :
           :
 Defendant.     :
_____:

## ORDER FOR THE DESTRUCTION OF FIREARMS

The motion of the Government for the destruction of the firearms used during the commission of this offense having been read and considered,

**IT IS HEREBY ORDERED** pursuant to 18 U.S.C. §3665 that the Federal Bureau of Investigation may destroy the following weapons:

1. Ruger, Model Mini-14, .223 caliber rifle, Serial # 195-88915;

2. Norinco, Model 98, 12 Gauge shotgun, Serial # 0013853;

3. Norinco, Model 56S-1. 7.72X39mm rifle, Serial # 610717

4. Mauser, Model 98, 8mm rifle, Serial # 5174hh

5. Mossberg, Model 500AFP, 12 Gauge Shotgun, Serial # H886191

6. Browning, Model 1886, .45-70 rifle, Serial # 04153NY1C7

7. Glock, Model 19, 9mm pistol, Serial # BCN147US

8. Norinco, Model MAK90, 7.62x39mm rifle, Serial # 9407023

9. Maverick, Model 88, 12 Gauge shotgun, Serial # MV45249H

10.     Ruger, Model P94, .40 caliber pistol, Serial # 341-00047

11.     Glock, Model 19, 9mm pistol, Serial # DAS223US

12.     Glock, Model 23, .40 caliber pistol, Serial # CFH638US

13.     Smith & Wesson, Model Sigma, .40 caliber pistol, Serial # PAY4192

14.     Czeska Zbrojovka, Model CZ52, 7.62x25mm pistol, Serial # CB01505

15.     Maverick, Model 88, 12 Gauge shotgun, Serial # MV21527F

16.     Marlin, Model 336CS, .35 Remington rifle, Serial # 10044492

17.     Ruger, Model Mini-14, .223 caliber rifle, Serial # 196-24156

18.     Savage-Stevens, Model 620, 12 Gauge shotgun, Serial # 26546B

19.     Glock, Model 22, .40 caliber pistol, Serial # DZV906US

20.     Polytech, Model AK47S, 7.62x39mm rifle, Serial # 8705322

21.     Glock, Model 22, .40 caliber pistol, Serial # DLN668US

22.     Springfield, Model M1A, .308 caliber rifle, Serial # 045781

23.     Taurus, Model 85, .38 Special revolver, Serial # MC81266

24.     Heckler & Koch, Model HK91, .308 caliber rifle, Serial # A040442

25.     Ruger, Blackhawk, .45 caliber revolver, Serial # 47-15905

26.     Heckler & Koch, Model HK91, .308 caliber rifle, Serial # A059100

27.     Polytech, Model AK47-47/S, 7.62x39mm rifle, Serial # P4702986

28.     Holloway, Model 7, .308 caliber rifle, Serial # 00165

29.     Ross, Model M877, .357 Magnum revolver, Serial # F353119

30.     Springfield, Model M1A, .308 caliber rifle, Serial # 031533

31.     Browning, Model 1886, .45-70 rifle, Serial # 01326NY6C7

32.     Walther, Model P38, 9mm pistol, Serial # 399079

33.     Ross, Model M782, .357 Magnum revolver, Serial # F074578

34.     Marlin, Model 1895SS, .45-70 rifle, Serial # 11083358

35.     Polytech, Model AKS-7.62, 7.62x39 rifle, Serial # CS02252

36.     Rossi, Model M971, .357 Magnum revolver, Serial # F406250

37.     North American Arms, Model Black Widow, .22 Magnum revolver, Serial # BW13883.

**SO ORDERED**, this _____ day of _____, 2006.


_____
C. ASHLEY ROYAL
UNITED STATES DISTRICT JUDGE


Presented by:

s/VERDA M. COLVIN
Assistant United States Attorney
Georgia Bar No. 018901