IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
MACON DIVISION

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | : | |
| Plaintiff, | : | 5:02-CR-27 (CAR) |
| vs. | : | |
| **DWIGHT D. YORK, a/k/a Malakai Z. York, Isa Muhammad, and Isa Alihad Mahdi,** | : | |
| Defendant. | : | |

### ORDER ON GOVERNMENT'S MOTION FOR AN ORDER PERMITTING THE DESTRUCTION OF FIREARMS

Before the Court is the Government's Motion for an Order Permitting the Destruction of Firearms [Doc. 378]. Specifically, the Government requests permission to destroy 37 weapons that Defendant used during the commission of his various crimes.

Pursuant to 18 U.S.C. § 3665, the Court may order "the confiscation and disposal of firearms and ammunition found in the possession . . . of the defendant." Because the prosecution of Defendant has concluded, the weapons are no longer necessary as evidence. Moreover, Defendant is not entitled to the return of these weapons because convicted felons are not permitted to possess firearms. See 18 U.S.C. § 922(g)(1). As such, the Court is allowing the Government to destroy the 37 weapons listed in its Motion. Therefore, Government's Motion is **GRANTED.**

**SO ORDERED** this 5th day of January, 2007.

S/ C. Ashley Royal
C. ASHLEY ROYAL
UNITED STATES DISTRICT JUDGE

EHE/ssh