**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF GEORGIA**

**NOTICE OF ERRORS AND/OR DEFICIENCIES IN DOCUMENTS FILED IN CM/ECF**

**DATE:**  6/27/07                                  **CASE #:**  5:02-CR-27 (CAR)

**CASE TITLE:**  USA v Dwight D. York

**DOCUMENT #:**  380

**DOCUMENT TITLE:**  Motion to Vacate (2255)

**One of the following errors/deficiencies has been identified in the document listed above:**

☐      Document e-filed in wrong case

☐      Document linked to incorrect document

☐      Incorrect case number on document

☒      Incorrect document type selected (PDF document and event do not match)

☐      Document is not signed

☐      Proposed Order is attached incorrectly (should be filed as an attachment to the main document being e-filed

☐      Certificate of service is missing

☐      Certification regarding two or more signatures is missing (see page 10 of *Administrative Procedures for Electronic Filing)*

☐      Discovery documents, including disclosures under FRCP 26(a)(1) and (2), discovery requests and responses, and certificates of service of discovery, are not to be filed unless accompanied by a Certificate of Need  to File Discovery.  Depositions are not to be filed electronically i/a/w Local Rule 5.1 and *Administrative Procedures for Electronic Filing*

☐      Other:

(Continued)

## CORRECTIVE ACTION TAKEN BY THE CLERK'S OFFICE

☐    Docket entry has been corrected

☒    Other:         Defendant's Attorney to refile document as a Motion to Vacate (2255)

## CORRECTIVE ACTION REQUIRED BY THE FILER

☒    Document must be re-filed

☐    Amended document must be re-filed (and re-noticed) if applicable

☐    No further action required by the filer

☐    E-mail proposed order in word processing format to the appropriate division Clerk's Office mailbox via the court's internet site  (www.gamd.uscourts.gov).  On CM/ECF page, select Submit Documents, Submit a Proposed Order.

☐    Other:

Gregory J. Leonard, Clerk

By:  s/ Nora Paul
        Deputy Clerk