IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
MACON DIVISION

Dwight D. York,                        *
                                         Case No. 5:02-CR-27-001 (CAR)
       Petitioner                      *          5:07-cv-90001 (CAR)

vs.                                    *

UNITED STATES OF AMERICA,              *

       Respondent                      *

O R D E R

IT IS ORDERED that Tab No. 382 - Motion to Vacate under 28 U.S.C. § 2255 is hereby referred to G. Mallon Faircloth, United States Magistrate Judge, Post Office Box 117, Columbus, Georgia 31902, for the conduct of proceedings in accordance with 28 U.S.C. § 636 and Local Rule 70-2.

SO ORDERED, this 27th day of June, 2007.

Gregory J. Leonard, Clerk


s/Nora Paul
Deputy Clerk
At the Direction of the Court