UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF GEORGIA
MACON DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | : |
| | : |
| Plaintiff, | : |
| | : |
| vs. | : CASE NO.  5:02-CR-27-CAR |
| | : |
| DWIGHT D. YORK,  A/K/A | : |
| MALAKAI Z. YORK, | : |
| ISA MUHAMMAD,  and | : |
| ISA ALIHAD MAHDI, | : |
| | : |
| Defendant. | : |
| _____ | : |

GOVERNMENT'S AMENDED MOTION FOR AN AMENDED ORDER
PERMITTING THE DESTRUCTION OF FIREARMS

COMES NOW the United States of America, by and through Maxwell Wood, United States Attorney for the Middle District of Georgia, and Assistant United States Attorney, Verda M. Colvin, and moves this Court for an amended order permitting the destruction of the following firearms, to-wit:

1. Norinco, Model 56S-1. 7.72X39mm rifle, Serial # 610717

2. Mauser, Model 98, 8mm rifle, Serial # 5174hh

3. Mossberg, Model 500AFP, 12 Gauge Shotgun, Serial # H886191

4. Browning, Model 1886, .45-70 rifle, Serial # 04153NY1C7

5. Glock, Model 19, 9mm pistol, Serial # BCN147US

6. Norinco, Model MAK90, 7.62x39mm rifle, Serial # 9407023

7. Maverick, Model 88, 12 Gauge shotgun, Serial # MV45249H

8. Ruger, Model P94, .40 caliber pistol, Serial # 341-00047

9. Glock, Model 19, 9mm pistol, Serial # DAS223US

10. Glock, Model 23, .40 caliber pistol, Serial # CFH638US

11. Smith & Wesson, Model Sigma, .40 caliber pistol, Serial # PAY4192

12. Czeska Zbrojovka, Model CZ52, 7.62x25mm pistol, Serial # CB01505

13. Maverick, Model 88, 12 Gauge shotgun, Serial # MV21527F

14. Marlin, Model 336CS, .35 Remington rifle, Serial # 10044492

15. Savage-Stevens, Model 620, 12 Gauge shotgun, Serial # 26546B

16. Glock, Model 22, .40 caliber pistol, Serial # DZV906US

17. Polytech, Model AK47S, 7.62x39mm rifle, Serial # 8705322

18. Glock, Model 22, .40 caliber pistol, Serial # DLN668US

19. Springfield, Model M1A, .308 caliber rifle, Serial # 045781

20. Taurus, Model 85, .38 Special revolver, Serial # MC81266

21. Heckler & Koch, Model HK91, .308 caliber rifle, Serial # A040442

22. Ruger, Blackhawk, .45 caliber revolver, Serial # 47-15905

23. Heckler & Koch, Model HK91, .308 caliber rifle, Serial # A059100

24. Polytech, Model AK47-47/S, 7.62x39mm rifle, Serial # P4702986

25. Holloway, Model 7, .308 caliber rifle, Serial # 00165

26. Ross, Model M877, .357 Magnum revolver, Serial # F353119

27. Springfield, Model M1A, .308 caliber rifle, Serial # 031533

28. Browning, Model 1886, .45-70 rifle, Serial # 01326NY6C7

29. Walther, Model P38, 9mm pistol, Serial # 399079

30. Ross, Model M782, .357 Magnum revolver, Serial # F074578

31. Marlin, Model 1895SS, .45-70 rifle, Serial # 11083358

32.   Polytech, Model AKS-7.62, 7.62x39 rifle, Serial # CS02252

33.   Rossi, Model M971, .357 Magnum revolver, Serial # F406250

34.   North American Arms, Model Black Widow, .22 Magnum revolver, Serial # BW13883

35.   Ruger "Old Army" Black Powder Pistol, Serial # 145-62770, and black holster.

1.    On January 5, 2007, an Order was entered granting the destruction of firearms pursuant to 18 U.S.C. §3665. On August 22, 2007, FBI Special Agent Jalaine Ward informed the United States Attorneys Office that three weapons, one Ruger, Model Mini-14, .223 caliber rifle, Serial # 195-88915, one Norinco, Model 98, 12 Gauge shotgun, Serial # 0013853 and one Ruger, Model Mini-14, .223 caliber rifle, Serial # 196-24156 had been previously returned to their lawful owner and an additional weapon, one Ruger "Old Army" Black Powder Pistol, Serial # 145-62770 and black holster needed to be included in the Destruction Order. Therefore, this Amended Motion for an Amended Order Permitting the Destruction of Firearms is being filed to adequately address all the property subject for destruction.

2.    The above-referenced firearms are presently in the possession and custody of the Federal Bureau of Investigation having been retained by that agency as evidence. Now that the prosecution of this case has been concluded, the FBI wishes to destroy these weapons.

3.    Destruction of these firearms is authorized by 18 U.S.C. §3665. Moreover, defendant is not entitled to the return of these weapons since convicted felons are not permitted to possess firearms. See, 18 U.S.C. 922(g)(1).

4.    These firearms, used during the commission of this offense, should be destroyed.

WHEREFORE, the United States respectfully requests that the Court enter an Amended Order for the Destruction of Weapons, to weapons identified in this Motion.

Respectfully submitted, this  31st   day of August, 2007.

                        MAXWELL WOOD
                        UNITED STATES ATTORNEY


By:   s/VERDA M. COLVIN
       ASSISTANT UNITED STATES ATTORNEY
       GEORGIA STATE BAR NUMBER 018901

## CERTIFICATE OF SERVICE

I, Verda M. Colvin, Assistant United States Attorney, hereby certify that on the  31st   day of August, 2007, I electronically filed the within and foregoing Government's Amended Motion for An Amended Order Permitting the Destruction of Firearms with the Clerk of the Court using the CM/ECF system.

I also certify that I have mailed by the United States Postal Service the document to the following non-CM/ECF participant:

> Dwight D. York,  17911-054
> USP Florence Admax
> U.S. Penitentiary
> Post Office Box 8500
> Florence, CO 81226

>> MAXWELL WOOD
>> UNITED STATES ATTORNEY

>> By:   s/VERDA M. COLVIN
>>           Assistant United States Attorney
>>           United States Attorney's Office
>>           Middle District of Georgia
>>           P.O. Box 1702
>>           Macon, Georgia 31202
>>           (478) 621-2700