**IN THE UNITED STATES DISTRICT COURT**
**FOR THE MIDDLE DISTRICT OF GEORGIA**
**MACON DIVISION**

| | | |
|---|---|---|
| DWIGHT D. YORK, | * | |
| Petitioner, | * | CASE NO. 5:07-CV-90001-CAR |
| vs. | * | 28 U.S.C. § 2255 |
| UNITED STATES OF AMERICA, | * | CASE NO. 5:02-CR-27 CAR |
| Respondent. | * | |

**ORDER TO ANSWER**

Petitioner's Motion to Vacate, Set Aside, or Correct his Sentence pursuant to 28 U.S.C. § 2255 [ R-382] having been under preliminary  consideration by this Court as required by Rule 4 of the Rules Governing Section 2255 Proceedings For The United States District Courts, the same has been determined to be timely filed and not otherwise subject to summary dismissal.  All claims contained in Petitioner's Amended Motion To Vacate, Set Aside, or Correct his Sentence Pursuant to 28 U.S.C.§ 2255 [R-384] not relating back to claims filed before the expiration of the AEDPA one-year period of limitations on June 27, 2007, are not timely, but barred by the limitation period. *See Davenport v. United States,* 217 F.3d 1341, 1344 (11th Cir. 2000); *Dean v. United States,* 278 F.3d 1218 (11th Cir. 2002).

WHEREFORE, the United States Attorney is hereby Ordered to file an Answer or other responsive pleadings pursuant to Rule 5 of the Rules Governing Section 2255 Proceedings, addressing Petitioner's claims within ninety (90) days of the date of this Order. Petitioner may file a Reply within thirty (30) days after the filing of Responsive Pleadings.

**SO ORDERED**, this 4th day of September 2007.

S/G. MALLON FAIRCLOTH
UNITED STATES MAGISTRATE JUDGE