UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF GEORGIA
MACON DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | : | |
| | : | |
| Plaintiff, | : | |
| | : | |
| vs. | : | CASE NO.   5:02-CR-27-CAR |
| | : | |
| DWIGHT D. YORK,  A/K/A  MALAKAI Z. YORK,    ISA MUHAMMAD, and ISA ALIHAD MAHDI, | : : : | |
| | : | |
| Defendant. | : | |
| _____ | : | |

AMENDED ORDER FOR THE DESTRUCTION OF FIREARMS

The amended motion of the Government for the destruction of the firearms used during the commission of this offense having been read and considered,

**IT IS HEREBY ORDERED** pursuant to 18 U.S.C. §922 that the Federal Bureau of Investigation may destroy the following weapons:

1. Norinco, Model 56S-1. 7.72X39mm rifle, Serial # 610717

2. Mauser, Model 98, 8mm rifle, Serial # 5174hh

3. Mossberg, Model 500AFP, 12 Gauge Shotgun, Serial # H886191

4. Browning, Model 1886, .45-70 rifle, Serial # 04153NY1C7

5. Glock, Model 19, 9mm pistol, Serial # BCN147US

6. Norinco, Model MAK90, 7.62x39mm rifle, Serial # 9407023

7. Maverick, Model 88, 12 Gauge shotgun, Serial # MV45249H

8. Ruger, Model P94, .40 caliber pistol, Serial # 341-00047

9. Glock, Model 19, 9mm pistol, Serial # DAS223US

10. Glock, Model 23, .40 caliber pistol, Serial # CFH638US

11. Smith & Wesson, Model Sigma, .40 caliber pistol, Serial # PAY4192

12. Czeska Zbrojovka, Model CZ52, 7.62x22mm pistol, Serial # CB01505

13. Maverick, Model 88, 12 Gauge shotgun, Serial # MV21527F

14. Marlin, Model 336CS, .35 Remington rifle, Serial # 10044492

15. Savage-Stevens, Model 620, 12 Gauge shotgun, Serial # 26546B

16. Glock, Model 22, .40 caliber pistol, Serial # DZV906US

17. Polytech, Model AK47S, 7.62x39mm rifle, Serial # 8705322

18. Glock, Model 22, .40 caliber pistol, Serial # DLN668US

19. Springfield, Model M1A, .308 caliber rifle, Serial # 045781

20. Taurus, Model 85, .38 Special revolver, Serial # MC81266

21. Heckler & Koch, Model HK91, .308 caliber rifle, Serial # A040442

22. Ruger, Blackhawk, .45 caliber revolver, Serial # 47-15905

23. Heckler & Koch, Model HK91, .308 caliber rifle, Serial # A059100

24. Polytech, Model AK47-47/S, 7.62x39mm rifle, Serial # P4702986

25. Holloway, Model 7, .308 caliber rifle, Serial # 00165

26. Ross, Model M877, .357 Magnum revolver, Serial # F353119

27. Springfield, Model M1A, .308 caliber rifle, Serial # 031533

28. Browning, Model 1886, .45-70 rifle, Serial # 01326NY6C7

29. Walther, Model P38, 9mm pistol, Serial # 399079

30. Ross, Model M782, .357 Magnum revolver, Serial # F074578

31. Marlin, Model 1895SS, .45-70 rifle, Serial # 11083358

32. Polytech, Model AKS-7.62, 7.62x39 rifle, Serial # CS02252

33. Rossi, Model M971, .357 Magnum revolver, Serial # F406250

34. North American Arms, Model Black Widow, .22 Magnum revolver, Serial # BW13883

35. Ruger "Old Army" Black Powder Pistol, Serial # 145-62770, and black holster.

**SO ORDERED**, this 1st day of November, 2007

S/ C. Ashley Royal
C. ASHLEY ROYAL
UNITED STATES DISTRICT JUDGE

Presented by:

s/VERDA M. COLVIN
Assistant United States Attorney
Georgia Bar No. 018901