IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF GEORGIA
MACON DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA  Respondent-Plaintiff | * * |
| v. | * CRIMINAL No. 5:02-CR-27-CAR |
| | * |
| DWIGHT YORK  Petitioner Defendant | * |
| | * |

**CONSENT MOTION OF THE PETITIONER DWIGHT D. YORK FOR AN EXTENSION OF TIME TO FILE HIS REPLY TO THE GOVERNMENT'S OPPOSITION TO HIS AMENDED MOTION TO VACATE, CORRECT OR SET ASIDE THE PETITIONER'S SENTENCE PURSUANT TO 28 U.S.C. SEC. 2255**

Comes now the Petitioner, Dwight D. York, by and through counsel, and hereby moves the Court for an extension of time to file his reply to ,the opposition of the government to his Amended motion to Vacate, Correct, or Set Aside the Petitioner's Sentence pursuant to 28 U.S.C. Sec. 2255. Due to counsel's professional obligations and commitments, which include several trials, it was not possible to appropriately respond to the government's opposition submission within the time parameters currently in place.

Wherefore, for the reasons set forth herein and in the record of this proceeding and because no possible prejudice will result from the Court granting this consent motion, it is respectfully requested that the motion be granted, and that the Petitioner's time for

filing his reply be extended for a period of sixty (60) days up to and including March 23 2008.

## CERTIFICATION OF COUNSEL

Prior to filing the instant motion, counsel for the government was contacted and consent to the relief was obtained.

Respectfully submitted,

Reginald A. Greene, Esq.
675 west Peachtree Street, N.W.
Atlanta Georgia 30375
(404) 335- 0761

Gregory L. Lattimer, Esq.
1100 H Street, N.W.
Suite 920
Washington D.C. 20005

Malik Z. Shabazz, Esq.
1250 Connecticut Avenue, NW, Suite 200
Washington, DC  20036
(202) 408-7021

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 22nd day of January 2008, I caused to be served, via electronic case filing, CM/ECF, petitioner's motion for an extension of time to file his reply to the government's opposition to his amended motion to vacate, correct or set aside the petitioner's sentence pursuant to 28 U.S.C. sec. 2255. This motion will be electronically delivered to:

> Dean S. Daskal
> Assistant U.S. Attorney
> Post Office Box 2568
> Columbus GA 31902

Respectfully submitted,

LAW OFFICES OF Gregory L. Lattimer

_____

Gregory L. Lattimer, Esq.
1100 H Street, N.W.
Suite 920
Washington D.C. 20005