**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF GEORGIA**

**NOTICE OF ERRORS AND/OR DEFICIENCIES IN DOCUMENTS FILED IN CM/ECF**

**DATE:** 1/24/08                          **CASE #:** 5:02-CR-00027 (CAR)

**CASE TITLE:** USA v. DWIGHT D. YORK

**DOCUMENT #:** 392

**DOCUMENT TITLE:** Amended Motion Amending [391] Motion for Extension of Time to File Response/Reply

**One of the following errors/deficiencies has been identified in the document listed above:**

☐    Document e-filed in wrong case

☐    Document linked to incorrect document

☐    Document exceeds page limits

☐    Document requires leave of Court before filing

☐    Incorrect case number on document

☐    Incorrect event used - use event

☒    Document is not signed

☐    Proposed Order is attached incorrectly (should be filed as an attachment to the main document being e-filed

☐    Certificate of service is missing

☐    Certification regarding two or more signatures is missing (see page 10 of *Administrative Procedures for Electronic Filing)*

☐    Discovery documents, including disclosures under FRCP 26(a)(1) and (2), discovery requests and responses, and certificates of service of discovery, are not to be filed unless accompanied by a Certificate of Need  to File Discovery.  Depositions are not to be filed electronically i/a/w Local Rule 5.1 and *Administrative Procedures for Electronic Filing*

☐    Other:

(Continued)

## CORRECTIVE ACTION TAKEN BY THE CLERK'S OFFICE

☐     Docket entry has been corrected

☐     Other:


## CORRECTIVE ACTION REQUIRED BY THE FILER

☒     Document must be re-filed

☐     Amended document must be re-filed (and re-noticed) if applicable

☐     Please file a motion for leave to file document

☐     No further action required by the filer

☐     E-mail proposed order in word processing format to the appropriate division Clerk's Office mailbox via the court's internet site  (www.gamd.uscourts.gov).  On CM/ECF page, select Submit Documents, Submit a Proposed Order.

☐     Other:


Gregory J. Leonard, Clerk


By:  s/ Amy N. Stapleton
      Deputy Clerk