**IN THE UNITED STATES DISTRICT COURT FOR THE**
**MIDDLE DISTRICT OF GEORGIA**
**MACON DIVISION**

UNITED STATES OF AMERICA              *

      **Respondent-Plaintiff,**              *          **Criminal No.5:02-CR-27-CAR**

v.                                                      *

DWIGHT D. YORK,                           *

      **Petitioner-Defendant.**              *

**AMENDED SECOND CONSENT MOTION OF THE PETITIONER DWIGHT D. YORK FOR AN EXTENSION OF TIME TO FILE HIS REPLY TO THE GOVERNMENT'S OPPOSITION TO HIS AMENDED MOTION TO VACATE, CORRECT, OR SET ASIDE THE PETITIONER'S SENTENCE PURSUANT TO 28 U.S.C. § 2255**

Comes now the Petitioner, Dwight D. York, by and through counsel, and hereby moves the Court for a further extension of time to file his reply to the opposition of the government to his Amended Motion to Vacate, Correct, or Set Aside the Petitioner's Sentence Pursuant to 28 U.S.C. § 2255.  Due to counsel's professional obligations and commitments, which include several trials, it is not possible to appropriately respond to the government's opposition submission within the time parameters currently in place.

Wherefore for the reasons set forth herein and in the record of this proceeding and because no possible prejudice will result from the Court granting this motion, it is respectfully requested that the motion be granted, and that the Petitioner's time for filing his reply be extended for a period of sixty (60) days up to and including March 23, 2008.

**CERTIFICATION OF COUNSEL**

Prior to filing the instant motion, counsel for the government was contacted and consent to the relief requested was obtained.

Respectfully submitted,

/s/ Reginald A. Green
Reginald A. Greene, Esq.
675 West Peachtree Street, N.W.
Suite 4300
Atlanta, Georgia 30375
(404) 335-0761
(404) 614-4054 (fax)

/s/ Gregory L. Lattimer
Gregory L. Lattimer, Esq.
1100 H Street, N.W.
Suite 920
Washington, D.C. 20005
(202) 638-0095
(202) 638-0091 (fax)

/s/ Malik Shabazz
Malik Shabazz, Esq.
1250 Connecticut Avenue, N.W.
Washington, D.C. 20036
(202) 408-7021

**IN THE UNITED STATES DISTRICT COURT FOR THE**
**MIDDLE DISTRICT OF GEORGIA**
**MACON DIVISION**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | \* | |
| **Respondent-Plaintiff,** | \* | **Criminal No.5:02-CR-27-CAR** |
| **v.** | \* | |
| **DWIGHT D. YORK,** | \* | |
| **Petitioner-Defendant** | \* | |

## <u>ORDER</u>

Upon consideration of Petitioner's motion for an extension of time, and the government's consent thereto, and having found that good cause exist for the motion, it is hereby on this _____ day of _____, 2008,

**ORDERED**: that Petitioner's motion is and shall be **GRANTED**; it is further

**ORDERED**: that Petitioner's reply to Governments opposition to Petitioner's Motion to Vacate, Correct or Set Aside Sentence Pursuant to 28 U.S.C. 2255 shall be filed no later that March 23, 2008.

_____
JUDGE