## IN THE UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF GEORGIA-MACON DIVISION

MALACHI Z. YORK-EL©™,
**misnomer DWIGHT YORK©™,**

CASE NO. 5:07-CV-90001-CAR
Article 1 Section 9
Constitutional Habeas Corpus
CASE NO. 5:02-CR-27-CAR

Noble: Malachi York:El:©™

    **Plaintiff**

V.

Filed at _8:56 A_ M

DATE _3/2/09_

DEPUTY CLERK, U.S. DISTRICT COURT
MIDDLE DISTRICT OF GEORGIA

UNITED STATES OF AMERICA, AGENTS/HEIRS,
FEDERAL BUREAU OF PRISONS, U.S. DEPARTMENT OF JUSTICE,
CHARLES ASHLEY ROYAL, EDWARD NOTTINGHAM,
MARCY E. COOK, RON WILEY, CHRIS SYNSVOLL,
KRISTEN MIX, HOWARD RICHARD SEALS, TROY EID,
MICHAEL MUKASEY, JOHN SUTHERS, DAVE GOUETTE,
FREDRICK BRIGHT, RICHARD MOULTRIE, JALAINE WARD,
TRACEY BRADFORD, SALLY HEINTZYSH, MARY MANGRUM,
LISA SPEAKER, JOAN CROANIER, FBI AGENT SAVAGE,
TOM CODY, BOYD N. BOLAND,  AND ZITA L. WEINSHIENK

RECEIVED
CLERK'S OFFICE
2009 MAR -2  AM 8: 56
U.S. DISTRICT COURT
MIDDLE DIST. OF GEORGIA
MACON, GEORGIA

    **Defendants**

---

## MOTION FOR RELIEF BY RESPONSE TO REPORT AND RECOMMENDATION

---

PURSUANT TO Rule 60 5 U.S.C. § 552,  and 42 U.S.C. § 1986;

### Opening Statement:

**For the record, on the record:**

Comes now is I, **Malachi York El:©™** , **A/K/A** H.E. Dr Malachi Z. York-EL©™,

A/K/A Issa Al haadi Al Mahdi, A/K/A Dr. Malachi Kobina York, misnomered DWIGHT D.

YORK et, al.; **All rights reserved**, Secured Party, Liberian Diplomat D/P #003828-04, Owner in

fact, Holder in due course (*Pro Per*) (**See Exhibit 8, Judicial Notice of Accepted For Value**

**Birth Certificate & Business Name Ownership, Financing Statements and proof of**

1

copyright), Pursuant to your **42 U.S.C. § 1986, 46 U.S.C. § 781, 22 USC § 254  and UCC 1-201**, for and on the Record I submit this Response regarding my <u>Constitutional Habeas Corpus</u> submitted Pursuant to Article 1 Sec. 9 of the Constitution, presumed and assumed to be under your colorable statute **28 U.S.C. § 2255**, for immediate relief in the form of account set off, physical discharge from USP Florence ADX, and no further contraversion as to all presentments past and future have been Accepted For Value and returned for Set Off, Settlement, and Closure pursuant to Chief Judge Ashley Royal's as well as Magistrate Judge S/ G Mallon Faircloth's Bond and Oath of Office for their proven Negligence and liability  in this matter;  I am not the presumed fictitious foreign corporation dead in law legal fiction and persona designate MALACHI Z. YORK©™/DWIGHT YORK©™ "et al" (See Exhibit 8, Judicial Notice of Accepted For Value Birth Certificate & Business Name Ownership, Financing Statements and proof of copyright) or any derivative thereof, with the capacity to sue or be sued, or charged in a representative capacity, registered within a state of incorporation with a registered agent, and demand proof thereof "as it is not Me" as stated in my Amended Affidavit of Denial of Existence of the Corporation.  I am the species <u>Surety In Fact</u>.

Pursuant to its formal legalization process United States obligations under conventions of the Hague the 5th of October 1961  the United States has officially recognized my foreign credentials (**See Political Status Filed in accordance with this Motion**) Court Officials inclusive of Clerks, Judges, and other agents are required to extend full faith and credit, United States recognition that I am not a United States citizen, subject, vessel, or person, of the corporation nor subject to your jurisdiction, arrests, detention, or distress in the absence of a written selection to submit is the supreme law of your land and fully binding on you not

withstanding your normal business practices nor any anxiety you might feel regarding the rights of the living man with-out the United States (**See Exhibit 1 Judicial Notice of United States 'Accepted Offer', Accepted for Value Indictment, and See Exhibit 2 Judicial Notice of Affidavit of Truth, Federal Styles Manual Chap 2,3,&4 on Capitalizations and court work within the Affidavit of Fact**).  To avoid unnecessary liability all necessary steps should be taken to protect me on behalf of my freedom property, mobility and interest and to return all of my property pursuant to Article 7 Amendment 6 of the Bill of Rights.  United States District Court for the Middle District Georgia  Chief Judge Charles Ashley Royal, Magistrate Judge S/ G Mallon Faircloth, Clerk of Court Gregory Leanord, United States District Court for the District of Colorado Magistrate Judge Edward Knottingham, Magistrate Judge Boyd N Boland, Magistrate Judge Zita l. Weinshienk, Clerk of Court Gregory Langham, State of Georgia Governor Sunny Perdue, United States Attorney for the Federal Bureau of Prisons Chris Synsvoll, United States Assistant Attorney for the District of Colorado Marcy Elizabeth Cook, United States Attorney for the District of ColoradoTroy Eid, former United States  Attorney General  Michael Mukassey, Colorado State Attorney John Suthers , Federal Bureau of Prison Warden Ron Wiley, court officer attorney Greg Lattimiere, and Task Force Officer Tom Cody you have been named as Co-Payee's with the Secretary of the Treasury Timothy Giethner on a **'demand deposit'** instrument annexed hereto as a courtesy for the amount of $300,000,000.00 pursuant to 27 CFR 72.11  by prearrangement with and made payable to the Department of Treasury.  The instrument must be processed and deposited with the Treasury within 5 days to avoid personal liablility and violation of your 28 USC § 2401, and 2403(**USPO Tracking #: EH 486738145 US**) along with immediate set off of initial contract agreement indictment (presentment) for book entries correction pursuant to GAAP, GAAS, 12 CFR 226.10, 12 USC §

1511, 18 USC § 641, 46 USC § 1247, 11 USC § 524, and 15 USC 1666, and immediate physical

discharge of the contract vassalee warehoused prize vessel at USP Florence ADX, Florence

Colorado.

### Settlement of Agreement by the Parties

Fifteen Notary Publics have certified the United States District Court for the Middle

District of Georgia Macon Division and **Malachi York El:©™ (See Exhibit 3, Judicial Notice**

**of 15 Notaries Rendering an Administrative Estoppel Judgement)** agree that this matter has

been paid and settled to the complete satisfaction of all parties, all parties have been made whole,

and all liabilities attributed to legal fiction DWIGHT D. YORK©™/MALACHI YORK©™ "et

al" in this matter have been satisfied, no controversy exists and no material facts are in dispute

pursuant to Commercial and Contract law as to payment has been entered into the well of the

court in Pro Per in Case#: 5:08-CV-00455-CAR, and 1:08-CV-02631-BNB-ZLW issued on Dec.

