28/02/2009                           USPO MAIL TRACKING# EH00044095 US (TO CO-PAYEE(S))
**Attention: Clerk's Office
To: United States District Court For The Middle District Of Georgia   EH 486738162 US (TO PAYEE)
475 Mulberry Street, Macon Georgia 31202

**Case File# 5:07-CV-90001-CAR**

Case No. 5:02-CR-27-CAR                                  EH 400045895 US ( TO PAYEE )

## File Knowledge By Notarial Acceptance

(submitted under Contract Law)

Enclosed is **Suretyship** casefile knowledge pursuant to this casefile matter, as an Exhibit for the Court by this **firsthand** Petitioner, Malachi York El:©™, Secured Party, Beneficiary, Authorized Representative, specie **Surety in fact**, Trustee, Holder in due course, Liberian citizen and Diplomat **D/P#003828-04**, in accordance to the enclosed presentments for closure in these matters in the capacity as the specie Surety in Fact, without an Attorney for the avoidance of a 'Contempt of Court' in your knowledge re-ceivership capacity hereby to file and stamp the associated attached Bonds, knowledge associated, in accordance to Motion answers and Exhibited Facts for the Court's Book-Entry knowledge;

Again, this is for the Court's knowledge, referencing this filing.

Thank you for your services in advance.

Respectfully,

Notary: _____

My Commission Expires: 02/12/12

_____
Malachi York El:©™
P.O. Box 181398
Denver, Colorado 80218

REGISTERED No. **Malachi York El:©™/EL,MALACHI Z. YORK,CESTUI QUE TRUST** REGISTERED No.
RR059445061US **And Company** RR059445061US

$300,000,000.00 **Hereby Grant this Private Issue** $300,000,000.00

## Secured Funding and Offset Bond

28/02/2009     28/02/2039
ORIGINAL RE-ISSUE DATE     MATURITY DATE

*This Secured Funding and Offset Bond shall be entered as an asset to the United States Department of the Treasury under the terms herein in the amount of*

— **THREE HUNDRED MILLION DOLLARS** —

**Pay to the Order of:**    Timothy Geithner, d/b/a Secretary of the Treasury-ROUTING# 254-7540-9
United States Department of the Treasury
1500 Pennsylvania Avenue, N.W., Washington, D.C. 20220

**For Credit to:**    UNITED STATES DISTRICT COURT FOR THE MIDDLE DISTRICT OF GEORGIA
****up to Fifty percent (50%) of face value****

**Routing Information**    through Private Discharging and Indemnity Bond No. *12222008-0003* Reg.
**(Securitization Bond)**    No.RR059445061US on deposit with the U. S. Department of the Treasury, issued by Malachi York El:©™ , Private Offset Account No. EIN#06-4360272

KNOW ALL MEN BY THESE PRESENTS, to facilitate lawful commerce in the absence of substance backed currency, Secretary Timothy Geithner or agents thereof (collectively "Secretary") shall upon receipt of this Secured Funding and Offset Bond post the full face value of the Bond as an asset to the benefit of the United States Department of the Treasury to be used specifically in the manner described hereunder. This Bond has been authorized and issued pursuant to the full faith and credit of the grantor, Malachi York El and certain guarantors listed on private issue Discharging and Indemnity Bond No 12222008-0003 (Registration No.RR059445061US) on deposit with the United States Department of the Treasury.

SATISFACTION OF LIABILITIES. That full faith and credit is hereby pledged to this unconditional promise to pay any aggregate amount not to exceed one half (fifty percent) of the full face value of this Bond to satisfy, set-off, pay and discharge in their entirety dollar for dollar through the said Private Discharging and Indemnity Bond No. 12222008-0003 (Registration No.RR059445061US ) and Private Offset AccountsEIN#06-4360272, Surety1EIN#11-8622708 and Surety2EIN#04-8720045 specified thereon any and all debts, liabilities, encumbrances, deficiencies, deficits, liens, charges, fees, interest, bills, true bills, taxes, obligations of contract and/or performance, instruments of debt, and all other obligations (jointly and severally "Liabilities") attributed to the grantor, the grantor's collateral, **MALACHI YORK** Social Security Account No. SS#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and all alphanumeric derivatives thereof, and/or any other party so indicated by the grantor or the grantor's seal of acceptance noted on the instrument of liability whether such instrument of liability be express, implied, commercial, negotiable or non-negotiable, through the date of maturity above-noted, the remainder of the Bond to inure and accrue to the benefit of the United States Department of the Treasury until maturity.

ORDER OF THE BOND. Upon presentment of any such instrument of liability bearing the grantor's seal of acceptance and/or referencing this Bond, the Secretary shall ledger, satisfy, set-off, pay and discharge in their entirety dollar for dollar by end of business same day at the offices of the United States Department of the Treasury any and all such Liabilities in an aggregate amount not to exceed one half (fifty percent) of the full face value of this Bond through the said private issue Discharging and Indemnity Bond No. 12222008-0003 (Registration No. RR059445061US ) and Private Offset AccountsEIN#06-4360272, Surety1EIN#11-8622708 and Surety2EIN#04-8720045 specified thereon.

