# Amended Affidavit of Denial of the Existence of the Corporation MALACHI Z. YORK©™ / DWIGHT YORK©™ "ET AL"

1. Affiant does not waive foreign jurisdictional challenges under the authority of the Supreme Law of the Land, Treaty Law, International Law, and hereby denies that the below presumed fictitious foreign corporations exist, challenged by negative averment; and that

2. Agents for the presumed fictitious foreign corporation STATE OF GEORGIA have not made known or shown by the affiant that they have knowledge or reason to know, of any proof that the following presumed fictitious corporations exist

   UNITED STATES, a.k.a. THE UNITED STATES OF AMERICA
   STATE OF GEORGIA
   STATE OF GEORIA TRIAL COURTS
   COUNTY OF PUTNAM COURT "et al"
   COUNTY OF BIBB, PUTNAM, MADISON "et al"
   COUNTY OF PUTNAM SHERIFF'S DEPARTMENT
   ALL STATE BAR ASSOCIATIONS
   MALACHI Z. YORK©™ / DWIGHT YORK©™ "ET AL" or any derivates thereof and all other Corporate Members who are, or may be associated with any claims or charges against the same; and that

3. Affiant is one Native American of the Yamassee Tribe UN#208/1993, UN#215/1993, Preamble citizen, *without the UNITED STATES OF AMERICA Corporation*, Sovereign Private Living-Man, a creation of Yahweh(El Eloh) Almighty the Creator and of no entity, possessing Sovereign Immunity with the Exclusive Right to exercise Supreme Authority over himself, not others, with the right of self-determination as to his Status, a Naturalized, Registered Liberian citizen and Diplomat D/P #003828-04, with his standing subject by the Delawares Treaty of 1778 (see 7 Stat., 13) and Old Crossing Treaty of 1863 (see 13 Stat. 667) natural law, natural justice, the Supreme Law of the Land, subject by the jurisdiction of the Yamasse Native American Moors (Muurs) (see 203 Ct Cl 426 *Native, not Indian*); and that

4. Affiant hereby denies the legal existence of the presumed fictitious foreign corporation dead in law legal fiction and *persona designata* MALACHI Z. YORK©™ / DWIGHT YORK©™ "ET AL" or any derivate thereof, with the capacity to sue or be sued, or charged, or authority to sue or be sued, or charged in a representative capacity, registered within a state of incorporation with a registered agent, and demand proof thereof "***as it is not Me***"; and that

5. Affiant hereby denies the existence of a presumed fictitious foreign corporation dead in law legal fiction and persona designata MALACHI Z. YORK©™ / DWIGHT YORK©™ "ET AL", or any derivatives thereof, a presumed "artificial person", "legal entity", "United States Person", "United States Resident", "U.S. Individual", "U.S. Corporation" or "citizen subjected to its jurisdiction", as such "words of art", Commercial or Private Corporation, Fiction of Law, Fictitious Entity, Corporate Persona, Non-Entity, Legal Entity or as a Surety for any corporation created under the laws of the United States or any State of the Union States, the DISTRICT OF COLUMBIA, or any territory, commonwealth or possession of the UNITED STATES or a foreign state or country, public or private; and that

6. Affiant hereby denies that he is a *"Stramineus homo[1]"*, for any presumed fictitious foreign corporation, U.S. citizen, *artificial person[2]* or state created *entity[3]* residing or domiciled within any presumed taxing jurisdiction of the presumed fictitious foreign corporation UNITED STATES, a.k.a. THE UNITED STATES OF AMERICA or any other presumed fictitious corporate STATE or Instrumentality thereof, absent an underlying contract; and that

7. M. R. HOWARD RICHARD SILLS d.b.a. First Class Sheriff Officer for the City of Reynolds Town Police Department, and CHARLES ASHLEY ROYAL d.b.a. CHIEF JUDGE for the Trial courts of the UNITED STATES DISTRICT COURT FOR THE MIDDLE DISTRICT OF GEORGIA as agents for the presumed fictitious foreign corporation STATE OF GEORGIA have not made known or shown by the affiant that they have knowledge or reason to know **that their laws have not established that want of parties, joinder of the parties by contract, status, identity, venue and jurisdiction must be established as a matter of record before any administrative or judicial proceeding may be prosecuted; and that**

