IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA-MACON DIVISION

| | |
|---|---|
| **MALACHI Z. YORK-EL©™,** **misnomer DWIGHT YORK©™,** | CASE NO. 5:07-CV-90001-CAR Article 1 Section 9 Constitutional Habeas Corpus CASE NO. 5:02-CR-27-CAR |

**Noble: Malachi York:El:©™**

    **Plaintiff**

V.

UNITED STATES OF AMERICA, AGENTS/HEIRS,
FEDERAL BUREAU OF PRISONS, U.S. DEPARTMENT OF JUSTICE,
CHARLES ASHLEY ROYAL, EDWARD NOTTINGHAM,
MARCY E. COOK, RON WILEY, CHRIS SYNSVOLL,
KRISTEN MIX, HOWARD RICHARD SEALS, TROY EID,
MICHAEL MUKASEY, JOHN SUTHERS, DAVE GOUETTE,
FREDRICK BRIGHT, RICHARD MOULTRIE, JALAINE WARD,
TRACEY BRADFORD, SALLY HEINTZYSH, MARY MANGRUM,
LISA SPEAKER, JOAN CROANIER, FBI AGENT SAVAGE,
TOM CODY, BOYD N. BOLAND, AND ZITA L. WEINSHIENK

    **Defendants**

---

## AFFIDAVIT OF NEGATIVE AVERMENT

---

Petitioner denies evidence of the defect in notarial certification on December 24th, 2008 and received on December 29th, 2008 that Malachi York El:©™ is holder in due course of demand deposit instrument # 122220008-003 in the amount of $300,000,000.00 has filled payment of all liabilities on the behalf of the third party plaintiff.

Petitioner has seen no evidence of a defect in notarial cerification on December 24th, 2008 and December 29th, 2009 that DWIGHT D. YORK "et al" has stipulated in respect to the value and

validity of payment that's been tendered to the United States District Court for the Middle District of Georgia Macon Division.

Petioner has seen no evidence of United States creation DWIGHT D. YORK "et al" pursuant to intentional misnomer has the necessary sanction to contract and the mobility to make appearances.

Petitioner has seen no evidence the United States can produce or exhibit the legal fiction, artificial entity DWIGHT D. YORK "et al".

Petitioner has seen no valid contract or supporting documents for payment processing that show a rejection of payment to Case/Account#: 5:02-CR-27-CAR or any contract or supporting documents that says payment denied is not payment made.

Petitioner has seen no evidence that the United States District Court for the Middle District of Georgia Macon Division is exempt from 28 USC § 2041, and 2043, or all moneys being paid into the Court of the United States does not have to be deposited with the Treasurer of the United States.

Petitioner has seen no valid contract between the living entity Malachi York El:©™ and the United States District Court for the Middle District Georgia Macon or any evidence that all signatures on any presumed contracts associated for an indictment have not been rescinded.

Petitioner has seen no evidence that the United States District Court for the Middle District of Georgia and its accomplices are allowed Ninety days to process payment for Commercial service charges contrary to law pursuant to 12 CFR 226.10

Petitioner has seen no evidence that the United States District Court does not have to promptly apply the new tender to the Case/Account#: 5:02-CR-27-CAR within 72 hours pursuant to 27 CFR 72.11, Contract Law, and HJR 192 June 5th, 1933 within 72 hours.

Petitioner has seen no evidence that the United States District Court for the Middle District of Macon Georgia is exempt from crediting Case/Account#: 5:02-CR-27-CAR pursuant to the National Bankruptcy Act 27, 28, & 53.

Petitioner has seen no evidence that the United States District Court for the Middle District of Macon Georgia has jurisdiction over Diplomats, foreign governments, and are exempt to Treaty law.

Petioner has seen no evidence in law that **Co-Payees** United States District Court for the Middle District Georgia  Chief Judge Charles Ashley Royal, Magistrate Judge S/ G Mallon Faircloth, Clerk of Court Gregory Leanord, United States District Court for the District of Colorado Magistrate Judge Edward Knottingham, Magistrate Judge Boyd N Boland, Magistrate Judge Zita l. Weinshienk, , Clerk of Court Gregory Langham, State of Georgia Governor Sunny Perdue, United States Attorney for the Federal Bureau of Prisons Chris Synsvoll, United States Assistant Attorney for the District of Colorado Marcy Elizabeth Cook, United States Attorney for the District of ColoradoTroy Eid, former United States  Attorney General  Michael Mukassey, Colorado State Attorney John Suthers , Federal Bureau of Prison Warden Ron Wiley, court officer attorney Greg Lattimiere, and Task Force Officer Tom Cody are not responsible to forward payment with 5 days pursuant to Federal Commercial Law and their Fiduciary Duties.

_____

**Malachi York El:©™**

Nonresident/ Non-Domestic

First Class, Delivery

c/o P.O. Box 181398

Denver, Colorado 80218

## NOTARY ACCEPTOR

Notary: _____  My Commission Exp. 02/12/12

Witness: _____

*[Notary seal: AMIR JAMES, NOTARY PUBLIC, ATHENS-CLARKE COUNTY, STATE OF GEORGIA, MY COMMISSION EXPIRES 02/12/12]*