# TABLE OF CONTENTS FOR EXHIBITS

**EXHIBIT 1** JUDICIAL NOTICE OF UNITED STATES OF AMERICA'S OFFERS ACCEPTED FOR VALUE

    SEARCH WARRANT ACCEPTED FOR VALUE............................................ 4 PAGES

    STATE OF GEORGIA INDICTMENT # 2002CR229-10

        ACCEPTED FOR VALUE................................................................ 1 PAGE

    UNITED STATES INDICTMENT #5:02-CR-27-CAR

        ACCEPTED FOR VALUE................................................................ 3 PAGES

    REPORT AND RECOMMENDATION CASE#

        5:07-CV-90001-CAR ACCEPTED FOR VALUE.......................... 2 PAGES

**EXHIBIT 2** JUDICIAL NOTICE OF AFFIDAVIT OF FACT

    AFFIDAVIT OF TRUTH.............................................................................. 2 PAGES

    AFFIDAVIT OF FACT................................................................................ 8 PAGES

**EXHIBIT 3** JUDICIAL NOTICE OF FIFTEEN NOTARIES ON AN ADMINISTRATIVE

    ESTOPPEL JUDGEMENT........................................................................... 3 PAGES

**EXHIBIT 4** JUDICIAL NOTICE OF DEMAND DEPOSIT PREVIOUSLY ISSUED

    NOTARY'S CERTIFICATE OF NON-RESPONSE.........................................1 PAGE

        UPSO TRACKING INFO#........................................................ 1 PAGE

        NOTICE OF RECISSION OF RELEASE........................................ 1 PAGE

    TAX FORM 56, W-8 BEN, & W 9............................................................ 6 PAGES

    FINANCIAL REPORTS.............................................................................. 2 PAGES

    AAA RATED BOND-TENDER................................................................... 1 PAGE

    STATE CERTIFIED BOND FOR $300,000,000.00..................................... 1 PAGE

    BONDED PROMISSORY NOTE $300,000,000.00.................................. 1 PAGE

    INDEMNITY BOND.................................................................................. 4 PAGES

    DEMAND DEPOSIT ISSUED INTO UNITED

        STATES DISTRICT COURT OF COLORADO............................... 7 PAGES

**EXHIBIT 5** JUDICIAL NOTICE OF CONSTITUTIONAL MONEY ISSUED PURSUANT TO

    ARTICLE 1 § 10 OF THE CONSTITUTION

    NOTARY VERIFICATION OF 30 PIECES

        OF SILVER ISSUED............................................... 1 PAGE

    SILVER SURETY BOND........................................................ 5 PAGES

**EXHIBIT 6** JUDICIAL NOTICE OF LIBERIAN CITIZENSHIP AND DIPLOMATIC

    DOCUMENTS

        DIPLOMATIC LETTER.......................................................... 1 PAGE

        CERTIFICATE OF CITIZENSHIP........................................... 1 PAGE

        DECLARATION OF INTENTION........................................ 1 PAGE

    MONTSERRADO PETITION FOR

        REPATRIATION.................................................... 1 PAGE

    PETITION FOR PRO HAC VICE IN

        THE US DISTRICT COURT OF COLORADO....... 1 PAGE

**EXHIBIT 7** JUDICIAL NOTICE OF STATE TRIAL BOND HEARING

    TRANSCRIPTS PAGES 1, 462, & 463 OF

        STATE BOND HEARING........................................ 3 PAGES

        AFFIDAVIT OF DEBORAH SMITH....................................... 1 PAGE

    GARLAND FIRM LETTER REQUESTING

        REPATRIATION.................................................... 1 PAGE

**EXHIBIT 8** JUDICIAL NOTICE OF ACCEPTED FOR VALUE BIRTH CERTIFICATE

    BUSINESS & NAME OWNERSHIP

'ACCEPTED FOR VALUE LIVE

    BIRTH CERTIFICATE............................................. 1 PAGE

NOTICE OF COPYRIGHT OWNERSHIP..............................1 PAGE

ORDER OF NAME CHANGE................................3 PAGES

FINANCING STATEMENT..................................7 PAGES

NAME REGISTERED WITH UCC OFFICE OF GA................1 PAGE

NAME REGISTERED AS A BUSINESS................................ 1 PAGE

**EXHIBIT 9** JUDICIAL NOTICE OF MACON TELEGRAPH TIMELINE OF EVENTS

TIME LINE OF EVENTS PRINTED

    MAY 9TH, 2002.........................................................3 PAGES

NUWAUBIAN LEADER WORKING ON

    PUBLIC IMAGE........................................................ 3 PAGES

**EXHIBIT 10** JUDICIAL NOTICE OF PICTURES OF SECURED PARTY CONSUL GENERAL Malachi York El:©™

PICTURE IN EGIPTIAN GARMENTS................................1 PAGE

PICTURE IN NATIVE AMERICAN GARMENTS.................1 PAGE

**EXHIBIT 11** JUDICIAL NOTICE OF AFFIDAVIT OF RECANTMENTS

AFFIDAVIT OF TAARIQ "DAVID" NOEL............................2 PAGES

AFFIDAVIT OF RADEYA MUHAMMAD............................2 PAGES

AFFIDAVIT OF EBONY HILL..................................2 PAGES

    AFFIDAVIT OF EBONY RICHARDS........................ 1 PAGE

AFFIDAVIT OF HABYBAH WASHINGTON.........................6 PAGES

**EXHIBIT 12** JUDICIAL NOTICE OF EXTORTION FROM BARBARA NOEL

COPY OF BARBARA NOEL'S EMAIL......................................1 PAGE

**EXHIBIT 13** JUDICIAL NOTICE OF AFFIDAVITS OF PROSECUTORIAL MISCONDUCT

AFFIDAVIT OF HAANAN MERRIT......................................2 PAGES

AFFIDAVIT OF SAKINAH WOOD………………………………….2 PAGES

AFFIDAVIT OF SAMAIYAH JAMIYLAH ELLIS…………………2 PAGES

AFFIDAVIT OF ABDUS SALAAM LAROCHE……………………2 PAGES

AFFIDAVIT OF ISSA MICHAEL JOHNSON………………………2 PAGES

**EXHIBIT 14** JUDICIAL NOTICE OF SECURED PARTY Malachi York El:©™'s LETTER FIRING THE GARLAND FIRM

LETTER FIRING THE GARLAND FIRM……………………………6 PAGES

**EXHIBIT 15** JUDICIAL NOTICE OF MY PSYCHIATRIC EVALUATION

MY PSYCHIATRIC EVALUATION…………………………………7 PAGES

**EXHIBIT 16** JUDICIAL NOTICE OF THE DEPARTMENT OF JUSTICE'S ADJUDICATIVE FACTS

UNITED STATES ASSISTANT ATTORNEY MARCY ELIZABETH COOKS JOINT MOTION………………4 PAGES

MOTION FOR JUDICIAL NOTICE OF ADJUDICATIVE FACTS……………………………………3 PAGES