**EXHIBIT 1**

# JUDICIAL NOTICE OF

# UNITED STATES OF AMERICA'S

# OFFER

# ACCEPTED FOR VALUE

# AND  CONSIDERATION

# FOR REMEDY IN THIS MATTER

THE UNITED STATES DISTRICT COURT
OR THE MIDDLE DISTRICT OF GEORGIA
MACON DIVISION

U.S. DISTRICT COURT
MIDDLE GEORGIA

In the Matter of the Search of
404 Shady Dale Road, Eatonton, GA
more particularly described in Attachment
"A" and Exhibit "2"

SEARCH WARRANT

02 MAY -7 PM 12: 18

DEPUTY CLERK

CASE NUMBER:  3:02-M-05-05 (GWH)

**ACCEPTED FOR VALUE**

*Officer Holder Accepts for Value and Consideration*

TO:   Special Agent Jalaine G. Ward of the Treasury
and any authorized Officer of the United States

Affidavit(s) having been made before me by Jalaine G. Ward, who has reason
to believe that ☐ on the person and/or ☐ on the premises known as (name, description and/or location)

See Attachment "A" and Exhibit "2"

*EL, MALACHI YORK CESTUI QUE TRUST ACCEP.*

in the Middle District of Georgia, there is hereby concealed a certain person or property,
namely

*UCC1-207, UCC1-308,*

See Attachments "B" and "C"

*all associated Debts hereby Endorsements, or*
*PAYMENTS, PURSUANT TO: UCC:*
*ARTICLE 2, ARTICLE 3, ARTICLE 8,*
*RELATED AGREEMENTS, PRIORITY...*
*ARTICLE 9, ARTICLE 4 OF THE UCC.*

*D.O. Registered Account #*

YOU ARE HEREBY COMMANDED to search on or before ___ May 12 ___

SO ORDERED at Macon, Georgia this ___ day of ___ May ___
2002, at ___ o'clock ___ .M.

*AS TRUSTEE*  *CUST.*

CLAUDE W. HICKS, JR.
UNITED STATES MAGISTRATE JUDGE

*Timothy ... TOTRUST*
*CUST...*

*TO SET-OFF Alleged Statutory Debt*
*ACCOUNT#: 5:02-CR-27-CAR*
*ADDRESS:  U.S. District Court*
*475 Mulberry St.*
*Macon, Georgia 31201 (EST)*
*FOR FULL SET-OFF USD + USD*
*PAYMENT AMOUNT:$300MM*
*TO: U.S. District Court of Macon Georgia*
*475 Mulberry St.*
*Macon, GA 31201*

(Trustee) Date:12/02/2009

Authorized Agent

Exhibit

UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
MACON DIVISION

U.S. DISTRICT COURT
MIDDLE GEORGIA

02 MAY -7 PM 12: 18

DEPUTY CLERK

In the Matter of the Search of
894 Shady Dale Road, Eatonton, GA
more particularly described in attachment
"A" and Exhibit "2"

APPLICATION AND AFFIDAVIT
FOR SEARCH WARRANT

CASE NUMBER: 5:02-M-05-05(CHW)

I, Jalaine G. Ward, being duly sworn, depose and say:

I am a Special Agent with the Federal Bureau of Investigation and have

have reason to believe that ☐ on the person of and/or ☒ on the property or premises
known as

Attachment "A" and Exhibit "2"

in the Middle District of GEORGIA, there is now concealed a certain perso ...

or proper ...

See Attachment "B" ...

Exhibit ...

3283, 3287 and 2252(Mfl ...

and 5325.

The facts to support finding of ...

See Attach ... ATTN: ...

Continued ...

☐ Yes   ☐ No:

JALAINE G. WARD
Signature of Affiant

Sworn to and subscribed before Me, at Macon, Georgia
This ___ day of ___, 2002.

