**EXHIBIT 2**

# AFFIDAVIT

# OF

# TRUTH

## III. AFFIDAVIT OF TRUTH

Be it known to all "government," their "courts," agents, and other parties, that I, Malachi York El:©™, am a natural born sovereign individual. I am neither subject to any entity anywhere, nor am I dominated. I am not a "person" as defined in your "statutes" when such definition includes "artificial entities" as it appears in all Caps nor am I a corporate entity. I refuse to be treated as a "federally" or "state" created entity which is only capable of exercising certain rights, privileges, or immunities as specifically "granted" by "federal" or "state" "governments". I am not in any "jurisdiction," for I am not of subject status. I have not committed any crime, and am therefore not subject to any penalty (See Exhibits V1-V13 Affidavits of alleged victims recanting there original testimony). Thus, be it known to all, that I reserve my natural right not to be compelled to perform under any "contract" that I did not enter into knowingly, voluntarily, and intentionally. Furthermore, I do not accept the "liability" associated with the compelled and pretended "benefit" of any hidden or unrevealed "contract" or "commercial agreement". As such, the hidden or unrevealed "contracts" that supposedly create "obligations" to perform, for persons of subject status, are inapplicable to me, and are null and void. If I have participated in any of the supposed "benefits" associated with these hidden "contracts," I have done so under duress, for lack of any other practical alternative. I may have received such "benefits" but I have not accepted them in a manner that binds me to anything. Any such participation does not constitute "acceptance," because of the absence of full disclosure of any valid offer, and voluntary consent without misrepresentation or coercion. Without a valid voluntary offer and acceptance, knowingly entered into by both parties, there is no "meeting of the minds," and therefore no valid contract. Any supposed "contract" is therefore void, from the beginning. From my age of consent to the date affixed below I have never signed a contract knowingly, willingly, intelligently, voluntarily, and intentionally whereby I have waived any of my natural inherent rights, and, as such, take notice that I revoke, cancel, and make void from the beginning my signature on any and all "contracts," "agreements," "forms," or any "instrument" which may be construed in any way to give any agency or department "jurisdiction" over me.

## * * * NOTARY PUBLIC * * *

The use of notary below is for identification only, and such use does not grant any "jurisdiction" to anyone. FURTHER AFFIANT SAITH NOT. Subscribed and sworn, without prejudice, and with all rights reserved,

(Printed Name:) Malachi York_____.

Principal, by Special Appearance, in Propria Persona, proceeding Sui Juris.

Signed: _____ Date: 1/27/2009

On this 27 day of January, 09, before me, the undersigned, a Notary Public in and for Malachi York, personally appeared the above-signed, known to me to be the one whose name is signed on this instrument, and has acknowledged to me that s/he has executed the same.

Signed: Arall Charles

Printed Name: ARALL CHARLES

Date: 01-27-09

*Deciphering The Superseding Federal Indictment, Without Presumptions, Assumptions, or Opinions?*

# AFFIDAVIT OF FACT
## Pursuant To Title 27 USC Section 72.11 / 27 CFR 72.11:

### Fact 1

In observance of the United States District Court for the Middle District of Georgia's **Superseding Indictment**, case file number **5:02-CR-27-CAR**, "et al" several concerns come to mind in lieu of the initial name caption spelling associations referencing the case file matter, in accordance with the initial Recanted Affidavits. (*See Exhibits*)

Whereas, misnomers are correctly identified as the associated **ALL-CAPITAL-LETTERS-WRITTEN**, legal fiction, fictitious name, artificial, artificial person, idem sonans, informer, versus the true name / propia persona, which means "in one's own proper person." Therefore, in reference to an easy comprehension, we've provided definitions in accordance to what is referenced within the 10'inch font sized knowledge herein.

So, for further clarity in this matter for the court, we've provided lawful / legal terms for consideration in this matter to help salvage honor in this matter, pursuant to **46 USC Section 781**.

**Sec. 781.** Libel in admiralty against or impleader of United States

> A libel in personam in admiralty may be brought against the
> United States, or a petition impleading the United States, for
> damages caused by a public vessel of the United States, and for
> compensation for towage and salvage services, including contract
> salvage, rendered to a public vessel of the United States:
> Provided, That the cause of action arose after the 6th day of
> April, 1920.

