**EXHIBIT 3**

# JUDICIAL NOTICE REGARDING 15 NOTARIES ON A PREORDERED JUDGEMENT RENDERED

02/25 /2008-CURRENT

# (: IDENTIFIED TRIBUNAL)
# :AFFIDAVIT NOTICE OF THE ADMINISTRATIVE-TRIBUNAL PUBLIC NOTARY JUDGEMENT CLAIM OF ACQUITTAL BY THIS PROTEST FOR CLOSURE AGAINST THE ESCROW-ACCOUNT-CASE FILE#s 5:02-CR-27-CAR, AND ALL FOLLOWING CASE NUMBERS ASSOCIATED:

## NOTICE TO PRINCIPAL IS NOTICE TO AGENT
## "NUNC PRO TUNC"

: Pursuant To: Title 42:U.S.C.§ 1986, O.C.G.A. § 11-1-207, O.C.G.A. § 15-16-4.1, UCC1-201, Title 28:U.S.C.§ 134:

| :Notary Public Acceptors: | | :Comm. Exp.: |
|---|---|---|
| 1. Laquetta C. Chrisp<br>:County: Athens, | d/b/a LAQUETTA C. CHRISP<br>State:GA | February 13, 2012 |
| 2. Arall Charles<br>:County: Athens, | d/b/a ARALL CHARLES<br>State:GA | February 11, 2012 |
| 3. Juanchella Kemp<br>:County: Athens, | d/b/a JUANCHELLA KEMP<br>State:GA | February 12, 2012 |
| 4. Amir James<br>:County: Athens, | d/b/a AMIR JAMES<br>State:GA | February 12, 2012 |
| 5. Renae McDade<br>:County: Athens, | d/b/a RENAE MCDADE<br>State:GA | May 15, 2011 |
| 6. Nkem O. Wilson<br>:County: Fulton, | d/b/a NKEM O. WILSON<br>State:GA | November 14, 2008 |
| 7. Shirley Evans<br>:County: Athens, | d/b/a SHIRLEY EVANS<br>State:GA | July 21, 2012 |

## :NOTICE OF ACCEPTANCE FOR CLOSURE BY THIS DECLARATION CLAIM OF THIS ADMINISTRATIVE-JUDGEMENT-CLAIM BY THE MALACHI Z. YORK PRIVATE TRUST ADMINISTRATIVE AGENCY AND INTERNAL TRIBUNAL:

DWIGHT YORK©™                    v.        ACCUSER/OFFERORS OF THE STATE OF GEORGIA
Creditor: Dwight York / Malachi Z. York    v.   Debtor(s): 3rd Party Agents, Agencies, Courts, & all Fiduciaries thereof

### :NOTICE TO PRINCIPAL IS NOTICE TO AGENT:
:Non-Negotiable Quantum-Notarial-Protest-Administrative-Judgement-Acceptance, For the Record:

:Notary Acceptor #1: _[signature]_                My Commission Expires: 2/8/2012

:Notary Acceptor #2: _[signature]_                My Commission Expires: 02/11/20__

:Notary Acceptor #3: _[signature]_                My Commission Expires: 02/12/2012

:Notary Acceptor #4: _[signature]_                My Commission Expires: 02/12/2012

:Notary Acceptor #5: _[signature]_                My Commission Expires: 05/15/2011

:Notary Acceptor #6: Nkem-O. Wilson               My Commission Expires: 11/14/2008

:Notary Acceptor #7: _[signature]_ Evans          My Commission Expires: 7/21/2012

:Notary Acceptor #8: _[signature]_                My Commission Expires: 11/06/2011

:Notary Acceptor #9: _[signature]_                My Commission Expires: 2/7/20__

:Notary Acceptor #10: _[signature]_               My Commission Expires: 2/01/2010

:Notary Acceptor #11: _____-Sharif-Wilson©™       My Commission Expires: 4/17/2009

:Notary Acceptor #12: _[signature]_               My Commission Expires: 8/31/2009

:Notary Acceptor #13: _[signature]_               My Commission Expires: 12/27/2009

:Sui Juris-Foreign Notary Nationals

Chief-Zakuwh-Jupuk-El ©™              _[signature]_ El ©™

Continued

| | |
|---|---|
| 8. Selina C. Hughs  d/b/a  SELINA C. HUGHS<br>:County: Athens,    State:GA | November 6, 2011 |
| 9. Iris Hamilton  d/b/a  IRIS HAMILTON<br>:County: Fulton,   State:GA | February 7, 2012 |
| 10. Lamont Houser  d/b/a  LAMONT HOUSER<br>:County: Fulton,   State:GA | February 01, 2010 |
| 11. Rev. Sharif Wilson  d/b/a  REV. SHARIF WILSON<br>:County: Dekalb,   State:GA | April 17, 2009 |
| 12. [Corliss S. Clayton]  d/b/a  CORLISS CLAYTON<br>:County: Fulton,   State:GA | August 30, 2009 |
| 13. [Barry M. Hamilton]  d/b/a  BARRY M. HAMILTON<br>:County: Fulton,   State:GA | December 27, 2009 |

:Sui Juris Foreign Notary Native American Citizen Nationals:

| | |
|---|---|
| 14. Zakur Re Tupak El<br>:Territory-Continental u.S.A. / Turtle Island | Expires with Life |
| 15. Dawiyd Bar Eloheem El<br>:Territory-Continental u.S.A. / Turtle Island | Expires with Life |