**EXHIBIT 4**

# JUDICIAL

# NOTICE OF

# DEMAND DEPOSIT

# ISSUED

# Notary's Certification of Non-Response
### Notice to agent is notice to principal

*It is hereby certified* that on or about 24/12/2008, received 29/12/2008;
**UNITED STATES DISTRICT COURT FOR THE MIDDLE DISTRICT OF GEORGIA**
**\*Attn:Clerk of Court: Gregory Leonrard**
an actor doing business as
Operations Accountant
Bankruptcy Receiver
475 Mulberry Street
Macon, Georgia state 31202
a private collection agency

## *Did fail to respond to*

*letter of instructions to process Federal*
*tax returns currently in his possession*
*Form 56 appointment of the Secretary of*
*of the Treasury as fiduciary*

Issued on behalf of national exchange account
MALACHI YORK 064360272

*It is further certified* that on 28/02/2009 the said parties

## *Did admit to obstructing Federal tax laws of the United States*

by failing to respond, failing to exhibit evidence of processing of Federal tax returns duly filed as commercial affidavits for tax periods 2008, on behalf of MALACHI YORK©™ 064360272, a legal fiction U.S. concoction, and failing to exhibit evidence that the Federal tax refunds for the indicated years were not misappropriated.

*It is hereby so certified this* ___2 8ᵗʰ___ *day of* ___February___, 20 _09_

_____        02/28/09
NOTARY PUBLIC                                         DATE

My commission expires: ___February / 24_____, 20 __

AMIR JAMES©™, Notary Public
RECORDINGS / PRIVATE CONTRACTING
130 BIG OAK CIRCLE
Athens, Georgia state Near [30605]



UNITED STATES
POSTAL SERVICE®

Home | Help | Sign In

Track & Confirm          FAQs

# Track & Confirm

## Search Results

Label/Receipt Number: **EH46 1379 455U S**
Status: **Delivered**

Your item was delivered at 7:45 am on December 29, 2008 in MACON,
GA 31202. The item was signed for by T MOON.

Additional information for this item is stored in files offline.

( Restore Offline Details > )  (?)   ( Return to USPS.com Home > )

---

### Notification Options

**Proof of Delivery**

Verify who signed for your item by email, fax, or mail.   ( Go > )

---

Track & Confirm

Enter Label/Receipt Number.

( Go > )

---

Site Map   Contact Us   Forms   Gov't Services   Jobs   Privacy Policy   Terms of Use   National & Premier Accounts

Copyright© 1999-2007 USPS. All Rights Reserved.   No FEAR Act EEO Data   FOIA

# NOTICE OF RESCISSION OF RELEASE
By Notary Account

**\*\*Attention: Clerk's Office**
To: United States District Court For The Middle District Of Georgia
475 Mulberry Street, Macon Georgia 31202

**Case File# 5:07-CV-90001-CAR, Pursuant to** Case No. 5:02-CR-27-CAR;

Notice is hereby given that the undersigned, I, Secured Party, Authorized Representative, Beneficiary, Grantor, Guarantor, Holder in due course, specie **Surety in Fact**, Liberian citizen and Diplomat **D/P# 003828-04**, <u>Malachi York El:©™, A/K/A Issa Al haadi Al Mahdi, A/K/A Dr. Malachi Kobina York, misnomered DWIGHT D. YORK et, al</u>; **All rights reserved** rescinds that certain release executed by him on **06/05/2002 (Warrant) & 21/10/2003 (Indictment)**, whereby he released you from any and all claims arising out of the issued STATE OF GEORGIA *sic* **WARRANT** and the coinciding FEDERAL GOVERNMENT'S *sic* SUPERSEDING INDICTMENT No. executed **06/05/2002 (Warrant) & 21/10/2003 (Indictment)**, on the following grounds:

Neither charging parties produced knowledge in written form that there were any options to rescind any of my previous authorizations, pursuant to my reserved rights, under contract law within the state, pursuant to **O.C.G.A. § 11-1-207, § 11-1-308, § 15-16-4.1, 42 U.S.C. § 1986**;

The undersigned agrees to restore to you total consideration received by you for his execution of the release, including my 'Acceptance consideration received', pursuant to UCC 3-419, UCC 1-201, 42 U.S.C. § 1986.

_____
Authorized Representative, Trustee

Dated:

# Notary Acceptor

Notary: _____    My Commission Exp. 12/27/200_

BARRY M. HAMILTON ©
NOTARY PUBLIC
FULTON COUNTY
MY COMMISSION EXPIRES 12/27/09
STATE OF GEORGIA

| Form **56** | **Notice Concerning Fiduciary Relationship** | OMB No. 1545-0013 |
|---|---|---|
| (Rev. December 2007) Department of the Treasury Internal Revenue Service | (Internal Revenue Code sections 6036 and 6903) | |

## Part I  Identification

| Name of person for whom you are acting (as shown on the tax return) | Identifying number | Decedent's social security no. |
|---|---|---|
| **EL, MALACHI Z. YORK, CESTUI QUE TRUST or  MALACHI YORK** | **064360272** | : : |

Address of person for whom you are acting (number, street, and room or suite no.)

**PO BOX 181398**

City or town, state, and ZIP code (If a foreign address, see instructions.)

**Denver, Colorado [30039]**

Fiduciary's name

**SECRETARIES-1. TIMOTHY GEITHNER, 2.  JUAN C. PUIG MORALLES,  AND  3. Judge CHARLES ASHLEY ROYAL  (FOR THIS SET-OFF)**

Address of fiduciary (number, street, and room or suite no.)

**1. 1500 Pennsylvania Avenue NW        / 2.   PO BOX 9024140  / 3.  475 MULBERRY STREET**

| City or town, state, and ZIP code | Telephone number (optional) |
|---|---|
| **1. Washington, D.C. 20220 / 2.  San Juan, Puerto Rico 00902 / 3.  Macon, Georgia 31202** | ( ) |

## Part II  Authority

**1**  Authority for fiduciary relationship. Check applicable box:

**a(1)** ☑ Will and codicils or court order appointing fiduciary . . . . . . .       **(2)** Date of death ------------------------------

**b(1)** ☑ Court order appointing fiduciary . . . . . . . . . . . .       **(2)** Date (see instructions) -------------------

**c**  ☑ Valid trust instrument and amendments

**d**  ☑ Other. Describe ▶ **ALL COMMERCIAL RELATED TRANSACTIONS AS DIRECTED**

## Part III  Nature of Liability and Tax Notices

**2**  Type of tax (estate, gift, generation-skipping transfer, income, excise, etc.) ▶ **ALL** -----------------------------------------

**3**  Federal tax form number (706, 1040, 1041, 1120, etc.) ▶ **FORMS 1040V, 1096,1099OID;**-------------------------------------

**4**  Year(s) or period(s) (if estate tax, date of death) ▶ **26-06-1945----CURRENT**------------------------------------------

**5**  If the fiduciary listed in Part I is the person to whom notices and other written communications should be sent for **all** items described on lines 2, 3, and 4, check here . . . . . . . . . . . . . . . . . . . . . . ▶ ☑

**6**  If the fiduciary listed in Part I is the person to whom notices and other written communications should be sent for **some** (but not all) of the items described on lines 2, 3, and 4, check here ▶ ☑ and list the applicable federal tax form number and the year(s) or period(s) applicable   **COPIES ONLY** -------------------------------------------------------------

-------------------------------------------------------------------------------------------------------------------

## Part IV  Revocation or Termination of Notice

### Section A—Total Revocation or Termination

**7**  Check this box if you are revoking or terminating all prior notices concerning fiduciary relationships on file with the Internal Revenue Service for the same tax matters and years or periods covered by this notice concerning fiduciary relationship . ▶ ☐
Reason for termination of fiduciary relationship. Check applicable box:

**a**  ☐ Court order revoking fiduciary authority

**b**  ☐ Certificate of dissolution or termination of a business entity

**c**  ☐ Other. Describe ▶

### Section B—Partial Revocation

**8a**  Check this box if you are revoking earlier notices concerning fiduciary relationships on file with the Internal Revenue Service for the same tax matters and years or periods covered by this notice concerning fiduciary relationship . . . . . . . . ▶ ☐

**b**  Specify to whom granted, date, and address, including ZIP code.
▶ --------------------------------------------------------------------------------------------------------------

### Section C—Substitute Fiduciary

**9**  Check this box if a new fiduciary or fiduciaries have been or will be substituted for the revoking or terminating fiduciary and specify the name(s) and address(es), including ZIP code(s), of the new fiduciary(ies) . . . . . . . . . . . ▶ ☐
▶ --------------------------------------------------------------------------------------------------------------

For Paperwork Reduction Act and Privacy Act Notice, see back page.        Cat. No. 16375I        Form **56** (Rev. 12-2007)

| **Form 56**<br>(Rev. December 2007)<br>Department of the Treasury<br>Internal Revenue Service | **Notice Concerning Fiduciary Relationship**<br><br>(Internal Revenue Code sections 6036 and 6903) | OMB No. 1545-0013 |
| --- | --- | --- |

## Part I  Identification

| Name of person for whom you are acting (as shown on the tax return)<br>**EL, MALACHI Z. YORK, CESTUI QUE TRUST or  MALACHI YORK** | Identifying number<br>**064360272** | Decedent's social security no.<br>: : |
| --- | --- | --- |

Address of person for whom you are acting (number, street, and room or suite no.)
**PO BOX 181398**

City or town, state, and ZIP code (if a foreign address, see instructions.)
**Denver, Colorado [30039]**

Fiduciary's name
**SECRETARIES-1. TIMOTHY GEITHNER, 2.  JUAN C. PUIG MORALLES, AND  3. Judge G.MALLON FAIRCLOTH  (FOR THIS SET-OFF)**

Address of fiduciary (number, street, and room or suite no.)
**1. 1500 Pennsylvania Avenue NW     / 2.   PO BOX 9024140  / 3.  475 MULBERRY STREET**

City or town, state, and ZIP code
**1. Washington, D.C. 20220 / 2.  San Juan, Puerto Rico 00902 / 3.  Macon, Georgia 31202**

Telephone number (optional)
(    )

## Part II  Authority

**1**  Authority for fiduciary relationship. Check applicable box:
**a(1)** ☑ Will and codicils or court order appointing fiduciary  .  .  .  .  .  .  .    **(2)** Date of death _____
**b(1)** ☑ Court order appointing fiduciary  .  .  .  .  .  .  .  .  .  .  .    **(2)** Date (see instructions) _____
**c**  ☑ Valid trust instrument and amendments
**d**  ☑ Other. Describe ▶ **ALL COMMERCIAL RELATED TRANSACTIONS AS DIRECTED** _____

