**EXHIBIT 5**

# JUDICIAL NOTICE OF CONSTITUTIONAL MONEY ISSUED

12/22/2008

# THIRTY (30) PIECE SILVER COINAGE VALIDATION,
## BY NOTARY VERIFICATION
## FOR THE USE AS CONSTITUTIONAL PAYMENT
## FOR SETTLEMENT AND CLOSURE KNOWLEDGE
## PURSUANT TO TITLE 1 § 1, 48 Stat, ARTICLE 1 § 10
## OF THE UNITED STATES CONSTITUTION, THE
## COINAGE ACT OF 1792, & 12 USC § 152:

EH 519446076 US(US DISTRICT COURT PAYEE), EH 519446028 US(To IRS), EH 519446045 US(US Dept.:Treas.), EH 519446059 US(CO STATE ATTORNEY GEN.), and EH 519446031 US(Dept.:Treas. P.R.);

I _James Lumley_, A PUBLIC NOTARY FOR THE STATE OF _Colorado_, DUE HEREBY ACKNOWLEDGE THAT _Charles Arall_, _James Amir Ali_, AND _Jaqume-Amiem_ APPEARED BEFORE ME ON THE _20th_ DAY, IN THE MONTH: _December_ IN THE YEAR: _2008_, POSSESSING A TWO-PIECE PACKAGE SECURED PRESENTMENT OF THIRTY PIECES OF SILVER COINAGE, REAL CONSTITUTIONAL MONEY IN THEIR POSSESSION, FOR VALIDATION, BY THIS NOTARIAL ACKNOWLEDGEMENT, UNDER PENALTIES OF PERJURY, WITHIN THE CITY: _Boulder_ IN THE STATE: _Colorado_.

## NOTARIAL ACKNOWLEDGEMENT

Notary Acceptor: _____  My Commission Expires: _09/17/2011_

Witness: _____

JAMES H LUMLEY
Notary Public
State of Colorado

Witness: _____

Witness: _____

## CERTIFICATION OF SILVER SURETY BOND

KNOW ALL MEN, BY THESE PRESENTS that: *DWIGHT YORK* /:Malachi York El: :®:©™ (*Authorized Representative*) appeared before the undersigned Notary with 30 Silver Coins to establish this Silver Surety Bond.

This Silver Surety Bond establishes: *DWIGHT YORK* /:Malachi York El:®:©™ as a Sui Juris with substance(not a pauper, not Bankrupt, not a vagabond)

Now I affix my hand in seal to this document to certify the above claim, establishing a Silver Surety Bond for :*DWIGHT YORK* / Malachi York El:®:©™

_____
The Trustee:*DWIGHT YORK* / :Malachi York El:®:©™, Living Principal, Surety, Guarantor

_____
Witness

_____
Witness

_____
Witness

_____
Notary Public

Registered Surety Act and Bond Number: RR 059 445 061 US DY / MY

Issued By:
The Trustee: *DWIGHT YORK* /:Malachi York El:®:©™,
Living Principal, Surety and Guarantor dolus
*DWIGHT YORK*©™ / MALACHI YORK EL©™ dolus
only in my capacity as beneficiary
to the Original Jurisdiction

# DECLARATION FOR NOTICE WITH SURETY ACT AND BOND

§ The united States of America, the perpetual
§         union of sovereign states combined
§             to form a Constitutional Republic
§
§ on the soil of Georgia, a sovereign state
§         within the perpetual Union of States
§
§ at the sovereign county of __Fulton__

    The Trustee :*DWIGHT YORK*©™ / :Malachi York El:®:©™, Living Principal, Surety and Guarantor dolus *DWIGHT YORK*©™ / MALACHI YORK EL©™, live on the soil of Georgia a Republican form of Government. Acting in good faith and with clean hands, I declare that I am <u>not</u> a corporation or legal fiction. I am a man of age, competent for testifying, and have first-hand knowledge that the facts stated herein are true, correct, complete, certain and not misleading. I hereby and herein declare and proclaim the following:

    The Trustee: Malachi York El, Living Principal, Surety and Guarantor dolus DWIGHT YORK©™ / MALACHI YORK EL©™, am acting in good conscience of my own free will and accord, in my capacity as beneficiary to the Original Jurisdiction, and hereby willingly, in the presence of my Creator, El Khaliqa / HuHe, undertake to act as surety, to pledge and provide private bond, in the amount of 30.00 dollar(s) in silver coinage, minted by the American Treasury of the united States of America, with said lawful coin dollars of the united States of America personally held by *DWIGHT YORK*©™ / :Malachi York El:®:©™ (Authorized Representative).

