# EXHIBIT 6

# JUDICIAL NOTICE OF LIBERIAN CITIZENSHIP AND DIPLOMATIC DOCUMENTS

# ATTACHMENT A



## REPUBLIC OF LIBERIA

*Office of the President*

December 15, 1999

Dr. Malachi Z. York
Athens, Georgia
United States of America

I am pleased to appoint you hereby as Consul General of the Republic of Liberia to Atlanta, Georgia, United States of America.

This preferment is evident of our conviction and expectation that you will continue to be of greater service to Liberia and its people, especially those in the State of Georgia.

Congratulations.

Cordially yours

Dahkpannah Dr. Charles Ghankay Taylor

JUDICIAL BRANCH OF LIBERIA
MONTSERRADO COUNTY

OFFICE OF THE CLERK OF COURT, FIRST
JUDICIAL CIRCUIT, CRIMINAL ASSIZES "B"
MONTSERRADO COUNTY, MONROVIA

# Certificate of Citizenship

Permit Number: 108208

_... this_ **15** _day of_ **December** _A.D. 19_ **99**
_... that_ **Malachi Z. York** _who prior to his ... naturalization ..._
_... subject of the_ **United States of America** _at present residing at_ **Monrovia** _..._
_Republic of Liberia, having filed_ **his** _Declaration of Intention as provided by Law and having ... first_
_... by_ **his** _... statement under oath that_ **Malachi Z. York** _..._
_... the precepts of the Constitution of the Republic of Liberia and having ..._
_... residence ..._ **his** _... residence in the Republic, and having taken oath to support and_
_... Constitution and Laws of the Republic of Liberia against all ... foreign and domestic, and_
_to renounce and abjure all allegiance and fidelity to all foreign powers and particularly to the said_
**United States of America** _being the foreign power to which_ **he** _formerly owed_
_allegiance._

_Therefore it is ordered that the said_ **Malachi Z. York** _be and_ **he**
_is hereby admitted as a citizen of the Republic of Liberia_ **by Naturalization**

_In ... whereof this certificate is signed by the Clerk of Court, First Judicial Circuit, Criminal Assizes_
_"B" ... of Montserrado this_ **15ᵗʰ** _day of December A.D._ **1999**



SWORN AND SUBSCRIBED TO BEFORE ME
this ___ day of ___ A.D. 200_

MARY MAMIE HOWE
NOTARY PUBLIC, MONTSERRADO CO
REPUBLIC OF LIBERIA

_Clerk of Court aforesaid_



REP OF LIBERIA

OFFICE OF THE
CRIMINAL COURT "B"
CLERK

## DECLARATION OF INTENTION

I, DR. MALACHI Z. YORK, ON OATH OR AFFIRMATION DECLARE THAT IT IS MY INTENTION TO SETTLE PERMANENTLY IN THE REPUBLIC OF LIBERIA AND TO BECOME A CITIZEN THEREOF, AND I DO HEREBY DECLARE MY ALLEGIANCE AND FIDELITY TO THE REPUBLIC OF LIBERIA, AND RENOUNCE SAME TO ALL FOREIGN OR POWER AND PARTICULARLY TO THE UNITED STATES OF AMERICA, BEING THE FOREIGN POWER OF WHICH I AM NOW A CITIZEN OR SUBJECT.

*ATTACHMENT C*

SO HELP ME GOD

GIVEN UNDER MY HAND AND SEAL OF THIS COURT, THIS 12TH DAY OF JULY 1997.

SEAL OF COURT

_____
CLERK, CRIMINAL COURT "B" MO. CO.

7L07.1997

Descriptions:

AGE: 51

ALLEGIANCE: REPUBLIC OF LIBERIA

OCCUPATION: RELIGIOUS MINISTER

DATE OF BIRTH: 06 – 26 – 45

PLACE OF BIRTH: BOSTON, MA

PASSPORT NUMBER: 083157444

PERMIT NUMBER: 108208

DATE OF ARRIVAL: MAY 5, 1996

PLACE OF RESIDENCE: CITY OF GBARNGA

_____
Malachi Z. York

$10.00 Revenue Stamp affixed on the original.

REPUBLIC OF LIBERIA )  IN THE CIVIL LAW COURT, SITTING IN ITS
MONTSERRADO COUNTY )  JUNE, A.D. 2004 TERM

BEFORE HIS HONOUR: YUSIFF D. KABA....ASSIGNED CIRCUIT JUDGE

Dr. Malachi Z. York by & Thru           )
His Counsel, Cllr. Francis Y.S. Garlawolu)
of Monrovia, R.L...........PETITIONER   )
                                        )
                    VS                  )
                                        )           ACTION
The Government of the Republic of       )   PETITION FOR DECLARATORY
Liberia....................RESPONDENT   )          JUDGEMENT

COURT'S FINAL JUDGEMENT ON THE PETITION FOR DECLARATORY JUDGEMENT

This case owes its genesis to a Petition for Declaratory Judgment filed by the Petitioner through his Legal Counsel in the Republic of Liberia, Counsellor Francis Y.S. Garlawolu, against the Respondent, on the 13th day of July, A.D. 2004, specifically requesting this court to grant and declare the following relief to said Petitioner:

1. To order Respondent to repatriate Petitioner in fulfillment of its obligation to its citizens within and without Liberia; and

2. To order the Respondent to defend and protect the diplomatic status of Petitioner.

When the case was called for hearing, the Respondent requested the indulgence of this Court to spread its resistance on the minutes of Court, which was granted.

Accordingly, Attorney Morris A. Kaba appearing for the Respondent, resisted the Petition on the minutes of Court, thus conceding veracity of the averment of the Petition to the effect that Petitioner is a citizen of Liberia and Consular assigned at Atlanta, U.S.A.

Arguments were held pro-et-con by Counsels for both parties. From the Petitioner's Petition and respondent's Resistance, two fundamental issues decisive of this case evolved for our determination, thus:

9. I am submitting this notice of good faith in accordance with Colorado D.C.COLO.LcivR83.3, acknowledging any opposition to orders shall submit a notice within 10 days of order.

10. I respectfully submit Exhibits 1-4, attached hereto, in support of the Verified Motion for Reconsideration and Foreign Counsel's Verified Motion Requesting International Pro Hac Vice Admission, filed contemporaneously therewith.

**RESPECTFULLY SUBMITTED** this ___8___ day of September, 2008.

By: ___/s/ Francis Y.S. Garlawolu___
Cllr. Francis Y.S. Garlawolu
Opposite The DDRR Office
Capitol Hill
Monrovia, Liberia
Telephone: 011231-651-5306
E-mail: naqbarl@yahoo.com

Attorney for Plaintiff, Malachi Z. York, Consul General Diplomat D/P #003828-04 of the Republic of Liberia, West Africa Citizenship, *misnomer* Dwight D. York (Inmate #17911-054)

NOTARY PUBLIC OF ___Mont___ COUNTY, REPUBLIC OF LIBERIA

This **AFFIDAVIT OF COUNSELLOR FRANCIS Y.S. GARLAWOLU** was subscribed and sworn to before me this ___8th___ day of September, 2008, by Francis Y.S. Garlawolu.

Witness my hand and official seal.

{SEAL}

_____
Notary Public