**EXHIBIT 7**

# JUDICIAL NOTICE OF STATE TRIAL BOND HEARING

# INDEX - January 17, 2003

| Motions | | Pages |
|---|---|---|
| Motion For Bond - Garland - Opening Statement | | 411 - 413 |
| Vivian Woodall | Direct by Garland | 414 - 419 |
| | Cross by Baskin | 419 - 422 |
| Leon Adams | Direct by Garland | 423 - 425 |
| | Cross by Baskin | 426 - 431 |
| William G. Walker | Direct by Garland | 432 - 434 |
| | Cross by Baskin | 435 - 439 |
| Louise Solomon | Direct by Garland | 440 - 443 |
| | Cross by Baskin | 444 - 450 |
| Sheriff H. Sills | Direct by Baskin | 453 - 465 |
| State's Exhibit 9 - I.D. | | 457 |
| " 10,11 - I.D. | | 460 |
| (As to State's 10,11 - voir dire by Garland | | 461 - 462 |
| State's Exhibits 10,11 (excluded) | | 463 |
| | By the Court | 465 - 466 |
| | Cross by Garland | 466 - 467 |
| State's Exhibit 9 - Admit | | 467 - 468 |
| Argument - Baskin | | 469 - 473 |
| - Garland | | 474 - 475 |
| - Ruling of the Court | | 475 - 476 |
| Statement by Defendant York | | 476 |
| Re: DEFACS records | | 476 - 477 |
| Motion To Dismiss Indictment - Ruling of Court | | 477 |
| Motion To Allow Investigator To Remain In Courtroom - Ruling of Court | | 479 |

-1-

in the Clayton County Jail for a significant period of time, boarded there as a prisoner for me. Obviously, the Clayton County Jail does not house female inmates and male inmates together, so it is my assumption from the writing here that some officer there in the jail was instructed to tell this woman that they were going to Liberia.

MR. GARLAND:    I see. So the --

MR. SILLS:      Because that's what it says.

MR. GARLAND:    A Deputy Sheriff, you think -- do you have any -- you don't have any reason to believe anything about this woman's reliability other than that she's an inmate in jail?

MR. SILLS:      No more than what she has written in two letters about Mr. York, saying that they were all going to Liberia, that --

MR. GARLAND:    All going to Liberia?

MR. SILLS:      Yes, sir.

MR. GARLAND:    All right. I think that's all about that subject matter, Your Honor. We object to it as being pure hearsay from an unknown source, actually, has no probative value at all.

MS. BASKIN:     Your Honor, actually, only one letter makes mention of an officer telling her, and the other letter actually makes a direct mention

462.

HOWARD R. SILLS - Direct by Baskin

1  as to Mr. York and this -- and several other
2  individuals leaving the United States, ready to
3  get out of the U.S. of A., and that would go to
4  its weight, not its admissibility. We would ask
5  that it go -- come in.
6          THE COURT:          I agree that it's hearsay.
7  The Defendant is not in a position to cross examine
8  the witness. I exclude State's 10 and 11.
9          MS. BASKIN:         I don't know if I've moved
10 State's 9, which is somehow --
11         MR. GARLAND:        As to State's 9, Your Honor,
12 the -- I've handed the document to Mr. Arora, I think --
13         THE COURT:          I had -- I don't know if I
14 had it --
15         MR. GARLAND:        -- and he's stepped out.
16 And we do have an issue about it, and that is,
17 there is attached a Complaint, and then attached to
18 the Complaint is a reconstructed information to
19 which the plea was entered, with an Affidavit saying
20 that the original criminal -- superseded amended
21 criminal complaint had been lost, but it had been
22 reconstructed. And I would just ask that we get to
23 the bottom of whether or not that was a misdemeanor
24 charge as reflected in the recreated, superseded
25 document, Your Honor. And I asked Mr. Arora to just

463.

## AFFIDAVIT OF DEBORAH SMITH

My name is Deborah Smith. I am over the age of 18. I am making this Affidavit based on my personal knowledge of the facts.

I've known a man from West Africa by the name of Dr. Malichi Z. York for over 20 years. On September 14, 2002 I was arrested and detained in Clayton County Jail. Dr. Malichi Z. York was also detained there, held as a prisoner for Sheriff Howard Richard Sills.

I wrote Dr. Malichi Z. York a letter about returning to Liberia, West Africa. Dr. York never received the letter. It was used in court to prove he was a flight risk.

Dr. York had also spoke with a correction officer by the name of Yuri Johnson who worked in Clayton County. Yuri Johnson had told me that Dr. Malichi Z. York did mention that he would like to return to West Africa. I was excited and wrote Dr. York stating that I may go to West Africa, Liberia also and that I heard from Officer Johnson that he would like to return, Dr. York never received that letter.

I swear and affirm the above statement is true and correct so help me God.

_____
Deborah Smith

Sworn to and subscribed before me, this
19 day of May, 2005.

_____
Notary Public

NOTARY PUBLIC, ATHENS-CLARKE COUNTY, GEORGIA
MY COMMISSION EXPIRES MARCH 23, 2007

Exhibit J-3

**EXHIBIT F**

# Garland, Samuel & Loeb, P.C.
TRIAL ATTORNEYS

3151 Maple Drive, N.E.
Atlanta, Georgia 30305
Telephone (404) 262-2225
Facsimile (404) 365-5041
E-mail trallaw@gsllbt.com

Edward T. M. Garland
Donald F. Samuel
Robin N. Loeb
David E. Tuszynski
Manubir S. Arora
W. Charles Lea
Anne H. Coolidge-Kaplan
Nelson O. Tyrone III

Reuben A. Garland (1903-1952)

March 28, 2003

Lt. Guy Mustello
Jones County Jail
P. O. Box 874
Gray, GA 31032

Re:  **Malachi (Dwight) Z. York**

Dear Mr. Mustello:

I am notifying your office that we are requesting Malachi (Dwight) Z. York be considered for International Prisoner Transfer under the provisions of 81 U.S.C. §4100 et seq.

Attached is a copy of a letter from our client authorizing such process begin immediately.

Please let me know if you have any questions or concerns. Thank you for your assistance.

Yours very truly,

Manubir S. Arora

MSA:yvj
Enclosure