**EXHIBIT 8**

# JUDICIAL NOTICE OF ACCEPTED FOR VALUE BIRTH CERTIFICATE BUSINESS NAME OWNERSHIP



# Bids & Notices

## ADVERTISEMENT FOR BIDS

Sealed proposals will be received by the West Baton Rouge Parish School Board in the Meeting Room at 3761 Rosedale Road, Port Allen, Louisiana up to 10:00 am, CDS Time, Tuesday, January 6, 2009 for furnishing all materials, labor, tools and equipment necessary to complete the following project:

1. One wood frame portable building located at Chamberlain Elementary School 6024 Section Road in Port Allen, LA. 70767.

At this time all bids in-hand will be opened and read aloud.

Notations on outer face of envelope containing bids, which have the effect of amending the enclosed bid, will not be considered.

The contract documents may be obtained from the office of the architect, DEAN HOTARD & ASSOCIATES, An Architectural Corporation, 570 N. Jefferson Avenue, Port Allen, La.

No proposal may be withdrawn within forty-five (45) days after the above scheduled time of opening and the right is reserved to reject any or all bids.

*WEST BATON ROUGE SCHOOL BOARD

DAVID CARONA
SUPERINTENDENT

---

## NOTICE OF PUBLIC HEARINGS

### REZONING

Request: Rezoning from AG to R-M (Minor Subdivision)
Address: Swanson Lane, Port Allen, LA 70767
Property Description: Tract D-2 containing 4.55 acres, Tract D-2-A containing 2.89 acres, Tract D-3 containing 4.55 acres and Tract D-3-A containing 2.899 acres in Section 28, T6S, R11E for FA&C of Louisiana, LLC

A PUBLIC HEARING will be held by the West Baton Rouge ZONING COMMISSION relative to the rezoning requests.

Date: Tuesday    January 6, 2009    Time: 6:30pm

A PUBLIC HEARING will be held by the West Baton Rouge PARISH COUNCIL relative to the rezoning requests.

Date: Thursday    January 8, 2009    Time 6:30pm

All hearings will be held at the West Baton Rouge Parish Council Meeting Room, 830 North Alexander Avenue, Port Allen, Louisiana.

Publish West Side Journal Three (3) Times: 12/18/08, 12/25/08 and 1/1/2009

---

## NOTICE OF PUBLIC HEARING

### REZONING

Request: Rezoning from C-1 to C-1.3 (Regional Commercial)
Address: Sharlot Blvd at Lobdell Hwy, Port Allen, LA 70767
Property Description: File # 2008-041 Lot FW-3 containing 5.995 acres in Section 91 & 92, T7S, R12E, West Baton Rouge Parish, Louisiana for Evan Cooper.

A PUBLIC HEARING will be held by the West Baton Rouge Zoning Commission relative to the rezoning requests.

Date: Tuesday, January 20, 2009    Time: 6:30pm

A PUBLIC HEARING will be held by the West Baton Rouge Parish Council relative to the rezoning requests.

Date: Thursday, January 22, 2009    Time 6:30pm

All hearings will be held at the West Baton Rouge Parish Council Meeting Room, 830 North Alexander Avenue, Port Allen, Louisiana.

Publish West Side Journal Three (3) Times: 12/18/08, 12/25/08 and 1/1/2009

---

## ADVERTISEMENT FOR BIDS

Sealed bids will be received by the Town of Addis at Town Hall until 4:00pm o'clock on the 13th day of January, 2009. The bids will be opened and read aloud at that time and location.

Project Name:    Shaw Sewer Line
PROJECT NO.:    0814

All Bids must be in accordance with the Contract Documents on file at the Town of Addis.

Copies of Specifications, Bid Documents, Contract Documents and Construction Plans for use in preparing Bids may be obtained from the office of Environmental Engineering Services, Inc., 610 Belle Terre Boulevard, LaPlace, LA 70068, (985-653-0185) upon payment of One Hundred ($100.00) Dollars per set. Deposits on the first set of Documents furnished to bona fide Bidders, will be fully refunded upon return of the documents in original condition and no later than ten (10) days after receipt of Bids. On other sets of documents furnished to said Prime Bidders, the deposit less actual cost of reproduction will be refunded upon return of the documents in original condition and no later than ten (10) days after receipt of bids.

In no event shall Proposal Forms be issued later than twenty-four (24) hours prior to the hour and date set for receiving proposals.

Each bid must be submitted in a sealed envelope bearing on the outside the name of the bidder, his/her address, contractor's state license number and the name of the project for which the bid is submitted. If forwarded by mail, the sealed envelope containing the bid must be enclosed in another envelope addressed to the Town of Addis, P.O. Box 237, Addis, La 70710.

CONTRACTORS desiring to bid shall submit to the Engineers, with their request for Contract Documents, contract documents deposit and evidence that they hold State License of proper classification and in full force and effect.

Bid security in the amount of five percent (5%) of the Total Bid must accompany each Bid, and shall be made payable to the Owner.

Each Bidder must deposit with his/her bid, security in the amount, for and subject to the conditions provided in the Information for Bidders. Sureties used for obtaining bonds must appear as acceptable on the Department of Treasury Circular 570.

Bidders must certify that they do not, and will not, maintain or provide for their employees and facilities that are segregated on a basis of race, color, creed or national origin.

