**EXHIBIT 9**

# JUDICIAL NOTICE OF MACON TELEGRAPH TIMELINE OF EVENTS

# Timeline of Nuwaubian events

## Macon Telegraph/May 9, 2002

**Jan. 15, 1993** - Dwight York, aka Malachi Z. York, buys 476 acres at 404 Shady Dale Road from Arne and Sandra Gay Lassen for $975,000. York and his followers from the Ansaaru Allah Community begin moving from Sullivan County, N.Y., to the property and surrounding communities.

**Jan. 1, 1997** - Howard Sills takes office as sheriff of Putnam County.

**April 10, 1997** - Nuwaubians refuse to let building inspector J.D. "Dizzy" Adams onto the property to inspect construction. When Adams returns the next day with Sills, the Nuwaubians allow them onto the property, where Adams finds a building under construction that has not been issued a permit. Victor Greig, acting as York's representative in building and zoning matters, is cited for building without a permit. The same day, Adams issues Greig a permit for a 100-by-50-foot metal storage building with limited electricity.

**March 9, 1998** - After seeing an Atlanta television news report about the Nuwaubians in which the "Rameses Social Club" is featured, Sills and Adams return to 404 Shady Dale Road, because the Nuwaubians had not secured permits for a nightclub. Nine days later, Greig is cited by Sills and the state fire marshal for violations regarding the nightclub. Rameses is the 100-by-50-foot metal storage building with numerous additions, including bathrooms, extensive lighting and sound equipment, larger dimensions and an Egyptian-style facade.

**April 20, 1998** - Magistrate Judge Sylvia Huskins finds Greig guilty of violations of zoning and fire codes and fines him $45,750 - a total calculated for each day that Rameses was open in violation of the codes. The Georgia Court of Appeals later reduces the fine to $2,500 but upholds the conviction.

**May 5, 1998** - Sills sues York and others at the property seeking an injunction preventing use of the Rameses nightclub. Also in May, the Nuwaubians file a zoning request in which they announce plans to build an "Egyptian theme park" comparable to Busch Gardens in Florida. That zoning request is denied in November.

**Jan. 4, 1999** - Putnam County Attorney Dorothy Adams and law partner and husband Frank Ford file lawsuit 99-CV-1-1, seeking to prevent the Nuwaubians from using the property for anything other than residential or agricultural purposes. Under this lawsuit - which ends three years later - numerous contempt of court and other pleadings are filed by both sides, and a bitter battle between the county and the Nuwaubians over zoning and building permits begins. York and others are named as defendants in the suit, along with 1 to 200 John Does and 1 to 200 Jane Does, representing unnamed Nuwaubians.

**May 20, 1999** - Superior Court Judge John Lee Parrott issues a permanent injunction ordering Rameses to be padlocked and not used, and giving Sills the authority to enter the property during certain hours to inspect the building. The order allows for the Nuwaubians to restore the building to its original permitted state or to seek zoning to allow for the nightclub.

**June 11, 1999** - As the annual Nuwaubian week-long celebration known as "Savior's Day" - marking York's birthday - approaches, Superior Court Judge Hugh V. Wingfield III orders York to appear in court on a contempt motion filed by the county. York does not appear as ordered June 22. Wingfield also orders several buildings on the property to be padlocked by the sheriff.

Case 5:02-cr-00027-CAR-CHW    Document 407-15    Filed 03/02/09    Page 4 of 8

**June 25, 1999** - Savior's Day celebration begins. Members are barred from entering buildings at the Nuwaubian village but proclaim, "We love the sunshine." Gov. Roy Barnes meets with Sills in Atlanta to discuss the timing of York's contempt hearing during Savior's Day.

**June 29, 1999** - With some 500 Nuwaubians packed inside and outside the County Courthouse and another 200 law enforcement officers waiting at nearby locations, York appears in court for the contempt hearing. Wingfield orders the courtroom emptied of all but the principal parties. After two hours behind closed doors, attorneys for both sides emerge claiming agreements were reached. The case, however, will drag on.

