**EXHIBIT 10**

# JUDICIAL NOTICE OF PICTURES OF SECURED PARTY

# Malachi York El:©™





http://www.nndb.com/people/538/000026460/malachi-york.jpg                    2/27/2009