**EXHIBIT 11**

# JUDICIAL NOTICE OF AFFIDAVITS OF RECANTMENTS

# AFFIDAVIT OF TAARIQ "DAVID" NOEL

Fulton County

I, TAARIQ NOEL, being first duly sworn and being competent to testify and having personal knowledge of the facts herein, states as following:

1. My name is Taariq Noel. I was born October 25, 1985. I make this affidavit of my own free will. No one has threatened or coerced me to make it. Nor have I been offered anything of value in return for making this affidavit. I am prepared to make this affidavit in order to tell the truth and let it be known.

2. I am hereby affirming that the majority of my testimony at the Federal criminal trial of Dwight York (Malachi York) was false, specifically in the area of my personal sexual activity. I am also stating that I did not engage in any type of sexual activity with Mr. York including oral sex or anal sex. Nor did I witness Mr. York engage in sexual activity or any inappropriate sexual behavior with any minors or adults.

3. I deny having any sexual involvement with Mr. York in upstate New York at age 7 or any age.

4. I deny having watched or seen any pornographic cartoons or inappropriate adult material with Mr. York nor any adult specifically Chandra Lampkin "Najlaa" at any time.

5. I deny being involved in any sexual activity or witnessing any inappropriate behavior with Mr. York or any adults as I testified in court specifically Kathy Johnson, Chandra Lampkin "Najlaa" or Khadijah Merrit "Mucullah" while living in Eatonton Georgia.

6. I deny having or witnessing any sexual intercourse including oral nor anal involving Khalid Eddington "Eddie", Issa Johnson, and Abdal Salaam "Shilemooh" with Mr. York, Kathy Johnson, Chandra Lampkin "Najlaa" or Khadijah Merrit "Mucullah".

7. I testified falsely against Malachi York, Kathy Johnson, Chandra Lampkin "Najlaa" and Khadijah Merrit "Mucullah" for several reasons. The main reason was the threats made against me by FBI agent Joan Cronier and FBI agent Richard Moultrie. I was told by Joan Cronier that if I denied the allegations that my mother would be incarcerated for fraud.

Exhibit J8

8. I didn't know my legal rights and I was told that several individuals involved my name falsely in these allegations. At that age you don't know that you can disagree with the FBI.

9. The specifics of my testimony come from stories that were forced on me by FBI agents Joan Cromer and Richard Moultrine. I felt trapped to go along with the allegations in order to protect my family including my mother Barbara Noel, and my sisters Nicole Lopez and Amusha Noel from the threats of being incarcerated.

Signed _____Tarriq Noel_____

Print _____Tarriq Noel_____

I HEREBY CERTIFY that on this 12th day of July, 2007, before me, the subscriber, a Notary Public in and for the State and County aforesaid, personally appeared

_____Tarriq Noel_____, known to me, or satisfactorily proven, to be the person whose name is subscribe to the within instrument and did acknowledge that executed the same for the purposes therein contained.

IN WITNESS WHEREOF, I have hereunto set my hand and seal the day and year aforesaid.

                                                                Notary Public

                        GUINEA BOLSTON
                        NOTARY PUBLIC, CLAYTON COUNTY, GEORGIA
                        MY COMMISSION EXPIRES SEPT. 30, 2007
My Commission Expires:

## AFFIDAVIT OF RADEYA MUHAMMAD

STATE OF GEORGIA
COUNTY OF FULTON

I, RADEYA MUHAMMAD, being first duly sworn and being competent to testify and having personal knowledge of the facts herein, states as follows:

1. My name is Radeya Muhammad. I am 22 years of age and reside in Orlando Florida. I make this affidavit of my own free will. No one has threatened or coerced me to make it. Nor have I been offered anything of value in return for making this affidavit. I am prepared to make this affidavit in order to tell the truth and let it be known.

2. On March 25, 2002 I was taken by my father to the FBI Office in Orlando, Florida and was questioned by FBI agent Savage. My father, Hamdha A. Muhammad was present and did most of the initial talking. I was 17 years old at the time.

3. Prior to meeting with the F.B.I. my father had been in contact with Sheriff Sills for years in relationship to his visitation efforts to see me. It is alleged that my father could not enter the land. My father did not agree with me and my mother moving in and living on the land (404 Shady Dale Road, Eatonton, GA). The dispute between my mother, Haroline Herbert and my father was the reason my father was not allowed to visit.

4. I was told that I was important to the case against Malachi York because Habibah Washington had told the FBI about me. I was asked questions about Malachi York and my involvement with Nuwaubians.

5. My father, Hamdha A. Muhammad filed a Civil Suit in Clark County Georgia against Malachi Z. York one month after the arrest of Mr. York. This civil suit has since been dismissed.

