**EXHIBIT 12**

# JUDICIAL NOTICE OF EXTORTION FROM BARBARA NOEL

| | |
|---|---|
| Subj: | **EMERGENCY- YOUR PROMPT ATTENTION IS REQUIRED** |
| Date: | 9/8/02 10:01:53 AM Eastern Daylight Time |
| From: | bilqiya8el@hotmail.com |
| To: | Egipt3x3@aol.com |

Sent from the Internet (Details)

Let Doc know that I need 10 money orders for $500.00 @ , and they could be made out to me, for a donation, from different concerned members sent, to me at this address:

p.o. box 361448, Decatur, GA 30036-1448

I NEED this by tues. Sept. 10th.

This will show good faith on his part to honor his word that he will help me & the kids.

Tell him it is in HIS best interest to help me now, maybe "we" could talk and agree on something for our mutual benefit.

I expect a reply today from you, this way I know what I should do and plan for tomorrow.

This is very important....this is very serious

Join the world's largest e-mail service with MSN Hotmail. Click Here

---

THIS IS BARBRA NOEC DAVID, AMANDA, ADAH'S mother

SHe TRyed to BRIBE me

NOTE DATE 9/8/02

I HAD BEEN IN JAIL SINCE 5/8/02

AFTER THIS SHe met F.B.I.

send back a copy of this to me.

Monday, September 09, 2002 America Online: Egipt3x3