**EXHIBIT 13**

# JUDICIAL NOTICE OF AFFIDAVITS SHOWING PROSECUTORIAL MISCONDUCT

# AFFIDAVIT OF HANAAN MERRIT

## CLARKE COUNTY

I, HANAAN MERRIT, being first duly sworn and being competent to testify and having personal knowledge of the facts herein, states as following:

1. My name is Hanaan Merrit. I was born October 26, 1988. I make this affidavit of my own free will. No one has threatened or coerced me to make it. Nor have I been offered anything of value in return for making this affidavit. I am prepared to make this affidavit in order to tell the truth and let it be known.

2. I, Hanaan Merrit am stating for the record that Dr. Malachi Z. York never molested, raped, or sexually abused me in any way nor did I witness Dr. Malachi Z. York molest, rape or perform any sexual activity with anyone.

3. I, Hanaan Merrit am also stating that I have known Dr. Malachi Z. York most of my life.

4. I am affirming that on May 8, 2002, I was interviewed by Federal Agents Mary Mangrum and Lisa Speaker who questioned me about Malachi Z. York, of which I told them that I never met because I was out of mind and guns were pointing at me. I thought that I was going to die and I told them anything.

5. I am also affirming that on May 8, 2002, after being interviewed I was striped away from my family. Selha Eddington, Husna Evans, Hesna Evans, Issa Johnson and myself (all minors) were taken by strangers to a small house in Milledgeville, GA without our parents consent.

6. I being intimidated, scared and threatened was interrogated by Federal Agents being told by them that they know I was molested although I denied the allegations, they continued to badger me. They repeatedly told me that I was molested and covering up for Mr. York alleging that he claimed that he was going to kill me.

Exhibit J-1

7. I writing this to state that I was badgered, threatened and coerced by the Federal Agents in attempts to make statements against Malachi Z. York that were not true.

Signed _____

Print    Hanaan Merritt

I HEREBY CERTIFY that on this 13 day of June, 2007, before me, the subscriber, a Notary Public in and for the State and County aforesaid, personally appeared

Hanaan Merritt, known to me, or satisfactorily proven, to be the person whose name is subscribe to the within instrument and did acknowledge that executed the same for the purposes therein contained.

IN WITNESS WHEREOF, I have hereunto set my hand and seal the day and year aforesaid.

_____
Notary Public

My Commission Expires:

LAURIE WELCH
Notary Public, Paulding County, Georgia
My Commission Expires April 11, 2009

## AFFIDAVIT OF SAKINAH WOOD

STATE OF ALABAMA

I, SAKINAH WOOD, being first duly sworn and being competent to testify and having personal knowledge of the facts herein, states as following:

1. My name is Sakinah Wood. I was born February 3, 1982. I make this affidavit of my own free will. No one has threatened or coerced me to make it. Nor have I been offered anything of value in return for making this affidavit. I am prepared to make this affidavit in order to tell the truth and let it be known.

2. I, Sakinah Wood did reside on the property at 404 Shady Dale Rd from 1994 til 2004. I have known Dr. Malachi Z. York for most of my life and I am stating for the record that Dr. Malachi Z. York never molested, raped, inappropriately touched me, or abused me sexually in any way nor did I see nor witness Dr. Malachi Z. York molest, rape or perform any sexual activity with any minors or persons.

3. I am hereby affirming that I was interviewed by FBI agent Jalaine Ward, on May 8, 2002 and also two other agents were present FBI agent Sally Heintzysh and FBI agent Tracey Bradford.

4. Jalaine Ward asked me several questions pertaining to my knowledge of Mr. York and acts of sexual molestation of which I told them I had no knowledge. Jalaine Ward asked me the same questions repeatedly. My answers were consistent and truthful. I had no knowledge of any sexual molestation, rape, inappropriate touching or sexual abuse.

5. Jaline Ward then told me and I quote, "Well, Sakinah, you know, you're not saying this now, but sooner or later, it will come out, because Mr. York is never coming out!" Meanwhile, the other agents Sally Heintzysh and Tracey Bradford had their guns in my face.

6. They told me that if I did not comply with their allegations I would go to jail. At which point I felt pressured.

Exhibit J-2

7. I also, want to state for the record that FBI agent Jalaine Ward subpoenaed me outside of the courthouse in Brunswick Georgia. She stated and I quote, "Get on the right side!"

Signed _____

Print    Sakina Wood

I HEREBY CERTIFY that on this 16 day of June, 2007, before me, the subscriber, a Notary Public in and for the State and County aforesaid, personally appeared

_____Sakina Wood_____, known to me, or satisfactorily proven, to be the person whose name is subscribe to the within instrument and did acknowledge that executed the same for the purposes therein contained.

IN WITNESS WHEREOF, I have hereunto set my hand and seal the day and year aforesaid.

