**EXHIBIT 16**

# JUDICIAL NOTICE OF THE DEPARTMENT OF JUSTICE'S ADJUDICATIVE FACTS

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLORADO

Civil Action No. 07-cv-01297-EWN-KLM

MALACHI Z. YORK, also known as DWIGHT YORK,

     Plaintiff,

v.

FEDERAL BUREAU OF PRISONS,

     Defendant.

---

### JOINT MOTION TO VACATE AND RESET DISPOSITIVE MOTION DEADLINE

---

     Plaintiff Malachi Z. York, Consul General Diplomat D/P #003828-04 of the Republic of Liberia, West Africa Citizenship, misnomer Dwight D. York (Inmate #17911-054) [hereinafter "Plaintiff"], through his undersigned counsel, and Defendant the Federal Bureau of Prisons ("BOP"), through its undersigned counsel, hereby jointly move to vacate the dispositive motion deadline set for April 24, 2008 and reset it for September 2, 2008. In support of this motion, the parties state as follows:

1.    Plaintiff filed a first Prisoner Complaint on June 20, 2007. (Doc. 1.) To correct deficiencies in his first Complaint, the Court ordered Plaintiff to file an Amended Prisoner Complaint by August 6, 2007. See Doc. 5.

2.    In the following months, Plaintiff requested and received multiple extensions of time to file an amended complaint. See Doc. 7 (Aug. 6, 2007, motion for extension of time); Doc. 8 (order granting motion); Doc. 10 (Sept. 10, 2007, motion for extension of time); Doc. 12 (order granting motion); Doc. 17 (Nov. 5, 2007, motion for expedited discovery and extension of time); Doc. 19 (order granting motion).

3.  On October 8, 2007, Plaintiff filed a motion for expedited discovery. (Doc. 14.) On November 5, 2007, Plaintiff filed a second motion for expedited discovery and an extension of time to file the amended complaint. (Doc. 17.)

4.  On November 8, 2007, the Court granted Plaintiff's motion for expedited discovery, ordering that Defendant produce "all medical and disciplinary documents in their possession that relate to Plaintiff from May 8, 2002, through the present date" by November 23, 2007. (Doc. 19.) The Court also granted Plaintiff's motion for an extension of time, allowing Plaintiff until December 24, 2007 to file an amended complaint. Id.

5.  On November 21, 2007, Defendant provided Plaintiff's counsel with the documents responsive to the Court's November 8, 2007 Order.

6.  Plaintiff filed an Amended Complaint on December 24, 2007. (Doc. 24.)

7.  Defendant filed a Motion to Dismiss the Amended Complaint on February 22, 2008 (Doc. 35).

8.  The parties attended a Scheduling Conference on February 27, 2008. In the Scheduling Order, the parties indicated that they would file a joint motion to vacate and reset the dispositive motion deadline. (Doc. 38 at 8 n.1, 11.) At the Scheduling Conference, Magistrate Judge Mix advised that she could not change the dispositive motion deadline, but that a motion to the Court would be required. Id. at 8.

9.  The parties agree that more discovery is needed in this case, including the possibility of multiple expert depositions, and will require additional time to conduct such discovery. For example, the parties cannot conduct written discovery, take fact depositions, prepare

-2-

expert reports, and take expert depositions within two months. At the Scheduling

Conference, the Court set August 1, 2008 as the discovery cut-off. Id. This is one month

before the parties' proposed Dispositive Motion Deadline.

10.    Moreover, at the Scheduling Conference, the Court set April 12, 2008 as the deadline for

amendment of the complaint and joinder of parties. Id. Plaintiff has indicated a desire to

file a Second Amended Complaint and to add a claim for damages against newly-named

Defendants in their individual capacities. See id. at 5-6. If Plaintiff files this Second

Amended Complaint on April 12, 2008, it will be nearly impossible for the parties to file

meaningful dispositive motions with the Court by April 24, 2008.

WHEREFORE, the parties respectfully request that the dispositive motion deadline be

vacated and reset for September 2, 2008. A proposed order is attached.

Respectfully submitted this 4th day of March, 2008.


s/ Leta R. Holden
Leta R. Holden, Esq
Holden Law Office, PLLC
1330 Leyden Street, Suite 145
Denver, CO 80220
Telephone: (303) 321-1993
Fax: (303) 321-0793
E-mail: lholden@holdenlaw.org
Counsel for Plaintiff

TROY A. EID
United States Attorney

s/ Marcy E. Cook
Marcy E. Cook
Assistant United States Attorney
1225 Seventeenth Street, Suite 700
Telephone: (303) 454-0171
Fax: (303) 454-0408
E-mail: marcy.cook@usdoj.gov
Counsel for Defendant

-3-

**CERTIFICATE OF SERVICE**

I hereby certify that on this 4th day of March, 2008, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to the following e-mail addresses:

Leta Holden
lholden@holdenlaw.org
Counsel for Plaintiff

I also hereby certify that on this 4th day of March, 2008, I have mailed or served the foregoing document to the following non-CM/ECF participant(s) in the manner (mail, e-mail, etc.) indicated by the nonparticipant's name:

None

s/ Marcy E. Cook
Marcy E. Cook
Assistant United States Attorney
1225 Seventeenth Street, Suite 700
Denver, Colorado  80202
Telephone:  (303) 454-0171
FAX: (303) 454-0408
E-mail: marcy.cook@usdoj.gov
Counsel for Defendant

