RECEIVED
CLERK'S OFFICE
09 FEB 17 PM 1:30
U.S. DISTRICT COURT
MIDDLE DIST. OF GEORGIA
MACON, GEORGIA

# RESTITUTION HEARING TRANSCRIPT REQUEST

February 17, 2009 A.D.
Case#: 5:02-cr-27-CAR

Chief U.S. District Judge C Ashley Royal
United States District Court
Middle District of Georgia
475 Mulberry Street Macon, Georgia  31202

Subject: Request of Redacted Restitution Hearing Transcripts
Dated June 2nd, 2004

Dear Chief Judge C. Ashley Royal,

    This is a request under the Freedom of Information Act. I request for the transcripts of the restitution hearing dated June 2nd, 2004 for case#: 5:02-cr-27-CAR be unsealed and provided to me without delay. I am aware the transcripts of the Restitution Hearing were sealed under the Child Protection Act 47 USC § 231, though at the time of the entire trial all of the 13 alleged victims were over the age of 18, in light of the fact I am requesting a redacted version of the transcripts.
    Disclosure and unsealing a redacted version of the Restitution hearing transcripts and a copy of the requested information provided to me is in the Public interest, which is in the interest of the court since the court was created by We the People under contract law, whereby a demand is hereby made for the release and unsealing of the requested transcripts for and on the record.  The Sixth Amendment of the constitution provides that:

In all criminal prosecutions, the accused shall enjoy the right to a speedy and public trial, by an impartial jury of the state and district wherein the crime shall have been committed, which district shall have been previously ascertained by law,

See also 5 USC § 552 (a)(4)(B) states conferring original jurisdiction on Federal Courts must be strictly construed

See also 42 USC § 1986 (Knowledge Vs. Ignorance)

Thank you for your timely response in this matter,

Respectfully,

Deborah Yehudah
P.O. Box 361587
Decatur GA 30036