## IN THE DISTRICT COURT FOR THE MIDDLE DISTRICT OF GEORGIA
### MACON DIVISION

DEBORAH YEHUDAH©™                    CIVIL ACTION No. 5:09-CV-CV-68(HL)"et al"


**Noble: Deborah Yehudah:©™**

   **Plaintiff**

**V.**

UNITED STATES OF AMERICA,
CHARLES ASHLEY ROYAL;

  **DEFENDANTS, NAMED AS RESPONDANTS**



---

### AFFIDAVIT QUEST FOR EVIDENCE

---

PURSUANT TO Rule 60, 5 U.S.C. § 552, and 42 U.S.C. § 1986, 28 U.S.C. § 455;

**Opening Statement:**

**For the record, on the record:**

Comes now is I, **Deborah Yehudah:©™** All rights reserved, Pursuant to **42 U.S.C. §
1986, 46 U.S.C. § 781, and UCC 1-201;**

Whereby, in search of all the facts within this case file matter, for the avoidance of any and all 'biases', 'prejudices', and or 'misappropriations' for and on the record, I, **Deborah Yehudah:©™** due hereby pose questions for clarity in this matter, for Judicial Notice, holding all violators liable, under penalties of perjury for and on the record, pursuant to **Rule 201**, and **Rule 202**, under the Federal Rules of Evidence for referenced **facts** in these matters;

**Note**: Failure to answer any one of these posed questions to you *meaning presiding judge / Clerk* renders your tacit agreement thereby as judgment entered on behalf of the Secured Party for and on the record;

**Opening Questions to the court fiduciary *judge***

**For the record:**

1. Mr.  are you a judge or Clerk? And if so, do you have your 'Oath of Office' currently on the record for '**Public Knowledge**' of <u>your status</u>, pursuant to **5 U.S.C. § 552, and 42 U.S.C. 1986, so that the court may have full knowledge**?

2. Can you please provide the Court **knowledge** within the **Law(s)** allowing a **recused <u>Judge</u>** or Clerk, *such as yourself* in an <u>Admiralty venue</u> matter to proceed again in an associated matter, giving his or her **legal determination** or act of coercion over an associated matter regarding a natural<u> person / human being,</u> misappropriated as a CORPORATION (*See spellings of names on Indictment / True Bill*), who've reserved His rights under the law, pursuant to **42 U.S.C. § 1986?**

3. Are you an insured judge, clerk, or Officer of the Court?

4. What is your full Christian name?

5. Have you ever lied under your 'Oath of Office' at anytime on the record?

②

6. Are you a tax payer?

7. Can you provide the court **full knowledge** regarding the case file you've mentioned 5:03-CR-27(CAR), under penalties of perjury, on the record proving your competence thereby for the record?

8. Based upon all filings submitted under contract law, within this case-file knowledge, Have you investigated any Constitutional Laws, Codes, or Federal Rules referenced in this case file, from start to the current at any point within this matter, and if so, please provide the court with that knowledge in full detail within ten (10) functional days of the court?

9. **Can you provide the court with the constitutional laws enacted by Congress that allows the court to conceal, or hide <u>public knowledge</u> from a <u>Public Notary</u>, court-officer, such as myself, within the court of law, pursuant to 42 U.S.C. § 1986?**

10. **Can you provide the court with proof that I, Deborah Yehudah, requested the court by payment to file my claim, other than the initial quest that is Public Notice currently on file?**

11. **Can you please provide the court with knowledge, whereby, I quested at any point for you Mr. Lawson to give me your personal legal determination in this said matter? Otherwise, it is suggested that you recuse yourself from this matter, due to a 'Conflict Of Interest' on the record for the record.**

③

**For the record:**

    **Please be advised that all questions posed to alleged judge(s), and or court officers**

    **Require timely responses, pursuant to law, 42 U.S.C.§ 1986, 12 CFR 226.10, UCC 1-201;**

        **Respectfully,**

**Deborah Yehudah**

**P.O. Box 361587**

**Decatur GA**

**Near [30036]**



