ACCEPTED FOR VALUE
Officer Holder-Secretary of the Treasury
FOR VALUE all related endorsements (front and
In accord with HJR-192 and UCC 3-419 and Public Law
To Charge my Private UCC Contract Trust Account
Employer Identification#
For the registration fees and command the memory of
Account #5:09-CV-68(HL) to charge the
Same to your Order.
Returned For Discharge and Settlement
Pre-Paid — Preferred Stock
Priority— Exempt from Levy
Posted Registered Account # RR059446075US
Date March 13, 2009
By: Authorized Representative Creditor's Autograph
Autograph

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
MACON DIVISION

FILED
U.S. DISTRICT COURT
MIDDLE GEORGIA

2009 MAR -5 AM 9: 23

C. Ausion
DEPUTY CLERK

DEBORAH YEHUDAH,

    Plaintiff,

    vs.

UNITED STATES OF AMERICA, et al.

    Defendants.

Civil Action No. 5:09-CV-68(HL)

## ORDER

This case was initiated by plaintiff filing a pro se pleading on February 17, 2009, entitled "Claim to Unseal the Proceedings, Court Documents, and Transcripts Pertaining to the Ordered Restitution Hearing of Malichi York: misnomer Dwight D. York". When questioned by Clerk's Office staff as to whether the pleading should be filed as a motion rather than a new complaint, plaintiff insisted that the pleading be filed as a new civil action and she paid the $350.00 filing fee.

It is clear from reading plaintiff's pleading and her cover letter, that plaintiff seeks to have a sealed transcript in a criminal case unsealed and thus available to her and other members of the public. Although she names in her pleading both the United States of America and Judge C. Ashley Royal as defendants, she seeks no damages against these defendants and requests only that she be given access to a sealed transcript. The criminal case containing the sealed transcript is United States vs. Dwight D. York, 5:03-CR-27(CAR). Judge C. Ashley Royal is assigned to that criminal case and made the decision to seal the subject transcript.

1

Because plaintiff's pleading is in fact a motion that should have been filed within the criminal case against defendant Dwight D. York and not as a new civil action, the Clerk is hereby directed to terminate this civil action and re-file plaintiff's pleading as a motion within Criminal Case Number 5:03-CR-27(CAR). The Clerk will serve a copy of plaintiff's pleading and a copy of this order on the United States Attorney who is ordered to file a written response within twenty (20) days from receipt.

SO ORDERED, this ____ day of March, 2009.

HUGH LAWSON
UNITED STATES DISTRICT JUDGE