## EVIDENCE OF SERVICE

True unaltered copy of receipt for    ☐ United States Certified Mail ☐ Return Receipt
Requested

☐ United States Express Mail    ☐ Postal Service receipt
for currency

☑ Firsthand Delivery    ☐ Firsthand Knowledge

of Regular Mail

# JUDICIAL NOTICE AFFIDAVIT CLAIM AND MOTION TO UNSEAL TRANSCRIPTS, PURSUANT TO 5 U.S.C. § 552

State of _Georgia_    )
                      ) ss.:        COPY CERTIFICATION
County of _Rockdale_  )

On this ___17th___ day of ___March___, 20_09_, for the purpose of verification, I, the undersigned Notary Public, being commissioned in the County and State noted above, do certify that ~~this is a true and correct copy which I made of the original~~ I signed Original Documents. document(s).

WITNESS my hand and official seal.

_____    ___3·17·09___ (Seal)
NOTARY PUBLIC                       DATE

D.V. VAISHNAV
NOTARY PUBLIC
ROCKDALE • GEORGIA
September 18, 2012

My commission expires: _____, 20_____(Stamp)