IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF GEORGIA
MACON DIVISION

UNITED STATES OF AMERICA          :

vs.                               :   CRIMINAL NO. 5:02-CR-27(CAR)

DWIGHT D. YORK                    :

_____    :

## GOVERNMENT'S RESPONSE TO MOTION TO UNSEAL ALL TRANSCRIPTS OF TRIAL PROCEEDINGS AND TRANSCRIPTS OF TRIAL PROCEEDINGS

COMES NOW the United States of America, by and through its attorney, the United States Attorney for the Middle District of Georgia, and responds to Movant, Deborah Yehudah's Motion to Unseal any and all documents involved in United States vs. Dwight D. York, 5:03-CR-27(CAR). The government hereby requests that this motion be denied. In support of it's response the Government shows:

1.

On June 12, 2002 The Honorable C. Ashley Royal ordered that the transcripts of testimony involving and/or concerning any person who was a minor *at the time of* unlawful sex acts/activity be sealed and barred from dissemination, pursuant to the Child Victims' and Child Witnesses' Act, Title 18, United States Code, Section 3509(d).

2.

18 U.S.C. § 3509(d) is abundantly clear; victims of sexual acts who are minors at the time are entitled to protection of their privacy. The Act states that the Government and its agents, the Defendants and their attorney, employees of the court and members of the jury, "shall:" (1) keep all documents that disclose the name or any other information

concerning a child in a secure place to which no person who does not have reason to their contents has access; (2) disclose any such documents or the information in them that concerns a child only to persons who, by reason of their participation in the proceeding, have reason to know such information. Movant has suggested no reason whatsoever why the privacy of those protected should be overcome simply to aid the public in accessing the information. Nixon v. Warner Commc'ns, Inc., 435 U.S. 589, 598, 98 S.Ct. 1306, 1312 (1978). See also, In re Alexander Grant & Co. Litig., 820 F.2d 352, 356 (11th Cir. 1987) (in balancing interest, courts consider whether allowing access to information would impair court functions or harm privacy interest, the degree of and likelihood of injury if made public, the reliability of information and ......availability of less onerous alternative to sealing the documents).

3.

Based upon the foregoing, Movant's request should be denied. It is insufficient to state that there was a public trial and therefore all recorded court proceedings should be unsealed. Instead, it is of significant import that children who have been sexually victimized be protected and maintain privacy.

WHEREFORE, the Government respectfully requests that the Court deny the Motion to Unseal all transcribed proceedings in the above-mentioned case.

Respectfully submitted this 11th day of March, 2009.

MAXWELL WOOD
UNITED STATES ATTORNEY

BY:   s/VERDA M. COLVIN
Georgia Bar No. 018901
Assistant U.S. Attorney
United States Attorney's Office
Middle District of Georgia
P.O. Box 1702
Macon, Georgia 31202
(478) 752-3511

Accepted for value 28 USC 147



## Responses & Replies
5:02-cr-00027-CAR USA v. York, et al

### U.S. District Court [LIVE AREA]

### Georgia Middle District

## Notice of Electronic Filing

The following transaction was entered by Colvin, Verda on 3/11/2009 at 11:21 AM EDT and filed on 3/11/2009

**Case Name:**          USA v. York, et al
**Case Number:**        5:02-cr-27
**Filer:**              United States of America
**Document Number:** 409

**Docket Text:**
**RESPONSE to Motion by United States of America as to Kathy C. Johnson, Dwight D York re [408] MOTION to Unseal Document (Colvin, Verda)**

**5:02-cr-27-2 Notice has been electronically mailed to:**

Dean Soble Daskal    Verda.Colvin@usdoj.gov, THatcher@usdoj.gov, USAGAM.ECF@USDOJ.GOV

Richard S. Moultrie , Jr    jennifer.kolman@usdoj.gov, amanda.england@usdoj.gov

Robert A. Ratliff    rar@ratlifflegalgroup.com, terry@ratlifflegalgroup.com

Verda M. Colvin    verda.colvin@usdoj.gov, Teri.L.Hatcher@usdoj.gov, USAGAM.ECF@usdoj.gov

**5:02-cr-27-2 On this date, a copy of this document, including any attachments filed with this document, has been mailed by United States Postal Service to any non CM/ECF participants in this case as indicated below::**

Stephanie Thacker
1400 New York Avenue, N.W.
Suite 600
Washington, DC 20530

https://ecf.gamd.uscourts.gov/cgi-bin/Dispatch.pl?502907474807043                     3/11/2009

**5:02-cr-27-1 Notice has been electronically mailed to:**

Adrian L. Patrick     patr1036@comcast.net

Dean Soble Daskal     Verda.Colvin@usdoj.gov, THatcher@usdoj.gov, USAGAM.ECF@USDOJ.GOV

Gregory L. Lattimer     lattlaw@aol.com

Malik Shabazz     shabazzlaw@aol.com

Richard S. Moultrie , Jr     jennifer.kolman@usdoj.gov, amanda.england@usdoj.gov

Robert A. Ratliff     rar@ratlifflegalgroup.com, terry@ratlifflegalgroup.com

Verda M. Colvin     verda.colvin@usdoj.gov, Teri.L.Hatcher@usdoj.gov, USAGAM.ECF@usdoj.gov

**5:02-cr-27-1 On this date, a copy of this document, including any attachments filed with this document, has been mailed by United States Postal Service to any non CM/ECF participants in this case as indicated below::**

Harry Jean Charles
P.O. Box 95
Jonesboro, GA 30237

Jonathan Marks
220 Fifth Avenue, Third Floor
New York, NY 10001

Stephanie Thacker
1400 New York Avenue, N.W.
Suite 600
Washington, DC 20530

The following document(s) are associated with this transaction:

**Document description:** Main Document
**Original filename:** n/a
**Electronic document Stamp:**
[STAMP dcecfStamp_ID=1071512857 [Date=3/11/2009] [FileNumber=992649-0]
[8d3854d909532975262f197e4e4d5158b6c03391c052679a3538e 570b6c9632d35b9
c6f886c5c364a0441c260aadf9553750230d7450afcb8ca9c444b1c17791]]

## CERTIFICATE OF SERVICE

I, VERDA M. COLVIN, Assistant United States Attorney, hereby certify that on the 11th day of March, 2009, I electronically filed the within and foregoing GOVERNMENT'S RESPONSE TO MOTION TO UNSEAL ALL TRANSCRIPTS OF TRIAL PROCEEDINGS AND TRANSCRIPTS OF TRIAL PROCEEDINGS with the Clerk of the Court using the CM/ECF system. I also certify that I have mailed by the United States Postal Service the document and a copy of the Notice of Electronic Filing to the following non-CM/ECF participants:

Deborah Yehudah
P.O. Box 361587
Decatur, Georgia 30036

MAXWELL WOOD
UNITED STATES ATTORNEY

BY: s/VERDA M. COLVIN
Georgia Bar No. 018901
Assistant U.S. Attorney
United States Attorney's Office
Middle District of Georgia
P.O. Box 1702
Macon, Georgia 31202
(478) 752-3511