PRESS HARD. *YOU ARE MAKING 3 COPIES.*

041608/EM13F
MAY 2008

## UNITED STATES POSTAL SERVICE

# EXPRESS MAIL®

EH400497130US

**ORIGIN (POSTAL SERVICE USE ONLY)**

| PO ZIP Code | Day of Delivery | Flat Rate ☐ or Weight | Postage |
|---|---|---|---|

Date Accepted
Mo. Day Year

Time Accepted ☐ AM ☐ PM

Scheduled Date of Delivery
Month Day

Scheduled Time of Delivery ☐ Noon ☐ 3 PM

Military ☐ 2nd Day ☐ 3rd Day

Int'l Alpha Country Code

☐ Next ☐ 2nd ☐ 2nd Del. Day

Return Receipt Fee

COD Fee

Insurance Fee

Total Postage & Fees $

Acceptance Emp. Initials

lbs. ozs.

**FROM: (PLEASE PRINT)** PHONE (    )

## FOR PICKUP OR TRACKING
Visit **WWW.usps.com**
Call 1-800-222-1811

EXPRESS MAIL

# Flat Rate
# Mailing Envelope
**For Domestic and International Use**
Visit us at usps.com

## Post Office To Addressee

Addressee Copy
Label 11-B, March 2004

UNITED STATES POSTAL SERVICE

# EXPRESS MAIL

**DELIVERY (POSTAL USE ONLY)**

Delivery Attempt
Mo. Day    Time ☐ AM ☐ PM    Employee Signature

Delivery Attempt
Mo. Day    Time ☐ AM ☐ PM    Employee Signature

Delivery Date
Mo. Day    Time ☐ AM ☐ PM    Employee Signature

**CUSTOMER USE ONLY**

☐ NO DELIVERY ☐ Weekend ☐ Holiday

☐ **WAIVER OF SIGNATURE** (Domestic Mail Only)
Additional merchandise insurance is void if customer requests waiver of signature. I wish delivery to be made without obtaining signature of addressee or addressee's agent (if delivery employee judges that article can be left in secure location) and I authorize that delivery employee's signature constitutes valid proof of delivery.

**TO: (PLEASE PRINT)** PHONE (    )

ZIP + 4 (U.S. ADDRESSES ONLY. DO NOT USE FOR FOREIGN POSTAL CODES.)

FOR INTERNATIONAL DESTINATIONS, WRITE COUNTRY NAME BELOW.



RETURN RECEIPT REQUESTED

When used inte affix customs de (PS Form 2976,

0000
00042613-06



SAVE MORE BY SHIP ONLINE
visit usp

USPS packa awarded Cre for their eco For more inf mbdc.com/u Cradle to Cradle C



Please recycle.