IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA-MACON DIVISION

MALACHI YORK-EL©™
misnomer DWIGHT YORK©™,

CASE NO. 5:07-CV-90001-CAR
Article 1 Section 9
Constitutional Habeas Corpus
CASE NO. 5:02-CR-27-CAR

Noble: Malachi York:El:©™

    Plaintiff

V.

UNITED STATES OF AMERICA, AGENTS/HEIRS,
FEDERAL BUREAU OF PRISONS, U.S. DEPARTMENT OF JUSTICE,
CHARLES ASHLEY ROYAL, EDWARD NOTTINGHAM, VERDA M. COLVIN,
MARCY E. COOK, RON WILEY, CHRIS SYNSVOLL, MAXWELL WOOD,
KRISTEN MIX, HOWARD RICHARD SILLS, TROY EID, DEAN DASKAL,
MICHAEL MUKASEY, JOHN SUTHERS, DAVE GOUETTE, ROBERT A RATLIFF,
FREDRICK BRIGHT, RICHARD S. MOULTRIE, JALAINE WARD, STEPHANIE THACKER,
TRACEY BRADFORD, SALLY HEINTZYSH, MARY MANGRUM, ROBERT A. RATLIFF,
LISA SPEAKER, JOAN CROANIER, FBI AGENT SAVAGE, TOM CODY, BOYD N. BOLAND,
AND ZITA L. WEINSHIENK,

    Defendants

---

## JUDICIAL NOTICE OF EVIDENTIARY FACTS

---

**For the record, on the record:**

    Comes now is I, **Malachi York El:©™** , **A/K/A** H.E. Dr Malachi Z. York-EL©™,

A/K/A Issa Al haadi Al Mahdi, A/K/A Dr. Malachi Kobina York, misnomered DWIGHT D.

YORK et, al.; **All rights reserved**, Secured Party, Liberian Diplomat D/P #003828-04, Owner in

fact, Holder in due course (*Pro Per*) am submitting the attached evidence as my true Birth

Certificate and Affidavit of Confirmation of True Birth Records by my mother Mary Aba Ocran

(York) (See Exhibit 17 Attached Affidavit).  This Affidavit explains my birth place being in fact

1

the Government Hospital in Takoradi, Ghana West Africa which is being confirmed on the record by Birth Certificate A No. 284064 (See Exhibit 18 Attached Certificate of Birth from the Republic of Ghana). In my mother's affidavit she explains how my United States Birth Certificate, which has been excepted for value and returned for settlement and closure, was obtained unlawfully by my father who states the following:

"3. That my son Malachi Kobina York was brought to the United States of America one month after birth and in fact never received a legal U.S.A. citizenship that in fact my then husband David P. York was able by illegal means to obtain an American birth certificate on July 3rd 1945 A.D. not listing an actual place of delivery, no hospital even a full name for child only Male York. The birth record of the birth certificate issued in Boston, Massachusetts is in fact not the true birth record or place of birth of my son Malachi Kobina York."

As further evidence to this fact please find attached a copy of the Birth Certificate from the Republic of Ghana and a Certified Document from the Birth and Deaths Registry Central Registry Office in Accra, Ghana (See Exhibit 19) certifying my Birth Certificate as valid and authentic which was addressed to where I am warehoused in Florence ADX, Florence Colorado signed by the Registrar of Births and Deaths Stephen Kwaku Amoah pursuant to your Federal Rules of Evidence ARTICLE IX AUTHENTICATION AND IDENTIFICATION Rule 902 (3) which states:

"(3) Foreign public documents. A document purporting to be executed or attested in an official capacity by a person authorized by the laws of a foreign country to make the execution or attestation, and accompanied by a final certification as to the genuineness of the signature and official position (A) of the executing or attesting person, or (B) of any foreign official whose

2

certificate of genuineness of signature and official position relates to the execution or attestation or is in a chain of certificates of genuineness of signature and official position relating to the execution or attestation."

I quest for the Court to take due notice immediately to these facts pursuant to your 42 USC § 1986 for an immediate and expeditious set off in this matter pursuant to your 22 USC § 254 (b), the Vienna Convention on Diplomatic Immunity Article 22, 23, 29, and the Foreign Soveriegn Immunity Act 28 USC § 1604

**Respectfully,**

**Malachi York El:©™**

Nonresident/ Non-Domestic

First Class, Delivery

c/o P.O. Box 181398

Denver, Colorado 80218

"Malachi 4:2 "But unto you that fear my name shall the Sun of righteousness arise with healing in his wings"

# EXHIBIT 17

# JUDICIAL NOTICE OF AFFIDAVIT OF TRUE BIRTH

# Mary Aba Ocran (York)

## AFFIDAVIT OF CONFIRMATION
## OF TRUE BIRTH RECORDS OF
## MALACHI KOBINA YORK/YORKE BY MYSELF HIS BIOLOGIAL
## MOTHER
## MARY ABA OCRAN (YORK)


STATE OF NEW YORK

1. Let this truth be known to all this very day that I known as Mary C. York born March 10th 1926 A.D. being of sound body and same mind not being offered anything in return for telling this truth today; I affirm that my third child a son, my biological son named at birth Malachi Kobina York baring his father's my husband at the time name York/Yorke.

