RECEIVED
CLERK'S OFFICE
2009 MAR 24 AM
U.S. DISTRICT COURT
MIDDLE DISTRICT OF GEORGIA
MACON, GEORGIA

FILED
U.S. DISTRICT C...
MIDDLE GEORGI...
2009 MAR 24  AM 8:5...
DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA-MACON DIVISION

MALACHI YORK-EL©™,
misnomer DWIGHT YORK©™,
misnomer DWIGHT D. YORK©™ "et al"

CASE NO. 5:07-CV-90001-CAR
Constitutional Habeas Corpus
28 U.S.C. § 2255
CASE NO. 5:02-CR-27-CAR

Noble: Malachi York:El:©™

    Plaintiff

V.

UNITED STATES OF AMERICA, AGENTS/HEIRS,
FEDERAL BUREAU OF PRISONS, U.S. DEPARTMENT OF JUSTICE,
CHARLES ASHLEY ROYAL, EDWARD NOTTINGHAM,
MARCY E. COOK, RON WILEY, CHRIS SYNSVOLL,
KRISTEN MIX, HOWARD RICHARD SEALS, TROY EID,
MICHAEL MUKASEY, JOHN SUTHERS, DAVE GOUETTE,
FREDRICK BRIGHT, RICHARD MOULTRIE, JALAINE WARD,
TRACEY BRADFORD, SALLY HEINTZYSH, MARY MANGRUM,
LISA SPEAKER, JOAN CROANIER, FBI AGENT SAVAGE,
TOM CODY, BOYD N. BOLAND, AND ZITA L. WEINSHIENK

    Defendants

---

## MOTION FOR SPECIAL APPEARANCE EVIDENCE HEARING

---

*PURSUANT TO 42 U.S.C. § 1986;*

### Opening Statement:

**For the record, on the record:**

Comes now is I, **Malachi York El:©™**, **A/K/A** H.E. Dr Malachi Z. York-EL©™, A/K/A Issa Al haadi Al Mahdi, A/K/A Dr. **Malachi Kobina York**, misnomered DWIGHT D. YORK et al., **all rights reserved**, Secured Party, Liberian Diplomat D/P #003828-04, specie **Surety in Fact, Grantor, Owner in fact, Holder in due course** (*Pro Per*), due hereby notice the court(s);

For and on the record, I am hereby questing for this motion to be entered in on the **Clerk's Evidence Jacket folder for the Public's Record Knowledge**, pursuant to **Public Policy**, within the presence of a **Public Notary**, for and on the record noted hereby; ( *See Attachments*)

**Note:** This includes, all previous attachments entered in as evidence under this, and the previous response received by the Clerk's office;

Malachi York El:©™

c/o:   P.O. Box 181398

Denver, Colorado

Near[80218]

(Seal)

_____          19/03/2009
NOTARY PUBLIC                              DATE

My commission expires: _____12/27_____, 20 09  (Stamp)

(Notary seal: BARRY-M. :HAMILTON:© NOTARY PUBLIC FULTON COUNTY STATE OF GEORGIA MY COMMISSION EXPIRES 12/27/09)