# NOTARY'S CERTIFICATE OF SERVICE

It is hereby certified, that on the date below-noted, the undersigned Notary Public mailed to:

**UNITED STATES DISTRICT COURT FOR THE MIDDLE DISTRICT OF GEORGIA**

**\*Attn:Clerk of Court: Gregory Leonard**

an actor doing business as

Operations Accountant

Bankruptcy Receiver

475 Mulberry Street

Macon, Georgia state

a private collection agency

hereinafter, "Recipient," the documents and sundry papers as follows:

1. **Letter** pursuant to national registry account MALACHI YORK 064360272 to the United States District Court For The District Revenue Service **24/12/2008, received 29/12/2008;**
2. **SILVER COINAGE, INDEMNITY BOND, STATE BOND, 'ACCEPTANCE', "et al" to the court for my Accts;**
3. **2008 IRS Form 1096, 1099-OID, and Form 1040-V** reconciliation voucher;
4. **IRS Form 56 Appointing Henry M. Paulson, Jr. / Jose G. Davila Matos, previously as fiduciary for**
   **Legal fiction MALACHI YORK / DWIGHT YORK** for all tax and judicial matters (photocopy);
5. Transaction knowledge of the associated Bonds "Pay to the United States Treasury";
6. Reference copy **Notary's Certificate of Service** (signed original on file 24/12/2008)

by Express Mail No. EH 461379455 US, EH 519446076 US, EH 519446059 US, EH 519446028 US, & EH 519446045 US/ Return Receipt Requested by placing same in a postpaid envelope properly addressed to Recipient at said address and depositing same at an official depository under the exclusive face and custody of the U.S. Postal Service within the State of Colorado.

_____     19/03/2009 _____ [Seal]

NOTARY PUBLIC                                    DATE

My commission expires: _O2-11-12-_

ARALL CHARLES©™, Notary Public
RECORDINGS / PRIVATE CONTRACTING
130 BIG OAK CIRCLE
Athens, Georgia state Near [30605]

# EVIDENCE OF SERVICE

True unaltered copy of receipt for    ☐ United States Certified Mail    ☐ Return Receipt Requested

☐ United States Express Mail    ☐ Postal Service receipt for currency

## THIS EVEDENCE SERVES AS KNOWLEDGE REGARDING AN EXHAUSTION IN REMEDY, AND ESTOPPEL JUDGEMENT BY EVIDENCE ADMITTED AND DEFAULT TO ANSWER BY NOTARY ACKNOWLEDGEMENT

State of *GEORGIA*                )

                                                 ) ss.:                    COPY CERTIFICATION

County of *CLARKE*              )

On this _19_ day of _MARCH_, 20_12_, for the purpose of verification, I, the undersigned Notary Public, being commissioned in the County and State noted above, do certify that this is a true and correct copy which I made of the original document(s).

WITNESS my hand and official seal.

_____                    _03-19-09_

NOTARY PUBLIC                                                    DATE

My commission expires: _02-11-12_, 20_12_    (Stamp)

# Notary's Certification of Non-Response

### Notice to agent is notice to principal

*It is hereby certified* that on or about 28/02 /2009, received 03/ 02 /2009;

**UNITED STATES DISTRICT COURT FOR THE MIDDLE DISTRICT OF GEORGIA**

### *Attn:Clerk of Court: Gregory Leonard

an actor doing business as

Operations Accountant

Bankruptcy Receiver

475 Mulberry Street

Macon, Georgia state

a private collection agency

## Did fail to respond to

*letter of instructions to process Federal*

*tax returns currently in his possession*

*Form 56 appointment of the Secretary of*

*of the Treasury as fiduciary*

Issued on behalf of national exchange account MALACHI YORK 064360272

*It is further certified* that on March 5th 2009 the said parties

## Did admit to obstructing Federal tax laws of the United States

by failing to respond, failing to exhibit evidence of processing of Federal tax returns duly filed as commercial affidavits for tax periods 2008, on behalf of MALACHI YORK©™ 064360272, a legal fiction U.S. concoction, and failing to exhibit evidence that the Federal tax refunds for the indicated years were not misappropriated.

*It is hereby so certified* this ___19th___ day of ___March___, 20_09_

_____    ___19/03/09___ (Seal)

NOTARY PUBLIC                              DATE

My commission expires: ___February 12th___, 20_12_



AMIR JAMES©™, Notary Public

RECORDINGS/ PRIVATE CONTRACTING

130 BIG OAK CIRCLE

Athens, Georgia state Near [30605]