5:01-CV-90001-CAR-GMF
5:02-CR-00027-CAR-1

# JUDICIAL NOTICE:

# KNOWLEDGE OF

# THE ENCLOSED

# EVIDENCED, 'DEMAND DEPOSIT', ACCEPTED, 'NON-PERFORMED TRANSFER',

# BY CLERK OF COURT,

# PURSANT TO

# RULE 201, RULE 202,

# UCC 3-410,

# 42 U.S.C. SECTION 198



FILED
U.S. DISTRICT COURT
MIDDLE GEORGIA
2009 APR -1 AM 9:04
DEPUTY CLERK



Home | Help | Sign In

Track & Confirm | FAQs

# Track & Confirm

### Search Results

Label/Receipt Number: **RB80 3414 873U S**
Status: **Delivered**

Your item was delivered at 9:56 am on February 25, 2008 in DENVER, CO 80202. A proof of delivery record may be available through your local Post Office for a fee.

Additional information for this item is stored in files offline.

(Restore Offline Details >)  (?)   (Return to USPS.com Home >)

**Track & Confirm**
Enter Label/Receipt Number.

(Go >)

Site Map | Contact Us | Forms | Gov't Services | Jobs | Privacy Policy | Terms of Use | National & Premier Accounts

Copyright© 1999-2007 USPS. All Rights Reserved.     No FEAR Act EEO Data     FOIA

PROOF OF TENDERED
DEMAND DEPOSIT ACCEPTED
AND UNREPORTED BY
MARCY E. COOK

http://trkcnfrm1.smi.usps.com/PTSInternetWeb/InterLabelInquiry.do      3/30/2009



Home | Help | Sign In

**Track & Confirm** | FAQs

# Track & Confirm

## Search Results

Label/Receipt Number: **EH48 6738 162U S**
Status: **Delivered**

Your item was delivered at 7:40 AM on March 5, 2009 in DENVER, CO 80218. Waiver of signature was exercised at time of delivery.

( Additional Details > ) ( Return to USPS.com Home > )

**Track & Confirm**
Enter Label/Receipt Number.

( Go > )

## Notification Options

**Track & Confirm by email**
Get current event information or updates for your item sent to you or others by email. ( Go > )

**Proof of Delivery**
Verify who signed for your item by email, fax, or mail. ( Go > )

Site Map   Contact Us   Forms   Gov't Services   Jobs   Privacy Policy   Terms of Use   National & Premier Accounts

Copyright© 1999-2007 USPS. All Rights Reserved.    No FEAR Act EEO Data    FOIA

DEMAND DEPOSIT

ACCEPTANCE RECIEVED

BY OFFICIALS IN COLORADO

http://trkcnfrm1.smi.usps.com/PTSInternetWeb/InterLabelInquiry.do    3/30/2009



**UNITED STATES POSTAL SERVICE**®

Home | Help | Sign In

Track & Confirm | FAQs

# Track & Confirm

## Search Results

Label/Receipt Number: **EH27 3416 336U S**
Status: **Delivered**

Your item was delivered at 11:16 am on September 15, 2008 in DENVER, CO 80203. The item was signed for by S LOPATOWSKI.

Additional information for this item is stored in files offline.

( Restore Offline Details > )  ( ? )   ( Return to USPS.com Home > )

**Track & Confirm**
Enter Label/Receipt Number.

( Go > )

### Notification Options

**Proof of Delivery**
Verify who signed for your item by email, fax, or mail.  ( Go > )

---

Site Map | Contact Us | Forms | Gov't Services | Jobs | Privacy Policy | Terms of Use | National & Premier Accounts

Copyright© 1999-2007 USPS. All Rights Reserved.     No FEAR Act EEO Data     FOIA

---

"DEMAND DEPOSIT"

ACCEPTED BY STATE OF COLORADO'S
ATTORNEY GENERAL - JOHN SUTHER'S
OFFICE

http://trkcnfrm1.smi.usps.com/PTSInternetWeb/InterLabelInquiry.do                3/30/2009



**United States Postal Service**

Home | Help | Sign In

Track & Confirm | FAQs

## Track & Confirm

### Search Results

Label/Receipt Number: **EH48 6733 085U S**
Status: **Delivered**

Your item was delivered at 8:45 AM on March 16, 2009 in MACON, GA 31202. The item was signed for by J WISDOM.

( Additional Details > ) ( Return to USPS.com Home > )

**Track & Confirm**
Enter Label/Receipt Number.

( Go > )

### Notification Options

**Track & Confirm by email**
Get current event information or updates for your item sent to you or others by email. ( Go > )

**Proof of Delivery**
Verify who signed for your item by email, fax, or mail. ( Go > )

Site Map | Contact Us | Forms | Gov't Services | Jobs | Privacy Policy | Terms of Use | National & Premier Accounts

Copyright© 1999-2007 USPS. All Rights Reserved.   No FEAR Act EEO Data   FOIA

DEMAND DEPOSIT ACCEPTED BY CLERK OF COURT GREGORY LEONARD OF THE UNITED STATES DISTRICT COURT FOR THE MIDDLE DISTRICT OF GEORGIA