1

FILED
U.S. DISTRICT COURT
MIDDLE GEORGIA

2009 APR - 1 AM 9: 04

_C.Q. uuston_
DEPUTY CLERK

**IN THE UNITED STATES DISTRICT COURT FOR THE**

**MIDDLE DISTRICT OF GEORGIA**

misnomer DWIGHT YORK©™ "et al",                    **5:07-cv-90001-CAR-GMF**

MALACHI Z. YORK-EL©™, BABA©™, "©™ et al"            **5:02-cr-00027-CAR-1**

**Noble:** Malachi York El: ©™

Petitioner

   **Plaintiff**

  **v.**

UNITED STATES OF AMERICA, AGENTS/HEIRS,
FEDERAL BUREAU OF PRISONS, U.S. DEPARTMENT OF JUSTICE,
CHARLES ASHLEY ROYAL, HUGH LAWSON, EDWARD NOTTINGHAM,
MARCY E. COOK, RON WILEY, CHRIS SYNSVOLL,
KRISTEN MIX, HOWARD RICHARD SILLS, TROY EID,
MICHAEL MUKASEY, JOHN SUTHERS, DAVE GOUETTE,
FREDRICK BRIGHT, RICHARD MOULTRIE, JALAINE WARD,
TRACEY BRADFORD, SALLY HEINTZYSH, MARY MANGRUM,
LISA SPEAKER, JOAN CROANIER, FBI AGENT SAVAGE,
TOM CODY, BOYD N. BOLAND,  AND ZITA L. WEINSHIENK
   **Defendants Respondents**

---

# ESTOPPEL CERTIFICATE –Owner in Fact To Assignee FOR CLOSURE BY NOTARY VERIFICATION

---

**For the record, on the record:**

Comes now is I, **Malachi York El:©™, A/K/A** H.E. Dr Malachi Z. York-EL©™, A/K/A Issa

Al haadi Al Mahdi, A/K/A Dr. Malachi Kobina York, misnomered DWIGHT D. YORK et, al.,

**all rights reserved**, Secured Party, Liberian Diplomat D/P #003828-04, Owner in fact, Holder

in due course (*Pro Per*), Surety in fact, Grantor, and Beneficiary due hereby notice the court(s) in lieu of a recorded **commercial Estoppel Judgement thru exhausted remedy;**

**Owner in Fact-** **Owner in Fact shall hereby be applied only to Malachi York El:©™, A/K/A** H.E. Dr Malachi Z. York-EL©™, A/K/A Issa Al haadi Al Mahdi, A/K/A Dr. Malachi Kobina York, misnomered DWIGHT D. YORK et, al., **all rights reserved,** Secured Party, Liberian Diplomat D/P #003828-04, specie **Surety in fact, Beneficiary, Owner in fact, Holder in due course** (*Pro Per*):

**Assignee-** **Assignee shall hereby be referred to as- UNITED STATES DISTRICT COURT FOR THE DISTRICT OF COLORADO, ASSIGNEE CASE FILE NUMBERS~ 1:08-cv-02631-BNB-ZLW, 1:07-cv-01297-PAB-KLM, OR UNITED STATES DISTRICT COURT FOR THE MIDDLE DISTRICT OF GEORGIA, ASSIGNEE CASE FILE NUMBERS~5:08-cv-0455-CAR-GMF, and 5:02-CR-27-CAR, 5:07-cv-90001-CAR;**

**Whereby, for the court's knowledge, <u>Estoppel</u> is defined as such;**

*(Also, see all unanswered recorded Affidavits to the abovementioned case-file numbers)*

ESTOPPEL, pleading. An estoppel is a preclusion, in law, which prevents a man from alleging or denying a fact, in consequence o his own previous act, allegation or denial of a contrary tenor.

