RECEIVED
CLERK'S OFFICE

**IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA-MACON DIVISION**

U.S DISTRICT COURT
MIDDLE DIST. OF GEORGIA
MACON, GEORGIA

MALACHI Z. YORK-EL©™;
**misnomer DWIGHT YORK©™,**

CASE NO. 5:07-CV-90001-CAR
Article 1 Section 9
Constitutional Habeas Corpus
CASE NO. 5:02-CR-27-CAR

Noble: Malachi York:El:©™

   **Plaintiff**

V.

Filed at _10:43A_ M
DATE _4/2/09_
DEPUTY CLERK, U.S. DISTRICT COURT
MIDDLE DISTRICT OF GEORGIA

UNITED STATES OF AMERICA, AGENTS/HEIRS,
FEDERAL BUREAU OF PRISONS, U.S. DEPARTMENT OF JUSTICE,
CHARLES ASHLEY ROYAL, EDWARD NOTTINGHAM,
MARCY E. COOK, RON WILEY, CHRIS SYNSVOLL,
KRISTEN MIX, HOWARD RICHARD SEALS, TROY EID,
MICHAEL MUKASEY, JOHN SUTHERS, DAVE GOUETTE,
FREDRICK BRIGHT, RICHARD MOULTRIE, JALAINE WARD,
TRACEY BRADFORD, SALLY HEINTZYSH, MARY MANGRUM,
LISA SPEAKER, JOAN CROANIER, FBI AGENT SAVAGE,
TOM CODY, BOYD N. BOLAND,  AND ZITA L. WEINSHIENK

   **Defendants**

---

### JUDICIAL NOTICE OF NEWLY DISCOVERED EVIDENCE

---

**For the record, on the record:**

Comes now is I, **Malachi York El:©™** , **A/K/A** H.E. Dr Malachi Z. York-EL©™,

A/K/A Issa Al haadi Al Mahdi, A/K/A Dr. Malachi Kobina York, misnomered DWIGHT D.

YORK et, al.; **All rights reserved**, Secured Party, Liberian Diplomat D/P #003828-04, Owner in

fact, Holder in due course (*Pro Per*) am submitting the attached evidence of letters from alleged

victims Abdus Salaam Laroche "Shelomoh Eddington", referred to as "Shilamooh" on pg 1317

1

of the Transcripts C **(See Exhibit 11 A & B letters from Abdus Salaam Laroche "Shelomoh Eddington")**, Taariq "David" Noel **(See Exhibit 11C & D letters from Taariq "David" Noel)** and "Adah" Nicole Lopez **(See Exhibit 12A & B letters from "Adah" Nicole Lopez)** pursuant to your 42 USC § 1986 and 28 USC § 2255 (1) which states :

> **"(1)** newly discovered evidence that, if proven and viewed in light of the evidence as a whole, would be sufficient to establish by clear and convincing evidence that no reasonable factfinder would have found the movant guilty of the offense"

These letters are in support of **EXHIBIT 13 JUDICIAL NOTICE OF AFFIDAVITS OF PROSECUTORIAL MISCONDUCT** and **EXHIBIT 11 JUDICIAL NOTICE OF AFFIDAVIT OF RECANTMENTS** filed in the Court under my Claim III New Evidence of United States Witness Recantments Pursuant to Your 28 U.S.C. § 2255 and Prosecutorial Misconduct Pursuant to your 18 U.S.C. § 371 in my **MOTION FOR RELIEF BY RESPONSE TO REPORT AND RECOMMENDATION that was filed on March 2nd, 2009.**

These letters were written to me prior to the void judgement, indictment, and warrant unlawfully imposed upon me. These letters show evidence that these alleged victims were never victims at all. Abdus Salaam Laroche "Shelomoh Eddington" , who under oath and penalty of perjury stated that his testimony during my trial under Case#: 5:02-CR-27-CAR , wrote two letter to me addressed to the Ancient Egyptian Order, P.O. Box 5579, Athens Georgia, 30604-5579 in 2000 A.D. which is evidence on and for the record that I was not residing in Eatonton, nor was I in communication or accessible to Abdus Salaam Laroche "Shelomoh Eddington". Abdus Salaam

2

Laroche "Shelomoh Eddington" also shows on the Record that he was not forced to be there, nor was I there to force him to continue to reside at 404 Shadydale Rd. in Eatonton, GA. Also in David Taariq Noels testimony he alleges that he was victimized along with Abdus Salaam Laroche "Shelomoh Eddington" and Khalid "Eddie" Eddington on pg 1304 of the Transcripts, based on his Recantment that was entered on and For the Record on March 2nd, 2009 in which Taariq "David" Noel states specifically in his testimony under oath and the penalty of perjury pursuant to the Federal Rules of Evidence 201 (b) the following:

> "2. I am hereby affirming that the majority of my testimony at the Federal criminal trial of Dwight York (Malachi York) was false, specifically in the area of my personal sexual activity. I am also stating that I did not engage in any type of sexual activity with Mr. York including oral sex or anal sex. **Nor did I witness Mr. York engage in sexual activity or any inappropriate sexual behavior with any minors or adults**."

