# IN THE UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF GEORGIA
### MACON DIVISION

**Civil Action No.** 5:07- CV-90001 CAR

VS 28 U.S.C. SEC. 2255

CASE NO. 5:02-CR-27 CAR

UNITED STATES OF AMERICA

Grand Chief Black-Hawk Thunderbird and
The M'AECYNA peoples
PETITIONERS,

V

Chief Black Eagle improperly named
DWIGHT D. YORK REG. NO. 17911-054
FLORENCE COLORADO FEDERAL PRISON
SUPER MAX and, R. Wiley, Warden U.S. PENITENTARY MAX
SUPER MAX

THE UNITED STATES et al,
RESPONDANTS

**Amicus Curiae**

*Necessity,* and *by Special Visitation Only.*        NOW

COMES, Grand Chief Black-Hawk Thunderbird, Divine Birthright

Inheritance to this land; Grand Chief of The Indigenous "Mount

'Arafat Embassy Clan Yamassee Native Americans Government"

hereinafter "M'AECYNA". Our land is called Atlan-Amexum. Our

Land located at 193-195 BONNER ROAD Milledgeville Georgia

[31061] non-domestic our mailing address is c/o PO Box 14585

Macon Georgia [31203] non domestic

MA'ECYNA is the official government of the Yamassee Native

Americans. As stated above, we have several "States" on each side

*grnd Chf Black Hawk*

of the Rio Grande which are governed by the central government. Everything operates under the **Constitution** of the MA'ECYNA. Each state has its' own local jurisdiction.

**We come as a friend of the court**; we come with the spirit and Principles of Law, Order And Enforcement.

We come on behalf of the M'AECYNA people, to respectfully make legal demand for **extradition of Chief Black Thunderbird Eagle** Part and Parcel of this Indigenous Government, improperly called "DWIGHT D. YORK", REG. NO: 17911-054", and now being detained at the U.S. PENITENTIARY MAX P.O. BOX 8500 FLORENCE, CO 81226, 8500 **into the custody of MA'ECYNA Legal Authorities; to be detained on Yamassee Land**.

We seek remedy in the form of the return of "Yamasee land" inappropriately confiscated by the UNITED STATES, and the return of all Yamassee funds confiscated in the case of UNITED STATES OF AMERICA V "DWIGHT D. YORK", properly named "Chief Black Thunderbird Eagle" of The Bassa Tribe of Yamassee Native Americans, our sister tribe in Atlan-Amexum, hereinafter (Defendant).

**About M'AECYNA:** M'AECYNA is the recognized Indigenous government for over 8,001,500, confirmed nationals residing in the territories of several states of the UNITED STATES and thirty-two (32) states in   MEXICO. In February 2004, M'AECYNA undertook and completed a legal action whereby the official Yamassee Native American Government for our clans and tribes "M'AECYNA",

2

presented a constructive proposal, (Treaty) to the UNITED STATES. See attachment #1.

Our constructive proposal was annexed February 11, 2004 endorsing our/a "Constructive Agreement" hereinafter, "document" between U.S. via The US Department of State, and M'AECYNA; and bears the official endorsement of the US Secretary of State, cert.#040100101 in accord with the doctrine of "full faith and credit to be had and given"; notifying all UNITED STATES government jurisdictions and the international community of the presence of the (M'AECYNA) Yamassee Native American Indigenous Government.

The "document" is now being presented to the court in accord with the protocols of the US Department of State Foreign Affairs Manual (FAM) which we file complete with written correspondence from the U.S. Department of State Authentication office, date issued, October 12, 2004, the Authentication officer was "Fernesia Crawford", the correspondence reference number is 05000529. Stating in part ... *"The statement on our certificates "full faith and credit" is in acknowledgment of the States certificate to the document, and has sufficient legal value through State and Federal sevels (sic) [levels] for use in other countries and in this country."* (See attachment #2) This correspondence is verification in regards to certificate #040100101 and is a confirmed "final confirmation". This presentation is given in accord with Vienna Convention on the Law of Treaties Depositaries of treaties. (See attachment #1 page 1)

3

Treatment of this type notification to the court is outlined in chapter 2 section 113 of the USC.  Here is a <u>review of UNITED STATES Code Title 1 Chapter 2 Section 113</u>... written to <u>all offices</u> in The UNITED STATES:

*"In all the courts of law and equity and of maritime jurisdiction, and in all the tribunals and public offices of the UNITED STATES, and of the several States, without any further proof or authentication thereof"* <u>*Treaties and Other International Acts Series issued under the authority of the Secretary of State shall be competent evidence of the several public and private Acts of Congress."*</u>

This affidavit is made by special appearance and visitation not 'general' on behalf of myself Grand Chief Black-Hawk Thunderbird and the M'AECYNA PEOPLE as a friend of/to the court; in this case being presented to the court for M'AECYNA in relation to the matter herein and for the sole purpose of providing clear notice of M'AECYNA jurisdiction in this instant matter, We The People Mund Barufat Clan Yamassee Native Americans Must Learn To Pass Judgment Justly And Without Prejudice.

Statute MA'ECYNA Constitution 2:  JUSTICE; and article 31 of our MA'ECYNA bill of Rights...

ᴠΛᴠΛ ᴠC Cᴠ⟙Uⴱ_ ⁄⁄ⵥ ⴲUΛ0 Λ⁄ⴱᎦUᴧⵄ⁄ⵥ ᴴ⁄⁄4ᎢUÒ 4⁄⁄ΛᴠCU Ꭲ⁄ⴲ⁄ⱱⱳᴠᴠ ⁄ⱳ⁄CU⯑

⁄⁄ⴲᎴᴠᎫ_ ⁄⁄ⵥ ⟙ᴠΛ⁄Ꮈ⁄Ꭶ Ꭲ⁄06 Ꭲ⁄4U4_ Λ⁄ ⯑C⁄ Λ⁄ⱳUⴧ⁄ ⯑ⱳ⁂⁄ⴧC⁄C ᴠC Ꭲ⁄4U4

⯑C⁄ Λ⁄ⱳUⴧ⁄ Λ⁄⁜Uⱳ⁜ᴠΛⵥ ⴧⴲ ⴲ⁄⟙Uⴲ_ ⁄⁄ⵥ ⱳ⁄⁄ᎦU0 ⯑C⁄ 0⁄⁜UⴧC⁄C ⁜⁄

ⴲ⁄⟙UC ⴧ⁄ⴱᎮ6_ ⁄⁄ⵥ Λ⁄ ᴴ⁄⁄ⴲUⴧC Ò⁄4Uⴧ⁄, ⁄ⴲUΛ, ⯑ⱳ⁂⁄Λⴲ⁄⁄ⴲ ⯑ⱳ⁂⁄ᎦΛⴧ⁄⁄⯑,

ⴲᴠ0⯑⁄ ⱳ⁄⟙Uⵥ ⟙⁄⁄ⵥ ⁜⁄4UⴧⴲᴠΛⵥ ⁄Λⱳ6 ⁂⁄⁜ⴧ⁄U4 ⁜⁄ⴧU9⯑Ꮈ ⴲ6ᴴᴠⵥ,

⁄9ᴧ0 ⁜⁄ ⴲUⴧᎦ ⴲ⁄ⴧUᎮ ⴲ⁄0UᴧⴲᴲᴠΛⵥ, 4⁄⁄ΛᴠCU_ ⁄⁄ⵥ, ⁂⁄ⱳUⵥ⁜C⁄C Λ⁄⁜Uⵥᴠⵥ, ⁜⁄

⁜⁄⁜⁄ⴧU4.

