RECEIVED
RK'S OFFICE
AY 11 AM 8:33
DISTRICT COURT
E DIST. OF GEORGIA
ACON, GEORGIA

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA-MACON DIVISION

MALACHI Z. YORK-EL©™,       CASE NO. 5:07-CV-90001-CAR
**misnomer DWIGHT YORK©™,**      Article 1 Section 9
     Constitutional Habeas Corpus
     CASE NO. 5:02-CR-27-CAR

Noble: Malachi York:El:©™

    Plaintiff

V.

UNITED STATES OF AMERICA, AGENTS/HEIRS,
FEDERAL BUREAU OF PRISONS, U.S. DEPARTMENT OF JUSTICE,
CHARLES ASHLEY ROYAL, EDWARD NOTTINGHAM,
MARCY E. COOK, RON WILEY, CHRIS SYNSVOLL,
KRISTEN MIX, HOWARD RICHARD SEALS, TROY EID,
MICHAEL MUKASEY, JOHN SUTHERS, DAVE GOUETTE,
FREDRICK BRIGHT, RICHARD MOULTRIE, JALAINE WARD,
TRACEY BRADFORD, SALLY HEINTZYSH, MARY MANGRUM,
LISA SPEAKER, JOAN CROANIER, FBI AGENT SAVAGE,
TOM CODY, BOYD N. BOLAND, AND ZITA L. WEINSHIENK

---

### Writ of Habeas Corpus for Indigenous Peoples (Pro Per)

---

**To the Sheriff of Bibb County, GREETINGS:**

    I, **Malachi York El:©™**, misnomer DWIGHT YORK, Petitioner, Indigenous Individual, alleged accused/aggrieved party, and unlawfully detained; and pursuant to Amendments I, IV of the Bill of Rights, state law command that the **Bibb County Sheriff**, forthwith notify the County prosecutor to hold and to attend an examining court that they show the cause of taking and restraining me with evidence of Subject Matter Jurisdiction, JAMA v. U.S.., 22 F. Supp., 2d 353, 357 and F.R.C.P. 12(b)(1) over me and my **copyright-copy-claimed**

1

personal property *StrawMan/Trade Name(s)*, or have case dismissed per F.R.C.P 12(b)(6), via all evidence entered in the court(s) records on my behalf, and other forms of Substantial evidence recorded, prior any alleged convictions;

Whereas, anyone arrested or detained on a criminal charge shall be brought promptly before a judge or other officer authorized by the law to exercise judicial power and shall be entitled to trial within a reasonable time or to release, according the constitutional rights of every individual, pursuant **Amendment IV, V, VI of the Bill of Rights** ;

**For the record, I <u>Malachi York El</u>:©™ am not a Fourteenth Amendment citizen;**

Whereas, the court should be competent in knowing, it shall not be the general rule that *natural* persons awaiting trial shall be detained in custody, yet release may be subject to guarantees to appear for trial, at any other stage of the judicial proceedings, and, should occasion arise, for execution of the judgment;

It is the ruling of the U.S. Supreme Court that; "If any Tribunal (Court) finds absence of Proof of Jurisdiction over person and subject matter, that case must be overturned if necessary." Louisville RR v. Motley, 211 US 149, 29 S. Ct. 42, per F.R.C.P. 12(b)(1), 12(h)(3), and 12(b)(6):

**DEMAND IS HEREBY MADE FOR THE UNITED STATES DISTRICT COURT FOR THE MIDDLE DISTRICT OF GEORGIA-MACON DIVISION TO ISSUE THE FOLLOWING ORDERS AND SUBPOENAS DUCAS TACEM IN BEHALF OF Me-Malachi York:©™, ORDERING TO THE EXAMINING COURT HEARING, THE FOLLOWING ITEMS;**

1. Everyone has the right to liberty and security of person; No one shall be subjected to arbitrary arrest or detention; No one shall be deprived of his liberty except on such grounds and in accordance with such procedures as are established by law, pursuant to **Amendments**

**V, VI, and VII** of the Bill of Rights;

All citations, charges, or complaints charging or accusing me with some offense or crime, with supporting affidavits and indictments establishing Subject Matter Jurisdiction over me;

2. Anyone who is arrested shall be informed, at the time of arrest, of the reasons for his arrest and shall be promptly informed of any charges against him;

All information or indictments, signed or unsigned, by any prosecutor which charged or accuse me of some offense or crime with proof of an enacting clause for all named offenses with Title 42 U.S.C.§ 1983, Title 28 U.S.C.§ 636, Civil Claim 60 b, and Title 46 U.S.C.§ 781;

Anyone who is deprived of his liberty by arrest or detention shall be entitled to take proceedings before a court, in order that court may decide without delay on the lawfulness of his detention and order his release if the detention is not lawful, because of non-disclosure of the requirements of the prosecutor to establish subject matter jurisdiction, other than an unsubstantiated statement;

All warrants and summons that form the basis for the restraint and commitment of me , with evidence of *subject matter* jurisdiction over me, including the laws and enacting clauses for the **offense(s) alleged**;

All affidavits in support of any judicial contempt accusations, and commitment papers ordering me committed to jail;

Copies of all Constitutional Laws, which the executive, or judicial employee or officer relied upon to accuse me, and thereby detain me, and restrain me from my liberty.

