

**EXPRESS MAIL**

UNITED STATES POSTAL SERVICE

*RETURN RECEIPT REQUESTED*

**Flat Rate**
**Mailing Envelope**
**For Domestic and International Use**

at usps.com



EH 515944274 US

**EXPRESS MAIL**

UNITED STATES POSTAL SERVICE ®

**Post Office To Ad**

Address
Label

**DELIVERY (POSTAL USE ONLY)**

| Delivery Attempt | Time | ☐ AM ☐ PM | Employee Signature |
|---|---|---|---|
| Mo.    Day | | | |
| Delivery Attempt | Time | ☐ AM ☐ PM | Employee Signature |
| Mo.    Day | | | |
| Delivery Date | Time | ☐ AM ☐ PM | Employee Signature |
| Mo. 5  Day 11 | 04 | | |



**CUSTOMER USE ONLY**

☐ **WAIVER OF SIGNATURE** (Domestic Mail C
Additional merchandise insurance is void
customer requests waiver of signature.
I wish delivery to be made without obtaining sign
of addressee or addressee's agent (if delivery em
judges that article can be left in secure location) a
authorize that delivery employee's signature con
valid proof of delivery.

☐ **NO DELIVERY**
☐ Weekend  ☐ Holiday    Mailer Signature

**ORIGIN (POSTAL SERVICE USE ONLY)**

| PO ZIP Code | Day of Delivery | Postage |
|---|---|---|
| 90151 | ☐ Next ☒ 2nd ☐ 2nd Del. Day | $ |
| Date Accepted | Scheduled Date of Delivery | Return Receipt Fee |
| 5/9/0 | Month    Day | $ |
| Mo.  Day  Year | Scheduled Time of Delivery | COD Fee | Insurance Fee |
| Time Accepted | ☐ Noon  ☒ 3 PM | $ | $ |
| ☐ AM | Military | Total Postage & Fees |
| ☐ PM | ☐ 2nd Day ☐ 3rd Day | $ |
| Flat Rate ☐ or Weight | Int'l Alpha Country Code | Acceptance Emp. Initials |
| lbs. 6 ozs. | | |

**FROM:** (PLEASE PRINT)    PHONE (    )

P.O. Box 161598
Denver, Colorado

**TO:** (PLEASE PRINT)    PHONE (    )

ATTENTION: GREGORY LEONARD CLERK D. C.
UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
475 Mulberry St.
Macon, Georgia

ZIP + 4 (U.S. ADDRESSES ONLY. DO NOT USE FOR FOREIGN POSTAL CODES.)

| 3 | 1 | 2 | 0 | 2 | + | | |
|---|---|---|---|---|---|---|---|

FOR INTERNATIONAL DESTINATIONS, WRITE COUNTRY NAME BELOW.

**FOR PICKUP OR TRACKING**

Visit **www.usps.com**

Call **1-800-222-1811**

**EMS**

PRESS HARD. YOU ARE MAKING 3 COPIES.

041608/EM13F

MAY 2008