FILED
U.S. DISTRICT COURT
MIDDLE GEORGIA

2009 MAY 11  AM 10: 27

DEPUTY CLERK

# Exhibit 6

# Judicial Notice of my Liberian Citizenship and Diplomatic Documents, Courts Petition for Final Judgement on the Decision for Declaratory Judgement, PURSUANT TO RULE 901, 902

```
REPUBLIC OF  LIBERIA)   IN THE CIVIL LAW COURT, SITTING IN ITS
MONTSERRADO  COUNTY  )   JUNE, A.D. 2004 TERM
```

BEFORE HIS HONOUR:   YUSIFF D. KABA....ASSIGNED CIRCUIT JUDGE

```
Dr. Malachi Z. York by & Thru       )
His Counsel, Cllr. Francis Y.S. Garlawolu)
of Monrovia, R.L............PETITIONER  )
                                    )
              VS                    )
                                    )                  ACTION
The Government of the Republic of   )       PETITION FOR DECLARATORY
Liberia....................RESPONDENT)               JUDGEMENT
```

COURT'S FINAL JUDGEMENT ON THE PETITION FOR DECLARATORY JUDGEMENT

This case owes its genesis to a Petition for Declaratory Judgment filed by the Petitioner through his Legal Counsel in the Republic of Liberia, Counsellor Francis Y.S. Garlawolu, against the Respondent, on the 13th day of July, A.D. 2004, specifically requesting this court to grant and declare the following relief to said Petitioner:

1. To order Respondent to repatriate Petitioner in fulfillment of its obligation to its citizens within and without Liberia; and

2. To order the Respondent to defend and protect the diplomatic status of Petitioner.

When the case was called for hearing, the Respondent requested the indulgence of this Court to spread its resistance on the minutes of Court, which was granted.

Accordingly, Attorney Morris A. Kaba appearing for the Respondent, resisted the Petition on the minutes of Court, thus conceding veracity of the averment of the Petition to the effect that Petitioner is a citizen of Liberia and Consular assigned at Atlanta, U.S.A.

Arguments were held pro-et-con by Counsels for both parties. From the Petitioner's Petition and respondent's Resistance, two fundamental issues decisive of this case evolved for our determination, thus:

- 2 -

> This preferment is evident of our conviction and
> Expectation that you will continue to be of greater
> Service to Liberia and its people, especially
> those in the States of Georgia.
>
> Congratulations.
>
> Cordially yours,
>
> Dakpannah Dr. Charles Ghankay Taylor"

The fact of petitioner's appointment is not in dispute. Petitioner squarely falls under our domestic and International laws, within the category of diplomatic personnel with all immunities appertaining thereto.

This Court holds that the Constitution of Liberia and International laws and the Vienna Convention on Diplomatic Relations immune diplomatic personnel against arrest and detention, Chapter 9 of Republic International Law, 2nd Edition, Section 9-1 (Page-215) has this to say:

> "<u>DIPLOMATIC AND RELATED IMMUNITIES</u>
> Section 9.1, Function. The immunity of foreign diplomatic personnel from local actions or proceedings has long been a feature of the International legal system. Diplomatic immunity contributes to friendly relations among nations by promoting "The efficient performance of the functions of diplomatic missions as representing states..."Vienna Convention on Diplomatic Relations (hereinafter cited Convention), an essential condition for marinating any sort of International community. In general and accredited diplomat is immune with respect to acts or omission in the exercise of his or her official functions and other circumstances in which lack of immunity would be inconsistent with diplomatic status. The diplomat is also immune from criminal process and from most civil process in the receiving state. See Section 464, RESTATEMENT (Third) (1987).

December 19, 2008
United States Attorney General Michael B. Mukasey
950 Pennsylvania Ave, NW
Washington, DC
20530-001


RE: **Immediate Exoneration, Repartition, Discharge, and Second Chance Act, and International Jurisdiction Jurisprudence de jure**


Dear U.S. First Assistant U.S. Attorney Dave Gaouette,

We are writing to express our concerns and disappointment in the Federal Bureau of Prisons. The goal for the B.O.P. is to rehabilitate inmates back in society. One of The Bureau of Prisons mission statement for inmate matters are "The Bureau of Prisons provides services and programs to address inmate needs, structure use of leisure, and facilitate the successful reintegration of inmates into society. Each Bureau facility offers a set of programs and services that vary based on the characteristics and needs of its specific inmate population.

