RECEIVED
CLERK'S OFFICE

2009 MAY 11 AM 8:33

U.S. DISTRICT COURT
MIDDLE DISTRICT
MACON GEORGIA

**IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA-MACON DIVISION**

MALACHI Z. YORK-EL©™,
misnomer DWIGHT YORK©™,

CASE NO. 5:07-CV-90001-CAR
Article 1 Section 9
Constitutional Habeas Corpus
CASE NO. 5:02-CR-27-CAR

Noble: Malachi York:El:©™

    **Plaintiff**

**V.**

UNITED STATES OF AMERICA, AGENTS/HEIRS,
FEDERAL BUREAU OF PRISONS, U.S. DEPARTMENT OF JUSTICE,
CHARLES ASHLEY ROYAL, EDWARD NOTTINGHAM,
MARCY E. COOK, RON WILEY, CHRIS SYNSVOLL,
KRISTEN MIX, HOWARD RICHARD SEALS, TROY EID,
MICHAEL MUKASEY, JOHN SUTHERS, DAVE GOUETTE,
FREDRICK BRIGHT, RICHARD MOULTRIE, JALAINE WARD,
TRACEY BRADFORD, SALLY HEINTZYSH, MARY MANGRUM,
LISA SPEAKER, JOAN CROANIER, FBI AGENT SAVAGE,
TOM CODY, BOYD N. BOLAND,  AND ZITA L. WEINSHIENK

    **Defendants**

2009 MAY 11 AM 10:27
DEPUTY CLERK
FILED U.S. DISTRICT COURT MIDDLE GEORGIA

---

## MOTION FOR RELIEF BY RECANTATIONS OF ALLEGED VICTIMS PURSUANT TO YOUR 28 USC § 2255

---

Comes now is I, **Malachi York El:**©™ , **A/K/A** H.E. Dr Malachi Z. York-EL©™,

A/K/A Issa Al haadi Al Mahdi, A/K/A Dr. Malachi Kobina York, misnomered DWIGHT D.

YORK et, al.; **All rights reserved**, Secured Party, Liberian Diplomat D/P #003828-04, Owner

in fact, Holder in due course (*Pro Per*) pursuant to your 28 USC § 2255, the 6th Amendment of

the United States Constitution, 42 USC § 1986, Federal Rules of Evidence 201(b), and 333

F.3d 102 Ruben ORTEGA, Petitioner-Appellant, v. George DUNCAN, Respondent-Appellee,

1

Docket No. 01-2629, for and on the record, admit Affidavits of Recantations of four alleged victims named on the United States indictment, therefore discounting and voiding the charges against me, Whereas the alleged victims were threatened, coerced, and forced to make statements against me;

**For the record,** Let the court(s) take Judicial Notice, whereas, Taariq Noel who was named as an alleged victim on the indictment, perjured himself when he was coerced and threatened by the FBI and DOJ who conspired to defraud the United States in violation of **18 USC § 371**, creating the false indictment; Wherein, the following facts voids Count 4 of the indictment as David Taariq Noel made the following statements on an Affidavit under oath and penalty of perjury; **(See Exhibit 11-1 Affidavit of Recantation, David "Taariq" Noel):**

"I am hereby affirming the majority of my testimony at the Federal trial of Dwight York (Malachi York) was false, specifically in the area of my personal sexual activity. I am also stating that I did not engage in any type of sexual activity with Mr. York including oral sex or anal sex, Nor did I witness Mr. York engage in sexual activity or any inappropriate sexual behavior with minors or adults."

He goes on to say:

"I deny having any sexual involvement with Mr. York in upstate New York at age 7 or any age"

**Note:** This Affidavit of Recantment of Taariq Noel, entered on and for the Record, is admissible as an **Adjudicative Fact,** pursuant to the Federal Rules of Evidence 201 (b) taken while in the presence of Notary Public in Clayton County, Georgia;

Whereas, David Taariq Noel was also coerced to perjure himself by testifying against me when his mother, Barbara Noel, attempted to extort me requesting 10 money orders for $500 each in an

2

email dated September 8th, 2002 (**See Exhibit 12-1 Extortion from Barbara Noel, copy of**

**Barbara Noel's Email** ) and for them to be made out to her, she told me it was in my best

interest to help now, where she states in her email as follows:

> "Let Doc know that I need 10 money orders for $500.00 @, and they could be made out
> to me, for a donation, from different concerned members sent, to me at this address:
> p.o. box 361446, Decatur, GA 30035-1446

She goes on to say.....

