IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA-MACON DIVISION

MALACHI Z. YORK-EL©™,
misnomer DWIGHT YORK©™,

CASE NO. 5:07-CV-90001-CAR
Article 1 Section 9
Constitutional Habeas Corpus
CASE NO. 5:02-CR-27-CAR

Noble: Malachi York:El:©™

    Plaintiff

v.

UNITED STATES OF AMERICA, AGENTS/HEIRS,
FEDERAL BUREAU OF PRISONS, U.S. DEPARTMENT OF JUSTICE,
CHARLES ASHLEY ROYAL, EDWARD NOTTINGHAM,
MARCY E. COOK, RON WILEY, CHRIS SYNSVOLL,
KRISTEN MIX, HOWARD RICHARD SEALS, TROY EID,
MICHAEL MUKASEY, JOHN SUTHERS, DAVE GOUETTE,
FREDRICK BRIGHT, RICHARD MOULTRIE, JALAINE WARD,
TRACEY BRADFORD, SALLY HEINTZYSH, MARY MANGRUM,
LISA SPEAKER, JOAN CROANIER, FBI AGENT SAVAGE,
TOM CODY, BOYD N. BOLAND, AND ZITA L. WEINSHIENK

    Defendants



---

## MOTION BY JUDICIAL NOTICE FOR EVIDENCED JUDICIAL MISCONDUCT

---

PURSUANT TO Rule 60 5 U.S.C. § 552, and 42 U.S.C. § 1986;

**Opening Statement:**

**For the record, on the record:**

1. Comes now is I, **Malachi York:©™**, A/K/A H.E. Dr Malachi Z. York-EL©™, A/K/A Issa Al haadi Al Mahdi, A/K/A Dr. Malachi Kobina York, misnomered DWIGHT D. YORK et, al.,**All rights reserved,** Secured Party, Liberian Diplomat D/P #003828-04, Owner in fact, Holder in due course (*Pro Per*) due hereby notice the court of its recorded **judicial misconduct;**

## FACT FINDINGS

A. According to the *now sealed* court record transcripts ( see exhibits) **2862**, filed in Brunswick, Georgia January 19, 2004 **VOLUME 11**, referencing the JURY TRIAL, before CHARLES ASHLEY ROYAL(witness) *sic*-United States District *Judge*, inclusive of MAX WOOD, RICHARD S. MOULTRIE, JR. , STEPHANIE THACKER, including W. CRAIG DELOACH- *Official U.S. Court Reporter,* i.e. my witnesses, under case no. **5:02-CR-27-CAR**, it has been recorded that the court is **guilty for its judicial misconduct**;

The misconduct portrayed, conveys partiality and incompetence in noticed Federal Holidays and Statute Holidays rendered to the Federal Court and its fiduciary and the Public, pursuant to **Rule 56 Federal Rules of Criminal Procedure**;

Whereas, due to the court's incompetence, according to proper procedure and its performance accordingly, it is hereby herein acknowledged in accordance to other associated matters raised herein, *reason shows us* not only a pattern of judicial misconduct, yet, **conspiracy** and **prejudice is** very much present in this matter, pursuant to **42 U.S.C.§ 1986**, and Federal Rule of Criminal Procedures **Rule 56 in accordance to procedure, in which hereby provides opportunity for the court's knowledge to act in honor for an obligatory assignment in remedy to 'stop and correct' its negligence in law, due to the 'Mistake of the mind of the court'**;

B. Chief Judge Charles Ashley Royal has factually, without contraversion of the **facts** shown a pattern of **'Judicial Misconduct'** by its <u>non impartiality</u> regarding my **Sixth Amendment** rights held within the Constitution *which you've an oath of office to uphold,* and your **28 USC § 455, 'conflict of interest'** by previously being an associated party in a

casefile matter, associated to my wife's Father-Eli Richardson's *who'd resided at the court-case scheduled dates then, at 505 Shady Dale Road, the same locationed place where the 'Federal Superseding Indictment/True Bill', and associated 'Charges' trail back to* who'd been a victem of 'Malpractice', which included the defense-'Charles Ashley Royal'*sic*, attorney for Oconee Regional Hospital, versing a complaint by my wife Shalimah Richardson, mother of 3 of my children, in reference to substantial case file#*98 CV 34669* knowledge relating with my father-in-law Eli Richardson's untimely death;

