RECEIVED
CLERK'S OFFICE

2009 MAY 11  AM 8:33

U.S. DISTRICT COURT
MIDDLE DIST. OF GEORGIA
MACON.

## IN THE UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF GEORGIA-MACON DIVISION

MALACHI Z. YORK-EL©™,
misnomer DWIGHT YORK©™,

Noble: Malachi York:El:©™

**Plaintiff**

**V.**

UNITED STATES OF AMERICA, AGENTS/HEIRS,
FEDERAL BUREAU OF PRISONS, U.S. DEPARTMENT OF JUSTICE,
CHARLES ASHLEY ROYAL, EDWARD NOTTINGHAM,
MARCY E. COOK, RON WILEY, CHRIS SYNSVOLL,
KRISTEN MIX, HOWARD RICHARD SEALS, TROY EID,
MICHAEL MUKASEY, JOHN SUTHERS, DAVE GOUETTE,
FREDRICK BRIGHT, RICHARD MOULTRIE, JALAINE WARD,
TRACEY BRADFORD, SALLY HEINTZYSH, MARY MANGRUM,
LISA SPEAKER, JOAN CROANIER, FBI AGENT SAVAGE,
TOM CODY, BOYD N. BOLAND,  AND ZITA L. WEINSHIENK

**Defendants**

CASE NO. 5:07-CV-90001-CAR
Article 1 Section 9
Constitutional Habeas Corpus
CASE NO. 5:02-CR-27-CAR



DEPUTY CLERK   2009 MAY 11  AM 10:27   FILED U.S. DISTRICT COURT MIDDLE GEORGIA

---

## MOTION TO VACATE SENTENCE DUE TO LACK OF JURISDICTION

---

Comes now is I, **Malachi York El:©™** , **A/K/A** H.E. Dr Malachi Z. York-EL©™,

A/K/A Issa Al haadi Al Mahdi, A/K/A Dr. Malachi Kobina York, misnomered DWIGHT D.

YORK et, al.; **All rights reserved**, Secured Party, Liberian Diplomat D/P #003828-04, Owner in

fact, Holder in due course (*Pro Per*) pursuant to your 28 USC § 2255, the 6th Amendment of the

United States Constitution, **Jurisdiction due hereby move the court, under 42 U.S.C. § 1986,**

**as** Chief Black Eagle of the Yamassee Native American Moors of the Creek Nation and mound

builders (**reference United Nations # 208/1993, 215/1993**), one in the same, by jurisdiction joinder, and the Sovereign Immunity Act, whereas I, Secured Party Consul General Malachi York El:©™ citizen and **Diplomat of the Republic of Liberia, West Africa D/P# 003828-04** appointed by former President Charles Ghankay Taylor on December 15th, 1999 (**See Exhibit 6 Liberian Citizen and Diplomatic Documents**) and recognized by the current Liberian government under Her Excellency President Ellen Sirleaf Johnson wherein my Certificate of Citizenship also issued December 15th, 1999, and my Declaration of Intention made July 12th, 1997 are on record at US State Department and in the Montserrado County Court in Monrovia Liberia. As in the inception and creation of Liberia in 1847 in which many Native Americans, as well as African Kidnappees incorrectly termed "slaves" became citizens of the Republic of Liberia I also followed in the path created by my ancestors; Within the Bloodline of my mother I am a natural born soverign and Yamassee Native American Moor that extends back to Ben York as well as the Williams descendants from the Washitaw, which birthed the Yamassee tribes; Due to the Courts ignorance (**ignoring facts presented**), as well as the ignorance of ineffective counsel who presumed and assumed jurisdiction over me, including my genetic lineage, in which I mentioned, on and for the record as quoted in the Report and Recommendation as follows:

"None of the motions was re-addressed, many motions for instance, <u>**my jurisdiction, my sovereignty, was mentioned. It was never re-addressed**</u>."

Remember, **the Amendments I and V of the 'Bill of Rights'** was **violated** when my bail was denied, prior to the superseding indictment coming down during the State trial in a Motion For Bond dated January 17th, 2003 (**See Exhibit 7 Judicial Notice of State Bond Hearing Transcripts**) one of the reasons Prosecuting Attorney for the State of Georgia Don Baskin

2

motioned to deny my bond was based on a letter written by Deborah Smith (**See Exhibit 7, Judicial Notice of State Bond Hearing, Affidavit of Deborah Smith**) who was then incarcerated in Jones County Jail and wrote a letter to me in reference to my return to the Republic of Liberia, her letter was used as evidence in the Bond Hearing when Sheriff Sills, who I was being unlawfully and unconstitutionally detained violating Treaty law according to **Article VI** of the Constitution which states..

" treaties made, or which shall be made, under the authority of the United States, shall be the supreme law of the land"

Whereas, this is in direct violation of the Jay Treaty, Treaty of Ghent, the Treaty of Peace and Friendship signed in Morocco in 1786, and the **Liberian Extradition Treaty of** Monrovia signed Novermber 1st, 1937, and Article 22, 23, 29 of the Vienna Convention on Diplomatic Relations, and your 18 USC § 112 Protection of foreign officials, official guests, and internationally protected persons;

**For the record**, during the State Bond Hearing, Sheriff Sills and Attorney Garland said the following:

**Mr. Garland:** A Deputy Sheriff, you think --do you have any—you don't have any reason to believe anything about this woman's reliability other than that she's an inmate in jail?

