RECEIVED
CLERK'S OFFICE

2009 MAY 11   AM 8: 33

U.S. DISTRICT COURT
MIDDLE DISTRICT GEORGIA
MACON DIVISION

**IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA**

*misnomer* DWIGHT YORK©™, A/K/A DWIGHT D YORK©™,
A/K/A ISSA MUHAMMAD©™ ,
A/K/A BABA©™,
A/K/A ISSA AL HAADI AL MAHDI©™,
A/K/A ISA ABD' ALLAH MUHAMMED©™,
A/K/A MALACHI Z. YORK EL©™, A/K/A DR MALACHI Z. YORK EL©™
"et al"

Noble: Malachi York El:©™

vs.

UNITED STATES OF AMERICA, AGENTS/HEIRS,
FEDERAL BUREAU OF PRISONS, U.S. DEPARTMENT OF JUSTICE,
CHARLES ASHLEY ROYAL, EDWARD NOTTINGHAM, PHILIP SPIVEY,
MARCY E. COOK, RON WILEY, CHRIS SYNSVOLL,
KRISTEN MIX, HOWARD RICHARD SEALS, TROY EID,
MICHAEL MUKASEY, JOHN SUTHERS, DAVE GOUETTE,
FREDRICK BRIGHT, RICHARD MOULTRIE, JALAINE WARD,
TRACEY BRADFORD, SALLY HEINTZYSH, MARY MANGRUM,
LISA SPEAKER, JOAN CROANIER, FBI AGENT SAVAGE,
TOM CODY, BOYD N. BOLAND, AND ZITA L. WEINSHIENK

Defendants, named as Respondents.

5:07-cv-90001-CAR-GMF
5:02-CR-27-CAR "et al"

---

**MOTION BY EVIDENCE FOR MANDATORY JUDICIAL NOTICE
IN LIEU OF MISNOMER DWIGHT YORK A/K/A DWIGHT TOTTEN**

---

**Title 5: Administrative Personnel § 185.126, 42 U.S.C. § 1986, Rule 901, and Rule 902:**

**For the record:**

1.      Comes now is I, **Malachi York :©™ , all rights reserved, misnomered** DWIGHT YORK et, al.; Secured Party, Liberian Diplomat D/P #003828-04, Owner in fact, Holder in due course (*Pro Per*), due hereby notice the court in this action with supportive evidence (*see Exhibit___*) for and on the record, regarding the **evidenced** misnomer DWIGHT YORK©™, which **is** in fact the name held/owned by my eldest son a/k/a **Dwight Totten:©™**, as evidenced within this court record by Judicial Knowledge, hereby expressed to the court as an 'Acceptance' entry contrary to the courts negligence, pursuant to OCGA § 9-10-132, Whereas, the court ruled in *the case* Foskey v. Vidalia City School, 258 Ga. App. 298, 300 (574 SE2d 367) (2002), noted

1

that "[w]here the defendant can show no harm, the correction of a misnomer, even of another legal entity's correct name, is not an abuse of discretion. The correction of a misnomer applies only when [*4] there is no change of parties and does not add a new and distinct party, which had not been previously served in the case." (Citation omitted.) Moreover, there is no time limit in which a motion for the correction under **O.C.G.A. § 9-10-132** can be made. *see case file- Weaver v. Bowers*, 218 Ga. App. 724, 725 (463 SE2d 50) (1995); Whereas, for the record, *in Weaver* the plaintiff filed a motion to correct a misnomer under **O.C.G.A. § 9-10-132** four years after judgment had been issued against the defendant, which also calls to mind for an admittance of evidence to the court, pursuant to case law in *Wolfpack Enterprises v. Arrington*, 272 Ga. App. 175, 177 (2) (612 SE2d 35) (2005) (*holding that changing name of plaintiff on application for confirmation of an arbitration award was not the addition of another party to the suit but rather an allowable correction of a misnomer*); Whereby, the burden of proof in claims or previous charges made in defense, on behalf of the court **identifying me** otherwise is hereby challenged:

## FACT FINDINGS

WHEREAS, let the courts take Judicial Notice regarding the timeline of the events within the dates 04/09-05/13/02, showing **fraud** on behalf of the court's plaintiff records, in accordance to my Plea of Misnomer filed October 31, 2002, A Motion for New Trial, and recorded Transcripts of a planning and zoning deposition, in 1999 (*see Exhibit____*);

For the record, Let the courts take Judicial Notice, pursuant to the previous recorded facts;

When I was arrested in the month: **May** on the **8**th day, in the year: **2002,** the Federal Bureau of Investigation, along with several other agents seized personal private property belonging to me, Evidencing my proper **Status and citizenship,** pursuant to 8 U.S.C. § 1481 Identity, including

2

my Liberian Diplomatic passport, numerous pieces of legally identifiable documents, in accordance with proof of car insurance, A Noble Shriners Card, Drivers license, all in my name *'Malachi York:©™'*, which also included 'theft by taking' property, of which belonged to my tribal family members, inclusive of books, computers, financial records, book-entries, all of which are private;

These listed items, and more were documented on a federal receipt and given to me as well as sum of my tribal family members, also ascertained within the **'search warrant', not arrest warrant** .

Whereas, if the court cannot provide proof otherwise within **10 business days to this knowledge addressed**, and in response to each of the proposed affidavits I've entered in and quested to be entered in on the record, it is **hereby** the court's tacit agreement to have forfeited all alleged claims for failure to properly Identify me (*which in turn is a confession to kidnap / torture* ), as well as falsely incarcerating me (*see my motion for judicial notice of new evidence, referencing state case file exhibit 9808708*);

**WHEREFORE, I Malachi York due hereby respectfully request that the obligations of the Court be performed, pursuant to knowledge 42 U.S.C. § 1986 obtained on the record,**

**(A.)    Correct my identity, by restoring my primary name(*first and foremost*) as Malachi York, not using any alias;**

**(B)    Wherein, it is incumbent upon the court to strike the misnomer name Dwight York from all Court records, fictitious PSI reports, and the Bureau of Prison records, pursuant to my qualified remedy within the courts dockets evidenced of the facts stated;**

2.    Let the court(s) take Judicial Notice regarding my previous Name Change (*see  Exhibit____* );

3.    Let the court(s) take **mandatory** Judicial Notice regarding my son's Affidavit, and

3

his Official birthright trade-name and or dba as Dwight Totten:©™; (*see Exhibit*_____)


Respectfully,


**Malachi York El: ©™**

Nonresident / Non-Domestic
First Class, Delivery
c/o P.O. Box 18139

Denver, Colorado 80218

4