# JUDICIAL NOTICE PURSUANT TO OFFICIAL NAME CHANGE VERSUS RECORDED MISNOMERS, FOR THE RECORD



At Part____ of the Supreme Court of
the State of New York, held in and
for the County of Sullivan, at
Monticello, New York, on the 15th
day of January, 1993

PRESENT:
HON *Robert C. Williams*
                        Justice
-----------------------------------------X

In the Matter of the Application of
ISSA AL HAADI AL MAHDI for leave to
change his name to

        MALACHI YORK.

-----------------------------------------X

Index No. 769/93

ORDER

*(stamp: 93 JAN 25 PM 12: 30 RECEIVED OFFICE OF COURT CLERK)*

Upon the petition of ISSA AL HAADI AL MAHDI, sworn
to on the 27th day of December 1992 praying for leave
to change his name from ISSA AL HAADI AL MAHDI, to MALACHI
YORK, and the Court being satisfied thereby that the petition
is true and that there being no objection to the change of
name proposed.

NOW, upon motion of JOSEPH SADOW, attorney for
petitioner, it is

ORDERED, that the petitioner, ISSA AL HAADI AL
MAHDI, born on June 26, 1945 at Boston, Massachusetts, whose
birth certificate number is 8523, is hereby authorized to
assume the name MALACHI YORK, in place and stead of his
present name on the 12th day of MARCH 19 93,
and upon compliance with the provisions of this Order, it is
further

ORDERED, that this Order shall be entered, and the papers upon which it is granted, filed within ten (10) days from the date hereof, in the office of the Clerk of the County of Sullivan, wherein petitioner resides, and it is further

ORDERED, that at least once within twenty (20) days after entry of this Order, a notice in substantially the following form, shall be published in _Sullivan County Democrat Callicoon, New York_

> Notice is hereby given that an order entered by the Supreme Court, Sullivan County on the _19th_ day of _January_ 1993, bearing Index Number _76/93_, a copy of which may be examined at the Office of the Clerk, located at Court House, Monticello, New York 12701; the date of my birth is June 26, 1945; the place of my birth is Boston, Massachusetts; my present name is ISSA AL HAADI AL MAHDI.

and it is further

ORDERED, that within forty (40) days of the making of this Order, an affidavit of publication as herein directed shall be filed in the Office of the Clerk of the County of _Sullivan_; and it is further

ORDERED, that upon full compliance with the above provisions of this Order, the petitioner shall, on and after

2

the 12th day of March 199 3, be known by the name of MALACHI YORK, which he is hereby authorized to assume, and by no other.

STATE OF NEW YORK } ss.:
Sullivan County Clerk's Office }

I, George L. Cooke, County Clerk in and for said County, do hereby certify that I have compared the foregoing copy of a Order with the original now remaining on file in this office and that the same is a correct transcript therefrom and of the whole of said original.

In Testimony whereof, I have hereunto set my hand and affixed the seal of said County this 17th day of March A.D., 19 93

ENDORSED, FILED.
January 26, 1993
George L. Cooke
Clerk

3