# JUDICIAL NOTICE

# EXHIBIT REFERENCING

# AFFIDAVIT KNOWLEDGE OF

# 'THE REAL' Dwight Totten, A/K/A Dwight York'

FILED
U.S. DISTRICT COURT
MIDDLE GEORGIA

2009 MAY 11 AM 10: 28

DEPUTY CLERK

### AFFIDAVIT OF DWIGHT TOTTEN AKA DWIGHT T. YORK

STATE OF NEW JERSEY

1. I, Dwight Totten©™ also known as Dwight T. York©™, born May 26, 1965 A.D. come forth to tell the truth this day and I am not being coerced, or threatened in anyway by anyone to make this statement. I am not under the influence of any drug or medication. Currently, I am 43 years of age and am of sound body and mind. I am not gaining anything from this affidavit to let the truth be known.

2. Let the record show that I, Dwight Totten AKA Dwight T. York©™, am the eldest son of Malachi York©™ having lived and traveled with my father from the year 1970 A.D. to 2001 A.D. and I, stating for the record, am Dwight York as recorded on the Real Estate Records in Putnam County Georgia Deeds Office.

3. I, Dwight Totten AKA Dwight T. York©™, can attest to the fact that in the early nineties my father Malachi York©™ being a religious teacher and scholar made a strong decision to convert from Islam to Christianity. This decision had a strong impact on our community and being that Islam had been associated with global terroristic activities he chose to disassociate himself from the Islamic religion completely. Preparing to travel abroad he decided to change his name on all legal documents to the name Malachi York©™. In fact, in 1993 A.D. I accompanied my father, Malachi York©™ to New Orleans to get his passport changed from Issa Al Haadi Al Mahdi to Malachi York©™ due to my father's recent conversion to Christianity in 1992 A.D. He wanted to make this change before he traveled abroad.

4. I, Dwight Totten AKA Dwight T. York©™, would also like to let the record show that I would go into Eatonton, Georgia, Putnam County, in the Putnam County Planning and Development office to get building permits for 404 Shady Dale Road Eatonton, Georgia 31024 and I, Dwight T. York©™, made contact with Marianne Tanner who at the time was the Secretary of Chief Building Inspector Jerome Dean Adams and now works for the County Board of Registrar as the Chief Registrar; when I Dwight T. York©™ had to apply for building permits. In fact, when Marianne Tanner was asked to give a description to the Putnam County Sheriff, Sheriff Howard Richard Sills, he was aware of this fact because it was legally documented on March 15th 2000 in the Deposition of Planning and Engineering Assistant Marianne Tanner, conducted by Attorney Ralph Goldberg and transcribed by certified court reporter, W. Stephen Walker, CCR #B-572 Marianne Tanner openly admitted that she was aware that Malachi York©™ and Dwight York©™ were two different people. She even went as far as to say that she has met Dwight York©™ but has never met Malachi York©™ and that Dwight York©™ was in his 30's almost half the age of Malachi York©™.

1

5. I, Dwight Totten AKA Dwight T. York, attest to the fact that I did sign documents for my father Malachi York in the name of Dwight York within Putnam County, Georgia for permits and Deed recordings which is the reason some documents say my name Dwight York, and some names say Malachi York and some say both.

6. In conclusion, I am Dwight T. York, and my father is Malachi York©™. I went into town to apply for and sign paperwork in order to obtain various permits for the structures that once existed on the 404 Shadydale Rd. property. I met with Jerome Dean Adams and Marianne Tanner, and I was 27 years old at the time. So when Marianne Tanner said she met, Dwight York©™ and said she met a 36 year old man, she was speaking about me, not my father Malachi York©™ who is currently 63 years of age and was almost 50 years old at the time. Again, I would like to state for the record that I have never known my father as Dwight York©™, and I am Dwight Totten also known as Dwight York©™. My father is Malachi York©™ and is being held under a misnomer; a false name. There are no legal records of my father being known as Dwight D. York©™.

Signed _____

Print _____

I HEREBY CERTIFY that on this ___9___ day of ___April___, 2009, before me, the subscriber, a Notary Public in and for the State and County aforesaid, personally appeared

_____, known to me, or satisfactorily proven, to be the person whose name is subscribe to the within instrument and did acknowledge that executed the same for the purposes therein contained.

    IN WITNESS WHEREOF, I have hereunto set my hand and seal the day and year aforesaid.

TAEWOO KIM
ID # 2340074
NOTARY PUBLIC OF NEW JERSEY
Commission Expires:

2