# JUDICIAL NOTICE

FILED
U.S. DISTRICT COURT
MIDDLE GEORGIA

2009 MAY 11   AM 10: 28

DEPUTY CLERK

# EXHIBIT EVIDENCE

# REFERENCING THE

# UNITED STATES DEPARTMENT OF JUSTICE

# RECEIPT-KNOWLEDGE

# REGARDING My

# IDENTIFICATION

# PREVIOUSLY CONFISCATED,) IN LIEU AS A 'FACT FINDING'

FD-597 (Rev. 3-29-93)

UNITED STATES DEPARTMENT OF JUSTICE
FEDERAL BUREAU OF INVESTIGATIO
Receipt for Property Received/Returned/Released/Seized

31C-AT-86373

On (date) MAY 8, 2002

Time: 3:15 pm

(Name) Malachi York

(Street Address) 155 Mansfield Court

(City) Athens, GA

Page 1 of 2

Item(s) listed below were:
☑ Received From
☐ Returned To
☐ Released To
☐ Seized

Description of
Item(s):

| | | | |
|---|---|---|---|
| $100 - 77 bills @ | $7,700, | Cash | |
| $50 -35 | 1750. | | |
| $20 -23 | 460 | 2 dimes | |
| $10 - 3 | 30 | 2 pennies | |
| 5 - 1 | 5 | 2 lapel pins | |
| $ 1 -9 | 9 | | |

TOTAL $9954.22

1 (Gold colored) Chain + Cross pendant with 15 clear & colored stones
1 black men's wallet
1 VISA CARD (CHASE) #4114 4405 7011 7958, Malachi Z York exp
1 Georgia Driver's license # 042273066, Malachi Z York, exp 6/25/03
1 Delta Skymiles NC/ $50 Calling Card
1 SAM's Club Advantage Card of Malachi York
1 Diner's Club #3851 668426 0020 & Malachi York 10/04
1 Barnes + Noble Advantage Card
1 American Express Platinum #3713 8700 6194007, Malachi York, w/-
1 Geico Liability Insurance Card of Malachi York
1 note with names + phone # "Duke-706-346-7999, Charlie 706-227-9544
   Mike 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
1 Lincoln card, VIN # 5LMPU2814XLJO2691, Malachi Yu
2 Ford Keyless Entry Code card 79791
1 Sams Club Business Member card, Egyptian Church of ___
1 Mastercard Chase #5263461 0021 7 3859, Malachi York
1 Mastercard Chase #5422 43205182 0094, Malachi Yo
1 VISA Wachovia 4017 0803 4254 0122, Malachi York
1 photo of female
1 prayer papers in Galilean offering script

Received by: _____ (Signature) FBI ___

Received from ___ (Signature)

FD-597 (Rev 8-11-94)

Page _____ of _____

UNITED STATES DEPARTMENT OF JUSTICE
FEDERAL BUREAU OF INVESTIGATION
Receipt for Property Received/Returned/Released/Seized

File # 31C-AT-86373

On (date) MAY 8, 2002

item(s) listed below were:
☑ Received From
☐ Returned To
☐ Released To
☐ Seized

(Name) MALACHI YORK

(Street Address) 155 Mansfield Court

(City) Athens, Georgia

Description of Item(s):
1 Georgia Sherriff's Association Honorary Mem'l
1 Ancient Egyptian order Membership Card
1 State of Georgia Precinct Card / Voter Reg.
1 Social Security Card of Malachi York # 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
1 AAA Auto Club South Card
1 Moorish Science Temple Card
1 Card of Fatima Amal Muhammed, Khartoom, Suda
1 note "handwritten" office phone 706-484-2554 (Code 6329) office 404
1 Ancient & Accepted Scottish Rite Free mason of Malachi York
1 Int'l Supreme Council of World Mason card for York, Sublime Prince
1 Card for York & Nobles of the Mystic Shrine of America
1 card "Amos Grand" for Malachi York, Amos Grand Scottish Rite
1 handwritten note, Cheryl Mabus phone 770 471-1000 x 2c / 770 216-1407
2 Geico Liability Insurance cards of York for R Royce & Navigator
1 business card of Rockdale Co Sheriff Dep Donnie Wilkins
1 Geico Emergency Road Service card, policy # 191-07-70
1 Gold colored "Wittnaur" Watch
1 Gold Colored Cross ring
1 glasses (eye) chain
1 white & gold colored skull cap

Received By: _____ (Signature) JF 1661

Received From: ML_____ (Signature)