# JUDICIAL NOTICE

# EXHIBIT EVIDENCE

# REFERENCING COURT CASE

# MISNOMER KNOWLEDGE

# ADDRESSED

# PREVIOUSLY

# AS A 'FACT FINDING'



IN THE SUPERIOR COURT OF PUTNAM COUNTY
STATE OF GEORGIA

02 OCT 31 AM 11: 33

THE STATE OF GEORGIA

vs.

DWIGHT YORK
a/k/a Malachi Z. York
a/k/a Isa Muhammad
a/k/a Baba
a/k/a Issa Al Haadi Al Mahdi
a/k/a Isa Abd'allah Muhammed,
Kathy Johnson
Nedjula Lampkin
  a/k/a Chandra Lampkin
Macula Merritt
  a/k/a Kadijah Merritt, and
Ester Cole

Indictment No. 2002 CR 229-10

Judge William A. Prior

## PLEA IN MISNOMER

**COMES NOW**, Dwight York (Defendant), by and through his undersigned counsel and pursuant to O.C.G.A. § 17-7-112, respectfully moves this Honorable Court to strike the álias names listed on the indictment. In support of his request, Defendant shows this Honorable Court as follows:

## PROPOSED FINDINGS OF FACT

An indictment alleging two hundred and eight (208) counts involving charges such as enticing a child for indecent purposes, child molestation, aggravated child molestation amongst others was returned against the Defendant on or about 3 October 2002.

In reviewing the indictment and the preliminary discovery provided by the State on (10/25/02) it appears that nearly all if not all of the witnesses and victims identify and refer to the Defendant as either Dwight York or Dr. York. No witness

1

RECEIVED AND FILED

IN THE SUPERIOR COURT OF PUTNAM COUNTY

STATE OF GEORGIA

02 DEC -5 AM 9: 54

THE STATE OF GEORGIA　　　　　　　　　　:

　　VS.　　　　　　　　　　　　　　　　　　:

DWIGHT YORK,　　　　　　　　　　　　　　:　　CRIMINAL ACTION FILE
a/k/a MALACHI Z. YORK,　　　　　　　　:　　NUMBER 2002CR229-10
a/k/a ISA MUHAMMAD,　　　　　　　　　　:
a/k/a BABA,　　　　　　　　　　　　　　　:
a/k/a ISSA AL HAADI AL MAHDI,　　　　:
a/k/a ISA ABD'ALLAH MUHAMMED,　　　　:
　　　　　　　　　　　　　　　　　　　　　　:
KATHY JOHNSON,　　　　　　　　　　　　　:
　　　　　　　　　　　　　　　　　　　　　　:
CHANDRA LAMPKIN,　　　　　　　　　　　　:
a/k/a NEDJULA LAMPKIN,　　　　　　　　 :
　　　　　　　　　　　　　　　　　　　　　　:
KHADIJAH MERRITT,　　　　　　　　　　　:
a/k/a MACULA MERRITT,　　　　　　　　　:
　　　　　　　　　　　　　　　　　　　　　　:
and ISITYR COLE　　　　　　　　　　　　 :

## ORDER ON DEFENDANT YORK'S PLEA OF MISNOMER

Defendant York filed a Plea of Misnomer seeking to quash the indictment against him in this case and after considering relevant law and the argument of counsel on said motion, said motion is hereby DENIED.

This 4th day of December, 2002.

William A. Prior, Jr.
Chief Judge - Superior Courts
Ocmulgee Judicial Circuit

hearings, mainly my sovereignty and as a court appointed official wanting to keep me forced into peonage Adrianne Patrick was in violation of your 18 USC § 1581, my sovereignty mentioned alone was enough to show the Court had no Jurisdiction over me.

## Claim II. Judicial Misconduct in violation of the Sixth Amendment of the Constitution

Chief Judge Ashley Royal has factually without contraversion of the facts shown a pattern of Judicial Misconduct by a blatant showing of non impartiality in disregard to the Sixth Amendment of the Constitution and your, 28 USC § 455, conflict of interest by being a defense attorney for Oconee Regional Hospital in a complaint by my wife and mother of 3 of my children Shalimah Richardson in reference to my father-in-law Eli Richardson's untimely death.

