FILED
U.S. DISTRICT COURT
MIDDLE GEORGIA

2009 MAY 11   AM 10: 28

DEPUTY CLERK

# JUDICIAL NOTICE

# EXHIBIT REFERENCING

# COPYRIGHTS KNOWLEDGE OF

# "THE REAL" Dwight Totten, A/K/A Dwight York"



## COPYRIGHT REGISTRATION AND DEPOSIT OF MATERIAL

| | |
|---|---|
| **● FINAL STEP - VERIFICATION** | |
| If you have used this service by the past | No |
| If you have indicated an automatic account number | |
| Your first name | Dwight |
| Your LAST name | York |
| If submitting for a company or organism | DWIGHT T. YORK© |
| Your address (confidential) | P.O. Box 220125 |
| ZIP- Postal code (confidential) | 20153+0125 |
| City | Chantilly |
| The name of the town will be confidential if "yes" | |
| Country | VA |
| Your E-mail (confidential) | securedpartydwight.t.york@gmail.com |
| Title of your work | DWIGHT T. YORK Â© |
| The type of work | Business description |
| Sole author, "yes" or "no" | YES |
| If applicable, co-author name here | |
| If applicable, co-author name confidential if "Yes" | |
| If you have indicated a pseudonym | |
| If applicable, URL of your website or blog | |
| The description of your work ( creation ) | NOTICE REGARDING MY OWNERSHIP OF MY COPYRIGHT COPYCLAIMED TRADE-NAME / STRAWMAN DWIGHT T. YORK©™, $500,000.00 |

| | |
|---|---|
| You declare that you agree our rules(click) | SUBMIT ------>> |

| |
|---|
| **SOMETHING TO CHANGE?** |
| <<------ BACK TO PREVIOUS PAGE IF NEEDED |

Transaction SUCCESSFUL - Allow us 24 HOURES to proceed your request - Print this page as a confirmation

## Transaction Information

Response Code: 1

Reponse Code Text: Successful transaction: The transaction completed successfully.

Time Stamp: Wednesday April 1, 2009 12:02:09

false

Reference ID: 1

Order ID: 17277170

ISO Code: 01

Bank Approval Code: 020849

Bank Transaction ID: 66036973 0010310080

Batch ID: 2059

AVS Code:

Credit Card
Verification

**IF the transaction has been accepted, your copyright**

**will be send to you by email within 24 hours.**

**and the mention of - COPYRIGHT CINECOURS LTR St-Georges - will appear on your credit card report. Thank you.**



**COPYRIGHT REGISTRATION AND DEPOSIT OF MATERIAL**

| | |
|---|---|
| **● FINAL STEP - VERIFICATION** | |
| If you have used this service by the past | yes |
| If you have indicated an automatic account number | 17277170 |
| Your first name | Dwight |
| Your LAST name | Totten |
| If submitting for a company or organism | DWIGHT TOTTEN© A/K/A DWIGHT YORK |
| Your address (confidential) | P.O. Box 220125 |
| ZIP- Postal code (confidential) | 20153+0125 |
| City | Chantilly |
| The name of the town will be confidential if "yes" | |
| Country | USA, VA |
| Your E-mail (confidential) | securedpartydwight.t.york@gmail.com |
| Title of your work | DWIGHT TOTTEN Â© A/K/A DWIGHT YORK |
| The type of work | Business description |
| Sole author, "yes" or "no" | |
| If applicable, co-author name here | |
| If applicable, co-author name confidential if "Yes" | |
| If you have indicated a pseudonym | |
| If applicable, URL of your website or blog | |
| The description of your work ( creation ) | THIS IS ACTUAL AND CONSTRUCTIVE NOTICE OF OWNERSHIP OF MY ABOVE LISTED TRADE-NAMES, NON-NEGOTIABLE LICENSE-FEE:$500,000.00 USD PER DAY, PER UNAUTHORIZED USE, NON-NEGOTIABLE, HEREBY SECURED; |

| | |
|---|---|
| You declare that you agree our rules(click) | SUBMIT ------>> |

**SOMETHING TO CHANGE?**

<<------ BACK TO PREVIOUS PAGE IF NEEDED

## Home

**Transaction SUCCESSFUL - Allow us 24 HOURES to proceed your request - Print this page as a confirmation**

**Transaction Information**

Response Code: 1

Reponse Code Text: Successful transaction: The transaction completed successfully.

Time Stamp: Monday April 20, 2009 20:45:11

false

Reference ID: 1

Order ID: 747101550

ISO Code: 01

Bank Approval Code: 451056

Bank Transaction ID: 66036973 0010500080

Batch ID: 2078

AVS Code:

Credit Card
Verification

**IF the transaction has been accepted, your copyright**

**will be send to you by email within 24 hours.**

**and the mention of - COPYRIGHT CINECOURS LTR St-Georges - will appear on your credit card report. Thank you.**

Case 5:02-cr-00027-CAR-CHW    Document 432    Filed 05/11/09    Page 7 of 7

**Home**

- Email Address : securedpartydwight.t.york@gmail.com
- Password : nazdiru 9

- Security Question : What was your first teacher's name ?

- Answer. Re