# JUDICIAL NOTICE EVIDENCED EXHIBIT OF MANBIR S. ARORA's AFFIDAVIT, NOTICING A PREJUDICE RECORDED AS THE COURT'S FIDUCIARY OFFICER, PURSUANT TO 42 U.S.C. §1986:

FILED
U.S. DISTRICT COURT
MIDDLE GEORGIA
2009 MAY 11  AM 10:28

DEPUTY CLERK

## UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF GEORGIA
## MACON DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>DWIGHT D. YORK, )<br>)<br>Defendant. ) | Case No. 5:02-CR-27-CAR |

### AFFIDAVIT OF MANUBIR S. ARORA

Before me, the undersigned authority, personally appeared, Manubir S. Arora, who, after first being duly sworn, deposes and says as follows:

1. Affiant is over 18 years of age, a citizen of the UNITED STATES and is not an interested party to this criminal litigation.

2. I, Manubir S. Arora, along with my former firm, Garland, Samuel & Loeb, P.C. ("GSL"), did serve as counsel on behalf of Dwight D. York in case 5:02-CR-27-CAR from the date of arrest to approximately December 30, 2003. At that time GSL was discharged by Dwight D. York. New counsel, Adrian Patrick, was retained by Dwight D. York. However, due to the trial date being only weeks and the voluminous nature of the case, Judge C. Ashley Royal did not release me from serving as Dwight D. York's co-counsel at trial (but did release the other members of GSL from having to represent Dwight D. York).

1

3. While I am not certain as to the date the trial began, I have reviewed the cover page of volume 11 of the transcript. This document indicates that court was held on January 19, 2004 and I was present at the proceedings.

4. Further affiant sayeth not.

_____
Manubir S. Arora

Sworn to and subscribed before me,

This the 21st day of April, 2009.

_____
Notary Public

My Commission Expires:

## *ARORA & LASCALA*

*Attorneys at Law*
75 West Wieuca Rd., NE
Atlanta, Georgia 30342

Telephone (404) 881-8866                                             Facsimile (404) 214-0116

21 April 2009

Mr. Amir Jones
P.O. Box 391182
Snellville, GA 300391

    Re:    Affidavit of Manubir Arora
            United States of America v. Dwight D. York
            Case No. 5:02-CR-27-CAR

Dear Mr. Jones,

    Enclosed please find the original notarized affidavit of Manubir Arora in regards to the above referenced case.

    Please remit payment in the amount of $250 for services rendered to the above address. Should you have any questions, please call me at the above listed number.

                                                    Yours very truly,

                                                    Kelly Madrid
                                                    Legal Assistant to Manubir Arora, Esq.