| Form **3949 A** (2-2007) | Department of the Treasury – **Internal Revenue Service** **Information Referral** *(See instructions on reverse)* | OMB # 1545-1960 |
|---|---|---|

| 1. Taxpayer Name | 2. Business Name UNITED STATES MIDDLE DISTRICT COURT OF GA |
|---|---|
| a. Street Address | a. Street Address 475 MULBERRY ST |
| b. City/State/ZIP | b. City/State/ZIP MACON /GA /31202 |
| c. Social Security Number (SSN) | c. Employer Identification Number REFUSED |
| d. Occupation | d. Principal Bus Activity BANKING, STOCKS BONDS, NOTES |
| e. Date of Birth | |

| 3. Marital Status ☐ Married  ☐ Single  ☐ Head of Household  ☐ Divorced  ☐ Separated | 3a. Name of Spouse |
|---|---|

4. Alleged Violation of Income Tax Law (Check all that apply).

☐ False Exemption ☐ Unsubstantiated Income ☑ Unreported Income ☐ Failure to Withhold Tax
☑ False Deductions ☑ Kickback ☐ Narcotics Income ☐ Wagering/Gambling
☐ Multiple Filing ☐ False/Altered Documents ☐ Public/Political Corruption ☐ Earned Income Credit
☐ Organized Crime ☐ Failure to Pay Tax ☐ Failure to File Return ☐ Other (Describe below)

5. Unreported Income and Tax Years (Fill in Tax Years and dollar amount(s), if known, e.g., TY2005 $10,000)

TY _09_ $ _350MIL._  TY ____ $ ____  TY ____ $ ____  TY ____ $ ____  TY ____ $ ____  TY ____ $ ____

a. Comments (Briefly describe the facts of the alleged violation - Who/What/Where/When/How. Attach another sheet, if needed).

TENDERED PAYMENT INSTRUMENTS IN THE FULL SUBTOTALED BOND AMOUNT:$350,000,000.00 THREE HUNDRED FIFTY MILLION UNITED STATES DOLLARS, (EACH), PAYABLE ON DEMAND TO THE CO-PAYEES UNITED STATES DISTRICT COURT FOR THE MIDDLE DISTRICT OF GEORGIA, AND UNITED STATES DISTRICT COURT OF COLORADO, MADE PAYABLE TO THE SECRETARY-TIMOTHY GEITHNER (PAYEE) OF THE DEPARTMENT OF THE UNITED STATES TREASURY, VIA NOTARY VERIFICATION, WAS ACCEPTED, AND NOT DEPOSITED WITH THE UNITED STATES DEPARTMENT OF THE TREASURY, PURSUANT TO 28 U.S.C. § 2041, AND 2043; WHEREAS, SUSPICIOUS ACTIVITY HAS BEEN DETERMINED; REGISTERD KNOWLEDGE OF THIS MATTER IS DETAILED WITHIN THE ASSOCIATED ATTACHMENTS;

| b. Are books/records available? ☑ Yes  ☐ No | c. Do you consider the taxpayer dangerous? ☑ Yes  ☐ No |
|---|---|

d. Banks, Financial Institutions used by the taxpayer:

| Name: DEPARTMENT OF THE TREASURY | Name: |
|---|---|
| Address: 640 North Ave. | Address: |
| City/State/ZIP: Macon,GA 31211 | City/State/ZIP: |

e. Please describe how you learned and/or obtained the information in this report (Attach another sheet, if needed):

I'm a firsthand witness to this action,

6. Your Name: J. Amun Re: El
a. Address: P.O. Box 220125
b. City/State/ZIP: Chantilly, VA 20153
c. Telephone Number (Please include the Area Code):

For Mailing Address, see Instructions

For Paperwork Reduction Act, see Instructions

Catalog Number 47872E                Form **3949 A** (Rev. 2-2007)

## Instructions

Provide the following information for the Person/Business You Are Reporting if Known:

1. Name
   a. Street Address of Residence
   b. City, State, and Zip Code
   c. Social Security Number
   d. Date of the Person's Birth

2. Business Name
   a. Street Address of Business
   b. City/State/Zip Code
   c. Enter Employer Identification Number
   d. Describe the Primary Business Activity

3. Indicate Martial Status

   **M** - Married   **S** - Single   **HH** - Head of Household   **Div** - Divorced   **Sep** - Separated
   3a. Enter name of spouse, if applicable.

4. Check all Tax Violations That Apply to Your Report or Describe in Comments If Not Listed.

5. If your report involves unreported income, indicate the year(s) and the dollar amount(s)
   5a. Briefly describe the facts of the alleged violation(s) as you know them. Please attach another sheet, if you need more room.
   5b. Indicate (Yes or No) if books and/or records are available that substantiate your report.
   5c. Indicate (Yes or No) if you consider the person to be violent or dangerous and provide an explanation in the comments section of this form.
   5d. List name and address of bank(s) and/or financial institution(s) used by the taxpayer if known.
   5e. Briefly explain how you learned of or obtained the information contained in your report. Please attach another sheet, if you need more room.

6. Enter your name, street address, city, state, zip code and a telephone number where you can be contacted. Indicate time of day you may be contacted if appropriate. **This Information is not Required to Process Your Report.**

**Please print and send your completed form to the Internal Revenue Service at:**

**Internal Revenue Service**
**Fresno, CA 93888**

**PAPERWORK REDUCTION NOTICE:** We ask for the information on this form to carry out the Internal Revenue laws of the United States. This report is voluntary and the information requested helps us determine if there has been a violation of Income Tax Law. We need it to insure that taxpayers are complying with these laws and to allow us to figure and collect the right amount of tax.

You are not required to provide the information on a form that is subject to the Paperwork Reduction Act unless the form displays a valid OMB control number. Books or records relating to a form or its instructions must be retained as long as their contents may become material in the administrations of any Internal Revenue laws. Generally, tax returns and tax return information are confidential, as required by Code section 6103.

The time required to complete this form will vary depending on individual circumstances. The estimated average time is 15 minutes.

### Privacy Act Notice
We are requesting this information under authority of 26 U.S.C. 7801.
The primary purpose of this form is to report potential violations of the Internal Revenue laws.
The information may be disclosed to the Department of Justice to enforce the tax laws.
Providing the information is voluntary. Not providing all or part of the information will not affect you.

Catalog Number 47872E

Form **3949 A** (Rev. 2-2007)