NOTICE OF INTERNATIONAL COMMERCIAL CLAIM ADMINISTRATIVE REMEDY OF
EL,MALACHI Z. YORK,CESTUI QUE TRUST, CREDITOR SECURED PARTY
File # 5:02-CR-27-CAR "et al" : Previous Mail #RR 059 446 359 US, # RB 803414873 US (U.S. ASSIST. ATTRNY MARCY COOK),
EH 273416336 US (To CO. ATTORNEY GEN. Payee), EH 486733085 US (To U.S. MIDD. DISTRICT OF GA )
AND CURRENT USPO TRACKING AND CONFIRMATION# EH 486733219 US:

EL,MALACHI Z. YORK,CESTUI QUE TRUST, Creditor Secured Party
Bibb county
The State of Georgia
United States of America 1776 AD

Filed at____9:00A.M
DATE____5/20/09
_____CWD_____
DEPUTY CLERK, U.S. DISTRICT COURT
MIDDLE DISTRICT OF GEORGIA

Petition for Agreement and Harmony in the Nature of

## NOTICE OF INTERNATIONAL COMMERCIAL CLAIM ADMINISTRATIVE REMEDY

File #5:02-CR-27-CAR,5:07-cv-90001-CAR-GMF "et al";

Date: May _19_, 2009

Declarant:   EL,MALACHI Z. YORK,CESTUI QUE TRUST,
             Creditor Secured Party,
             c/o AMIR JAMES
             P.O. Box 391182
             Snellville, Georgia [30039] state

v.

Respondent:  UNITED STATES DISTRICT COURT FOR THE MIDDLE DISTRICT
             OF GEORGIA
             c/o 475 MULBERRY STREET
             Macon, Georgia 31202

## NOTICE OF DEFAULT

## COMMERCIAL OATH AND VERIFICATION

Clarke county          )
                       )        Commercial Oath Verified Declaration
The State of Georgia   )

Declarant, EL,MALACHI Z. YORK,CESTUI QUE TRUST, under their Commercial
Oath with unlimited liability proceeding in good faith being of sound mind states that the
facts contained herein are true, correct, complete and not misleading to the best of
Declarant's private first hand knowledge and belief under penalty of International
Commercial Law. EL,MALACHI Z. YORK,CESTUI QUE TRUST will also sign by
accommodation on behalf of MALACHI YORK©™ misnomer DWIGHT YORK©™.

_____
Malachi York

NOTICE OF INTERNATIONAL COMMERCIAL CLAIM ADMINISTRATIVE REMEDY OF
EL,MALACHI Z. YORK,CESTUI QUE TRUST, CREDITOR SECURED PARTY
File # 5:02-CR-27-CAR "et al" : Previous Mail #RR 059 446 359 US, # **RB 803414873 US (U.S. ASSIST. ATTRNY MARCY COOK)**,
EH 273416336 US (To CO. ATTORNEY GEN. Payee), EH 486733085 US (To U.S. MIDD. DISTRICT OF GA )
AND CURRENT USPO TRACKING AND CONFIRMATION# EH 486733219 US:

The State of Georgia        }

                    }      Affirmed

Clarke county           }

Subscribed before me, ARALL CHARLES a Notary Public, this ___19___ day of
May 2009.

Notary

UCC 3-108
TM UCC 3-402(b)

## STATEMENT OF FACTS

1. On **March 2, 2009,** AD the Respondent received service of petition for Agreement and Harmony in the Nature of a Notice of International Commercial Claim Administrative Remedy, file #5:07-cv-90001-CAR-GMF, 5:02-CR-27-CAR "et al" *see Docket No. 407 "Objection to Report and Recommendation"*;
2. Declarant granted the Respondent **Five (5) days** to respond, or in the alternative, admit all claims, including **Tendered Acceptances** and answers to inquires verified therein;
3. On **March 20**, 2009, AD the Respondent received service of a AFFIDAVIT NOTICE FOR RESPONSE, noticing the court of its NOTICE OF DEFAULT – *OPPORTUNITY TO CURE* regarding file #5:07-cv-90001-CAR-GMF, 5:02-CR-27-CAR "et al", including **\*\*POINTS OF INTEREST…\*\*#s 1-9, Docket No. 411.1** and was therein granted Three (3) additional days to cure the condition of Default;
4. The witness Notary/acceptor acknowledges testifies a non response to Notice of International Commercial Claim Administrative Remedy dated 05/19/2009;
5. Declarant has received no response from the Respondent;
6. **The Respondent is at Default;**
7. As an operation of law, the Respondent has admitted to the statements, claims and answers to inquiries verified therein.
8. The Respondent has a duty to make the appropriate changes agreed to and enforce the changes in the referenced Indictment(s) in the Notice of International Commercial Claim Administrative Remedy #'s 5:07-cv-90001-CAR-GMF, 5:02-CR-27-CAR "et al".

## ADMITTED ANSWERS TO INQUIRIES

**Statement:** The Administrative Record for Declarant's International Commercial Claim Administrative Remedy, File #'s 5:07-cv-90001-CAR-GMF, 5:02-CR-27-CAR "et al", as identified in Statement 1 above, shows that all of the Inquiries in said file have been agreed to (Admitted/Acknowledged) by tacit procuration by Respondent's failure/refusal or choice not to respond.
**Response:** Respondent admits the answer is: YES

Further Declarant sayeth not.

NOTICE OF INTERNATIONAL COMMERCIAL CLAIM ADMINISTRATIVE REMEDY

NOTICE OF INTERNATIONAL COMMERCIAL CLAIM ADMINISTRATIVE REMEDY OF
EL,MALACHI Z. YORK,CESTUI QUE TRUST, CREDITOR SECURED PARTY
File # 5:02-CR-27-CAR "et al" : Previous Mail #RR 059 446 359 US, # **RB 803414873 US (U.S. ASSIST. ATTRNY MARCY COOK)**,
EH 273416336 US (To CO. ATTORNEY GEN. Payee), EH 486733085 US (To U.S. MIDD. DISTRICT OF GA )
AND CURRENT USPO TRACKING AND CONFIRMATION# EH 486733219 US:

## DEFAULT

Based upon the United States of America and its Officers and the Internal Revenue
Services and its Co-Party and Officers Default to Declarant's administrative process, the
United States of America and its Officers and the Internal Revenue Service and its Co-
Party and Officers may not argue, controvert, or otherwise protest the administrative
findings entered thereby in any subsequent administrative or judicial proceeding.

Given under my hand and seal this the __19__ day of the __5th__ month of 2009 anno Domini.
Prepared and submitted by:

Arall Charles
Declarant

NOTICE OF INTERNATIONAL COMMERCIAL CLAIM ADMINISTRATIVE REMEDY