# Certificate and Notice of Non-Response

Malachi York:©™, Secured Party

## Bibb County

The State of Georgia

### CERTIFICATE AND NOTICE OF NON-RESPONSE

<u>28 U.S.C. §1333 and §1337</u>

FILE/Account #: 5:02-CR-27-CAR

Date: May 19th, 2009

Libellant:        Malachi York :©™, Creditor Secured Party,

c/o Arall Charles, Notary Acceptor

P.O. Box 391182

Snellville, Georgia 30039

·V.

Libellee:        UNITED STATES DISTRICT COURT FOR THE MIDDLE DISTRICT OF GEORGIA

475 MULBERRY STREET

MACON,GA 31202

Libellee is additionally subject to <u>postal statutes</u> and the jurisdiction of the Universal Postal Union

### COMMERCIAL OATH AND VERIFICATION

The State of Georgia        )

)                        Commercial Oath and Verification

Clarke County                )

NOTARY ACCEPTOR, Arall Charles, under her Commercial Oath with unlimited liability, proceeding in good faith being of sound mind states that the facts contained herein are true, correct, complete and not misleading to the best of her private firsthand knowledge and belief under penalty of International Commercial Law.

1.  That the evidence shows that the Libellees named in this administrative remedy were duly served by Expressed Mail on and before May 19th 2009.

2.  That 10 days to answer concluded on May 14TH 2009;

3.  That the NOTICE OF FAULT is served on March 20th, 2009 and 3 day OPPORTUNITY TO CURE commenced on March 20<sup>th-</sup> 23rd 2009; *see AFFIDAVIT NOTICE FOR RESPONSE Doc. 411.1*

4.  That the 3 days to cure concluded on March 23rd, 2009 with 3 days allowed for mailing;

5.  That the 3 days for mailing commenced on March 24th, 2009 and concluded on May 19th, 2009;

6.  That no response to any of the above notices is evidenced by U.S. MAIL and any other private carrier;

7.  That the Libellees are now in DEFAULT without recourse and are found in agreement and harmony with the Libellant in this administrative remedy **due process**;

8.  NOTARY ACCEPTOR further sayeth naught.

SUBSCRIBED AND SWORN ___Arall Charles_____

Arall Charles NOTARY ACCEPTOR

The above named affiant, personally known to me, appeared before me a Notary, Sworn and under Oath this____19th_____day of ___May_____, 2009.

_____Notary

*******************************