# JUDICIAL NOTICE EXHIBIT- 'SAMPLE' REGARDING INTERNATIONAL CO-SURETIES / INSURERS FOR THE ALLEGED DEBT, 'TRUE BILL(S)' / 'INDICTMENT(S)', PAID IN FULL PURSUANT TO 42 U.S.C. §1986, § 1983, and 27 CFR 72.11

# CORPORATE SURITY(IES) *(Continued)*

**NAMES AND ADDRESSES**

1. Jermain Wellesley
   70B THE AVENUE KILBURN, LONDON

2. OWEN BRYAN
   97 SWINDERBY Road Wembley

3. MICHEL HWARD
   3 Bovingdon close, LONDON

4. Mark McLeod
   16A BLACKBIRD Hill NEASDEN Lane NW9 8SA

5. Kim McLeod
   3 Energyn Cresent Church Road

6. Lorraine Williams
   16A Blackbird Hill Wembley NW9 8SA

7. Stephen Phillip
   87 SUDBURY AVE WEMBLEY - HA0-3AL

8. KIM DUCAN
   44 DENMARK ROAD HORNSEY

9. Misha Davis
   35 West End Close

10. Christina Emmanuel
    48 Glynfield Rd

**NAMES AND ADDRESSES**

11. A Thomas
    51 Monor PK Rd NW10-4JW

12. ?? Weems
    GD Gorm

13. P Renher[?]
    LANGEL[?]

14. M. Roberts  104 High St

15. P. Baines    640 North Circular Rd
                 NW2 7QT

16. T Folkes    48 Ruth Close
                Stanmore

    GEORGE WASHINGTON Cox[?]

17. CARLTON EDWARDS C___

18. JUNIOR BROWN
    57 HARLESDEN HIGH ST. LONDON NW10 **4SJ** JB

19. A Brathwaite
    16 Pinewood rd, kilburn, NW10

20. Devon Lin[?]
    64 Bernard Shaw House
    Knatch Bull Road

## CORPORATE SURETY(IES) (Continued)

### NAMES AND ADDRESSES

Clinton Plummer-nelson   261A Shirland RD
London W9 3JW

Dianna Brown
39 183 Holland RD NW10 5AX

Jacob Brown
2 Springwell Ave. NW10 4HP

D. Carter
42 Park Parade NW10 5EJ

Anne Marie Neblett
30a Greenhill Rd Harlesden NW10 8UE

Donovan Jameison
7 Breeze Terrace Davidson Drive
Cheshunt Waltham Cross, EN8 0SY

Haruwm Kelly

Nelson O. Cole
94A Burns Rd. NW10 4JY

B. King
7 Rudney Road

B. Smith
33 Alfred nursing House

C. Porteous
3 Alma Birk House NW6 9QD

## CORPORATE SURITY(IES) *(Continued)*

**NAMES AND ADDRESSES**

11. 37a Park Parade Harlesden NW10 (Gordon Miller)

