# EVIDENCE OF SERVICE

True unaltered copy of receipt for

☐ United States Certified Mail
☐ United States Express Mail
☐ United States Registered Mail
☐ Fax Service

☐ Return Receipt Requested
☐ Postal Service receipt for currency

**EXPRESSED MAIL TRACKING NUMBERS:** EH 486733219 US

## NOTICES REGARDING DEFAULT, NOTICES OF NON-RESPONSE IN LIEU OF TENDERED DEMAND DEPOSITS, INCLUDING SURETY LIST FOR THE JUDICIAL NOTICE, PURSUANT TO 42 U.S.C. 1986, and 1983:

| State of Georgia | ) | |
| | ) ss.: | **COPY CERTIFICATION** |
| County of Fulton | ) | |

On this _____day of _____, 20_____, for the purpose of verification, I, the undersigned Notary Public, being commissioned in the County and State noted above, do certify that this is a true and correct copy which I made of the original document(s).

WITNESS my hand and official seal.

NOTARY PUBLIC

My commission expires: _____12_/_27_/_____, 2009

5/19/2009
DATE

(Seal)

(Stamp)