

**RTREMELY URGENT** *Please Rush To Addressee*    *home or office at usps.com/pickup*

*Print postage online - Go to usps*

*PLEASE PRESS FIRMLY*

U.S.
P
CHAN
MAY 2
AM
$1

UNITED STATES
POSTAL SERVICE



# EXPRESS MAIL
**UNITED STATES POSTAL SERVICE**

## Flat Rate Mailing Envelope
**For Domestic and International Use**

*Visit us at usps.com*

1007
0002

EH 486733219 US


UNITED STATES POSTAL SERVICE ®

**Addressee Copy**
Label 11-B, March 2004

**Post Office To Addressee**

### DELIVERY (POSTAL USE ONLY)

| Delivery Attempt | Time | | Employee Signature |
|---|---|---|---|
| Mo.    Day | | ☐ AM ☐ PM | |
| Delivery Attempt | Time | ☐ AM ☐ PM | Employee Signature |
| Mo.    Day | | | |
| Delivery Date  20  11:50 | Time | ☐ AM ☐ PM | Employee Signature |
| Mo.    Day | | | |

### CUSTOMER USE ONLY

☐ WAIVER OF SIGNATURE *(Domestic Mail Only)* Additional merchandise insurance is void if customer requests waiver of signature. I wish delivery to be made without obtaining signature of addressee or addressee's agent (if delivery employee judges that article can be left in secure location) and I authorize that delivery employee's signature constitutes valid proof of delivery.

NO DELIVERY
☐ Weekend  ☐ Holiday    Mailer Signature

### ORIGIN (POSTAL SERVICE USE ONLY)

| PO ZIP Code | Day of Delivery | Postage |
|---|---|---|
| | ☐ Next ☐ 2nd ☐ 2nd Del. Day | $ |
| Date Accepted | Scheduled Date of Delivery | Return Receipt Fee |
| | Month    Day | $ |
| Mo.  Day  Year | Scheduled Time of Delivery | COD Fee    Insurance Fee |
| Time Accepted  ☐ AM  ☐ PM | ☐ Noon  ☐ 3 PM | $         $ |
| | Military | Total Postage & Fees |
| Flat Rate ☐ or Weight | ☐ 2nd Day  ☐ 3rd Day | $ |
| lbs.    ozs. | Int'l Alpha Country Code | Acceptance Emp. Initials |

PRESS HARD. *YOU ARE MAKING 3 COPIES.*

**FROM:** (PLEASE PRINT)    PHONE (    )

*Po Bu 10552
Demy Consl
Boul*

**TO:** (PLEASE PRINT)    PHONE (    )

*United Smith's District
For The Middle District
Of Georgia - Macon Division
475 Mulberry St    Macon*

ZIP + 4 (U.S. ADDRESSES ONLY. DO NOT USE FOR FOREIGN POSTAL CODES.)

| 3 | 1 | 2 | 0 | 2 | + | | | | |

FOR INTERNATIONAL DESTINATIONS, WRITE COUNTRY NAME BELOW.

### FOR PICKUP OR TRACKING
Visit **www.usps.com**
Call **1-800-222-1811**
EMS

041608/EM13F    MAY 2008

*Vis  us*