IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA-MACON DIVISION

MALACHI Z. YORK-EL©™,
misnomer DWIGHT YORK©™,

CASE NO. 5:07-CV-90001-CAR
Article 1 Section 9
Constitutional Habeas Corpus
CASE NO. 5:02-CR-27-CAR

Noble: Malachi York:El:©™

    **Plaintiff**

V.

UNITED STATES OF AMERICA, AGENTS/HEIRS,
FEDERAL BUREAU OF PRISONS, U.S. DEPARTMENT OF JUSTICE,
CHARLES ASHLEY ROYAL, EDWARD NOTTINGHAM,
MARCY E. COOK, RON WILEY, CHRIS SYNSVOLL,
KRISTEN MIX, HOWARD RICHARD SEALS, TROY EID,
MICHAEL MUKASEY, JOHN SUTHERS, DAVE GOUETTE,
FREDRICK BRIGHT, RICHARD MOULTRIE, JALAINE WARD,
TRACEY BRADFORD, SALLY HEINTZYSH, MARY MANGRUM,
LISA SPEAKER, JOAN CROANIER, FBI AGENT SAVAGE,
TOM CODY, BOYD N. BOLAND, AND ZITA L. WEINSHIENK

    **Defendants**

## MOTION TO UNSEAL ORDER DOCKET # 419

**For the record:**

    Comes now is I, **Malachi York El:**©™ , A/K/A H.E. Dr Malachi Z. York-EL©™, A/K/A Issa Al haadi Al Mahdi, A/K/A Dr. Malachi Kobina York, misnomered DWIGHT D. YORK et, al.; **All rights reserved**, Secured Party, 'Preferred Stock' holder, Liberian Diplomat D/P #003828-04, Owner in fact, Holder in due course (*Pro Per*), due hereby quest for the Court by **'order'** to Unseal the Sealed Order docket # 419 entered in on the 8th day in the month: **May**, in the year: **2009**;

This motion is supported by the 1st, 5th, and 6th Amendment of the United States Constitution;

**For the record**:

As I **Malachi York El**:©™ am filing in Propria Persona, I must be aware of any decisions, changes, or orders made on my case file associations for the purpose of due process within the Courts, this will enable me to respond effectively and expediently, without violating constitutional due process and rights allotted;

**Respectfully,**

**Malachi York :El:©™**

Nonresident/ Non-Domestic
First Class, Delivery
c/o P.O. Box 181398
Denver, Colorado 80218