# IN THE UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF GEORGIA-MACON DIVISION

MALACHI Z. YORK-EL©™,
**misnomer DWIGHT YORK©™,**

CASE NO. 5:07-CV-90001-CAR
Article 1 Section 9
Constitutional Habeas Corpus
CASE NO. 5:02-CR-27-CAR

**Noble: Malachi York: El:©™**

    **Plaintiff**

**V.**

UNITED STATES OF AMERICA, AGENTS/HEIRS,
FEDERAL BUREAU OF PRISONS, U.S. DEPARTMENT OF JUSTICE,
CHARLES ASHLEY ROYAL, EDWARD NOTTINGHAM,
MARCY E. COOK, RON WILEY, CHRIS SYNSVOLL,
KRISTEN MIX, HOWARD RICHARD SEALS, TROY EID,
MICHAEL MUKASEY, JOHN SUTHERS, DAVE GOUETTE,
FREDRICK BRIGHT, RICHARD MOULTRIE, JALAINE WARD,
TRACEY BRADFORD, SALLY HEINTZYSH, MARY MANGRUM,
LISA SPEAKER, JOAN CROANIER, FBI AGENT SAVAGE,
TOM CODY, BOYD N. BOLAND, AND ZITA L. WEINSHIENK

    **Defendants**

---

## ORDER TO UNSEAL ORDER DOCKET # 419

---

**For the record:**

On this date came on to be considered **Malachi York El:©™**, Secured Party, Liberian Diplomat D/P #003828-04, Holder in due course, 'Preferred Stock' holder, due hereby herein motion to unseal order Docket # 419;

It appearing to the Court that the Motion is well taken and should be granted,

IT IS HEREBY ORDERED that the information, plea agreement and related documents in this cause be unsealed;

IT IS FURTHER ORDERED that the Motion of the United States and this Order shall be unsealed by the Clerk.

SIGNED and ENTERED this _____ day of _____, 2009.

_____
UNITED STATES CHIEF JUDGE C. ASHLEY ROYAL