Name: York

REG. NO: 17911-054

U.S. PENITENTIARY MAX
P.O. Box 8500
Florence, CO 81226-8500



COLORADO SPR...
CO 80...

Purple Heart 44    Purple Heart 44    Purple Heart 44

\*Attn: Clerk of Court Gregory Leonard
UNITED STATES DISTRICT Court
FOR The Middle District of Georgia
Macon Division    31202

Sent
Malachi York El: ©T·m
Nonresident/Non-Domestic
First Class, Delivery
¢o: P.O BOX 181398
Denver, Colorado Near 80 218

31202×9999

Malachi York El:©™
Nonresident / Non-Domestic
First Class, Delivery
c/o: P.O. Box 181398
Denver, Colorado
Near 80218

\*Attn: Clerk of Court Gregory Leonard
UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
MACON DIVISION  31202