RECEIVED
CLERK'S OFFICE
09 JUN 29 AM 8:47
U.S. DISTRICT COURT
MIDDLE DIST. OF GEORGIA
MACON, GEORGIA

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE MIDDLE DISTRICT OF GEORGIA-MACON DIVISION**

**MALACHI Z. YORK-EL©™,**
**misnomer DWIGHT YORK©™,**

**CASE NO. 5:07-CV-90001-CAR**
**Article 1 Section 9**
**Constitutional Habeas Corpus**
**CASE NO. 5:02-CR-27(-HL)-CAR**

**Noble: Malachi York El:©™**

**Plaintiff**

Filed at 10:08 AM
DATE 6/29/09
DEPUTY CLERK, U.S. DISTRICT COURT
MIDDLE DISTRICT OF GEORGIA

v.

UNITED STATES OF AMERICA, AGENTS/HEIRS, FEDERAL BUREAU OF PRISONS, U.S. DEPARTMENT OF JUSTICE, CHARLES ASHLEY ROYAL, EDWARD NOTTINGHAM, MARCY E. COOK, RON WILEY, CHRIS SYNSVOLL, KRISTEN MIX, HOWARD RICHARD SILLS, TROY EID, MICHAEL MUKASEY, JOHN SUTHERS, DAVE GOUETTE, FREDRICK BRIGHT, RICHARD MOULTRIE, JALAINE WARD, TRACEY BRADFORD, SALLY HEINTZYSH, MARY MANGRUM, LISA SPEAKER, JOAN CROANIER, FBI AGENT SAVAGE, TOM CODY, BOYD N. BOLAND, AND ZITA L. WEINSHIENK

**Defendants**

---

**PETITION IN THE NATURE OF A MOTION FOR PROTECTION ORDER**

---

**Pursuant to Amendments I and IV of the United States Constitution, in accordance with 18 U.S.C.A. §2666 (5) :**

**For the record:**

Comes now is I, **Malachi York El:©™** , A/K/A H.E. Dr Malachi Z. York-EL©™, A/K/A Issa Al haadi Al Mahdi, A/K/A Dr. Malachi Kobina York, misnomer DWIGHT D. YORK et, al.; **All rights reserved**, in honor, Secured Party, 'Preferred Stock' holder, Liberian Diplomat D/P #003828-04, Owner in fact of the Trade-Names associated "et al" in all variations and spellings, Holder in due course (*Pro Per*), due hereby quest for the Court to take **Judicial Notice** in these matters obligatory for the Court's evidentiary knowledge for my **relief** by prior

prejudiced decisions imposed to cause my grief, pursuant to **Amendments I, IV, 42 U.S.C.§ 1986, Rule 201, 203, 901, 903, and 46 U.S.C. § 781**; (See Attachments)

Whereas, I due hereby order the court, in honor to comply with my re-quest(s) to **'order'** the Warden-Ron Wiley of the Bureau Of Prisons, and its constituents to order a conveyance to the unauthorized medical staff, whom I have not hired nor warranted for any services, to immediately to cease and desist from any attempts of any medical examinations I have not agreed to regarding any matters to remedies I seek;

**My Re-Quests**

1. Let the court's take Judicial Notice referencing all the facts as supplemental evidence I've provided within this matter, including the entire case file, pursuant to my relief in its entirety;

**My Prayer**

I present my full faith by due process knowledge, in honor,

Attributed to the Court's 'Oath Of Office', as willful honorary Civil Servants

to uphold its Constitutional obligations, Dedimus', Bonded insurance policies

in favor of the subtotaled Facts I've provided, pursuant to my Status, Treaty,

and its most important **Constitutional Rights** knowledge of *natural* persons;

Respectfully,

**Malachi York El: ©™**
Nonresident / Non-Domestic
First Class, Delivery
c/o P.O. Box 18139
Denver, Colorado 80218

**c/o Public Officers Union**
**P.O. Box 391182**
**Snellville, Georgia**
**30039**

# JUDICIAL NOTICE EVIDENCE EXHIBIT, IN LIEU OF My PETITION FOR THIS PROTECTION ORDER, PURSUANT TO RULE 901, & 902: FEDERAL RULES OF EVIDENCE

01061

Cop-out
TO
Medical Departme

EYE Doctor
no Examined me May 19th 20

INMATE: MR. YORK NO. 17911-05
Unite: G-A-103.

