RECEIVED
CLERK'S OFFICE
2009 JUN 29 AM 8:47
U.S. DISTRICT COURT
MACON, GEORGIA

# IN THE UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF GEORGIA-MACON DIVISION

MALACHI Z. YORK-EL©™,
misnomer DWIGHT YORK©™,

Noble: Malachi York El:©™

    **Plaintiff**

v.

UNITED STATES OF AMERICA, AGENTS/HEIRS,
FEDERAL BUREAU OF PRISONS, U.S. DEPARTMENT OF JUSTICE,
CHARLES ASHLEY ROYAL, EDWARD NOTTINGHAM,
MARCY E. COOK, RON WILEY, CHRIS SYNSVOLL,
KRISTEN MIX, HOWARD RICHARD SILLS, TROY EID,
MICHAEL MUKASEY, JOHN SUTHERS, DAVE GOUETTE,
FREDRICK BRIGHT, RICHARD MOULTRIE, JALAINE WARD,
TRACEY BRADFORD, SALLY HEINTZYSH, MARY MANGRUM,
LISA SPEAKER, JOAN CROANIER, FBI AGENT SAVAGE,
TOM CODY, BOYD N. BOLAND, AND ZITA L. WEINSHIENK

    **Defendants**

CASE NO. 5:07-CV-90001-CAR
Article 1 Section 9
Constitutional Habeas Corpus
CASE NO. 5:02-CR-27(-HL)-CAR

Filed at 10:04 AM
DATE 6/29/09

DEPUTY CLERK, U.S. DISTRICT COURT
MIDDLE DISTRICT OF GEORGIA

---

## PETITION IN THE NATURE OF A MOTION TO THE COURT FOR KNOWLEDGE

**For the record: Pursuant to 42 U.S.C. § 1986, 1985, and 1983:**

Comes now is I, **Malachi York El:©™**, A/K/A H.E. Dr Malachi Z. York-EL©™, A/K/A Issa Al haadi Al Mahdi, A/K/A Dr. Malachi Kobina York, misnomered DWIGHT D. YORK et, al.; **All rights reserved**, in honor, Secured Party, 'Preferred Stock' holder, Liberian Diplomat D/P #003828-04, Owner in fact of the Trade-Names associated "et al" in all variations and spellings, Holder in due course (*Pro Per*), due hereby quest for the Court to take **Judicial Notice** in these matters obligatory for the Court's evidentiary knowledge for my **relief** by prior prejudiced decisions imposed to my grief, pursuant to **Amendments I, IV, V, VI, 42 U.S.C.§ 1986, and 46 U.S.C. § 781**;

Whereas, **Amendment I** of the United States Constitution 'Bill Of Rights', pursuant to my claim regarding knowledge establishes the following relevancy, **as it pertains to me and my tribe;**

Congress shall make no law respecting an establishment of religion, or prohibiting the free exercise thereof; or abridging the freedom of speech, or of the press; or the right of the people peaceably to assemble, and to petition the government for a redress of grievances.

### In accordance, Amendment IV reads as follows, as it pertains to me and my tribe;

The right of the people to be secure in their persons, houses, papers, and effects, against unreasonable searches and seizures, shall not be violated, and no warrants shall issue, but upon probable cause, supported by oath or affirmation, and particularly describing the place to be searched, and the persons or things to be seized.

### Further, Amendment V reads as follows, as it pertains to me and my tribe;

No person shall be held to answer for a capital, or otherwise infamous crime, unless on a presentment or indictment of a grand jury, except in cases arising in the land or naval forces, or in the militia, when in actual service in time of war or public danger; nor shall any person be subject for the same offense to be twice put in jeopardy of life or limb; nor shall be compelled in any criminal case to be a witness against himself, nor be deprived of life, liberty, or property, without due process of law; nor shall private property be taken for public use, without just compensation.

### 42 U.S.C. ch.21 § 1986 reads as follows, as it pertains to me and my tribe;

Every person who, having knowledge that any of the wrongs conspired to be done, and mentioned in section 1985 of this title, are about to be committed, and having power to prevent or aid in preventing the commission of the same, neglects or refuses so to do, if such wrongful act be committed, shall be liable to the party injured, or his legal representatives, for all damages caused by such wrongful act, which such person by reasonable diligence could have prevented; and such damages may be recovered in an action on the case; and any number of persons guilty of such wrongful neglect or refusal may be joined as defendants in the action; and if the death of any party be caused by any such wrongful act and neglect, the legal representatives of the deceased shall have such action therefor, and may recover not exceeding $5,000 damages therein, for the benefit of the widow of the deceased, if there be one, and if there be no widow, then for the benefit of the next of kin of the deceased. But no action under the provisions of this section shall be sustained which is not commenced within one year after the cause of action has accrued.

