c/o : P.O. Box 181398
Denver, Colorado
80218

*ATTENTION: CLERK OF COURT
GREGORY LEONARD
To: UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT
OF GEORGIA
475 MULBERRY ST.
MACON, GA 31202



U.S. POSTAGE PAID
SNELLVILLE, GA 30039
JUN 25 '09
AMOUNT $1.39
0010117708