Dwight York (misnomer) 17911-054
H.E. Rev. Dr. Malachi Kobina York ©T.M 33°/720°
U.S. Penitentiary ADMAX
P.O. Box 8500
Florence, CO 81226-8500

CERTIFIED MAIL

7009 0080 0000 6431 9298

U.S. POSTAGE PAID
COLORADO SPRING, CO
80910
JUL 02, 09
AMOUNT
$5.04
00099823-09

Attn: Clerk Of Court Gregory Leonard
Untied States District Court
For the Middle District of Georgia
Macon Division 31202

RECEIVED
CLERKS OFFICE
2009 JUL -7 AM 8:39
U.S. DISTRICT COURT
MIDDLE DIST. OF GEORGIA
MACON, GEORGIA

first class