RECEIVED
CLERK'S OFFICE
2009 JUL 20 AM 8:38
U.S. DISTRICT COURT
MIDDLE DIST. OF GEORGIA
MACON, GEORGIA

**AFFIDAVIT OF FACT**
NOTICE TO PRINCIPAL IS NOTICE TO AGENT(S)
NOTICE TO AGENT(S) IS NOTICE TO PRINCIPAL

Noncombatant, Friend of the Court, without Ill-Intent;

I, Malachi York due hereby give Judicial Notice by 'Special Appearance' to the United States District Court For the Middle District Of Georgia, Its' AGENTS / HEIRS, liaisons, Attorney General, U.S. Attorneys, for and on the record, regarding the following, nor any of the Judiciary, nor its Agents/Heirs within any associated state;

1. Let the record show, I have no appointed Legal Counsel within the states of Georgia, Colorado, nor any other states within the scope of the United States of America representing me, in lieu of any assumed, presumed, or formed opinions;

   <u>Relieved Cousel</u>

   A. Adrian L. Patrick
      1044 Baxter Street
      Athens, GA 30601
      706-546-6631
      Email: patr1036@comcast.net
      LEAD ATTORNEY
      ATTORNEY TO BE NOTICED
      Designation: Relieved / Fired

   B. Benjamin A. Davis, II
      1201 Peachtree Street
      400 Colony Square, Suite 200
      Atlanta, GA 30361
      404-233-0120
      Fax: 404-870-9005
      Email: davislawfirm@msn.com
      TERMINATED: 05/10/2004
      LEAD ATTORNEY
      ATTORNEY TO BE NOTICED
      Designation: Relieved / Fired

   C. Edward T.M. Garland
      3151 Maple Drive, N.E.
      Atlanta, GA 30305
      404-262-2225
      Email: etg@gsllaw.com
      TERMINATED: 05/10/2004
      LEAD ATTORNEY
      ATTORNEY TO BE NOTICED
      Designation: Relived /Fired

   D. Frank A. Rubino
      2601 S. Bayshore Drive
      Suite 1400
      Coconut Grove, FL 33133
      305-858-5300

TERMINATED: 05/10/2004
LEAD ATTORNEY
ATTORNEY TO BE NOTICED
Designation: Relived /Fired

E. Gregory L. Lattimer
Suite 920
1100 H Street, N.W.
Washington , DC 20005
202-638-0095
Fax: 202-638-0091
Email: lattlaw@aol.com
LEAD ATTORNEY
ATTORNEY TO BE NOTICED
Designation: Relived /Fired

F. Harry Jean Charles
P.O. Box 95
Jonesboro , GA 30237
678-665-7257
Fax: FAX 678-216-1577
LEAD ATTORNEY
ATTORNEY TO BE NOTICED
Designation: Relived /Fired

G. Jonathan Marks
220 Fifth Avenue, Third Floor
New York , NY 10001
212-545-8008
Fax: 212-889-3595
LEAD ATTORNEY
PRO HAC VICE
ATTORNEY TO BE NOTICED
Designation: Relived /Fired

H. Leroy R. Johnson
3915 Cascade Road, S.W.
Promenade Park, Suite 260
Atlanta , GA 30331
404-691-1069
Email: leroyrjohnson@bellsouth.net
TERMINATED: 06/07/2002
LEAD ATTORNEY
ATTORNEY TO BE NOTICED
Designation: Relived /Fired

I. Malik Shabazz
1250 Connecticut Avenue, N.W.
Washington , DC 20036
202-408-7021
Email: shabazzlaw@aol.com
LEAD ATTORNEY
ATTORNEY TO BE NOTICED
Designation: Relived /Fired

J. Manubir S. Arora
3151 Maple Drive, N.E.

Atlanta, GA 30305
404-262-2225
TERMINATED: 05/10/2004
LEAD ATTORNEY
ATTORNEY TO BE NOTICED
Designation: Relived /Fired

K. Leta Holden
1330 Leyden St, #145
Denver, CO
303-321-1993
lholden@holdenlaw.org
TERMINATED:
LEAD ATTORNEY
ATTORNEY TO BE NOTICED
Designation: Relived /Fired

2. I due hereby rescind appointments of Power Of Attorney I've previously Granted to those I've appointed it, for and on the record, with the exception of Elizabeth York Westbrook, until further notice;

3. I, Malachi York due hereby quest for the United States Middle District Court For the Middle District of Georgia, its Agents or Heirs by this request, bring forth its *alleged* Claimant(s) in the case file matter 5:02-CR-27-HL-CAR-GMF or damaged Party(ies) for which remedy can be granted, or vacate this matter immediately, hence this 14th day in the month: July in the year: 2009, upon the Clerk of Court's dated notice for and on the record, in accordance with the court's due process;

4. Let the record show that no one in this courtroom has a claim against me, Acting as agents for the state of Georgia;

5. Let the record show that there is no contract between myself and the state of Georgia requiring any performance;
*(see my rescinded signature / Response to the Report and Recommendation)*

6. Whereas, let the record show that our business is concluded, wherein, I expect for the United States District Court For The Middle District of Georgia immediately sign an 'order to dismiss' and I've provided Intent to reclaim my associated tribes Property, specifically, all associated paraphernalia on all affiliated Search Warrants, and Receipts issued by State and Federal Government, including church and Tribal associated Property (476 Acres) at the unlawfully seized location: 404 Shady Dale Road, Putnam County, Georgia, and I will arrest the Bond of any party that interferes;

Respectfully,

Malachi York
Nonresident / Non-Domestic
First Class, Delivery
c/o P.O. Box 181398
Denver, Colorado
80218

Case 5:02-cr-00027-CAR-CHW    Document 443    Filed 07/20/09    Page 4 of 4