Dwight York (misnomer) 17911-054
H.E. Rev. Dr. Malachi Kobina York ©T.M 33°/720°
U.S. Penitentiary ADMAX
P.O. Box 8500
Florence, CO  81226-8500



CERTIFIED MAIL
7009 0080 0000 6429 1013



U.S. POSTAGE PAID
COLORADO SPRING, C
80910
JUL 15, '09
AMOUNT
$3.85
00031376-18

Attn: Clerk Of Court Gregory Leonard
Untied States District Court
For the Middle District of Georgia
Macon Division 31202