## AFFIDAVIT OF FACT
NOTICE TO PRINCIPAL IS NOTICE TO AGENT(S)
NOTICE TO AGENT(S) IS NOTICE TO PRINCIPAL

Non-Combatant, Friend of the Court, without Ill-Intent;

I, Malachi York due hereby give Judicial Notice by 'Special Appearance' to the United States District Court For the Middle District Of Georgia, Its' AGENTS / HEIRS, liaisons, Attorney General, U.S. Attorneys, for and on the record, regarding the following, nor any of the Judiciary, nor its Agents/Heirs within any associated state;

1. Let the record show, I have no appointed Legal Counsel within the states of Georgia, Colorado, nor any other states within the scope of the United States of America representing me, in lieu of any assumed, presumed, or formed opinions;

   **Relieved Cousel**

   A. Adrian L. Patrick
      1044 Baxter Street
      Athens , GA 30601
      706-546-6631
      Email: patr1036@comcast.net
      LEAD ATTORNEY
      ATTORNEY TO BE NOTICED
      Designation: Relieved / Fired

   B. Benjamin A. Davis , II
      1201 Peachtree Street
      400 Colony Square, Suite 200
      Atlanta , GA 30361
      404-233-0120
      Fax: 404-870-9005
      Email: davislawfirm@msn.com
      TERMINATED: 05/10/2004
      LEAD ATTORNEY
      ATTORNEY TO BE NOTICED
      Designation: Relieved / Fired

   C. Edward T.M. Garland
      3151 Maple Drive, N.E.
      Atlanta , GA 30305
      404-262-2225
      Email: etg@gsllaw.com
      TERMINATED: 05/10/2004
      LEAD ATTORNEY
      ATTORNEY TO BE NOTICED
      Designation: Relived /Fired

   D. Frank A. Rubino
      2601 S. Bayshore Drive
      Suite 1400
      Coconut Grove , FL 33133
      305-858-5300

      TERMINATED: 05/10/2004
      LEAD ATTORNEY
      ATTORNEY TO BE NOTICED
      Designation: Relived /Fired

E. Gregory L. Lattimer
   Suite 920
   1100 H Street, N.W.
   Washington , DC 20005
   202-638-0095
   Fax: 202-638-0091
   Email: lattlaw@aol.com
   LEAD ATTORNEY
   ATTORNEY TO BE NOTICED
   Designation: Relived /Fired

F. Harry Jean Charles
   P.O. Box 95
   Jonesboro , GA 30237
   678-665-7257
   Fax: FAX 678-216-1577
   LEAD ATTORNEY
   ATTORNEY TO BE NOTICED
   Designation: Relived /Fired

G. Jonathan Marks
   220 Fifth Avenue, Third Floor
   New York , NY 10001
   212-545-8008
   Fax: 212-889-3595
   LEAD ATTORNEY
   PRO HAC VICE
   ATTORNEY TO BE NOTICED
   Designation: Relived /Fired

H. Leroy R. Johnson
   3915 Cascade Road, S.W.
   Promenade Park, Suite 260
   Atlanta , GA 30331
   404-691-1069
   Email: leroyrjohnson@bellsouth.net
   TERMINATED: 06/07/2002
   LEAD ATTORNEY
   ATTORNEY TO BE NOTICED
   Designation: Relived /Fired

I. Malik Shabazz
   1250 Connecticut Avenue, N.W.
   Washington , DC 20036
   202-408-7021
   Email: shabazzlaw@aol.com
   LEAD ATTORNEY
   ATTORNEY TO BE NOTICED
   Designation: Relived /Fired

J. Manubir S. Arora
   3151 Maple Drive, N.E.

       Atlanta , GA 30305
       404-262-2225
       TERMINATED: 05/10/2004
       LEAD ATTORNEY
       ATTORNEY TO BE NOTICED
       Designation: Relived /Fired

K. Leta Holden
    1330 Leyden St, #145
    Denver, CO
    303-321-1993
    lholden@holdenlaw.org
    TERMINATED:
    LEAD ATTORNEY
    ATTORNEY TO BE NOTICED
    Designation: Relived /Fired

2. I due hereby rescind appointments of Power Of Attorney I've previously Granted to those I've appointed it, for and on the record, with the exception of Elizabeth York Westbrook, until further notice;

3. I, Malachi York due hereby quest for the United States Middle District Court For the Middle District of Georgia, its Agents or Heirs by this request, bring forth its *alleged* Claimant(s) in the case file matter 5:02-CR-27-HL-CAR-GMF or damaged Party(ies) for which remedy can be granted, or vacate this matter immediately, hence this 14th day in the month: July in the year: 2009, upon the Clerk of Court's dated notice for and on the record, in accordance with the court's due process;

4. Let the record show that no one in this courtroom has a claim against me, Acting as agents for the state of Georgia;

5. Let the record show that there is no contract between myself and the state of Georgia requiring any performance;
*(see my rescinded signature / Response to the Report and Recommendation)*

6. Whereas, let the record show that our business is concluded, wherein, I expect for the United States District Court For The Middle District of Georgia immediately sign an 'order to dismiss' and I've provided Intent to reclaim my associated tribes Property, specifically, all associated paraphernalia on all affiliated Search Warrants, and Receipts issued by State and Federal Government, including church and Tribal associated Property (476 Acres) at the unlawfully seized location: 404 Shady Dale Road, Putnam County, Georgia, and I will arrest the Bond of any party that interferes;

                Respectfully,

                *[signature]*

                Malachi York
             Nonresident / Non-Domestic
               First Class, Delivery
              c/o P.O. Box 181398
               Denver, Colorado
                   80218