Dwight York (misnomer) 17911-054
H.E. Rev. Dr. Malachi Kobina York ©T.M 33°/720°
U.S. Penitentiary ADMAX
P.O. Box 8500
Florence, CO  81226-8500



CERTIFIED MAIL

7009 0080 0000 6428 9201

 

U.S. POSTAGE
PAID
COLORADO SPRING.C
80910
JUL 16, '09
AMOUNT
$1.05

 

U.S. POSTAGE
PAID
COLORADO SPRING.C
80910
JUL 16, '09
AMOUNT
$2.80



FIRST CLASS

Attn: Clerk Of Court Gregory Leonard
Untied States District Court
For the Middle District of Georgia
Macon Division 31202