```
              IN THE UNITED STATES DISTRICT COURT
             FOR THE MIDDLE DISTRICT OF GEORGIA
                       MACON DIVISION
```

DWIGHT D. YORK,                        *

    Petitioner                 *
                                        Case No. 5:02-CR-27-001 (CAR)
vs.                                    *

UNITED STATES OF AMERICA,              *

    Respondent                 *

### J U D G M E N T

Pursuant to this Court's Order dated July 29, 2009, and for the reasons stated therein, JUDGMENT is hereby entered in favor of Respondent.

This 29th day of July, 2009.

                                    Gregory J. Leonard, Clerk

                                    s/ Amy N. Stapleton
                                    Deputy Clerk