IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA-MACON DIVISION

MALACHI Z. YORK-EL©™,
misnomer DWIGHT YORK©™,

CASE NO. 5:07-CV-90001-CAR
Article 1 Section 9
Constitutional Habeas Corpus
CASE NO. 5:02-CR-27-CAR

Noble: Malachi York El:©™

    **Plaintiff / Creditor**

**V.**

UNITED STATES OF AMERICA, AGENTS/HEIRS

    **Defendants**

---

### NOTICE OF APPEAL

---

Notice is hereby given that I, **Malachi York El:©™**, A/K/A H.E. Dr Malachi Z. York-EL©™, A/K/A Issa Al haadi Al Mahdi, A/K/A Dr. Malachi Kobina York, misnomered DWIGHT D. YORK et, al.; **All rights reserved**, in honor Secured Party, Superior Lien Creditor, Liberian Diplomat D/P #003828-04, Owner in fact, Holder in due course (*Pro Per*) **IN** the above named case, 5:02-CR-00027-CAR "et al" hereby appeal to the United States Court of Appeals for the Eleventh Circuit from the Orders and Judgment of the United States District Court for the Middle District of Georgia Macon Division. Specifically I appeal the following:

1. The July 29th Order denying MOTION for Writ of Habeas Corpus ad testificandum, Docket # 380

2. The July 29th Order denying MOTION to Vacate under 28 U.S.C. 2255, Docket # 382

3. The July 29th Order denying AMENDED MOTION Amending [382] MOTION to Vacate under 28 U.S.C. 2255, Docket # 384

4. The July 29th Order denying MOTION Special Appearance Evidence Hearing, Docket# 413

5. The July 29th Order denying [420] MOTION for Writ of Habeas Corpus for Indigneous Peoples (Pro Per), Docket #: 420

6. The July 29th Order denying [422] MOTION for Relief by Recantations of Alleged Victims Pursuant to Your 28 USC § 2255, Docket #: 422

7. The July 29th Order denying [423] MOTION by Judicial Notice for Evidenced Judicial Misconduct, Docket#: 423

8. The July 29th Order denying [426] MOTION to Vacate filed, Docket #: 426

9. The July 29th Order denying [427] MOTION by Evidence for Mandatory Judicial Notice in Lieu of Misnomer Dwight York a/k/a Dwight Totten, Docket #: 427

10. The July 29th Order denying [440] MOTION in the Nature of a Motion to the Court for Knowledge, Docket#: 440

11. The July 29th Order denying [442] MOTION to Vacate under 28 U.S.C. 2255, Docket#: 442

12. The July 29th Order denying [444] Petition To Correct Docket #: 442, Docket #: 444

13. The Judgment entered July 30th, 2009

          Respectfully Submitted,

            Respectfully,

            *[signature]*

c/o: DWIGHT YORK (TRUST), MALACHI YORK (TRUST),

and EL,MALACHI Z. YORK,CESTUI QUE TRUST

Nonresident / Non-Domestic

First Class, Delivery

1541 Marion St in the City of Denver, Colorado 80218