Dwight York (misnomer)
H.E. Rev. Dr. Malachi Kobina York ©T.M 33°/720°
U.S. Penitentiary ADMAX
P.O. Box 8500
Florence, CO 81226-8500

**CERTIFIED MAIL**™

7009 0080 0000 6428 4107

U.S. POSTAGE
PAID
COLORADO SPRING, CO
80910
AUG 07, 09
AMOUNT
$7.75
00016783-06

1006   31202

Attn: Clerk Of Court Gregory Leonard
Untied States District Court
For the Middle District of Georgia
Macon Division 31202

**PRIORITY MAIL®**
UNITED STATES POSTAL SERVICE
Visit us at usps.com
Label 106A, May 2008
This product is for use with Priority Mail® shipments. Misuse may be a violation of federal law. This tape is not for resale.