**PLEASE RETURN TO:**

|  |  |  |
|---|---|---|
| GREGORY J. LEONARD, Clerk<br>Telephone: (478) 752-3497<br>Facsimile:  (478) 752-3496 | UNITED STATES DISTRICT COURT<br>OFFICE OF THE CLERK<br>MIDDLE DISTRICT OF GEORGIA<br>475 MULBERRY STREET<br>P.O. BOX 128<br>MACON, GEORGIA 31202-0128 | OFFICES<br>ALBANY 31701<br>ATHENS 30601<br>COLUMBUS 31902<br>MACON 31202<br>VALDOSTA 31601 |

August 11, 2009

Clerk, U.S. Court of Appeals–Eleventh Circuit        USDC No. 5:02-CR-27 (CAR)
56 Forsyth Street, N.W.                              USCA No.
Atlanta, GA 30303

In Re:    USA v Dwight D. York

Dear Clerk:

Enclosed are documents regarding an appeal in this matter.  Please acknowledge receipt on the enclosed copy of this letter.

- ☒ Certified copy of notice of appeal, docket entries, judgment, and opinion/order appealed from, enclosed.  If opinion/order was oral, please check box.  ☐

- ☒ First Notice of Appeal:  ☐ Yes        ☒ No Date(s) of other notices: 05/07/04 & 07/27/04

- ☐ Certified record on appeal consisting of:

    ___ Volume(s) of pleadings, ___ Volume(s) of transcripts;
    ___ Volume(s) of exhibits/depositions; Other_____.
    ___ Volume(s) of supplemental pleadings; ___Volume(s) of supplemental transcripts

- ☒ There was no hearing from which a transcript can be made.

- ☐ Copy of CJA form appointing counsel.

- ☐ The following materials were SEALED in this court (order enclosed).

- ☒ The appellate docket fee has been paid:  ☐ Yes      ☒ No
    Date Paid:

- ☐ An appeal bond has been posted  ☐ Cost Bond ☐ Supersedeas Bond

- ☒ The judge appealed from is Judge C. Ashley Royal

- ☐ The court reporter is

- ☐ This is an appeal of a bankruptcy order.  Bankruptcy order appealed from and a copy of bankruptcy docket enclosed.  Bankruptcy Judge is

- ☐ This is a DEATH PENALTY appeal.

Sincerely,

Gregory J. Leonard, Clerk

S/ Amy N. Stapleton
Deputy Clerk