24th, 2008 and filed on Dec. 24th 2008 in the United States District Court for the District of

Colorado, and issued on Dec. 24th and filed on December 29th, 2008 in the United States District

Court for the Middle District of Georgia Macon Division (**See Exhibit 4 Judicial Notice of**

**Demand Deposit Previously Issued and Exhibit 5 Judicial Notice of Constitutional Money**

**Issued Pursuant to Article 1 § 10 of the United States Constitution**), and again as a second

opportunity I have reissued payment in the amount of $300,000,000.00 and due hereby Accept

For Value the Bonds and Oaths of Offices of Chief Judge Ashley Royal, Magistrate Judge S/ G

Mallon Faircloth, Clerk of Court Gregory Leanord, US Attorney Max Wood, and court officer

Attorney Greg Latimear as insurance policy liabilities to offset the associated statute debt (**See**

4

**Exhibit 1, Judicial Notice United States Accepted Offer, Accepted For Value Indictment**)
and forward payment to the treasury and update book entries in reference to Case#: 5:02-CR-27-
CAR within 5 days pursuant to GAAP, GAAS, 12 CFR 226.10, 12 USC § 1511, 18 USC § 641,
46 USC § 1247, 11 USC § 524, 15 USC 1666, 28 USC § 2041, and 2043 thereby return order of
the court to me.

## Jurisdiction

I, Secured Party Consul General Malachi York El:©™ Chief Black Eagle of the
Yamassee Native American Moors of the Creek Nation and mound builders (**reference United
Nations # 208/1993, 215/1993**), citizen and **Diplomat of the Republic of Liberia, West Africa
D/P# 003828-04** appointed by former President Charles Ghankay Taylor on December 15th,
1999 (**See Exhibit 6 Liberian Citizen and Diplomatic Documents**) and recognized by the
current Liberian government under Her Excellency President Ellen Sirleaf Johnson wherein my
Certificate of Citizenship also issued December 15th, 1999, and my Declaration of Intention
made July 12th, 1997 are on record at US State Department and in the Montserrado County Court
in Monrovia Liberia.  As in the inception and creation of Liberia in 1847 in which many Native
Americans, as well as African Kidnappees incorrectly termed "slaves" became citizens of the
Republic of Liberia I also followed in the path created by my ancestors. Within the Bloodline of
my mother I am a natural born soverign and Yamassee Native American Moor that extends back
to Ben York as well as the Williams descendants from the Washitaw which birthed the
Yamassee tribes.  Due to the Courts ignorance (**ignoring facts presented**), as well as the
ignorance of ineffective counsel who presumed and assumed they had jurisdiction over me, of

5

my genetic lineage in which I mentioned on and for the record as quoted in the Report and

Recommendation as follows:

"None of the motions was re-addressed, many motions for instance, **my jurisdiction, my**

**sovereignty, was mentioned.  It was never re-addressed**."

My bail was denied prior to the superseding indictment coming down during the State trial in a

Motion For Bond dated January 17th, 2003 (**See Exhibit 7 Judicial Notice of State Bond**

**Hearing Transcripts**) one of the reasons Prosecuting Attorney for the State of Georgia Don

Baskin motioned to deny my bond was  based on a letter written by Deborah Smith (**See Exhibit**

**7, Judicial Notice of State Bond Hearing, Affidavit of Deborah Smith**)  who was then

incarcerated in Jones County Jail and wrote a letter to me in reference to my return to the

Republic of Liberia, her letter was used as evidence in the Bond Hearing when Sheriff Sills, who

I was being unlawfully and unconstitutionally detained violating Treaty law according to Article

VI of the Constitution which states..

" treaties made, or which shall be made, under the authority of the United States, shall be the

supreme law of the land"

this is in direct violation of the Jay Treaty, Treaty of Ghent, the Treaty of Peace and Friendship

signed in Morocco in 1786, and the Liberian Extradition Treaty of Monrovia signed Novermber

1st, 1937, and Article 22, 23, 29 of the Vienna Convention on Diplomatic Relations, and your 18

USC § 112 Protection of foreign officials, official guests, and internationally protected persons.

During the State Bond Hearing Sheriff Sills and Attorney Garland said the following:

**Mr. Garland:**  A Deputy Sheriff, you think --do you have any—you don't have any reason to believe anything about this woman's reliability other than that she's an inmate in jail?

**Mr. Sills:** No more than what she has written in two letters about Mr. York, saying that they were all going to Liberia, that---

**Mr. Garland:** All going to Liberia?

**Mr. Sills:** Yes, sir.

There was also a letter written from the Garland Firm addressed to Lt. Guy Mustello of the Jones County Jail on March 28th, 2003 (**See Exhibit 7, Judicial Notice of State Bond Hearing, Letter from the Garland Firm to Jones County Jail**) requesting that I be considered for International Prisoner Transfer under the provisions of 81 USC § 4100 et seq.  My Liberian attorney Counsellor Francis Y.S. Garlawolu petitioned for my Repatriation within the Montserrado County Court in Monrovia Liberia in June of 2004 (**See Exhibit 6, Judicial Notice of Liberian Citizenship and Diplomatic Documents, Courts Final Judgement on the Decision for Declaratory Judgement**).  My Liberian attorney has also petitioned to appear Pro Hac Vice on my behalf within the United States District Court for the District of Colorado in a Civil cases, which has been accepted for value, against the Federal Bureau of Prisons 1:07-cv-01297-EWN-KLM (**See Exhibit 6, Judicial Notice of Liberian Citizenship and Diplomatic Documents Liberian Attorney Petition to Appear Pro Hac Vice**). As a Statement of Fact not Contraversy I am a Liberian by Citizenship pursuant to 8 USC § 1481, not Nigerian which is a frivolous, prejudiced insult, made by liable incompetent Magistrate Court Fiduciary S/ G Mallon Faircloth now recorded on the record and for the record which exhibits Judicial Misconduct open for further investigation by Honorable Congressman Conyers of the Judicial Committee, as well as

Attorney General Eric Holder who are currently investigating racism in the State of Georgia.  In light of all the facts presented and provided, I am an Indigenous Native American Moor, preamble citizen (not United States Corporation Citizen) by natural born blood to be known for the Courts notice herein for and on the Record (**United Nations # 208/1993, 215/1993**).

Counsel never brought these facts to the attention of the court further rendering him ineffective, having that information known by the United States District Court, I would have been discharged immediately as I am being discharged now as the Court has taken notice of my soverign and indigenous status to protect itself from Treason and any further controversion of the Law.