SECURITY. Malachi York El:©™does hereby declare that private issue Discharging and Indemnity Bond No. 12222008-0003 (Registration No RR059445061US) has been deposited with the United States Department of the Treasury by Malachi York El:©™ and Company on or about 24/02/2008 as security for this Secured Funding and Offset Bond.

DISHONOR OF THE BOND. The Secretary shall have three (3) days from the date of presentment noted on U.S.P.S. Form 3811 to dishonor the Bond by returning it to the grantor by registered mail at the location noted herein. Failure to so return will stipulate the Secretary's honorable acceptance of the Bond on behalf of the United States and its cohorts.

MATURITY. Upon maturity, the Secretary shall mark this Bond cancelled and return this Bond bearing the marks of cancellation to the grantor or the grantor's heirs by registered mail, all profits and proceeds accruing since presentment to remain with the Secretary for the benefit and use of the United States Department of the Treasury.

IN WITNESS WHEREOF, the Signatory(ies) to this Bond does hereby affix their hand and seal on the 28th day of the second month *anno domino* in the year of our Lord two thousand and nine. Reserving all rights.

| | | |
|---|---|---|
| _____ | _____ | _____ |
| Arall Charles:©™ Surety#1 | Jaame Amun Re:El:©™ Surety#2 | Malachi York El:©™, Grantor, Secured Creditor |
| to Pass-through Account SS#118622708 | to Pass-through Account SS#048720045 | to Pass-through Account SS#064360272 |
| c/o P.O. Box 181398, Denver, Co. state | c/o P.O. Box 181398, Denver, Co. state | c/o P.O. Box 181398 Denver, Colorado state |

**Void where prohibited by law**

FOR VALUE RECEIVED, _D_____ M L Z V.. O____ hereby sell, assign and transfer unto
PLEASE INSERT SOCIAL SECURITY OR OTHER        (WITHOUT RECOURSE)
IDENTIFYING NUMBER OF ASSIGNEE

06-4360272

(PLEASE PRINT OR TYPEWRITE NAME AND ADDRESS, INCLUDING ZIP CODE, OF ASSIGNEE)

_____Shares
of the capital / Preferred Stock amount represented by the within Certificate, and do hereby irrevocably constitute and appoint

_____UNITED STATES DSTRICT COURT FOR THE MIDDLE DISTRICT OF GEORGIA_____ Attorney
to transfer the said mpte on the books of the within named Company with full power of substitution in the premises.

Dated___28/02/2009___
        Day/Month/Year

_____D_____M L Z V.. O_____
NOTICE: THE SIGNATURE(S) TO THIS ASSIGNMENT MUST CORRESPOND WITH THE NAME(S), AS WRITTEN
UPON THE FACE OF THE CERTIFICATE IN EVERY PARTICULAR, WITHOUT ALTERNATION OR ENLARGEMENT
OR ANY CHANGE WHATEVER.

SIGNATURE(S) GUARANTEED:

_____
THE SIGNATURE(S) SHOULD BE GUARANTEED BY AN ELIGIBLE GUARANTOR INSTITUTION

_____
LEAD UNDERWRITER:

_____
TRANSFER AGENT:

*[PUBLISHED watermark across page]*

WARNING: THIS DOCUMENT HAS SECURITY FEATURES IN THE PAPER

**STATE CERTIFIED**

# BOND
UCC 3-311,(a),(b)

TP01262009

MALACHI YORK EL
1541 MARION ST. SUITE#181398
DENVER, CO 80218
ACCOUNT NUMBER: 064360272

February 28, 2009

Bonded Registered Number: RR059445061US
64-14
610

PAY TO THE ORDER OF: **UNITED STATES MIDDLE DISTRICT COURT OF GEORGIA**

AMOUNT TENDERED $ **********300,000,000.00

EXACTLY: **THREE HUNDRED MILLION UNITED STATES DOLLARS AND ZERO CENTS**

Security features are included. Details on back.

PARTIAL RELEASE BY SECURED PARTY OF RECORD FINANCING STATEMENT NUMBER **2007-2268538-33** PARTIAL RELEASE OF INDEMITY BOND FOR FULL PAYMENT OF DEBT. THIS TENDER PAYABLE BY CLAIM IN SECURITY INSTRUMENT ONLY.

UCC 3 RELEASE OF SECURIY INTEREST FILED WITH DEPARTMENT OF LICENSING, UNIFORM COMMERCIAL CODE P.O. BOX 1470, FRANKFORT, KENTUCKY 40601-1470

SIGNATURE: _____ Signature without recourse

THIS TENDER IS EXECUTED AND FILED PURSUANT TO UCC 9-405, UCC 1-201, (25), (27), (35) NOTICE UCC 1-104, 10-104 PRIVATE BETWEEN THE PARTY(IES) TRANSFERABLE ISSUED PURSUANT TO PUBLIC LAW 73-10 (SEE TITLE 31 USC 5118 AND H.J.R. 192 DATED JUNE 5, 1933)