8. M. R. HOWARD RICHARD SILLS and CHARLES ASHLEY ROYAL agents for the presumed fictitious foreign corporation STATE OF GEORGIA and UNITED STATES DISTRICT COURT FOR THE MIDDLE DISTRICT OF GEORGIA have not made known or shown by the affiant that they have knowledge or reason to know, **that the charging party has vested authority granted by the Corporate Charter of the fictitious foreign corporation STATE OF GEORGIA to make false statements on a charging instruments knowingly and willfully; and that**

9. HOWARD RICHARD SILLS and CHARLES ASHLEY ROYAL agents for the presumed fictitious foreign corporation STATE OF GEORGIA / UNITED STATES DISTRICT COURT FOR THE MIDDLE DISTRICT OF GEORGIA have not made known or shown by the affiant that they have knowledge or reason to know, **that when a local law enforcement official is noticed of affiants foreign national status and where affiant has requested Consular Notification, a universally accepted basic obligation, that said law enforcement official is not required to notify said consulate within 24 hours and no later than 72 hours of the arrest or detainment of affiant a foreign Native American National; and that**

10. HOWARD RICHARD SILLS and CHARLES ASHLEY ROYAL agents for the presumed fictitious foreign corporation STATE OF GEORGIA / UNITED STATES DISTRICT COURT FOR THE MIDDLE DISTRICT OF GEORGIA have not made known or shown by the affiant that they have knowledge or reason to know, **that when a local law enforcement official is noticed of affiants foreign status and identity through documentation, that said law enforcement official does not have imputed knowledge of the facts; and that**

---

[1] **Stramineus homo.** A Man of straw, one of no substance, put forward as bail or surety.
[2] **Corporation.** An artificial person or legal entity created by or under the authority of the laws of a state. A person created by statute as a legal entity.
[3] **Entity.** A being that possesses separate existence for tax purposes.

11. HOWARD RICHARD SILLS and CHARLES ASHLEY ROYAL agents for the presumed fictitious foreign corporation STATE OF GEORGIA / UNITED STATES DISTRICT COURT FOR THE MIDDLE DISTRICT OF GEORGIA (REYNOLD'S PLANTATION)"et al" have not made known or shown by the affiant that they have knowledge or reason to know, **that local law enforcement officials have vested authority granted by the Corporate Charter of the fictitious corporation STATE OF GEORGIA / UNTIED STATES DISTRICT COURT FOR THE MIDDLE DISTRICT OF GEORGIA to practice law, and make unsupported legal determinations about affiants status, identity or his property without a bar card or license; and that**

12. HOWARD RICHARD SILLS and CHARLES ASHLEY ROYAL agents for the presumed fictitious foreign corporation STATE OF GEORGIA / UNITED STATES DISTRICT COURT FOR THE MIDDLE DISTRICT OF GEORGIA "et al" have not made known or shown by the affiant that they have knowledge or reason to know, **that local law enforcement officials have vested authority to supersede Treaties, the Supreme Law of the Land and International Law by the corporate charter of the fictitious corporation STATE OF GEORGIA; and that**

13. HOWARD RICHARD SILLS and CHARLES ASHLEY ROYAL agents for the presumed fictitious foreign corporation STATE OF GEORGIA have not made known or shown by the affiant that they have knowledge or reason to know, **that local law enforcement officials have vested authority granted by the Corporate Charter of the fictitious corporation STATE OF GEORGIA / UNTIED STATES DISTRICT COURT FOR THE MIDDLE DISTRICT OF GEORGIA to compel performance pursuant to the General Statutes of GEORGIA by affiant a foreign Native American and Liberian citizen and Diplomat D/P#003828-04 who is not a U.S. citizen, an immigrant, a returning resident alien or a visitor; and that**