CLAUDE W. HICKS, JR.
UNITED STATES MAGISTRATE JUDGE

*(watermark text overlaid diagonally:)*
ACCEPTED FOR VALUE
Officer Holder of the Treasury
EL, MALACHI Z. YORK CESTUI QUE TRUST, Accepts for Value and Consideration
all associated Debts hereby, Endorsements,
RELATED AGREEMENTS, PURSUANT TO: UCC1-207, UCC1-308,
ARTICLE 9, ARTICLE 2, ARTICLE 3, ARTICLE 8,
AND ARTICLE 4 OF THE UCC:
"Preferred Stock", Registered Account#
RR059445061US, Thru US Treasury
ATTN: Timothy Geithner / Juan C. Puig Morales
CUSIP-AUTOTRIS#064360272,
TO SET-OFF all Alleged Statute Debt
ACCOUNT# 5:02-CR-27-CAR"et al"
ADDRESS: U.S. District Court
475 Mulberry St.
Macon, GA 31201
MULT. SET-OFF[ED]
AMOUNT:$300MIL. USD+
PAYMENT TO: U.S. District Court of Macon, Georgia
475 Mulberry St.
Macon, GA 31201

Exhibit X

FROM :6782989623<<                    FAX NO. :6782989623                    Feb. 23 2009 06:44PM P1

IN THE SUPERIOR COURT OF PUTNAM COUNTY
STATE OF GEORGIA

SEARCH WARRANT

TO:   ALL LAW ENFORCEMENT OFFICERS OF THE STATE OF GEORGIA AND
ITS POLITICAL SUBDIVISIONS

Affidavit having been made before me by Sheriff Howard R. Sills, an officer charged
with the duty of enforcing the criminal laws of the State of Georgia, that he has the reason to
believe that in Putnam County, Georgia on the following described person(s), premises, vehicle
and/or property.

The property known as 404 Shady Dale Road, Putnam County, Georgia, including all dwellings,
buildings, structures, underground rooms or chambers, and all vehicles located thereon or upon
property, more particularly described as follows:

Tract A:  All that certain tract or parcel of land in Land Lot 23 of the 390th GMD, Putnam
County, Georgia, containing 176.13 acres and being more fully shown and described on a
plat of survey made by Edwin B. Thompson dated May 4, 1985, of record in Plat Book 12,
reference as made in this description.

[illegible] All that tract or parcel of land containing 200 acres, more or less, in the
390th GMD, Putnam County, Georgia, being more particularly described as Tracts 1 and
[illegible] from H. Grady Leverette, Jr., and the Georgia Kraft Company dated December 22,
1978 and recorded in Deed Book 9-2, page 282, records of Putnam County, Georgia, the
descriptions in said deeds being incorporated herein by reference thereto.

Tracts 1 and 2 are contiguous and bounded, now or formerly, as follows:  northeast by
U.S. Forest Service and Georgia Pacific Corporation, southeast by H. Grady Leverette
Jr., southwest by William Lanyan, Jr., and northwest by Gardner and Howard and Mrs.
C. W. Pinkerton.

Tract 1 containing 183.64 acres, more or less, is more particularly described on a plat
prepared by Charles William Roberts recorded in Plat Book 7, page 23, records of
Putnam County, Georgia. Tract 2 containing 16.843 acres, more or less, is more
particularly described on a plat prepared by Ralph E. Larkey, dated December 18, 1978
and recorded in Deed Book 9-2, page 181, records of Putnam County, Georgia. Said
plats are incorporated herein by reference thereto.

Also conveyed is a non-exclusive 40 foot easement to these above tracts of land from
Georgia Highway 142 along the common property line of property now or formerly
owned by William Lanyan, Jr. and H. Grady Leverette Jr., and being the same easement
as described in Deed Book 9-2, page 282, records of Putnam County, Georgia.