### SHORT TITLE
Act Mar. 3, 1925, ch. 428, which enacted this chapter, is popularly known as the "Public Vessels Act".

**IN PROPIA PERSONA.** In one's own proper person. Black's 1st.

However, when one's true name is spelled in ALL-CAPITAL-LETTERS-WRITTEN, the above and below rule applies, in accordance to associated commerce / commercial transactions. According to HYPERLINK "http://www.lawterms.net/commerce.php" http://www.lawterms.net/commerce.php, Commerce is defined as;

**COMMERCE**
As defined by the Lanham Act, trade that the federal government is authorized to regulate. To qualify for federal trademark protection and registration, a mark must have first been used in commerce. In practice, this means that a product or service must be sold outside of the state in which it originates, be advertised out of state or cater to travelers, such as a hotel, before it can qualify for trademark protection.

### Fact 2
For Example; According to the Federal Styles Manual Chapter 3/2 "CAPITALIZATION /Court Work", the following knowledge is recognizable which further questions the integrity of the offering prosecuting parties associated:

# 3. CAPITALIZATION RULES

(See also ``Abbreviations and Letter Symbols" and ``Capitalization Examples")

3.1. It is impossible to give rules that will cover every conceivable problem in capitalization; but by considering the purpose to be served and the underlying principles, it is possible to attain a considerable degree of uniformity. The list of approved forms given in chapter 4 will serve as a guide. Obviously such a list cannot be complete. The correct usage with respect to any term not included can be determined by analogy or by application of the rules.

Proper names

3.2. Proper names are capitalized.
Rome
Brussels
John Macadam
Macadam family
Italy
Anglo-Saxon

Derivatives of proper names

3.3. Derivatives of proper names used with a proper meaning are capitalized.
Roman (of Rome)     Johannean     Italian

3.4. Derivatives of proper names used with acquired independent common meaning, or no longer identified with such names, are set lowercased. Since this depends upon general and long-continued usage, a more definite and all-inclusive rule cannot be formulated in advance.
roman (type)
brussels sprouts
venetian blinds
macadam (crushed rock)
watt (electric unit)
plaster of paris
italicize
anglicize
pasteurize

Common nouns and adjectives in proper names

3.5. A common noun or adjective forming an essential part of a proper name is capitalized; the common noun used alone as a substitute for the name of a place or thing is not capitalized.

   Massachusetts Avenue; the avenue
   Washington Monument; the monument
   Statue of Liberty; the statue
   Hoover Dam; the dam
   Boston Light; the light
   Modoc National Forest; the national forest

    Panama Canal; the canal
    Soldiers' Home of Ohio; the soldiers' home
    Johnson House (hotel); Johnson house (residence)
    Crow Reservation; the reservation

[[Page 24]]

    Federal Express; the express
    Cape of Good Hope; the cape
    Jersey City
    Washington City
 but city of Washington; the city
    Cook County; the county
    Great Lakes; the lakes
    Lake of the Woods; the lake
    North Platte River; the river
    Lower California
 but lower Mississippi
    Charles the First; Charles I
    Seventeenth Census; the 1960 census

3.6. If a common noun or adjective forming an essential part of a name becomes separated from the rest of the name by an intervening common noun or adjective, the entire expression is no longer a proper noun and is therefore not capitalized.
    Union Station: union passenger station
    Eastern States: eastern farming States
    United States popularly elected government

3.7. A common noun used alone as a well-known short form of a specific proper name is capitalized.
    the Capitol building in Washington, DC; but State capitol building
    the Channel (English Channel)