## Part III  Nature of Liability and Tax Notices

**2**  Type of tax (estate, gift, generation-skipping transfer, income, excise, etc.) ▶ **ALL** _____
**3**  Federal tax form number (706, 1040, 1041, 1120, etc.) ▶ **FORMS 1040V, 1096,10990ID;** _____
**4**  Year(s) or period(s) (if estate tax, date of death) ▶ **26-06-1945----CURRENT** _____
**5**  If the fiduciary listed in Part I is the person to whom notices and other written communications should be sent for **all** items
described on lines 2, 3, and 4, check here  .  .  .  .  .  .  .  .  .  .  .  .  .  .  .  .  .  .  ▶ ☑
**6**  If the fiduciary listed in Part I is the person to whom notices and other written communications should be sent for **some** (but not all)
of the items described on lines 2, 3, and 4, check here ▶ ☑ and list the applicable federal tax form number and the year(s) or
period(s) applicable  **COPIES ONLY** _____
_____

## Part IV  Revocation or Termination of Notice

### Section A—Total Revocation or Termination

**7**  Check this box if you are revoking or terminating all prior notices concerning fiduciary relationships on file with the Internal
Revenue Service for the same tax matters and years or periods covered by this notice concerning fiduciary relationship  .  ▶ ☐
Reason for termination of fiduciary relationship. Check applicable box:
**a**  ☐ Court order revoking fiduciary authority
**b**  ☐ Certificate of dissolution or termination of a business entity
**c**  ☐ Other. Describe ▶

### Section B—Partial Revocation

**8a**  Check this box if you are revoking earlier notices concerning fiduciary relationships on file with the Internal Revenue Service for
the same tax matters and years or periods covered by this notice concerning fiduciary relationship  .  .  .  .  .  .  .  .  ▶ ☐
**b**  Specify to whom granted, date, and address, including ZIP code.
▶ _____

### Section C—Substitute Fiduciary

**9**  Check this box if a new fiduciary or fiduciaries have been or will be substituted for the revoking or terminating fiduciary and
specify the name(s) and address(es), including ZIP code(s), of the new fiduciary(ies)  .  .  .  .  .  .  .  .  .  .  .  ▶ ☐
▶ _____

For Paperwork Reduction Act and Privacy Act Notice, see back page.          Cat. No. 16375I          Form **56** (Rev. 12-2007)

| Form **56** | **Notice Concerning Fiduciary Relationship** | OMB No. 1545-0013 |
|---|---|---|
| (Rev. December 2007)<br>Department of the Treasury<br>Internal Revenue Service | **(Internal Revenue Code sections 6036 and 6903)** | |

### Part I   Identification

| Name of person for whom you are acting (as shown on the tax return)<br>**EL,MALACHI Z. YORK, CESTUI QUE TRUST or  MALACHI YORK** | Identifying number<br>**064360272** | Decedent's social security no. |
|---|---|---|

Address of person for whom you are acting (number, street, and room or suite no.)
**PO BOX 181398**

City or town, state, and ZIP code (If a foreign address, see instructions.)
**Denver, Colorado [30039]**

Fiduciary's name
**SECRETARIES-1. TIMOTHY GEITHNER, 2.  JUAN C. PUIG MORALLES,  AND  3.UNITED STATES MIDDLE DISTRICT COURT OF GA  (FOR THIS SET-OFF)**

Address of fiduciary (number, street, and room or suite no.)
**1. 1500 Pennsylvania Avenue NW       / 2.    PO BOX 9024140   / 3.  475 MULBERRY STREET**

| City or town, state, and ZIP code<br>**1. Washington, D.C. 20220 / 2.  San Juan, Puerto Rico 00902 / 3.  Macon, Georgia 31202** | Telephone number (optional)<br>(       ) |
|---|---|

### Part II   Authority

1   Authority for fiduciary relationship. Check applicable box:
**a(1)** ☑ Will and codicils or court order appointing fiduciary    . . . . . . . .   **(2)** Date of death -----------------------
**b(1)** ☑ Court order appointing fiduciary    . . . . . . . . . . .   **(2)** Date (see instructions) ----------------
**c**   ☑ Valid trust instrument and amendments
**d**   ☑ Other. Describe ▶ **ALL COMMERCIAL RELATED TRANSACTIONS AS DIRECTED** ----------------------------------

### Part III   Nature of Liability and Tax Notices

2   Type of tax (estate, gift, generation-skipping transfer, income, excise, etc.) ▶ **ALL** --------------------------------
3   Federal tax form number (706, 1040, 1041, 1120, etc.) ▶ **FORMS 1040V, 1096,10990ID;** --------------------------
4   Year(s) or period(s) (if estate tax, date of death) ▶ **26-06-1945----CURRENT** -------------------------------
5   If the fiduciary listed in Part I is the person to whom notices and other written communications should be sent for **all** items
    described on lines 2, 3, and 4, check here   .   .   .   .   .   .   .   .   .   .   .   .   .   .   .   .   ▶ ☑
6   If the fiduciary listed in Part I is the person to whom notices and other written communications should be sent for **some** (but not all)
    of the items described on lines 2, 3, and 4, check here ▶  ☑ and list the applicable federal tax form number and the year(s) or
    period(s) applicable  **COPIES ONLY** -----------------------------------------------------------------
    -----------------------------------------------------------------

### Part IV   Revocation or Termination of Notice

#### Section A—Total Revocation or Termination

7   Check this box if you are revoking or terminating all prior notices concerning fiduciary relationships on file with the Internal
    Revenue Service for the same tax matters and years or periods covered by this notice concerning fiduciary relationship   .   ▶ ☐
    Reason for termination of fiduciary relationship. Check applicable box:
**a** ☐ Court order revoking fiduciary authority
**b** ☐ Certificate of dissolution or termination of a business entity
**c** ☐ Other. Describe ▶

#### Section B—Partial Revocation

**8a**  Check this box if you are revoking earlier notices concerning fiduciary relationships on file with the Internal Revenue Service for
    the same tax matters and years or periods covered by this notice concerning fiduciary relationship   .   .   .   .   .   .   .   ▶ ☐
**b**  Specify to whom granted, date, and address, including ZIP code.
    ▶ ------------------------------------------------------------------

#### Section C—Substitute Fiduciary

9   Check this box if a new fiduciary or fiduciaries have been or will be substituted for the revoking or terminating fiduciary and
    specify the name(s) and address(es), including ZIP code(s), of the new fiduciary(ies)   .   .   .   .   .   .   .   .   .   .   ▶ ☐
    ▶ ------------------------------------------------------------------

| For Paperwork Reduction Act and Privacy Act Notice, see back page. | Cat. No. 16375I | Form **56** (Rev. 12-2007) |
|---|---|---|

Form 56 (Rev. 12-2007)

Page **2**

| **Part V** | **Court and Administrative Proceedings** | | | | |
|---|---|---|---|---|---|

| Name of court (if other than a court proceeding, identify the type of proceeding and name of agency) | | | Date proceeding initiated | | |
|---|---|---|---|---|---|
| UNITED STATES DISTRICT COURT FOR THE MIDDLE DISTRICT OF GEORGIA | | | | | |

| Address of court | | | Docket number of proceeding | | |
|---|---|---|---|---|---|
| 475 MULBERRY STREET | | | **5:02-CR-27-CAR** | | |

| City or town, state, and ZIP code | Date | Time | a.m. | Place of other proceedings |
|---|---|---|---|---|
| Macon, Georgia 31202 | 28/02/2009 | 8:30a.m. | p.m. | COLORADO |

| **Part VI** | **Signature** |
|---|---|

I certify that I have the authority to execute this notice concerning fiduciary relationship on behalf of the taxpayer.

**Please Sign Here**

▶ _Clerk Of Court-Gregory Leonard_     _Authorized Rep._     28/02/2009
  Fiduciary's signature                  Title, if applicable           Date

Form **56** (Rev. 12-2007)

Form **W-8BEN**
(Rev. February 2006)
Department of the Treasury
Internal Revenue Service

## Certificate of Foreign Status of Beneficial Owner for United States Tax Withholding

▶ Section references are to the Internal Revenue Code. ▶ See separate instructions.
▶ Give this form to the withholding agent or payer. Do not send to the IRS.

OMB No. 1545-1621

| Do not use this form for: | Instead, use Form: |
|---|---|
| • A U.S. citizen or other U.S. person, including a resident alien individual . . . . . . . . . . . . . . . . . . . | W-9 |
| • A person claiming that income is effectively connected with the conduct of a trade or business in the United States . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | W-8ECI |
| • A foreign partnership, a foreign simple trust, or a foreign grantor trust (see instructions for exceptions) . . . . . . . | W-8ECI or W-8IMY |
| • A foreign government, international organization, foreign central bank of issue, foreign tax-exempt organization, foreign private foundation, or government of a U.S. possession that received effectively connected income or that is claiming the applicability of section(s) 115(2), 501(c), 892, 895, or 1443(b) (see instructions) . . . . . . . . | W-8ECI or W-8EXP |
| **Note:** These entities should use Form W-8BEN if they are claiming treaty benefits or are providing the form only to claim they are a foreign person exempt from backup withholding. | |
| • A person acting as an intermediary . . . . . . . . . . . . . . . . . . . . . . . . . . | W-8IMY |

**Note:** See instructions for additional exceptions.

### Part I    Identification of Beneficial Owner (See instructions.)

| 1 Name of individual or organization that is the beneficial owner | 2 Country of incorporation or organization |
|---|---|
| Malachi York / EL,MALACHI Z. YORK,CESTUI QUE TRUST | **continental united states** |

3 Type of beneficial owner:  ☑ Individual  ☑ Corporation  ☐ Disregarded entity  ☐ Partnership  ☑ Simple trust
☑ Grantor trust  ☐ Complex trust  ☐ Estate  ☐ Government  ☐ International organization
☐ Central bank of issue  ☐ Tax-exempt organization  ☐ Private foundation

4  Permanent residence address (street, apt. or suite no., or rural route). **Do not use a P.O. box or in-care-of address.**

**1541 Marion Street  Suite#181398**

| City or town, state or province. Include postal code where appropriate. | Country (do not abbreviate) |
|---|---|
| **Denver, Colorado 80218** | **continental united states** |

5  Mailing address (if different from above)

**P.O. Box 391182**

| City or town, state or province. Include postal code where appropriate. | Country (do not abbreviate) |
|---|---|
| **Snellville, Georgia  Near [30039]** | **continental united states** |

| 6  U.S. taxpayer identification number, if required (see instructions) | 7  Foreign tax identifying number, if any (optional) |
|---|---|
| 06-4360272    ☐ SSN or ITIN  ☑ EIN | |

8  Reference number(s) (see instructions)

**2007-2268538-33 (UCC#)**

### Part II    Claim of Tax Treaty Benefits (if applicable)

9  I certify that (check all that apply):

a ☐ The beneficial owner is a resident of _____ within the meaning of the income tax treaty between the United States and that country.

b ☑ If required, the U.S. taxpayer identification number is stated on line 6 (see instructions).

c ☐ The beneficial owner is not an individual, derives the item (or items) of income for which the treaty benefits are claimed, and, if applicable, meets the requirements of the treaty provision dealing with limitation on benefits (see instructions).

d ☐ The beneficial owner is not an individual, is claiming treaty benefits for dividends received from a foreign corporation or interest from a U.S. trade or business of a foreign corporation, and meets qualified resident status (see instructions).

e ☑ The beneficial owner is related to the person obligated to pay the income within the meaning of section 267(b) or 707(b), and will file Form 8833 if the amount subject to withholding received during a calendar year exceeds, in the aggregate, $500,000.