    This Declaration for Notice with Surety Act and Bond is payment for the case of The Trustee *DWIGHT YORK*©™ /:Malachi York El:®:©™ by my appellation, in my capacity as beneficiary to the Original-Jurisdiction, as a full faith guarantee to any lawful Bill of Redemption, duly presented under lawful specie money of account of the united States of America, Original Jurisdiction.

    The Bill of Redemption, (Surety Act and Bond) is a tender, as set-off for any alleged contract, agreement, consent or assent purportedly held, as an obligation or duty against The Trustee-*DWIGHT YORK*©™ / :Malachi York El:®:©™, Living Principal, Surety and Guarantor dolus DWIGHT YORK / MALACHI YORK EL©™, so as to cause an imputed disability or presumption against the capacity, rights and powers of *DWIGHT YORK*©™ /:Malachi York El:®:©™ This Declaration for Notice with Surety Act and Bond under duly establishes, by my witness, in lawful specie money, of The Trustee *DWIGHT YORK*©™ /:Malachi York El:®:©™ , Living Principal, Surety and Guarantor dolus *DWIGHT YORK*©™ /:Malachi York El:®:©™

Declaration for Notice with Surety Act and Bond    Page 1 of 3

I do make this surety, pledge and bond, as my full faith guarantee to any lawful Bill, duly presented to The Trustee :*DWIGHT YORK*©™ /:Malachi York El:®:©™, Living Principal, Surety and Guarantor dolus *DWIGHT YORK*©™ / MALACHI YORK EL©™, in lawful specie money of account of the united States of America, in the matter of correct public judicial/corporate actions in the forum of Original Jurisdiction and Original Rules, for the benefit of The Trustee *DWIGHT YORK*©™ /:Malachi York El:®:©™, Living Principal, Surety and Guarantor dolus *DWIGHT YORK*©™ / MALACHI YORK EL©™, and his heirs and assigns.

The specific intent of this Declaration for Notice with Surety Act and Bond is to establish, by my witness, in lawful specie dollars of the united States of America, in the sum certain amount of at least 30.00 dollar(s) in silver coinage, minted by the American Treasury of the united States of America and which carry no debt obligations worldwide, available to bond the actions of The Trustee, *DWIGHT YORK*©™ /:Malachi York El:®:©™, Living Principal, Surety and Guarantor dolus *DWIGHT YORK*©™ / MALACHI YORK EL©™. *"AMERICAN BANK AND TRUST COMPANY, ET AL., PETITIONER vs. DALLAS COUNTY, ET AL.", No. 81-1717, a/k/a 463 U.S. 855, 77 L.ED.2D 1072, "No state shall make anything (assuming the name of any State) may take private property for public use without just compensation (AND NOT DEBT PAPER)". At Affidavit file #5325060, #3555, #2312-#2326 at Lee county, Florida state for the united states of America, et al.* Further, in reservation of rights under common law and customs of the united States of America, Original Jurisdiction and Original Rules, The Trustee :DWIGHT YORK©™ /:Malachi York El:®:©™, Living Principal, Surety and Guarantor dolus *DWIGHT YORK*©™ / MALACHI YORK EL©™, cannot be bankrupt or be a vagrant or be a ward of the State, or be the *dolus* trust *"DWIGHT YORK*©™ / MALACHI YORK EL©™", a legal entity, and is not acting in *cessio bonorum*.