If a NONRESIDENT CONTRACTOR bidding on public work in the State of Louisiana is domiciled in a state that provide a percentage preference in favor of CONTRACTORS for the same type work, then every Louisiana resident CONTRACTOR shall be granted the same preference over CONTRACTORS domiciled therein whenever the NONRESIDENT CONTRACTOR bid on public work in Louisiana (LA RS 38:2225). A CONTRACTOR who is a NONRESIDENT of the State of Louisiana must attach a copy of their State's law concerning preferential treatment and their State's percentage of bid preference. This information shall accompany CONTRACTOR'S bid proposal

The Owner reserves the right to waive any informalities or to reject any or all bids as allowed by the Louisiana Public Bid Law.

No bidder may withdraw his bid within forty-five (45) days after the actual date of opening thereof.

Town of Addis

BY: /s/ Mayor Carroll P. Bourgeois

To appear in the Westside Journal – Port Allen

Dates: December 18, 2008, December 25, 2008, January 1, 2009

---

## NOTICE

Notice is hereby given that the West Baton Rouge Parish Council has canceled its regularly scheduled meeting of Thursday, December 25, 2008 (Christmas Day).

WEST BATON ROUGE PARISH COUNCIL

Publish W/S Journal December 18, 25, 2008



invite **5,500** *people* TO YOUR NEXT Garage Sale call the WEST SIDE Journal at 343-2540

*NOTICE OF COPYRIGHT OWNERSHIP →*

                                              At Part____ of the Supreme Court of
                                              the State of New York, held in and
                                              for the County of Sullivan, at
                                              Monticello, New York, on the 15th
                                              day of January, 1993

PRESENT:
HON. Robert C. Williams
                Justice
------------------------------------X

In the Matter of the Application of         Index No. 76/93
ISSA AL HAADI AL MAHDI for leave to
change his name to                          ORDER

   MALACHI YORK.

------------------------------------X

      Upon the petition of ISSA AL HAADI AL MAHDI, sworn to on the 27th day of December 1992 praying for leave to change his name from ISSA AL HAADI AL MAHDI, to MALACHI YORK, and the Court being satisfied thereby that the petition is true and that there being no objection to the change of name proposed.

      NOW, upon motion of JOSEPH SADOW, attorney for petitioner, it is

      ORDERED, that the petitioner, ISSA AL HAADI AL MAHDI, born on June 26, 1945 at Boston, Massachusetts, whose birth certificate number is 8523, is hereby authorized to assume the name MALACHI YORK, in place and stead of his present name on the 12th day of MARCH 1993, and upon compliance with the provisions of this Order, it is further

ORDERED, that this Order shall be entered, and the papers upon which it is granted, filed within ten (10) days from the date hereof, in the office of the Clerk of the County of Sullivan, wherein petitioner resides, and it is further

ORDERED, that at least once within twenty (20) days after entry of this Order, a notice in substantially the following form, shall be published in _SULLIVAN COUNTY DEMOCRAT CALLICOON, NEW YORK_

> Notice is hereby given that an order entered by the Supreme Court, Sullivan County on the _19th_ day of _JANUARY_ 1993, bearing Index Number _76/93_, a copy of which may be examined at the Office of the Clerk, located at Court House, Monticello, New York 12701; the date of my birth is June 26, 1945; the place of my birth is Boston, Massachusetts; my present name is ISSA AL HAADI AL MAHDI.

and it is further

ORDERED, that within forty (40) days of the making of this Order, an affidavit of publication as herein directed shall be filed in the Office of the Clerk of the County of _Sullivan_; and it is further

ORDERED, that upon full compliance with the above provisions of this Order, the petitioner shall, on and after

2

the 12th day of March 1993, be known by the name of MALACHI YORK, which he is hereby authorized to assume, and by no other.

STATE OF NEW YORK } ss.:
Sullivan County Clerk's Office

I, George L. Cooke, County Clerk in and for said County, do hereby certify that I have compared the foregoing copy of a _Order_ with the original now remaining on _file_ in this office and that the same is a correct transcript therefrom and of the whole of said original.

In Testimony whereof, I have hereunto set my hand and affixed the seal of said County this 17th day of March A.D., 19 93

_George L. Cooke_, Clerk

ENDORSED, FILED.
_January 26, 1993_
_George L. Cooke_
Clerk

3

Acknowledgment Version(UCCCommon 1.41.9)