**Sept. 15, 1999** - Civil rights leader Al Sharpton visits the Nuwaubian village to address a crowd of about 150 Nuwaubians. Sharpton accuses county officials of persecuting Nuwaubians because of York's teachings. York makes a rare appearance before the media and delivers a speech to the crowd in which he calls white people "the devil" and says they should "go home" to Europe.

**Feb. 17, 2000** - The brother of actor Wesley Snipes confirms plans to purchase more than 200 acres adjoining the Nuwaubian village, where he plans to build a "security guard training facility." A Snipes spokeswoman says the actor has no connection to the Nuwaubians. The county later denies permit requests that would have cleared the way for the sale of the land to Wesley Rudy Snipes, the actor's brother. A court action filed by the current property owner, Stanley Bishop, is still pending.

**May 23, 2000** - Pauline Rogers becomes the second of two women to file child support actions claiming York is the father of her son and daughter. Though a summons was issued, York never appeared in court, and Rogers later dropped the action. The other woman, [Ms. P.], filed her action through the state Department of Human Resources' child support recovery office. Her action claims York is the father of her son. [Ms. P.] still has an action pending against York.

**June 15, 2000** - The Putnam County Board of Registrars begins purging primarily Nuwaubians who the county claims no longer or never did live in the county from its voter rolls during what will become a series of meetings. The Nuwaubians claim discrimination and file a federal lawsuit, threatening to hold up the July 18 primary election. A three-judge panel sides with the county on its procedure for purging the voter rolls, allowing the election to take place. Nearly 200 people were challenged, and dozens of Nuwaubians were removed from the voter rolls.

**July 18, 2000** - Despite strong opposition from Nuwaubians on election day, Sills wins 72 percent of the vote. Throughout the day, Nuwaubians crowd at intersections in Eatonton encouraging voters to elect Sills' opposition.

**Oct. 16, 2000** - Nuwaubian contractor Bernard Foster is charged with slashing the tires on County Attorney Ford's vehicle at a local grocery store. Days before, a hearing had been held during which Ford said the county would issue certain building permits to the Nuwaubians. But when the Nuwaubians attempted to get the permits, the county building inspector said the group provided inadequate information. Foster pleads guilty six months later and is banished from the judicial circuit for three years.

**Jan. 1, 2001** - A new slate of county commissioners take office. District 3 Commissioner Steve Layson takes over the chairman position from Ralph Perdomo after defeating Perdomo in November. Sylbie Yon becomes the new commissioner in Layson's former district.

**April 27, 2001** - Rainbow/PUSH Coalition leader Jesse Jackson visits the Nuwaubian village, pledging solidarity with Nuwaubians in ongoing zoning and building dispute. Macon Mayor Jack Ellis is among those attending Jackson's speech.

**May 4, 2001** - County Commission in a 3-2 vote fires Dorothy Adams as county attorney, claiming

the commission wishes to "move in a different direction," though during her four years as county attorney, the county did not lose a lawsuit. Layson and Yon say the firing does not indicate a change in policy toward the Nuwaubians.

**Feb. 8, 2002** - A non-jury trial before Wingfield ends 99-CV-1-1. Wingfield gives the Nuwaubians 90 days to provide all necessary information to the county building and zoning office to obtain any building permits still outstanding. York is dismissed from suit as a quit claim deed is filed, giving ownership of the property to nine individuals who, since June 1999, have claimed to be the owners of the property. The check to pay the fee at the clerk's office to record the deed was drafted from the account of the new county attorney's law firm. New County Attorney Bob Prior says he has asked York's attorney to reimburse him the $16.

**March 7, 2002** - Now calling the Rameses nightclub a "fellowship hall" on permit applications, the Nuwaubians apply for a building permit that will clear the way for the group to begin using the building for the first time since it was padlocked in 1999. The building does not have to be taken back to its original 100-by-50-foot metal storage building status. Sills appeals the issuance of the permit; the appeal is scheduled to be heard by the Putnam County Planning and Zoning Commission next month.