6. I was told by the agent that they knew what had happened on the land and what happened to me. They lied to me and told me that Malachi York was already arrested and my statements would not make a difference and I was scared so I went along to just get it over with.

7. I personally feel that statements attributed to me in the F.B.I interview of March 25, 2002 are not my words. There are many, many, inaccuracies. My relationship with Mr. York was like a father- step daughter relationship.

1

8. They told me that others mentioned my name as being molested by Malachi. They (FBI) gave me details of what others allegedly said and I was told by everyone to admit to it and go along.

9. I felt pressured and coerced into cooperating with the F.B.I. I figured that if I didn't cooperate, that I would be going to jail.

10. I was subpoenaed to testify, and did testify before the grand jury of the State of Georgia out of fear and previous intimidation by detectives and FBI agents during interviews.

11. I never had sexual relations or sexual activity with Malachi York. I never witnessed Malachi York having sexual activity with anyone. I do not know of anyone he has ever molested. I do not know of any minors he has ever had sex with. This includes Krystal Harden, Amala Noel, Samaiyah Ellis, Safa'a LaRoche, Salha Eddington, Husna, and Hasna Evans.

I HEREBY CERTIFY that on this 20 day of _May_, 2007, before me, the subscriber, a Notary Public in and for the State and County aforesaid, personally appeared _Rodney Muhammad_, known to me, or satisfactorily proven, to be the person whose name is subscribed to the within instrument and did acknowledge that executed the same for the purposes therein contained.

IN WITNESS WHEREOF, I have hereunto set my hand and seal the day and year aforesaid.

_Rodney V. (signature)_                                   Notary Public

My Commission Expires.                                    _(signature)_

STEVEN GRIFFETH
NOTARY PUBLIC DEKALB COUNTY, GA
MY COMMISSION EXPIRES APRIL 15, 2008

2

## AFFIDAVIT OF EBONY HILL

District of Columbia

I, EBONY HILL, being first duly sworn and being competent to testify and having personal knowledge of the facts herein, states as follows:

1. My name is Ebony Hill. I was born on February 3, 1977. I make this affidavit of my own free will. No one has threatened or coerced me to make it. Nor have I been offered anything of value in return for making this affidavit. I am prepared to make this affidavit in order to tell the truth and let it be known.

2. I am hereby affirming that the majority of my testimony at the Federal criminal trial of Dwight York (Malachi York) was false, specifically in the area of my personal sexual activity or relations with Mr. York and my witnessing Mr. York having sexual activity or relations with other children.

3. I deny having sexual relations or activity with Mr. York when I was about 13-14 years old in upstate New York or "Nubia" as we called it. I completely deny having sexual relations or activity with Mr. York in the State of New York.

4. I deny witnessing Mr. York having sexual relations or activity with any minors at any time-whether it was New York or Georgia. This includes the persons I named that I witnessed him having sexual relations and activity with in New York, including Sakinah Parham, Nicole Lopez, Chandra Lankin.

5. I deny having sexual relations or activity with Mr. York in Georgia while I was under seventeen (17) years of age.

6. I deny having sexual relations or activity with Mr. York at Disney World.

7. I affirm that Mr. York is the father of my son, born when I was eighteen (18) years old.

8. The reasons I testified untruthfully against Mr. York at trial is because I was personally angry at Mr. York. I was angry because I felt at the time that I was mistreated, neglected and shunned by the father of my son. I was jealous and envious of other women who had gained his favor and attention. I was bitter at him because of the way he allowed me to be treated on the land and not allowed to leave. I was also bitter because I wanted to have fun and experience the things that life had to offer and Mr. York would not allow me. I was vindictive and wanted to pay him back for the above perceived wrongs.

Exhibit J-5

9. I came forth with my allegations because I was afraid that I would be prosecuted for neglect. The community (Nuwaubians) and other mothers of children on the land (404 Shady Dale Road) of was saying that all persons who were involved and did not come forward to help were going to be prosecuted for the neglect of their children.

10. I also felt pressured because at trial time the government told me they were aware of some alleged bank fraud activities involving my boyfriend and myself.

Signed _Ebony Hill_

Print _Ebony Hill_

I HEREBY CERTIFY that on this 23 day of May, 2007, before me, the subscriber, a Notary Public in and for the State and County aforesaid, personally appeared _Ebony Hill_, known to me, or satisfactorily proven, to be the person whose name is subscribed to the within instrument and did acknowledge that executed the same for the purposes therein contained.

IN WITNESS WHEREOF, I have hereunto set my hand and seal the day and year aforesaid.