Notary Public _Kaliope Cleary_

My Commission Expires: 1/7/2009

## AFFIDAVIT OF SAMAIYAH JAMIYLAH ELLIS

STATE OF GEORGIA
COUNTY OF CLARKE

SAMAIYAH JAMIYLAH ELLIS, duly sworn, deposes and says:

1. My name is Samaiyah Jamiylah Ellis. I am 18 years of age and reside in Athens, Georgia. I make this affidavit of my own free will. No one has threatened or coerced me to make it. Nor have I been offered anything of value in return for making this affidavit. I am prepared to make this affidavit in order to tell the truth and let it be known.

2. It was May 16, I was at school at my last period and I was called to go to counseling office about an hour before it was time to leave school. I went to the counseling office to a room with three other people and they stated that they wanted to talk to me. I didn't know what it was about and I went in the room and they told me, this is between them and me, not anybody else and don't tell my mother and anybody else. It's just between us, and they were asking me questions about Dr. York. They asked me if I was ever molested by Dr. York. I told them no. Then one of the females told me they were having papers sent to me in regards if I had said anything to help the situation, what to tell them, what happened and what they think happened. I told them it didn't happen and they kept forcing me by saying that if I don't say this then they'll probably put me in jail or they would file a whole bunch of papers against me.

3. So they kept me in the room for too long and I wanted to leave because I was scared. I told them what they wanted to hear because I was very afraid of the part when the lady was telling me about going to jail. So I told them what they wanted to hear because I felt that I would go to jail if I didn't go along with what they were saying. I missed my bus ride home, so they told me that they could drop me off. Then they said they really couldn't do that so they would drop me off somewhere close to my house because they couldn't be seen with me.

4. I came home and I told my mother they put fear in me and I told them what they wanted to hear. I was afraid and I wanted to hurry up and get out of there and the next day I felt bad about it and I called Ms. Franklin and I told her it's a conspiracy, that none of this happened then I felt bad and I told her he didn't deserve none of this because Dr. Malachi, he's a good person and he didn't do anything to me, nothing happened to anybody and he has love for everybody, and he's a good man. So I felt bad that's why I called her.

5. I received constant phone calls and visits from many of them who had been angry with Dr. York for having all of us leave the land for many mischievous things we did. I didn't know that the conversations with Habiba Washington, Safi'a LaRoche, Krystal Harden, etc. would lead up to the arrest of Dr. York.

1

Exhibit J-6

6. I understand that I am named as an alleged victim and witness in several counts of the State and Federal Cases against Dr. York.

7. I was never called by the prosecution to testify in court against Dr. York. I was never given a subpoena to come to court to testify against Dr. York.

8. I want to state again that I was never molested by Malachi York. I never witnessed Malachi York molesting anyone. I do not know of anyone he has ever molested. I do not know of any children he has ever had sex with. This includes Krystal Harden, Amala Noel, Radeya Herbert, Safa'a LaRoche, Salha Eddington, Husna, and Hasna Evans. I do not believe that Malachi York should be in prison for crimes he did not commit. I want the truth to be known.

Sworn before me
~~April 23, 2004~~ / April 25 2004

*Samaiyah Ellis*
Samaiyah Janiiyiah Ellis

NOTARY PUBLIC

Notary Public, Barrow County, Georgia
My Commission Expires Oct. 2, 2006

2

## AFFIDAVIT OF ABDUS SALAAM LAROCHE

Fulton County

I, ABDUS SALAAM LAROCHE, being first duly sworn and being competent to testify and having personal knowledge of the facts herein, states as following:

1. My name is Abdus Salaam LaRoche. I was born March 20, 1984. I make this affidavit of my own free will. No one has threatened or coerced me to make it. Nor have I been offered anything of value in return for making this affidavit. I am prepared to make this affidavit in order to tell the truth and let it be known.

2. I am hereby affirming that the majority of my testimony at the Federal criminal trial of Dwight York (Malachi York) was false, specifically in the area of my personal sexual activity. I am also stating that I did not engage in any type of sexual activity with Mr. York including oral sex or anal sex. Nor did I witness Mr. York engage in sexual activity or any inappropriate sexual behavior with any minors or adults.

3. I deny that Khadijah "Macullah" Merrit performed any oral sex on me in the presence of Mr. York when I was about 13, nor did I witness any sexual activity between Mr. York and Khadijah "Macullah" Merrit in Eatonton, Georgia.

4. I deny that Mr. York performed anal sex on me at any time. I also deny any sexual relations between myself and Khadijah Merrit in the presence of Mr. York at any time.

5. I deny having or witnessing any sexual relationships with Mr. York involving the people I named at trial including Issa Johnson, and Khadijah Merrit on 404 Shady Dale Rd in Eatonton, Georgia.

6. I deny having any sexual activity with Mr. York inclusive of all inappropriate acts including anal sex or oral sex in Athens nor with any of the people that I named in my testimony including Krystal Harden, Khadijah Merrit and Nicole Harden "Husna".

7. I affirm that the reason I testified falsely against Malachi York and others aforementioned is because I was told that I had to go along with the stories as everyone else did. FBI Jalaine Ward told me and I quote, "Other people already came forth and we already know what happened and it's best that you do the same!"