FILED
U.S. DISTRICT COURT
MIDDLE GEORGIA

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA MACON DIVISION FEB 13  AM 8: 43

Canton
DEPUTY CLERK

*misnomer* DWIGHT YORK©™,                     Civil Action No. 5:08-cv-00455-CAR
*misnomer* DWIGHT D. YORK©™,
A/K/A ISSA MUHAMMAD©™,
A/K/A BABA©™,
A/K/A ISSA AL HAADI AL MAHDI©™,
A/K/A ISA ABD' ALLAH MUHAMMED©™,
A/K/A MALACHI Z. YORK EL©™,
A/K/A DR. MALACHI Z. YORK©™,
"et al"

Noble: Malachi York El:©™

     Plaintiff,

v.

UNITED STATES OF AMERICA, FEDERAL BUREAU OF PRISONS,
AGENTS/HEIRS, CHARLES ASHLEY ROYAL, EDWARD NOTTINGHAM,
MARCY E. COOK, RON WILEY, CHRIS SYNSVOLL, KRISTIN MIX,
HOWARD RICHARD SEALS, TROY EID, MICHAEL MUKASEY, JOHN SUTHERS,
DAVE GOUETTE, FREDERICK BRIGHT, RICHARD MOULTRIE, JOLAINE
WARD, TRACY BRADFORD, SALLY HEINTZYSH, MARY MANGRUM, LISA
SPEAKER, JOAN CROANIER, FBI AGENT SAVAGE, TOM CODY, BOYD N.
BOLAND, AND ZITA L. WIENSHENK

     Defendants

---

### Motion for Judicial Notice of Evidence and Adjudicated Facts

---

     **COMES NOW**, is I Malachi York El:©™, Secured Party, Liberian Diplomat D/
P #003828-04, Owner in fact, Holder in due course (Pro Per), due hereby quest the Court
to take notice for the record pursuant to Federal Rules of Evidence Article II Rule 201
(b)-(f) regarding the Assistant United States Attorney Marcy E. Cook's Joint Motion To
Vacate And Reset Preliminary Pretrial Conference (**Attachment** F) filed on the 7th day of
March, 2008 in case #: 07-cv-01297-EWN-KLM.  Marcy E. Cook acknowledges my

1

status as a Diplomat, Consul General, and Citizen for the Republic of Liberia, West Africa for the record which reads as follows:

"Plaintiff Malachi Z. York, Consul General Diplomat D/P#003828-04 of the Republic of Liberia, West Africa Citizenship, misnomer Dwight D. York (Inmate # 17911-054) [hereinafter "Plaintiff"]"

Wherein Marcy E. Cook **typed and filed** the above mentioned Joint Motion and forwarded to Leta Holden (attorney of record at the time) a Certificate of Service verifying her electronic filing of the documents to the Clerk of Court using the CM/ECF system, also see Marcy E. Cook's Joint Motion To Vacate And Reset Dispositive Motion Deadline filed on the 4th day of March 2009 in case#: 07-cv-01297-EWN-KLM (**Attachment E**) wherein she again **typed and filed** this Joint Motion and forwarded to Leta Holden (attorney of record at the time) a Certificate of Service verifying her electronic filing of the documents with the Clerk of Court using the CM/ECF system, again acknowledging my status as a Diplomat, Consul General, and Citizen for the Republic of Liberia, West Africa for the record.  Federal Rules of Evidence Article II Rule 201(b) on Judicial Notice of Adjudicative Facts states:

**(b) Kinds of facts.**

A judicially noticed fact must be one not subject to reasonable dispute in that it is either (1) generally known within the territorial jurisdiction of the trial court or (2) capable of accurate and ready determination by resort to sources whose accuracy cannot reasonably be questioned.

2

I, Secured Party Malachi York El:©™ have also attached my Certificate of Citizenship (**Attachment B**) from the Republic of Liberia, West Africa, as well as my Diplomatic Letter signed by the presiding President Dr. Charles Ghankay Taylor (**Attachment A**), and Declaration of Intention (**Attachment C**).  I have also attached my Accepted for Value Birth Certificate (**Attachment D**) as owner in fact, **Registered Holder in Due Course** in conjunction with my Amended Complaint, submitted under contract law on the 14th of January, 2009 pursuant to 46 USC § 36-301, and Rule 26 (a) Federal Rules of Civil Procedure.  I prayerfully quest the court for remedy and relief in the form of Immediate Discharge from the Federal Bureau of Prisons USP Florence ADMAX U.S. Penitentiary 5880 Hwy 67, Florence, Colorado 81226 after hereby taking due judicial notice to the evidence and adjudicative facts pursuant to Federal Rules of Evidence Article 201 (b)-(f), Rule 8 of the Federal Rules of Civil Procedures, Vienna Convention on Diplomatic Relations Articles 22, 23, 29, 42 USC § 1986 (knowledge vs. negligence), 8 USC§ 1481 (repatriation), 27 CFR 72.11, 12 CFR 226.10, revised article 9 of the UCC, UCC 3-410, HJR 192 June 5th 1933, and Public Law 73-10.

Respectfully,

Malachi York El:©™

Non Resident/ Non Domestic

First Class Delivery

c/o P.O. Box 181398

Denver, Colorado state

Near [80218]

3