2. Malachi Kobina York was born on a Tuesday June 26, 1945 A.D. at Government Hospital in Takoradi, Ghana West Africa which has been confirmed on record there and by the issued birth record on a birth certificate A No. 284064 and has been confirmed to be a true and legal document of the record of his birth date, place and name. One Male child born 12:00 AM midnight Tuesday June 26, 1945 at Government Hospital Takoradi, Ghana West Africa. I as his only true biological birth mother Mary Aba Ocran now living under Mary C. York affirm this birth record to be factual and true.

3. That my son Malachi Kobina York was brought to the United States of America one month after birth and in fact never received legal U.S.A. citizenship that in fact my then husband David P. York was able by illegal means to obtain an American birth certificate on July 3rd 1945 A.D. not listing an actual place of delivery, no hospital not even a full name for the child only Male York. The birth record of the birth certificate issued in Boston, Massachusetts is in fact not the true birth record or place of birth of my son Malachi Kobina York.

4. I am Ghanaian West African by birth of the E-we/Yewe people of the Akan Clan of Ghana and I witnessed the three tribal scars put into my own son's face as a child by our tribal chief, three E-we tribal marks which my son Malachi Kobina York has on his face to this day.

5. My true name is Mary Aba Ocran that is my Ghanaian name of my family the name York/Yorke is by way of my husband's family name David Piper York/Yorke.

6. My son Malachi Kobina York was not made aware of these facts of his true birth records and place being Takoradi, Ghana until I decided to come forth with his true family records.

7. I am Ghanaian of the E-we tribe, the Akan clan. My true Ghanaian family name at birth is Mary Aba Ocran on his legal Ghanaian birth certificate. My son Malachi Kobina was not made aware of his true birthright, being born in his homeland Takoradi, Ghana, West Africa until he had become a man according to American law being after 18 to 21 years of age.

Signed _____Mary C. York_____

Print _____Mary C. York_____

I HEREBY CERTIFY that on this 19th day of _____April_____, 2001, before me, the subscriber, a Notary Public in and for the State and County aforesaid, personally appeared

_____Mary C. York_____, known to me, or satisfactorily proven, to be the person whose name is subscribe to the within instrument and did acknowledge that executed the same for the purposes therein contained.

IN WITNESS WHEREOF, I have hereunto set my hand and seal the day and year aforesaid.

RICKY GALLO
Notary Public State of New York
NO. 5007072
Qualified in Westchester County

January 19, 2003

My Commission Expires:                                     Notary Public

# EXHIBIT 18

# JUDICIAL NOTICE OF MY BIRTH

# CERTIFICATE

# FROM THE REPUBLIC OF GHANA

# PURSUANT TO

# 42 USC § 1986, 28 USC § 1604, 22 USC § 254(b)

Case 1:20-cv-10832-AT-SN Document 91 Filed 02/24/00 Page 10 of 13

No. 284064

# Republic of Ghana

## CERTIFIED COPY OF ENTRY IN REGISTER OF BIRTHS

Entry No. .......... Registration No. ..........

**CHILD**

Name in full (write first name, first, and surname last): MALAK KOBINA OBK

Sex: Male

**Name:** ..........

**Occupation:** ..........

**Nationality:** GHANAIAN

**Religion:** ..........

**Maiden Name:** ..........

**MOTHER**

Nationality: GHANAIAN

When Born: ..........

Where born (write address, fully if possible e.g. number of house, name of Street, name of ward or part of the town): GOVERNMENT HOSPITAL KORLE

Signature in full or Name in full and mark, of duly witnessed informant and relationship, if any, to the Child: ..........

Date of Registration: ..........

Signature of Registrar: ..........

Registration No. .......... Registration No. ..........

I, .......... Registrar of Births for .......... Registration District in Ghana do hereby certify that this is a true copy of the entry No. .......... in the Register of Births for the said District and that the Register is now legally in my custody.

Witness my hand this .......... day of .......... 20.....

.......... Registrar

I, .......... Registrar of Births and Deaths for Ghana do hereby certify that the above Signature is in the handwriting of .......... Registrar of Births for .......... the .......... Registration District in Ghana.

Given under my hand and Seal at Accra in Ghana, this .......... day of .......... 20.....

B.D.R. Form 1b. HP 210,000/2/2004.

# EXHIBIT 19

# JUDICIAL NOTICE OF VERIFICATION OF BIRTH CERTIFICATE FROM REGISTRAR OF BIRTHS AND DEATHS PURSUANT TO FEDERAL RULES OF EVIDENCE 902

*In case of reply, the number and*
*date of this letter should be quoted*

*Our Ref.*..................... A11/2/SF2/VOL2/...

*Your Ref.*.....................

*Fax: 021-668071*

**REPUBLIC OF GHANA**

Births & Deaths Registry
Central Registry Office
P. O. Box M 270
Accra

13th March, 2009

Dear Sir/Madam,

## VERIFCATION OF BIRTH CERTIFICATE
## MALACHI KOBINA YORK

I refer to your letter dated 16th March, 2009 and to inform you that the Birth Certificate with entry number 2277 in respect of Malachi Kobina York issued at Liberation Road Registry on 17th June, 2008 is a genuine document issued by this Registry.

Yours faithfully,

Ag. REGISTRAR OF BIRTHS AND DEATHS
(STEPHEN KWAKU AMOAH)

REV. DR. MALACHI K. YORK
FLORENCE A.D X
FLORENCE, CO
U.S.A

*BIORTERSECTION*