Stepb. Pl. 239. Lord Coke says, " an estoppel is, when a man is concluded by his own act or acceptance, to say the truth." Co. Litt. 352, a. And Blackstone defines "an estoppel to be a special  plea in bar, which happens where a man has done some act, or executed some deed, which estops or precludes him from averring any thing to the contrary. 3 Cora. 308. Estoppels are odious in law; 1 Serg. & R. 444; they are not admitted in equity against the truth. Id. 442. Nor can jurors be estopped from saying the truth, because they are sworn to do so, although

they are estopped from finding against the admission of the parties in their pleadings. 2 Rep. 4; Salk. 276; B. N. P. 298; 2 Barn. & Ald. 662; Angel on Water Courses, 228-9. See Co. Litt. 352, a, b, 351, a. notes.

2. An estoppel may, arise either from matter of record; from the deed of the party; or from matter in Pays; that is, matter of fact.

3. Thus, any confession or admission made in pleading, in a court of record, whether it be express, or implied from pleading over without a traverse, will forever preclude the party from afterwards contesting the same fact in any subsequent suit with his adversary. Com. Dig. Estoppel, A 1. This is an estoppel by matter of record.

4. As an instance of an estoppel by deed, may be mentioned the case of a bond reciting a certain fact. The party executing that bond, will be precluded from afterwards denying in any action brought upon that instrument, the fact , so recited. 5 Barn. & Ald. 682.

5. An example of an estoppel by matter in pays occurs when one man Las accepted rent of another. He will be estopped from afterwards. denying, in any action, with that person, that he was, at the time of such acceptance, his tenant. Com. Dig. Estoppel, A 3 Co. Litt. 352, a.

6. This doctrine of law gives rise to a kind of pleading that is neither by way of traverse, nor confession. and avoidance: viz. a pleading, that, waiving any question of fact, relies merely on the estoppel, and, after stating the previous act, allegation, or denial, of the opposite party, prays judgment, if he shall be received or admitted to aver contrary to what he before did or said. This pleading is called pleading by way of estoppel. Steph. 240a

7. Every estoppel ought to be reciprocal, that is, to bind both parties: and this is the reason that regularly a stranger shall neither take advantage or be bound by an estoppel. It should be directly affirmative, and not by inference nor against an estoppel. Co. Lit. 352, a, b; 1 R. 442-3;

4

9 Serg. & R. 371, 430; 4 Yeates' 38 1 Serg. & R. 444; Corn. Dig. Estoppel, C 3 Johns. Cas. 101; 2 Johns. R. 382; 8 W. & S. 135; 2 Murph. 67; 4 Mont. 370. Privies in blood, privies in estate, and privies in law, are bound by, and may take advantage of estoppels. Co. Litt. 352; 2 Serg. & Rawle, 509;

6 Day, R. 88. See the following cases relating to estoppels by; Matter of record: 4 Mass. R. 625; 10 Mass. R. 155; Munf. R. 466; 3 East, R. 354; 2 Barn. & Ald. 362, 971; 17 Mass. R. 365; Gilm. R. 235; 5 Esp. R. 58; 1 Show. 47; 3 East, R. 346. Matter of writing: 12 Johns. R. 347; 5 Mass. R. 395; Id. 286; 6 Mass. R. 421; 3 John. Cas. 174; 5 John. R. 489; 2 Caines' R. 320; 3 Johns. R. 331; 14 Johns. R. 193; Id. 224; 17 Johns. R. 161; Willes, R. 9, 25; 6 Binn. R. 59; 1 Call, R. 429; 6 Munf. R. 120; 1 Esp. R. 89; Id. 159; Id. 217; 1 Mass. R. 219. Matter in pays: 4 Mass. R. 181;

Id. 273 15 Mass. R. 18; 2 Bl. R. 1259; 1 T. R. 760, n.; 3 T. R. 14; 6 T. R. 62; 4 Munf. 124; 6 Esp. R. 20; 2 Ves. 236; 2 Camp. R. 844; 1 Stark. R. 192. And see, in general, 10 Vin. Abr. 420, tit. Estoppel; Bac. Abr. Pleas, 111; Com. Dig. Estoppel; Id. Pleader, S 5; Arch. Civ. Pl. 218; Doct. Pl. 255; Stark. Ev. pt. 2, p. 206, 302; pt. 4, p. 30; 2 Smith's Lead. Cas. 417-460. Vide Term.