And

> "6. I deny having or witnessing any sexual intercourse including oral nor anal involving Khalid Eddington "Eddie", Issa Johnson, and Abdus Salaam "Shilemooh" with Mr. York, Kathy Johnson, Chandra Lampkin "Najlaa" or Khadijah Merrit "Mucullah." "

This fact proves that not only are the statements that Taariq "David" Noel made during his initial testimony were false, but also proves that the testimonies of Abdus Salaam Laroche "Shelimoh Eddinton" who also testified under oath and the penalty of perjury that the statements he made during my trial were false when he stated the following:

3

"3. I deny that Khadijah "Macullah" Merritt performed any oral sex on me in the presence of Mr. York when I was about 13, nor did I witness any sexual activity between Mr. York and Khadijah "Mucullah" Merrit in Eatonton, Georgia."

and

"I affirm that the reason I testified falsely against Malachi York and other aforementioned is because I was told that I had to go along with the stories as everyone else did. FBI Jalaine Ward told me and I quote, "Other people already came forth and we already know what happened and it's best that you do the same.""

and the testimony of Khalid "Eddie" Eddington were false and bare no merit what so ever as Taariq "David" Noel explains "Nor did I witness Mr. York engage in sexual activity or any inappropriate sexual behavior with any minors or adults." Taariq "David" Noel also explains in a letter hand written by him on December 1st, 2002 **(See Exhibit 11C letter from Taariq "David" Noel)** explicitly that he did not want to be involved in my trial when on and for the Record he states:

"I do not want under any circumstances to do with anything, to be quested or testify against him or anyone in this case, this is my statement on my own decision, I was not forced or persuaded by anyone, I've made up my own mind."

This letter is being submitted to show the Court further evidence of the Validity of Taariq "David" Noels Affidavit expressing the following:

"I testified falsely against Malachi York, Kathy Johnson, Chandra Lampkin "Najlaa" and Khadijah Merrit "Mucullah" for several reasons. The main reason was the threats made against me by the FBI agent Joan Cronier and FBI Richard Moultrie. I was told by Joan Cronier that if I denied the allegations that my mother would be incarcerated for fraud."

In Taariq "David" Noels second letter sent to his mother Barbara Noel "Bilqiys" **(See Exhibit 11D letter from Taariq "David" Noel)** he states how he felt in reference to the crimes committed by his mother Barbara Noel, and "Adah" Nicole Lopez in which he states:

"he reminded me about the stuff with yall, like the buying the house, and Nicole with a minor, you can try to imagine what I felt."

when he met with my former translator/attorney of Record Ed Garland he told him the Truth which was again in opposition to his testimony in which he states:

" the next day we meet up with him, and I expected to get a way out of testifying so that all this won't happen, but he started asking me questions about what happened so I basically told him my whole statement when we was done Tahakah expected me to say otherwise, but because I thought he was going to tell me ways I could get out, I didn't know, so when he started asking me questions (the lawyer) **I told him the truth**."

"Adah" Nicole Lopez also wrote two letters prior to her testimony during my trial that I am submitting pursuant to your Federal Rules of Evidence Rule 803 (21) proving her statements were false due to the affidavits entered on and for the record as New Evidence pursuant to your 28 USC § 2255 (1). Her letter **(See Exhibit 12A letters from "Adah" Nicole Lopez)** shows a pattern of deceit and her promiscuous lifestyle as she states on page 1:

"I want to experience things life, no worries, going places, smoking (and not cigarettes), getting drunk without guilt or stealing,"

In pages copied from out of her Diary **(See Exhibit 12B letters from "Adah" Nicole Lopez)** she states the following:

"then he got my arms picked me up I just know he was feelin on my ass biting on my cheeks feeling my tits when he sat on the toilet then he was picking me off the floor he put me on top of him know I could feel his dick it was too hard then Ish unlocked the door with a hanger god damn that bathroom was too foggey it looked like I took a hot shower and left the bathroom steamy I was enjoying myself"

And she continues on to say:

"Dean is rough is rough that's what I like I told Dean he couldn't handle me he was like yes I could then he grabbed me and picked me up"