"We the people, Mt A'rafat Embassy Clan Yamassee Native Americans, <u>hereby declare our right to self-determination, the right to autonomy or self-government in matters relating to our internal and local affairs</u>..."

When the united States invaded yamassee land without proper authority they violated their own and international law." Visit Article 31, of the ratified international Declaration of the rights of Indigenous Peoples...

"<u>Indigenous peoples, as a specific form of exercising their right to self-determination, have the right to autonomy or self-government in matters relating to their internal and local affairs,</u> including culture, religion, education, information, media, health, housing, employment, social welfare, economic activities, <u>land and resources management</u>, environment and entry by non-members, as well as ways and means for financing these autonomous functions".

This communication is official notice of liability of The UNITED STATES et al, the UNITED STATES DISTRICT COURT, 11th DISTRICT OF GEORGIA, THE JUDGE OF RECORD, ALL OFFICERS OF THE COURT AND ANY AND ALL ARRESTING OFFICERS [hereinafter COURT OFFICIALS] in this case.

I/We invoke absolute rights and respectfully make "legal demand" that this court take Actual and Constructive Mandatory Judicial Notice of liability of the found, determined, and judicial facts; and to move this honorable Court to release the Defendant into the custody of Yamassee legal authorities to be detained <u>in custody</u> pending our own M'AECYNA investigations.

We come on grounds of direct Constitutional, Judicial, and International Treaty Violations on the part of THE UNITED STATES, including but not limited to ineffective assistance of Counsel, i.e., the licensed bar members appointed by the Defendants family to represent him, (hereinafter "Bar Members"), including but not limited to the Judge And Prosecuting Attorneys, also being "Bar Members" which created a conflict of Interest; and an act against our Yamassee Constitution.

**I must add it does not matter to MA'ECYNA that the defendant Chief Black Thunderbird Eagle "York" whishes to go to Africa. MA'ECYNA has no stake, nor nexus with that.**

In matters involving Multi Jurisdictions, the courts of the UNITED STATES have no basis to ignore the constitutions under which these jurisdictions are established, nor to ignore the various charters, the executive orders and agreements made by its' executive officers. Again, the fundamental core by which the UNITED STATES was built upon is the Constitution of the UNITED STATES and the Treaties (agreements) thereof.

For the courts of the UNITED STATES to have ignored the fundamental core by which the UNITED STATES is established, makes those court's decisions, at the very least, to be in question. The Middle District Court, the 11th Circuit Court of Appeals, and the State Court of GA were served portions of our Constructive Agreement "Treaty" (see appendix 1), and all chose to ignore the notice.

same law when the rest of the world presents that same law to the UNITED STATES?

M'AECYNA Constitution Yajud   4: Fadumdum

[text in M'AECYNA script]

M'AECYNA Constitution "Statute 4: FREEDOM

We The People M'AECYNA Must Know That By Nature We Are A Free People And Are Neither Slaves, Nor Unintentional Servants To Any, Save Ourselves And Only In <u>The Case Of A Punishment Of A Crime Whereof The Party Shall Have Been Duly Convicted By A Court And A Jury of His Or Her Peers, That Being, Members Of The Mund Barufat Clan Yamassee Native Americans, All Of Which Are, Their Only Peers Being Of The Same Genetic Historical And Indigenous Origin."</u>

*__M'AECYNA Constitution Yajud 12: Ganun mahum-aat__*

[text in M'AECYNA script]

In 1994, the UNITED STATES help to draft the now UN ratified "Declaration of the Rights of Indigenous Peoples". The UNITED STATES has not signed the Declaration. The UNITED STATES *did* and *does* recognize the same right as it relates to M'AECYNA peoples, "via" our February 11th agreement, as this is enumerated in our M'AECYNA Constitution Bill of Rights In the M'AECYNA Yamassee Constitution, which the UNITED STATES does recognize, it mentions that indigenous people have the specific right to self determination, self governing, and autonomy in relation to our local and internal affairs (see attachment 1 page 5). This has not been the case in regard to the MA'ECYNA peoples however. The respondent asked the courts of the Middle District of Georgia to be tried by his government (see Amicus Curiae page 9 lines 15-18) and the courts totally ignored the subject. Is this not against court protocol? The executive officer of the UNITED STATES uses the laws of the UNITED STATES to back wars, yet some courts of the same nation ignore laws when presented by another party. There is legal precedence established, in which the court extradited a Yamassee national (see attachment 2). Because he Continued his mischief this individual "Sean Henry Bey", was charged with impersonating a diplomat, Chief Black-Hawk Thunderbird of the Yamassee Native Americans. And ultimately extradited to Canada exiled from the United States. Is this protocol for the UNITED STATES to say one thing to the world when it can help the UNITED STATES, and then to ignore the

M'AECYNA Constitution "Statute 12: Legal Matters

We The People Must Not Make Nor Accept Any Law That Does Not Relate To Us As A People By Nature. We Are Not To Respect Laws Made, Forced Or Enforced Upon Us By Those Who Do Not Have Our Best Interest, Health, Welfare, Or Wealth In Mind. We Are Not To Make Religious Restrictions And Laws, That Have Been Inscribed By Any Or Some Known or Unknown Being For Us, To Help Us."

The court may wonder why we have not come forward before now with our petition, well we have.

I submit the following original pages 1-2 & 30-33 of the official transcript from the first trial date June 30 2003. From that date we M'AECYNA, have been pushed into the background by all parties involved in that case. We were prevented from even entering the court building from that day until now.

IN THE UNITED STATES DISTRICT COURT FOR
THE MIDDLE DISTRICT OF GEORGIA
MACON DIVISION

UNITED STATES OF AMERICA,    )
                             )
              Plaintiff,     )
                             )    Case No. 02-CR-27-1
     Vs.                     )
                             )
DWIGHT D. YORK,              )
a/k/a MALAKAI Z. YORK,       )    June 30, 2003
a/k/a ISA MUHAMMAD,          )    Macon, Georgia
a/k/a ISA ALIHAD MAHDI,      )
a/k/a BABA,                  )
                             )    1:35 p.m.
              Defendant.     )

HEARING
BEFORE THE HONORABLE HUGH LAWSON
United States District Judge presiding

APPEARANCES:

For the Government:    MAX WOODS
                       RICHARD MOULTRIE
                       OFFICE OF U.S. ATTORNEY
                       P. O. Box 1702
                       Macon, GA    31202

For the Defendant:     EDWARD T.M. GARLAND
                       MANUBIR SINGH ARORA
                       Garland, Samuel & Loeb
                       3151 Maple Drive, NE
                       Atlanta, GA  30305

W. CRAIG DELOACH
Official U.S. Court Reporter
Post Office Box 124
Macon, Georgia   31202
(478) 741-3005

Computer-Assisted Transcription

(IN OPEN COURT)

THE COURT: Good afternoon. Be seated, please.