The **law** requires **PROOF OF JURISDICTION** to appear on the record of the administrative agency and all administrative requirement of F.R.C.P 12(b)(1), 12(h)(3) and 12(b)(6);

**DEMAND IS HEREBY MADE FOR UNITED STATES DISTRICT COURT FOR THE MIDDLE DISTRICT OF GEORGIA-MACON DIVISION TO ISSUE THE FOLLOWING SUBPOENAS OR ORDERS ON BEHALF OF THE PETITIONER, ORDERING TO THE EXAMINING COURT A HEARING OF THE FOLLOWING PERSONS:**

The Putnam County Sheriff police officer or harmed party(ies), or other executive officers, who charged me with an offense that resulted in my detainment, to provide the name, and an enacting clause, for all alleged offenses, and **current** substantiated statements of accusation;

Provide the court with the contract which I violated, with Subject Matter Jurisdiction over me, that resulted in my detainment, other than a signed statement of me with non-disclosure;

The judicial officer who signed any executive or judicial arrest warrant that resulted in the detainment of me with affidavits and indictments and any other supporting documents to establish subject matter jurisdiction over me, to support probable cause for said warrant;

The judge or Magistrate who presided over any proceedings of probable cause, or any other Judicial proceedings or court forum, prior to the commitment of me, to show a cause of action with subject matter jurisdiction as per F.R.C.P 12(b)(1), or order dismissal of the case per F.R.C.P 12(b)(6), Amendments I, V, VI, and VII of the Bill of Rights ;

The judicial officer or other person who signed the commitment papers ordering me, now detained, **MUST** bring forward evidence of jurisdiction in its entirety;

Be it further ordered now, with the subtotaled facts in the matter, entered on my behalf, the court has violated its obligated constitutional knowledge, and associated Oath of Office, and its sovereignty, wherein, it has failed to uphold my rights, according to procedure,

that before any hearing is held, that has deprive me of my Life, Liberty, or Property,

I be afforded all the tools to defend, enacting clauses of all laws in which

I allegedly violated, and evidence of subject matter jurisdiction over me, as the prosecutor has to prosecute according to the mandates of Constitutional Laws;

To act otherwise *which the court has* would be to deny due process of law under "color of law;"

Be it further ordered that my pleadings be held to lesser standards than an attorney, **Haines v. Herner, 92 S. Ct. 594.;**

Be it further noted and ordered that **I Malachi York:©™ am competent to handle my own affairs, and reserve my rights to** be afforded my right to counsel of my choice as it is set forth in the Constitution, *said counsel be* **"anyone of his choice".**

/s/ Malachi York El:©™

Nonresident/ Non-Domestic

First Class, Delivery

c/o P.O. Box 181398 Denver, Colorado 80218

## AFFIRMATION AND VERIFICATION

STATE OF GEORGIA
BIBB COUNTY

I Malachi York:©™, your Affiant, being first duly affirmed according to the law, having firsthand knowledge of the facts herein, and being competent to testify, do affirm that the Petition to which this affirmation is attached is truly stated by your affiant to his best knowledge and belief:

**08/05/2009**
Date                                    Affiant or Affiant's Next Friend

### NOTICE

Using a notary on this document does not constitute any adhesion, nor does it alter an Indigenous Peoples status in any manner:

The purpose of the notary is verification and identification only and not for entrance into foreign jurisdiction:

### NOTARY ACKNOWLEDGEMENT

On this 8TH day of May 2009 before me, the undersigned Notary Public in and for the STATE OF GEORGIA, *special* appeared the Authorized Representative[-*Malachi York*], self

identified as an Indigenous Peoples, via contract knowledge, and proved to me on the basis of satisfactory evidence, to be the *natural* person whose authorized representation appears on the within instrument and acknowledged to me that he executed it with intent of purpose:

As witness, my hand and official seal

NOTARY PUBLIC _____

MY COMMISSION EXPIRES 12/27/2009

*[Notary seal: BARRY M. HAMILTON, NOTARY PUBLIC, FULTON COUNTY, STATE OF GEORGIA, MY COMMISSION EXPIRES 12/27/2009]*

## CERTIFICATE OF DELIVERY

**DELIVERED TO THE UNITED STATES DISTRICT COURT FOR THE MIDDLE DISTRICT OF GEORGIA'S DEPUTY-/MARSHALL_____;**

**Recieved by the Sheriff / Marshall:_____ Day_____**

**Time_____**

**SIGNED:_____**