On May 8, 2002 our client who is currently incarcerated at Florence ADMAX an innocent senior citizen Malachi Z. York, Consul General Diplomat D/P #003828-04 of the Republic of Liberia, West Africa Citizenship, misnomer Dwight D. York (Inmate #17911-054) was arrested on false charges. From May 8, 2002 to now there have been concentrated efforts on a miscarriage of justice to keep Malachi Z. York incarcerated for crimes he did not commit as in a similar case where the Mc Martin Trial in California implemented a miscarriage of justice. There has been a national and international effort made by concerned constituents to contact their respective congressman requesting them to assist in the correction of Malachi Z. York's Innocents, Sentencing, Exoneration, Reparation, and Second Chance Act for expedited remedies.

Despite our comprehensive efforts, the voices of constituents were largely ignored based upon the slanderous and untrue statements by corrupt officials in Georgia that led the way to negative media coverage. This act of malicious intent created negative pre- trial publicity that led to coherence of the majority of juror.

The following are some of our strongest concerns. The first Issue is Malachi Z. York's innocents. Please refer to Federal Legislation Justice for All Act of 2004 H.R. 5107.

The B.O.P has superseded all codes of ethics, and treaties, which violate Malachi Z. York's Consul General Diplomatic status, D/P #003828-04 of the Republic of Liberia, West Africa Citizenship, misnomer Dwight D. York (Inmate #17911-054). The B.O.P. and all agencies in affiliation with the B.O.P have used racial profiling to ignore York's citizenship as a Liberian Citizen. Malachi York's citizenship has been entered in both courts before and after his arrest and according to international law and national law Malachi York is only allowed by law to serve five years in another country.

1

In accordance with the Constitution of Liberia, vouchsafes unto every citizen of Liberia, within and without Liberia, equal protection, public International Law, 2nd Edition, Page 163, Section 7-2, under the Nationality Principles has this to say:

"States have jurisdiction over there nationals, even when those nationals are physically outside the country's borders. This is so because the nationals owe allegiance to his own country no matter where he or she is located, and because each nation has both responsibilities to other nationals for the conduct of its nationals and interest in their welfare while they are abroad."

In view of the above quoted law, it is further requested that this request is expedited and approved in accordance with "Section 1481. Loss of nationality by native-born or naturalized citizen; voluntary action; burden of proof; presumptions".

1. Malachi Z. York, Consul General Diplomat D/P #003828-04 of the Republic of Liberia, West Africa Citizenship, Misnomer Dwight D. York (Inmate#17911-054) On the 12th day of July 1997 on oath or affirmation declared that it is his intention to settle permanently in the Republic of Liberia and become a Citizen Thereof and declared his allegiance and fidelity to the Republic of Liberia and renounced same to all Foreign powers to the United States of America.

2. On the 12th day of July 1999, having a two-year probation period from the 12th day of July 1997 affirmed that Malachi Z. York has renounced his United States of America citizenship.

3. On the 26th day of November 1999, The Clerk of Criminal Court "B" First Judicial Circuit Special Chamber Session November Term before Judge Honour F. Masa Kamara- Nyumah represented by myself, Cllr. Francis Y.S. Garlawolu and accompanied by Petitioner's two witness; first witness David Nymah of Gbarnga, Bong County and second witness Prince Thomas of Congo Town, Granted my client Malachi Z. York Citizenship by Naturalization.

4. On the 15th day of December 1999, Malachi Z. York was issued Certificate of Citizenship permit number: 108208 Montserrado County, Monrovia signed by Clerk of Court aforesaid Samuel A. Passawe and Sworn and Subscribed to before Mary Mamie Howe Notary Public, Montserrado CO. Republic of Liberia.

5. On the 15th day of December 1999, Former President Charles Taylor appointed Malachi Z York Council General of the Republic of Liberia to Atlanta, Georgia, United States of America.

2

ATTACHMENT A

**REPUBLIC OF LIBERIA**

*Office of the President*

December 15, 1999

Dr. Malachi Z. York
Athens, Georgia
United States of America

I am pleased to appoint you hereby as Consul General of the Republic of Liberia to Atlanta, Georgia, United States of America.

This preferment is evident of our conviction and expectation that you will continue to be of greater service to Liberia and its people, especially those in the State of Georgia.

Congratulations.