> "Tell him it is in His best interest to help me, maybe "we" could talk and agree on
> something for our mutual benefit.
> I expect a reply today from you, this way I know what I should do and plan for tomorrow,
> This is very important.......this is very serious

This email is submitted as evidence pursuant to Public Law 99-508, Public Law 104-231, Public

Law 106-229, 18 USC § 2510 note 5 USC § 552 note and 15 USC § 7001 note;  This is a direct

violation of 18 USC § 878 prohibiting threats and extortion directed against a foreign official,

and is a violation of the Sixth Amendment of the Constitution;  This is proof that Barbara Noel

forced her children to make frivolous and feloneous statements in the court to have me

prosecuted, and persecuted for her own personal reasons;  Let the Court take notice on and for

the record that this evidence admitted pursuant to Federal Rules of Evidence 608 (a) this also

supports Taariq Noel's statements of his mother being threatened to be arrested where he states:

> "I testified falsely against Malachi York, Kathy Johnson, Chandra Lampkin "Najilaa"
> and Khadijah Merritt "Mucullah" for several reasons. The main reason was the threats
> made against me by FBI agent Joan Croanier and FBI agent Richard Moultrie. I was told
> by Joan Croanier that if I denied the allegations that my mother would be incarcerated for
> fraud."

3

This also shows 2 other alleged victims and witnesses for the prosecution, mainly Amanda Noel, and Nicole Lopez's testimonies in the trial lack merit, voiding count 4 of the indictment, as they were also coerced by their mother Barbara Noel;

Radeya Muhammad, who was named on the indictment as an alleged victim also Recanted her statements made during the trial expressing the fact that she was also threatened and coerced to falsify her testimony on the stand (**See Exhibit 11-2 Affidavit of Recantation, Radeya Muhammad**); She states in her affidavit the following:

> "I never had sexual relations or sexual activity with Malachi York I never witnessed Malachi York having sexual activity with anyone. I do not know of anyone he has ever molested. I do not know of any minors he has ever had sex with. This includes Krystal Harden, Amanda Noel, Samaiyah Ellis, Safa'a LaRoche, Salha Eddington, Husna, and Hasna Evans."

Whereas, Radeya Muhammad's Affidavit of Recantment entered on and for the Record admissible as an Adjudicative Fact pursuant to the Federal Rules of Evidence 201 (b) taken while in the presence of Notary Public in Dekalb County, Georgia under oath and the penalty of perjury. She goes on to explain how she made those statements under duress …

> "I personally feel that the statements attributed to me in the FBI interview of March 25[th], 2002 are not my own words. There are many, many, inaccuracies. My relationship with Mr. York was like a father-step daughter relationship."

She went on to say……

4

"They told me that others mentioned my name as being molested by Malachi. They (FBI) gave me details of what others allegedly said and I was told by everyone to admit to it and go along."

" I felt pressured and coerced into cooperating with the F.B.I. I figured that if I didn't cooperate, that I would be going to jail."

**For The Record**, Let the record provide proof, exposing another of the prosecution's witnesses, Ebony Hill, also recanted her testimony admitting to perjuring herself under oath in her affidavit, she had a personal vendetta against me and saw this as an opportunity to hurt me as she states in her Affidavit...

"I deny having sexual relations or activity with Mr. York when I was about 13-14 years old in upstate New York or "Nubia" as we called it. I completely deny having sexual relations or activity with Mr. York Mr. York in the State of New York."

She also continues as follows....

"I deny witnessing Mr. York having sexual relations or activity with any minors at any time whether it was New York or Georgia. This includes the persons I named that I witnessed him having sexual relations and activity with in New York, including Sakinah Parham, Nicole Lopez, Chandra Lamkin"

"I deny having sexual relations or activity with Mr. York while I was under seventeen (17) years of age."