**For the record**, on April 7, 1998 Civil Action No. 98 CV 34669, Shalimah Richardson and Laverne Richardson *as* Plaintiffs, vs. the Oconee Regional Medical Center, Hector Piza, M.D. Fred Falchook, M.D. Oconee Radiology Associates, Inc., V. Brown, R.N., T. Bloodworth, CST, S. Danuk, S.T., Jane Doe I, R.N. and Jane Doe II, R.N., Charles Ashley Royal and Law firm of Jones, Cork & Miller, *LLP*, all of which participated in the action, on behalf of the defense for the Oconee Regional Medical Center;

**Whereas,** at the time, Charles Ashley Royal was known as attorney C. Ashley Royal State Bar. No. 617350 of <u>Georgia Medical Staffing Services</u>, Inc. A Profit Corporation Company CEO, 435 2nd St. 500 SUNTRUST Bank Macon GA, 31212;

Whereas, on September 25, 1997, one surgical sponge was left in the pelvis of Rev. Eli Roosevelt Richardson, undetected by Dr. Piza and surgical staff named above as defendants in the civil case;

Whereby, this surgical sponge went undiscovered, until its presence was diagnosed on November 12, 1997 by M.D. Lisa Farmer at the Medical Center of Central Georgia;

Whereas, on August 7th 1998 Plaintiffs Shalimah Richardson, and Laverne Richardson *both* filed a claim against Oconee Regional Medical Center;

**In accordance to the aforementioned facts**, our Egyptian and Native American Styled Church had been aired on National TV on March 9th, 2008 in an interview about our private Social club called 'Rameses' (*See Exhibit 9, Judicial Notice of Macon Telegraph Timeline of Events*), which also serves as additional proof for the record;

Again, **for and on the record,** the Richardson Family actually resided at 404 Shadydale Rd Eatonton GA 31024 during the tragic Death of our beloved relative Eli Richardson, within the exact location that I was said to have purchased in 1993, under the misnomer d/b/a DWIGHT D. YORK©™ (*See Judicial Notice of Accepted For Value Birth Certificate Business Name Ownership, for 1993 Name Change Documents, and See Exhibit 9 Judicial Notice of Macon Telegraph Timeline of Events*) that was unlawfully raided on May 8th, 2002, wherein, this location was named my place of residence on the 'doctored' **search warrant** (*See Exhibit 1 Judicial Notice United States Accepted Offers*); Whereas, I informed the arresting officer(s) of my Liberian Diplomatic status to this effect; Whereby, all corresponding court paperwork, and documents from the now Chief *judge* Charles Ashley Royal's clientelle, *the* Oconee Regional Hospital were sent to the 404 Shadydale Rd. address;

Whereas, the 404 Shadydale Rd. property was actually **Quitclaimed** *Deeded*, executed on the **26**$^{th}$ day in the month: **February** in the year: **2002**, Filed in office of the Clerk of the Superior Court, within Putnam County GA, on the **28**$^{th}$ day, in the month: **February**, within the year: **2002** at the hour: **2:52PM** to the second party(ies), **Grantee, Ethel Richardson, Yvonne Powell, Anthony Evans, Althea Shine; Please Note: "Mrs. Ethel Richardson"** above *Grantee* is Shalimah Richardson's DNA mother and the <u>deceased Rev.</u>

<u>Eli Roosevelt Richardson's legal Wife</u> of 20yrs before his divorce and re-marriage to Lavern Richardson;