**Mr. Sills:** No more than what she has written in two letters about Mr. York, saying that they were all going to Liberia, that---

**Mr. Garland:** All going to Liberia?

**Mr. Sills:** Yes, sir.

3

Whereas, there was also a letter written from the Garland Firm addressed to Lt. Guy Mustello of the Jones County Jail on March 28th, 2003 (**See Exhibit 7, Judicial Notice of State Bond Hearing, Letter from the Garland Firm to Jones County Jail**) requesting that I be considered for International Prisoner Transfer, under the provisions of **81 USC § 4100 et seq**;

Whereas, my Liberian attorney Counselor Francis Y.S. Garlawolu petitioned for my Repatriation within the Montserrado County Court in Monrovia Liberia in June of 2004 (**See Exhibit 6, Judicial Notice of Liberian Citizenship and Diplomatic Documents, Courts Petition for Final Judgement on the Decision for Declaratory Judgement**);

Whereas, my Liberian attorney has also petitioned to appear Pro Hac Vice on my behalf within the United States District Court for the District of Colorado in a Civil cases, which has been accepted for value, against the Federal Bureau of Prisons 1:07-cv-01297-EWN-KLM (**See Exhibit 6, Judicial Notice of Liberian Citizenship and Diplomatic Documents Liberian Attorney Petition to Appear Pro Hac Vice**);

In accordance, as a Statement of Fact, not Controversy, I am a Liberian by citizenship pursuant to **8 USC § 1481**, not Nigerian, which is a frivolous, prejudiced insult, made by liable incompetent Magistrate Court Fiduciary S/ G Mallon Faircloth now recorded on the record and for the record which exhibits Judicial Misconduct open for further investigation by Honorable Congressman Conyers of the Judicial Committee, as well as Attorney General Eric Holder who are currently investigating racism in the State of Georgia;

In light of all the facts presented and provided, I am an Indigenous Native American Moor, preamble citizen (not United States Corporation Citizen) by natural born blood to be known for the Courts notice herein for and on the Record (**United Nations # 208/1993, 215/1993**);

Whereas, counsel never brought these facts to the attention of the court, further rendering them /

4

him ineffective, having that information known by the United States District Court, I would have been **discharged immediately** (*See my Misnomer Motion and exhibits* ), as I am being discharged **now** as the Court has taken notice of my sovereign and indigenous status, to protect itself from **Treason**, and any further controversies of the Law;

Whereas, memorialized in a previous attached affidavit of negative averment that the entity named in your action, legal fiction DWIGHT D. YORK©™/ MALACHI YORK©™ "et al", as the United States creation pursuant to intentional misnomer, lacks the necessary sanction to contract and the  mobility to make appearances, unless you on the behalf of the United States acting as trustee and liable party for all of its actions elect to produce it or elect to exhibit it I have indicated by affidavit  annexed hereto that I have been unable to locate my authority and ability to exhibit the fiction;

Whereas, on and for the Record, for your own protection, it is not to be assumed that any of my previous communications, instruments, actions, rescinded signatures, or errors by the undersigned comprise a continuing grant of jurisdiction;

Wherein, as a courtesy to ensure your opportunity to rebut errors, and memorialize the integrity of the public record, I have verified the jurisdiction and payment knowledge representation, subtotaled within these files associated;

Whereas, this is a splendid opportunity for you to rebut the presumptions that trespasses on my claim or status that comprise your confession to enticement to slavery in violation of your **18 USC § 1584 by coercing a foreigner to falsely present himself as a United States citizen directly or by deception, misnomer, or intentional mistaken identity**;

Whereas, a further courtesy, you may also rebut the presumption that such enticement, in not honoring payment tendered for the alleged statute debt pursuant to 27 CFR 72.11, or other 'ens

legis' coersive device against an exempt living man, his property, or those who fall under his

coverture comprises your confession to high crimes against man, and mankind such as assault

with in the **maritime jurisdiction** with your **willful acceptance of full commercial liability,**

including your Bond and Oath of Office, pursuant to the various international remedies to my

reference;

Respectfully,

**Malachi York El:** ©™

Nonresident / Non-Domestic
First Class, Delivery
c/o P.O. Box 18139
Denver, Colorado 80218

6

legis' coersive device against an exempt living man, his property, or those who fall under his coverture comprises your confession to high crimes against man, and mankind such as assault with in the **maritime jurisdiction** with your **willful acceptance of full commercial liability,** including your Bond and Oath of Office, pursuant to the various international remedies to my reference;

## RELIEF REQUESTED

WHEREFORE, *I pray this Honorable Court*:

1. Grant this Motion for Relief pursuant to 28 U.S.C. § 2255, and order that my sentence be Vacated based on the subtotaled facts admitted into this Court;

2. Grant an Evidentiary Hearing based on the Jurisdiction admitted in this Motion for furtherance in knowledge of the charges being invalid against me for my **immediate discharge;**

Respectfully,

**Malachi York El: ©™**

Nonresident / Non-Domestic
First Class, Delivery
c/o P.O. Box 18139
Denver, Colorado 80218

7