On April 7, 1998 Civil Action No. 98 CV 34669, Shalimah Richardson and Laverne Richardson Plaintiffs, vs. Oconee Regional Medical Center, Hector Piza, M.D. Fred Falchook, M.D. Oconee Radiology Associates, Inc., V. Brown, R.N., T. Bloodworth, CST, S. Danuk, S.T., Jane Doe I, R.N. and Jane Doe II, R.N., Defendants. C. Ashley Royal and Law firm of Jones, Cork & Miller, *LLP,* participated in action defense for Oconee Regional Medial Center. At the time Chief Judge Ashley Royal was known as attorney C. Ashley Royal State Bar. No. 617350 of Georgia Medical Staffing Services, Inc. A Profit Corporation Company CEO; 435 2nd St. 500 SUNTRUST Bank Macon GA, 31212.   On September 25, 1997, one surgical sponge was left in the pelvis of Rev. Eli Roosevelt Richardson undetected by Dr. Piza and surgical staff named above as defendants in the civil case. This surgical sponge went undiscovered until its presence was diagnosed on November 12, 1997 by M.D. Lisa Farmer at the Medical Center of Central Georgia. On August 7th 1998 Plaintiffs Shalimah Richardson, & Laverne Richardson filed a

17

claim against Oconee Regional Medical Center, for and on the record, our Egyptian and Native American Styled Church was aired on National TV on March 9th, 2008 in an interview about our private Social club called Rameses (**See Exhibit 9, Judicial Notice of Macon Telegraph Timeline of Events**). The Richardson Family actually resided at 404 Shadydale Rd Eatonton GA 31024 during the tragic Death of our beloved relative Eli Richardson, the exact location that I was said to have purchased in 1993 under the misnomer d/b/a DWIGHT D. YORK©™ (**See Judicial Notice of Accepted For Value Birth Certificate Business Name Ownership, for 1993 Name Change Documents, and See Exhibit 9 Judicial Notice of Macon Telegraph Timeline of Events**) that was unlawfully raided on May 8th, 2002, this location was named my place of residence on the search warrant (**See Exhibit 1 Judicial Notice United States Accepted Offers**) this is when I informed the arresting officer of my Liberian Diplomatic status. All corresponding court paperwork, and documents from now Chief Judge C Ashley Royal's clients Oconee Regional Hospital were sent to the 404 Shadydale Rd. address. The 404 Shadydale Rd. property was actually Quitclaim Deeded, executed the 26th day of February 2002, Filed in office of the Clerk of Superior Court Putnam County GA 2002 February 28th 2:52PM to second party, Grantee, Ethel Richardson, Yvonne Powell, Anthony Evans, Althea Shine. Please Note: "Mrs. Ethel Richardson" above Grantee is Shalimah Richardson's DNA mother and the deceased Rev. Eli Roosevelt Richardson's legal Wife of 20yrs before his divorce and re-marriage to Lavern Richardson. 404 Shadydale Rd was the known property of our large Church Organization called Nuwaubians and or Nuwuapians, all throughout Putnam County and the State of Georgia (**See Wikipedia and See Exhibit 9, Judicial Notice of Macon Telegraph Timeline of Events**) in which Rev. Eli Roosevelt Richardson was at one time known as the leader of our tribe. Our congregation constructed Egyptian and Native American Styled villages within the land of 476