12. Dans 14 Balnacraig Avenue NW10
    KANA 30 Sellons Avenue NW10

13. ANDREA 30 Sellons Avenue NW10

14. Shyna Abraham
    Convent Harlesden London

15. Sanchus Whittick
    55 James Dudson Ct Stonebridge

16. Shana-Kay Mitchell 65 Spencer Rd, Wealdstone Harrow

17. Jackey Silkcoot
    8 Grove Park Rd Tottenham

18. [illegible] Comet Close
    [illegible] - SBW

19. NOAL VAUGHN
    112, Roxeth Green Avenue, Harrow Middlesex HA2 0QL

20. Noel Henry
    12 Shakespeer Avenue Stonebridge London

**CORPORATE SURITY(IES)** *(Continued)*

NAMES AND ADDRESSES

11. J. McLeod
    8 Orchard Grove Edgware London

12. Garry McLeod
    5 High Mead Cresent Wembley London

13. Sandra Taitt
    90 Sudbury heights Ave, Greenford, UB6 0LY.

14. Paula S.
    73 GROVE HILL ROAD, CAMBERWELL - SE5 - 8DF.

15. Kickemu/Wendy Davis
    49 Lansbury Close ? Rayland NW10 ?

16. HOLLY OATES
    32 ROTHSAY STREET, LONDON SE1-4UE

17. L. Stewart

18. 23 - old Fuld Road
    Willden NW10 PUD

19. RAOUL FORBES
    85 CARLTON AVE WEST, WEMBLEY, MIDDX, HA0 3RB

20. Rohan Howe
    12 Darcy Drive, Kenton, HA3 9JP

# :NOTARY-VERIFICATION:

I CHAPMAN MOSELEY petitioner, Sui Juris, hereby verify, under penalty of perjury, Under the International laws, including the united States of America, without the "United States" (federal government), that the statement of facts and laws are true and correct, according to the best of my current information, knowledge, and belief, so help me Creator (Most High) of Gods Allah / YHVH(God), pursuant to the **Treaty of Peace and Friendship of 1786, 1938 Monrovia Treaty of Friendship, Commerce, and Navigation, 1965 Treaty of EXCHANGE OF NOTES CONSTITUTING AN AGREEMENT BETWEEN THE UNITED STATES OF AMERICA AND LIBERIA RELATING TO THE GUARANTY OF PRIVATE INVESTMENTS. MONROVIA, 6 AND 12 SEPTEMBER 1960,** the UCC (Uniform Commercial Code), in accordance with Title 28 U.S.C. § 1601-1610, 28 U.S.C. 1746(1) (see Supremacy clause in part material with all provisions of Title 28 U.S.C. Constitutional, International and Treaty laws.

Dated October 15th, 2008

RESPECTFULLY SUBMITTED,

Authorized Representative, Living Principal, Grantor, Trustee

Petitioner: x _Chapman Moseley_

I.D: 19631110027
(Trinidad & Tobago)

**NOTARY**
**CERTIFICATE OF SERVICE**

Offeror: Bureau Of Prisons, US DISTRICT COURT, USA /"et al"

Notary: _____     My Commission ~~Expires~~ is for life.

POSTED REGISTERED Mail NO. **L.K. DOODNATH**
NOTARY PUBLIC
9, ANGLICAN ST. ARIMA
TRINIDAD, W.I.
667-2654 / 4231
email: lkdoodnath@hotmail.com

## :NOTARY-VERIFICATION:

I, SELWIN BAPTISTE petitioner, Sui Juris, hereby verify, under penalty of perjury, Under the International laws, including the united States of America, without the "United States" (federal government), that the statement of facts and laws are true and correct, according to the best of my current information, knowledge, and belief, so help me Creator (Most High) of Gods Allah / YHVH(God), pursuant to the **Treaty of Peace and Friendship of 1786, 1938 Monrovia Treaty of Friendship, Commerce, and Navigation, 1965 Treaty of EXCHANGE OF NOTES CONSTITUTING AN AGREEMENT BETWEEN THE UNITED STATES OF AMERICA AND LIBERIA RELATING TO THE GUARANTY OF PRIVATE INVESTMENTS. MONROVIA, 6 AND 12 SEPTEMBER 1960,** the UCC (Uniform Commercial Code), in accordance with Title 28 U.S.C. § 1601-1610, 28 U.S.C. 1746(1) (see Supremacy clause in part material with all provisions of Title 28 U.S.C. Constitutional, International and Treaty laws.

Dated October 13th, 2008

RESPECTFULLY SUBMITTED,

Authorized Representative, Living Principal, Grantor, Trustee

Petitioner: x _____Bapti_____

ID: 19661002036 (Trinidad & Tobago)

**NOTARY**

**CERTIFICATE OF SERVICE**

Offeror: Bureau Of Prisons, US DISTRICT COURT, USA /"et al"

Notary: L.K. Doodnath

My Commission Expires 1s for life 11/10

POSTED REGISTERED Mail NO.: **L.K. DOODNATH**
NOTARY PUBLIC
9, ANGLICAN ST. ARIMA
TRINIDAD, W.I.
667-2654 / 4231
email: lkdoodnath@hotmail.com

**CORPORATE SURITY(IES)** *(Continued)*

**NAMES AND ADDRESSES**

11. SELWIN. N. BAPTISTE
    54 WATTS TR. MALABAR, ARIMA

12. CHAPMAN MOSELEY
    33 MOHOSANY DRIVE MALABAR ARIMA

13. _____

14. _____

15. _____

16. _____

17. _____

18. _____

19. _____

20. _____

# :NOTARIAL –WITNESS- OATH:

We the People, the United Nuwaubian Nation of Moors (*Muurs*), the Yamassee Native American Moors (*Muurs*), The Notarial Administrative Tribunal / Notarial Grand Jury, and the EL,MALACHI Z. YORK,CESTUI QUE TRUST in the presence of a Notarial Witness have reviewed this knowledge being true, correct, and complete with the best of our knowledge by this oath of office under the penalties of perjury in the month: October, on the day: 21st in the year 2008.