THANK YOU
SIR.

TO

Medical Department

EYE Doctor

who EXAMINED ME may 19th 2009

INMATE! MR. YORK NO. 17911-054

Unite: G-A-103.

THANK YOU
SIR.

Cop-out TO Medical
Department of
Florance A. D. MAX

Inmate: MR. YORK
Number: 17911-054
Unit S-A-103

Inmate Copy Mailed On
JUN 04 2009

Reason:

ON MAY 19TH 2009. I WAS TAKEN FROM my Cell FOR AN EYE EXAMINATION

I Am Requsting A copy of the Resul As of that DATE What IS my EYES. Medicine

Right EYE — Left EYE.
I would Like that TO Send to my Family AND personal EYE Doctor. MAY I please HAVE A Print out of the Updated PRESCRIPTION

THANK YOU
SIR

I am Requsting A copy of the Resul As of that DATE what is my EYES. Medicine

Right EYE — Left EYE. I would Like that to send to my Family AND personal EYE Doctor. May I please Have A print out of the UPDated PRESCRIPTION

THANK YOU
SIR

Sorry I DID Not Get the Doctor who Examined on May 19th 2009 NAME. Nor DID I Receiv [illegible] to Date. 01/06

IMP

(1) Slight ↑ Myopia
(2) Corneal Arcus OU
(3) Cataract formation OU w/ 2° ↓ BVA
(4) Good retinal health OU.

Plan

(1) Rx new bifocals
OD -375 -150 x 065 +250
OS -475 -075 x 110 +250

[illegible]
14
54
48-24
6m

(2) Pharmacy
Art. Tears
10 ml
1 gtt prn OU
3x re-fills.

(3) RTC prn 1/yr re-exam

Inmate Copy Mailed On
JUN [illegible]

STEVEN R. CLOUGH, O.D

MEDICAL RECORD | CONSULTATION SHEET

REQUEST

TO (Identify Consultant/ Diagnostic Testing Requested) Optometrist

From: (Requesting Provider) Dr. Clough

Date of Request 12/14/07

64 YO ♂/male presents for VE | DRE Floater F/U

PEHx

PMHx — pt reports okay VA w/ Rx + 2007; pt reports dryness (eyes) in AM

Med Allergies

Current Medications:

Hab SRx Right -350 -150 x 065 +250
Left -425 -050 x 110 +250 6/15

PLACE OF CONSULTATION
Bedside
Routine X
Today.
72 Hrs
Emerg

**Inmate Copy Mailed On**
JUN 04 2009

CONSULTATION REPORT

Va cc Right 20/30
Left 20/40-1

MR Right -375 -150 x 065 20/30
Left -475 -075 x 110 20/25

ADD +250

Pupils PERRLA -/+ APD

EOMs: Full

CT ortho

Conf VF full

NCT Ta 14/16 @ 1231

SLE x Right Left Right Left

LL/Lids Lens

Conj

Vit

K

A/C Angle I II III IV

Dilated with T % and PE 2.5%
gtt Right/Left/Both @ am/pm

undilated

BIO 90/78

ONH: C/D .35 .35

FUNDUS:

SIGNATURE AND TITLE (of Consultant) STEVEN R. CLOUGH O.D.

DATE OF CONSULTATION 05/19/2009

Patient's Identification (for typed or written entries give: Name Last, first, middle; hospital or medical facility) CONSULTATION SHEET - MEDICAL RECORD

INMATE NAME York, Dwight

NUMBER 17911-054

DATE OF BIRTH

ADMINISTRATIVE MAXIMUM HEALTH SERVICE UNIT
STATE HWY 67 SOUTH
PO BOX 8500
FLORENCE, COLORADO

Replaces Standard Form 513 (REV 8-97) sheet/Consultation sheet SF513