### 42 U.S.C. ch.21 § 1986 reads as follows, as it pertains to me and my tribe;

A libel in personam in admiralty may be brought against the United States, or a petition impleading the United States, for damages caused by a public vessel of the United States, and for compensation for towage and salvage services, including contract salvage, rendered to a public vessel of the United States: Provided, That the cause of action arose after the 6th day of April, 1920.

Whereas, it should be duly noted within these matters, United States Attorney Chris

Synsvoll did acknowledge my status, pursuant to 8 U.S.C. § 1481, which I've Accepted for

Its Full Value and returned for Its Full Value, to honor matters unknown to the court,

in accordance with providing the court an amended updated knowledge of my status;

## My Re-Quests

1. Let the court's take Judicial Notice referencing all the facts as supplemental evidence I've provided within this matter, including the entire case file, pursuant to my relief in its entirety;

AND

2. Review the attached records, in lieu of the UNITED STATES ATTORNEY CHRIS SYNVOLL'S recorded knowledge by Notary Verification *see my AFFIDAVIT OF FACT*;

## My Prayer

I present my full faith by due process knowledge, in honor,

Attributed to the Court's 'Oath Of Office', as honorary Civil Servants

to uphold its Constitutional obligations, Dedimus', Bonded insurance policies

in favor of the subtotaled Facts I've provided, pursuant to my Status, Treaty,

and its most important **Constitutional Rights** knowledge of *natural* persons;

Respectfully,

**Malachi York El:** ©™
Nonresident / Non-Domestic
First Class, Delivery
c/o P.O. Box 18139
Denver, Colorado 80218

c/o Public Officers Union
P.O. Box 391182
Snellville, Georgia
30039

# JUDICIAL NOTICE

# EVIDENCE EXHIBIT

# REFERENCING THE

# AFFIDAVIT OF FACT, AND

# ATTACHED PRESENTMENTS FOR

# ACCOUNT#5:02-CR-27-HL-CAR "et al"

## AFFIDAVIT OF FACT

Pursuant to a live Phone conversation between Bureau of Prison Attorney Chris Synsvoll and
Amir James, Notary Public **December 21, 2009**;

**STATE OF GEORGIA**

1. I, AMIR JAMES, Notary Public for the State of GEORGIA, due come forth to tell the truth this _18th_ day in the month: _June_, in the Gregorian Calendar year: _2009_, whereas, I am not being coerced, bribed by acceptance of payment, or threatened in anyway by anyone to make this statement. I am not under the influence of any drug(s) or medication(s). Currently, I am _32_ years of age and am of sound body and mind. I am not gaining anything from this affidavit to let the truth be known;

2. I, AMIR JAMES, Notary Public for the State of GEORGIA, due HEREBY make known the facts, in matters concerning Malachi York, misnomered DWIGHT YORK in lieu of communications between myself and Bureau Of Prison Attorney Chris Synvoll, regarding the immediate discharge *release* of Inmate Malachi York, Inmate# 17911-054, currently unlawfully detained in USP Florence ADMAX Prison Facility;

3. I, AMIR JAMES, Notary Public for the State of GEORGIA, due HEREBY certify and qualify this Affidavit thru actual recorded word for word statements by me having a communication with the Bureau Of Prison Attorney Chris Synsvoll referencing the actual needed materials as substantial evidence for the State Department acknowledgement of Malachi York being a Liberian citizen / Diplomat, and supporting documents necessary to expedite the process within the presence of a Notary Public. Whereas, the communication was recorded as follows;

   **Chris Synsvoll-** Is this Amir..
   **Amir James-** Hey a..Chris, how you doing, this is Amir James..*ahhm*
   **Chris Synsvoll-** How are you?
   **Amir James-** I'm good. I'm touching base with you, because you had received
       The 'Nunc Pro Tunc' filing, the Claim on Intellectual Property..
   **Chris Synsvoll-** Yes..
   **Amir James-** in reference to inmate York?
   **Chris Synsvoll-** Sure.
   **Amir James-** and I wanted to get sum clarity, cause *uhhmm*, I need to know exactly
       what you need from us, for us to expedite the immediate rel.., *ahh*
       discharge..
   **Chris Synsvoll-** Immediate release? To you all?
   **Amir James-** Yes.
   **Chris Synsvoll-** Yeah, Actually, what I'll need is, I'll need a court order, *ahh*.. directing
       that he needs to be released, and he'll probably have to go back to the
       Sentencing Court or he'll have to get *ahh* some sort of order from the
       District of Colorado here....to be released

   *Static.....*
   **Amir James-** Basically, your saying, a signature from the Department of Justice?