Memorialized in the attached affidavit of negative averment that the entity named in your action, legal fiction DWIGHT D. YORK©™/ MALACHI YORK©™ "et al"(**Exhibit 8 Judicial Notice of Acceptance for Value Birth Birth Certificae Name and Ownership Documents, Name Copyright documents**) , as the United States creation pursuant to intentional misnomer lacks the necessary sanction to contract and the  mobility to make appearances, unless you on the behalf of the United States acting as trustee and liable party for all of its actions elect to produce it or elect to exhibit it I have indicated by affidavit  annexed hereto that I have been unable to locate my authority and ability to exhibit the fiction.  On and for the Record for your own protection it is not to be assumed that any of my previous communications, instruments, actions, rescinded signatures, or errors by the undersigned comprise a continuing grant of jurisdiction. As a courtesy to ensure your opportunity to rebut errors and memorialize the integrity of the public record I have verified the jurisdictional and payment representation herein.  This is a splendid opportunity for you to rebut the presumptions that trespasses on my claim or status that

comprise your confession to enticement to slavery in violation of your 18 USC § 1584 by coercing a foreigner to falsely present himself as a United States citizen directly or by deception, misnomer, or intentional mistaken identity.  As a further courtesy you may also rebut the presumption that such enticement in not honoring payment tendered for the alleged statute debt pursuant to 27 CFR 72.11, or other 'ens legis' coersive device against an exempt living man, his property, or those who fall under his coverture comprises your confession to high crimes against man and mankind such as assault with in the maritime jurisdiction with your willful acceptance of full commercial liability including your Bond and Oath of Office pursuant to the various international remedies to my disposal.

### Conversion of Liability

Notice is hereby taken of your acceptance of full liability in this matter for all obligations formerly attributed to legal fiction DWIGHT D. YORK©™/ MALACHI YORK©™ "et al", when you decided to offer a chosen action by  entering your plea of not guilty on its behalf. I do not object to your gracious willingness to offer your commercial and insurance bond in its place, and in the event you confess judgment by defaulting on this judicial and administrative process the notaries certification of your confession will be timely transferred to the marshals service as a courtesy to attend the record or they share in the liability as they may choose once they have been noticed of the record that another party is liable, as a Christian man of God (the Most high) however, in the event you wish to rescind your kind offer I will not protest if you withdraw your conviction as a part of a colorable solution for honoring the settlement and satisfying your obligation.

**Claim I. Ineffective Assistance of Counsel in Violation of Amendment VI of the Constitution.**

On  and for the Record this is a response to the Report and Recommendation  of the Constitutional Habeas Corpus that was mistakenly presumed and assumed to be under your colorable statues as 28 USC § 2255.  The Motion was filed over a year ago and the contents of the report do not reflect the time of research and investigation into the facts that a Magistrate Judge of the United States District Court who is upholding the constitution would apply. Magistrate Judge S/G Mallon Faircloth has forced and influenced a biased and non impartial factually invalid Report and Recommendation of Judgement in violation of 28 USC § 455.  The Judge mentions in the Procedural History that I, **Malachi York El:©™** , was convicted on all counts except count 8 of the 11 Count Indictment.  **That is incorrect, a 'Mistake of the Mind'** by court fiduciary in violation of 42 USC § 1986 and the Federal Rules of Evidence 201, and 202 (See Indictment Accepted For Value).  The Superseding Indictment contained 13 Counts and I was not guilty on 2 counts, **nor** just number 8, this is one of the first points of blatant disregard of my due process pertaining to the **Constitutional Habeas Corpus** for the Lack of Identifying the property party to whom the Claim is against vs. Charges (See Exhibit 1, **Judicial Notice of United States Accepted Offer, True Bill/Superseding Indictment names, captions, and spellings**), Rule 1001, (See Exhibit 8 **Judicial Notice of Accepted For Value Birth Certificate Business and Ownership, for my ' Accepted For Value and consideration' Live Birth Certificate**) Rule 1007, Rule 1004 (See Exhibit 6 **Judicial Notice of Liberain Citizenship and Diplomatic Documents**) Rule 1005 (See Exhibit 11, **Judicial Notice of Affidavit of Recantments and Exhibit 13, Judicial Notice of Affidavits of Prosecutorial**

**Misconduct**), Article 9-Amendment Seven "*the right of trial by jury shall be preserved, and <u>no fact tried by a jury</u>*" of the Bill of Rights, and violation of the Sixth Amendment of the Bill of Rights, in accordance with the United States Constitution.  Under my Claim on page 4 of the Magistrate Judges Report he also states:


"The record reveals a legal conclusion contrary to that which York argues"


concerning our 1st statement which states:


"The court forced discharged counsel upon Petitioner and that was a clear violation of his right to counsel of choice".


On and for the Record I Accept this Report and Recommendation for value as I state facts not arguments for no further contraversion.  The United States Magistrate Judge S/ G. Mallon Faircloth goes on to agree to the facts that support our claim and even quotes the in-camera meeting in the Judge's chambers on the transcripts currently on record from December 30th, 2003 which were withheld for 6 years again in violation of your **42 USC § 1983, malicious prosecution, 1986,** negligence, ignorance of the law is no excuse especially for a judge, and your 18 USC § 242, deprivation of rights under color of law.  The Magistrate Judge quotes several points in our statement and contents of the transcript where I, **<u>Malachi York El</u>:©™**, made it clear that I  fired Garland and Arora on the record and why I fired them.  The Magistrate Judge then quotes Chief Judge Ashley Royal stating…

"**I think** this is just an effort to move the trial back.** I have no confidence whatsoever that if I move this trial to sometime in the spring, that the same thing won't happen again, that Mr. York will  come in and fire y'all and then we're back in the same situation. ...

Now, I'll give you the opportunity to re-think whether you want to keep Mr. Arora and Mr. Garland in the case in light of what I just said, but I'm not taking the case off the calendar."

This supports my statement of fact as stated in my letter that was put on the record (**See Transcripts posted on February 11th, 2008 And Exhibit 14 Judicial Notice of Secured Party Malachi York El:©™'s letter firing the Garland Firm**) for the first time in six years in violation of 28 USC § 753 which states as follows:

" There appears to be a misconception that my family had retained "additional attorneys" in this matter as support attorneys, but the fact of the matter, it was our intention to ask that your firm be relieve of its representation of me as counsel of record in the upcoming federal trial, as well as in all State trial proceedings."

Then the Magistrate Judge goes on to say..

"**After being extended the opportunity to re-think his position, Mr. York 'officially fired'** Mr. Garland and Mr. Arora, 'for the record.'  Id. at 17, 18.  However, the court advised Mr. Arora that he was not released, but would remain in the hearing to advise Mr. Patrick, if Mr. Patrick needed advice.  Id. at 18".

12

**This again is in direct support of my statement pursuant to your 18 USC § 1581, 42 USC §, 1983 and 1986!  I would expect the Court, mainly Chief Judge Ashley Royal , to uphold his United States Codes and Statues in accordance with his Oath of Office, which I again except for value.  Even though the Magistrate Judge himself quotes the record in support of my statement, in violation of Magistrate Judge S/ G Mallon Faircloth's Oath of Office and your 42 USC § 1983, 1986 and my Sixth Amendment right,** he concludes as follows…

"The foregoing record illustrates that Petitioner York's claim that "the court forced discharged counsel upon him, resulting in a clear violation of his right to counsel of choice" (Doc. 384 at 11, 12), **is factually unsupported**."