⑈103929420⑈ ⑆064360270⑆ 97927756⑈ 300000000000⑈

| PAYMENT DATE | PAYMENT NUMBER | PAYEE NAME | TOTAL AMOUNT | DISCOUNT | PAYMENT AMOUNT |
|---|---|---|---|---|---|
| February 28, 2009 | 5:02-CR-27-CAR | UNITED STATES DISTRICT COURT FOR THE MIDDLE DISTRICT OF GEORGIA MACON DIVISION | **********300,000,000.00 | *******$0.00 | **********300,000,000.00 |

| | |
|---|---|
| Bonded Registered Number: | RR059445061US |
| Tender of Payment for: | STATUTE DEBT TENDER, PURSUANT TO 27 CFR 72.11 |
| Tender of Payment in sum of: | *******300,000,000.00: TENDERED PAYMENT TRACKING No. EH486738162 US, EH 400045895 US, EH 400044095 US: |
| Paid to: | UNITED STATES DISTRICT COURT FOR THE MIDDLE DISTRICT OF GEORGIA MACON DIVISION: |
| Date: | February 28, 2009 |
| Payable: | On Demand (*see Autograph*) |
| Memo: | Issued pursuant to PUBLIC LAW 73-10 (See Title 31 USC 5116 and H.J.R. 192 dated June 5, 1933) |

REORDER FORM #7200

Header nav



**PRIVATE DISCHARGE AND INDEMNITY BOND** Number: DY/MZY- 12212903-0003
USPS REGISTERED MAIL TRACKING NO. RR059445490US(PR), RR059445861US(D.C.), RB893414873US (ATTORNEY'S)
AND THE CURRENT USPO MAIL TRACKING NO. EH 273416367 US(To IRS), EH 273416557 US(To IRS), EH 273416353 US (To Treas P.R.),
EH 273416398 US(To Treas. D.C.), EH 273416336 US(To ATTORNEY GENERAL):

**Value: $300,000,000.00 Three Hundred Million United States Dollars 00/100**

Routing Number: GUARANTY BK TR 1020-0096-6

Date of Re-Issuance: 12/22/2008
Date of Expiration: 12/21/2038

To: Henry M. Paulson Jr. and Anna Escobedo Cabral   hereinafter "Fiduciary"
Secretary of the US Treasury,
and the Treasurer of the US Treasury
1500 Pennsylvania Avenue NW
Washington, D.C. 20220

José G. Dávila Matos
Secretary of the
DEPARTAMENTO DE HACIENDA
P.O. Box 9024140, San Juan, P.R. 00902-4140

For: Dwight D. York / Malachi Z. York:®:C™;                                  Account Holder
YORK, DWIGHT, CESTUI QUE TRUST;                                              Account Holder
EL MALACHI Z YORK, CESTUI QUE TRUST;                                         Account Holder
STATE OF GEORGIA AND ALL ELECTED FIDUCIARIES/CIVIL SERVANTS;                 Account Holder
STATE OF GEORGIA BAR ASSOCIATION;                                            Account Holder
U.S. DISTRICT COURT FOR THE MIDDLE DISTRICT OF GEORGIA;                      Account Holder
U.S. DISTRICT COURT, DISTRICT OF COLORADO;                                   Account Holder
U.S. COURT OF APPEALS ELEVENTH CIRCUIT;                                      Account Holder
PUTNAM COUNTY SHERIFF'S DEPARTMENT;                                          Account Holder
DISTRICT DEPUTY COMPTROLLER-ARCHIE L. BRANDFORDS. EASTERN DISTRICT,          Account Holder
MARQUISE TOWER;
EDWARD T GARLAND BAR# 283400 DBA ATTORNEY AT LAW, MANIBUR S. ARORA;          Account Holder
CHILD SUPPORT ENFORCEMENT-DOUGLAS NEWSOME;                                   Account Holder
SHERIFF HOWARD RICHARD SILLS, ESQ;                                           Account Holder
DEPARTMENTO DE HACIENDA, SECRETARY OF TREASURY- José G. Dávila Matos;        Account Holder
MAXWELL WOODS, RICHARD S. MOULTRIE, ASST. US ATTORNEY;                       Account Holder
SONNY PURDUE, GOVENOR OF ATLANTA, GA 30303;                                  Account Holder
DEPARPTMENT OF TREASURY IN SAN JUAN, PUERTO RICO;                            Account Holder
US DISTRICT JUDGE HUGH LAWSON;                                               Account Holder
ATTORNEY FRANK RUBINO;                                                       Account Holder
FREDRICK D. BRIGHT;                                                          Account Holder
HARRY E. BRUNO / FOREPERSON OF THE GRAND JURY                                Account Holder
STEPHANIE D. THACKER                                                         Account Holder
ATTORNEY BENJAMIN A. DAVIS, II, ESQ.                                         Account Holder
DAWN BASK;                                                                   Account Holder
MORGAN COUNTY COURTHOUSE, GA 306350;                                         Account Holder
SUPERIOR COURT OF PUTNAM COUNTY, GA 31024;                                   Account Holder
JUDGE HUGH LAWSON, MACON, GA 31202;                                          Account Holder
JUDGE C. ASHLEY ROYAL, MACON, GA 31202;                                      Account Holder
ATTORNEY MALIK SHABAZZ, ESQ.                                                 Account Holder
ATTORNEY Matthew McGavock Robinson, Robinson & Brandt, P.S.C.;               Account Holder
JUDGE ZITA L. WEINSHIENK;                                                    Account Holder
CHIEF JUDGE EDWARD W. NOTTINGHAM;                                            Account Holder
KRISTEN L. MIX;                                                              Account Holder
ATTORNEY MARCY ELIZABETH COOK, ESQ.;                                         Account Holder
ATTORNEY LETA RUTH HOLDEN, ESQ.;                                             Account Holder
HOLDEN LAW OFFICES;                                                          Account Holder
ewnscc;                                                                      Account Holder
FLORENCE ADMAX U.S. PENITENTIARY;                                            Account Holder
FEDERAL BUREAU OF PRISONS;                                                   Account Holder
ATTONEY EKAETTE PATTY, ESQ.;                                                 Account Holder