14. HOWARD RICHARD SILLS and CHARLES ASHLEY ROYAL agents for the presumed fictitious foreign corporation STATE OF GEORGIA / UNITED STATES DISTRICT COURT FOR THE MIDDLE DISTRICT OF GEORGIA have not made known or shown by the affiant that they have knowledge or reason to know, **that Magistrate officials have vested authority granted by the Corporate Charter of the fictitious corporation STATE OF GEORGIA to accept charging instruments as a standard practice from local law enforcement officials containing false information to conduct arraignments; and that**

15. HOWARD RICHARD SILLS and CHARLES ASHLEY ROYAL agents for the presumed fictitious foreign corporation STATE OF GEORGIA / UNITED STATES DISTRICT COURT FOR THE MIDDLE DISTRICT OF GEORGIA have not made known or shown by the affiant that they have knowledge or reason to know, **that $50,000 per day for false arrest and detainment is not unreasonable under the circumstances; and that**

16. HOWARD RICHARD SILLS and CHARLES ASHLEY ROYAL agents for the presumed fictitious foreign corporation STATE OF GEORGIA / UNITED STATES DISTRICT COURT FOR THE MIDDLE DISTRICT OF GEORGIA have not made known or shown by the affiant that they have knowledge or reason to know, **that their laws have not established that artificial persons, inclusive of governments, may only have venue and**

jurisdiction relating to other artificial persons and the contracts between them; and that

17. HOWARD RICHARD SILLS and CHARLES ASHLEY ROYAL agents for the presumed fictitious foreign corporation STATE OF GEORGIA / UNITED STATES DISTRICT COURT FOR THE MIDDLE DISTRICT OF GEORGIA have not made known or shown by the affiant that they have knowledge or reason to know **that their laws have not established that no government as well as any law, agency, aspect, court etc. can concern itself with anything other than corporate, artificial persons and the contracts between them; and that**

18. HOWARD RICHARD SILLS and CHARLES ASHLEY ROYAL agents for the presumed fictitious foreign corporation STATE OF GEORGIA / UNITED STATES DISTRICT FOR THE MIDDLE DISTRICT OF GEORGIA have not made known or shown by the affiant that they have knowledge or reason to know, **that their laws have not established that an entity cannot compel specific performance upon its corporate statutes or corporation rules unless it, like other corporations, is the holder-in-due-course of some contract or commercial agreement between it and one on whom demands for performance are made; and that**

19. HOWARD RICHARD SILLS and CHARLES ASHLEY ROYAL agents for the presumed fictitious foreign corporation STATE OF GEORGIA / UNITED STATES DISTRICT COURT FOR THE MIDDLE DISTRICT OF GEORGIA have not made known or shown by the affiant that they have knowledge or reason to know, **of an underlying contract, commercial agreement to enforce its demands called General Statutes obligating affiant; and that**

20. HOWARD RICHARD SILLS and CHARLES ASHLEY ROYAL agents for the presumed fictitious foreign corporation STATE OF GEORGIA / UNITED STATES DISTRICT COURT FOR THE MIDDLE DISTRICT OF GEORGIA have not made known or shown by the affiant that they have knowledge or reason to know, **that the creation of the presumed fictitious corporation dead in law legal fiction and *persona designata* MALACHI Z. YORK©™ / DWIGHT YORK©™ "ET AL" or any derivate thereof however created for presumed taxing purposes, has any legal connection by the affiant; and that**

21. HOWARD RICHARD SILLS and CHARLES ASHLEY ROYAL agents for the presumed fictitious foreign corporation STATE OF GEORGIA / UNITED STATES DISTRICT COURT FOR THE MIDDLE DISTRICT OF GEORGIA have not made known or shown by the affiant, that they have knowledge or reason to know, **that their intent was NOT to impose suretyship upon affiant through an unlawful attachment by the affiant of a dead in law legal fiction and *persona designata* MALACHI Z. YORK©™ / DWIGHT YORK©™ "ET AL" named on their abandoned paper; and that**