ACCEPTED FOR VALUE

Office Holder of the Treasury.

for Value and Consideration

EL, MALACHI Z. YORK, JURE DIVINO TRUST, CITY QUE TRUST, Settlements, or
Debts hereby, Endorsements, or

all associated REMITTER ISSUER TO: UCC1-204, UCC1-308,
RELATED AGREEMENTS FIRST ARTICLE 8,
2 ARTICLE 9 ARTICLE 14 OF THE UCC

 PRIME SOURCE ACCOUNT Registered Treasury Account#
Preferred Stock issued United States, Thirteen 13

RA0590-44-0061US, Juan C. Ruiz
RF0590-44-0645USA, H0645-0277
ATTN: Timothy T. Burgess, Clerk of Court

CUSIP-AUTOTRIS alleged Statute Debtor
"CR-CAR et al":

IN CARE OF: MACON, GA 31201-8041
EXPRESS MAIL POST-OFFICE

FOR SETTLEMENT TO CLOSE, Macon, Georgia
PAYMENT AMOUNT OFFICE
TO: U.S. District Court of the middle of Georgia
475 Mulberry Street
Macon, GA 31201-0

(Trustee) Dated 02/20/2009

Authorized Agent  [signature]  MZY-0

FROM :6782989623<<                    FAX NO. :6782989623                    Feb. 23 2009 06:45AM P2

Tract C: Parcel 1: All tract or parcel of land lying and being in the 390th GMD, Putnam County, Georgia containing 61.2 acres, more or less, according to a plat of survey for Continental Can Company, Inc., made by H. M. Artevil, Georgia Registered Land Surveyor, dated October 12, 1959, recorded in Plat Book 2, page 173, records of Putnam County, Georgia, said plat by this reference thereto being incorporated herein for a more particularly and accurate description of said property; said property being more particularly described as being bounded now or formerly as follows: northerly and easterly by property of Mrs. Charles Pinkerton; southerly by property of Arne Lassen; and westerly by the easterly right-of-way of Georgia Highway 142.

LESS AND EXCEPT: All that tract or parcel of land lying and being in the 390th GMD, Putnam County, Georgia containing 6.23 acres, according to a plat of survey for Arne Chr. Lassen dated September 10, 1988, prepared by Edwin L. Thompson, Georgia Registered Land Surveyor, shown as Tract F, and recorded in Plat Book 15, page 156, records of Putnam County, Georgia, said plat by reference thereto being incorporated herein for a more particularly and accurate description of said property; said property being more particularly described as being bounded now or formerly as follows: northerly by property of Mrs. Jennie (Charles) Pinkerton; easterly by property of Mrs. Jennie (Charles) Pinkerton; and westerly by property of Arne Chr. Lassen and Sandra Gay Lassen.

Parcel 2: All that tract or parcel of land lying and being in the 390th GMD, Putnam County, Georgia containing 6.23 acres, more or less, according to a plat of survey for Arne Chr. Lassen dated September 10, 1988, prepared by Edwin L. Thompson, Georgia Registered Land Surveyor, shown as Tract E and recorded in Plat Book 15, page 156, records of Putnam County, Georgia, said plat by this reference thereto being incorporated herein by reference for a more particular and accurate description of said property; said property being more particularly described as being bounded now or formerly as follows: easterly by property of Mrs. Jennie (Charles) Pinkerton; southeasterly by property of Arne Chr. Lassen; and westerly by property of Arne Chr. Lassen and Sandra Gay Lassen.

The aforementioned legal description of the premises or property to be searched was obtained by affiant from a deed from Arne Chr. Lassen and Sandra Gay Lassen to Dwight York dated January 15, 1983, recorded in Deed Book ____, pages 179-180, records of the Clerk of Superior Court, Putnam County, Georgia.

The above described real property is more particularly illustrate as the life area entered in blue on a copy of an aerial photograph obtained by the affiant from the Putnam County Tax Assessor's Office and incorporated herein as Exhibit "A".