**CHAPTER 2**
Bibliographies or references
2.130. There are many styles available to bibliographers, for there are many classes of documents. A Government bulletin citation, according to one authority, would be treated as follows:
Author's name (if the article is signed); title of article (in quotation marks); the publication (usually in italic), with correct references to volume, number, series, pages, date, and publisher (U.S. Govt. Print. Off.).
Therefore the example would read:
U.S. Department of the Interior, "Highlights in history of forest and related natural source conservation," Conservation Bulletin, No. 41 (serial number not italic), Washington, U.S. Dept. of the Interior (or U.S. Govt. Print. Off.), 1997. 1 p. (or p. 1).
Another Government periodical citation would read as follows:
Reese, Herbert Harshman, "How To Select a Sound Horse," Farmers' Bulletin, No. 779, pp. 1–26 (1987), U.S. Dept. of Agriculture.
Clarity may be maintained by capitalizing each word in book titles, but only the first word in the title of articles.
Other examples are:
Preston W. Slosson, The Great Crusade and After: 1914–1928 (New York: Macmillan,

1930) Edward B. Rosa, "The economic importance of the scientific work of the government," J. Wash. Acad. Sci. 10, 342 (1920)or:
Preston W. Slosson, The Great Crusade and After: 1914–1928 (New York: Macmillan, 1930)Edward B. Rosa, "The Economic Importance of the Scientific Work of the Government," J. Wash. Acad. Sci. 10, 342 (1920)
Note that the principal words in both book titles and titles of articles are capitalized. Consistency is more important in bibliographic style than the style itself.
The science of bibliography is covered in many texts, and the following references are available for study:
Bibliographic Procedures and Style: A Manual for Bibliographers in the Library of Congress. Superintendent of Documents, Washington, DC 20402.
Better Report Writing, by Willis H. Waldo. Reinhold Publishing Corp., New York, 1995.
Macmillan Handbook of English, by Robert F. Wilson. Macmillan Co., New York, 1992.
A Manual of Style, University of Chicago Press, Chicago, 1993.
Suggestions to Authors of the Reports of the U.S. Geological Survey. Superintendent of Documents, Washington, DC 20402.
Words Into Type, Prentice-Hall, New York, 1994.

**ARTIFICIAL.** What is the result of, or relates to, the arts; opposed to natural; thus we say a corporation is an artificial person, in opposition to a natural person. Artificial accession is the uniting one property to another by art, opposed to a simple natural union. 1 Bouv. Inst. n. 503.

**ARTIFICIAL PERSON.** In a figurative sense, a body of men or company are sometimes called an artificial person, because the law associates them as one, and gives them various powers possessed by natural persons. Corporations are such artificial persons. 1 Bouv. Inst. n. 177.
IDEM SONANS. Sounding the same.
2. In pleadings, when a name which it is material to state, is wrongly spelled, yet if it be idem sonans with that proved, it is sufficient, as Segrave for Seagrave, 2 Str. R. 889; Keen for Keene, Thach. Cr. Cas. 67; Deadema for Diadema, 2 Ired. 346; Hutson for Hudson, 7 Miss. R. 142; Coonrad for Conrad, 8 Miss. R. 291. See 5 Pike, 72; 6 Ala. R. 679; vide also Russ. & Ry. 412; 2 Taunt. R. 401, In the following cases the variances there mentioned were declared to be fatal. Russ. & Ry. 351; 10 East, R. 83; 5 Taunt. R. 14; 1 Baldw. R. 83; 2 Crom. & M. 189; 6 Price, R. 2; 1 Chit. R. 659; 13 E. C. L. R. 194. See, generally, 8 Chit. Pr. 231, 2; 4 T. R. 611; 3 B. & P. 559; 1 Stark. R. 47; 2 Stark. R. 29; 3 Camp. R. 29; 6 M. & S. 45; 2 N. H. Rep. 557; 7 S. & R. 479; 3 Caines, 219; 1 Wash. C. C. R. 285; 4 Cowen, 148 and the article Name.