10  Special rates and conditions (if applicable—see instructions): The beneficial owner is claiming the provisions of Article _____ of the treaty identified on line 9a above to claim a _____ % rate of withholding on (specify type of income): _____ .

Explain the reasons the beneficial owner meets the terms of the treaty article: _____
_____

### Part III    Notional Principal Contracts

11 ☑ I have provided or will provide a statement that identifies those notional principal contracts from which the income is **not** effectively connected with the conduct of a trade or business in the United States. I agree to update this statement as required.

### Part IV    Certification

Under penalties of perjury, I declare that I have examined the information on this form and to the best of my knowledge and belief it is true, correct, and complete. I further certify under penalties of perjury that:
1 I am the beneficial owner (or am authorized to sign for the beneficial owner) of all the income to which this form relates,
2 The beneficial owner is not a U.S. person,
3 The income to which this form relates is (a) not effectively connected with the conduct of a trade or business in the United States, (b) effectively connected but is not subject to tax under an income tax treaty, or (c) the partner's share of a partnership's effectively connected income, **and**
4 For broker transactions or barter exchanges, the beneficial owner is an exempt foreign person as defined in the instructions.
Furthermore, I authorize this form to be provided to any withholding agent that has control, receipt, or custody of the income of which I am the beneficial owner or any withholding agent that can disburse or make payments of the income of which I am the beneficial owner.

**Sign Here** ▶

| Signature of beneficial owner (or individual authorized to sign for beneficial owner) | Date (MM-DD-YYYY) | Capacity in which acting |
|---|---|---|
|  | 1/2005 | Authorized Representative |

For Paperwork Reduction Act Notice, see separate instructions.    Cat. No. 25047Z    Form **W-8BEN** (Rev. 2-2006)

♲ Printed on Recycled Paper

Form **W-9**
(Rev. October 2007)
Department of the Treasury
Internal Revenue Service

# Request for Taxpayer
# Identification Number and Certification

**Give form to the requester. Do not send to the IRS.**

Print or type
See Specific Instructions on page 2.

Name (as shown on your income tax return)

Business name, if different from above

Check appropriate box: ☐ Individual/Sole proprietor ☐ Corporation ☐ Partnership
☐ Limited liability company. Enter the tax classification (D=disregarded entity, C=corporation, P=partnership) ▶ ------
☐ Other (see instructions) ▶

☐ Exempt payee

Address (number, street, and apt. or suite no.)

Requester's name and address (optional)

City, state, and ZIP code

List account number(s) here (optional)

## Part I  Taxpayer Identification Number (TIN)

Enter your TIN in the appropriate box. The TIN provided must match the name given on Line 1 to avoid backup withholding. For individuals, this is your social security number (SSN). However, for a resident alien, sole proprietor, or disregarded entity, see the Part I instructions on page 3. For other entities, it is your employer identification number (EIN). If you do not have a number, see *How to get a TIN* on page 3.

**Note.** If the account is in more than one name, see the chart on page 4 for guidelines on whose number to enter.

Social security number

**or**

Employer identification number

## Part II  Certification

Under penalties of perjury, I certify that:

1. The number shown on this form is my correct taxpayer identification number (or I am waiting for a number to be issued to me), and

2. I am not subject to backup withholding because: (a) I am exempt from backup withholding, or (b) I have not been notified by the Internal Revenue Service (IRS) that I am subject to backup withholding as a result of a failure to report all interest or dividends, or (c) the IRS has notified me that I am no longer subject to backup withholding, and

3. I am a U.S. citizen or other U.S. person (defined below).

**Certification instructions.** You must cross out item 2 above if you have been notified by the IRS that you are currently subject to backup withholding because you have failed to report all interest and dividends on your tax return. For real estate transactions, item 2 does not apply. For mortgage interest paid, acquisition or abandonment of secured property, cancellation of debt, contributions to an individual retirement arrangement (IRA), and generally, payments other than interest and dividends, you are not required to sign the Certification, but you must provide your correct TIN. See the instructions on page 4.

**Sign Here**   Signature of U.S. person ▶                    Date ▶

## General Instructions

Section references are to the Internal Revenue Code unless otherwise noted.

## Purpose of Form

A person who is required to file an information return with the IRS must obtain your correct taxpayer identification number (TIN) to report, for example, income paid to you, real estate transactions, mortgage interest you paid, acquisition or abandonment of secured property, cancellation of debt, or contributions you made to an IRA.

Use Form W-9 only if you are a U.S. person (including a resident alien), to provide your correct TIN to the person requesting it (the requester) and, when applicable, to:

  1. Certify that the TIN you are giving is correct (or you are waiting for a number to be issued),

  2. Certify that you are not subject to backup withholding, or

  3. Claim exemption from backup withholding if you are a U.S. exempt payee. If applicable, you are also certifying that as a U.S. person, your allocable share of any partnership income from a U.S. trade or business is not subject to the withholding tax on foreign partners' share of effectively connected income.

**Note.** If a requester gives you a form other than Form W-9 to request your TIN, you must use the requester's form if it is substantially similar to this Form W-9.

**Definition of a U.S. person.** For federal tax purposes, you are considered a U.S. person if you are:

● An individual who is a U.S. citizen or U.S. resident alien,

● A partnership, corporation, company, or association created or organized in the United States or under the laws of the United States,

● An estate (other than a foreign estate), or

● A domestic trust (as defined in Regulations section 301.7701-7).

**Special rules for partnerships.** Partnerships that conduct a trade or business in the United States are generally required to pay a withholding tax on any foreign partners' share of income from such business. Further, in certain cases where a Form W-9 has not been received, a partnership is required to presume that a partner is a foreign person, and pay the withholding tax. Therefore, if you are a U.S. person that is a partner in a partnership conducting a trade or business in the United States, provide Form W-9 to the partnership to establish your U.S. status and avoid withholding on your share of partnership income.

The person who gives Form W-9 to the partnership for purposes of establishing its U.S. status and avoiding withholding on its allocable share of net income from the partnership conducting a trade or business in the United States is in the following cases:

● The U.S. owner of a disregarded entity and not the entity,

Cat. No. 10231X

Form **W-9** (Rev. 10-2007)

Form **8854**

**Initial and Annual Expatriation Information Statement**

► See separate instructions. ► Please print or type.
► Section references on this form are to the Internal Revenue Code.

Department of the Treasury
Internal Revenue Service

OMB No. 1545-0074

**2007**

Attachment
Sequence No. **112**

| Name | Date of birth (mo., day, yr.) | Tax Year |
|---|---|---|
| Malachi  York El | 06/26/1945 | 2008 |

**Initial or Annual Information Statement.** Check the box that applies.

☑ Initial Information Statement. Complete Parts I, II, and III, and Schedules A and B.

☐ Annual Information Statement. Complete Parts I and III and Schedules A and B. Skip Part II (see instructions).

| **Part I** | **General Information. All filers must complete Part I.** See instructions. |
|---|---|

1  Identifying number (see instructions) ► 064360272

2  Mailing address and telephone number where you can be reached **after** expatriation   1541 MARION ST. SUITE#181398

   DENVER, CO 80218;

3  Address of principal foreign residence (if different from line 2)   P.O. BOX 181398 Denver, Colorado 80218

4  Country of tax residence (if different from line 3)   Liberia Republic

5  Date of notification of expatriating act, termination of residency, or claim of treaty benefits. Check the box that applies and enter the appropriate date.

a  ☑ Citizen. Date notification given to Department of State _____05/08/2002_____ (see instructions).

b  ☐ Long-term resident. Date notification given to Homeland Security_____ (see instructions).

c  ☐ Long-term resident with dual residency in a treaty country. Date commencing to be treated, for tax purposes, as a resident of the treaty country _____ .

| **Part II** | **Initial Expatriation or Termination Information Statement** |
|---|---|

6  Enter your U.S. income tax liability (after foreign tax credits) for the 5 tax years ending before the date of expatriation.

| 1st Year Before Expatriation | 2nd Year Before Expatriation | 3rd Year Before Expatriation | 4th Year Before Expatriation | 5th Year Before Expatriation |
|---|---|---|---|---|
| $ _____ 0 | $ _____ 0 | $ _____ 0 | $ _____ 0 | $ _____ 0 |

7  Enter your net worth on the date of your expatriation for tax purposes  . . . . . . . . $ **Non-Negotiable**

8  Did you become at birth a U.S. citizen and a citizen of another country, and do you continue to be a citizen of that other country? . . . . . . . . . . . . . . .  ☐ Yes  ☑ No

9  Do you have substantial contacts with the United States? (See instructions.)  . . . . . . .  ☑ Yes  ☐ No

10  Are you a minor described in section 877(c)(3)? (See instructions.)  . . . . . . . . . .  ☐ Yes  ☑ No

11  Do you certify under penalty of perjury that you have complied with all of your tax obligations for the 5 preceding tax years? (See instructions.) . . . . . . . . . . . . . . . . . .  ☑ Yes  ☐ No

**For Paperwork Reduction Act Notice, see separate instructions.**    Cat. No. 24126N    Form **8854** (2007)

Form 8854 (2007)
Page **2**

| **Part III** | **Annual Information Reporting under Section 6039G** |

**Do not** complete this part if:

- Your average annual net income tax liability for years 1-5 (line 6) was not more than the limit listed under *Taxation Under Section 877* on page 1 of the instructions and your net worth on line 7 was under $2,000,000, and you checked "**Yes**" to line 11, or
- You checked "**Yes**" to line 8 and "**No**" to line 9, and you checked "**Yes**" to line 11, or
- You checked "**Yes**" to line 10, and you checked "**Yes**" to line 11.