The Demand is hereby made for all city, state and federal fiduciaries operating in a corporate capacity, to present a Declaration for Notice with Surety Act and Bond, into evidence in the case of *DWIGHT YORK*©™ /:Malachi York El:®:©™, Living Principal, Surety and Guarantor dolus *DWIGHT YORK*©™ / MALACHI YORK EL©™.

The life of this Declaration for Notice with Surety Act and Bond covers a period of life from the date of issue from the date of issue for the Secured Party Sovereign, Trustee *DWIGHT YORK*©™ /:Malachi York El:®:©™, Living Principal, Surety and Guarantor. *DWIGHT YORK* /:Malachi York El:®:©™ herein confirm, attest, and affirm this Declaration for Notice with Surety Act and Bond. Any and all assumptions and/or presumptions are required to be proven in written form, and signed and sealed before three witnesses, in order to be a valid response.

Failure to, within three business days of receipt, (*Truth In Lending, Regulation Z*) respond to, request additional time for responding for, or refute the foregoing Declaration for Notice with Surety Act and Bond, point for point (see Commercial Maxims of Law), (UCC 1-204) is a default, and the adverse party is collaterally estopped from any further adversarial actions against The Trustee *DWIGHT YORK*©™ / Malachi York El:®:©™, Living Principal, Surety and Guarantor, and for good cause not limited to the laws of collateral estoppel, coercion, fraud and want of jurisdiction of the subject-matter, The Trustee *DWIGHT YORK* /:Malachi York El:®:©™, Living Principal, Surety and Guarantor, sovereign, demands that the cause(s) be vacated and dismissed, and that the accounts be immediately discharged with prejudice. It is hereby made plain and clear that the said failure of response or rebuttal, under penalties of perjury, clearly defines the adverse parties assent to the foregoing Declaration for Notice with Surety Act and Bond, and that a fault exists creating fraud UCC §1-201(16) through material misrepresentation that vitiates all forms, contracts, testimony, agreements, etc., both expressed or implied, from the beginning, (UCC §1-103) of which the adverse party is relying on, and that is no longer permission by consent or assent for any demand of payment being ordered or levied against The Trustee :*DWIGHT YORK*©™ / Malachi York El:®:©™, Living Principal, Surety and

Guarantor further demands that the record of the cause(s) be expunged. Failure to comply with the foregoing Declaration for Notice with Surety Act and Bond, within three business days of receipt, will negate the adverse party's remedies. Any third-parties serving on the cause(s) will be liable for civil and criminal prosecution.

The Trustee :*DWIGHT YORK*©™ /:Malachi York El:®:©™ Living Principal, Surety and Guarantor, hereby and herein explicitly reserve all of my rights without recourse, I hereby and herein <u>claim</u> my right to common law jurisdiction and <u>refuse</u> statutory jurisdiction and/or admiralty jurisdiction.

Asserverated, signed and issued, in good faith and with clean hands, without, *dolus* on this __17th__ day of the __10.__ month in the year of our Lord, __2005__, at the county of __Fulton__.

*Teste Meipso*

[signature]

The Trustee :*DWIGHT YORK*©™ /:Malachi York El:®:©™, Living Principal, Surety and Guarantor dolus DWIGHT YORK© / MALACHI YORK EL©™, UCC 1-207, UCC 1-308;

Witness/Trustee: [signature]

Witness/Trustee: [signature]

Witness/Trustee: [signature]

## Authentication

§ The united States of America, the perpetual
§ union of sovereign states combined
§ to form a Constitutional Republic
§
§ on the soil of Georgia, a sovereign state
§ within the perpetual Union of States
§
§ at the sovereign county of __Fulton__

Having witnessed the signing and sealing of the foregoing "Declaration for Notice with Surety Act and Bond", by the Trustee :*DWIGHT YORK*©™/:Malachi York El:®:©™, Living Principal, Surety and Guarantor dolus and seal hereon as an authentic act as a Public Notary, on this __ __ day of the __ __ month in the year of our Lord, __2005__, at the county of __Fulton__.

[signature]
Public Notary

Seal

[Notary seal: Fulton County, State of Georgia]

Declaration for Notice with Surety Act and Bond                Page 3 of 3