# Acknowledgment of Initial Financing Statement

| | |
|---|---|
| File Number | 2008-239-1968-1 |
| File Date/Time | 08/26/2008 3:36PM |
| Lapse Date | NONE |
| Initial Filing Number | 2008-239-1968-1 |
| Fee Amount ($US) | 11.00 |
| Filing Office | WA DOL |
| File Status | Accepted |
| | Alt. Filing Type: TransmittingUtility |
| Debtor | YORK EL, MALACHI Z<br>PO BOX 522<br>Decatur  GA [30031] USA<br>**Debtor Alt Capacity:Trust** |
| Debtor | YORK, DWIGHT D<br>PO BOX 522<br>Decatur  GA 30031 USA<br>**Debtor Alt Capacity:Trust** |
| Debtor | EL,MALACHI Z. YORK,CESTUI QUE TRUST<br>PO BOX 522<br>Decatur  GA [30031] USA<br>Organizational Type: TRUST-SPV<br>Jurisdiction: International<br>Organizational ID: E192263229<br>**Debtor Alt Capacity:Trust** |
| Debtor | YORK,DWIGHT D<br>PO BOX 522<br>Decatur  GA [30031] USA<br>Organizational Type: TRUST-SPV<br>Jurisdiction: International<br>Organizational ID: RR058446031US<br>**Debtor Alt Capacity:Trust** |
| Secured Party | York El, Malachi Z<br>2525 Peachtree Road Suite#520<br>Atlanta  GA [30326] USA |
| Collateral | This is Actual and Constructive Notice that all of the Debtors interest now held or hereafter acquired is hereby accepted as collateral for securing contractual obligation (s) in favor of the Secured Party as detailed in a true, correct, complete, notarized Security Agreement in the possession of the Secured Party. NOTICE, IN accordance with various USC Sections RE, Property, This is the entry of the Debtor in the Commercial Registry as a transmitting utility and the following property is hereby registered in the same as public notice of a commercial transaction, Certificate of Birth documents Numbers, 422, 680672, and Registration Number 6525 and Employer Identification Number 064 36 0272, UCC Contract Trust Account Numbers RR670852495US, RR670852497US,MOST RECENT RR058445908US, AND RR058445480US, All property is accepted for value and is exempt from Levy. Adjusting of this filing is from Public Policy HJR 192, Public Law 73 10, UCC 10 104, |

http://fortress.wa.gov/dol/ucc/confirm.asp?ID=4j57X                              8/26/2008

Acknowledgement Version(UCCCommon 1.41.9)

All proceeds, products, accounts, fixtures and the orders there from are released to the Debtor. EL,MALACHI Z. YORK, ORGANIZATION/TRADE NAME/TRADE MARK DEBTOR, YORK,DWIGHT D, ORGANIZATION/TRADE NAME/TRADE MARK DEBTOR. SEE ATTACHED NOTICE OF SECURITY PRIVATE AGREEMENT and PRIVATE BOND No.E12833229 NOTE, THIS IS ACTUAL CONSTRUCTIVE NOTICE OF QUANTUM ABSTRACT TITLE CLAIM OWNERSHIP, BY THIS ABSTRACT QUANTUM COPYRIGHT COPYCLAIM KNOWLEDGE OF THE TITLES HEREIN MENTIONED, SUCH AS, ISA MUHAMMAD,ISA ALIHAD MAHDI,BABA,ISA ABD ALLAH MUHAMMED, ISSA AL HAADI AL MAHDI,MALAKAI Z. YORK,MALACHI Z. YORK, MALACHI Z. YORK EL, DR. MALACHI Z. YORK EL, DR. MALACHI Z. YORK, DWIGHT YORK, DWIGHT D. YORK, DWIGHT P. YORK, ISA MUHAMMED: NOT EXCLUDING ASSOCIATED FILE NUMBERS 1:07 cv 01297 EWM KLM, 1:05 cv 00807 ZLW,5:07 cv 90001 CAR GMF, 02 00027 CR CAR 5 1, 5:02 CR 27 CAR, and any or all following Accounts.

**Real Estate**
Designation: NOType
Description: Private Secured Trust.
Owner:

EL YORK, Malachi Z.
PO BOX 522
Decatur, GA [30031] USA

Search On: NONE

This acknowledgment reflects the information that was filed with the Department of Licensing, Uniform Commercial Code office, on this date.

*Elizabeth A. Luce*    8/26/2008
Elizabeth Luce, Director, Department of Licensing

MA SOC   Filing Number: 200761977580   Date: 12/20/2007 7:26:00 AM

# UCC-1 Form

## FILER INFORMATION
  *Full name:* **DWIGHT D YORK**   *Phone:*

## CONTACT INFORMATION
  *Contact name:* **HESINNOCENT.COM**
  *Street #1:* **3535 PEACHTREE RD SUITE#520**
  *City:* **ATLANTA**   *State:* **GA**   *ZIP:* **[30326]**   *Country:* **USA**
  *Notification Method:* **Mail**

## DEBTOR INFORMATION
  *Org. Name:* **EL, MALACHI Z. YORK, CESTUI QUE TRUST**
  *Org. Type:* **TRUST-DBA-TRANSMITTING UTILITY**   *Jurisdiction:* **USA**   *Org. ID:* **202CR229-10**
  *Mailing Address1:* **3535 PEACHTREE RD SUITE#520**
  *City:* **ATLANTA**   *State:* **GA**   *ZIP:* **30326**   *Country:* **USA**

  *Org. Name:* **YORK, DWIGHT D, CESTUI QUE TRUST**
  *Org. Type:* **SPV**   *Jurisdiction:* **USA**   *Org. ID:* **5:02-CR-27-CAR**
  *Mailing Address1:* **3535 PEACHTREE RD SUITE#520**
  *City:* **ATLANTA**   *State:* **GA**   *ZIP:* **30326**   *Country:* **USA**