**May 8, 2002** - FBI agents and Putnam County sheriff's officers raid the Nuwaubian village.

**To see more documents/articles regarding this group/organization/subject <u>click here</u>.**






| Home | Archive | Cult News | Search | Getting Help | Forum | Mind Control | Links |
| Contact Us | About Us | What's New | Headlines | Site Guide | Books | Help Us | FAQ |

# Nuwaubian leader York working on his public image

## The Macon Telegraph /July 22, 2001
## By Rob Peecher

Eatonton --- Malachi York, the leader of the United Nuwaubian Nation of Moors, is undergoing his latest metamorphosis --- associating himself with a new organization and reworking his public image.

York, the leader of the self-styled fraternal organization, has in recent weeks been identified as the "imperial grand potentate of the International Supreme Council of Shriners" and has been tied to the numerous recent charitable activities of the "Al Mahdi Shrine Temple No. 19."

York, who Nuwaubians now say is their retired pastor, has been called in Nuwaubian literature the group's savior and has been the leader of the group since before its move from New York to Putnam County in 1993.

York's public image in recent years has been marred by conflicts between the Nuwaubians and Putnam County's governing officials over building and zoning disputes. Some of the Nuwaubians' leading members have pleaded guilty to or been convicted of criminal charges in Eatonton and Milledgeville. But in recent weeks, York and Al Mahdi Shrine Temple No. 19 have been publicizing their involvement in charitable activities in Macon, Eatonton and Athens.

While York is the self proclaimed imperial grand potentate of the International Supreme Council of Shriners Inc., presumably the sanctioning body for the Al Mahdi temple, more traditional Shriners do not recognize the Al Mahdi Shrine Temple as being legitimate.

Gary Lemmons, grand master of the Most Worshipful Grand Lodge of Free and Accepted Masons for the State of Georgia, said there are four recognized Shrine temples in Georgia.

"The organization functioning in and about Middle Georgia, known as Al Mahdi Shrine Temple No. 19, is not one of those" four, Lemmons said. "The Most Worshipful Grand Lodge of Free and Accepted Masons for the State of Georgia does not recognize the organization known as Al Mahdi Shrine Temple No. 19 as Masonic or Shrine affiliated."

Last weekend, Al Mahdi Shrine Temple No. 19, with York present, donated $20,000 to the Make-A-Wish Foundation, according to a news release from the Al Mahdi Shrine Temple and media reports. The $20,000 was raised during a July 4 "Olympics" for handicapped children and adults, according to the news release.

The group, along with the Black Men of Athens, also donated some 3,000 cans of food to the Northeast Georgia Food Bank, the Athens Area Emergency Food Bank and the Salvation Army Homeless Shelter, all located in Athens, where York lives.

Marshall Chance, a pastor with Holy Tabernacle Ministries, another Nuwaubian-affiliated group, said there is no connection between the Nuwaubians and Al Mahdi Shrine Temple No. 19. Instead, Chance said, Al Mahdi donated $10,000 to the Holy Tabernacle Ministries to pay for electricity bills.

"As far as it being a Nuwaubian type thing, I don't think so," Chance said. "To refer to them as Nuwaubians would actually take away from what they're doing as Shriners."

Chance said he saw reports on television about the $20,000 Make-A-Wish Foundation donation, and "we were able to get in touch with (Al Mahdi), and they gave us $10,000 for our children's fund."

Thomas Chism, who identified himself as grand potentate of Al Mahdi No. 19, also denied to Athens Banner-Herald reporter Jim Thompson that the Nuwaubians and Al Mahdi are linked, according to Thompson. But Chism was at one time York's agent responsible for obtaining building permits at the Nuwaubians' 476-acre village at 404 Shady Dale Road in Putnam County --- the same address identified as the "Al Mahdi Shrine Park" in a news release.