_Notary Public_

My Commission Expires:

HARRIS S. AMMERMAN
Notary Public, District of Columbia
My Commission Expires November 14, 2008

## Affidavit of Ebony Richards

State of Georgia
County of Clarke
Ebony Richards personally came and appeared before me,
The undersigned notary, the within named EBONY M RICHARDS
Who is a resident of CLARKE County, State
Of GEORGIA, and makes this her statement and Affidavit
Upon oath and affirmation of belief and personal knowledge that
The following matters, facts and things set forth are true and correct
To the best of her knowledge.

My name is Ebony Richards born November 20, 1980. My maiden name is Ebony Henry. I have been married to Gerald Richards since July 22, 2002. I am 26 years of age and reside in Athens, GA. I make this affidavit of my own free will. No one has threatened me or coerced me to make it. Nor have I been offered anything of value in return for making this affidavit.

On February 11, 1995, at the age of 14 years old, I moved onto the property at 404 Shady Dale Rd. in Eatonton, GA. I resided there until August, 2004.

I, Ebony Richards state for the record that Malachi Z. York has never molested, raped, touched or behaved in any indecent or inappropriate manner towards me in any form or fashion, nor have I seen Mr. Malachi Z. York molest, rape, touch, or behave indecent or inappropriate towards any other child, adult etc.. Malachi Z. York and myself, Ebony Richards have never engaged in sexual activities of any kind, form or fashion together. I, Ebony Richards have never engaged in sexual activities of any kind, form or fashion with other individuals in the presence of Malachi Z. York.

I, Ebony Richards state for the record that I have never witnessed Malachi Z. York having or engaged in any sexual activities of any kind, form or fashion with the following individuals- Amala Noel, Safaa La Roache, Salha Eddington, Arlene Hamilton.

I, Ebony Richards state that while living in Eatonton, GA, I never was witness to nor participated in any video of pornographic or sexual nature with anyone including Malachi Z. York.

Dated the JUNE 07 day of 07, 2007.
_Ebony M Richards_
Signature of Affiant
Sworn to and subscribed before me, this is the 7th day of
June, 2007.
Notary Public
My Commission Expires: March 7, 2010

## AFFIDAVIT OF HABIYBAH WASHINGTON

STATE OF GEORGIA )
                 )SS.:
COUNTY OF DEKALB)

HABIYBAH WASHINGTON, duly sworn, deposes and says:

1. I am 28 years of age and reside in Brooklyn, New York. I make this affidavit of my own free will. No one has threatened or coerced me to make it. Nor have I been offered anything of value in return for making this affidavit. I understand that in light of my previous testimony and my statements to Federal agents and an Assistant U. S. Attorney, I can be prosecuted for perjury and other crimes. In spite of the risk I am putting myself in, I am prepared to make this affidavit in order to make up for my previous perjury.

2. In May 2001, I had a conversation with Jacob York at his house. Also present were Nuh and Rashid. Jacob told me that I should go to the FBI with a story because there were rumors going around that some people were speaking to the FBI, that the FBI had my name, and that they knew that I was in charge of the land for some period of time. He said that there were rumors that some children were telling the FBI that they had been molested and that the kids mentioned my name and said that I knew about what was going on. He told me to go to the FBI first and that I should not wait for the FBI to come to me and ask me about it. I told him that I did not want to talk to the FBI and that I did not have any reason to talk to them. I told Jacob that I did not having any knowledge that anything wrong was going on. Jacob said that he wanted his father to go

1

to jail, that his father did not deserve to live, and that we could go to the land and kidnap all the little kids there so that nothing happens to them. I told Jacob that nothing was happening to the kids and nothing would happen to them. Jacob asked me to think about it, and the conversation ended.

3. On the way back from Florida, I had another conversation with Jacob. Farrah, ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮ were also in the car. Jacob again proposed that we go to the land to kidnap our little sisters and brothers. He again told me that I should go to the FBI and not wait for them to come to me with whatever they had on me because if I did not they could come after me. He said that whatever anyone said against me they could use against me. I believed him when he said that other people had gone to the FBI. He did not want to give me names. ▮▮▮▮ and I were listening. I told him that I did not want to tell a story against his father even though I was angry with Malachi. I told him that things were not good between Malachi and me and that we were just arguing all the time. Jacob said that he heard that Pops had sex with ▮▮▮▮▮▮▮ and he wanted me to confirm that. I told him that I never saw him have sex with any of these boys. He asked me over and over again, and I told him that I did not know anything about it and that he should talk to whoever it was who was telling him these things. I kept on telling him that I did not know anything. ▮▮▮▮▮▮▮▮▮ were saying why they were angry with Malachi. Jacob said that he was living for the day when he would see his father in jail. I asked him why he was so angry with his father. He told me that he thought his father had mistreated his mother and had a lot to do with her death. He said that his father was a coward and that he really did not believe that he should be living.