Exhibit J-7

8. At this point I felt alone and scared and went along with the stories FBI Jalaine Ward gave me even though I repeatedly stated that I was never molested or sexually abused by Mr. York or anyone.

9. I was pressured by FBI agent Jalaine Ward who then told me that I would be okay if I just cooperate with stories of molestation that I had no knowledge of.

10. I also affirm that I had several interviews with FBI agent Richard Moultrie to make sure my stories matched with others.

11. I am coming forth now to put the truth on record. I am no longer afraid of hiding the truth behind the conspiracy of Malachi York. I felt that I was wrong in attesting to these false allegations and I go on record stating that I never saw any type of child molestation involving Malachi York.

Signed _____

Print _____

I HEREBY CERTIFY that on this 21st day of November, 2008, before me, the subscriber, a Notary Public in and for the State and County aforesaid, personally appeared

_____, known to me, or satisfactorily proven, to be the person whose name is subscribe to the within instrument and did acknowledge that executed the same for the purposes therein contained.

IN WITNESS WHEREOF, I have hereunto set my hand and seal this day and year aforesaid.

Notary Public

My Commission Expires:

*Certified signature only*

# AFFIDAVIT OF ISSA MICHAEL JOHNSON

**FULTON COUNTY**

I, ISSA MICHAEL JOHNSON, being first duly sworn and being competent to testify and having personal knowledge of the facts herein, states as following:

1. My name is Issa Michael Johnson. I was born September 11, 1988. I make this affidavit of my own free will. No one has threatened or coerced me to make it. Nor have I been offered anything of value in return for making this affidavit. I am prepared to make this affidavit in order to tell the truth and let it be known.

2. I, Issa Michael Johnson am stating for the record that Dr. Malachi Z. York never molested, raped, inappropriately touched me, or abused me sexually in any way nor did I see nor witness Dr. Malachi Z. York molest, rape or perform any sexual activity with any minors or persons in Upstate New York, also called Nubia.

3. I, Issa Michael Johnson am stating for the record that Dr. Malachi Z. York never molested, raped, inappropriately touched me, or abused me sexually in any way nor did I see nor witness Dr. Malachi Z. York molest, rape or perform any sexual activity with any minors or persons in Georgia particularly 404 Shady Dale Rd. Eatonton, GA and Athens, Georgia.

4. I am affirming that in June of 2003, I was in the custody of DEFACS (Department of Family and Children Services) under the care of Ms. Eileen Burke. I was picked up from school by Jana Wydell and I asked where we were going and she replied, "You have a visit with Richard Moultrie." I told her repeatedly that I did not want to see him. I was told that it's not up to me.

5. I told FBI agent Richard Moultrie that I did not want to talk to him. That I was not molested by Mr. York or anyone else. He said that I need to make these statements.

6. FBI agent Richard Moultrie then reminded me that my mother Kathy Johnson was incarcerated and if I cooperated and made certain statements and accusations that he could get my mother out of prison and not mention her name in trial. Richard Moultrie wanted me to exchange false statements for this favor.

7. I considered lying and telling them what they wanted to hear to help my mother. Even though I felt compelled to go along with the stories I repeatedly said I was never molested.

8. There were several alleged victims namely Krystal Harden "Beluwra" and Amala Noel sent by Federal agents to get me to falsely testify against Malachi Z. York and Kathy Johnson. Krystal told me that she couldn't wait to get her money from this trial.

Exhibit J-4

9. The day of the trial prior to my testimony FBI agent Jalaine Ward reminded me and several others of what we needed to say. Jalaine Ward told us not to mention the previous guilty plea taken by Malachi Z. York. She made sure that we remembered all the stories given to us by the Federal agents.

10. When I didn't keep up with my end of the deal at the trial of Malachi Z. York and testified honestly, FBI agent Richard Moultrie mentioned my mother's name anyway in his last question to me during trial. He asked, "Your mother is Kathy Johnson, right? No further questions your honor."

11. After the trial the government punished me in various ways. They locked me down in a DEFACs facility and took away all privileges including phone, visits with friends and after school activities. Staff members became upset with me and treated me harshly.

12. The reason that I make this affidavit is because I know that it was not right for the Federal agents to coerce, threaten, intimidate or exchange favors for false testimony against any individual who by right should have a fair trial.

Signed _Michael Johnson_
Print _Michael Johnson_

I HEREBY CERTIFY that on this 12th day of June, 2007, before me, the subscriber, a Notary Public in and for the State and County aforesaid, personally appeared _Michael Johnson_, known to me, or satisfactorily proven, to be the person whose name is subscribe to the within instrument and did acknowledge that executed the same for the purposes therein contained.

IN WITNESS WHEREOF, I have hereunto set my hand and seal the day and year aforesaid.

Notary Public

My Commission Expires:
ELAINE A. BOLSTON
NOTARY PUBLIC CLAYTON COUNTY, GEORGIA
COMMISSION EXPIRES SEPT. 30, 2009
MY C... ...SEPT 30, 2009