## ESTOPPEL CERTIFICATE – Owner in fact To Assignee

*(see prior abovementioned casefile numbers for the court exhibited tenders)*

*Attention: Clerk of Court-Gregory Langham

1. UNITED STATES DISTRICT COURT

   FOR THE DISTRICT OF COLORADO

   901 19TH STREET

   Denver, CO 80294;


   *Attention: United States Attorneys Office

2. MARCY E. COOK
   1225 17TH STREET SUITE#700
   DENVER, CO ;


   *Attention: John Suthers

3. STATE OF COLORADO (AND AGENTS)
   121 STATE CAPITOL
   DENVER, COLORADO 80203;

   AND

   *Attention: Clerk of Court-Gregory Langham

4. UNITED STATES DISTRICT COURT

   FOR THE MIDDLE DISTRICT OF GEORGIA

   475 MULBERRY STREET

   Macon, GA 31202

**\*Attention: Attorney General John Suthers, Clerk of Court – Gregory Langham, and Gregory Leonard**

Re:  (the "Tenders Received")

**Assignees:**

The undersigned Malachi York El:©™- Owner in Fact of the registered Tenders, a portion of which is subject to a certain lease (which lease and all amendments and other agreements referred to in Paragraph1 below collectively are referred to herein as the **"Tenders Received"** USPO Tracking Numbers: **RB 803 414 873 US, EH 486738162 US, EH 273416336 US, AND EH 486733085 US:** dated: **02/25/2008, 03/05/2009, 09/15/2008** made Payable to the Secretary of the United States Treasury-Payee, **thru Co-Payee**(s): U.S. ASSITANT ATTORNEY MARCY E. COOK, STATE OF COLORADO'S ATTORNEY GENERAL-JOHN SUTHERS, UNITED STATES DISTRICT COURT FOR THE DISTRICT OF COLORADO'S-CLERK OF COURT GREGORY LANGHAM, AND UNITED STATES DISTRICT COURT FOR THE MIDDLE DISTRICT OF GEORGIA-CLERK OF COURT GREGORY LEONARD   as assignees (hereinafter referred to as "Assignee").  The undersigned, as registered **Owner In Fact** in accordance to the registration, herby represents, warrants and certifies to you that the following statements are true, correct and complete as of the date hereof:

1.  **Malachi York El:©™** -Owner in Fact is the Owner in Fact under the Assignment which acknowledges that you, as assignee ("Assignee"), and assignees are about to enter into an assignment of Assignee's rights, registered owner and interest accrued by its usage.

(the "**License Fees**").  There have been amendments, and modifications, due to the **defaults**

**against the** various listed contractors assigned and associated as assignees to settle the debt;

2.  The initial term of the **defaulted** assignment commenced on the date:03/19/2009 (GA) ,

and 03/19/2009 (CO) in the state(s):Georgia and Colorado by the named Assignees-UNITED

STATES ASSISTANT ATTORNEY-MARCY ELIZABETH COOK, UNITED STATES

DISTRICT FOR THE DISTRICT OF COLORADO- CLERK OF COURT GREGORY

LANGHAM,UNITED STATES DISTRICT FOR THE MIDDLE DISTRICT OF

GEORGIA- CLERK OF COURT GREGORY LEONARD, and have defaulted as this 30TH

day, in the month:March, in the year:2009, exclusive of unexercised renewal options and

extension options contained in the Assignment .

3.  The Assignment has been duly authorized and executed by Owner in Fact and is in

Full force and effect. IF THE CERTIFICATE IS TO BE DELIVERED TO ASSIGNEE, ADD

THE FOLLOWING:  Owner in Fact~Malachi York (El) has delivered to you, as the Assignee,

concurrently herewith a true, correct and complete copy of  the Assignment.

8

Respectfully,

Owner: _____

Malachi York El: ©™

Nonresident / Non-Domestic

First Class, Delivery

c/o P.O. Box 181398

Denver, Colorado 80218

## NOTARY VERIFICATION

This 27 day of March , 2009.

Sworn and Subscribed

Before me _____

**Notary Public**

On this 27 day of March

My commission expires 12/27/2009  SEE ATTACHMENTS: Acceptance of Presentment(s).