These statements prove character of this witness is flawed inclusive of the New Evidence submitted on and for the record denying my involvement in the alleged crimes or victimization of this troubled young girl. I quest the court to take Judicial Notice and act appropriately pursuant to your

42 USC § 1986 and Chapter I. Code of Conduct for United States Judges Canon 2A.

Respectfully,

**Malachi York El:©™**

Nonresident/ Non-Domestic

First Class, Delivery

c/o P.O. Box 181398

Denver, Colorado 80218

"Malachi 4:2 "But unto you that fear my name shall the Sun of righteousness arise with healing in his wings"

# JUDICIAL NOTICE BY 'ACCEPTANCE' PURSUANT TO UCC3-410,and 42 U.S.C. § 1986, PURSUANT TO KNOWLEDGE AND EVIDENCE; 46 U.S.C. § 781:

# EXHIBIT 11A

12-01-02

To whom it may concern.

I Taariy Noel (David) which was a adopted son of Malachia York, who have been living under his care for 15 yrs, I do not want under any circumstances to do with anything, to be quested or testify against him or any one in this case or any other case, this is my statement on my own dessission, I was not forced or persuaded by any one, I've made up my own mind, I no longer want to be a part of this case, against Malacha York

your truely

Taariy Noel

# EXHIBIT 11B

To Whom    Important

1-α-03

David 7-06

I couldn't tell you this in person so I decided to write it down. This is about the note situation and what else happend. After that incident during the last week of school before the holiday week end around the time when my father was going in jail, that night we (me, takeiah, my father) was in the car and takeiah was telling me all this stuff about the court case, about the info being public and the cross examing process. He was saying all about the dirt they have (the tower) on you, nichole, amanda etc. And that he was telling me all of it but they have enough for you to have some time. During the conversation it poped up that the "only" way that this can be avoided was if I didn't testify, and IF I didn't testify yall wouint have to. So Basically the only way was if I talk to they lawyer ed somthing Lycu know whol. I was under the impression that I had to talk with and and see a way as to not testitfy. the next day we meet up with him, and I expected to get away out of testifying so that all this won't happen. but he started asking me questions about what happen. So I Basically told him my hole statement when we was done te he expected me to say other wise, but because I thought he was going to tell me ways

I could get out I didn't know, so
when he started asking me questions
(the lawyer) I told him the turth.

At the end of that we had a nother
conversaytion, because the first was
a miss communiacation. this time he
was like the only way was to tell
them it didn't happend, then he reminded
me about the stuff with yall, like
the buying the house, and nichole
with a minor, you can try to imagin
what I felt. so I was under the
impression that yall was going down
unless I did some thing, so the
next night we meet up again in
the same spot I against ever Bone
in my body I told him (the lawyer)
it wasn't ture, I hopped on cue
all of yall was destorying it, and stuff
like that, He was there with a detective
for yark, But after thinking about
it I was like yall still have to go
on the stand with or without me
after I relized that it was too late
this happend during Dec. 19 some
around that time, I only did it
be cause I thought yall was
in danger. I guess we have to start
A.S.A.P to fix this situation

Tara

# EXHIBIT 11C

Case 5:02-cr-00027-CAR-CHW   Document 417   Filed 04/02/09   Page 15 of 32

Shelomoh Eddington
407 Shadydale RD.
Eatonton GA 31024

Ancient Egiptian Order
P.O. Box 5579
Athens GA 30604-5579

30604+5579

IB-285

RECEIVED FEB 2 2 2000

Dear Aturn-Re,

How are you doing, I'm hoping your doing o.k. I writing to make sure everything is alright. And I wanted to ask you could Kuursh move back up here. He said that the only reason why he didn't move up when you said he could, is because he was waiting for you to give him a specific day he could move up. This was before the situation about the phone, so you wont think I'm using the phone. About the phone situation, I only use the phone to call you like once or twice in a while or when kuursh and my brother call me. Other than that hope your doing o.k. and hope to see you soon. Take care and drive safely.

Love you always
Sincerely,
Shubursh Eddington

11B-285

# EXHIBIT 11D

Shelowe W Eddington
404 Shadydale RD.
Eatonton Ga 31024

RECEIVED MAR 2 1 2005

ancient Egyptian Order
P.O. Box 5599
Athens Ga 30604-5599

10-285

Dear Atum-Re,

How are you doing, hope your doing okay. I'm just to jeck up on you, making sure everything is alright. If you need help with anything and theirs work that need to be done I'm always available; not saying I'm not working here. Me and Imhotep is still working on the Amon-Re sight carving. Well write you later, drive safely and becareful where ever you go. Love you always.