We're here this afternoon in the matter of the United States against Dwight York. Mr. York is present, is he not?

MR. GARLAND: Yes, he is, Your Honor.

THE COURT: All right. As all of you know -- well, before I go into that, let me say this, I want the record to reflect that sometime between 11:00 and 12:00 this morning, three men came to my office and asked to see me. I received them in my chamber, and they told me that they wished to present to me certain documents on behalf of the defendant. They told me that they wanted me to have Mr. York brought to my office so that they could make the presentation -- so that he could be present while they made the presentation. I told them that that could not be done and that I would not receive any presentation from them there, that whatever presentations would be made in the case would be made here in the courtroom and on the record. I told them that the hearing would be held at 1:30 and that they were welcome to attend the hearing, but I also told them that the fact that they could attend the hearing did not in and of itself mean that they would be allowed to speak or to address the Court in any way, and I suggested to them that if they had any information they wished to impart to the Court, they should either take that matter up with defense counsel or, if not by that route, then they should consult their own attorneys and

THE COURT: Okay. What else? Nothing else on these motions?

MR. GARLAND: On these motions, nothing further, Your Honor.

THE COURT: Anything else generally?

MR. GARLAND: Yes, Your Honor. Mr. York would like to address the Court.

THE COURT: I'll hear him briefly.

THE DEFENDANT: Your Honor, with all due respects to your government, your nation, and your court, we the indigenous people of this land have our own rights, excepted sovereign, our own governments. We are a sovereign people, Yamassee, Native American Creeks, Seminole, Washitaw Mound Builders. And all I'm asking is that the Court recognize that I am an indigenous person. Your court does not have jurisdiction over me. I should be transferred to the Moors Cherokee Council Court in which I will get a trial by juries of my peers. I cannot get a fair trial, Your Honor, if I'm being tried by the settlers or the confederates. I have to be tried by Native Americans as a Native American. That's my inalienable rights, and it's on record.

Your Honor, one other question. I recognize that when you received this document from the State of Georgia with the Governor, Sonny Purdue, and Ms. Cathy Cox, I -- I recognize that any document -- you are one of the officers of the court that

received it.   Did you receive this document, sir?

THE COURT:   Just make your statement.

THE DEFENDANT:   I'm just trying to find out whether you received this so I'll know -- so I can know how to answer you next.

THE COURT:   I'm not going to answer questions.   If you'd like to make a statement, go on.

THE DEFENDANT:   I will assume for the record that you received this document.   Well, this document clearly states that we are recognized by the government.   We're recognized as indigenous people in Washington, DC, as well as in Geneva.   We have an indigenous number, which is on record, which 215-1993, drafted in June 26, 1992, and went into motion.   We do exist. We went to Washington, DC, sir, and we spoke to the people in Washington, DC, to verify our existence as a tribe.

I don't see why the Court or the government, this government that's opposing our government, does not acknowledge my inalienable rights to be tried as a Native American amongst my own people.   This is -- it's been accepted by the government of the United States.   It's on record.   And we have -- you know, we have rights, and I don't understand why my rights are being -- why I'm being put under duress.   I've been subject, since May 8th of last year to now, to be tortured, inhumane treatment, abused mentally and physically.

I understand the competence test is being set up, for

my opinion, to make me look like I'm incompetent or to make me look like I'm some kind of a kook because of my rights. It's not a belief -- this is not a -- this not a belief or a religion. This is something that our government -- your government recognizes and has recognized over the peace treaties between sovereign nations, Native Americans. We have governments, and we have -- respect each other's inalienable rights. I know that Mr. Garland knows it's real. I know that Mr. Moultrie knows it's real. I know -- I know all the officers of the court recognize Native Americans. I don't understand why in my case -- is it because I'm dark-skinned and don't have straight hair? Is it that I appear to be an African? But I have inalienable rights. I just happen to be a Native American. I'm a Yamassee. Do you understand, Your Honor?

        And all I'm asking is that my rights be respected and I be transferred immediately, as it says on record, into the custody of Native Americans where I will be tried of a jury of own peers and there will get what I consider a fair trial. There's no way I can get a fair trial now because a -- another oversight, while we're talking about jurisdiction and courts, is that computers exist today. Computers didn't exist when y'all made the law on jurisdiction or transfer of venues. Those laws are outdated. People now have computers, and they've heard this case all across the country. My cellmate is from Valdosta right now. You can check it. And he was telling me all about the



case, and you can verify to see if I'm lying. Just coincidently God works in his own ways; that you brought up a venue that I have a cellmate who's from Valdosta, and he knows all about the case. The Nuwaubians are all over the doggone country, and computers have made it possible -- if it wasn't for -- I think if it wasn't for our illustrious Sheriff Sills, he put it in the paper this week. Most people didn't even know this was going on until it was put in the paper about sovereignty.

Another correction, sir, I'd like to make, in all due respect, is when Mr. Arora tied in common law and made it frivolous. Like, common law is -- this is not common law. This has nothing to do with common law. This is Native American. This is on record. Common law -- I understand about all the paperwork and all that jargon that might have been passed on to the Court without me there, but this is not common law. This is -- there are Native American tribes existing. We are sovereign.

And the land which they propose to confiscate is by right sovereign land. And, thus, when -- when Sheriff Howard Sills, sir -- when he went there and snatched these children off the land with the assistance of Mr. Noel Lee Wilson, who by the way has recently been arrested for drug abuse, when he did this, he took children who were sovereign off of a reservation that is legally on record and documented since June 26, 1992. It's on record, and we have a number. And it behooves me why we're being ignored as if we don't exist.

14

Our immediate repose as well as the response of the defendant in regards to the matter of nationality is in accord with Convention 169. Visit Convention No. 169

Convention (No. 169) concerning Indigenous and Tribal Peoples in Independent Countries Adopted on 27 June 1989 by the General Conference of the International Labour Organization at its seventy-sixth session *entry into force* 5 September 1991 international law. *Article 1*.1. This Convention applies to:

(a) Tribal peoples in independent countries whose social, cultural and economic conditions distinguish them from other sections of the national community, and whose status is regulated wholly or partially by their own customs or traditions or by special laws or regulations;

2. <u>Self-identification as indigenous or tribal shall be regarded as a fundamental criterion for determining the groups to which the provisions of this Convention apply</u>. See attachment #1

*Article 2*

1. Governments shall have the responsibility for developing, with the participation of the peoples concerned, co-ordinate and systematic action to protect the rights of these peoples and to guarantee respect for their integrity.