Cordially yours

Dahkpannah Dr. Charles Ghankay Taylor




JUDICIAL BRANCH OF LIBERIA
MONTSERRADO COUNTY

OFFICE OF THE CLERK OF COURT, FIRST
JUDICIAL CIRCUIT, CRIMINAL ASSIZES "B"
MONTSERRADO COUNTY, MONROVIA




# Certificate of Citizenship

Permit Number: 108208

Be it known that on this __15th__ day of __December__ A.D. 19__99__ Mr./Mrs./Mlle __Malachi Z. York__ who previous to his/her naturalization was a citizen or subject of the __United States of America__ at present residing at __Monrovia__ in the Republic of Liberia, having filed __his__ Declaration of Intention as provided by Law and having satisfied me by __his__ sworn statement under oath that __Malachi Z. York__ is a person of good moral character, attached to the principles of the Constitution of the Republic of Liberia, and having in every respect otherwise behaved as a law-abiding person during __his__ residence in the Republic, and having taken oath to support and uphold the Constitution and Laws of the Republic of Liberia against all enemies foreign and domestic, and to renounce and abjure all allegiance and fidelity to all foreign powers and particularly to the said __United States of America__ being the foreign power to which __he__ formerly owed allegiance.

Therefore it is ordered that the said __Malachi Z. York__ be and __he__ is hereby admitted as a citizen of the Republic of Liberia __by Naturalization__

In testimony whereof this certificate is signed by the Clerk of Court, First Judicial Circuit, Criminal Assizes "B" County of Montserrado this __15th__ day of December A.D. __1999__

Sworn and subscribed to before me
this ___ day of _____ A.D. 200_

MARY MAMIE HOWE
NOTARY PUBLIC, MONTSERRADO CO.
REPUBLIC OF LIBERIA

Clerk of Court aforesaid

REPUBLIC OF LIBERIA

CRIMINAL COURT "B"                                           OFFICE OF THE
CLERK

## DECLARATION OF INTENTION

I, DR. MALACHI Z. YORK, ON OATH OR AFFIRMATION DECLARE THAT IT IS MY INTENTION TO SETTLE PERMANENTLY IN THE REPUBLIC OF LIBERIA AND TO BECOME A CITIZEN THEREOF, AND I DO HEREBY DECLARE MY ALLEGIANCE AND FIDELITY TO THE REPUBLIC OF LIBERIA, AND RENOUNCE SAME TO ALL FOREIGN OR POWER AND PARTICULARLY TO THE UNITED STATES OF AMERICA, BEING THE FOREIGN POWER OF WHICH I AM NOW A CITIZEN OR SUBJECT.

SO HELP ME GOD                          GIVEN UNDER MY HAND
                                        AND SEAL OF THIS COURT,
                                        THIS 12TH DAY OF JULY 1997.

SEAL OF COURT 

                                        _____
                                        CLERK, CRIMINAL COURT "B" MONT/MO

Descriptions:

AGE: 51

ALLEGIANCE: REPUBLIC OF LIBERIA

OCCUPATION: RELIGIOUS MINISTER

DATE OF BIRTH: 06-26-45

PLACE OF BIRTH: BOSTON, MA

PASSPORT NUMBER: 083157444

PERMIT NUMBER: 108298

DATE OF ARRIVAL: MAY 5, 1996

PLACE OF RESIDENCE: CITY OF GBARNGA

_____
Malachi Z. York

$10.00 Revenue Stamp affixed on the original.

**Garland, Samuel & Loeb, P.C.**
TRIAL ATTORNEYS

3151 Maple Drive, N.E.
Atlanta, Georgia 30305
Telephone (404) 262-2225
Facsimile (404) 365-5041
E-mail: msaloa@gsllaw.com

EXHIBIT F

Edward T. M. Garland
Donald F. Samuel
Robin N. Loeb
David S. Tisinowski
Manubir S. Arora
W. Charles Lea
Anne H. Coolidge-Kaplan
Nelson O. Tyrone III

Reuben A. Garland (1903-1971)

March 28, 2003

Lt. Guy Mustello
Jones County Jail
P. O. Box 874
Gray, GA 31032

Re: Malachi (Dwight) Z. York

Dear Mr. Mustello:

I am notifying your office that we are requesting Malachi (Dwight) Z. York be considered for International Prisoner Transfer under the provisions of 81 U.S.C. §4100 et seq.

Attached is a copy of a letter from our client authorizing such process begin immediately.

Please let me know if you have any questions or concerns. Thank you for your assistance.

Yours very truly,

Manubir S. Arora

MSA:yvj
Enclosure