Whereas, Ebony Hill's Affidavit of Recantment (**See Exhibit 11-3 Affidavit of Recantation, Ebony Hill**) hereby entered on and for the Record admissible as an Adjudicative Fact pursuant to the Federal Rules of Evidence 201 (b) taken while in the presence of Notary Public in Dekalb County, Georgia under Oath and penalty of perjury further proving the Charges are fictitious with no merit; Ebony Hill was thought by the Prosecution to have been Ebony Henry, whose

5

current married name is Ebony Richards, who was also named on the indictment as an alleged

victim, who actually stated on her Affidavit that nothing ever took place where she states (**See**

**Exhibit 11-4 of Affidavit of Ebony Henry/Ebony Richards married name**):

> I, Ebony Richards, state for the record that Malachi Z. York has never molested, raped touched or behaved in any indecent or inappropriate manner towards me in any form or fashion, nor have I seen Mr. Malachi Z. York molest, rape, touch, or behave indecent or inappropriate towards any other child, adult etc. Malachi Z. York and myself, Ebony Richards, have never engaged in sexual activities of any kind, form or fashion together. I, Ebony Richards, have never engaged in sexual activities of any kind, form or fashion together. I, Ebony Richards, have never engaged in sexual activities of any kind, form or fashion with other individuals in the presence of Malachi Z. York.

Whereas, on April 23rd, 2004 the Prosecution's Key witness Habybah Washington (**See Exhibit**

**11-5 of Affidavits of Recantation, Habybah Washinton**) admitted to perjuring herself in

statements that were made against me in her testimony during trial, her recantment states:

> "He never told me or, to my knowledge, anyone else not to deposit more than $10,000.00
>
> at a time"

She further states.....

> "I was never molested by Malachi York...."

She goes on to say.......

6

"He never forced me to have sex. I do not know of anyone he has ever molested. I do not know of ay children he has ever had sex with. I never took any children to him for the purpose of sex."

Whereas, Habybah Washington statements sworn under oath by Notary Public prove her initial statements at trial as not credible, thereby renders partial disqualification of the entire superseding indictment from the United States pursuant to Rule 6 Federal Rules of Criminal Procedures;

On and for the Record I admit the Affidavit of Recantment of Abdus Salaam LaRoche, also named on the indictment as an alleged victim, who was also coerced and threatened to testify against me. Abdus Salaam LaRoache, named on the indictment as "Shelimoh Eddinton" made the following statements in his affidavit of Recantment **(See Exhibit 11-6, Recantation of "Shelimoh Eddington" Abdus Salaam LaRoache)**

"I am hereby affirming that the majority of my testimony at the Federal criminal trial of Dwight York (Malachi York) was false, specifically in the area of my personal sexual activity. I am also stating that I did not engage in any type of sexual activity with Mr. York including oral sex or anal sex. Nor did I witness Mr. York engage in sexual activity or any inappropriate sexual behavior with any minors or adults."

He goes onto say…

"I deny having sexual activity with Mr. York inclusive of all inappropriate acts including anal sex, or oral sex in Athens nor with any of the pople that I named in my testimony including Krystal Harden, Khadijah Merrit, and Nicole Harden "Husna".

7

Abdus Salaam LaRoche "Shelimoh Eddinton" Affidavit of Recantation is hereby entered on and for the Record admissible as an Adjudicative Fact pursuant to the Federal Rules of Evidence 201 (b) taken while in the presence of Notary Public in Dekalb County, Georgia under Oath and penalty of perjury further proving the Charges are fictitious with no merit;

## RELIEF REQUESTED

**WHEREFORE**, *I pray this Honorable Court*:

1.  Grant this Motion for Relief pursuant to 28 U.S.C. § 2255, and order that my sentence be Vacated based on the New Evidence admitted into this Court

2.  Grant an Evidentiary Hearing based on the Recantations admitted in this Motion for furtherance in knowledge of the charges being invalid against me for my **immediate discharge;**

**Respectfully,**

**Malachi York El:©™**

Nonresident/ Non-Domestic

First Class, Delivery

c/o P.O. Box 181398

Denver, Colorado 80218

"Malachi 4:2 "But unto you that fear my name shall the **Sun of righteousness** arise with **healing in his wings"**

8