C. **Also, for the record,** 404 Shadydale Rd was the known property of our international tribal Church Organization, called Nuwaubians and or Nuwuapians, all throughout Putnam County and the State of Georgia (*See Wikipedia and See Exhibit 9, Judicial Notice of Macon Telegraph Timeline of Events*) in which Rev. Eli Roosevelt Richardson was at one time known as the leader of our tribe;

**Whereas,** in support of the facts I've mentioned, our congregation constructed an Egyptian and Native American Styled village within the land of 476 Acres which also included statues of Egyptian and Native American Deities, and two pyramids distinct in appearance (*1. Black with Gold trimming, and 2. Beige/Gold*), usage where our church was assembled, which was also unlawfully taken from Church members previously mentioned as a violation against the lawful owners, in violation of Georgia Annotated Code 16-8-2, **'theft by taking'**, including 'Grand Larceny', 18 USC § 221, 18 USC § 112 Protection of foreign officials, official guests, internationally protected persons, 18 USC § 271 Damage to religious property, obstruction of persons in the free exercise of religious beliefs, our church was unlawfully desecrated and torn down, while still in 'litigation' by the Sheriff Richard Sills similarly to how other *"black"* churches have been burned and torn down in the south, as further evidence of racial biasness, prompting investigation by the Department of Justice Inspector General, Attorney General Eric Holder, and the Judiciary Committee Chair, Honorable Congressman Conyers; (See <u>***Tama -Re From Wikipedia, free encyclopedia Coordinates: 33.340277°N 83.510985°W***</u> *"The Tama-Re compound in Putnam County Georgia a.k.a "Kodesh" "Wahannee" "The Golden City Al Tamara"*)

    **Whereas,** our church's property was an Egyptian and Native American theme Park set of buildings and monuments established near Eatonton, Georgia by the Nuwabians in 1993; Whereby, our church, Egyptian and Native American themed park *village* made it into the news several times, including myself (*See Exhibit 9 Judicial Notice of Macon Telegraph Timeline of Nuwaubian events, Nuwaubian Leader York working on his public image*) in National News interviews including Fox News, as well as our June 26th Annual Saviours Day which brought a record Hundreds of thousands of people out to the festival on record with Putnam County which further proves Chief Judge Charles Ashley Royal knew of me, prior to the Shalimah Richardson Civil Case or any other trial for that matter, wherein, Chief Judge C Ashley Royal agreed to move my case to Brunswick, Georgia, **his hometown**, because of my popularity *allegedly* in Putnam County and Macon Georgia, proving 'Conflict of Interest' in violation of your 28 USC § 455 and my Sixth Amendment Right erroneously insulting the Courts intelligence;

D. **For the record**, Mrs. Shalimah Richardson-York, the above Plaintiff, known Nuwaupian Church member, and daughter of deceased Rev. Eli Roosevelt Richardson, **was/is** my Common Law wife, of which, as one, we have three DNA children together, for record evidence;
Whereas Hadassah Richardson York 17yrs old, DOB: 03/02/92, Elizabeth Richardson York 15yrs old, DOB: 05/10/94, and Ramses Richardson York 13 yrs old, DOB: 6/23/96: Elizabeth and Hadassah York visited me in the United States Penitentiary Administrative Facility in Florence, Colorado; (See *Program Statement (P.S.) 5267.07 Administrative Officer Counselor Knox Inmate Visitor List: Richardson, Shalimar 7514 Eight Willows Rd. Missouri City Texas 77489 Relation; "Mother Of Children"*)

Whereas, this visitation took place on the 13th Day of May (Mothers Day) 2007 at 1pm-3pm;

Whereas, this **is** a definitive indication for the courts evidence records, pursuant to the facts on the record;

E. **For the record, Black's Law Dictionary on Marriage is defined as follows**:

<u>Black's Law Dictionary 277 (6th ed. 1990)</u>. "a positive mutual agreement, permanent and exclusive of all others, to enter into a marriage relationship, cohabitation sufficient to warrant a fulfillment of necessary relationship of man and wife, and an assumption of marital duties and obligations.