18

Acres which also included statues of Egyptian and Native American Deities, and two pyramids distinct in appearance and usage where our church assembled, which was also unlawfully taken from Church members previously mentioned as lawful owners in violation of Georgia Annotated Code 16-8-2 , theft by taking, and Grand Larceny 18 USC § 221, 18 USC § 112 Protection of foreign officials, official guests, and internationally protected persons, 18 USC § 271  Damage to religious property; obstruction of persons in the free exercise of religious beliefs,  our church was unlawfully desecrated and torn down while still in litigation by the Sheriff Richard Sills similarly to how other "black" churches have been burned and torn down in the south, further evidence of racial biasness prompting investigation by Department of Justice Inspector General, Attorney General Eric Holder, and Judiciary Committee Chair Honorable Congressman Conyers. (See *Tama -Re From Wikipedia, free encyclopedia Coordinates: 33.340277°N 83.510985°W* "The **Tama-Re compound in Putnam County Georgia a.k.a "Kodesh" "Wahannee" "The Golden City Al Tamaha"**) Our church's property was an Egyptian and Native American theme set of buildings and monuments established near Eatonton Georgia by Nuwabians in 1993.  Our church and Egyptian and Native American themed village made it into the news countless times as well as myself (**See Exhibit 9 Judic ial Notice of Macon Telegraph Timeline of Nuwaubian events, Nuwaubian Leader York working on his public image**) in National News interviews including Fox News, as well as June 26th our Annual Saviours Day which brought a record Hundreds of thousands of people out to the festival on record with Putnam County which further proves Chief Judge C. Ashley Royal knew of me prior to the Shalimah Richardson Civil Case or any other trial for that matter, to the degree that Chief Judge C Ashley Royal agreed to move my case to Brunswick, Georgia, his hometown, because of my popularity in Putnam County and Macon Georgia proving Conflict of Interest in violation of your 28 USC § 455 and my Sixth

19

Amendment Right erroneously insulting the Courts intelligence. Mrs. Shalimah Richardson York, the above Plaintiff, known Nuwaupian Church member, and daughter of deceased Rev. Eli Roosevelt Richardson is my Common Law wife, we have three DNA children together. Hadassah Richardson York 17yrs old, DOB: 03/02/92, Elizabeth Richardson York 15yrs old, DOB: 05/10/94, and Ramses Richardson York 13 yrs old, DOB: 6/23/96: Elizabeth and Hadassah York visited with me in the United States Penitentiary Administrative Facility in Florence Colorado. (See *Program Statement (P.S.) 5267.07 Administrative Officer Counselor Knox Inmate Visitor List: Richardson, Shalimar 7514 Eight Willows Rd. Missouri City Texas 77489 Relation; "Mother Of Children"*) This visitation took place on the 13th Day of May (Mothers Day) 2007 at 1pm-3pm. This is a definitive indication of our closely knit relationship. Black's Law Dictionary on Marriage says the following:

Black's Law Dictionary 277 (6th ed. 1990). "a positive mutual agreement, permanent and exclusive of all others, to enter into a marriage relationship, cohabitation sufficient to warrant a fulfillment of necessary relationship of man and wife, and an assumption of marital duties and obligations.

*Also in Ga. Code Ann. § 19-3-1.1 (1997)* "No common-law marriage shall be entered into this state on or after January 1, 1997. Otherwise valid common-law marriages entered into prior to January 1, 1997, shall not be affected by this Code section and shall continue to be recognized in this state."

20

Prior to my unlawful indictment I and my wife Mrs. Shalimah Richardson York acknowledged Attorney C. Ashley Royal occasionally during the Civil trial hearing dates in the hall of the Superior Courthouse of Baldwin County during our law suit against Oconee Regional Medical Center; April 12, 1999, September 20, 1999, March 13, 2000, August 7, 2000 , February 12, 2001, July 7, 2001 and January 14, 2002. Chief Judge C. Ashley Royal recognized us dressed in distinct African and Native Nuwaupian Church dress code attire which is the most distinct attire of any community in the State of Georgia, we dress based on our "African" and Native American ancestral garments. (**See Exhibit 10, Judicial Notice of Pictures of Secured Party Consul General <u>Malachi York El</u>:©™ in my Native and Egyptian Garments**). Attorney Royal often nodded his head in greeting me during my wifes trial. However this behavior serves as a conflict of interest, as his knowledge to who I am in violation of your 42 USC § 1986 and **Title 25** <u>**United States Code Section 455-Disqualification of justice, judge or magistrate judge**</u> (b) 2 stating, "Where in private practice he served as a "lawyer" in the matter in controversy, or a lawyer with whom he previously practiced law during such lawyer has been a material witness concerning it."