_____           _____
Witness                                                        Witness

_____           _____
NOTARY PUBLIC                                        Witness

_____
My Commission ~~Expires~~ Does Not Expire
REPUBLIC OF TRINIDAD AND TOBAGO



## :NOTARIAL –WITNESS- OATH:

We the People, the United Nuwaubian Nation of Moors (*Muurs*), the Yamassee Native American Moors (*Muurs*), The Notarial Administrative Tribunal / Notarial Grand Jury, and the EL,MALACHI Z. YORK,CESTUI QUE TRUST in the presence of a Notarial Witness have reviewed this knowledge being true, correct, and complete with the best of our knowledge by this oath of office under the penalties of perjury in the month: October, on the day: 21st in the year 2008.

_____        _____
Witness                                              Witness

_____        _____
NOTARY PUBLIC                                Witness

_____
My Commission ~~Expires~~ Does Not Expire
REPUBLIC OF TRINIDAD AND TOBAGO.



Page 6 of 6

## :NOTARIAL –WITNESS- OATH:

We the People, the United Nuwaubian Nation of Moors (*Muurs*), the Yamassee Native American Moors (*Muurs*), The Notarial Administrative Tribunal / Notarial Grand Jury, and the EL,MALACHI Z. YORK,CESTUI QUE TRUST in the presence of a Notarial Witness have reviewed this knowledge being true, correct, and complete with the best of our knowledge by this oath of office under the penalties of perjury in the month: October, on the day: 21st in the year 2008.

_____  
Witness

_____  
NOTARY PUBLIC

_____  
Witness

_____  
Witness

My Commission ~~Expires~~ Does Not Expire  
REPUBLIC OF TRINIDAD AND TOBAGO



Page 6 of 6

NOTARIAL WITNESS OATH

We the People, the United Nuwaubian Nation of Moors (*Muurs*), the Yamassee Native American Moors (*Muurs*), The Notarial Administrative Tribunal / Notarial Grand Jury, and the EL MALACHI Z. YORK, CESTUI QUE TRUST in the presence of a Notarial Witness have reviewed this knowledge being true, correct, and complete with the best of our knowledge by this oath of office under the penalties of perjury in the month: October, on the day: 21st in the year 2008.

_____
Witness
NOTARY PUBLIC

_____
Witness

_____
Witness

My Commission ~~Expires~~ Does Not Expire
REPUBLIC OF TRINIDAD AND TOBAGO.



## :NOTARIAL –WITNESS- OATH:

We the People, the United Nuwaubian Nation of Moors (*Muurs*), the Yamassee Native American Moors (*Muurs*), The Notarial Administrative Tribunal / Notarial Grand Jury, and the EL.,MALACHI Z. YORK,CESTUI QUE TRUST in the presence of a Notarial Witness have reviewed this knowledge being true, correct, and complete with the best of our knowledge by this oath of office under the penalties of perjury in the month: October, on the day: 21st in the year 2008.

_____         _____
Witness — Onella Cooper          Witness — Virgil Smith

_____         _____
NOTARY PUBLIC                    Witness

My Commission Expires Does Not Expire
REPUBLIC OF TRINIDAD AND TOBAGO.



Page 6 of 6

# NOTARIAL WITNESS OATH:

We the People, the United Nuwaubian Nation of Moors (*Muurs*), the Yamassee Native American Moors (*Muurs*), The Notarial Administrative Tribunal / Notarial Grand Jury, and the EL,MALACHI Z. YORK,CESTUI QUE TRUST in the presence of a Notarial Witness have reviewed this knowledge being true, correct, and complete with the best of our knowledge by this oath of office under the penalties of perjury in the month: October, on the day: 21st in the year 2008.

_____           _____
Witness                             Witness

_____           _____
NOTARY PUBLIC                       Witness

My Commission ~~Expires~~ DOES NOT EXPIRE
REPUBLIC OF TRINIDAD AND TOBAGO.



## :NOTARIAL –WITNESS- OATH:

We the People, the United Nuwaubian Nation of Moors (*Muurs*), the Yamassee Native American Moors (*Muurs*), The Notarial Administrative Tribunal / Notarial Grand Jury, and the EL,MALACHI Z. YORK,CESTUI QUE TRUST in the presence of a Notarial Witness have reviewed this knowledge being true, correct, and complete with the best of our knowledge by this oath of office under the penalties of perjury in the month: October, on the day: 21st in the year 2008.

_____  _____
Witness                                    Witness

_____  _____
NOTARY PUBLIC                    Witness

My Commission ~~Expires~~ Does Not Expire
REPUBLIC OF TRINIDAD AND TOBAGO.