Page 1 of 3

or some sort of clemency that *ahh* that President Bush is gonna grant you..or *ahh* you'll need to make the appropriate filing in the appropriate court, a Federal District Court, and obtain a court order, directing that he be released immediately...that's all we need.

Amir James- Ok..now *uhmm*, now you do know *uhh* about his Liberian citizenship? And what we wanna do is, actually wanna send you some documentation because ahh, he is, he is a certified Liberian citizen, *ahh* since, way prior to to to to to the false incarceration, and under, *ahh* ..... what's it called ahhh Treaty, Law which we know is basically the highest law within the United States of America..*auummhh*, there is a treaty of Repatriation between *ahh*, what is it called Liberia and the United ... States *ahh* Government, you follow? And I don't, I don't know..I have all documentation showing where the State Department in Liberia, recognizes him as a citizen, since the early 90's...Not only that

Chris Synsvoll- You wanna fax me that information Amir? I'll certainly take a look at it, and then, I'll forward it over to the necessary folks, I'll like to have them make the necessary determination, and that may require again, *uhhmm* the Attorney General's signature, and you know what?...

4. Whereas, I, AMIR JAMES, Notary Public for the State of GEORGIA, due HEREBY qualify this Affidavit by my testimony herein as true, correct, and complete to the best of my knowledge as a Public advocate to the facts stated within this Affidavit on behalf of Malachi York, within the presence of a Notary Public, within the State of Georgia, pursuant to Constitutional Rights violated, as well as Treaty, which I am a firsthand witness to;

Notary: _____  Witness _____

Print _____  Print : Amir James :

I HEREBY CERTIFY that on this __16__ day of __June__ 2009 _____, the subscriber, a Notary Public in and for the State and County aforesaid, personally appeared

Page 2 of 3

**Gmail** Calendar Documents Photos Reader Sites Web more ▼    amirjames9@gmail.com | Settings | Older version | Help | Sign out

chris    Search Mail    Search the Web    Show search options / Create a filter

Compose Mail

United States Citizenship - www.ImmigrationDirect.com/USCitizen - Fill Out Required Forms Online Here And Get The Help Sponsored Link  < >

Inbox (660)
Starred
Chats
Sent Mail
Drafts (12)
All Mail
Spam (55)
Trash

Contacts

Chat
Search, add, or invite
  Amir James
  Set status here
  :Jaame:(R):(c)(tm)∞ :El:(l
  Deborah Smith
  dentutre
  alleyeseein
  Fatima Hassan
  Juanchella kemp
  justmefadun
  Legal Support
  mcwarllc
  Nilson Martinez
Options    Add Contact

Labels
    Edit labels

Invite a friend
Give Gmail to:
[            ]
Send Invite  50 left
    Preview Invite

« Back to Search Results    Archive    Report spam    Delete    Move to Inbox    Labels    More actions    ‹ Newer 9 of 13 Older ›

### Re: Malachi Z. York(c)™, Liberain Citizenship Documents (Out of Office - December 22, 2008 - January 2, 2009)    Inbox  X

from    Chris Synsvoll <csynsvoll@bop.gov>    hide details 12/22/08    Reply
to    Amir James <amirjames9@gmail.com>
date    Mon, Dec 22, 2008 at 1:30 PM
subject    Re: Malachi Z. York(c)™, Liberain Citizenship Documents (Out of Office - December 22, 2008 - January 2, 2009)
mailed-by    bop.gov

I am out of the office December 22, 2008 through January 2, 2009. I will be checking my messages, periodically.

Reply    Forward

New window
Print all
Turn off highlighting

Sponsored Links

**Italian Dual Citizenship**
Top quality-services, Great fees,
Expert Guidance, Call 1-888-604-1970
www.icapbridging2worlds.com

**Docs & Spreadsheets**
Learn more about Google's
document solutions for enterprises
www.google.com/apps/business

**Pass US Citizenship Test**
Sensational New Way to Learn the
Citizenship Test Questions Fast!
www.USCitizenshipTestOnline.com

**How To Speed Up Your PC**
Get A Free Download That Speeds Up
Windows XP Instantly. Your PC Will...
www.PcErrorCleaner.com

**Citizenship Application**
Apply for U.S. Citizenship.
Instructions, Forms and Fees.
USimmigrationSupport.Org

About these links

« Back to Search Results    Archive    Report spam    Delete    Move to Inbox    Labels    More actions    ‹ Newer 9 of 13 Older ›

Use filters to manage your incoming messages. Learn more
You are currently using 1644 MB (22%) of your 7339 MB.
Last account activity: 6 hours ago at this IP (24.99.142.200). Details
Gmail view: standard | turn off chat | basic HTML  Learn more
©2009 Google - Terms - Privacy Policy - Google Home