The record reflects Chief Judge Royal forcing a terminated law firm to represent me despite my letter of termination to Garland's Firm and in Court statements of my firing them for and on the record and the reasons for terminating Garland and Arora.  The Judge, Adrian Patrick Court Fiduciary, and Mr. Arora  forced me into a position under clear duress to accept what the they were doing in violation of **18 USC § 1581, and my Sixth Amendment Right,** In ***Strickland v. Washington***, <u>466 U.S. 668</u> (1984) it states:

"346, From counsel's function as assistant to the defendant derive the overarching duty to advocate the defendants cause and the more particular duties to consult with the defendant on important decisions and to keep the defendant informed of important developments in course of the prosecution."

13

Court Fiduciary Adrian Patrick's actions are contrary to the duties laid out in **_Strickland v._** **_Washintgon_**.  I had no choice again as shown by what Mr. Arora specifically states:

**"Judge, Mr. Patrick has spoken with Dr. York, and he wants us not to be affiliated in the case."**

Mr. Arora himself acknowledges the blatant, straight forward, clear, and concise wishes of my letter to fire them.  I had no choice and I even stated that despite what the Judge was saying and doing, the  letter of termination still stands as we see in the following…

MR. PATRICK:     I think, Your Honor, from me speaking with Dr. York, he wanted to stand by what was in the letter, all the issues in the letter, and that he didn't want any participation by Mr. Garland to affect – – or his firm, Manny [Arora], or whatever, – – to affect the issues raised in the letter, so however that pans out.  If I could have

assistance, Your Honor, that's going to be – – I mean, I can't get a continuance.  That's been denied.  So, I mean, it's going to be needed.

The Defendant: On behalf of the letter, the letter clearly states that I intend to file charges against Mr. Garland and Mr. Arora's firm for ineffective assistance of counsel, and I want that – – I don't want it to be passed off as a ploy when it's a fact based on situations that led to me putting it in at this late date, being as I was deprived under duress of access to any public media, library, computer, or whatever.  So I just want to make that clear, that if Mr. Arora would like to assist

unofficially in the case with Mr. Patrick, that's fine, but as long as  – – **for the record, it's clear**

**that the letter still stands,** that that's

my position in the letter, that it goes forward.


**Question to the Court:  Will the Court knowingly and willfully violate the United States**

**Constitution on and for the record which is Treason?**


The record shows vividly how I was forced and coerced in violation of your 18 USC § 1581 and

my constitutional right pursuant to the Sixth Amendment to use a terminated Attorney to

represent me at trial.  All of these violations because United States Cheif Judge Royal did not

want to re-schedule the trial for his very own reasons which were…


"This case has been around for a long time, and you've had ample opportunity to know what

your case is about and get prepared for it. …  I will tell you, and I note specifically for this case,

is we've just had two new attorneys come into the case, and that's fine.  I don't have a problem

with that.  But you told me, Mr. Garland, that you're going

to have a meeting this afternoon and decide who is going to be lead counsel.  And what I will tell

you is simply this, I'm not going to continue this case because there are two new lawyers in the

case, and I'm not going to let anybody out of [the] case, including Mr. Rubino, if it's going to

cause this case to be delayed or cause problems in the

trial of this case.  So we're moving forward with this case on January the 5th."


AND…

"I think this is just an effort to move the trial back.  I have no confidence whatsoever that if I move this trial to sometime in the spring, that the same thing won't happen again, that Mr. York will come in and fire y'all and then we're back in the same situation. ... Now, I'll give you the opportunity to re-think whether you want to keep Mr. Arora and Mr. Garland in the case in light of what I just said, but I'm not taking the case off the calendar."

There is no lawful basis for United States Cheif Judge Royal's opinions when we are dealing with the facts that have been presented, that I had no communication, briefings, and was forced into psychiatric evaluation by the fired attorneys in which I was found to be sane and sound as I proclaimed to them from the beginning, as well as now pursuant to my current medical records (**See exhibit 15, Judicial Notice of my Psychiatric Evaluation**).

Chief Judge Ashley Royal's decision to keep a fired attorney on as counsel even in the capacity of an advisor prejudiced my defense, forcing Adrian Patrick Court Fiduciary to rely on an attorney that had just been embarrassed by being fired in one of the United States biggest cases in history therefore rendering him bias as and prejudice as a fiduciary of the court, as opposed to relying on his own research and investigations to prepare himself for this trial. Attorney Patrick stated this on several occasions and even predicted that the Judge is creating a "Prima Facie" (latin for "on its first appearance", or "by first instance" literally the phrase translates as first face, "prima" first, "facie" face) a case or situation of INEFFECTIVE ASSISTANCE OF COUNSEL!  Upon Adrianne Patrick being fully prepared for this case who would have been able to translate and correct book entries as a liable Surety in the matter, this would have allowed for me to show the fact that evidence was named in the initial pretrial

hearings, mainly my sovereignty and as a court appointed official wanting to keep me forced into

peonage Adrianne Patrick was in violation of your 18 USC § 1581, my sovereignty mentioned

alone was enough to show the Court had no Jurisdiction over me.

## Claim II. Judicial Misconduct in violation of the Sixth Amendment of the Constitution

Chief Judge Ashley Royal has factually without contraversion of the facts shown a

pattern of Judicial Misconduct by a blatant showing of non impartiality in disregard to the Sixth

Amendment of the Constitution and your, 28 USC § 455, conflict of interest by being a defense

attorney for Oconee Regional Hospital in a complaint by my wife and mother of 3 of my

children Shalimah Richardson in reference to my father-in-law Eli Richardson's untimely death.

On April 7, 1998 Civil Action No. 98 CV 34669, Shalimah Richardson and Laverne

Richardson Plaintiffs, vs. Oconee Regional Medical Center, Hector Piza, M.D. Fred Falchook,

M.D. Oconee Radiology Associates, Inc., V. Brown, R.N., T. Bloodworth, CST, S. Danuk, S.T.,

Jane Doe I, R.N. and Jane Doe II, R.N., Defendants. C. Ashley Royal and Law firm of Jones,

Cork & Miller, *LLP,* participated in action defense for Oconee Regional Medial Center.  At the

time Chief Judge Ashley Royal was known as attorney C. Ashley Royal State Bar. No. 617350

of Georgia Medical Staffing Services, Inc. A Profit Corporation Company CEO; 435 2nd St. 500

SUNTRUST Bank Macon GA, 31212.   On September 25, 1997, one surgical sponge was left in

the pelvis of Rev. Eli Roosevelt Richardson undetected by Dr. Piza and surgical staff named

above as defendants in the civil case.  This surgical sponge went undiscovered until its presence

was diagnosed on November 12, 1997 by M.D. Lisa Farmer at the Medical Center of Central