ATTORNEY ANNE EDDINGS —FOUNTAIN;                                             Account Holder
ATTORNEY EKAETTA EDDINGS-FOUNTAIN;                                           Account Holder
MAGISTRATE JUDGE BOYD N. BOLAND;                                             Account Holder
DR. WILLIAM THOMPSON M.D;                                                    Account Holder
G. MALLON FAIRCLOTH, REFERRAL;                                               Account Holder

| | |
|---|---|
| U.S. MAG. JUDGE G. MALLON FAIRCLOTH; | Account Holder |
| U.S.A.; | Account Holder |
| MAYOR SHIRLEY FRANKLYN | Account Holder |
| GEORGIA COURTS/DIVISIONS, ATHENS, | Account Holder |
| ALBANY DIVISION, | Account Holder |
| COLUMBUS DIVISION, | Account Holder |
| VALDOSTA DIVISION, | Account Holder |
| PACER SERVICE CENTER, SAN ANTONIO, TX 78278-0549, | Account Holder |
| U.S.A. COURT FLAG DEFINITIONS; | Account Holder |
| U.S. GOVERNMENT DEFENDANT(S); | Account Holder |
| ATTORNEY ADRIAN PATRICK; | Account Holder |
| PAYNE WEBBER GROUP, INC. / USB FINANCIAL SERVICES | Account Holder |
| JUDGE BIRCH; | Account Holder |
| JUDGE HULL; | Account Holder |
| JUDGE PASCO M. BOWMAN; | Account Holder |
| ACCOUNT NUMBERS, | Account Holders |
| 202-CR-229-10, | Account Holder |
| 5:02-CR-27-CAR, | Account Holder |
| 1:06-cv-00807-ZLW, | Account Holder |
| 5:07-cv-90001-CAR-GMF, | Account Holder |
| 02-00027-CR-27-CAR-5-1, | Account Holder |
| 1:07-cv-01297-EWN-KLM, | Account Holder |
| 08-cv-02631 "et al" | Account Holder |
| CORRECTIONS CORPORATION OF AMERICA, BOARD OF TRUSTEES | Account Holders |
| PUTNAM COUNTY BOARD OF TRUSTEES | Account Holder |
| HOMELAND SECURITY MICHAEL CHERTOFF | Account Holder |
| ATTORNEY GENERAL THURBERT BAKER | Account Holder |
| US ATTORNEY GENERAL JANET RENO | Account Holder |
| US ATTORNEY GENERAL ROBERTO GONZALEZ | Account Holder |
| US SECRETARY OF DEFENSE COLON POWELL | Account Holder |
| COLORADO STATE INCLUDING ALL ELECTED OFFICERS, FIDUCIARIES/CIVIL SERVANTS ; | Account Holder |
| COLORADO STATE BAR, AND THE STATE OF COLRADO BAR ASSOCIATION; | Account Holder |
| COLORADO STATE COUNTIES/AGENTS; | Account Holder |
| ADAMS, ALAMOSA, ARAPAHOE, ARCHULETA, BACA, BENT, BOULDER, BROOMFIELD, CHAFFEE, CHEYENNE, CLEAR CREEK, CONEJOS, COSTILLA, CROWLEY, CUSTER, DELTA, DENVER, DELORES, DOUGLAS, EAGLE, EL PASO, FREMONT, GARFIELD, GILPIN, GRAND, GUNNISON, HINSDALE, HUEREANO, JACKSON, JEFFERSON, KIOWA, KIT CARSON, LA PLATA, LAKE, LARIMER, LARIMER, LAS ANIMAS, LINCOLN, LOGAN, MESA, MINERAL, MOFFAT, MONTEZUMA, MONTROSE, MORGAN, OTERO, OURAY, PARK, PHILLIPS, PITKIN, PROWERS, PUEBLO, RIO BLANCO, RIO BLANCO, RIO GRANDE, ROUTT, SAGUACHE, SAN JUAN, SAN MIGUEL, SEDGWICK, SUMMIT, TELLER, WASHINGTON, WELD, AND YUMA COUNY. COLORADO STATE JURY COMMISSIONERS– DEBBIE TIFFANY, JENNIE HEERSINK, CYNTHIA DALY, DEBBIE TULLY, VICKIE MCENDREE, VICKI LEFFERDINK, PAT WITTREICH, KIMBERLY TROUDT, KAREN PROSSER, VICKI ALLEN, PAT WITTREICH, KIMBERLY TROUDT, KAREN PROSSER, VICKI ALLEN, KIMBERLEE HILL, JENNIE HEERSINK, DAWN STALLSWORTH, LINDA URWILLER, PENNY WAGNER, MARILYN ORTIZ, JENNIFER WEDDLE, DEBORA KELLIHER, DIANE CROW, SHARLENE MILLS, LESLIE DAVIS, BRENDA KNOLL, LORI JOHNSON, GARY VIGIL, KIMBERLY GRAHAM, DIANA KAUFMAN, ROSE ANNE KELLEY, JENNIE HEERSINK, DIANA MEYER, AMELIA L. "AMY" HARRIS, DESIREE LIPE, PENNY WAGNER, CATHLENE MARSHALL, PENNY WAGNER, DEBRA MCLIMANS, JOY STRACK, CAROLYN JEMISON, BARBARA MCDANIEL, LILA MEARS, KAREN MURPHY, SOLVEIG OLSON, JENNIE HEERSINK, LESLIE DAVIS, PENNY WAGNER, SUSAN KINNISON, JAN REED, SHERI PORTER, GLORIA HILLIER, LANELLE COBLE-MCEACHRON, BETTY WILSON; | Account Holder |
| INCLUDING TITLES AND POSITIONS, SUCH AS; JURY COMMISSIONER(S), CLERK(S) OF COURT(S), BENT COUNTY JURY COMMISSIONER(S), CHAFFEE COUNTY JURY, CROWLEY COUNTY JURY COMMISSIONER(S), DELTA COUNTY JURY COMMISSIONER(S), DOUGLAS COUNTY JURY COMMISSIONER(S), FREEMONT COUNTY JURY COMMISSIONER(S), GARFIELD COUNTY JURY COMMISSIONER(S), GILPIN COUNTY JURY COMMISSIONER(S), GUNNISON COUNTY JURY COMMISSIONER(S), HINSDALE COUNTY JURY COMMISSIONER(S), HUERFANO COUNTY JURY COMMISSIONER(S), JACKSON COUNTY JURY COMMISSIONER(S), JEFFERSON COUNTY JURY COMMISSIONER(S), KIT CARSON COUNTY JURY COMMISSIONER(S), LARIMER COUNTY JURY COMMISSIONER(S), LAS ANIMAS COUNTY JURY COMMISSIONER(S), LOGAN COUNTY JURY COMMISSIONER(S), MESA COUNTY JURY COMMISSIONER(S), MONTROSE COUNTY– JURY COMMISSIONER(S), PHILLIPS COUNTY JURY COMMISSIONER(S), PITKIN COUNTY JURY COMMISSIONER(S), PUEBLO COUNTY JURY COMMISSIONER(S), RANGLY COUNTY JURY COMMISSIONER(S), MEEKER COUNTY JURY COMMISSIONER, SAN MIGUEL JURY COMMISSIONER(S), TELLER COUNTY JURY-COMMISSIONER(S); | Account Holder |
| STATE COURTS OF COLORADO, COURT ADMINISTRATOR(S) / FIDUCIARIES | Account Holder |
| INTERNATIONAL ATTORNEY GALOWALLO | Account Holder |
| COLORADO STATE ATTORNEY GENERAL–JOHN W. SUTHERS | Account Holder |
| US ATTORNEY GENERAL–JOHN ASHCROFT | Account Holder |