22. HOWARD RICHARD SILLS and CHARLES ASHLEY ROYAL agents for the presumed fictitious foreign corporation STATE OF GEORGIA / UNITED STATES DISTRICT COURT FOR THE MIDDLE DISTRICT OF GEORGIA have not made known or shown by the affiant, that they have knowledge or reason to know, **that the presumed fictitious**

foreign corporation dead in law legal fiction and *persona designata* MALACHI Z. YORK©™ / DWIGHT YORK©™ "ET AL", or any derivatives thereof, has legal existence by statute with the capacity to sue or be sued, or charged, or the authority to sue or be sued, or charged, in a representative capacity as a registered corporation on record with the Secretary of State of any of the fictitious 50 foreign corporate STATES; and that

23. HOWARD RICHARD SILLS and CHARLES ASHLEY ROYAL agents for the presumed fictitious foreign corporation STATE OF GEORGIA / UNITED STATES DISTRICT COURT FOR THE MIDDLE DISTRICT OF GEORGIA "et al" have not made known or shown by the affiant, that they have knowledge or reason to know, **that the presumed fictitious foreign corporations STATE OF GEORGIA, COUNTY OF PUTNAM, COUNTY OF PUTNAM SHERIFF'S DEPARTMENT, CITY OF REYNOLDS POLICE DEPARTMENT STATE OF GEORGIA TRIAL COURTS, and their agents, have authority for legally acknowledging officially, or give legal recognition by the affiant a foreign Native American and Liberian citizen and Diplomat D/P#003828-04 without any contact with the STATE**; and that

24. HOWARD RICHARD SILLS and CHARLES ASHLEY ROYAL agents for the presumed fictitious foreign corporation STATE OF GEORGIA / UNITED STATES DISTRICT COURT FOR THE MIDDLE DISTRICT OF GEORGIA have not made known or shown by the affiant, that they have knowledge or reason of knowing, **that the general rule is not applicable by the agents of a fictional entity or corporate entity, that a corporate administrative agency or corporate officer possesses no inherent power and may exercise only such authority as expressly conferred by their corporate charter not in conflict with the Supreme Law of the Land, Treaty Law and International Law**; and that if any reasonable doubt exists as by the lawful existence of a particular power, it should not be exercised as it is *Ultra Vires*; and that

25. HOWARD RICHARD SILLS and CHARLES ASHLEY ROYAL agents for the presumed fictitious foreign corporation STATE OF GEORGIA / UNITED STATES DISTRICT COURT FOR THE MIDDLE DISTRICT OF GEORGIA have not made known or shown by the affiant, that they have knowledge or reason of knowing, **that their fictitious claims and charges against affiant were NOT for the purposes for imposing surety-ship upon affiant through their attempt of an unlawful attachment by the affiant of a dead in law legal fiction and *persona designate* MALACHI Z. YORK©™ / DWIGHT YORK©™ "ET AL", made under color of law in conflict with the Supreme Law of the Land**; and that

26. HOWARD RICHARD SILLS and CHARLES ASHLEY ROYAL agents for the presumed fictitious foreign corporation STATE OF GEORGIA / UNITED STATES DISTRICT COURT FOR THE MIDDLE DISTRICT OF GEORGIA have not made known or shown by the affiant, that they have knowledge or reason of knowing, **that affiant has any trustee or surety relationship by the non-existent presumed fictitious corporation dead in law legal fiction and persona designata MALACHI Z. YORK©™ / DWIGHT YORK©™ "ET AL"**; and that

27. HOWARD RICHARD SILLS and CHARLES ASHLEY ROYAL agents for the presumed fictitious foreign corporation STATE OF GEORGIA / UNITED STATES DISTRICT COURT FOR THE MIDDLE DISTRICT OF GEORGIA have not made known or shown by the affiant, that they have knowledge or reason of knowing, **that affiant of a foreign venue is a Corporation, Artificial Person or Member of a Corporation, a Trustee or Beneficiary of any Trust created by man, corporation or government, which is a legal fiction or a juristic personality with a known nexus, which might attach affiant to any such entity or jurisdiction; and that**

28. HOWARD RICHARD SILLS and CHARLES ASHLEY ROYAL agents for the presumed fictitious foreign corporation STATE OF GEORGIA / UNITED STATES DISTRICT COURT FOR THE MIDDLE DISTRICT OF GEORGIA have not made known or shown by the affiant, that they have knowledge or reason of knowing, **that when governments enter the world of commerce, they are NOT subject by the same burdens as any Private firm or corporation; and that**