An illustration of the known buildings and structures on the previously described real property is incorporated herein as Exhibit "B", said exhibit being an aerial photograph made by affiant approximately one year ago.

Said property will be hereafter referred to as the "premises" or "property to be searched" and the "Putnam County compound".

The person of Dwight York, AKA: Malachi Z. York, AKA: Issa Muhammad, AKA: Issa Al Haadi Al Mahdi, AKA: Issa abd'Allah Muhammad.

                                                                        2

The person of Kathy Vivia Johnson, AKA: Kathy York.

The persons of any individuals found on said premises at the time the search warrant is executed for the sole limited purpose of searching for weapons for the reasons of officer safety and the safety of other people on said premises.

there is now located certain documents, articles, persons(s), and/or things, namely:

The person of Dwight York, AKA: Malachi Z. York, AKA: Isa Muhammad, AKA: Issa Al Haadi Al Mahdi, AKA: Dr. Allah Muhammed.

The person of Kathy Vivia Johnson, AKA: Kathy York.

Items described by the victims to corroborate their statements such as the black and white colored animal print pillow, the bean bag chair, the bed from quilt, an orange, red and green colored American flag quilt or bedcover, black colored cape, massage table, grass skirt, "Pink Panther" sheet with male genitalia showed on, etc.

Letters seized from the child victims and York.

Disney videos

A journal containing the record of York's children

Adult and child pornography

Photographs, videotapes, and/or drawings of children and/or adults engaged in sexual acts or suggestive poses, including of electronic, magnetic or any form of computer memory.

Computers

Photographs and/or videotapes of child victims.

Camera equipment with which York could have taken photos of the child victims engaged in sexual activity or in sexually suggestive poses.

Sexual paraphernalia and devices, such as fake penises and other similar devices.

Diaries

Any records, receipts, etc. detailing the purchase of food, clothing, other necessary sustenances for the child victims and other children residing on said premises to be searched. Any records related to injuries, illnesses, etc. of the child victims and other children residing on said premises to be searched.

ACCEPTED FOR VALUE

Officer Holder of the Treasury:

Accepts for Value and Consideration

EL, MALACHI Z. YORK CESTUI QUE TRUST; hereby Endorsements, or all associated Debt PURSUANT

RELATED AGREEMENT ARTICLE 2, ARTICLE 3, ARTICLE 8

ARTICLE 9, ARTICLE 3, ARTICLE 4 OF THE UCC:

"Charged Stock", Registered Account#

RR059443205US Thru US Treasury

ATTN: Timothy Geithner / Gustavo Morrales

OFF Alleged Statute Debt "et al"

CR-27-CAR "et al".

ACCOUNT#

ADDRESS: U.S. DISTRICT COURT

475 MULBERRY St.

Macon, GA 31202

SET-OFF [SO]

PAYMENT $300MIL USD+

TO: U.S. District Court Macon Georgia

475 Mulberry St.

Macon, GA 3120

Authorized Agent

2007 UCC1-308,

Dated 01/07/2009

8

which are:  Evidence of the crimes of Aggravated Child Molestation, Child Molestation, Aggravated Sodomy, Rape, Statutory Rape, Influencing a Witness, Enticing a Child for Indecent Purposes, Sexual Exploitation of Children, and Cruelty to Children

Based upon the affidavit given under oath or affirmation and all other evidence and/or testimony presented to me under oath or affirmation, I am satisfied that there is probable cause to believe that a crime is being committed or has been committed and that the property described above, is presently located on the person, premises, or property described above.

You are hereby commanded to enter and/or search, within ten (10) days, the person, property, vehicle and/or premises described above and seize the instruments, articles, person(s), and/or things also described above.  A copy of this Search Warrant is to be left with the person searched, or if no person is available on the premises, or vehicle searched, and a written return, including an inventory of all articles seized, shall be made before me or a Court of competent jurisdiction without unnecessary delay after the execution of this Search Warrant.