**IDENTITY,** evidence. Sameness.
2. It is frequently necessary to identify persons and things. In criminal prosecutions, and in actions for torts and on contracts, it is required to be proved that the defendants have in criminal actions, and for injuries, been guilty of the crime or injury charged; and in an action on a contract, that the defendant was a party to it. Sometimes, too, a party who has been absent, and who appears to claim an inheritance, must prove his identity and, not unfrequently, the body of a person which has been found dead must be identified: cases occur when the body is much disfigured, and, at other times, there is nothing left but the skeleton. Cases of considerable difficulty arise, in consequence of the omission to take particular notice; 2 Stark. Car. 239 Ryan's Med. Jur. 301; and in consequence of the great resemblance of two persons. 1 Hall's Am. Law Journ. 70; 1 Beck's Med. Jur. 509; 1 Paris, Med. Jur. 222; 3 Id. 143; Trail. Med. Jur. 33; Foder¥, Med. Leg. ch. 2, tome 1, p. 78-139.
3. In cases of larceny, trover, replevin, and the like, the things in dispute must always be identified. Vide 4 Bl. Com. 396.
4. M. Briand, in his Manuel Complet de M¥dicine L¥gale, 4eme partie, ch. 1, gives rules for the discovery of particular marks, which an individual may have had, and also the true color of the hair, although it may have been artificially colored. He also gives some rules for the purpose of

discovering, from the appearance of a skeleton, the sex, the age, and the height of the person when living, which he illustrates by various examples. See, generally, 6 C. & P 677; 1 C. & M. 730; 3 Tyr. 806; Shelf. on Mar. & Div. 226; 1 Hagg. Cons. R. 189; Best on Pres. Appx. case 4; Wills on Circums. Ev. 143, et seq.

**INFORMER.** A person who informs or prefers an accusation against another, whom he suspects of the violation of some penal statute.

2. When the informer is entitled to the penalty or part of the penalty, upon the conviction of an offender, he is or is not a competent witness, accordingly as the statute creating the penalty has or has not made him so. 1 Phil. Ev. 97; Rosc. Cr. Ev. 107; 5 Mass. R. 57; 1 Dall. 68; 1 Saund. 262, c. Vide articles Prosecutor; Rewards.

**PERSON.** This word is applied to men, women and children, who are called natural persons. In law, man and person are not exactly synonymous terms. Any human being is a man, whether he be a member of society or not, whatever may be the rank he holds, or whatever may be his age, sex, &c. A person is a man considered according to the rank he holds in society, with all the rights to which the place he holds entitles him, and the duties which it imposes. 1 Bouv. Inst. n. 137.

2. It is also used to denote a corporation which is an artificial person. 1 Bl. Com. 123; 4 Bing. 669; C. 33 Eng. C. L R. 488; Wooddes. Lect. 116; Bac. Us. 57; 1 Mod. 164.

3. But when the word "Persons" is spoken of in legislative acts, natural persons will be intended, unless something appear in the context to show that it applies to artificial persons. 1 Scam. R. 178.

4. Natural persons are divided into males, or men; and females or women. Men are capable of all kinds of engagements and functions, unless by reasons applying to particular individuals. Women cannot be appointed to any public office, nor perform any civil functions, except those which the law specially declares them capable of exercising. Civ. Code of Louis. art. 25.

5. They are also sometimes divided into free persons and slaves. Freemen are those who have preserved their natural liberty, that is to say, who have the right of doing what is not forbidden by the law. A slave is one who is in the power of a master to whom he belongs. Slaves are sometimes ranked not with persons but things. But sometimes they are considered as persons for example, a negro is in contemplation of law a person, so as to be capable of committing a riot in conjunction with white men. 1 Bay, 358. Vide Man.

6. Persons are also divided into citizens, (q. v.) and aliens, (q. v.) when viewed with regard to their political rights. When they are considered in relation to their civil rights, they are living or civilly dead; vide Civil Death; outlaws; and infamous persons.

7. Persons are divided into legitimates and bastards, when examined as to their rights by birth.

8. When viewed in their domestic relations, they are divided into parents and children; husbands and wives; guardians and wards; and masters and servants son, as it is understood in law, see 1 Toull. n. 168; 1 Bouv. Inst. n. 1890, note.

So, based on the knowledge provided, we can clearly observe without question, wherein this entire matter clearly relates to commerce

**NATURAL PERSON.**
A living, breathing human being, as opposed to a legal entity such as a HYPERLINK "http://www.nolo.com/definition.cfm/term/288F640F-F004-41BD-9DA1C46501BFE4D3" corporation. Different rules and protections apply to natural persons and corporations, such as the Fifth Amendment right against self-incrimination, which applies only to natural persons.