---

**12**  List all countries (other than the United States) of which you are a citizen.

  **a**  Name of country    **Liberia Republic** ....................................................

  **b**  How you became a citizen    **Naturalized citizen** ....................................

  **c**  Date you became a citizen    **December 15, 1999** ..........................

**13**  Number of days you were physically present in the United States during the current year. If you were present in the United States more than 60 days, skip line 14  . . . . . . . . . .    **60+**

**14**  Were you physically present in the United States for more than 30 days but not more than 60 days during the tax year?  . . . . . . . . . . . . .  ☐ Yes   ☐ No

  **a**  Were you performing services for an unrelated employer?  . . . . . . . . . . . . .  ☐ Yes   ☑ No

  **b**  If you checked "**Yes**" to line 14a, are you a citizen or resident, fully liable for income tax, in the country in which you were born, your spouse was born, or either of your parents were born?  .  ☐ Yes   ☐ No

---

**Sign Here**

Under penalties of perjury, I declare that I have examined this form, including accompanying schedules and statements, and to the best of my knowledge and belief, it is true, correct, and complete. Declaration of preparer (other than filer) is based on all information of which preparer has any knowledge.

Your signature _____    Date  28/02/2009

Preparer's signature _____    Date

Form **8854** (2007)



☐  Printable version

# Revised Article 9
# UCC Acknowledgement

## File Number: 2007-2268538-33

## Filing date: 9/7/2007 4:30:00 PM

## Lapse date: None

File an amendment to this UCC

Online Business Database
Online UCC Services
Make UCC Filing
UCC Index Search
Check Prepaid Status

# COLLATERAL DESCRIPTION
## Date Filed   Collateral Description
## 1/26/2009
## 11:40:00 AM

Know all men by these Instruments, that the Secured Party of record do herein make this Assignment and for the Release of Interest in Bond and collateral, Partial Assignment/ Release in the Bond / Promissory Note Amount:(= 3 Tendered Registered Instruments): $300,000,000.00 Three Hundred Million United States Dollars, and Zero Cents (Each), For The Associated Account Number(s):5:02-CR-27-CAR "et al":for use as the Full Set off and Set-off of the Payment,For Closure and Settlement see USPO Tracking No. EH 486733085 US (To Paying Agent),EH 486738162 US (To Dept.:Treas.),EH 273416322 US and EH 273416367 (To the IRS), EH 273416353 US (To the Dept.:Treas.PR),EH 273416336 US (To CO ATTORNEY GEN. Payee),EH 273416438 US (To US SEC), EH 273416398 US (To US Treas.), and IRS Tax Forms, pursuant to International Laws, House Joint Resolution 192 of June 5, 1933, and UCC 1-104, 10-104 Reserved Herein. My Initial Financing Statement File No: 2008-239-2968-1, (Taking for Value, UCC 3 303, UCC 3 605, and 3 305):

NOTICE FOR COMMERCIAL TRANSACTION ACCOUNTANT(S):

* Reserved Registered Federal Reserve Routing#s: 10392942

* PRIVATE BOND No. B97927756 ;

* Employer Identification# 06-4360272 ;

* UCC Contract Trust Account# RR 059 445 061 US, "et al" ;

* Registered UCC Contract  File Number: 2007-2268538-33 ;

SEE ATTACHED NOTARY VERIFICATION CONTRACT AGREEMENTMENT KNOWLEDGE, AND INDEMNITY BOND,
And IRS Forms 56 – Assigned Fiduciary Relationship:


Assignment :  SET-OFF / DIS-CHARGE


Assignor:

EL,MALACHI Z. YORK,CESTUI QUE TRUST (Authorized Agent,Trustee)
Care of PO BOX 522
Decatur, Georgia state
Near [30031]

Assignees:

1. UNITED STATES DISTRICT COURT FOR MIDDLE DISTRICT
   OF GEORGIA:
   *Attention: CLERK OF COURT, DEPUTY CLERK,
   CHARLES ASHLEY ROYAL / AGENTS OR HEIRS
   475 MULBERRY STREET
   MACON,GA 31202
   USPO Tracking Number: EH 486733085 US (To Paying Agent),
   EH 486738162 US(To Dept.:Treas.):

2. STATE OF COLORADO (AND AGENTS)
   121 STATE CAPITOL
   DENVER, COLORADO 80203
   USPO Tracking No. EH 273416322 US and EH 273416367
   (To the IRS), EH 273416353 US (To the Dept.:Treas.PR),
   EH 273416336 US (To ATTORNEY GEN.Payee),
   EH 273416398 US (To US Treas.):


The Secretary of State's office has determined that images containing individual social security numbers on UCC filings will not be provided to the public.  This filing contains images which may contain social security numbers. These filings appear in the list above without links. In many cases, a version of the image with the SSNs redacted is available for viewing, and is listed above. If such an image is not available, contact the Secretary of State UCC Branch to have one made.

http://apps.sos.ky.gov/business/ucc/(aq3nri55l2vtu45wt0akbvl)/ucconlineuccbyid.aspx?ack=ack&id=522623

# AFFIDAVIT AND STATEMENT OF ASSIGNMENT OF AAA RATED COLLATERAL BOND-TENDER
### *(Non-Promissory Instrument)*

To:    UNITED STATES DISTRICT COURT FOR THE MIDDLE DISTRICT
      OF GEORGIA MACON DIVISION
      475 MULBERRY STREET #216
      MACON, GA 31201

Attention: Accounting Department Management

(An Partial Assignment of Collateral Bond-Tender (Quasi-Intangible) in the Full and Final Payment of Debt.)

To Assignee:    Attention:Clerk of Court/Deputy Clerk/CHARLES ASHLEY ROYAL
            475 MULBERRY STREET #216 MACON, GA 31201

The record of this Collateral Lien Account is filed and held in the legal custody of the Secretary of State of Kentucky, The Uniformed Commercial Code Section, Revised Article 9, Frankfort, Kentucky.

This record is a record of the transaction and current ledger of this Collateral Lien Account, A collateralized credit account, an accounts receivable, and is regularly maintained by the Trustee/Secured Party of record as a function for the Department of the Secretary of State Uniformed Commercial Code Section used by the Secured Party as a real and movable property Private (non-public) Banking business office.

Assignor:            EL,MALACHI Z. YORK, C.Q.TR (Secured Party)
Financing Statement #:    2007-2268538-33

Instructions for proceeding: 1.) Indorse and record Certified Bond-Tender (Instrument) on Financial Statement or Books under bonds receivable as an asset to give organization Bond asset increase. 2.) Fill out verified payment receipt and return to the addressor as stated.

| This Partial Assignment of Value is Made to: | This Partial Assignment of Value is made for: $300,000,000.00 (STATUTE DEBT) |
|---|---|
| Assignee:  UNITED STATES DISTRICT COURT FOR THE MIDDLE DISTRICT OF GEORGIA MACON DIVISION | Customer's Name:  EL,MALACHI Z. YORK,CESTUI QUE TRUST P.O. BOX 181398 DENVER, CO 80218 |
| Address:  475 MULBERRY STREET #216 MACON, GA 31201 | Account Number:  5:02-CR-27-CAR |

Amount Tendered: $  300,000,000.00

Exactly:  $300,000,000.00

Instrument Number:  2007-2268538-33

Known all men by these instruments, that the "Secured Party" of the record do herein make this "Partial Agreement" of "acuity interest" and collateral Bond (Quasi-Intangible) as "Tender" of payment in lawful U.S. funds in accordance with "Public Policy" House Joint Resolution (H.J.R.) 192 of June 5, 1933, Public Law 73-10, Title 31 USC 5118 and UCC 9-405, 3-311 (a), (b), 1-201 (25), (26), (27), (35) NOTICE, 1-104, 10-104, 1-207.

This is to certify that the Assignee has a lawful Registered Tender for $300,000,000.00 Three Hundred Million United States dollars by this Assignment in the cited Collateral Lien Account filed in the cited Recorder's office.

                                Malachi York El.©™ (UCC 3-402 b)
                              Assignor without recourse (Secured Party)

STATE OF GEORGIA        )
                       )    JURAT
CLARKE COUNTY         )

I, _____, a Notary Public for said County and State, do hereby certify that Malachi York.©™(Trustee) personally appeared before me this day and acknowledged the due execution of the foregoing instrument. Witness my hand and official seal, this the 24 day of January, 2009.Notary Public: Clarke County     {Official Seal}

My commission expires:  02-11-    , 2012

**STATE CERTIFIED BOND**

*UCC 3-311,(a),(b)*

TP01262009

MALACHI YORK EL
P.O. BOX 181398
DENVER, CO 80218
ACCOUNT NUMBER: 064360272

January 26, 2009

Bonded Registered Number: RR059445061US

64-14
610

PAY TO THE ORDER OF: UNITED STATES DISTRICT COURT OF GEORGIA

AMOUNT TENDERED $    ***********300,000,000.00

Security features are included. Details on back.

EXACTLY: THREE HUNDRED $ MILLION UNITED STATES DOLLARS AND 9/100

PARTIAL RELEASE BY SECURED PARTY OF RECORD FINANCING STATEMENT NUMBER 2007-2268538-33 PARTIAL RELEASE OF INDEMNITY BOND FOR FULL PAYMENT OF DEBT. THIS TENDER PAYABLE BY CLAIM IN SECURITY INSTRUMENT ONLY.