## SECURED PARTY INFORMATION
  *Last Name:* **YORK**   *First:* **MALACHI**   *Middle:* **ZODOQ/ZODOK**   *Suffix:* **EL**
  *Mailing Address1:* **3535 PEACHTREE RD#520**
  *City:* **ATLANTA**   *State:* **GA**   *ZIP:* **[30326]**   *Country:* **USA**

  *Last Name:* **YORK**   *First:* **DWIGHT**   *Middle:* **D**   *Suffix:* **N/A**
  *Mailing Address1:* **3535 PEACHTREE RD#520**
  *City:* **ATLANTA**   *State:* **GA**   *ZIP:* **[30326]**   *Country:* **USA**

## ASSIGNEE INFORMATION
  *Org. Name:* **FREEMONT COUNTY COURT (CLERK OF COURT-NORMA HAFIELD))**
  *Mailing Address1:* **136 JUSTICE CENTER RD**
  *City:* **CANON CITY**   *State:* **CO**   *ZIP:* **81212**   *Country:* **USA**

  *Org. Name:* **ADX WARDEN-RON WILEY**
  *Mailing Address1:* **PO BOX 850**
  *City:* **FLORENCE**   *State:* **CO**   *ZIP:* **81226**   *Country:* **USA**

## TRANSACTION TYPE: **PUBLIC BENEFIT**

0-649-0

COLLATERAL

NOTICE: ALL Debtors in this UCC1 collateral listing are transmitting utilities: USP FLORENCE ADMAX: REGISTRATION #17911-054, DWIGHT D. YORK(PRIVATE-TRUST):Dwight-D. :York:(Trustee/ Authorized Representative, Sui Juris, US MARSHALLS, ALL COURTROOM-COURT DATES APPOINTED BAILIFFS, ALL JAIL/PENITENTENTIARY WARDENS OF Secured Party of Record INCARCERATION JURISDICTIONS, U. S. PENITENTIARY; State Court case numbers: 202CR229-10 & 5:02-CR-27-CAR; 11th Circuit D.C. Docket Number 02-00027-CR-CAR-5-1; Prosecutor Stephanie Thacker, Esquire PUTNAM COUNTY Court Case # 04-12354. U. S. District Court Judge C. Ashley Royal, Judge HUGH LAWSON, Judge HICKS, US COURT OF APPEALS FOR THE 11TH CIRCUIT COURT OF APPEALS-Judge THOMAS K. KAHN, and The U. S. ATTORNEY Max Wood and ALL JANE AND JOHN DOES; 11TH Circuit Court Judges: BIRCH, HULL and PASCO M. BOWMAN of the 8th Circuit Court; Federal Court Magistrate Judge Claude Hicks; Adrian Patrick, Esquire, Attorney Garland, Robert Shabazz, ; Robert R. Bryan (CA) GEORGIA STATE BAR; PUTNAM COUNTY POLICE DEPARTMENT; PUTNAM COUNTY SHERIFF DEPARTMENT; PUTNAM COUNTY SHERIFF HOWARD RICHARD SILLS; PUTNAM COUNTY JAIL; PUTNAM COUNTY RISK MANAGEMENT; PUTNAM COUNTY MAYOR'S OFFICE; STATE OF KENTUCKY; UNITED STATES OF AMERICA ;UNITED STATES, ATTORNEY GENERAL, ROBERTO GONZALES; UNITED STATES JUSTICE DEPARTMENT; STATE OF COLORADO; CITY OF COLORADO RISK MANAGEMENT; AND MAYOR'S OFFICE; FEDERAL BUREAU OF PRISONS, USP FLORENCE ADMAX, REGISTRATION #179;11-054, DWIGHT D.YORK/U.S.PENITENTIARY; PAYNE WEBBER; CORRECTIONAL CORPORATION OF AMERICA BOARD OF DIRECTORS: CEO, President - John D. Ferguson, CFO, EVP - Todd Mullenger, CCO (Chief Corrections Officer), EVP - Dr. Rick Seiter, General Counsel, EVP - Gus Puryear CIO and Vice President of Information Technology - John R. Pfeiffer Vice President of Health Services - John Tighe Vice President of Marketing - Louise Gilchrist Vice President of State Customer Relations - Tony Grande Vice President of Federal and Local Relations - Damon Hininger Vice President of Business Development - Lucibeth Mayberry Vice President of Finance - David Garfinkle Vice President, Treasurer - N/A, Vice President of Design & Construction - Linda Staley Vice President of Operations - Jimmy Turner; Current members of the board of directors of CCA are: Donna Alvarado, William F. Andrews, Lucius Burch, John Correnti, John D. Ferguson, John Horne, Michael Jacobi, Thurgood Marshall, Jr., Charles Overby, John Prann, Joseph Russel, and Herni Wedell; Phillip Mattera, Mafruza Khan, Stephen Nathan; CITY OF EATON, PUTNAM COUNTY; PUTNAM BOARD OF COMMISIONERS 108 SOUTH MADISON AVENUE EATONTON, GEORGIA 31024; Vice-Chair/County Clerk Howard McMichael, Sr., Commissioner Sandra Adams, Commissioner Jimmy Davis, Commissioner Sylbie Yon, Chairman Steve Layson, County Manager Tony Clack, County Attorney Chris Huskins, County Clerk Helen Carnes, Deputy Clerk Linda Darugar, County Attorney Chris Huskins, Helen J. Carnes