In April 2000, Chism was convicted of giving false statements and writings and banished from the Ocmulgee Judicial Circuit, of which Putnam County is a part, for three years. Al Woodall, the current agent for the property owners of the village, known by Nuwaubians as "Tama-Re" or "Egypt of the West," is president of the Black Men of Athens.

Several Nuwaubian and Al Mahdi Shrine Temple contacts did not return calls or refused to comment about York's new group or its connection to the Nuwaubians. But a news release from the Al Mahdi Shrine Temples claims the "thousands" of charitable dollars being raised by the group will not be given to charities in Putnam County because of the problems the Nuwaubians have had there.

"Because of the ongoing battle between the Nuwaubians and the Putnam County Officials that have shown outright racism against the fraternal group, planned intentions to donate to the local organizations here in Putnam have been aborted. All donations will go to charities in other counties in Georgia," the news release stated.

"We will raise thousands of dollars from all over the world for the benefit of physically disabled children," the news release continued. "It's a loss for the residents of Putnam County that they allowed Sheriff (Howard) Sills and Francis Nearn Ford with their seemly racist actions to interfere with the county receiving thousands of dollars. ... It is evident to see that Putnam County's natural resources are diminishing daily and many of their utilities are in need of serious repair, in actuality the county is dying."

Ford, the husband and law partner of the former county attorney, handled much of the county's litigation against the Nuwaubians. This is not the first time the Nuwaubians have linked themselves with Masons. Last year, the Nuwaubians attempted to get the "Rameses Social Club," a warehouse that has been at the heart of the legal battles between county officials and the group, permitted as a Masonic lodge.

And in May, the Nuwaubians put down $25,000 in earnest money on the Al Sihah Shrine Temple on Poplar Street in Macon. The Shrine Temple is being sold for $800,000, and Al Sihah Shrine attorney and member Charles Lanford said the Nuwaubians have put down another $25,000.

"Their contract has expired," Lanford said. "They got an extension, and as consideration for that extension they put $25,000 down. But they still haven't closed." Lanford said there are other potential buyers, but so far, no one has closed on the property. "If the Nuwaubians happen to close before (other buyers) get us on contract, then we sell to them," Lanford said.

The Al Mahdi Shrine Temple is only the latest in a long history of organizations under York. Before coming to Georgia, the group had several different names and associated itself with different religions. In 1967, York founded the Ansaar Pure Sufi mission in New York City. In 1969, the group began incorporating traditional African culture and changed its name to Nubian Islamic Hebrews.

For several years prior to coming to Georgia, the group was known as the Ansaru Allah community, a segregationist sect that incorporated Muslim traditions. York, whose given name is Dwight York,

was then known as Isa Muhammad.

When the group migrated to Putnam County, Nuwaubians dressed in cowboy-type garb and claimed York was an extra-terrestrial from the planet "Rizq." Since then, the Nuwaubians have claimed heritage to Native Americans and ancient Egyptians.

Members of the United Nuwaubian Nation of Moors have decried claims by Putnam County officials and others that the group is a cult and instead refer to themselves as a fraternal organization, sometimes claiming to be a religion and sometimes denying it.

## At a glance:

The Nuwaubians, primarily consisting of African Americans, first came to Putnam County in 1993 from Brooklyn, N.Y., where they were known as the Ansaru Allah community, a sect which incorporated Muslim traditions. Nuwaubian leader Malachi York was then known as Isa Muhammad.

Nuwaubians initially dressed in cowboy-type garb and claimed York was an extra-terrestrial from the planet "Rizq." The group has since claimed heritage to the Native Americans and the Egyptians. At times they claim to be a religious group but at others say they are a fraternal organization. In some Nuwaubian literature, York is referred to as their savior or god.

**To see more documents/articles regarding this group/organization/subject click here.**



 

| Home | Archive | Cult News | Search | Getting Help | Forum | Mind Control | Links |
| Contact Us | About Us | What's New | Headlines | Site Guide | Books | Help Us | FAQ |