2

4. After we got back from Florida, we stayed at Jacob's house. The next day, Jacobs showed me a documentary about cults, Charles Manson, David Koresh, Jim Jones and a guy in California. I think his name was Marshall Applegate. He asked me to compare all of these stories with the way we grew up. He said that his father had grown up in the same way that these guys had, that they had the same mentality, that we were a cult. The thought had never occurred to me before. I had mixed reactions. I told him that some of the comparisons with those groups made sense but that I still did not believe that we grew up in a cult. He said that I just didn't know that we grew up in a cult because we were living in it.

5. I tried to contact my sister, Islah, who was still living on the land. I felt that I was getting the runaround from people on the land and at Athens. I told the lady whom I believed was giving me the runaround that if I couldn't talk to my sister matters were going to get worse. I was very angry. I told Jacob about what had happened on the phone, and he said you see this is what we are dealing with. This is the reason why we have to put and end to this, you should just be able to go up to the land and take your sister. He brought up the kidnapping thing again, and I told him that I didn't want to kidnap her and that if she wanted to leave she should just leave on her own. We started talking about living upstate, and he asked me when I started having sex with his father. I told him that it was when I was 17. He said that he didn't believe me and that it would help me if I said that I was thirteen when we first started having sex.

6. I finally talked to my sister. She told me that my father had been kicked out and was living on the streets. I was very angry with Malachi because of this, and I vented to Jacob. He told me that if I wanted to speak to the Sheriff I could. I told him

3

that I would talk to the FBI. He called the Sheriff and made arrangements. The next day Jacob and I went to the FBI Office.

7. They interviewed Jacob first, and I stayed in the car. Then about an hour later they called me up and interviewed me. I told him that I had sex with Malachi when I was thirteen. That was false. I had about four or five more interviews, possibly more. During this time, I was comparing notes with ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮ We stayed in touch by telephone and we told each other what had happened in each of our interviews. For example, the FBI asked me if I remembered that there was a naked picture taken of ▮▮▮ I told them that I didn't remember. But then I spoke to ▮▮▮ and she told me that she had told them that. So the next time I met with the FBI, I told them that I remembered.

8. In my initial interview, I told the FBI that for a period I had run the finances. They asked me how we kept our money and if we paid taxes. I explained to them everything about the finances. The first time structuring came up was when I interviewed in 2003 by IRS agents. I believe it was September or November of 2003. After the interview I called Jalaine, and FBI agent, and told her that I didn't understand the interview, that I didn't understand the purpose. I then had another interview with the IRS agents and Richard Moultrie. They asked if Malachi had ever told me not to sign reports. I told them No. One of them told me that ▮▮▮▮▮ had told them that he told her not to sign them. I told them that not to say Malachi was an angel, but that ▮▮▮ said that to cover her ass because she's the one who actually gave the bank tellers a hard time. They said that it was a possibility that Malachi could have said it to her, but that as far as I knew he had never said it to me. They asked if we broke down deposits so

4

that we didn't deposit more than ten thousand dollars. I told them, yes. They asked how I knew to do that. I told them that ▮▮▮▮▮▮▮▮ had explained to me how to do the finances. I do not remember if they asked me if Malachi knew about it.

9. Malachi has never done the deposits with us. I do not know if he knew that we were breaking down the deposits. He never told me or, to my knowledge, anyone else not to deposit more than $10,000 at a time.

10. During the interviews, the agents told me that I was doing the right thing, stay strong. They also reminded me that I could be incriminated on a lot of the charges myself, that I was doing this for the children, and that I was a victim myself. They said that the children needed me for this case, that I was the main witness.

11. I was never molested by Malachi York. I first had sex with him when I was seventeen years old and I did it voluntarily. He never forced me to have sex. I do not know of anyone he has ever molested. I do not know of any children he has ever had sex with. I never took any children to him for the purpose of sex. I did take children to his house to watch movies in his movie theaters and to play. He would have picnics with his children so he could spend time with him. I do not know if he has ever been involved in structuring of deposits or if he ever knew that we were doing it.

5

12. My lawyer and Jonathan Marks, Malachi York's lawyer, have explained to me that I am putting myself at risk by signing this affidavit. I know that, but I want the truth to come out. I do not believe that Malachi York should be in prison for crimes he did not commit.

HABIYBAH WASHINGTØN

Sworn to before me
April 23, 2004

NOTARY PUBLIC