Sincerely yours,
Shelomoh
Eddington

113-285

# EXHIBIT 12A

To Layla,

How are you doing? I missed you very much. I miss your mom, she's coo', and of course you know I defenetly miss Kuwsh. I wish I had the balls enough and left when you left. Instead of being here pretending. I want to experience things life, no worries, going places, smoking (and not cigaretts) getting drunk without guilt or stealing, finding new experiences. It's like our roles swicked, I used to tell you to live, have fun, stop being paranoid, while you was woring about people say, Now your telling me live, enjoy life, while I am here hoping Doc or Abigail isn't saying nothing bad about me. The only reason I havent asked yet is I don't have the balls and I'm a little guilty because everyone has left him, but obviousiy something is wrong, we talk about christians waiting in vain 2000 years for Jesus, as we sit on the land and wait in vain for Baba's return or a life. Both religion, both bull shit. They boys & girls have been giving their freedom to roam without anyone bothering them again from Baba, Kayuse was trying to put all these roles on them.

Anyway. Shababas pariny was funny. First Amand & Beluwra got the "drinks" and not Zinfindile, the realB shit, vodka and all. We were trying to find a good spot when Shelomoh & Isaam climb up to 103. It was twsn, the girls /

Me, Shaba, while ② sit Shaira was sleep in the ②
Attic. It was a Friday night. We had music
+ No lights. Shelomoh was happy because he
is alway messing with Shababa. Shababa got
wild, after cursing, Telling Isaam & Shelomoh don't
mess with her unless their "ready". She cursed
me out after she pulled me close and felt
I had short hair. I tried to tell her I was
growing it but she told get the fuck away
from her and she played in Amenda's hair.
At one point Shelomoh was trying to grab me
tell me I was drunk (which I was) but
I was pushing him back to Shababa.
, Beluwra got up and we were dancing
together to Back that thing up so you could
imagine how that looked. I was scared to
death when Isaam tried to join in because
I never danced with the opposite sex before.
He was trying to get me to loosen up but
I frooze, I kept going back for vodka &
whiskey. Beluwra was cutting up falling
on people, grabing people. At one point I was
laying down and Isaam had came over and
Shelomoh and Beluwra flew off the handle. She
started yelling at people and telling me why
don't I find Kuwsh, of course I cursed

her right back out, telling her, "I don't ③ want your man. Then she tried to jump off the balcony. Isaam tried to stop her, but she asked him to join her! She was really trippy. Amanda had an attitude because people kept getting on her bed (and because she was on her "rag") her bed is in front the window. We kept trying to get Shabiba to lay on the sleeping bag. But she was not having it. Then they had to carry her to the bathroom. She made so much noise Sit Shaira came out and told them to turn of the music. She must have been half sleep not to notice Shelomoh in the chair. Shelomoh kept trying to get blow jobs from Amanda & them because he couldn't get it up. Isaam told him that can happen if he had too much to drink. Which he did because he tried to pin me to the bed 4 different times. Isaam had to tell him get off. I bearly had the energy to fight. Me and Amanda had to sneak them threw the front door at almost 4 in the morning, and Atlens had already been home. It was fun. We all over sleeped the next morning. Amanda had 3 zinfindiles in a locked bag that the bitch Suhaibh found while stealing stuff from →

Amanda. Of course she told Abigail, but Amanda said she found it cleaning up the aset fashe in the pyramid but she was to "scared" to drink it. She is doing okay. She is not planing on writi Doc, even though he sent a message as to why other girls wrote but not her. She is Who he is expecting the letter from. She still wants to leave. I wrote Kuwsh and he didn't write me back, I had Solomon call him for me to say happy birthday. I also gave him a bunch of stamps. I don't know why he doesn't write me back when he was here Beluwra would tell me a whole lot of shit, like he don't really like me like I like him or he calls me his bitch, or rips up my letters I give him without reeding them. I was very hurt by that especially since I used to wait up untill 5:30 in the morning waiting for him to come to Edfu when he was hanging with the girls in the sewing room. Shelomon said he heard about me and Isaam, he probably heard about the party, because theres nothing for him to "hear". Sometimes he is funny, because he will assume I am doing stuff with someone without asking, and if I was, like he didn't do stuff with the girls or fuck Amanda after he fucked me, and I wasn't sopposed to know. But none of that can change the way I have felt, feel and will probably always feel for him. I gave him my heart. Can't no body else take that away

⑤

going into the woods I got fired, Katherine got fired and then put n ethns bookStore, She Sot a mate Now, Sharika got Kicked out for being sarcastic Abigail asked was it my Idea and what am I doing there I said it was and we were bored & finished our work and was told we could So any where so that were we went. So now So we found a bush to go threw So people dont See us.