15

Article 6

1. In applying the provisions of this Convention, Governments shall:

(a) Consult the peoples concerned, through appropriate procedures and in particular through their representative institutions, whenever consideration is being given to legislative or administrative measures which may affect them directly;

We the People request that The Justice Department of the United States along with The United States Department of State work together with us in developing communications which will lead to a more diplomatic and comprehensive approach to solidify the protection of the Great Land we both, MA'ECYNA THE Official Custodian of the Yamassee Native American Government and The United State of America, love and live on.

We the People have been mislabeled by the Justice Department as being anything else expect who we are the Indigenous People of the Land by ancestral inheritance including birth right. The United States is in violations not only international law but its own law.

16

**SUMMARY**

Grand Chief Black-Hawk Thunderbird, Divine Birthright Inheritance to this land; Grand Chief of The Indigenous "Mount 'Arafat Embassy Clan Yamassee Native Americans Government" hereinafter "M'AECYNA". We come as a friend of the court; we come with the spirit and Principles of Law, Order and Enforcement.

We come on behalf of the M'AECYNA people, to respectfully make legal demand for extradition of Chief Black Thunderbird Eagle Part and Parcel of this Indigenous Government, improperly called "DWIGHT D. YORK", REG. NO: 17911-054", and now being detained at the U.S. PENITENTIARY MAX P.O. BOX 8500 FLORENCE, CO 81226,8500. The UNITED STATES violated Convention (No. 169) concerning Indigenous and Tribal Peoples in Independent Countries; (see attachment #3).

We seek remedy in the form of the return of "Yamasee land" inappropriately confiscated by the UNITED STATES, and the return of all Yamassee funds confiscated in the case of UNITED STATES OF AMERICA V "DWIGHT D. YORK", properly named "Chief Black Thunderbird Eagle" of The Bassa Tribe of Yamassee Native Americans, our sister tribe in Atlan-Amexum.

**NOTICE TO THE PRINCPAL IS NOTICE TO ALL AGENTS**

**NOTICE TO AGENTS IS NOTICE TO ALL PRINCPALS**

NO DOLUS MALUS

17

## PROOF OF SERVICE

I Grand Chief Black-Hawk Thunderbird hereby certify that I have caused to have a copy of the forgoing pleading served upon...

Chief Black Eagle improperly named
DWIGHT D. YORK REG. NO. 17911-054
U.S. PENITENTARY MAX P.O. BOX 8500,
Florence, CO 81226-8500

Warden of U.S. PENITENTARY MAX
P.O. BOX 8550
Florence, CO 81226-8500

27

# IN THE UNITED STATES DISTRICT COURT

# FOR THE MIDDLE DISTRICT OF GEORGIA

## MACON DIVISION

**Civil Action No.** 5:07- CV-90001 CAR

VS 28 U.S.C. SEC. 2255

CASE NO. 5:02-CR-27 CAR

UNITED STATES OF AMERICA

Grand Chief Black-Hawk Thunderbird and

The M'AECYNA peoples

PETITIONERS,

V

Chief Black Eagle improperly named
DWIGHT D. YORK REG. NO. 17911-054
FLORENCE COLORADO FEDERAL PRISON
SUPER MAX and, R. Wiley, Warden U.S. PENITENTARY MAX
SUPER MAX

THE UNITED STATES et al,

RESPONDANTS

This is a formal judicial request for the indictment of DWIGHT D. YORK, (properly named Chief Black Eagle) REG. NO. 17911-054 REG. NO. 17911-054 MARION COLORADO FEDERAL PRISON SUPER MAX

This formal judicial request is directed and issued via

MAECYNA Justice Department Fire Rock Eagle Chief Justice

.

This is a formal judicial request for (all) documentation in the case of Civil Action No. 07-cv-01279.
The documentation requested is part of our (M'AECYNA) judicial investigation in the above mentioned case.
The documentation should include the following;

    A. the original arrest warrants,

    B. search warrants,

    C. official inventory reports from arrest,

    D. official inventory report from property seizure at Shady Dale location,

    E. official indictments levied against Dwight D. York, Civil Action No. 07-CV-01279.                    .

    F. names, badge numbers, official business location of arresting officers, (all jurisdictions involved).

    G. prison medical records including all evolutions.

    H. any agreement whereby Dwight D. York surrendered to the jurisdiction of the United States or the state of Georgia.

*Fire Rock Eagle*

Fire Rock Eagle

Chief Justice



# MOUNT ARAFAT EMBASSY CLAN YAMASSEE NATIVE AMERICANS

ᖆᑌ ᐱᖆ  ᒥᕒᕐᕅᑌᕁᕒᕐᕽ  ᕊᕒᕐ᛭᛬ᕅᑌᕐ  ᕊᕒᕐᒥᕕᐞᕅᕕᕒ᛬  ᕊᕕᕒᕐᕤᑌᕆ  ᕒᕐᕍᕕᕁᕈ᛭ᕒᕐᕽ

## M'AECYNA Constructive Agreement (Treaty)

## APPENDIX # 1

# MOUNT ARAFAT EMBASSY CLAN YAMASSEE NATIVE AMERICANS

# MOUNT ARAFAT EMBASSY CLAN YAMASSEE NATIVE AMERICANS



꒦ꀎꌚ꓄ꏁ ꒒꒦ꇋꀎꋊꏁꋔ ꒙꒦ꋬꇋꀎꇓ ꓄꒦꒒ꋊ꒦ꌚꋊꏁ꒦꓅ꋔꃅꃅꇓ ꒦ꃅ꒦�series꒦ꋊꇋ꒦꒙ꌚ꓄-꒦꒦ꏁ



## Presented in accord with:
## M'AECYNA public policy and

## US Department of State Foreign Affairs Manuel (FAM)
## Vienna Convention on the Law of Treaties * Depositaries of treaties

### Article 77
### Functions of depositaries

1. The functions of a depositary, unless otherwise provided in the treaty or agreed by the contracting States, comprise in particular (a) keeping custody of the original text of the treaty and of any full powers delivered to the depositary;

1. The designation of the depositary of a treaty may be made by the negotiating States, either in the treaty itself or in some other manner. The depositary may be one or more States, an international organization or the chief administrative officer of the organization.

2. The functions of the depositary of a treaty are international in character and the depositary is under an obligation to act impartially in their performance. In particular, the fact that a treaty has not entered into force between certain of the parties or that a difference has appeared between a State and a depositary with regard to the performance of the latter's functions shall not affect that obligation.