*Also in Ga. Code Ann. § 19-3-1.1 (1997)* "No common-law marriage shall be entered into this state on or after January 1, 1997; Otherwise valid common-law marriages entered into prior to January 1, 1997, shall not be affected by this Code section and shall continue to be recognized in this state."

F. For the record, Prior to the *unlawful* **Indictment / Bill,** I and my wife Mrs. Shalimah Richardson York acknowledged seeing when the Attorney Charles Ashley Royal appeared occasionally, during the Civil trial hearing dates in the hall of the Superior Courthouse of Baldwin County during our law suit against Oconee Regional Medical Center, in accordance to the dates April 12, 1999, September 20, 1999, March 13, 2000, August 7, 2000 , February 12, 2001, July 7, 2001 and January 14, 2002;

G. Charles Ashley Royal recognized us dressed in distinct African and Native Nuwaupian Church dress code / attire which is the most distinct attire of any community within the

State of Georgia, we dress based on our "African" and Native American ancestral garments; *(See Exhibit 10, Judicial Notice of Pictures of Secured Party Consul General Malachi York El:©™ in my Native and Egyptian Garments)*

Whereas, Attorney Royal often nodded his head in greeting me during my wife's trial; However, this behavior serves as a 'conflict of interest', regarding his knowledge to who I am, in violation of your 42 USC § 1986, in lieu of **Title 25 United States Code Section 455- Disqualification of justice, judge or magistrate judge** *which provides knowledge, such as;*

(b) 2 stating, "Where in private practice he served as a "lawyer" in the matter in controversy, or a lawyer with whom he previously practiced law during such lawyer has been a material witness concerning it."

Whereas, procedure-wise, the **burden** is established for the record, obligatory on the courts behalf, via its charging instrument, thru verifiable knowledge regarding the facts in this matter, **disqualifying** the 'indictment', under Rule 6 of the Federal Rules of Criminal Procedures Indeed, case#: 5:02-CR-27-CAR is related to the Civil Case *Shalimah Richardson & Lavern Richardson vs. Oconee Regional Medical Center 98 CV 34669;*

Whereas, your federal judicial recusal statute, 28 U.S.C §. 455, sets forth numerous conditions in which a federal judge must seek **'recusal'**;

28 U.S.C. 455 (a) *Any justice judge or magistrate judge of the United States shall disqualify himself in any proceeding in which his impartiality might reasonably be questioned;*

Whereby Chief Judge Charles Ashley Royal's Oath of Office and Bond, which I again Accept for Value as **Co-Payee** to the Department of Treasury, when on January 7th, 2004 between the hours of 3:00pm and 4:30pm Judge Ashley Royal displayed a personal bias against me, as result

of being handed an email from a Nuwaubian by the Government; after reading the email Judge Royal stated:

**"I didn't have to read this, it's the same stuff that I was looking at on their website last night"**

This is in direct violation of your 28 USC § 455 that states:

"Any justice, judge, or magistrate judge of the United States shall disqualify himself in any proceeding in which his impartiality might reasonably be questioned ."

Furthermore, proof of the Court's unimpartiality, and incompetents prejudice actions by court fiduciary, *See Transcripts* in which I am disrespectfully termed as a Nigerian ……as stated by Magistrate Judge S/ G Mallon Faircloth on Page 14 of his factually invalid Report and Recommendation *when in fact, you've knowledge of my name in fact, citizenship, and Diplomat Status, prior statements conveyed by the court's incompetent fiduciary, such as;*
"because he is a Nigerian Diplomat with corresponding diplomatic immunity is particularly **frivolous**"

This is particulary frivolous and **Moot,** according to the United States termed law procedures, being I am a **Consul General,** and citizen of **Liberia** , not **Nigeria**;
Whereas, the Department of Justice's Fiduciary Marcy Elizabeth Cook's 'Joint Motion' in the United States District Court of Colorado **does agree** on and for the record where she refers to me

as **Consul General Malachi York©™** (**Exhibit 16, Judicial Notice of Department of Justices Adjudicative Facts, Marcy E. Cooks Joint Motion referring to me as Consul General and Citizen of the Republic of Liberia**) which has been filed in conjunction with this motion as a Judicial Notice of Adjudicative Facts pursuant to Federal Rules of Evidence 201 (b) which states:

> **(b) Kinds of facts.**
>
> A judicially noticed fact must be one not subject to reasonable dispute in that it is
>
> either (1) generally known within the territorial jurisdiction of the trial court or
>
> (2) capable of accurate and ready determination by resort to sources whose
>
> accuracy cannot reasonably be questioned.

which further proves the acting judge is incompetent *sic* of the **facts** in this matter that the court records contain and is unqualified as a Magistrate judge to make Reports or Recommendations which is only qualifiable for an unbiased Third Article Judge pursuant to the United States Constitution. Whereas I honorably accept your Oath of Office and Bond as a liablility for your plea of damaging actions performed;

**Further racial biasness was displayed when Chief Judge C. Ashley Royal deliberately held court on January 20th, 2003 Martin Luther King Jr's birthday in violation of Federal Rules of Criminal Procedure Rule (56) which states:**

> **(c) Special Hours.**

A court may provide by local rule or order that its clerk's office will be open for specified hours on Saturdays or legal holidays **other than** those set aside by statute for observing New Year's Day, Martin Luther King, Jr.'s Birthday, Washington's Birthday, Memorial Day, Independence Day, Labor Day, Columbus Day, Veterans' Day, Thanksgiving Day, and Christmas Day.

H. This proves prejudice acts, racial biasness, and a blatant disregard to the governing law and statutes including your Oath of Office which I again honorably Accept as a liability for your recorded performance. Further showing Judicial Misconduct and repetitive crimes committed for evidence to the Judiciary Committee, United States Attorney General, and Department of Justice Inspector General. For the Court to protect itself from any further contraversion in this matter, immediately this case must be **'set off'**, pursuant to the Constitutional Habeas Corpus and your Oath of Office, which has been 'Accepted For Value', to protect the rights of Preamble citizens and for avoidance of public embarrassment via 'RICO';

I. In accordance, Let the court(s) take 'Judicial Notice' of the abovementioned **evidence** conveyed within an attached **'Judicial Notice Affidavit Exhibit'** by the 'MANUBIR S. ARORA', TRIAL ATTORNEY esq-75 WEST WIEUCA ROAD NE ATLANTA, GEORGIA 30342, pursuant to Amendment VI of the 'Bill of Rights'; *"See Attachment"*

2. Whereas, I Malachi York:©™ **A/K/A** H.E. Dr Malachi Z. York-EL©™, A/K/A Issa Al haadi Al Mahdi, A/K/A Dr. Malachi Kobina York, misnomered DWIGHT D. YORK et, al.,**All rights reserved**, Secured Party, Liberian Diplomat D/P #003828-04, owner in fact, Holder in due course (*Pro Per*) due hereby **'order'** the court to **vacate all charges, assumptions, presumptions, and opinions in this matters entirety** for failure to correct the court's **book-entry** 'Appropriations', in lieu of the accepted security assets by the court, as '**co-payee**', made payable to the Secretary of the United States Treasury Department *undelivered, pursuant to 28 U.S.C. § 2041, and 2043*, regarding all the **alleged revenue crimes listed on your 'Superseding Indictment' / 'True Bill'** *pursuant to 27 CFR 72.11* **against me, 'Accepted For Value and Consideration'** by the court's registered recorded proof, *pursuant to 28 U.S.C. § 1963*, knowledge, its violation of the **Amendment I, II, IV, V, VI, VII, VIII, IX, and X** of the **Bill of Rights**, and the **adjudicative facts** herein and associated to this filing, for and on the record;

Respectfully,

*[signature]*

**Malachi York El:** ©™

Nonresident / Non-Domestic
First Class, Delivery
c/o P.O. Box 18139
Denver, Colorado 80218