Thereby disqualifying the indictment under Rule 6 of Federal Rules of Criminal Procedures Indeed case#: 5:02-CR-27-CAR is related to the Civil Case *Shalimah Richardson & Lavern Richardson vs. Oconee Regional Medical Center 98 CV 34669*. Your federal judicial recusal statute, 28 U.S.C §. 455, sets forth numerous conditions in which a federal judge must seek recusal.

21

<u>28 U.S.C. 455</u> (a) *Any justice judge or magistrate judge of the United States shall disqualify himself in any proceeding in which his impartiality might reasonably be questioned.*

Again in Violation of Chief Judge Ashley Royal's Oath of Office and Bond, which I again Accept for Value as Co-Payee to the Department of Treasury, when on January 7th, 2004 between the hours of 3:00pm and 4:30pm  Judge Ashley Royal displayed a personal bias against the Defendant, as result of being handed an email from a Nuwaubian by the Government;  after reading the  email Judge Royal stated:

**<u>"I didn't have to read this, it's the same stuff that I was looking at on their website last night"</u>**

This is in direct violation of your 28 USC § 455 that states:

"Any justice, judge, or magistrate judge of the United States shall disqualify himself in any proceeding in which his impartiality might reasonably be questioned ."

Further proof of the Court's unimpartiality, prejudice actions by court fiduciary See Transcripts in which I am disrespectfully termed a Nigerian ......as stated by Magistrate Judge S/ G Mallon Faircloth on Page 14 of his factually invalid Report and Recommendation

"because he is a Nigerian Diplomat with corresponding diplomatic immunity is particularly **<u>frivolous</u>**"

22

This is particulary frivolous and moot according to the United States termed laws being I and a Consul General and Citizen of **LIBERIAN** not Nigeriain. The Department of Justice's Fiduciary Marcy Elizabeth Cook's Joint Motion in the United States District Court of Colorado does agree on and for the record where she refers to me as **Consul General Malachi York©™ (Exhibit 16, Judicial Notice of Department of Justices Adjudicative Facts, Marcy E. Cooks Joint Motion referring to me as Consul General and Citizen of the Republic of Liberia)** which has been filed in conjunction with this motion as a Judicial Notice of Adjudicative Facts pursuant to Federal Rules of Evidence 201 (b) which states:

**(b) Kinds of facts.**

A judicially noticed fact must be one not subject to reasonable dispute in that it is

either (1) generally known within the territorial jurisdiction of the trial court or

(2) capable of accurate and ready determination by resort to sources whose

accuracy cannot reasonably be questioned.

which further proves the acting judge is incompetent *sic* of the **facts** in this matter that the court records contain and is unqualified as a Magistrate judge to make Reports or Recommendations which is only qualifiable for an unbiased Third Article Judge pursuant to the United States Constitution. Whereas I honorably accept your Oath of Office and Bond as a liablility for your plea of actions performed.

23

**Further racial biasness was displayed when Chief Judge C. Ashley Royal deliberately held court on January 20th, 2003 Martin Luther King Jr's birthday in violation of Federal Rules of Criminal Procedure Rule (56) which states:**

**(c) Special Hours.**

A court may provide by local rule or order that its clerk's office will be open for specified hours on Saturdays or legal holidays **other than** those set aside by statute for observing New Year's Day, Martin Luther King, Jr.'s Birthday, Washington's Birthday, Memorial Day, Independence Day, Labor Day, Columbus Day, Veterans' Day, Thanksgiving Day, and Christmas Day.

This proves prejudice acts, racial biasness, and a blatant disregard to the governing law and statutes including your Oath of Office which I again honorably Accept as a liability for your recorded performance. Further showing Judicial Misconduct and repetitive crimes committed for evidence to the Judiciary Committee, United States Attorney General, and Department of Justice Inspector General. For the Court to protect itself from any further contraversion in this matter, immediately this case must be **set off** pursuant to the Constitutional Habeas Corpus and your Oath of Office, which has been Accepted For Value, to protect the rights of Preamble citizens and for avoidance of public embarrassment via RICO.

24