**Gmail**  Calendar  Documents  Photos  Reader  Sites  Web  more ▼     amirjames9@gmail.com | Settings | Older version | Help | Sign out

chris      Search Mail    Search the Web    Show search options / Create a filter

Compose Mail

United States Citizenship - www.ImmigrationDirect.com/USCitizen - Fill Out Required Forms Online Here And Get The Help Sponsored Link  < >

Inbox (660)
Starred
Chats
Sent Mail
Drafts (12)
All Mail
Spam (55)
Trash

Contacts

Chat
--------
Search, add, or invite

Amir James
Set status here

:Jaame:(R):(c)(tm)∞ :El:(l
Deborah Smith
dentutre
alleyeseein
Fatima Hassan
Juanchella kemp
justmefadun
Legal Support
mcwarllc
Nilson Martinez

Options    Add Contact

Labels
       Edit labels

Invite a friend
Give Gmail to:

Send Invite  50 left

Preview Invite

« Back to Search Results   Archive  Report spam  Delete   Move to Inbox   Labels   More actions       ‹ Newer 10 of 13 Older ›

### Malachi Z. York(c)™, Liberain Citizenship Documents

from  Amir James <amirjames9@gmail.com>       hide details 12/22/08    Reply
to    chris.synsvoll@usdoj.gov
date  Mon, Dec 22, 2008 at 1:30 PM
subject  Malachi Z. York(c)™, Liberain Citizenship Documents
mailed-by  gmail.com

Chris,

I appreciate your time and your timely response in this matter. I have attached the following documents:

Notary Verification
Declaration of Intention from the Republic of Liberia
Certificate of Citizenship from the Judicial Branch of Liberia Montserrado County
Diplomatic Appointment letter from former President Dr. Charles Ghankay Taylor
Letter from Garland, Samuel, & Loeb P.C. Malachi Z.York©™'s Attorney of record during the original trial requesting for a International Prisoner Transfer under 81 U.S.C. § 4100

Malachi Z. York©™ is not a citizen pursuant to 8 U.S.C.§ 1481

Please review and feel free to contact me if you have any questions, we look forward to a timely discharge preferably before Christmas Day (72 Hours)

--
Amir James
404.808.1383

Reply    Forward

[ ]

« Back to Search Results   Archive  Report spam  Delete   Move to Inbox   Labels   More actions       ‹ Newer 10 of 13 Older ›

New window
Print all
Turn off highlighting

Sponsored Links

**Italian Dual Citizenship**
Complete Services, Great Prices
Expert Guidance,Call 1-888-604-1970
www.icapbridging2worlds.com

**Need A US Passport?**
Get Your Passport In 24 Hours With
Our Easy & Secure Process. Call Us!
www.RushMyPassport.com

**Immigration experts**
Expert Visa Advice & Information.
Secure your Visa Today
www.GlobalVisas.com

**Dutch Immigration Lawyer**
Work Residence Permits Netherlands
Dutch Immigration in Plain English
www.expatlaw.nl

**Live & Invest Overseas**
Free Report 44 Things You Must Know
Taxes, Residency, Health Insurance
www.LiveandInvestOverseas.com

About these links

See whether the messages you receive were sent to a mailing list or sent only to you.  Learn more

You are currently using 1644 MB (22%) of your 7339 MB.

Last account activity: 6 hours ago at this IP (24.99.142.200).  Details
Gmail view: standard | turn off chat | basic HTML  Learn more

©2009 Google - Terms - Privacy Policy - Google Home

# EVIDENCE OF SERVICE

True unaltered copy of receipt for
- ☐ United States Certified Mail
- ☐ United States Express Mail
- ☐ United States Registered Mail
- ☐ Fax Service
- ☐ Return Receipt Requested
- ☐ Postal Service receipt for currency
- ☐ Firsthand [De]Livery
- ■ U.S. Mail Service

# NOTICES REGARDING PETITIONS FOR PROTECTION ORDER, AND KNOWLEDGE FOR JUDICIAL NOTICE, PURSUANT TO 42 U.S.C. 1986, and 1983:

State of Georgia       )
                       ) ss.:       **COPY CERTIFICATION**
County of Fulton       )

On this 23rd day of June, 2009, for the purpose of verification, I, the undersigned Notary Public, being commissioned in the County and State noted above, do certify that this is a true and correct copy which I made of the original document(s).

WITNESS my hand and official seal.

_____         _4/24/09_
NOTARY PUBLIC                      DATE

My commission expires: _12-27_, 2009    (Stamp)

(Seal: BARRY M. HAMILTON, NOTARY PUBLIC, FULTON COUNTY, STATE OF GEORGIA, MY COMMISSION EXPIRES 12/27/09)