Georgia. On August 7th 1998 Plaintiffs Shalimah Richardson, & Laverne Richardson filed a

claim against Oconee Regional Medical Center, for and on the record, our Egyptian and Native American Styled Church was aired on National TV on March 9th, 2008 in an interview about our private Social club called Rameses (**See Exhibit 9, Judicial Notice of Macon Telegraph Timeline of Events**).  The Richardson Family actually resided at 404 Shadydale Rd Eatonton GA 31024 during the tragic Death of our beloved relative Eli Richardson, the exact location that I was said to have purchased in 1993 under the misnomer d/b/a DWIGHT D. YORK©™ (**See Judicial Notice of Accepted For Value Birth Certificate Business Name Ownership, for 1993 Name Change Documents, and See Exhibit 9 Judicial Notice of Macon Telegraph Timeline of Events**) that was unlawfully raided on May 8th, 2002, this location was named my place of residence on the search warrant (**See Exhibit 1 Judicial Notice United States Accepted Offers**) this is when I informed the arresting officer of my Liberian Diplomatic status.  All corresponding court paperwork, and documents from now Chief Judge C Ashley Royal's clients Oconee Regional Hospital were sent to the 404 Shadydale Rd. address.  The 404 Shadydale Rd. property was actually Quitclaim Deeded, executed the 26th day of February 2002, Filed in office of the Clerk of Superior Court Putnam County GA 2002 February 28th 2:52PM to second party, Grantee, Ethel Richardson, Yvonne Powell, Anthony Evans, Althea Shine.  Please Note: "Mrs. Ethel Richardson" above Grantee is Shalimah Richardson's DNA mother and the deceased Rev. Eli Roosevelt Richardson's legal Wife of 20yrs before his divorce and re-marriage to Lavern Richardson. 404 Shadydale Rd was the known property of our large Church Organization called Nuwaubians and or Nuwuapians, all throughout Putnam County and the State of Georgia (**See Wikipedia and See Exhibit 9, Judicial Notice of Macon Telegraph Timeline of Events**) in which Rev. Eli Roosevelt Richardson was at one time known as the leader of our tribe.  Our congregation constructed Egyptian and Native American Styled villages within the land of 476

Acres which also included statues of Egyptian and Native American Deities, and two pyramids distinct in appearance and usage where our church assembled, which was also unlawfully taken from Church members previously mentioned as lawful owners in violation of Georgia Annotated Code 16-8-2 , theft by taking, and Grand Larceny 18 USC § 221, 18 USC § 112 Protection of foreign officials, official guests, and internationally protected persons, 18 USC § 271  Damage to religious property; obstruction of persons in the free exercise of religious beliefs,  our church was unlawfully desecrated and torn down while still in litigation by the Sheriff Richard Sills similarly to how other "black" churches have been burned and torn down in the south, further evidence of racial biasness prompting investigation by Department of Justice Inspector General, Attorney General Eric Holder, and Judiciary Committee Chair Honorable Congressman Conyers. (**See** *Tama -Re From Wikipedia, free encyclopedia Coordinates: 33.340277°N 83.510985°W* "**The Tama-Re compound in Putnam County Georgia a.k.a "Kodesh" "Wahannee" "The Golden City Al Tamaha"**") Our church's property was an Egyptian and Native American theme set of buildings and monuments established near Eatonton Georgia by Nuwabians in 1993.  Our church and Egyptian and Native American themed village made it into the news countless times as well as myself (**See Exhibit 9 Judic ial Notice of Macon Telegraph Timeline of Nuwaubian events, Nuwaubian Leader York working on his public image**) in National News interviews including Fox News, as well as June 26th our Annual Saviours Day which brought a record Hundreds of thousands of people out to the festival on record with Putnam County which further proves Chief Judge C. Ashley Royal knew of me prior to the Shalimah Richardson Civil Case or any other trial for that matter, to the degree that Chief Judge C Ashley Royal agreed to move my case to Brunswick, Georgia, his hometown, because of my popularity in Putnam County and Macon Georgia proving Conflict of Interest in violation of your 28 USC § 455 and my Sixth

Amendment Right erroneously insulting the Courts intelligence.  Mrs. Shalimah Richardson

York, the above Plaintiff, known Nuwaupian Church member, and daughter of deceased Rev. Eli

Roosevelt Richardson is my Common Law wife, we have three DNA children together.

Hadassah Richardson York 17yrs old, DOB: 03/02/92, Elizabeth Richardson York 15yrs old,

DOB: 05/10/94, and Ramses Richardson York 13 yrs old, DOB: 6/23/96: Elizabeth and

Hadassah York visited with me in the United States Penitentiary Administrative Facility in

Florence Colorado.  (See *__Program Statement (P.S.) 5267.07 Administrative Officer Counselor__*

*__Knox Inmate Visitor List__: Richardson, Shalimar 7514 Eight Willows Rd. Missouri City Texas*

*77489 Relation; "Mother Of Children"*) This visitation took place on the 13th Day of May

(Mothers Day) 2007 at 1pm-3pm.  This is a definitive indication of our closely knit relationship.

Black's Law Dictionary on Marriage says the following:


Black's Law Dictionary 277 (6th ed. 1990). "a positive mutual agreement, permanent and

exclusive of all others, to enter into a marriage relationship, cohabitation sufficient to warrant a

fulfillment of necessary relationship of man and wife, and an assumption of marital duties and

obligations.


*Also in Ga. Code Ann. § 19-3-1.1 (1997)* "No common-law marriage shall be entered into this

state on or after January 1, 1997.  Otherwise valid common-law marriages entered into prior to

January 1, 1997, shall not be affected by this Code section and shall continue to be recognized in

this state."

Prior to my unlawful indictment I and my wife Mrs. Shalimah Richardson York acknowledged

Attorney C. Ashley Royal occasionally during the Civil trial hearing dates in the hall of the

Superior Courthouse of Baldwin County during our law suit against Oconee Regional Medical

Center; April 12, 1999, September 20, 1999, March 13, 2000, August 7, 2000 , February 12,

2001, July 7, 2001 and January 14, 2002.  Chief Judge C. Ashley Royal recognized us dressed in

distinct African and Native Nuwaupian Church dress code attire which is the most distinct attire

of any community in the State of Georgia, we dress based on our "African" and Native American

ancestral garments. **(See Exhibit 10, Judicial Notice of Pictures of Secured Party Consul**

**General <u>Malachi York El</u>:©™ in my Native and Egyptian Garments)**.  Attorney Royal often

nodded his head in greeting me during my wifes trial.  However this behavior serves as a conflict

of interest, as his knowledge to who I am in violation of your 42 USC § 1986  and **<u>Title 25</u>**

**<u>United States Code Section 455-Disqualification of justice, judge or magistrate judge</u>**

(b) 2 stating, "Where in private practice he served as a "lawyer" in the matter in controversy, or a

lawyer with whom he previously practiced law during such lawyer has been a material witness

concerning it."


Thereby disqualifying the indictment under Rule 6 of Federal Rules of Criminal Procedures

Indeed case#: 5:02-CR-27-CAR is related to the Civil Case *Shalimah Richardson & Lavern*

*Richardson vs. Oconee Regional Medical Center 98 CV 34669*. Your federal judicial recusal

statute, 28 U.S.C §. 455, sets forth numerous conditions in which a federal judge must seek

recusal.