| | |
|---|---|
| US ATTORNEY GENERAL-ALBERTO GONZALES | Account Holder |
| US ATTORNEY GENERAL-MICHAEL B. MUKASEY | Account Holder |
| US PROVOST MARSHAL GALE HAYNES | Account Holder |
| US PROVOST MARSHAL OF THE STATE OF GEORGIA | Account Holder |
| US PROVOST MARSHAL OF THE STATE OF COLORADO | Account Holder |
| US PROVOST MARSHAL OF THE STATE OF WISCONSIN | Account Holder |
| UNITED STATES MARSHAL GEORGE BREFFNI WALSH | Account Holder |
| STATE OF COLORADO ATTORNEY GENERAL, JOHN SUTHERS | Account Holder |
| AUSTIN TEXAS, DEPARTMENT OF THE TREASURY-FRANK SCOFIELD | Account Holder |
| STATE OF COLORADO, COMPTROLLER OF THE CURRENCY – DAVID MCDERMOTT | Account Holder |
| COLORADO STATE, DEPARTMENT OF THE TREASURY | Account Holder |
| GEORGIA STATE COMPTROLLER OF THE CURRENCY | Account Holder |
| CITI CORP/TRUST BANK, CITI GROUP | Account Holder |
| WAL-MART | Account Holder |
| BANK OF INTERNATIONAL SETTLEMENTS | Account Holder |
| UNITED BANK OF SWITZERLAND | Account Holder |
| JP MORGAN CHASE BANK | Account Holder |
| PZN / PRISON REALTY TRUST INCORPORATION | Account Holder |
| MERYLL LYNCH | Account Holder |
| WELLS FARGO | Account Holder |
| WACHOVIA | Account Holder |
| DUETSCHE BANK GROUP | Account Holder |
| BNP PARIBAS / BANQUE NATIONALE DE PARIS | Account Holder |
| BANK OF TOKYO MITSUBISHI LTD | Account Holder |
| SUMITOMO BANK LTD | Account Holder |
| BAYERISCHE HYPO-UND VEREINS BANK AG MUNICH, GERMANY | Account Holder |
| BANK OF AMERICA CHARLOTTE USA | Account Holder |
| US DEPARTMENT OF TREASURY | Account Holder |
| HENRY M. PAULSON JR. | Account Holder |
| GEORGE W. BUSH JR | Account Holder |
| Internal Revenue Service Account No. 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; | Account |
| Social Security No. 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 | each severally. |