29. HOWARD RICHARD SILLS and CHARLES ASHLEY ROYAL agents for the presumed fictitious foreign corporation STATE OF GEORGIA / UNITED STATES DISTRICT COURT FOR THE MIDDLE DISTRICT OF GEORGIA have not made known or shown by the affiant, that they have knowledge or reason of knowing, **that when Governments descend by the level of a mere Private corporation, and take on the characteristics of a mere Private citizen, where Private corporate commercial paper (Federal Reserve Notes) and securities (checks) is concerned, that such corporations and individuals for the purpose of suit within their foreign venue are NOT regarded as entities entirely separate of the government; and that**

30. HOWARD RICHARD SILLS and CHARLES ASHLEY ROYAL agents for the presumed fictitious foreign corporation STATE OF GEORGIA / UNITED STATES DISTRICT COURT FOR THE MIDDLE DISTRICT OF GEORGIA have not made known or shown by the affiant, that they have knowledge or reason of knowing, **of an underlying contract signed and given validity of by the affiant, wherein there is a meeting of the minds, consideration and full disclosure as by the nature of the contract affiant signed, for the creation of a corporation, i.e. person dead in law legal fiction, which implies that affiant became a surety for such foreign corporate creation, thereby creating an undisclosed liability obligation changing affiant's position for his detriment, for the intended financial gain, benefit and unjust enrichment of the presumed fictitious foreign corporations STATE OF GEORGIA, UNITED STATES, a.k.a. THE UNITED STATES OF AMERICA, or any Instrumentality thereof, which they would not have otherwise been entitled for receiving in commerce; and that**

31. HOWARD RICHARD SILLS and CHARLES ASHLEY ROYAL agents for the presumed fictitious foreign corporation STATE OF GEORGIA / UNITED STATES DISTRICT COURT FOR THE MIDDLE DISTRICT OF GEORGIA have not made known or shown by the affiant, that they have knowledge or reason to know, **that third party agents for the presumed fictitious foreign corporation STATE OF GEORGIA have vested authority granted by the Corporate Charter of the STATE OF GEORGIA for licensing, taxing, and regulating the affiant within a foreign venue and jurisdiction in conflict with the**

Supreme Law of the Land, Treaty Law and International Law, absent an underlying contract or consent; and that

32. HOWARD RICHARD SILLS and CHARLES ASHLEY ROYAL agents for the presumed fictitious foreign corporation STATE OF GEORGIA / UNITED STATES DISTRICT COURT FOR THE MIDDLE DISTRICT OF GEORGIA have not made known or shown by the affiant, that they have knowledge or reason of knowing, **of an underlying contract which proposes for imposing surety-ship upon the affiant by attaching the affiant by a dead in law legal fiction and persona designata MALACHI Z. YORK©™ / DWIGHT YORK©™ "ET AL" in order for answering fictitious claims or charges made by third party agents on behalf of the presumed fictitious foreign corporation STATE OF GEORGIA;** and that

33. HOWARD RICHARD SILLS and CHARLES ASHLEY ROYAL agents for the presumed fictitious foreign corporation STATE OF GEORGIA have not made known or shown by the affiant, that they have knowledge or reason of knowing, **that the affiant has a legal trustee relationship by way of contract of the non-existent presumed fictitious foreign corporation dead in law legal fiction and persona designata MALACHI Z. YORK / DWIGHT YORK "ET AL" or any derivative thereof;** and that

34. HOWARD RICHARD SILLS and CHARLES ASHLEY ROYAL agents for the presumed fictitious foreign corporation STATE OF GEORGIA / UNITED STATES DISTRICT COURT FOR THE MIDDLE DISTRICT OF GEORGIA have not made known or shown by the affiant, that they have knowledge or reason of knowing, **that the affiant is a Corporation or Member of a Corporation, a Trustee or Beneficiary of any Trust created by Man, corporation or government, which is a legal fiction or a juristic personality created by the foreign copyrighted private statutes with a known nexus, which might attach affiant of any such foreign entity or jurisdiction;** and that