SO ORDERED, this ___ day of May, 2002

_____
John Lee Parrott, JUDGE
SUPERIOR COURTS
OCMULGEE JUDICIAL CIRCUIT

NO KNOCK PROVISION - OTHER PERSONS CLAUSE (not valid unless signed)

( X ) It appearing from the aforementioned affidavit that there are reasonable grounds to believe that the giving of verbal notice would greatly increase the officers' peril and/or lead to the immediate destruction of the instruments, articles and/or things ordered to be seized.

IT IS THEREFORE ORDERED that entry through the driveway gate onto said property may be made without knocking and the giving of verbal notice by the officers' authority and purpose.

( X ) OTHER PERSONS CLAUSE IS GRANTED All persons found on the premises may be searched for weapons.

SO ORDERED, this ___ day of May, 2002

_____
John Lee Parrott, JUDGE
SUPERIOR COURTS
OCMULGEE JUDICIAL CIRCUIT

4

Criminal Action Number ___ 2002 CR 229 - 10

IN THE SUPERIOR COURT OF PUTNAM COUNTY
STATE OF GEORGIA
SEPTEMBER TERM 2009

THE STATE OF GEORGIA

V.

DWIGHT YORK
A/K/A MALACHI Z. YORK
A/K/A ISA MUHAMMAD
A/K/A BABA
A/K/A ISSA AL HAADI AL MAHDI
A/K/A ISA ABD'ALLAH MUHAMMED

KATHY JOHNSON,

CHANDRA LAMPKIN A/K/A CHANDRA LAMPKIN,

KHADIJAH MERRITTS A/K/A MACAULA MERRITT,

and ISITR COLE



AND ARTICLE 4 OF THE UCC:

"Preferred Stock" A/1 2030 Treasury
Registered Account#

RR055_____ Thru USO100118 Bill
_____ US_____ C. Puig Morrales

Now Timothy Germine #__460027 Foreperson

CUSIP AUTOTRIS#0645027

SHERIFF HOWARD R. SILLS, Prosecutor, and SPECIAL PRESENTMENT

A PROXIMATE Debt "et al"

TO SET-OFF Alleged Debt "et al"

ACCOUNT# 5:02-CR-27-CAR "et al"

FREDRIC D. BRIGHT,
District Attorney

ADDRESS: 475 Main St.
Macon, GA 202

FOR FULL SET-OFF[ED]

PAYMENT AMOUNT: $300MIL. USD+

INDICTMENT

TO: U.S. District Court
475 Mulberry
Macon, GA 31201

Authorized Agent _____

Dwight York ©™
UCC-20:



ACCEPT FOR VALUE

Officer Holder of the Treasury:

MALACHI Z. YORK -EL, CESTUI QUE TRUST, Accepts for Value all related Debts

Undisclosed Contracts, True Bills, Accounts, Endorsements, Bonds, or

RELATED MORTGAGES

PURSUANT TO: UCC1-207, UCC1-308,

ARTICLE 3, ARTICLE 8,

ARTICLE 9, AND ARTICLE THE UCC:

AND ARTICLE 18 INDICTMENT

Authorized Rep. Owner in fact

ATTN: Timothy Geithner / Juan C. Puig Morrales

Foreperson

CUSIP-AUTOTRIS#064360272;

TO SET-OFF Alleged Statute Debt "et al"

ACCOUNT# 5:02-CR-27-CAR"et al":

ADDRESS: U.S. District Court
475 Mulberry St.
Macon, GA 31202
FOR FULL SET-OFF[ED]
PAYMENT AMOUNT:$300MIL. USD+
TO: U.S. District Court of Macon Georgia
475 Mulberry St.
Macon, GA 31201

UNITED STATES DISTRICT COURT
Middle District of Georgia
Macon Division

THE UNITED STATES OF AMERICA
v.
DWIGHT D. YORK, AKA
DR. MALACHI Z YORK, AKA
ISA MUHAMMAD, AKA
ISA AL HADDI AL MAHDI AND
AKIA "BABA"

Ball

Clerk

Filed in open court this 5+ day A.D. 2008

No.