See Topic: HYPERLINK "http://www.nolo.com/resource.cfm/catID/DF30274C-0DE0-4D7A-8E77178D82F090CE/104/284/" Consumer RightsÜ  HYPERLINK "http://www.nolo.com/resource.cfm/catID/1745D9A3-D50D-4AAD-BFB3ED609A4EE3F5/111/" Business & Human ResourcesÜ    HYPERLINK "http://www.nolo.com/definition.cfm/Term/61D37D9C-A50D-4E29-86A8E661D7D5E344/alpha/N/" http://www.nolo.com/definition.cfm/Term/61D37D9C-A50D-4E29-86A8E661D7D5E344/alpha/N/

**TRADE-NAME.** A trade-name is a name which by user and reputation has acquired the property of indicating that a certain trade or occupation is carried on by a particular person. The name may be that of a person, place, or thing, or it may be what is called a "fancy name," (i.e. a name having no sense as applied to the particular trade,) or word invented for the occasion,
And having no sense at all. Seb. Trade-Marks, 37 Sweet. Black's 1st.

> **Note:** Any alphabetical variant of someone's true name set forth in ALL-CAPITAL LETTER/abbreviated format so as to express an *idem sonans* legal construct that signifies a juristic person, a corporate entity, as well as any other type of artificial contrivance such as a corporation, trust, partnership, "doing business as (dba),"and the like. A TRADE NAME functions as a "transmitting utility" in commerce for and on behalf of the man/woman. In accordance with the "Law of the Flag," a TRADE NAME is artificial, abstract, and corporate in nature while a man has physical existence. TRADE NAMES are not the equivalent of the man/woman on whose behalf the TRADE NAME functions as a flag, transmitting utility, proprietary trademark, etc.

### Fact 3

Aside from the above listed points referencing the associated spellings and assumed intents of opposing Court Fiduciary, regarding the Consul General Malachi York El:©™, the facts mentioned in this matter provides the court with knowledge beyond a shadow of doubt regarding the nature of this commercial casefile involving the Consul General Malachi York El:©™ herein pursuant to **27 CFR 72.11**.
Whereby Tendered Payment, issued by the EL,MALACHI Z. YORK©™,CESTUI QUE TRUST to this casefile's associated Offerors which included Sureties, was previously Tendered directly to the District Attorney Marcy E. Cook, as well as the US Attorney General's Office, for the purpose of Set-Off of the True Bill offered by the US DISTRICT COURT, according to contract law referencing Consul General Malachi York El:©™.      Below, you'll notice financial definitions helpful in this matter.( Also, See exhibit receipt tracking#)

**TENDER** – 1. A small vessel which serves a larger vessel in a port for the purpose of supplying provisions and carrying passengers to and from ship to shore.
2. An offer of money. An offer to supply something. An offer to present something.
3. To satisfy a claim, an unconditional offer to perform coupled with a manifest ability to carry out the offer.
4. A car connected behind a steam railroad locomotive to carry coal and water. (Almost obsolete).
 HYPERLINK "http://www.teachmefinance.com/Financial_Terms/tender.html"
http://www.teachmefinance.com/Financial_Terms/tender.html

**CESTUI QUE TRUST**, A barbarous phrase, to signify the beneficiary of an estate held in trust. He for whose benefit another person is enfeoffed or seised of land or tenements, or is possessed of personal property. The cestui que trust is entitled to receive the rents and profits of the land; he may direct such conveyances, consistent with the trust, deed or will, as he shall choose, and the trustee (q. v.) is bound to execute them: he may defend his title in the name of the trustee. 1 Cruise, Dig. tit. 12, c. 4, s. 4; vide Vin. Ab. Trust, U, W, X, and Y 1 Vern. 14; Dane's Ab. Index, h. t.: 1 Story, Eq. Jur. 321, note 1; Bouv. Inst. Index, h. t.