UCC 3 RELEASE OF SECURITY INTEREST FILED WITH DEPARTMENT OF LICENSING UNIFORM COMMERCIAL CODE P.O. BOX 1470 FRANKORT, KENTUCKY 40601-1470

SIGNATURE:

Signature without recourse

THIS TENDER IS EXECUTED AND FILED PURSUANT TO UCC 9-405, UCC 1-201, (25), (27), (35) NOTICE UCC 1-104, 10-104  PRIVATE BETWEEN THE PARTY(IES) TRANSFERABLE ISSUED PURSUANT TO PUBLIC LAW 73-10 (SEE TITLE 31 USC 5118 AND H.J.R. 192 DATED JUNE 5, 1933)

1039242          064360272          B97927756          30000000000

| PAYMENT DATE | PAYMENT NUMBER | PAYEE NAME | TOTAL AMOUNT | DISCOUNT | PAYMENT AMOUNT |
|---|---|---|---|---|---|
| January 26,2009 | 5:02-CR-27-CAR | UNITED STATES DISTRICT COURT FOR THE MIDDLE DISTRICT OF GEORGIA MACON DIVISION | ********$300,000,000.00 | ********$0.00 | ********$300,000,000.00 |

| | |
|---|---|
| Bonded Registered Number: | RR059445061US |
| Tender of Payment for: | STATUTE DEBT TENDER, PURSUANT TO 27 CFR 72.11 |
| Tender of Payment in sum of: | *******$300,000,000.00        :TENDERED PAYMENT TRACKING No. EH 486733085 US |
| Paid to: | UNITED STATES DISTRICT COURT FOR THE MIDDLE DISTRICT OF GEORGIA MACON DIVISION |
| Date: | January 26, 2009 |
| Payable: | On Demand |
| Memo: | Issued pursuant to PUBLIC LAW 73-10 (See Title 31 USC 5116 and H.J.R. 192 dated June 5, 1933) |

NEGOTIABLE                                                          NEGOTIABLE
# BONDED PROMISSORY NOTE
**U.S. Expressed Mail Number: TRACKING#s: EH 486738162 US(To the Dept.:Treas.GA), EH 486738145 US(To Payee)**
## $300,000,000.00
### Three Hundred Million United States Dollars and 00/100

Treasury Routing#s: 254-7540-9 or 0215-0222-8: Reserved Reg. FRB Acct#10392942; Private Bond#B97927756;
**To the Order of:**   INTERNAL REVENUE SERVICE, Henry M. Paulson, Jr. d/b/a HENRY M.
PAULSON JR., Secretary of the United States Treasury, Juan C. Puig Moralesd/b/a
JOSÉ G. DÁVILA MATOS, & UNITED STATES DISTRICT COURT FOR
THE MIDDLE DISTRICT OF GEORGIA MACON DIVISION:

UCC#2007-2268538-33;
In the Amount of: Three Hundred Million United States Dollars and 00/100 Cents
($300,000,000.00) in USD;
For:   Internal Revenue Service, UNITED STATES BANKRUPTCY COURT FOR THE MIDDLE
DISTRICT OF GEORGIA MACON DIVISION;

**Routing Through:**   Private Offset Bond No. RR 059 445 061 US, and RR 059 445 490 US to Secretary of
Treasury, Henry M. Paulson Jr. d/b/a HENRY M. PAULSON JR, Secretary of the
Department of Treasury, Juan C. Puig Moralesd/b/a JUAN C. PUIG MORALES;

This negotiable instrument, tendered lawfully by **Malachi Z. York:®:©™** "Maker" in good faith
shall evidence as a debt to the Payee pursuant to the following terms:

1. This Note shall be posted **in full** dollar for dollar amount pursuant to the Credit order noted above and
presented to the co-payee, Secretary of Treasury, M. Paulson Jr. d/b/a HENRY M. PAULSON JR
Secretary of the Department of Treasury- Juan C. Puig Morales d/b/a JUAN C. PUIG MORALES and

2. Payee shall, upon receipt of this instrument, charge the Pass-Through Account **064360272** for the
purpose of terminating any past, present, or future liabilities express or implied attached to the above
contract, and

3. Payee shall ledger this Note Negotiable, Assignable, Transferable, Divisible and Renewable for a
period of Twelve (12) months according to the Uniform Commercial Code (UCC) commencing the
five (365) days, at an interest rate of seven percent (7%) per annum, and

4. Upon maturity, this Note shall be due and payable in full with interest and any associated fees.
Payment shall be ledgered against *Private Offset Bond No.* RR 059 445 061 US, and RR 059 445 490 US
(USPS Registered Mail Tracking#s) held and secured by Juan C. Puig Morales d /b/a
JOSÉ G. DÁVILA MATOS, Secretary of the Department of Treasury, and Henry M. Paulson Jr., and the
US Treasury.

_1/27/2009_           :   WADJET TUM NEFER EL                _signature_
:Date                     :Surety                          :Authorized Representative
**************************************************************************************************

Malachi Z. York:®:©™                Henry M. Paulson Jr.,etc. Trustee          Department of the Treasury
c/o PO BOX 181398                   US / Department of Treasury                INTERNAL REVENUE SERVICE CENTER
Snellville, Georgia                 1500 Pennsylvania Ave NW                   ATTN: FRANK SCOFIELD
Nonresident / Non-domestic          Washington, D.C. 20220, and               Austin, Texas 73301
                                    PO Box 4515 San Juan, Puerto Rico
                                    00902
EL,MALACHI Z YORK, CESTUI QUE TRUST   UNITED STATES DISTRICT COURT FOR THE MIDDLE DISTRICT OF GEORGIA   DEPARTEMENTE DE HACIENDA
c/o  PO BOX 181398                    475 MULBERRY STREET                       PO Box 9024140  SAN JUAN, PUERTO RICO
DENVER, CO 80218                      MACON, GEORGIA 31202                       00902

**NEGOTIABLE**                                                          **NEGOTIABLE**

### PRIVATE DISCHARGE AND INDEMNITY BOND     Number: DY/MZY- 12222008-0003

USPS REGISTERED MAIL TRACKING NO. RR059445490US(PR), RR059445061US(D.C.), RB803414873US (ATTORNEY'S#)
AND THE CURRENT USPO MAIL TRACKING NO. EH 273416367 US(To IRS), EH 273416557 US(To IRS), EH 273416353 US (To Treas.P.R.),
EH 273416398 US(To Treas. D.C.), EH 273416336 US(To ATTORNEY GENERAL):

## Value: $300,000,000.00 Three Hundred Million United States Dollars 00/100

Routing Number: GUARANTY BK TR 1020-0096-6

Date of Re-Issuance: 12/22/2008
Date of Expiration: 12/22/2038

To:  **Henry M. Paulson Jr. and Anna Escobedo Cabral**   hereinafter "Fiduciary"
    Secretary of the US Treasury,
    and the Treasurer of the US Treasury
    1500 Pennsylvania Avenue NW
    Washington, D.C. 20220

    **José G. Dávila Matos**
    Secretary of the
    DEPARTAMENTO DE HACIENDA
    P.O. Box 9024140, San Juan, P.R. 00902-4140

For:  Dwight D. York / Malachi Z. York:®:©™;

| | |
|---|---|
| YORK, DWIGHT, CESTUI QUE TRUST; | Account Holder |
| EL, MALACHI Z.YORK, CESTUI QUE TRUST; | Account Holder |
| STATE OF GEORGIA AND ALL ELECTED FIDUCIARIES/CIVIL SERVANTS; | Account Holder |
| STATE OF GEORGIA BAR ASSOCIATION; | Account Holder |
| U.S. DISTRICT COURT FOR THE MIDDLE DISTRICT OF GEORGIA; | Account Holder |
| U.S. DISTRICT COURT, DISTRICT OF COLORADO; | Account Holder |
| U.S. COURT OF APPEALS ELEVENTH CIRCUIT; | Account Holder |
| PUTNAM COUNTY SHERIFF'S DEPARTMENT; | Account Holder |
| DISTRICT DEPUTY COMPTROLLER-ARCHIE L. BRANDFORDS. EASTERN DISTRICT, MARQUISE TOWER; | Account Holder |
| EDWARD T GARLAND BAR# 28400-DBA ATTORNEY AT LAW, MANIBUR S. ARORA; | Account Holder |
| CHILD SUPPORT ENFORCEMENT-DOUGLAS NEWSOME; | Account Holder |
| SHERIFF HOWARD RICHARD SILLS, ESQ.; | Account Holder |
| DEPARTAMENTO DE HACIENDA, SECRETARY OF TREASURY- José G. Dávila Matos; | Account Holder |
| MAXWELL WOODS, RICHARD S. MOULTRIE, ASST. US ATTORNEY; | Account Holder |
| SONNY PURDUE, GOVENOR OF ATLANTA, GA. 30303; | Account Holder |
| DEPARTMENT OF TREASURY IN SAN JUAN, PUERTO RICO; | Account Holder |
| US DISTRICT JUDGE HUGH LAWSON; | Account Holder |
| ATTORNEY FRANK RUBINO; | Account Holder |
| FREDRICK D. BRIGHT; | Account Holder |
| HARRY E. BRUNO / FOREPERSON OF THE GRAND JURY | Account Holder |
| STEPHANIE D. THACKER | Account Holder |
| ATTORNEY BENJAMIN A. DAVIS, II, ESQ. | Account Holder |
| DAWN BASK; | Account Holder |
| MORGAN COUNTY COURTHOUSE, GA 306350; | Account Holder |
| SUPERIOR COURT OF PUTNAM COUNTY, GA 31024; | Account Holder |
| JUDGE HUGH LAWSON, MACON, GA 31202; | Account Holder |
| JUDGE C. ASHLEY ROYAL, MACON, GA 31202; | Account Holder |
| ATTORNEY MALIK SHABAZZ, ESQ. | Account Holder |
| ATTORNEY Matthew McGavock Robinson, Robinson & Brandt, P.S.C.; | Account Holder |
| JUDGE ZITA L. WEINSHIENK; | Account Holder |
| CHIEF JUDGE EDWARD W. NOTTINGHAM; | Account Holder |
| KRISTEN L. MIX; | Account Holder |
| ATTORNEY MARCY ELIZABETH COOK, ESQ.; | Account Holder |
| ATTORNEY LETA RUTH HOLDEN, ESQ.; | Account Holder |
| HOLDEN LAW OFFICES; | Account Holder |
| ewnsec; | Account Holder |
| FLORENCE ADMAX U.S. PENITENTIARY; | Account Holder |
| FEDERAL BUREAU OF PRISONS; | Account Holder |
| ATTONEY EKAETTE PATTY, ESQ.; | Account Holder |
| ATTORNEY ANNE EDDINGS —FOUNTAIN; | Account Holder |
| ATTORNEY EKAETTA EDDINGS-FOUNTAIN; | Account Holder |
| MAGISTRATE JUDGE BOYD N. BOLAND; | Account Holder |
| DR. WILLIAM THOMPSON M.D; | Account Holder |
| G. MALLON FAIRCLOTH, REFERRAL; | Account Holder |