NOTE: ALL LISTED DEBTORS HEREIN ARE ALL HEREBY BONDED AND SECURED PREVIOUSLY IN THE Secured Party's PREVIOUS GEORGIA STATE UCC FILING#442003002189 (PRIOR ANY ALLEGED CONVICTION) BY THE Secured Party Dwight / Malachi Z. York El(Trustee/Proxy) OF RECORD, IN ALL VENUES PUBLIC AND PRIVATE, FOR THE RECORD ON THE RECORD:

# File Number: 2007-2268538-33

# Filing date: 9/7/2007 4:30:00 PM

# Lapse date: None

## ACTIONS

| Action | File Date | Status |
|---|---|---|
| Amendment CollateralAssign Sec. Party of record: EL,MALACHI Z. YORK,CESTUI QUE TRUST(AUTHORIZED REPRESENTATIVE/TRUSTEE) | 9/9/2008 10:20:44 PM | Active - Filed Online |
| Amendment CollateralAdd Sec. Party of record: EL,MALACHI Z. YORK,CESTUI QUE TRUST(AUTHORIZED REPRESENTATIVE/TRUSTEE) | 8/19/2008 9:29:19 AM | Active - Filed Online |
| Amendment CollateralAssign Sec. Party of record: Dwight D York | 1/11/2008 7:56:54 AM | Active - Filed Online |
| Continuation | 10/29/2007 4:30:00 PM | Rejected |
| Continuation | 10/5/2007 4:30:00 PM | Rejected |
| Initial financing Statement | 9/7/2007 4:30:00 PM | Active |

## NAMES

| Debtor/Secured Party/Filer | Date Added | Address |
|---|---|---|
| Filer-EL, MALACHI Z YORK, CESTUI QUE TRUST | 1/11/2008 7:56:54 AM | 3535 PEACHTREE RD SUITE#520 ATLANTA GA, 30326 USA |
| Secured party-U.S. COURT OF APPEALS FOR THE 11TH CIRCUIT (HEAD-CLERK'S OFFICE) | 1/11/2008 7:56:54 AM | 56 FORSYTH ST NW ATLANTA GA, 30303 USA |
| Debtor-EL, MALACHI Z YORK, CESTUI QUE TRUST | 9/7/2007 4:30:00 PM | 3535 PEACHTREE ROAD ATLANTA GA, 30326 |
| Debtor-YORK, DWIGHT, CESTUI QUE TRUST | 9/7/2007 4:30:00 PM | 3535 PEACHTREE ROAD ATLANTA GA, 30326 |

| | | |
|---|---|---|
| Secured party-Dwight York | 9/7/2007 4:30:00 PM | 3535 Peachtree Road Suite#520 Atlanta Georgia, [30326] |
| Debtor-YORK, DWIGHT, CESTUI QUE TRUST | 9/7/2007 4:30:00 PM | 3535 PEACHTREE RD SUITE #520 ATLANTA GA, 30326 |
| Filer-YAMASSEE TRIBUNAL | 8/19/2008 9:29:19 AM | P.O. BOX 522 Decatur Ga, 30031 u.s.A |
| Secured party-EL, MALACHI Z. YORK, CESTUI QUE TRUST | 8/19/2008 9:29:19 AM | 3535 Peachtree Road Suite#520 Atlanta Ga, [30326] u.s.A. |
| Secured party- :Dwight/Malachi :York | 9/7/2007 4:30:00 PM | 3535 Peachtree Road Suite #520 Atlanta Georgia, [30083] |
| Filer-NOTARIAL WITNESS | 9/9/2008 10:20:44 PM | P.O. BOX 522 Decatur Ga, 30031 u.s.A |
| Secured party-STATE OF COLORADO (AGENTS/HEIRS) | 9/9/2008 10:20:44 PM | 1525 SHERMAN ST. 7TH FLOOR DENVER CO, 80203 USA |

## COLLATERAL DESCRIPTION

| Date Filed | Collateral Description |
|---|---|
| 8/19/2008 9:29:19 AM | THIS IS ACTUAL CONSTRUCTIVE NOTICE OF QUANTUM-ABSTRACT TITLE-CLAIM OWNERSHIP, BY THIS ABSTRACT-QUANTUM-COPYRIGHT-COPYCLAIM KNOWLEDGE OF THE TITLES HEREIN MENTIONED, SUCH AS; ISA MUHAMMAD,ISA ALIHAD MAHDI,BABA,ISA ABD'ALLAH MUHAMMED, ISSA AL HAADI AL MAHDI,MALAKAI Z. YORK,MALACHI Z. YORK, MALACHI Z. YORK EL, DR. MALACHI Z. YORK EL, DR. MALACHI Z. YORK, DWIGHT YORK, DWIGHT D. YORK, DWIGHT P. YORK, ISA MUHAMMED: NOT EXCLUDING ASSOCIATED FILE NUMBERS-1:07-cv-01297-EWM-KLM, 1:06-cv-00807-ZLW,5:07-cv-90001-CAR-GMF, 02-00027-CR-CAR-5-1, 5:02-CR-27-CAR, "et al": |
| 9/9/2008 10:20:44 PM | Know all men by these Instruments, that the Secured Party of record do herein make this Assignment and for |