When I talked to Abigail I told her of things that bothered he like people teasing me, She Said that was cruel (as if She wasn't one of the main ones) I am so tired of the games. I know she was "She said you said" for information. I am not Siving up Shit I felt could trap me or She was going to be phony She Said Baba was mad I told you stuff because you didn't know before it was gossip but I Save people proof and Now the brothers and everybody knows and about the buys Bull shit And She said when you told her I Said why is he mad about What I did when I do things in front of him, Doc Sot mad.

Well I am sopposed to Take Mery to the park in milledgvill every monday. I have to leave Tammre by 1200 - 12:30 her class is from 1:00 - 2:00 tell me if you can take us. I also have to pick up her food So, when ever you can, let me know.

I told my mother 2 times I don't want to be here, she got mad and told me to rise above the negativity and see that there are forces pulling us out. I told her there are forces pushing people out, I want to experience things. And there obviously something wrong if everyone here, be the low or high is <u>not</u> happy. I want to experience happiness. Or be content. but not settle. I sometimes hang with Amanda. She has problems with Beluwra because if she see ~~Isean~~ talking to any one especially alone she thinks they are after ~~husband~~ her "husband". I try to help her out so her relationship can work, but ya know she can be deaf. She doesn't open up to him, and is highly jealous, while he opens up to her. I try to talk to him and let him know she's young, he needs patience with her. Kind of the opposite with me and Kowsh, I opened up to him, but he couldn't do ~~say~~ say the same. I wish I would, just wake up in his arms. While he kisses my kneck.

I got to go for now, me and Habiba are going with Takiya to athens ~~to~~ mail to get some things for Abigail's birthday. Write me!

Before I go. I didn't tell you the best thing. One time me, Kowsh, Isean, and Sharika was talky about love, they were trying to find out if I loved ~~someone~~

any one. I said yes recently I loved someone, but they didn't feel the same. They dogged me and played me, but I loved them, they kept trying to get the name. Kuwish swore he was going to get it out of me. So when he was leaving I told David to tell him, he never found out the person. He told David, he is not stupid, he knows who it is, and he loves me too! I could have died. I was smiling for a week. Nobody has ever told me that. Please if you see him tell him to write me. I miss him. And hopefully when I get the balls up, I'll be with him. So he doesn't have to front, or hold his feelings.

Write me. back Layla. Everyone said they will write and didn't. I want to know what you have been up to. If you can, can you send a phone card, some hair dye and socks? Come some weekends, if you can, I know when I do, I won't be back for a while. Send me some pictures of you. I don't have any. (The car is bumpy) You still got my pictures & ring Please write. or Call

Love and Trust
Always
Your Sister & friend
for life. No matter what
Adah.

# EXHIBIT 12B

I was like no yall not so we got to Nainah's house I was hoping they forget then Desn slapped Nainah's ass she was like oh shit that hurts I was like I told you he got some heavy hands than Eli and Ish was talking Nainah as = I was laughing then they came to me I was like no they was holding me down and slapped my ass it hurted so bad then Eli we took Nainah in her room and was on her hitting her slapping her I was laughing then I can no help Nainah then Desn turned off the light grabbed me and was hitting me I was screaming laughing it was so funny

holding my hand and arms I couldn't move him Eli was like oh shit Dean look at this he was playing with narrato's breast Dean started laughing Eli was getting hype then I sh turned off the light and was messing with narrato I u z fighting Dean then Eli came and was feeling my nipples squeezing it so hard I was like get off my breast (calm down I had a shirt on) then Eli was like oh shit they getting hard then he put his mouth to my shirt I was like get the fuck off of me he totally disrespected me then Dean put his mouth on it and flipped me over he was holding my arms so I couldn't move then he my breast

was all in his face & then I Sh came and slapped my ass I was screaming then I was fighting Dean trying to get him off me when all of a sudden he grabbed me in the bathroom and locked the door I was like let me out we was Just fighting then he got my arms picked me up I Just know he was fellin on my ass biting my cheeks feeling my tits when he sat on the toilet then he was picking me up off the floor he put me on top of him I know I could definitely feel his dick it was too hard then I Sh unlocked the door with a hanger god damn that bathroom was too foggy it looked like

We took a hot shower and I left the bathroom steamy & was enjoying myself I ran I the bathroom again and locked my self when all of a sudden I hear Nana screaming they pull off her bra and all 3 of them is sucki her breast I was so mad for her that shit is tite but man Dean is rough that's what I like I toH Dean he couldNt handle me he was like yes I could then he grabbed me and picked me up I was like Dean put me down!