**INARS**

**On Behalf of   And MT. 'Arafat Embassy**
**Yamassee Native Americans Documentation**

To whom it may concern;

I am Chief Black-Hawk, (Dr. Derrick H. Sanders El), of MT. Arafat Embassy of the Indigenous Yamassee Native Americans. Mt. 'Arafat Embassy was established in 1995 under the name MT. Arafat Holy Tabernacle.  MT. Arafat Holy Tabernacle changed its' name to MT. Arafat Embassy in March 2003,

On June 20, 2003, the **Authentication office for State of Georgia**, authenticated documents and text of Mt. 'Arafat Embassy Clan of the Yamassee Native Americans.  (color copy enclosed)
On February 11, 2004, the Authentication office for **The U. S. Department of State** annexed authenticated documents, instruments and text of Mt. 'Arafat Embassy Clan of the Yamassee Native Americans on behalf of The United States, Certificate #040100101.  (color copy enclosed)

On October 12, 2004, we also received a written **confirmation letter, reference # 05000529, from the Authentication office** stating in part … *"the statement on our certificates "full faith and credit" is in acknowledgment of the States certificate to the document, and has sufficient legal value through State and Federal sevels (sic) for use in other countries and in this country."*  Meaning…our Mt. 'Arafat Yamassee documents and instruments have "sufficient legal value". This letter is addressed to, Sean Henry-Bey, during his tenure as an official in the Macon Georgia area. (color copy enclosed). The following states have also annexed authenticated documents, instruments and text of Mt. 'Arafat Embassy Clan of the Yamassee Native Americans, and have supplied their states endorsements.  On October 1st, 2004 **The Commonwealth of Pennsylvania** issued Apostille certificate No: 200436852;  on November 4, 2004, **The State of New Jersey** issued Apostille certificate No:A212111;  on November 12th , 2004; **The State of Maryland,** issued Apostille certificate No. 140054;  on November 18th **The State of Delaware,** has issued it's certificate, 2004325494, 040833567, authentication No; 3486677; on December 2nd, 2004. **The Commonwealth of Virginia**, issued Apostille certificate No. 80371.

Sincerely,
Chief Black-Hawk
Enclosures- Copies of:
the official Authentication certificate of the State of Georgia, and the Authentication Certificate from the U. S. Department of State, with a portion of the authenticated Brief

04010010-1

# United States of America



## DEPARTMENT OF STATE

### *To all to whom these presents shall come, Greetings:*

I Certify That the document hereunto annexed is under the Seal of the State(s) of Georgia, and that such Seal(s) is/are entitled to full faith and credit.*



In testimony whereof, I, Colin L. Powell, Secretary of State , have hereunto caused the seal of the Department of State to be affixed and my name subscribed by the Assistant Authentication Officer, of the said Department, at the city of Washington, in the District of Columbia, this eleventh day of February, 2004.

Secretary of State

By_____

Assistant Authentication Officer, Department of State

*Issued pursuant to CHXIV, State of Sept. 15, 1789, 1 Stat. 68-69; 22 USC 2657; 22USC 2651a; 5 USC 301; 28 USE 1733 et. seq.; 8 USC 1443(f); RULE 44 Federal Rules of Civil Procedure.*

***For the contents of the annexed document, the Department assumes no responsibility**

*This certificate is not valid if it is removed or altered in any way whatsoever*



## State of Georgia

By His Excellency SONNY PERDUE

GOVERNOR AND COMMANDER-IN-CHIEF OF THE ARMY AND NAVY OF
THIS STATE AND OF THE MILITIA THEREOF.

## To All whom these Presents shall Come -- Greeting,

*Know Ye,* THAT                          **MARIE CHANEY**

whose official signature appears to the instrument of writing hereto annexed, was at the time of affixing the same thereto, the duly appointed deputy clerk of the Superior Court of DeKalb County, Georgia, as appears from the Records of this Department, and that her/his attestation is in due form. *Therefore, all due faith, credit and authority is and ought to be had and given to her/him.*

I further certify that the Secretary of State of the State of Georgia is the Custodian of the Great Seal of said State.

Given under my hand and the Great Seal of the State at the Capitol in Atlanta, this,
the twentieth day of June in the year of our Lord Two Thousand and Three and of the
Independence of the United States of America, the Two Hundred and Twenty-Seventh.

_____
Governor.

*Executive Department*

Atlanta, Ga., June 20, 2003

By the Governor.
_____
Secretary of State

_____
*Executive Secretary*

APOSTILLE

(Convention de La Haye du 5 octobre 1961)

1.  Country : United States Of America

2.  This public document has been signed by  KAREN M LEONHARD

3.  acting in the capacity of  NOTARY PUBLIC

4.  bears the seal/stamp KAREN M LEONHARD, NOTARY PUBLIC, DAUPHIN COUNTY, COMMONWEALTH OF PENNSYLVANIA

Certified

5.  at Harrisburg, Pennsylvania

6.  The 1st day of October, 2004

7.  by Pedro A. Cortés, Secretary of the Commonwealth of Pennsylvania

8.  No : 200436852

9.  Seal/Stamp

10.  Signature

*Pedro A. Cortés*

Pedro A. Cortés

Dian M. Washington
Notary Public
State of New Jersey
My Commission Expires October 1, 2009



The First State

PAGE    1

I, HARRIET SMITH WINDSOR, SECRETARY OF STATE OF THE STATE OF DELAWARE, DO HEREBY CERTIFY THAT SHARON D. AGNEW, WHOSE GENUINE SIGNATURE APPEARS ON THE ABOVE AND FOREGOING DOCUMENT WAS AT THE TIME OF MAKING AND NOW IS A NOTARY PUBLIC FOR THE STATE OF DELAWARE IN AND FOR NEW CASTLE COUNTY DULY APPOINTED, COMMISSIONED AND QUALIFIED, AND THAT FULL FAITH AND CREDIT ARE, AND OUGHT TO BE, GIVEN TO ALL OF HIS OFFICIAL ACTS AS SUCH.

IN TESTIMONY WHEREOF, I HAVE HEREUNTO SET MY HAND AND AFFIXED MY OFFICIAL SEAL OF OFFICE AT DOVER ON THE EIGHTEENTH DAY OF NOVEMBER, A.D. 2004, AT 1:42 P.M.

Harriet Smith Windsor, Secretary of State

2004325494

040833567

AUTHENTICATION: 3486677

DATE: 11-18-04

**SECRETARY OF THE COMMONWEALTH**
830 EAST MAIN STREET, 14TH FLOOR
RICHMOND, VA 23219

N° 133895

DATE _December 2_ 20_04_

RECEIVED FROM _M.H. Arafat Embassy_

_Ten and_ ⁰⁰/₁₀₀ _____ DOLLARS $ _10.00_

FOR _____ 1 doc for USA

| AMOUNT OF ACCOUNT | 10 | 00 | CASH | ☒ |
| THIS PAYMENT | | | CHECK/M.O. | ☐ |
| BALANCE DUE | | | I.A.T. | ☐ |

Thank You

BY _____

## APOSTILLE

(Convention de la Haye du 5 Octobre 1961)

1. Country:  United States of America

   This public document

2. has been signed by  Carol J. Thomas

3. acting in the capacity of  A Notary Public for the Commonwealth of Virginia

4. bears the seal/stamp of  Carol J. Thomas, Notary Public
   Commonwealth of Virginia

Certified

5. at  Richmond, Virginia          6.  This 2nd day of December, 2004

7. by  the Secretary of the Commonwealth of Virginia

8. No.  80371

9. Seal/Stamp:                    10.  Signature:

                                  _Anita A. Rimler_
                                  Secretary of the Commonwealth