<u>28 U.S.C. 455</u> (a) *Any justice judge or magistrate judge of the United States shall disqualify himself in any proceeding in which his impartiality might reasonably be questioned.*

Again in Violation of Chief Judge Ashley Royal's Oath of Office and Bond, which I again Accept for Value as Co-Payee to the Department of Treasury, when on January 7th, 2004 between the hours of 3:00pm and 4:30pm  Judge Ashley Royal displayed a personal bias against the Defendant, as result of being handed an email from a Nuwaubian by the Government;  after reading the  email Judge Royal stated:

**<u>"I didn't have to read this, it's the same stuff that I was looking at on their website last night"</u>**

This is in direct violation of your 28 USC § 455 that states:

"Any justice, judge, or magistrate judge of the United States shall disqualify himself in any proceeding in which his impartiality might reasonably be questioned ."

Further proof of the Court's unimpartiality, prejudice actions by court fiduciary See Transcripts in which I am disrespectfully termed a Nigerian ......as stated by Magistrate Judge S/ G Mallon Faircloth on Page 14 of his factually invalid Report and Recommendation

"because he is a Nigerian Diplomat with corresponding diplomatic immunity is particularly **<u>frivolous</u>**"

22

This is particulary frivolous and moot according to the United States termed laws being I and a Consul General and Citizen of **LIBERIAN** not Nigeriain. The Department of Justice's Fiduciary Marcy Elizabeth Cook's Joint Motion in the United States District Court of Colorado does agree on and for the record where she refers to me as **Consul General Malachi York©™ (Exhibit 16, Judicial Notice of Department of Justices Adjudicative Facts, Marcy E. Cooks Joint Motion referring to me as Consul General and Citizen of the Republic of Liberia)** which has been filed in conjunction with this motion as a Judicial Notice of Adjudicative Facts pursuant to Federal Rules of Evidence 201 (b) which states:

**(b) Kinds of facts.**

A judicially noticed fact must be one not subject to reasonable dispute in that it is

either (1) generally known within the territorial jurisdiction of the trial court or

(2) capable of accurate and ready determination by resort to sources whose

accuracy cannot reasonably be questioned.

which further proves the acting judge is incompetent *sic* of the **facts** in this matter that the court records contain and is unqualified as a Magistrate judge to make Reports or Recommendations which is only qualifiable for an unbiased Third Article Judge pursuant to the United States Constitution.  Whereas I honorably accept your Oath of Office and Bond as a liablility for your plea of actions performed.

23

**<u>Further racial biasness was displayed when Chief Judge C. Ashley Royal</u>**

**<u>deliberately held court on January 20th, 2003 Martin Luther King Jr's birthday in violation</u>**

**<u>of Federal Rules of Criminal Procedure Rule (56) which states:</u>**

**(c) Special Hours.**

A court may provide by local rule or order that its clerk's office will be open for

specified hours on Saturdays or legal holidays **<u>other than</u>** those set aside by

statute for observing New Year's Day, Martin Luther King, Jr.'s Birthday,

Washington's Birthday, Memorial Day, Independence Day, Labor Day,

Columbus Day, Veterans' Day, Thanksgiving Day, and Christmas Day.

This proves prejudice acts, racial biasness, and a blatant disregard to the governing law and

statutes including your Oath of Office which I again honorably Accept as a liability for your

recorded performance.  Further showing Judicial Misconduct and repetitive crimes committed

for evidence to the Judiciary Committee, United States Attorney General, and Department of

Justice Inspector General.  For the Court to protect itself from any further contraversion in this

matter, immediately this case must be **<u>set off</u>** pursuant to the Constitutional Habeas Corpus and

your Oath of Office, which has been Accepted For Value, to protect the rights of Preamble

citizens and for avoidance of public embarrassment via RICO.

**Claim III. New Evidence of United States Witness Recantments Pursuant to Your 28**

**U.S.C. § 2255 and Prosecutorial Misconduct Pursuant to your 18 U.S.C. § 371**

Pursuant to your 28 USC § 2255 (1) for and on the record we have Affidavits of

Recantments of alleged victims, which constitutes **NEW EVIDENCE**, named on your Accepted

For Valued Presentment (Indictment) proving even the charges against the strawman **DWIGHT**

**D. YORK©™/MALACHI Z YORK©™** to be false. These Recantments show Prosecutorial

misconduct in violation of your 18 USC § 371, whereas the alleged victims were threatened,

coerced, and forced to make statements against me.

Taariq Noel who was named as an alleged victim on the indictment, perjured himself

when he testified against me alleging that I molested him as he states in his Affidavit of

Recantment (**See Exhibit 11 Judicial Notice of Affidavits of Recantments, Affidavit of**

**Taariq Noel**):

"I am hereby affirming the majority of my testimony at the Federal trial of Dwight York

(Malachi York) was false, specifically in the area of my personal sexual activity. I am also

stating that I did not engage in any type of sexual activity with Mr. York including oral sex or

anal sex, Nor did I witness Mr. York engage in sexual activity or any inappropriate sexual

behavior with minors or adults."

He goes on to say:

"I deny having any sexual involvement with Mr. York in upstate New York at age 7 or any age"

This Affidavit of Recantment of Taariq Noel entered on and for the Record and is admissible as an Adjudicative Fact pursuant to the Federal Rules of Evidence 201 (b) taken while in the presence of Notary Public in Clayton County, Georgia.  Taariq Noel also explains in his Affidavit of being threatened by FBI agents Joan Cronier, and Richard Moultrie in violation of your 18 USC § 371, and 18 USC § 1581, which is found consistent with 8 other testimonies of witnesses under oath in Affidavit, Taariq Noel states the following on his Affidavit..

"I testified falsely against Malachi York, Kathy Johnson, Chandra Lampkin "Najilaa" and Khadijah Merritt "Mucullah" for several reasons.  The main reason was the threats made against me by FBI agent Joan Croanier and FBI agent Richard Moultrie.  I was told by Joan Croanier that if I denied the allegations that my mother would be incarcerated for fraud."

Taariq Noel goes on to say....

"I didn't know my legal rights and I was told that several individuals involved my name falsely in these allegations.  At that age you don't know that you can disagree with the FBI."

"The specifics of my testimony come from stories forced on me by FBI agents Joan Croanier and Richard Moultrie.  I felt trapped to go along with the allegations in order to protect my family including my mother Barbara Noel, and my sisters Nicole Lopez and Amanda Noel from threats of being incarcerated."

During the trial Taariq Noel's mother Barbara Noel attempted to extort me  requesting 10 money orders for $500 each in an email dated September 8th, 2002 (**See Exhibit  12 Judicial Notice of**

26

**Extortion from Barbara Noel, copy of Barbara Noel's Email**) and for them to be made out to

her, she told me it was in my best interest to help now, where she states in her email as follows:


"Let Doc know that I need 10 money orders for $500.00 @, and they could be made out to me,

for a donation, from different concerned members sent, to me at this address:

p.o. box 361446, Decatur, GA 30035-1446


She goes on to say.....

"Tell him it is in His best interest to help me, maybe "we" could talk and agree on something for

our mutual benefit.