By/On/Through: *Dwight D. York* / Malachi Z. York:®:©™   Principal   Private Offset Account No. RR059445061US
hereinafter "Creditors"   First Surety   Private Offset Account No. RR059445061US
   Second Surety   Private Offset Account No. RR059445075US
   Third Surety   Private Offset Account No. RB842713256US

KNOW ALL MEN BY THESE PRESENTS, WHEREAS, only fiat money exists in circulation for the discharge of debt: NOW, THEREFORE, the undersigned Creditors being of sound mind and honorable intentions, for the purposes of protecting secured interests, reserving rights of recourse, remedy and subrogation, and maintaining the honor of the above-named Account Holders and Accounts, do hereby necessarily issue this *Private Discharging and Indemnity Bond* to wit. In our rightful *Sui Juris* status, the Creditors do hereby knowingly and with full disclosure hold, bind and obligate ourselves jointly and severally by this instrument as voluntary sureties for Account Holders: *Dwight D. York* / Malachi Z. York:®:©™ and Account No. 064360272, each severally, for any amount up to and including **Three Hundred Million USD**- ($300,000,000.00), insuring, underwriting, identifying and discharging the said Account Holders and Accounts against any and all pre-existing, current and future losses, costs, debt taxes, encumbrances, deficits, deficiencies, liens, judgements, True Bills, obligations of contract or performance, defaults, charges, and any and all other obligations as may exist or come to exist during the term of this Bond (jointly and severally "Liabilities"), thereby honorably discharging and vacating dollar for dollar all such obligations until the sum or the term of this Bond is exhausted. The Fiduciary shall have thirty (30) days from presentment to dishonor the Bond by returning it to the Principal by certified mail at the location below-noted. Failure to return will stipulate acceptance and honor.

### BOND ORDER

1. The Fiduciary shall discharge and vacate all pre-existing and current Liabilities as may exist without exception for, against and on behalf of the Account Holders: *Dwight D. York* / Malachi Z. York:®:©™ and Social Security Account No.064360272 dollar for dollar through the above-noted Private Offset Accounts up to and including the full Face Value amount of this Bond.

2. Each of the above-noted Account Holders and Accounts shall be severally insured, underwritten and indemnified against any and all future Liabilities as may come to exist, discharging and vacating all such obligations dollar without exception through the above-noted Private Offset accounts up to and including the full Face Value amount of this Bond.

3. The Fiduciary shall have thirty (30) days from Date of Delivery specified on United States Postal Service Form No. 3811 to dishonor this Bond by returning it to the principal with all associated transactions annexed thereto by United States Certified Mail at the mailing location identified hereunder. The Fiduciary's failure to return the Bond as indicated will stipulate the Fiduciary's acceptance

and honoring of this instrument and all terms and provisions herein as an operation of law.

4. All communication shall be sent by United States Certified Mail directly to the Principal at the location noted hereunder exactly as shown, Service in any other manner will be defective. The Principal will accept post at the said postal location only.

5. This Bond shall be ledgered as an asset to the benefit of the United States Department of the Treasury.

6. This Bond expires at 3:29:59 PM, 12/22/2038

Executed by the undersigned on this the 22nd day of December in the Year of Our Lord, 2008.

:Ibrahiim Abdullah Al Mahdi:
:First Surety
Private Offset Account No.RR059445061US
c/o :3535 Peachtree Road Suite#520
Atlanta, Georgia state
Nonresident/Non-Domestic

:Jaame Amun Re:El:
: Second Surety
Private Offset Account No.RR059445075US
c/o:PO BOX 391182
Snellville, Georgia state
Nonresident/Non-Domestic

:Dwight York / Malachi Z. York:
: Principal
Private Offset Account No.RR059445061US
c/o:3535 Peachtree Road Suite#520
Atlanta, Georgia
Nonresident/Non-Domestic

:Wajdet Tum Nefer El:
:Third Surety
Private Offset Account No. RB842713256US
c/o:620 Ponce De Leon Avenue #522
Decatur, Georgia state
Nonresident/Non-Domestic

NOTARY-ACCEPTOR

NOTARY-ACCEPTOR

NEGOTIABLE                                           NEGOTIABLE
# BONDED PROMISSORY NOTE

U.S. Expressed Mail Number: TRACKING#s: EH 486738162 US(To the Dept.:Treas.GA), EH 486738145 US(To Payee)