35. HOWARD RICHARD SILLS and CHARLES ASHLEY ROYAL agents for the presumed fictitious foreign corporation STATE OF GEORGIA / UNITED STATES DISTRICT COURT FOR THE MIDDLE DISTRICT OF GEORGIA have not made known or shown by the affiant, that they have knowledge or reason of knowing, **that the affiant has given his permission, or consent by the third party agents for the presumed fictitious foreign corporation STATE OF GEORGIA / UNITED STATES DISTRICT COURT FOR THE MIDDLE DISTRICT OF GEORGIA, for representing him or making any presumed legal determinations as by the affiant's Status and Standing on his behalf;** and that

36. HOWARD RICHARD SILLS and CHARLES ASHLEY ROYAL agents for the presumed fictitious foreign corporation STATE OF GEORGIA / UNITED STATES DISTRICT COURT FOR THE MIDDLE DISTRICT OF GEORGIA have not made known or shown by the affiant, that they have knowledge or reason of knowing, **that the foreign copyrighted private statutes, administrative rules, codes, regulations, ordinances, of the presumed fictitious foreign corporation STATE OF GEORGIA / UNITED STATES DISTRICT COURT FR THE MIDDLE DISTRICT OF GEORGIA supersede treaties and are the Supreme Law of the Land;** and that

37. HOWARD RICHARD SILLS and CHARLES ASHLEY ROYAL agents for the presumed fictitious foreign corporation STATE OF GEORGIA / h UNITED STATES DISTRICT COURT FOR THE MIDDLE DISTRICT OF GEORGIA have not made known or shown by the affiant, that they have knowledge or reason of knowing, **that the statutes, codes, administrative rules, ordinances and Executive Orders of presumed fictitious foreign corporations that are copyrighted private law, are applicable by the affiant, without an underlying** *contract*[4] **establishing venue by joinder of the parties with meeting of the minds, full disclosure and consideration, with Affiants [signature] Autograph Stamp or Seal thereon implying affiant's position of a surety; and that**

38. HOWARD RICHARD SILLS and CHARLES ASHLEY ROYAL agents for the presumed fictitious foreign corporation STATE OF GEORGIA / UNITED STATES DISTRICT COURT FOR THE MIDDLE DISTRICT OF GEORGIA have not made known or shown by the affiant, that they have knowledge or reason of knowing, **that the Corporate Charter of the presumed fictitious foreign corporation STATE OF GEORGIA / UNITED STATES DISTRICT COURT FOR THE MIDDLE DISTRICT OF GEORGIA grants its agents authority for compelling the affiant for being taxed, licensed and regulated within a foreign venue and jurisdiction without affiant's permission or consent, absent an underlying contract; and that**

39. HOWARD RICHARD SILLS and CHARLES ASHLEY ROYAL agents for the presumed fictitious foreign corporation STATE OF GEORGIA / UNITED STATES DISTRICT COURT FOR THE MIDDLE DISTRICT OF GEORGIA have not made known or shown by the affiant, that they have knowledge or reason of knowing, **that the Corporate Charter of the presumed fictitious foreign corporation STATE OF GEORGIA / UNITED STATES DISTRICT COURT FOR THE MIDDLE DISTRICT OF GEORGIA grants its agents authority for compelling involuntary association or servitude within a foreign venue and jurisdiction, without affiant's permission or consent absent an underlying contract; and that**

40. HOWARD RICHARD SILLS and CHARLES ASHLEY ROYAL agents for the presumed fictitious foreign corporation STATE OF GEORGIA UNITED STATES DISTRICT COURT FOR THE MIDDLE DISTRICT OF GEORGIA have not made known or shown by the affiant, that they have knowledge or reason of knowing, **that the affiant a National of a foreign venue and jurisdiction receives any rights, privileges, immunities or benefits of the presumed fictitious foreign corporation STATE OF GEORGIA / UNITED STATES DISTRICT COURT FOR THE MIDDLE DISTRICT OF GEORGIA; and that**