IN THE UNITED STATES DISTRICT COURT FOR
THE MIDDLE DISTRICT OF GEORGIA
MACON DIVISION
(Redacted Version)

UNITED STATES OF AMERICA ) SUPERSEDING INDICTMENT

vs. ) CRIM. NO.

VIOLATIONS:

DWIGHT D. YORK, A/K/A
DR. MALACHI Z. YORK, A/K/A
ISA MUHAMMAD, A/K/A
ISA AL HAADI AL MAHDI AND
A/K/A "BABA"

18 U.S.C. § 1962(d)–RICO Conspiracy
18 U.S.C. § 1962(c)–RICO Acts
18 U.S.C. § 371–MANN Act Conspiracy
18 U.S.C. § 2423(a) MANN Act Minor Transport
18 U.S.C. § 2423(b)–MANN Act Travel
18 U.S.C. § 3283–MANN Act Limitations Statute
18 U.S.C. § 2–Aiding and Abetting
31 U.S.C. § 5324(a)(3) Structuring Cash
18 U.S.C. § 1963–RICO Forfeiture
18 U.S.C. § 2253(a)(3)–MANN Act Forfeiture
18 U.S.C. § 2253(o)–MANN Act Forfeiture

THE GRAND JURY CHARGES:

COUNT ONE
(Conspiracy to Commit Racketeering Violations)

From in or about January 1988, and continuing through May 8, 2002, in the Middle District of Georgia and elsewhere within the jurisdiction of this Court, the Defendant

DWIGHT D. YORK, a/k/a DR. MALACHI Z. YORK, a/k/a
ISA MUHAMMAD, a/k/a ISA AL HAADI AL MAHDI and a/k/a "BABA"
(hereinafter referred to as "DWIGHT YORK"),

being a person employed by and associated with an enterprise described in Paragraph A below, which was engaged in, and the activities of which affected, interstate commerce, did knowingly and willfully combine, conspire, confederate and agree and have tacit understanding with unindicted co-conspirators and others, known and unknown to the Grand Jury, to violate Title 18, United States Code, Section 1962(c), that is, to conduct and participate, directly and indirectly, in

ACCEPT FOR VALUE

Officer Holder of the Treasury:

MALACHI Z. YORK EL, CESTUI QUE TRUST Accepts for Value all related Debts

Undisclosed Contracts, True Bills, Accounts, Endorsements, Bonds, or

RELATED MORTGAGES, PURSUANT TO: UCC1-207, UCC1-308, ARTICLE 2, ARTICLE 3, ARTICLE 8, ARTICLE 9, ARTICLE 4 OF THE UCC. AND

Authorized Rep: Owner in fact / Juan C. Pujo Morrales

ATTN: Timothy Geithner / 1972 "et al"

CUSIP-AUTOTRIS #06436...

TO SET-OFF alleged Statute Debt

ACCOUNT # 5:02-CR-27-CAR "et al":

ADDRESS: U.S. District Court 475 Mulberry St. Macon, GA 31202

FOR FULL SET-OFF AMOUNT 300MIL USD+

PAYMENT TO: U.S. District Court of Macon Georgia 475 Mulberry St. Macon, GA 3120..

A.    Cannot be located upon the exercise of due diligence;

B.    Has been transferred, sold, or deposited with a third person;

C.    Has been placed beyond the jurisdiction of the Court;

D.    Has been substantially diminished in value; or

E.    Has been commingled with other property which cannot be subdivided without

difficulty; it is the intent of the United States, pursuant to Title 18, United States Code, Section 2253(o), to seek forfeiture of any other property of the defendant up to the value of the above forfeitable property OF DWIGHT YORK, or assets of equal value up to the value of the above forfeitable property.