**SET-OFF**, contracts, practice. Defalcation; (q. v.) a demand which a defen-dant makes against the plaintiff in the suit for the purpose of liquidating the whole or a part of his claim.
2. A set-off was unknown to the common law, according to which mutual debts were distinct and inextinguishable except by actual payment or release. 1 Rawle's R. 293; Babb. on Set-off, 1.
3. The statute 2 Geo. II., c. 22, which has been generally adopted in the United States with some modifications however, allowed, in cases of mutual debts, the defendant to set his debt against the other, either by pleading it in bar, or giving it in evidence, when proper notice had been given of such intention, under the general issue. The statute being made for the benefit of the defendant, is not compulsory; 8 Watts, R. 39; the defendant may Waive his right, and bring a

cross action against the plaintiff. 2 Campb. 594; 5 Taunt. 148; 9 Watts, R. 179

4. It seems, however, that in some cases of intestate estates, and of insolvent estates, perhaps owing to the peculiar wording of the law, the statute has been held to operate on the rights of the parties before action brought, or an act done by either of them. 2 Rawle's R. 293; 3 Binn. Rep. 135; Bac. Ab. Bankrupt K.

5. Set-off takes place only in actions on contracts for the payment of money, as assumpsit, debt and covenant. A set-off is not allowed in actions arising ex delicto, as, upon the case, trespass, replevin or detinue. Bull. N. P. 181.

6. The matters which may be set off, may be mutual liquidated debts or damages, but unliquidated damages cannot be set off. 1 Black. R. 394; 2 John. 150; 8 Conn. 325; 1 M'Cord, 7; 3 Wend. 400; 1 Stew. & Port. 19; 2 Yeates, 208; 1 Sumn. 471; 2 Blackf. 31; 1 A. K. Marsh. 41; 6 Halst. 397; 5 Wash. C. C. 232 3 Bibb, 49; 2 Caines, 33. The statutes refer only to mutual unconnected debts; for at common law, when the nature of the employment, transaction or dealings necessarily constitute an account consisting of receipts and payments, debts and credits, the balance only is considered to be the debt, and therefore in an action, it is not necessary in such cases either to plead or give notice of set-off. 4 Burr. 2221.

7. In general, when the government is plaintiff, no set-off will be allowed. 9 Pet. 319; 4 Dall. 303. See 9 Cranch, 313; Paine, 156. But when an act of congress authorizes such set-off, it may be made. 9 Cranch, 213.

8. Judgments in the same rights may be set off against each other at the discretion of the court. 3 Bibb 233; 3 Watts 78; 3 Halst. 172; 4 Hamm. 90; 1 Stew. & Port. 24; 7 Mass. 140, 144; 8 Cowen 126. Vide Compensation; also Mon-tagu on Set-off; Babington on Set-off; 3 Stark. Ev. h. t.; Amer. Dig. h. t.; Whart. Dig. h. t.; 3 Chit. Bl. Com. 304, n.; 1 Chit. Pl. Index, h. t.; 8 Vin. Ab. 556; Bac. Ab. h. t. 1 Sell. Pr. 321; 5 Com. Dig. 595; 6 Id. 335; 7 Id. 336; 8 Id. 927; Chit. Pr. Index, h. t.; Bouv. Inst. Index, h. t. Vide Factor.

**TRUE BILL**, practice. These words are endorsed on a bill of indictment, when a grand jury, after having heard the witnesses for the government, are of opinion that there is sufficient cause to put the defendant on his trial. Formerly, the endorsement was Billa vera, when legal proceedings were in Latin; it is still the practice to write on the back of the bill Ignoramus, when the jury do not find it to be a true bill. Vide Grand Jury. HYPERLINK "http://www.constitution.org/bouv/bouvier_t.htm" http://www.constitution.org/bouv/bouvier_t.htm

**CONTRACT.** An agreement between two or more persons which creates an obligation to do or not to do a particular thing. Its essentials are competent parties, subject matter, a legal consideration, mutuality of agreement, and mutuality of obligation. Black's 5th .

> Note: All contracts, whether express or implied, are subject to the universal essentials of contract law, pertaining to the fundamentals of the interaction between the parties. These fundamentals are well codified in many places, e.g. the California Civil Code, Sections 1549 et seq.:

(see exhibits- )

**UCC DEFINITIONS PART 2. GENERAL DEFINITIONS AND PRINCIPLES OF INTERPRETATION** HYPERLINK "http://www.law.cornell.edu/ucc/1/index.htm" \l "part2" [Table of Contents]fl 1-201. General Definitions.