| | |
|---|---|
| U.S. MAG. JUDGE G. MALLON FAIRCLOTH; | Account Holder |
| U.S.A.; | Account Holder |
| MAYOR SHIRLEY FRANKLYN | Account Holder |
| **GEORGIA COURTS/DIVISIONS,** ATHENS, | Account Holder |
| ALBANY DIVISION, | Account Holder |
| COLUMBUS DIVISION, | Account Holder |
| VALDOSTA DIVISION, | Account Holder |
| PACER SERVICE CENTER, SAN ANTONIO, TX 78278-0549, | Account Holder |
| U.S.A. COURT FLAG DEFINITIONS; | Account Holder |
| U.S. GOVERNMENT DEFENDANT(S); | Account Holder |
| ATTORNEY ADRIAN PATRICK; | Account Holder |
| PAYNE WEBBER GROUP, INC. / USB FINANCIAL SERVICES | Account Holder |
| *JUDGE* BIRCH; | Account Holder |
| *JUDGE* HULL; | Account Holder |
| *JUDGE* PASCO M. BOWMAN; | Account Holder |
| **ACCOUNT NUMBERS,** | **Account Holders** |
| 202-CR-229-10, | Account Holder |
| 5:02-CR-27-CAR, | Account Holder |
| 1:06-cv-00807-ZLW, | Account Holder |
| 5:07-cv-90001-CAR-GMF, | Account Holder |
| 02-00027-CR-27-CAR-5-1, | Account Holder |
| 1:07-cv-01297-EWN-KLM, | Account Holder |
| 08-cv-02631 "et al" | Account Holder |
| CORRECTIONS CORPORATION OF AMERICA, BOARD OF TRUSTEES | Account Holders |
| PUTNAM COUNTY BOARD OF TRUSTEES | Account Holder |
| HOME LAND SECURITY MICHAEL CHERTOFF | Account Holder |
| ATTORNEY GENERAL THURBERT BAKER | Account Holder |
| US ATTORNEY GENERAL JANET RENO | Account Holder |
| US ATTORNEY GENERAL ROBERTO GONZALEZ | Account Holder |
| US SECRETARY OF DEFENSE COLON POWELL | Account Holder |
| COLORADO STATE, INCLUDING ALL ELECTED OFFICERS, FIDUCIARIES,/CIVIL SERVANTS ; | Account Holder |
| COLORADO STATE BAR, AND THE STATE OF COLRADO BAR ASSOCIATION; | Account Holder |
| COLORADO STATE COUNTIES/AGENTS; | Account Holder |

ADAMS, ALAMOSA, ARAPAHOE, ARCHULETA, BACA, BENT, BOULDER, BROOMFIELD,
CHAFFEE, CHEYENNE, CLEAR CREEK, CONEJOS, COSTILLA, CROWLEY, CUSTER, DELTA,
DENVER, DELORES, DOUGLAS, EAGLE, EL PASO, FREMONT, GARFIELD, GILPIN, GRAND,
GUNNISON, HINSDALE, HUERFANO, JACKSON, JEFFERSON, KIOWA, KIT CARSON, LA PLATA,
LAKE, LARIMER, LARIMER, LAS ANIMAS, LINCOLN, LOGAN, MESA, MINERAL, MOFFAT, MONTEZUMA,
MONTROSE, MORGAN, OTERO, OURAY, PARK, PHILLIPS, PITKIN, PROWERS, PUEBLO, RIO BLANCO,
RIO BLANCO, RIO GRANDE, ROUTT, SAGUACHE, SAN JUAN, SAN MIGUEL, SEDGWICK, SUMMIT, TELLER,
WASHINGTON, WELD, AND YUMA COUNTY;
COLORADO STATE JURY COMMISSIONERS- DEBBIE TIFFANY, JENNIE HEERSINK, CYNTHIA DALY,
DEBBIE TULLY, VICKIE MCENDREE, VICKI LEFFERDINK, PAT WITTREICH, KIMBERLY TROUDT,
KAREN PROSSER, VICKI ALLEN, PAT WITTREICH, KIMBERLY TROUDT, KAREN PROSSER, VICKI ALLEN,
KIMBERLEE HILL, JENNIE HEERSINK, DAWN STALLSWORTH, LINDA URWILLER, PENNY WAGNER,
MARILYN ORTIZ, JENNIFER WEDDLE, DEBORA KELLIHER, DIANE CROW, SHARLENE MILLS, LESLIE DAVIS,
BRENDA KNOLL, LORI JOHNSON, GARY VIGIL, KIMERLY GRAHAM, DIANA KAUFMAN, ROSE ANNE KELLEY,
JENNIE HEERSINK, DIANA MEYER, AMELIA L. "AMY" HARRIS, DESIREE LIPE, PENNY WAGNER,
CATHLENE MARSHALL, PENNY WAGNER, DEBRA MCLIMANS, JOY STRACK, CAROLYN JEMISON,
BARBARA MCDANIEL, LILA MEARS, KAREN MURPHY, SOLVEIG OLSON, JENNIE HEERSINK, LESLIE DAVIS,
PENNY WAGNER, SUSAN KINNISON, JAN REED, SHERI PORTER, GLORIA HILLIER, LANELLE COBLE-

| | |
|---|---|
| MCEACHRON, BETTY WILSON; | Account Holder |

INCLUDING TITLES AND POSITIONS, SUCH AS;
JURY COMMISSIONER(S), CLERK(S) OF COURT(S), BENT COUNTY JURY COMMISSIONER(S), CHAFFEE COUNTY
JURY, CROWLEY COUNTY JURY COMMISSIONER(S), DELTA COUNTY JURY COMMISSIONER(S),
DOUGLAS COUNTY JURY COMMISSIONER(S), FREEMONT COUNTY JURY COMMISSIONER(S),
GARFIELD COUNTY JURY COMMISSIONER(S), GILPIN COUNTY JURY COMMISSIONER(S),
GUNNISON COUNTY JURY COMMISSIONER(S), HINSDALE COUNTY JURY COMMISSIONER(S),
HUERFANO COUNTY JURY COMMISSIONER(S), JACKSON COUNTY JURY COMMISSIONER(S),
JEFFERSON COUNTY JURY COMMISSIONER(S), KIT CARSON COUNTY JURY COMMISSIONER(S),
LARIMER COUNTY JURY COMMISSIONER(S), LAS ANIMAS COUNTY JURY COMMISSIONER(S),
LOGAN COUNTY JURY COMMISSIONER(S), MESA COUNTY JURY COMMISSIONER(S), MONTROSE COUNTY –
JURY COMMISSIONER(S), PHILLIPS COUNTY JURY COMMISSIONER(S), PITKIN COUNTY JURY COMMISSIONER(S),
PUEBLO COUNTY JURY COMMISSIONER(S), RANGLY COUNTY JURY COMMISSIONER(S),
MEEKER COUNTY JURY COMMISSIONER, SAN MIGUEL JURY COMMISSIONER(S), TELLER COUNTY JURY-

| | |
|---|---|
| COMMISSIONER(S); | Account Holder |
| STATE COURTS OF COLORADO, COURT ADMINISTRATOR(S) / FIDUCIARIES | Account Holder |
| INTERNATIONAL ATTORNEY GALOWALLO | Account Holder |
| COLORADO STATE ATTORNEY GENERAL –JOHN W. SUTHERS | Account Holder |
| US ATTORNEY GENERAL-JOHN ASHCROFT | Account Holder |

| | |
|---|---|
| US ATTORNEY GENERAL-ALBERTO GONZALES | Account Holder |
| US ATTORNEY GENERAL-MICHAEL B. MUKASEY | Account Holder |
| US PROVOST MARSHAL GALE HAYNES | Account Holder |
| US PROVOST MARSHAL OF THE STATE OF GEORGIA | Account Holder |
| US PROVOST MARSHAL OF THE STATE OF COLORADO | Account Holder |
| US PROVOST MARSHAL OF THE STATE OF WISCONSIN | Account Holder |
| UNITED STATES MARSHAL GEORGE BREFFNI WALSH | Account Holder |
| STATE OF COLORADO ATTORNEY GENERAL, JOHN SUTHERS | Account Holder |
| AUSTIN TEXAS, DEPARTMENT OF THE TREASURY-FRANK SCOFIELD | Account Holder |
| STATE OF COLORADO, COMPTROLLER OF THE CURRENCY – DAVID MCDERMOTT | Account Holder |
| COLORADO STATE, DEPARTMENT OF THE TREASURY | Account Holder |
| GEORGIA STATE COMPTROLLER OF THE CURRENCY | Account Holder |
| CITI CORP TRUST BANK, CITI GROUP | Account Holder |
| WAL-MART | Account Holder |
| BANK OF INTERNATIONAL SETTLEMENTS | Account Holder |
| UNITED BANK OF SWITZERLAND | Account Holder |
| JP MORGAN CHASE BANK | Account Holder |
| PZN / PRISON REALTY TRUST INCORPORATION | Account Holder |
| MERYLL LYNCH | Account Holder |
| WELLS FARGO | Account Holder |
| WACHOVIA | Account Holder |
| DUETSCHE BANK GROUP | Account Holder |
| BNP PARIBAS / BANQUE NATIONALE DE PARIS | Account Holder |
| BANK OF TOKYO MITSUBISHI LTD | Account Holder |
| SUMITOMO BANK LTD | Account Holder |
| BAYERISCHE HYPO-UND VEREINS BANK AG MUNICH, GERMANY | Account Holder |
| BANK OF AMERICA CHARLOTTE USA | Account Holder |
| US DEPARTMENT OF TREASURY | Account Holder |
| HENRY M. PAULSON JR. | Account Holder |
| GEORGE W. BUSH JR | Account Holder |
| Internal Revenue Service Account No. 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; | Account |
| Social Security No. 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 | each severally. |

| | | |
|---|---|---|
| By/On/Through: *Dwight D. York* / Malachi Z. York:®:©™ hereinafter "Creditors" | Principal | Private Offset Account No. RR059445061US |
| | First Surety | Private Offset Account No. RR059445061US |
| | Second Surety | Private Offset Account No. RR059445075US |
| | Third Surety | Private Offset Account No. RB842713256US |

*KNOW ALL MEN BY THESE PRESENTS.* **WHEREAS,** only fiat money exists in circulation for the discharge of debt:
NOW, THEREFORE, the undersigned Creditors being of sound mind and honorable intentions, for the purposes of protecting secured interests, reserving rights of recourse, remedy and subrogation, and maintaining the honor of the above-named Account Holders and Accounts, do hereby necessarily issue this *Private Discharging and Indemnity Bond* to wit. In our rightful *Sui Juris* status, the Creditors do hereby knowingly and with full disclosure hold, bind and obligate ourselves jointly and severally by this instrument as voluntary sureties for Account Holders: *Dwight D. York* / Malachi Z. York:®:©™ and Account No.064360272, each severally, for any amount up to and including **Three Hundred Million USD-($300,000,000.00)**, insuring, underwriting, identifying and discharging the said Account Holders and Accounts against any and all pre-existing, current    and future losses, costs, debt taxes, encumbrances, deficits, deficiencies, liens, judgements, True Bills, obligations of contract or performance, defaults, charges, and any and all other obligations as may exist or come to exist during the term of this Bond (jointly and severally "Liabilities"), thereby honorably discharging and vacating dollar for dollar all such obligations until the sum or the term of this Bond is exhausted. The Fiduciary shall have thirty (30) days from presentment to dishonor the Bond by returning it to the Principal by certified mail at the location below-noted. Failure to return will stipulate acceptance and honor.