the Release of Interest in Bond and collateral, Partial Assignment/ Release in the Amount of the Promissory Note, State Bond, and Certified Funds ( = 3 Tendered Registered Instruments): $300,000,000.00 Three Hundred Million United States Dollars, and Zero Cents (Each), For The Associated Account Number(s): 07-cv-01297,1:07-cv-01297-EWM-KLW, 1:06-cv-00807-ZLW,5:07-cv-90001-CAR-GMF,02-00027-CR-CAR-5-1, 5:02-CR-27-CAR:for use as the Full Set off and Set-off of the Payment,For Closure and Settlement see USPO Tracking No. USPO Tracking No. EH 273416322 US and EH 273416367 (To the IRS), EH 273416353 US (To the Dept.:Treas.PR),EH 273416336 US (To ATTORNEY GEN. Payee),EH 273416438 US (To US SEC), EH 273416398 US (To US Treas.), and IRS Tax Forms, pursuant to International Laws, House Joint Resolution 192 of June 5, 1933, and UCC 1-104, 10-104 Reserved Herein. My Initial Financing Statement File No: 2008-239-2968-1, (Taking for Value, UCC 3 303, UCC 3 605, and 3 305):

SEE ATTACHED OPTIONAL FORMS 90, 91, IRS FORMS 56, 1099OID, 1096, f1040, INCLUDING APOSTILLE NOTARY VERIFICATION CONTRACT AGREEMENTMENT KNOWLEDGE, AND INDEMNITY BOND:
Assignment :

Assignor:

EL,MALACHI Z. YORK,CESTUI QUE TRUST (AUTHORIZED AGENT)
Care of PO BOX 522
Decatur, Georgia state
Near [30031]

Assignees:

STATE OF COLORADO (AND AGENTS)
121 STATE CAPITOL
DENVER, COLORADO 80203
USPO Tracking No. EH 273416322 US and EH 273416367 (To the IRS), EH 273416353 US (To the Dept.:Treas.PR),
EH 273416336 US
(To ATTORNEY GEN.Payee),EH 273416438 US(To US SEC),EH 273416398 US (To US Treas.):

1/11/2008 7:56:54 AM   Partial Assignment for the Release of Bond Amount:$50 Million United States Dollars to assignee:Account#s 5:02-CR-27-CAR(02-00027-CR-CAR-5-1)
Debtor-Assignee:U.S. COURT OF APPEALS FOR THE 11TH CIRCUIT(404.335.6100)
Attn:(Prosecutor-Stephani Thacker, Judges-BIRCH, HULL,&PASCO M.BOWMAN);
Creditor:Malachi Z. York,Dwight D. York:

## IMAGES

| Document Type | PDF | Tiff Image | Document Description | File Date | Pages |
|---|---|---|---|---|---|
| UCC Filing (image not available) | PDF (image not available) | | Initial financing Statement | 9/7/2007 4:30:00 PM | 21 |
| UCC Filing | PDF | TIFF | Initial financing Statement | 9/7/2007 4:30:00 PM | 21 |
| UCC Filing | PDF | TIFF | Attachments | 9/7/2007 4:30:00 PM | 31 |

The Secretary of State's office has determined that images containing individual social security numbers on UCC filings will not be provided to the public. This filing contains images which may contain social security numbers. These filings appear in the list above without links. In many cases, a version of the image with the SSNs redacted is available for viewing, and is listed above. If such an image is not available, contact the Secretary of State UCC Branch to have one made.

## UCC FINANCING STATEMENT AMENDMENT
FOLLOW INSTRUCTIONS (front and back) CAREFULLY

**A. NAME & PHONE OF CONTACT AT FILER [optional]**

**B. SEND ACKNOWLEDGMENT TO: (Name and Address)**

```
EL,MALACHI Z. YORK,CESTUI QUE TRUST
Nonresident/Non-Domestic
FirstClass, Delivery
c/o PO BOX 391182
Snellville, Georgia state
Near[30039]
```

RECEIVED
AUG 1 9 2008
DATE_____ ROBINSON, U.S.C.
D.C.S.C. Fulton Co., GA

Fulton County, GA    Aug 19, 2008

THE ABOVE SPACE IS FOR FILING OFFICE USE ONLY

**1a. INITIAL FINANCING STATEMENT FILE #:** Deed Book 46894 Pg526 2008-0150084

**1b.** This FINANCING STATEMENT AMENDMENT is to be filed [for record] (or recorded) in the REAL ESTATE RECORDS.

**2.** ☐ TERMINATION

**3.** ☐ CONTINUATION

**4.** ☒ ASSIGNMENT (full or partial)

**5. AMENDMENT (PARTY INFORMATION):** This Amendment affects ☐ Debtor or ☐ Secured Party of record.

**6. CURRENT RECORD INFORMATION:**

| 6b. INDIVIDUAL'S LAST NAME | FIRST NAME | MIDDLE NAME | SUFFIX |
|---|---|---|---|
| | | | |

**7. CHANGED (NEW) OR ADDED INFORMATION:**

**7a. ORGANIZATION'S NAME:** EL,MALACHI Z. YORK,CESTUI QUE TRUST

| 7b. INDIVIDUAL'S LAST NAME | FIRST NAME | MIDDLE NAME | SUFFIX |
|---|---|---|---|
| | | | |

| 7c. MAILING ADDRESS | CITY | STATE | POSTAL CODE | COUNTRY |
|---|---|---|---|---|
| | | | | |

| 7d. TAX ID #: SSN OR EIN | ADD'L INFO RE ORGANIZATION DEBTOR | 7e. TYPE OF ORGANIZATION | 7f. JURISDICTION OF ORGANIZATION | 7g. ORGANIZATIONAL ID #, if any |
|---|---|---|---|---|
| XXXXX0272 | | TRUST-SPV | continental / International | E13933229 ☐ NONE |

**8. AMENDMENT (COLLATERAL CHANGE):** check only one box.
Describe collateral ☐ deleted or ☒ added, or give entire ☐ restated collateral description, or describe collateral ☐ assigned.