APOSTILLE

(CONVENTION DE LA HAYE DU 5 OCTOBRE 1961)

1.    COUNTRY: UNITED STATES OF AMERICA

2.    THIS PUBLIC DOCUMENT HAS BEEN SIGNED BY:
      DIAN M WASHINGTON

3.    ACTING IN THE CAPACITY OF:
      NOTARY PUBLIC OF NEW JERSEY

4.    BEARS THE SEAL/STAMP OF:
      DIAN M WASHINGTON, NOTARY

CERTIFIED

5.    AT TRENTON, NEW JERSEY

6.    THE 4TH DAY OF NOVEMBER  2004

7.    BY: John E McCormac, CPA, NEW JERSEY TREASURER

8.    NO. A212111

9.    SEAL/STAMP:                          10. SIGNATURE



## Brief In Support for the completion of the authentication with the
## State of Georgia/US State Department:

The Yamassee Native American Government; MT. 'Arafat Embassy, (hereinafter "we") as do other Governments and their Embassies require the U.S. Department of State to authenticate documents to be used in the United States of America for said documents to be considered legal.   Yamassee Native American Government Representatives/Diplomats are not limited to or required to carry US governmental or any other foreign governments issued licensing, such as but not limited to: **apostilles, diplomas, birth certificates, passports, marriage licenses, driver's licenses, vehicle registration plates and so on**. Diplomats of the Yamassee Native American Government "MT. 'Arafat Embassy" are being inconvenienced by US Governmental and private employees. Yamassee Native American Government Officials and MT. 'Arafat Embassy Personnel carry very specific identification papers which are recorded with our data base at the ISMRS and all of the other agencies required by the US State Department for the authentication process to be complete.  Diplomatic papers are used by/for Yamassee Government Officials, their immediate families and consul attaches only. For your convenience and examination there is a single sample/copy of our ID, passport/travel papers and conveyance plate with this correspondence. Conveyance plates are numbered and issued to Individual Diplomats. The ISMRS branch of MT. 'Arafat is willing to contract with one of your agencies to manufacture the plates to our specifications at a reasonable cost. Specifications are as follows: plate numbers will fall within NA | 109 -A, THRU NA | 9999-A. The first number to be used, is NA | 109-A.  Alphabetical prefix for Native American (NA) is displayed on **All** plates.  Please use this information for the education of all USA Government/Corporate Officials, and all other Governments and Agents thereof. Make Notice of this fact; this is not a request for Authorization, but for Authentication. This is a clear honest communication of our intent towards co-operation and for the protection of both the Yamassee Native American Government, and the US Government. The documents including our passports will be used in the United States of America and when necessary, internationally.

"The Yamassee Declaration of Independence "in part… 2. "I Declare that… My Tribal Roots: Yamassee Tribe Native Americans, Seminole, Creek, Shushuni, Washita Mound Builders"… (taken from Constitution Of The UNNM ©1992 page 112).

**To Any Other Peoples And Nations, Inclusive Of The United States,**
Know That To Violate Our Constitution Is To Violate "The Drafted Declaration Of The Rights Of Indigenous Peoples" E/Cn.4/sub.2/1994/2/Add.1 (1994) Part VII Article 31& 36, Drafted By The Working Groups At Its 11th Session and The Indigenous Peoples Earth Charter Which Was Adopted At The Kari Oca Conference, 25-30 May 1992 United Nations".

**"The Drafted Declaration Of The Rights Of Indigenous Peoples"**
**Article 31**
Indigenous people, as a specific form of exercising their right to self-determination, have the right to autonomy or self-government in matters relating to their internal and local affairs, including culture, religion,
education, welfare, economics activities, land and resourced, management, environment and entry by non-members, as well as ways and means for financing these autonomous functions."

**"The Drafted Declaration of The Rights Of Indigenous Peoples"**
**Article 36**
"Indigenous people have the right to the recognition, observance and enforcement of treaties, agreements and other constructive arrangements concluded with States or their successor, according to their original sprit
of intent, and to have States honor and respect such treaties, agreements and other constructive arrangements.  Conflicts and disputes which can not otherwise be settled should be submitted to competent international bodies agreed to by all parties concerned."

**KNOW ALL MEN AND WOMAN BY THESE PRESENTS that "We"**, BEING FIRST DULY SWORN AN OATH, depose and say…  Any response to this Notice, to repudiate or refute, is required before the expiration of [10] days from the date this notice is received.  Silence, lack of response, or a non responsive answer will establish the veracity of the following declarations.  This communication should not be construed as an adversarial tool, but as an aid to our respective agencies in working through some very sensitive issues. We hereby CERTIFY and DECLARE, that we are citizens of   "Atlan and Amexum" (called North and South America part of which is called the United States of America, and the
united states of America 1787)… and We are citizens of the union states in which we are domiciled.  We pledge an oath to defend **all** this great land, both "Atlan and Mu/Amexum" called North and South America (part of which is called the United States of America) and we pledge an oath to defend the Constitution and the people of the United States.

Case 5:02-cr-00027-CAR-CHW    Document 418    Filed 04/09/09    Page 33 of 47



Case 5:02-cr-00027-CAR-CHW    Document 418    Filed 04/09/09    Page 34 of 47



## YAMASSEE NATIVE AMERICAN
### MT. 'ARAFAT {Clan} EMBASSY
## DRIVER'S LICENSE

License Number:  1-113-D
ISSUSED:        JULY-03-2004
EXPIRATION:  NOVEMBER-18-2008

Amun Doe Thunderbird

520 Lynn Vally Rd

ATLANTA,  GEORGIA  30311

SEX: M          BIRTH DATE:  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

AUTHORITY: MT. 'ARAFAT {Clan} EMBASSY

HEIGHT: 5'8"        WEIGHT: 140        TYPE: TEMP

Grand Master
Dr. Derrick  H. Sanders- El

Signature:

Photo

SAMPE

FRONT
LICENSE

BACK OF
LICENSE

The Constitution of the MT. 'Arafat Embassy Clan

Yamassee Native Americans

Section 13 Travel § 1:

"All members of the Yamassee Tribe Of  Native Americans,

being natural individuals and "In-digenous People",

are  not subject to any political codes of any other nation, reserve

all rights to travel the roadways, highways,

byways, waterways, and airways unhindered."

CLASS:  C

RESTRICTIONS: NONE

ENDORSEMENTS: NONE

CONTACT NUMBER 404-288-9424

# MOUNT ARAFAT EMBASSY CLAN YAMASSEE NATIVE AMERICANS

ᏆᎤᎳᎾᎦ ᏞᏒᎤᏆᎤᏣᏒᏒᎦ ᏥᏒᏒᎦᏰᎤᏅ ᏑᏒᏒᎳᏆᎩ ᏆᎤᏅᏞᏞᎦ ᏒᎳᏒᏣᏰᎧ ᏆᎤᎦᏅᏣᎡᏒᏒᎦ

## US Department of State Final Certification

## APPENDIX # 2

**United States Department of State**

*Washington, D.C. 20520*

October 12, 2004

Service Number: 05000529

Sean Henry-Bey
Po Box 369
Macon, GA    31202-0000

Dear Authentications Customer:

We have received your authentication request. Please follow the below instructions.