I expect a reply today from you, this way I know what I should do and plan for tomorrow,

This is very important.......this is very serious


This email is submitted as evidence pursuant to Public Law 99-508, Public Law 104-231, Public

Law 106-229, 18 USC § 2510 note 5 USC § 552 note and 15 USC § 7001 note.  This is a direct

violation of 18 USC § 878 prohibiting threats and extortion directed against a foreign official,

and is a violation of the Sixth Amendment.  This is proof that Barbara Noel forced her children

to make frivolous and feloneous statements in the court to have me prosecuted, and persecuted

for her own personal reasons.  Let the Court take notice on and for the record that this evidence

admitted pursuant to Federal Rules of Evidence 608 (a) not only does this support Taariq Noel's

statements of his mother being threatened to be arrested, but also shows 2 other alleged victims

and witnesses for the prosecution, mainly Amanda Noel, and Nicole Lopez's testimonies in the

trial lack merit as they were put upto it by there mother Barbara Noel.

27

Radeya Muhammad who was also named on the indictment as an alleged victim also Recanted her statements made to FBI agents as well as under Oath when she perjured herself in front of the grand jury during my biased trial (**See Exhibit 11 Judicial Notice of Affidavits of Recantments and Witnesses, Radeya Muhammad**).  She states in her affidavit the following:

"I never had sexual relations or sexual activity with Malachi York I never witnessed Malachi York having sexual activity with anyone.  I do not know of anyone he has ever molested.  I do not know of any minors he has ever had sex with.  This includes Krystal Harden, Amanda Noel, Samaiyah Ellis, Safa'a LaRoche, Salha Eddington, Husna, and Hasna Evans."

Radeya Muhammad's Affidavit of Recantment entered on and for the Record admissible as an Adjudicative Fact pursuant to the Federal Rules of Evidence 201 (b) taken while in the presence of Notary Public in Dekalb County, Georgia.  She goes on to explain how she made those statements under duress ...

"I personally feel that the statements attributed to me in the FBI interview of March 25th, 2002 are not my own words.  There are many, many, inaccuracies.  My relationship with Mr. York was like a father-step daughter relationship."

She went on to say......

28

"They told me that others mentioned my name as being molested by Malachi.  They (FBI) gave me details of what others allegedly said and I was told by everyone to admit to it and go along."

" I felt pressured and coerced into cooperating with the F.B.I. I figured that if I didn't cooperate, that I would be going to jail."

This is further evidence of misconduct by the Department of Justice in this case that should be recognized and submitted under contract law.  Let the court take Judicial Notice of these facts.

Let the record show another of the prosecutions witnesses Ebony Hill also recanted her testimony admitting to perjuring herself under oath in her affidavit, she had a personal vendetta against me and saw this as an opportunity to hurt me as she states in her Affidavit…

"I deny having sexual relations or activity with Mr. York when I was about 13-14 years old in upstate New York or "Nubia" as we called it.  I completely deny having sexual relations or activity with Mr. York Mr. York in the State of New York."

She also continues as follows….

"I deny witnessing Mr. York having sexual relations or activity with any minors at any time whether it was New York or Georgia.  This includes the persons I named that I witnessed him having sexual relations and activity with in New York, including Sakinah Parham, Nicole Lopez, Chandra Lamkin"

"I deny having sexual relations or activity with Mr. York while I was under seventeen (17) years of age."

Ebony Hill's Affidavit of Recantment **(See Exhibit 11 Judicial Notice of Affidavits of Recantments, See Exhibit 11 Affidavits of Recantments, Ebony Hill)** entered on and for the Record admissible as an Adjudicative Fact pursuant to the Federal Rules of Evidence 201 (b) taken while in the presence of Notary Public in Dekalb County, Georgia further proving the Charges are fictitious with no merit.  Ebony Hill was thought by the Prosecution to have been Ebony Henry who was also named on the indictment as an alleged victim, who actually stated on her Affidavit that nothing ever took place **(See Exhibit 11 Judicial Notice of Affidavits of Recantments, Affidavit of Ebony Henry/Ebony Richards married name)**

On April 23rd, 2004 the Prosecution's Key witness Habybah Washington **(See Exhibit 11 Judicial Notice of Affidavits of Recantments, Habybah Washinton)** admitted to perjuring herself in statements that were made against me in her testimony during trial, her recantment states:

"He never told me or, to my knowledge, anyone else not to deposit more than $10,000.00 at a time"

She further states.....

"I was never molested by Malachi York...."

She goes on to say.......

"He never forced me to have sex. I do not know of anyone he has ever molested.  I do not know of ay children he has ever had sex with.  I never took any children to him for the purpose of sex."

Habybah Washington statements sworn under oath by Notary Public prove her initial statements at trial as not credible, thereby renders partial disqualification of US superseding indictment pursuant to Rule 6 Federal Rules of Criminal Procedures.

When our church on 404 Shadydale Rd. in Eatonton, GA was unlawfully raided by local police, state police, and Federal agents five children who were taken into custody **Husna and Hesna Evans, Hanaan Merrit, Selha Eddington, and Issa Johnson that were named on the indictment as alleged victims were found to have never been molested when they were examined during a Juvenile custody trial represented by Attorney Janice Mathis of Rainbow Push (Ph#:404.394.1500) who won the case in the favor of the children which can be researched under State of Georgia case file #1172003093 currently sealed.** The court must take notice to these Adjudicative Facts Pursuant to Federal Rules of Evidence 201 (b) and 42 USC § 1986.

I am submitting the following affidavits (**See Exhibit 13 Judicial Notice of Affidavits showing Prosecutorial Misconduct**) as Adjudcative Facts pursuant to Federal Rules of Evidence Rule 201 (b)  as statements and testimonies taken in front of a notary.  Those affidavits are as follows Hanaan Meritt who states on and for the record:

"I, Hanaan Merrit am stating for the record that Dr. Malachi Z. York never molested, raped, or sexually abused me in any way nor did I witness Dr. Malachi Z. York molest, rape or perform sexual activity with anyone."

She goes onto say ....

"I am also affirming that on May 8, 2002, after being interview I was striped away me from my family. Selha Eddington, Husna Evans, Hesna Evans, Issa Johnson, and my self (all minors) were taken by strangers to a small house in Milledgeville, GA without our parents consent"

" I being intimidated, scared and threatened was interrogated by Federal Agents being told by them that they know I was molested although I denied the allegations, they continued to badger me. They repeatedly told me that I was molested and covering up for Mr. York alleging that he claimed that he was going to kill me."

Sakinah Wood also named as an alleged victim on the indictment affirms and testifies under oath on her Affidavit (**See Exhibit 13 Judicial Notice of Affidavits showing Prosecutorial Misconduct, Affidavit of Sakinah Wood**) the following....

"I, Sakinah Wood did reside on the property at 404 Shadydale Rd. from 1994 til 2004. I have known Dr. Malachi Z. York for most of my life and I am stating for the record that Dr. Malachi Z. York never molested, raped, inappropriately touched me, or abused me sexually in anyway

nor did I See nor witness Dr. Malachi Z. York molest, rape or perform any sexual activity with any minors or persons."

"I am hereby affirming that I was interviewed by FBI agent Jalaine Ward, on May 8, 2002 and also two other agents were present FBI agent Sally Heintzysh, and FBI agent Tracy Bedford."

She continues as follows....

"Jalaine Ward then told me and I quote, "Well Sakinah, you know, you're not saying this now, but sooner or later, it will come out, because Mr. York is never coming out!" Meanwhile, the other agents Sally Heintzysh and Tracey Bradford had their guns in my face."