## $300,000,000.00
### Three Hundred Million United States Dollars and 00/100

To the Order of: Treasury Routing#s: 254-7540-9 or 0215-0222-8; Reserved Reg. FRB Acct#10392942; Private Bond#B97927756; INTERNAL REVENUE SERVICE, Henry M. Paulson, Jr. d/b/a HENRY M. PAULSON JR., Secretary of the United States Treasury, Juan C. Puig Moralesd/b/a JOSÉ G. DÁVILA MATOS, & UNITED STATES DISTRICT COURT FOR THE MIDDLE DISTRICT OF GEORGIA MACON DIVISION:

UCC#2007-2268538-33;
In the Amount of: Three Hundred Million United States Dollars and 00/100 Cents ($300,000,000.00) in USD:
For: Internal Revenue Service, UNITED STATES BANKRUPTCY COURT FOR THE MIDDLE DISTRICT OF GEORGIA MACON DIVISION;

Routing Through: Private Offset Bond No. RR 059 445 061 US, and RR 059 445 490 US to Secretary of Treasury, Henry M. Paulson Jr. d/b/a HENRY M. PAULSON JR, Secretary of the Department of Treasury, Juan C. Puig Moralesd/b/a JUAN C. PUIG MORALES;

This negotiable instrument, tendered lawfully by **Malachi Z. York:®:©™ "Maker"** in good faith shall evidence as a debt to the Payee pursuant to the following terms:

1. This Note shall be posted in full dollar for dollar amount pursuant to the Credit order noted above and presented to the co-payee, Secretary of Treasury, M. Paulson Jr. d/b/a HENRY M. PAULSON JR Secretary of the Department of Treasury Juan C. Puig Morales d/b/a JUAN C. PUIG MORALES and

2. Payee shall, upon receipt of this instrument, charge the Pass-Through Account 064360272 for the purpose of terminating any past, present, or future liabilities express or implied attached to the above contract, and

3. Payee shall ledger this Note Negotiable, Assignable, Transferable, Divisible and Renewable for a period of Twelve (12) months according to the Uniform Commercial Code (UCC) commencing the five (365) days, at an interest rate of seven percent (7%) per annum, and

4. Upon maturity, this Note shall be due and payable in full with interest and any associated fees. Payment shall be ledgered against *Private Offset Bond No. RR 059 445 061 US*, and RR 059 445 490 US (USPS Registered Mail Tracking#s) held and secured by Juan C. Puig Morales d /b/a JOSÉ G. DÁVILA MATOS, Secretary of the Department of Treasury, and Henry M. Paulson Jr., and the US Treasury.

_____      : WADJET TUM NEFER EL       _____
1/27/2009
:Date                  :Surety                    :Authorized Representative
****************************************************************************

Malachi Z. York:®:©™            Henry M. Paulson Jr.,etc. Trustee    Department of the Treasury
c/o PO BOX 181398               US / Department of Treasury          INTERNAL REVENUE SERVICE CENTER
Snellville, Georgia             1500 Pennsylvania Ave NW             ATTN: FRANK SCOFIELD
Nonresident / Non-domestic      Washington, D.C. 20220, and          Austin, Texas 73301
                                PO Box 4515 San Juan, Puerto Rico
                                00902
EL,MALACHI Z YORK, CESTUI QUE TRUST   UNITED STATES DISTRICT COURT FOR THE MIDDLE DISTRICT OF GEORGIA   DEPARTMENTE DE HACIENDA
c/o PO BOX 181398                     475 MULBERRY STREET                                               PO Box 9024140 SAN JUAN, PUERTO RICO
DENVER, CO 80218                      MACON, GEORGIA 31202                                              00902

**NEGOTIABLE**                                                         **NEGOTIABLE**


Case 5:02-cr-00027-CAR-CHW   Document 407-2   Filed 03/02/09   Page 11 of 14

FOR VALUE RECEIVED, _____ _____ hereby sell, assign and transfer unto
PLEASE INSERT SOCIAL SECURITY OR OTHER                    (WITHOUT RECOURSE)
IDENTIFYING NUMBER OF ASSIGNEE
| 064360272 |

_____
(PLEASE PRINT OR TYPEWRITE NAME AND ADDRESS, INCLUDING ZIP CODE, OF ASSIGNEE)

_____ Shares
of the capital / Preferred stock amount represented by the within Certificate, and do hereby irrevocably constitute and appoint

<u>UNITED STATES DISTRICT COURT FOR THE MIDDLE DISTRICT OF GEORGIA</u> Attorney
to transfer the said stock on the books of the within named Company with full power of substitution in the premises.

Dated: 01/26/2009

NOTICE: THE SIGNATURE(S) TO THIS ASSIGNMENT MUST CORRESPOND WITH THE NAME(S), AS WRITTEN UPON THE FACE OF THE CERTIFICATE IN EVERY PARTICULAR, WITHOUT ALTERNATION OR ENLARGEMENT OR ANY CHANGE WHATEVER.