41. HOWARD RICHARD SILLS and CHARLES ASHLEY ROYAL agents for the presumed fictitious foreign corporation STATE OF GEORGIA / UNITED STATES DISTRICT COURT FOR THE MIDDLE DISTRICT OF GEORGIA have not made known or shown by the affiant, that they have knowledge or reason of knowing, **that the affiant has signed International Maritime Agreements with any presumed fictitious foreign corporations,**

---

[4] **Contract.** An agreement between two or more persons which creates an obligation to do or not to do a particular thing. Its essentials are competent parties, subject matter, a legal consideration, *mutuality (q.v.)* of agreement, and mutuality of *obligation (q.v.)*.

either intentionally, willingly or knowingly, which would give Admiralty or Vice Admiralty jurisdiction within a foreign venue and jurisdiction by any presumed fictitious foreign corporate administrative Tribunals of either the state, county, or federal corporate venue; and that

The foregoing "Affidavit of Denial of the Existence of the Corporation MALACHI Z. YORK©™ / DWIGHT YORK©™ "ET AL"" is presented **pursuant by the authority vested by the Supreme Law of the Land subject by the Delawares Treaty of 1778 natural law** (*as a Native American, not Indian*), natural justice; and that failure for responding by controverting affidavit in rebuttal by the paragraphs: 1-41, within seven (7) business days of receipt, establishes your unconditional acceptance of the foregoing through silence when you had a duty of speaking, and your agreement by *tacit procuration*[5] that the presumed fictitious foreign corporations STATE OF GEORGIA / UNITED STATES DISTRICT COURT FOR THE MIDDLE DISTRICT OF GEORGIA and its agents have no authority for "legally acknowledging officially or legally recognize" the affiant who has no legal connection or standing, duty or obligation of a foreign venue and jurisdiction for making an appearance within a foreign corporate venue, and are forever barred Res Judicata, and forever collaterally estopped of bringing any claims or charges in commerce using the non-existent fictitious foreign corporation civilly dead in law legal fiction, and *persona designata* MALACHI Z. YORK©™ / DWIGHT YORK©™ "ET AL" or any derivative thereof, "*as it is not Me*", thus closing this matter; and that

affiant further sayeth not; and that

On this the twenty eighth day of the sixth month in the year of Our Sovereign Lord Yahweh two thousand six; and that

_____ . Seal
Malachi York El:©™
Nonresident / Non-Domestic
First Class, Delivery
c/o: P.O. Box 181398
Denver, Colorado state
Near [80218]

---

[5] **Procuration.** Agency; proxy; the act of constitution another one's attorney in fact. The act by which one person gives power to another to act in his place, as he could do himself. Action under a power of attorney or other constitution of agency…an *implied* or *tacit* procuration takes place when an individual sees another managing his affairs and does not interfere to prevent it.

## Verification by Asseveration

In Witness, Knowing the punishment for bearing false witness before El Eloh Almighty and Men, I solemnly aver, that I have read the foregoing Affidavit of Denial of the Existence of the Corporation MALACHI Z. YORK©™ / DWIGHT YORK©™ "ET AL" and know the contents thereof; that the same is true of My Own Knowledge, except by the matters which are therein stated on My information and belief, and as by those matters, I believe them for being true.

Sealed, under Authority, and by Direction, of El Eloh, by His Direct act of My own hand on this the ___28___ day of the second month in the year of Our Sovereign Lord El Eloh two thousand nine;

Solely by the Grace of El Eloh, do I have the Honor of being a servant of El Eloh.

_____ Seal

On this the twenty eighth day of the sixth month in the year of Our Sovereign Lord Yahweh two thousand six, We, the undersigned, bondservants of El Eloh, having ascertained that Our Brother, Malachi York El, has read and Knows the contents of this Private Non-Statutory Notice to Abate, witnessed his execution and sealing of the same, and do hereby testify by the foregoing, by voluntarily setting Our Hand and Sealing this Affidavit.

Solely by the Grace of El Eloh do I have the Honor of being a bondservant of El Eloh.

Witness _____ Seal

Solely by the Grace of El Eloh do I have the Honor of being a bondservant of El Eloh.

Witness _____ Seal



**Affidavit of Denial of the Existence of the Co**
**MALACHI Z. YORK©™ / DWIGHT YORK©™**
**Page 10 of 10**