All in violation of Title 18, United States Code, Section 2253 and Rule 32.2 of the Federal Rules of Criminal Procedure.

                                        FOREPERSON OF THE GRAND JURY

Presented By:

MAXWELL WOOD
UNITED STATES ATTORNEY

RICHARD S. MOULTRIE, JR.
ASSISTANT UNITED STATES ATTORNEY
MIDDLE DISTRICT OF GEORGIA

STEPHANIE D. THACKER
TRIAL ATTORNEY

48

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
MACON DIVISION

DWIGHT D. YORK,                          *

    Petitioner,                              *

vs.                                      *          CASE NO. 5:07-CV-90001 CAR
                                                    28 U.S.C. § 2255
UNITED STATES OF AMERICA,                *          CASE NO. 5:02-CR-27 CAR

    Respondent.                              *

**REPORT AND RECOMMENDATION**

    Petitioner's Motion to Vacate, Set Aside, or Correct his Sentence pursuant to 28 U.S.C. § 2255 is before this court for preliminary consideration as required by Rule 4 of the Rules Governing Section 2255 Proceedings For The United States District Courts.

**Procedural History**

    By superseding indictment return in this court against Petitioner York, he was charged with involvement in a Racketeer Influenced And Corrupt Organization (RICO) conspiracy in the commission of multiple acts of transporting minors in interstate commerce intending to engage the minors in unlawful sexual activity in violation of Georgia law and 18 U.S.C. § 2423(a), (b), and also structuring cash transactions to evade bank reporting requirements of FDIC insured banking institutions in violation of 18 U.S.C. § 5313(a) and 31 U.S.C. § 5324(a)(3). Specific substantive RICO offenses were charged in the Eleven Count Indictment. (Doc. 158). Petitioner York pled not guilty to all charges, and a jury trial was conducted, when resulted in his conviction on all Counts except Count 8 of the Eleven Count Indictment. (Doc. 234). York directly appealed his conviction and sentence to the United States Court of Appeals for the Eleventh Circuit, which entered a final judgment of conviction on January 6, 2006. (Doc. 372). York made application for *writ of certiorari,*

not required or warranted.

**WHEREFORE, IT IS RECOMMENDED** that Petitioner York's Motion To Vacate, Set Aside, or Correct Sentence pursuant to 28 U.S.C. § 2255 be DENIED. Pursuant to 28 U.S.C. § 636 (b)(1), Petitioner and/or the Government may serve and file written objections to this Recommendation with the UNITED STATES DISTRICT JUDGE WITHIN TEN (10) DAYS after being served with a copy hereof.

**SO RECOMMENDED** this 18th day of February 2009.

S/G. MALLON FAIRCLOTH
UNITED STATES MAGISTRATE JUDGE

17

*[Handwritten/stamped watermark overlay, partially legible:]* ACCEPTED FOR VALUE / Officer Holder of the Treasury / EL, MALACHI Z. YORK, CESTUI QUE TRUST, Accepts for Value and Consideration / all associated Debts hereby, Endorsements, or RELATED AGREEMENTS, PURSUANT TO: UCC1-207, UCC1-308, ARTICLE 9, ARTICLE 2, ARTICLE 8, AND ARTICLE 4 OF THE UCC: / "Preferred Stock", Registered Account# / RR059445061US, Thru US Treasury / ATTN: Timothy Geithner / Juan C. Puig Morrales / CUSIP-AUTOTRIS#064360272, / TO SET-OFF Alleged Statute Debt "et al" / ACCOUNT# 5:02-CR-27-CAR"et al": / ADDRESS: U.S. District Court / 475 Mulberry St. / Macon, GA 31202 / FOR FULL SET-OFF[ED] / PAYMENT AMOUNT:$300MIL. USD+ / TO: U.S. District Court of Macon Georgia / 475 Mulberry St. / Macon, GA 31201 / (Trustee) Date:12/02/2009 / Authorized Agent