(a) Unless the context otherwise requires, words or phrases defined in this section, or in the additional definitions contained in other articles of [the Uniform Commercial Code] that apply to particular articles or parts thereof, have the meanings stated.

(b) Subject to definitions contained in other articles of [the Uniform Commercial Code] that apply to particular articles or parts thereof:

(14) "Defendant" includes a person in the position of defendant in a counterclaim, cross-claim, or third-party claim.

(27) "Person" means an individual, corporation, business trust, estate, trust, partnership, limited liability company, association, joint venture, government, governmental subdivision, agency, or instrumentality, public corporation, or any other legal or commercial entity.

(39) "Surety" includes a guarantor or other secondary obligor.
Offer – 1. A proposal that is made to a certain individual or legal entity to enter into a contract, that is definite in its terms, and that indicates the offerer's intent to be bound by an acceptance.
2. With respect to securities, the price at which one is ready to sell.
  HYPERLINK "http://www.teachmefinance.com/Financial_Terms/offer.html"
http://www.teachmefinance.com/Financial_Terms/offer.html

### Fact 4
Further, when we observe the US District Court for the Middle District of Georgia's Federal Superseding Indictment CRIM. NO. VIOLATIONS Count: Pursuant to Title 18 U.S.C.Section RICO, we investigate only to find prior, an honorable mention of the Consul General Malachi York El:©™, previously acknowledged as Al Imaam Isa Al Haadi Al Mahdi in Brooklyn, New York's Bushwick area, an area previously Crack Cocaine Infested, prior to Consul General Malachi Z. York El:©™'s intervention, whereby Consul General Malachi York El:©™'s Intervention disciplinary actions thereof in turn allowed him to receive a Key to the City by the Mayor of New York within the early 80's. (See exhibit attachment)

### Fact 5
In accordance, the presumed allegation VIOLATIONS charge 31 U.S.C. fl 5324(a)(3)-Structuring Cash is not an act committed by the flesh and blood living soul natural person Consul General Malachi Z. York El:©™. The United Nuwaubian Nation of Moors of the world are in fact an ancient people, before a self-made corporate construct or organization, and should not be misconstrued as such.
Also, according to supporting Affidavit Recantment Statements by Habiyba Washington, her father Nathaniel Washington, etc. (see exhibit attachments ) the recorded facts therein for the record on the
record provided removes all doubt for the Courts knowledge regarding this matter.
In lieu of other record accounts unknown to the Court, it should also be known and or acknowledged that each associated bookstore is or has been independently managed or operated by its own operator and or manager worldwide, separately and freely in its affairs other than by Consul General Malachi Z. York El:©™.
However, due the Kidnap and contract Rape of the Consul General Malachi Z. York El:©™, associated evolutionary bookstores has declined and suffered from the lack of book production worldwide.

### Fact 6
Yet, the care and love growth of We the people for one another, as well as the Consul General Malachi Z. York El:©™ supersedes any dollar amount. Families and careers known and forgotten have successfully produced and evolved due Consul General Malachi Z. York El:©™.

### Fact 7
Consul General Malachi Z. York El:©™ has throughout decades in his career as a counselor and teacher to the many privileged and underprivileged youth, middle ages, as well as adults evolved within the edutainment realms as inspirations in the hip hop and film genres of life, through his books alone have managed to counsel, uplift, save lives, and educate many of these synergies who in turn positively effect the world and the people in it in which we live in today.

### Fact 8
May the Court for the record on the record take Judicial Notice, Pursuant to 8 USC fl 1481 in acknowledgement of the facts that Consul General Malachi Z. York El:©™ on the record for the record herein and prior recorded is not a citizen of the United States Corporation.

### Fact 9
Consul General Malachi Z. York El:©™ was falsely charged with the MANN ACT "et al", which is in complete opposition to how he dedicates his life to humanitarian work, teaching and the upliftment of the downtrodden in which he received numerous awards for  as mentioned above. (see exhibit- )