### BOND ORDER

1.    The Fiduciary shall discharge and vacate all pre-existing and current Liabilities as may exist without exception for, against and on behalf of the Account Holders: *Dwight D. York* / Malachi Z. York:®:©™ and Social Security Account No.064360272 dollar for dollar through the above-noted Private Offset Accounts up to and including the full Face Value amount of this Bond.

2.    Each of the above-noted Account Holders and Accounts shall be severally insured, underwritten and indemnified against    any and all future Liabilities as may come to exist, discharging and vacating all such obligations dollar without exception    through the above-noted Private Offset accounts up to and including the full Face Value amount of this Bond.

3.    The Fiduciary shall have thirty (30) days from Date of Delivery specified on United States Postal Service Form No. 3811 to dishonor this Bond by returning it to the principal with all associated transactions annexed thereto by United States Certified Mail at the mailing location identified hereunder. The Fiduciary's failure to return the Bond as indicated will stipulate the Fiduciary's acceptance

and honoring of this instrument and all terms and provisions herein as an operation of law.

4.    All communication shall be sent by United States Certified Mail directly to the Principal at the location noted hereunder exactly as shown, Service in any other manner will be defective.  The Principal will accept post at the said postal location only.

5.    This Bond shall be ledgered as an asset to the benefit of the United States Department of the Treasury.

6.    This Bond expires at 3:29:59 PM, 12/22 /2038

Executed by the undersigned on this the 22nd day of December in the Year of Our Lord, 2008.

:Ibrahiim Abdullah Al Mahdi:
:First Surety
Private Offset Account No.RR059445061US
c/o :3535 Peachtree Road Suite#520
Atlanta, Georgia state
Nonresident/Non-Domestic

:Jaame Amun Re:El:
: Second Surety
Private Offset Account No.RR059445075US
c/o:PO BOX 391182
Snellville, Georgia state
Nonresident/Non-Domestic

:Dwight York / Malachi Z. York:
: Principal
Private Offset Account No.RR059445061US
c/o:3535 Peachtree Road Suite#520
Atlanta, Georgia
Nonresident/Non-Domestic

:Wajdet Tum Nefer El:
:Third Surety
Private Offset Account No. RB842713256US
c/o:620 Ponce De Leon Avenue #522
Decatur, Georgia state
Nonresident/Non-Domestic



NOTARY-ACCEPTOR

NOTARY-ACCEPTOR

PROMISSORY NOTE - PROMISSORY NOTE - PROMISSORY NOTE
DESTRUCTION, MUTILATION OR SURRENDER TO MAKER DISCHARGES LIABILITY HEREIN

**PN12212008**

MALACHI YORK EL
PO BOX 522
Decatur, GA 30031
TAXPAYER ID NUMBER: 064360272

December 21, 2008

Bonded Registered Number: RR059446420US

I unconditionally promise
to pay to the order of:

STATE OF COLORADO

$ ********** 300,000,000.00

THREE H.......... D STATES DOLLARS AN....

Security features are included. Details on back.

Memo
:

Payable on Demand for Notice: 12202008

By: _____  *Authorized Representative*

This is governed by the UCC Article 3 §3-103(a), §3-104, §3-106, §3-108, §3-109, §3-110, §3-112, §3-113, §3-114, §3-115, §3-118, §3-412, §3-501, §3-502, §3-603, and
GEORGIA GENERAL STATUES: §11-1-207, §§ 11 3 101, § 11-3-104(a), §11 3 605, §§ 10-12-4(a), §§ 10-2-4(i)(1), § 10-12-4(i)(3), § 10-12-4(i).
Issued pursuant to PUBLIC LAW 73-10 (See Title 31 USC 5118 and H.J.R. 192 dated June 5, 1933)

⑈⚹10 7000 9 29⚹⑈     ⑈:064 360 272⚹:     ⚹97927756⚹     ⚹3000000000⚹

| NOTE DATE | NOTE NUMBER | PAYEE NAME | TOTAL AMOUNT | DISCOUNT | NOTE AMOUNT |
|---|---|---|---|---|---|
| December 21, 2008 | 12212008 | STATE OF COLORADO | ******$300,000,000.00 | *******$0.00 | ******$300,000,000.00 |

| | |
|---|---|
| Bonded Registered Number: | RR059445490US, and RR059445061US; |
| Promissory note for: | Taxes |
| Promissory Note in the sum of: | *******$300,000,000.00 |
| Paid to: | STATE OF COLORADO (Tracking# EH 273416336 US) |
| Date: | December 21, 2008 |
| Payable: | On Demand |
| Memo: | Issued pursuant to PUBLIC LAW 73-10 (See Title 31 USC 5116 and H.J.R. 192 dated June 5, 1933) |

# STATE CERTIFED
## BOND
*UCC 3-311,(e),(b)*

**TP12212008**

MALACHI Z. YORK EL
PO BOX 522
DECATUR, GA 30031
ACCOUNT NUMBER: 064360272

December 21, 2008

Bonded Registered Number:  RR059445061US

PAY TO THE
ORDER OF:    STATE OF COLORADO

AMOUNT TENDERED  $  ******* 300,000,000.00

Security features are included. Details on back.

EXACTLY:    THREE HUNDRED MILLION UNITED STATES DOLLARS AND 00/100

PARTIAL RELEASE BY SECURED PARTY... ...TEMENT... ...U... ...FILED WITH
NUMBER 2007-2268538-33 PARTIAL R... ...M COMMERCIAL CODE
PAYMENT OF DEBT. THIS TENDER... ...RY 40601-1470
INSTRUMENT ONLY.

SIGNATURE

*Signature without recourse*

THIS TENDER IS EXECUTED AND FILED PURSUANT TO UCC 9-405, UCC 1-201, (25), (27), (35) NOTICE UCC 1-104, 10-104  PRIVATE BETWEEN THE PARTY(IES) TRANSFERABLE
ISSUED PURSUANT TO PUBLIC LAW 73-10 (SEE TITLE 31 USC 5118 AND H.J.R. 192 DATED JUNE 5, 1933)

⑈10700092⑈  ⑆064360272⑆ 97927756⑈ 30000000000⑈

| PAYMENT DATE | PAYMENT NUMBER | PAYEE NAME | TOTAL AMOUNT | DISCOUNT | PAYMENT AMOUNT |
|---|---|---|---|---|---|
| December 21, 2008 | 12212008 | STATE OF COLORADO | *******$300,000,000.00 | *******$0.00 | *******$300,000,000.00 |

| | |
|---|---|
| Bonded Registered Number: | RR059445061US, RR059445490US |
| Tender of Payment for: | Taxes |
| Tender of Payment in sum of: | *******$300,000,000.00 |
| Paid to: | STATE OF COLORADO |
| Date: | December 21, 2008 |
| Payable: | On Demand      (RE-ISSUED) |
| Memo: | Issued pursuant to PUBLIC LAW 73-10 (See Title 31 USC 5116 and H.J.R. 192 dated June 5, 1933) |

Bonded Registered Bill of Exchange Order-Certified & Private Accrual : **EH 273416336 US** (To Payee), **EH 273416322 US** (To Dept.:Treas.)

## CERTIFIED FUNDS

**REGISTERED BOND NO. RR 059 445 061 US**

**For: STATUTE DEBT PAYOFF**

### Tender Of Payment

PAYABLE ON DEMAND THROUGH US TREASURY

UCC 3-311, (a), (b), 27 CFR § 72.11, 11 USC § 524, 12 CFR 226.10,UCC 3-603, & FDCP

ACCOUNT NO. **08-cv-02631("et al")**    RE-ISSUED DATE:**12/ 22 /2008**    CF 3-4 / 310    PRIVATE BOND № B97927756

**PAY TO THE ORDER OF**_____**STATE OF COLORADO**_____**AMOUNT TENDERED**    **$300,000,000.00**

**EXACTLY**_____**THREE HUNDRED MILLION UNITED STATES DOLLARS AND 00/100**********************

PARTIAL RELEASE BY SECURED PARY OF RECORD                    UCC 3 RELEASE OF SECURITY INTEREST
FINANCING STATEMENT NUMBER 2007-2268538-33              FILED WITH DEPARTMENT OF LICENSING
PARTIAL RELEASE OF INDEMNITY BOND FOR FULL PAYMENT OF DEBT.    UNIFORM COMMERCIAL CODE
THIS TENDER PAYABLE BY CLAIM IN SECURITY INSTRUMENT ONLY.
NCI—PREPAID EFT ONLY; FAILURE TO NEGOTIATE HONOR THIS INSTRUMENT IS
(A DISHONOR) AND AN AGREEMENT BY PAYEE THAT PURPORTED DEBT IS
DISCHARGED IN ACCORDANCE WITH PUBLIC POLICY AND HJR 192 ,UCC § 3-603, 605.