THIS IS ACTUAL CONSTRUCTIVE NOTICE OF QUANTUM-ABSTRACT TITLE-CLAIM OWNERSHIP, BY THIS ABSTRACT-QUANTUM-COPYRIGHT-COPYCLAIM KNOWLEDGE OF THE TITLES HEREIN MENTIONED, SUCH AS; ISA MUHAMMAD,ISA ALIHAD MAHDI,BABA,ISA ABD'ALLAH MUHAMMED,ISSA AL HAADI AL MAHDI,MALAKAI Z. YORK,MALACHI Z. YORK, MALACHI Z. YORK EL, DR. MALACHI Z. YORK EL, DR. MALACHI Z. YORK, DWIGHT YORK, DWIGHT D. YORK, DWIGHT P. YORK, ISA MUHAMMED: NOT EXCLUDING ASSOCIATED FILE NUMBERS-1:07-cv-01297-EWM-KLM, 1:06-cv-00807-ZLW,5:07-cv-90001-CAR-GMF, 02-00027-CR-CAR-5-1, 5:02-CR-27-CAR, "et al":

**"SEE ATTACHMENTS"**

**9. NAME OF SECURED PARTY OF RECORD AUTHORIZING THIS AMENDMENT**

**9a. ORGANIZATION'S NAME:** EL,MALACHI Z. YORK,CESTUI QUE TRUST(AUTHORIZED REPRESENTATIVE / TRUSTEE)

| 9b. INDIVIDUAL'S LAST NAME | FIRST NAME | MIDDLE NAME | SUFFIX |
|---|---|---|---|
| | | | |

**10. OPTIONAL FILER REFERENCE DATA**
The Secured Party, Authorized Representative, Seller/Bailee,Grantor/Guarantor,Beneficiary, Specie Surety(Not Corporate Surety)Trustee: Malachi Z. York El©℠ / Malachi Z. York El©℠

FILING OFFICE COPY — NATIONAL UCC FINANCING STATEMENT AMENDMENT (FORM UCC3) (REV. 07/29/98)
FORM SHOULD BE TYPEWRITTEN OR COMPUTER GENERATED

TYPE YEAR UCC#

442003002189

FILED
DEKALB CO. GA.

MAR 14  3 30 PM '03

CLERK OF SUPERIOR COURT
DEKALB COUNTY, GA.

## UCC FINANCING STATEMENT ADDENDUM

FOLLOW INSTRUCTIONS (front and back) CAREFULLY

9. NAME OF FIRST DEBTOR (1a or 1b) ON RELATED FINANCING STATEMENT

9a. ORGANIZATION'S NAME: **DWIGHT YORK**

9b. INDIVIDUAL'S LAST NAME: **YORK**  FIRST NAME: **DWIGHT**  MIDDLE NAME, SUFFIX:

10. MISCELLANEOUS:

THE ABOVE SPACE IS FOR FILING OFFICE USE ONLY

11. ADDITIONAL DEBTOR'S EXACT FULL LEGAL NAME

13. ADDITIONAL SECURED PARTY'S or ASSIGNOR S/P'S NAME

16. Additional collateral description:

**SEE ATTACHMENTS**

FILING OFFICE COPY — NATIONAL UCC FINANCING STATEMENT ADDENDUM (FORM UCC1Ad) (REV. 07/29/98)

**FORM SHOULD BE TYPEWRITTEN OR COMPUTER GENERATED**

TY P YEAR UCC#

442003002189

FILED
DEKALB CO. GA.

## UCC FINANCING STATEMENT
FOLLOW INSTRUCTIONS (front and back) CAREFULLY
A. NAME & PHONE OF CONTACT AT FILER [optional]

B. SEND ACKNOWLEDGMENT TO: (Name and Address)

In Care of:
Dwight York
196 Alps Road #2-381
Athens Georgia [30606]

MAY 14  3 30 PM '03

CLERK OF SUPERIOR COURT
DEKALB COUNTY, GA.