Your money order for $6.00 was not needed.  The fee was already applied when your document was submitted previously.  Enclosed is the money order.  The statement on our certificates "full faith and credit" is in acknowledgement of the States certificate to the document, and has sufficient legal value through State and federal sevels for use in other countries and in this country.

Your documents are enclosed.  Our mailing address is 518 23rd Street N.W. SA-1, Washington, D.C. 20037.  If you require further assistance, please contact us on 1-800-333-4636, fax 202-663-3636 or by email:  aoprgsmauth@state.gov.

Authentications Office

Attachments:
    As stated.

MSN Hotmail - Message                                                 Page 1 of 2

MSN Home  |  My MSN  |  Hotmail  |  Shopping  |  Money  |  People & Chat     Sign Out.net     Web Search: [        Go

## What is your Credit Score? Find out FREE*!

|   | 150 | 250 | 350 | 450 | 550 | 650 | 750 | 850 | 950 |   |
|---|-----|-----|-----|-----|-----|-----|-----|-----|-----|---|
| Lowest | | | | | | | | | | Highest |

*Click for Details

msn  Hotmail        Today  |  Mail  |  Calendar  |  Contacts  |

blackhawk_ramesses@hotmail.com                                    Free Newsletters  [ |

Reply  |  Reply All  |  Forward  |  ✕ Delete  |  ⊘ Block  |  Junk ▾  |  Put in Folder ▾  |  Print View  |  Save Addre

| From : | tarite9 <tarite9@yahoo.com> |
|--------|------------------------------|
| Sent : | Thursday, November 4, 2004 3:51 PM |
| To : | "Crawford, Fernesia T" <CrawfordFT@state.gov> |
| CC : | jacquelinenunl@aol.com, shaabuel@yahoo.com, blackhawk_ramesses@hotmail.com |
| Subject : | Re: Discrimination Violation of Federal US law |

📎 Attachment : USAUTHLET.doc (1.36 MB)

Dear , Mrs./Ms. CrawFord

Enclosed is the attachment of the actual letter from Your Authentications Office Informing me that All Documentation issued from Mt. 'Arafat Embassy - Yamassee Native Americans, are legal not only In Georgia but in all other States and Countries - for Full Faith and Credit.

This was the document that I presented to Mr. William Moore - Regional Manager for Able Body Labor : Ph: Atlanta 404-892-1277  Macon 478-745-1601 said that I could have got anywhere and insinuated I forged the Department of State's Letterhead.

I will have this email forwarded to myNaitve AMerican Government and they will get in further contact with you regarding this matter.

I thankyou for your time and consideration

Best Regards


Sean Henry Bey

***"Crawford, Fernesia T" <CrawfordFT@state.gov>*** wrote:

> Dear Mr. Bey,
>
> I have reviewed your email that you sent to our Status Request line if possible can you please fax me a copy of the entire document that is being denied. The fax number is 202-663-3636 an also provide a number that I could use to contact you on, once I have reviewed the document I can assist you further.
>
>
>
> Fernesia Crawford
> Assistant Authentication Officer
> U.S. Department of State
> Authentication Office

**IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
MACON DIVISION**

**Civil Action No.** 5:07- CV-90001 CAR

VS 28 U.S.C. SEC. 2255

CASE NO. 5:02-CR-27 CAR

UNITED STATES OF AMERICA

Grand Chief Black-Hawk Thunderbird and
The M'AECYNA peoples
PETITIONERS,
                               V
Chief Black Eagle improperly named
DWIGHT D. YORK REG. NO. 17911-054
FLORENCE COLORADO FEDERAL PRISON
SUPER MAX and, R. Wiley, Warden U.S. PENITENTARY MAX
SUPER MAX
THE UNITED STATES et al,

**MOTION #1**

**MOTION FOR THE EXTRADITION OF RESPONDANT Chief Black
Thunderbird Eagle, improperly named DWIGHT D. YORK REG. NO. 17911-
054 FLORENCE COLORADO FEDERAL PRISON SUPER MAX.**

*Now comes* Grand Chief Black-Hawk Thunderbird, on behalf of

the M'AECYNA people, **to respectfully make a motion** of legal

demand, for the extradition of Chief Black Thunderbird Eagle,

improperly called "DWIGHT D. YORK", REG. NO: 17911-054", and

now being detained at the U.S. PENITENTIARY SUPER-MAX P.O.

BOX 8500 FLORENCE, CO 81226,8500, from FLORENCE

COLORADO SUPER MAX FEDERAL PRISON, into the custody of

the M'AECYNA authorities to be  detained on Atlan Amexum; on

grounds of lack of subject matter jurisdiction of the United States to

try this Defendant.

18

## IN THE UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF GEORGIA
## MACON DIVISION

**Civil Action No.** 5:07- CV-90001 CAR

VS 28 U.S.C. SEC. 2255

CASE NO. 5:02-CR-27 CAR

UNITED STATES OF AMERICA

Grand Chief Black-Hawk Thunderbird and
The M'AECYNA peoples
PETITIONERS,
                    V
Chief Black Eagle improperly named
DWIGHT D. YORK REG. NO. 17911-054
FLORENCE COLORADO FEDERAL PRISON
SUPER MAX and, R. Wiley, Warden U.S. PENITENTARY MAX
SUPER MAX
THE UNITED STATES et al,
RESPONDANT

### Order of the court

It is hereby ordered that, the extradition of Chief Black Thunderbird Eagle, improperly called "DWIGHT D. YORK", REG. NO: 17911-054", and now being detained at the U.S. PENITENTIARY SUPER-MAX P.O. BOX 8500 FLORENCE, CO 81226, 8500, from FLORENCE COLORADO SUPER MAX FEDERAL PRISON, <u>into the custody of the M'AECYNA authorities to detained on Atlan Amexum</u>, is granted for grounds of the lack of subject matter jurisdiction of the United States to try this Defendant

_____

Judge

19

**IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
MACON DIVISION**

**Civil Action No.** 5:07- CV-90001 CAR

VS 28 U.S.C. SEC. 2255

CASE NO. 5:02-CR-27 CAR

UNITED STATES OF AMERICA

Grand Chief Black-Hawk Thunderbird and
The M'AECYNA peoples
PETITIONERS,

V

Chief Black Eagle improperly named
DWIGHT D. YORK REG. NO. 17911-054
FLORENCE COLORADO FEDERAL PRISON
SUPER MAX and, R. Wiley, Warden U.S. PENITENTARY MAX
SUPER MAX
THE UNITED STATES et al,
RESPONDANT

**MOTION #2**

When The UNITED STATES confiscated our land on Shady Dale Road in PUTNAM COUNTY GEORGIA, The UNITED STATES violated Convention (No. 169) concerning Indigenous and Tribal Peoples in Independent Countries.