Samaiyah Jamiylah Ellis, affirms and testifies on and for the Record that she was removed from school by FBI agents and was threatened and coerced to make statements. She states on her affidavit (**See Exhibit 13 Judicial Notice of Affidavits showing Prosecutorial Misconduct, Affidavit of Samaiyah Jamiylah Ellis**) the following......

"It was May 16, I was at school at my last period and I was called to go to counselling office about an hour before it was time to leave school. I wen to this counselling office to a room with three other people and they stated that they wanted to talk to me. I didn't know what it was about and I went in the room and they told me, this is between them and me, not anybody else and don't tell my mother and anybody else. It's just between us, and they were asking me questions about Dr. York. They asked me if I was ever molested by Dr. York. I told them no.

33

Then one of the females told me they were having papers sent to me in regards if I had said anything to help the situation, what to tell them, what happened and what they think happened. I told them it didn't happen and they kept forcing me by saying that if I don't say this then they'll probably put me in jail or they would file a whole bunch of papers against me."

Abdus Salaam LaRoche, brother of Safa'a LaRoche, who testified against me, as he states the facts of what really took place admits to perjuring himself under Oath in his Affidavit which reads as follows:

"I am hereby affirming that the majority of my testimony at the Federal criminal trial of Dwight York (Malachi York) was false, specifically in the area of my personal sexual activity. I am also stating that I did not engage in any type of sexual activity with Mr. York including oral sex or anal sex. Nor did I witness Mr. York engage in sexual activity or any inappropriate sexual behavior with any minors or adults."

He goes onto say…

"I deny having sexual activity with Mr. York inclusive of all inappropriate acts including anal sex, or oral sex in Athens nor with any of the pople that I named in my testimony including Krystal Harden, Khadijah Merrit, and Nicole Harden "Husna".

"I affirm that the reason I testified falsely against Malachi York and others aforementioned is because I was told that I had to go along with the stories as everyone else did. FBI Jalaine Ward

told me and I quote, "Other people already came forth and we already know what happened and it's best that you do the same!"

This Affidavit is admitted on and for the Record pursuant to Federal Rules of Evidence 201 (b) as Adjudicative Facts taken under Oath in the presence of a Notary Public in Clayton County Georgia.  These facts constitute new evidence as the prosecutions witness recanting his statement and providing further evidence of prosecutorial misconduct in violation your 18 USC § 371.

Issa Michael Johnson also named as an alleged victim, who was found to have never been molested after he and 4 other children were taken from Our Church land on 404 Shadydale Rd, Issa Johnson was also found in to have never been molested in Juvenile court, **which can be researched under State of Georgia case file #1172003093 currently sealed.**  He goes onto state on his Affidavit as following:

" I , Issa Michael Johnson am stating for the record that Dr. Malachi Z. York never molested, raped, inappropriately touched me, or abused me sexually in any way nor did I see nor witness Dr. Malachi Z. York molest, rape or perform any sexual activity with any minors or persons in Upstate New York, also called Nubia."

"I, Issa Michael Johnson am stating for the record that Dr. Malachi Z. York never molested, raped, inappropriately touched me, or abused me sexually in anyway nor did I see nor witness

Dr. Malachi Z. York molest, rape or perform any sexual activity with any minors in Georgia particularly 404 Shady Dale Rd. Eatonton, GA and Athens, Georgia."

He continues as follows:

"FBI agent Richard Moultrie then reminded me that my mother Kathy Johnson was incarcerated and if I cooperated and made certain statements and accusations that he could get my mother out of prison and not mention her name in trial.  Richard Moultrie wanted me to exchange false statements for this favor."

He goes onto say…

"There were several alleged victims namely Krystal Harden "Beluwra" and Amala Noel sent by Federal agents to get me to falsley testify against Malachi Z. York and Kathy Johnson.  Krystal told me that she couldn't wait to get her money from this trial."
"The day of the trial prior to my testimony FBI agent Jalaine Ward reminded me, and several others of what we needed to say."

And he continues….

"When I didn't keep up with my end of the deal at the trial of Malachi Z. York and testified honestly , FBI agent Richard Moultrie mentioned my mother's name anyway in his last question to me during trial."

36

These Affidavits submitted pursuant to the Federal Rules of Evidence 201(b) as Adjudicative

Facts backing the Constitutional Habeas Corpus and your 28 USC § 2255(1) of NEW

EVIDENCE that I am being held unlawfully pursuant to the Sixth Amendment of the United

States Constitution.  I quest the court to rectify this erroneous sentencing pursuant to your Oath

of Office and Bond, which I have Accepted for Value on and for the Record to curtail any further

contraversion of the facts which cannot be tried pursuant to the Seventh Amendment of the

Constitution which states:


## Releif Pursuant To Your Rule 60(b)


I am ordering the court to set off the debt and correct the book entries pursuant Your

Federal Rules of Civil Procedures 60 (b), GAAP, GAAS, 12 CFR 226.10, 12 USC § 1511, 18

USC § 641, 46 USC § 1247, 11 USC § 524, and 15 USC 1666, and order immediate physical

discharge of the contract vassalee petitioner Malachi York El:©™ (misnomerd DWIGHT

YORK©™ # 17911-054) warehoused prize vessel at USP Florence ADX, Florence Colorado

within 5 days pursuant to contract law as well as on the basis of my sovereignty as a Preamble

citizen, Native American, and Diplomat and Citizen of the Republic of Liberia pursuant to

Article 22, 23, and 29 of the Vienna Convention on Diplomatic Relations, Article IV of the

United States Constitution, and your 22 USC § 254(b).

On and For the Record I Accept for Value the Bonds of United States District Court for

the Middle District Georgia  Chief Judge Charles Ashley Royal, Magistrate Judge S/ G Mallon

37

Faircloth, Clerk of Court Gregory Leanord, United States District Court for the District of Colorado Magistrate Judge Edward Knottingham, Magistrate Judge Boyd N Boland, Magistrate Judge Zita L.Weinshienk, Clerk of Court Gregory Langham, State of Georgia Governor Sunny Perdue, United States Attorney for the Federal Bureau of Prisons Chris Synsvoll, United States Assistant Attorney for the District of Colorado Marcy Elizabeth Cook, United States Attorney for the District of ColoradoTroy Eid, former United States  Attorney General  Michael Mukassey, Colorado State Attorney John Suthers , Federal Bureau of Prison Warden Ron Wiley, court officer attorney Greg Lattimiere, and Task Force Officer Tom Cody who have been named liable as Co-Payee's with the Secretary of the Treasury Timothy Giethner to forward Payment issued pursuant to 27 CFR 72.11, and HJR 192 June 5th 1933, and Article 1 § 10 of the United States Constitution to the Treasury Pursuant to 28 USC § 2041, and 2043.  You have 5 Days to update the book entries pursuant to law.


**Respectfully,**

**Malachi York El:©™**

Nonresident/ Non-Domestic

First Class, Delivery

c/o P.O. Box 181398

Denver, Colorado 80218


"Malachi 4:2 "But unto you that fear my name shall the Sun of righteousness arise with healing in his wings"

38