SIGNATURE(S) GUARANTEED:

THE SIGNATURE(S) SHOULD BE GUARANTEED BY AN ELIGIBLE GUARANTOR INSTITUTION:

LEAD UNDERWRITER:

TRANSFER AGENT:

TRACKING NUMBER: EH 486733085US (To Paying Agent)
Bonded Registered Bill of Exchange Order-Certified & Private Accrual: RR 059 445 061 US (DC):

*(Watermark: PUBLISHED)*

# NOTARY'S CERTIFICATE OF SERVICE

It is hereby certified, that on the date below-noted, the undersigned Notary Public mailed to:
**UNITED STATES DISTRICT COURT FOR THE MIDDLE DISTRICT OF GEORGIA**
*Attn:Clerk of Court: Gregory Leornard
an actor doing business as
Operations Accountant
Bankruptcy Receiver
475 Mulberry Street
Macon, Georgia state 31202
a private collection agency

hereinafter, "Recipient," the documents and sundry papers as follows:

1. **Letter** pursuant to national registry account MALACHI YORK 064360272 to the United States District Court For The District Revenue Service **24/12/2008, received 29/12/2008**;
2. **SILVER COINAGE, INDEMNITY BOND, STATE BOND, 'ACCEPTANCE', "et al"**;
3. **2008 IRS Form 1096, 1099-OID, and Form 1040-V** reconciliation voucher;
4. **IRS Form 56 Appointing Henry M. Paulson, Jr. / Jose G. Davila Matos, as fiduciary for Legal fiction MALACHI YORK / DWIGHT YORK** for all tax and judicial matters (photocopy);
5. Transaction knowledge of the associated Bonds "Pay to the United States Treasury";
6. Reference copy **Notary's Certificate of Service** (signed original on file 24/12/2008)

by Express Mail No. EH 461379455 US, EH 519446076 US, EH 519446059 US, EH 519446028 US, & EH 519446045 US/ Return Receipt Requested by placing same in a postpaid envelope properly addressed to Recipient at said address and depositing same at an official depository under the exclusive face and custody of the U.S. Postal Service within the State of Colorado.

_____   _28/02/2009_
NOTARY PUBLIC                        DATE

My commission expires: _February 12th_, 20 _12_ (Stamp)

AMIR JAMES©™, Notary Public
RECORDINGS / PRIVATE CONTRACTING
130 BIG OAK CIRCLE
Athens, Georgia state Near [30683]

# EVIDENCE OF SERVICE

True unaltered copy of receipt for
- ☐ United States Certified Mail
- ☒ United States Express Mail
- ☐ Return Receipt Requested
- ☐ Postal Service receipt for currency

State of __Georgia__ )
County of __Athens-Clarke__ ) ss.:

COPY CERTIFICATION

On this __28th__ day of __February__ 20 __09__, for the purpose of verification, I, the undersigned Notary Public, being commissioned in the County and State noted above, do certify that this is a true and correct copy which I made of the original document(s).

WITNESS my hand and official seal.

_____   __02/28/12__
NOTARY PUBLIC                      DATE

My commission expires: __February 12th__, 20 __12__   (Stamp)

(Seal: AMIR JAMES, NOTARY PUBLIC, ATHENS-CLARKE COUNTY, STATE OF GEORGIA, COMMISSION EXPIRES 02/12/12)

**TABLE OF CONTENTS FOR DOCUMENTS TO BE FILED**

1. **PAYMENT PURSUANT TO 27 CFR 72.11, AND HJR 192 JUNE 5TH 1933**

    FOR SET OFF OF CASE/ACCOUNT# 5:02-CR-27-CAR

    A.  OFF SET BOND..................................................................1 PAGE
    B.  STATE CERTIFIED BOND...................................................1 PAGE
    C.  INDEMNITY BOND............................................................4 PAGES
    D.  BONDED PROMISSORY NOTE...........................................1 PAGE
    E.  NOTARY'S CERTIFICATE OF SERVICE.............................1 PAGE
    F.  EVIDENCE OF SERVICE.....................................................1 PAGE

2. **MOTION FOR RELIEF BY RESPONSE TO REPORT AND RECOMMENDATION**

    TO BE FILED UNDER CASE # 5:07-CV-90001- CAR/ 5:02-CR-27-CAR

3. **PUBLIC NOTICE, DECLARATIONS, AND HONORABLE CLARIFICATIONS**

    TO BE FILED UNDER CASE # 5:07-CV-90001- CAR/ 5:02-CR-27-CAR

4. **AMMENDED AFFIDAVIT OF DENIAL OF EXISTANCE OF THE CORPORATION**

    TO BE FILED UNDER CASE # 5:07-CV-90001- CAR/ 5:02-CR-27-CAR

5. **AFFIDAVIT OF NEGATIVE AVERMENT**

    TO BE FILED UNDER CASE # 5:07-CV-90001- CAR/ 5:02-CR-27-CAR

6. **EXHIBITS AND TABLE OF CONTENTS FOR EXHIBITS**

    TO BE FILED AS EXHIBITS FOR MOTION FOR RELEIF BY RESPONSE TO REPORT AND RECOMMENDATIONS