SEAL    "Authorized Signature without recourse"
Void where prohibited by law

( THIS TENDER IS EXECUTED AND FILED PRUSUANT TO UCC 9-405 )
UCC 1-201, (25), (27), (35) NOTICE, HJR-192 OF 6/5/1933, UCC 1-104, 10-104 PRIVATE BETWEEN THE
PARTY(IES) TRANSFERABLE

⑈064360272⑈    ⑈897927756⑈

## Statement of Account

| DATE | ACCOUNT NO. | AMOUNT | PREVIOUS BALANCE | CURRENT BALANCE |
|------|-------------|--------|------------------|-----------------|
| 12/22/08 | 08-cv-02631("et al") | $300,000,000.00 | $300,000,000.00 | ---$0.00--- |

**Fiduciary:** This is a noncash setoff item with an attached charging instrument that has been accepted for value by the principal. It is to be presented through electronic medium by FedWire to access a pre-established Private Treasury UCC 1 Contract Trust account used for this purpose. Post the uncollected funds into the asset column of the customer's account and charge the offer and acceptance for settlement, prepaid and exempt when entered to the post closing balance. The demand for setoff is hereby made so that the liability and asset book(s) remain in balance.

Return to original issue profile is priority exempt after acknowledgement from the principal, a prepaid exchange, a direct treasury accrual item, and a US bankruptcy proceeding remedy.

IMPORTANT NOTICE:

If you are not the current trustee or beneficiary of the subject deed of trust, notify the Notary immediately, or it will be presumed that you have accepted this preauthorized transfer, have sufficient authority to act, and have accepted responsibility as an agent for the duties of the office you formerly held. Retention of this document constitutes acceptance and intent to perform pursuant to the defeasance clause of said contract.

NEGOTIABLE                                                                        NEGOTIABLE

# BONDED PROMISSORY NOTE

USPO Tracking No. EH 273416322 US and EH 273416367 (To the IRS), EH 273416353 US
(To the Dept.:Treas.PR),EH 273416336 US (To ATTORNEY GEN. Payee),
EH 273416438 US (To US SEC), EH 273416398 US (To US Treas.)

## $300,000,000.00
### THREE HUNDRED MILLION UNITED STATES DOLLARS 00/100 CENTS

**To the Order of:**  INTERNAL REVENUE SERVICE, Henry M. Paulson, Jr. d/b/a HENRY M.
PAULSON JR., Secretary of the United States Treasury, José G. Dávila Matos d/b/a
JOSÉ G. DÁVILA MATOS, & STATE OF COLORADO (AGENTS/HEIRS):

Date of Re-Issuance: 12/19/2008
Date of Expiration: 12/19/2038

# EL,MALACHI Z. YORK,CESTUI QUE TRUST

**PRIVATE BOND № B 97927756**
UCC# 2007-2268538-33
In the Amount of: Three Hundred Million United States Dollars 00/100 Cents ($300,000,000.00) in USD;
**For:**   Internal Revenue Service, STATE OF COLORADO (AGENTS / HEIRS);
**Routing Through:**   Private Offset Bond No. RR 059 445 061 US, and RR 059 445 490 US to Secretary of
Treasury, Henry M. Paulson Jr. d/b/a HENRY M. PAULSON JR, Secretary of the
Department of Treasury, José G. Dávila Matos d/b/a JOSÉ G. DÁVILA MATOS ;

This negotiable instrument, tendered lawfully by Malachi Z. York El:®:©™ "Maker" in good faith
shall evidence as a debt to the Payee pursuant to the following terms:

1. This Note shall be posted **in full** dollar for dollar amount pursuant to the Credit order noted above and
   presented to the co-payee, Secretary of Treasury, M. Paulson Jr. d/b/a HENRY M. PAULSON JR
   Secretary of the Department of Treasury- José G. Dávila Matos d/b/a JOSÉ G. DÁVILA MATOS and

2. Payee shall, upon receipt of this instrument, charge the Pass-Through Account 064360272 for the
   purpose of terminating any past, present, or future liabilities express or implied attached to the above
   contract, and

3. Payee shall ledger this Note Negotiable, Assignable, Transferable, Divisible and Renewable for a
   period of Twelve (12) months according to the Uniform Commercial Code (UCC) commencing the
   five (365) days, at an interest rate of seven percent (7%) per annum, and

4. Upon maturity, this Note shall be due and payable in full with interest and any associated fees.
   Payment shall be ledgered against *Private Offset Bond No.* RR 059 445 061 US, and RR 059 445 490 US
   (USPS Registered Mail Tracking#s) held and secured by José G. Dávila Matos d/b/a
   JOSÉ G. DÁVILA MATOS, Secretary of the Department of Treasury, and Henry M. Paulson Jr., and the
   US Treasury.

| 12/22/2008 | : WADJET TUM NEFER EL | : MLZV |
|---|---|---|
| :Date | :Surety | :Authorized Representative |

**************************************************************************************************

Malachi Z. York El:®:©™          Henry M. Paulson Jr.,etc. Trustee          Department of the Treasury
c/o PO Box 522                   US / Department of Treasury                INTERNAL REVENUE SERVICE CENTER
Decatur, Georgia                 1500 Pennsylvania Ave NW                   ATTN: FRANK SCOFIELD
Nonresident / Non-domestic       Washington, D.C. 20220, and               Austin, Texas 73301
                                 PO Box 4515 San Juan, Puerto Rico
                                 00902
EL,MALACHI Z. YORK, CESTUI QUE TRUST   STATE OF COLORADO              DEPARTAMENTE DE HACIENDA
c/o PO BOX 522                         1525 SHERMAN STREET 7TH FLOOR   PO Box 4515 SAN JUAN, PUERTO RICO
DECATUR, GA 30033                      DENVER, COLORADO 80203                00902

**NEGOTIABLE**                                                                    **NEGOTIABLE**

FOR VALUE RECEIVED, _[signature]_ hereby sell, assign and transfer unto

PLEASE INSERT SOCIAL SECURITY OR OTHER

IDENTIFYING NUMBER OF ASSIGNEE

(WITHOUT RECOURSE)

064360272

(PLEASE PRINT OR TYPEWRITE NAME AND ADDRESS, INCLUDING ZIP CODE, OF ASSIGNEE)

_____ Shares

of the capital / Preferred stock amount represented by the within Certificate, and do hereby irrevocably constitute and appoint

**STATE OF COLORADO** _____ Attorney

to transfer the said stock on the books of the within named Company with full power of substitution in the premises.

Dated: __12/20/2008__ :

_[signature]_

NOTICE: THE SIGNATURE(S) TO THIS ASSIGNMENT MUST CORRESPOND WITH THE NAME(S), AS WRITTEN
UPON THE FACE OF THE CERTIFICATE IN EVERY PARTICULAR, WITHOUT ALTERNATION OR ENLARGEMENT
OR ANY CHANGE WHATEVER.

SIGNATURE(S) GUARANTEED:

_____

THE SIGNATURE(S) SHOULD BE GUARANTEED BY AN ELIGIBLE GUARANTOR INSTITUTION:

_____

LEAD UNDERWRITER:

_____

TRANSFER AGENT:

**USPO Tracking# EH 273416336 US
Bonded Registered Bill of Exchange Order-Certified & Private Accrual: RR 059 445 490 US (To the Dept.:Treas.PR) / RR 059 445 061 US (D.C.)

http://apps.sos.ky.gov/business/ucc/(3oace255gwb2d3450xskdg55)/ucconlineuccbyid.aspx?ack=ack&id=5



## BUSINESS SERVICES
### KENTUCKY SECRETARY OF STATE
#### Trey Grayson

Online UCC Services Home | Administrative Services | Business Services | Elections | Executive | Kentucky Land Office | Secretary's Desk

Kentucky Secretary of State > UCC Online Services

Printable version

# Revised Article 9 UCC Acknowledgement

## File Number: 2007-2268538-33

## Filing date: 9/7/2007 4:30:00 PM

## Lapse date: None

File an amendment to this UCC

### COLLATERAL DESCRIPTION

#### Date Filed

## 9/9/2008

## 10:20:44 PM

### Collateral Description

Know all men by these Instruments, that the Secured Party of record do herein make this Assignment and for the Release of Interest in Bond and collateral, Partial Assignment/ Release in the Amount of the Promissory Note, State Bond, and Certified Funds ( = 3 Tendered Registered Instruments): $300,000,000.00 Three Hundred Million United States Dollars, and Zero Cents (Each), For The Associated Account Number(s): 07-cv-01297,1:07-cv-01297-EWM-KLW, 1:06-cv-00807-ZLW,5:07-cv-90001-CAR-GMF,02-00027-CR-CAR-5-1, 5:02-CR-27-CAR:for use as the Full Set off and Set-off of the Payment, For Closure and Settlement see USPO Tracking No. EH 273416322 US and EH 273416367 (To the IRS), EH 273416353 US (To the Dept.:Treas.PR),EH 273416336 US (To ATTORNEY GEN. Payee),EH 273416438 US (To US SEC), EH 273416398 US (To US Treas.), and IRS Tax Forms, pursuant to International Laws, House Joint Resolution 192 of June 5, 1933, and UCC 1-104, 10-104 Reserved Herein. My Initial Financing Statement File No: 2008-239-2968-1,(Taking for Value, UCC 3 303, UCC 3 605, and 3 305):

SEE ATTACHED OPTIONAL FORMS 90, 91, IRS FORMS 56, 1099OID, 1096, f1040, INCLUDING APOSTILLE NOTARY VERIFICATION CONTRACT AGREEMENTMENT KNOWLEDGE, AND INDEMNITY BOND:
Assignment :
Assignor:

EL,MALACHI Z. YORK,CESTUI QUE TRUST (AUTHORIZED AGENT)
Care of PO BOX 522
Decatur, Georgia state
Near [30031]

Assignees:

STATE OF COLORADO (AND AGENTS)
121 STATE CAPITOL
DENVER, COLORADO 80203
USPO Tracking No. EH 273416322 US and EH 273416367 (To the IRS), EH 273416353 US
(To the Dept.:Treas.PR), EH 273416336 US (To ATTORNEY GEN. Payee), EH 273416438 US (To US SEC),
EH 273416398 US (To US Treas.):

The Secretary of State's office has determined that images containing individual social security
numbers on UCC filings will not be provided to the public. This filing contains images which may
contain social security numbers. These filings appear in the list above without links. In many cases, a
version of the image with the SSNs redacted is available for viewing, and is listed above. If such an
image is not available, contact the Secretary of State UCC Branch to have one made.

http://apps.sos.ky.gov/business/ucc/(3oace255gwb2d3450xskdg55)/ucconlineuccbvid.aspx?ack=ack&id=522623