THE ABOVE SPACE IS FOR FILING OFFICE USE ONLY

1. DEBTOR'S EXACT FULL LEGAL NAME

| 1a. ORGANIZATION'S NAME | | | | |
|---|---|---|---|---|
| DWIGHT YORK | | | | |
| 1b. INDIVIDUAL'S LAST NAME | FIRST NAME | MIDDLE NAME | | SUFFIX |
| YORK | DWIGHT | | | |
| 1c. MAILING ADDRESS | CITY | STATE | POSTAL CODE | COUNTRY |
| 196 ALPS ROAD #2-381 | ATHENS | GA | 30606 | US |

2. ADDITIONAL DEBTOR'S EXACT FULL LEGAL NAME

3. SECURED PARTY'S NAME

| 3a. ORGANIZATION'S NAME | | | | |
|---|---|---|---|---|
| 3b. INDIVIDUAL'S LAST NAME | FIRST NAME | MIDDLE NAME | | SUFFIX |
| York | Dwight | | | |
| 3c. MAILING ADDRESS | CITY | STATE | POSTAL CODE | COUNTRY |
| 196 Alps Road | Athens | Ga | [30606] | USA |

4. This FINANCING STATEMENT covers the following collateral:

All of debtor's assets, land and personal property, and all of debtor's interest in said assets, land, and personal property, now owned and hereafter acquired, now existing and hereafter arising, and wherever located, described fully in security Agreement DY-01252003-SA dated the Twenty Fifth Day of the First Month in the year of My Creator Two Thousand and Three, in favor of assignee, new secured party of record, Dwight York©™. Inquiring parties may consult directly with debtor for ascertaining, in detail, the financial relationship and contractual obligations associated with this commercial transaction, identified in security Agreement referenced above. Adjustment of this is in accord with UCC §§ 1-103, 1-104, and House Joint Resolution 192 of June 5, 1933. Secured Party accepts debtor's signature in accord with UCC §§ 1-201 (39), 3-401

DWIGHT YORK ©™         Dwight York ©™ UCC 1-207

FILING OFFICE COPY — NATIONAL UCC FINANCING STATEMENT (FORM UCC1) (REV 07/29/98)
**FORM SHOULD BE TYPEWRITTEN OR COMPUTER GENERATED**

# GSCCCA.org
### THE GEORGIA SUPERIOR COURT CLERKS' COOPERATIVE AUTHORITY

Help | Site Map | Glossary | Comments



### GEORGIA UCC INDEXES

**Basic Name Search**
Name searched: **EL, MALACHI Z. YORK, CESTUI QUE TRUST**
County searched: **entire state**
Search Type: **organization**
Query made: 9/26/2008 11:33:38 AM

Table Display Type:
1 Line
1 Record Found Page 1 of 1

Display: 10 results per page.

| Select | File Number | Document Type* | Secured Party | Date Filed | Original File Number |
|--------|-------------|----------------|---------------|------------|----------------------|
| ☐ Debtor: EL, MALACHI Z YORK, CESTUI QUE TRUST ||||||
| ☑ | 044-2007-004525 | Original | YORK, DWIGHT / MALACHI D./Z-EL | 11/27/2007 1:09:00 PM | N/A |

*\* Instruments with multiple secured parties are repeated for each secured party. Assignees are designated with an asterisk(\*).*



1 Record Found Page 1 of 1

**Search Disclaimer**

UCC-1 Copyright 2008 © Georgia Superior Court Clerks' Cooperative Authority. All rights reserved. Terms of Use.
This site is best viewed with Internet Explorer 5.5 or higher or Netscape 7.0 or higher.

FROM :6782989623<<          FAX NO. :6782989623          Feb. 26 2009 06:34PM P1

```
                                    Business        20 Pg  511
                                    Filed and Recorded Nov-30-2007 12:20pm
                                         2007-0330364
                                         Cathelene Robinson
                                         Clerk of Superior Court
                                         Fulton County, Georgia
```

## APPLICATION TO REGISTER A BUSINESS
## TO BE CONDUCTED UNDER A TRADE NAME

### STATE OF GEORGIA
### COUNTY OF FULTON

The undersigned hereby certifies that (they are) (it is) (he is) (she is) conducting a business

in the city of ___Atlanta_____, county of Fulton,

State of Georgia, under the name:

___MALACHI Z. YORK©™ (RRS70930460US, RRS70932487US, RR059445061US)___ *Privately owned Ownership* *Established in the year*
**TRADE NAME**

and that the nature of the business is: World-Wide-International-Coastal-Messenger-Company, Transmitting-Utility, CESTUI QUE TRUST, and Copyright Claim Private Corporation Established in the year 1993, named after claim Malachi Z. York, Living Principal, Secured Party, specie surety, not corporate surety;

and that said business is composed of the following (✗)person (✓) corporation (✓) partnership:

| Name (s) | Address (s) |
|---|---|
| All Eyes On Egipt Bookstore/Messenger Co. | * World-Wide |
| Holy Tabernacle Ministries | * World-Wide |
| Ancient Egiptian Order | * World-Wide |

This affidavit is made in compliance with GA Code Annotated, Title 10, Chapter 1, Section 490.

Sworn and subscribed before me

This 5 day of August, 2007 ; Malachi Z. York/Dwight
_____        Applicant
Notary Public                    _____
                                 Applicant

*Filing instructions: Mail the original, notarized application to Juanita Hicks, Clerk of Superior Court, 136 Pryor St. SW, Atlanta, GA 30303. The filing fee is $29.00 payable to Juanita Hicks, Clerk of Superior Court. If you have questions about the recording process, please contact the Clerk's Office Recording Division at 404-730-5371. Publication fees are required by law. Contact the Fulton County Daily Report at 404-521-1227 for information on publication.*