*Now comes* Grand Chief Black-Hawk Thunderbird, on behalf of the M'AECYNA people, to respectfully make a motion of legal demand for the return of all of the Yamassee land on Shady Dale Road in PUTNAM COUNTY GEORGIA in accord with Convention (No. 169) concerning Indigenous and Tribal Peoples in Independent Countries *Article* 6.1

20

Article 6.1  In applying the provisions of this Convention, Governments shall: (a) Consult the peoples concerned, through appropriate procedures and in particular through their representative institutions, whenever consideration is being given to legislative or administrative measures which may affect them directly;

21

# IN THE UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF GEORGIA
### MACON DIVISION

**Civil Action No.** 5:07- CV-90001 CAR

VS 28 U.S.C. SEC. 2255

CASE NO. 5:02-CR-27 CAR

UNITED STATES OF AMERICA

Grand Chief Black-Hawk Thunderbird and
The M'AECYNA peoples
PETITIONERS,
                    V
Chief Black Eagle improperly named
DWIGHT D. YORK REG. NO. 17911-054
FLORENCE COLORADO FEDERAL PRISON
SUPER MAX and, R. Wiley, Warden U.S. PENITENTARY MAX
SUPER MAX

THE UNITED STATES et al,
RESPONDANT

**Order of the court**

It is hereby ordered for the return of all of the **Yamassee** land on Shady Dale Road in PUTNAM COUNTY GEORGIA in accord with Convention (No. 169) concerning Indigenous and Tribal Peoples in Independent Countries PART II. LAND *Article 13*, and *Article 14* (see attachment #3.)

_____

Judge

22

## IN THE UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF GEORGIA
## MACON DIVISION

**Civil Action No.** 5:07- CV-90001 CAR

VS 28 U.S.C. SEC. 2255

CASE NO. 5:02-CR-27 CAR

UNITED STATES OF AMERICA

Grand Chief Black-Hawk Thunderbird and
The M'AECYNA peoples
PETITIONERS,
                    V
Chief Black Eagle improperly named
DWIGHT D. YORK REG. NO. 17911-054
FLORENCE COLORADO FEDERAL PRISON
SUPER MAX and, R. Wiley, Warden U.S. PENITENTARY MAX
SUPER MAX

THE UNITED STATES et al,
RESPONDANTS

**MOTION #3**

*Now comes* Grand Chief Black-Hawk Thunderbird, on behalf of the M'AECYNA people, to respectfully make **a motion** of legal demand FOR THE UNSEALING AND TURNING OVER OF ALL RELATED EVIDENCE AND DOCUMENTS in Civil Action No. 07-cv-01279 EWN-KLM from RESPONDANCE, THE UNITED STATES et al, THE ELEVENTH DISTRICT COURT OF THE NORTHERN DISTRICT OF GEORGIA et al, AND ALL APPROPRIATE OFFICES OF THE DISTRICT OF COLOMBIA, AND THE STATE OF COLORADO, to the Yamassee Justice Department.

23

**IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
MACON DIVISION**

**Civil Action No.** 5:07- CV-90001 CAR

VS 28 U.S.C. SEC. 2255

CASE NO. 5:02-CR-27 CAR

UNITED STATES OF AMERICA

Grand Chief Black-Hawk Thunderbird and
The M'AECYNA peoples
PETITIONERS,

Grand Chief Black-Hawk Thunderbird and
The M'AECYNA peoples
PETITIONERS,
V
Chief Black Eagle improperly named
DWIGHT D. YORK REG. NO. 17911-054
FLORENCE COLORADO FEDERAL PRISON
SUPER MAX and, R. Wiley, Warden U.S. PENITENTARY MAX
SUPER MAX
THE UNITED STATES et al,
RESPONDANTS

**Order of the court:**

It is hereby ordered that the return of all Yamassee funds confiscated in the case of UNITED STATES OF AMERICA V "DWIGHT D. YORK", properly named "Chief Black Thunderbird Eagle" of The Bassa Tribe of Yamassee Native Americans, be returned to the Yamassee Native American Government "M'AECYNA" instanter.

_____

Judge

26

# IN THE UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF GEORGIA
### MACON DIVISION

**Civil Action No.** 5:07- CV-90001 CAR

VS 28 U.S.C. SEC. 2255

CASE NO. 5:02-CR-27 CAR

UNITED STATES OF AMERICA

Grand Chief Black-Hawk Thunderbird and
The M'AECYNA peoples
PETITIONERS,
V
Chief Black Eagle improperly named
DWIGHT D. YORK REG. NO. 17911-054
FLORENCE COLORADO FEDERAL PRISON
SUPER MAX and, R. Wiley, Warden U.S. PENITENTARY MAX
SUPER MAX

THE UNITED STATES et al,
RESPONDANTS

## Order of the court

It is hereby ordered that the RESPONDANCE THE UNITED STATES et al, THE ELEVENTH DISTRICT COURT OF GEORGIA et al, AND ALL APPROPRIATE OFFICES OF THE DISTRICT OF COLOMBIA, AND THE STATE OF COLORADO, turn over all records and documents in Civil Action No. 07-cv-01279 EWN-KLM to the Yamassee M'AECYNA Justice Department.

_____
Judge

24

# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF GEORGIA
## MACON DIVISION

**Civil Action No.** 5:07- CV-90001 CAR

VS 28 U.S.C. SEC. 2255

CASE NO. 5:02-CR-27 CAR

UNITED STATES OF AMERICA

Grand Chief Black-Hawk Thunderbird and
The M'AECYNA peoples
PETITIONERS,

Grand Chief Black-Hawk Thunderbird and
The M'AECYNA peoples
PETITIONERS,
V
Chief Black Eagle improperly named
DWIGHT D. YORK REG. NO. 17911-054
FLORENCE COLORADO FEDERAL PRISON
SUPER MAX and, R. Wiley, Warden U.S. PENITENTARY MAX
SUPER MAX

THE UNITED STATES et al,
RESPONDANTS

## MOTION #4

1. We make a motion of legal demand for the return of all Yamassee funds confiscated in the case of UNITED STATES OF AMERICA V "DWIGHT D. YORK", properly named "Chief Black Thunderbird Eagle" of The Bassa Tribe of Yamassee Native Americans, our sister tribe in Atlan-Amexum.

25

MAECYNA Justice Department Fire Rock Eagle Chief Justice

This is a formal judicial request for (all) documentation in the case of Civil Action No. 07-cv-01279.
The documentation requested is part of our (M'AECYNA) judicial investigation in the above mentioned case.
The documentation should include the following;

    A. the original arrest warrants,

    B. search warrants,

    C. official inventory reports from arrest,

    D. official inventory report from property seizure at Shady Dale location,

    E. official indictments levied against Dwight D. York, Civil Action No. 07-CV-01279.

    F. names, badge numbers, official business location of arresting officers, (all jurisdictions involved).

    G. prison medical records including all evolutions.

    H. any agreement whereby Dwight D. York surrendered to the jurisdiction of the United States or the state of Georgia.

Fire Rock Eagle

Chief Justice