**PLEASE RETURN TO:**

GREGORY J. LEONARD, Clerk
Telephone: (478) 752-3497
Facsimile: (478) 752-3496

UNITED STATES DISTRICT COURT
OFFICE OF THE CLERK
MIDDLE DISTRICT OF GEORGIA
475 MULBERRY STREET
P.O. BOX 128
MACON, GEORGIA 31202-0128

OFFICES
ALBANY 31701
ATHENS 30601
COLUMBUS 31902
MACON 31202
VALDOSTA 31601

August 11, 2009

Clerk, U.S. Court of Appeals–Eleventh Circuit
56 Forsyth Street, N.W.
Atlanta, GA 30303

USDC No. 5:02-CR-27-(CAR)
USCA No. 09-14085G

In Re: <u>USA v Dwight D. York</u>

Dear Clerk:

Enclosed are documents regarding an appeal in this matter. Please acknowledge receipt on the enclosed copy of this letter.

- ☒ Certified copy of notice of appeal, docket entries, judgment, and opinion/order appealed from, enclosed. If opinion/order was oral, please check box.☐

- ☒ First Notice of Appeal: ☐ Yes    ☒ No Date(s) of other notices: 05/07/04 & 07/27/04

- ☐ Certified record on appeal consisting of:

    ___ Volume(s) of pleadings, ___ Volume(s) of transcripts;
    ___ Volume(s) of exhibits/depositions; Other_____.
    ___ Volume(s) of supplemental pleadings; ___ Volume(s) of supplemental transcripts

- ☒ There was no hearing from which a transcript can be made.

- ☐ Copy of CJA form appointing counsel.

- ☐ The following materials were <u>SEALED</u> in this court (order enclosed).

- ☒ The appellate docket fee has been paid: ☐ Yes    ☒ No
    Date Paid:

- ☐ An appeal bond has been posted ☐ Cost Bond ☐ Supersedeas Bond

- ☒ The judge appealed from is Judge C. Ashley Royal

- ☐ The court reporter is

- ☐ This is an appeal of a bankruptcy order. Bankruptcy order appealed from and a copy of bankruptcy docket enclosed. Bankruptcy Judge is

- ☐ This is a DEATH PENALTY appeal.

Sincerely,

Gregory J. Leonard, Clerk

S/ Amy N. Stapleton
Deputy Clerk

# United States Court of Appeals
Eleventh Circuit
56 Forsyth Street, N.W.
Atlanta, Georgia 30303

Thomas K. Kahn
Clerk

For rules and forms visit
www.ca11.uscourts.gov

August 14, 2009

Dwight D. York (17911-054)
ADX Florence
PO BOX 8500
FLORENCE CO 81226-8500

**Appeal Number: 09-14085-G**
Case Style: Dwight D. York v. USA
District Court Number: 07-90001 CV-CAR-5
SECONDARY CASE NO: 02-00027 CR-CAR-1-5

The referenced case has been docketed in this court. Please use the appellate docket number noted above when making inquiries. Upon receipt of the district court's order concerning whether a certificate of appealability will be issued, we will advise you of further requirements.

Upon entry of an order regarding a certificate of appealability and/or leave to proceed in forma pauperis on appeal, the district court clerk is requested to forward a copy of that order and a copy of the page of the district court docket sheet reflecting entry of that order.

Attorneys who wish to participate in this appeal must be properly admitted either to the bar of this court or for this particular proceeding pursuant to 11th Cir R. 46-1, et seq. An attorney not yet properly admitted must file an appropriate application for admission within fourteen (14) days from this date. In addition, all attorneys (except court-appointed counsel) who wish to participate in this appeal must complete and return an appearance form within fourteen (14) days from this date. Application forms and appearance forms are available on the Internet at www.ca11.uscourts.gov. The clerk may not accept motions or other filings from an attorney until that attorney files an appearance form. See 11th Cir. R. 46-5.

Pursuant to Eleventh Circuit Rule 42-1(b) appellant is hereby notified that upon expiration of fourteen (14) days from this date, this appeal will be dismissed without further notice by the clerk unless the $450 docket and $5 filing fees (total of $455) is paid to the **DISTRICT COURT** clerk, with notice to this office, or appellant requests leave to proceed in forma pauperis on appeal in the district court [See Fed.R.App.P 24(a)]. A form which may be filed in the district court to accomplish this is enclosed.

Sincerely,

THOMAS K. KAHN, Clerk

Reply To: Walter Pollard (404) 335-6186

c: District Court Clerk

Encl.

HAB-1 (11-2007)

RECEIVED
CLERK'S OFFICE

2009 AUG 17  AM 8: 49

U.S. DISTRICT COURT
MIDDLE DIST. OF GEORGIA
MACON, GEORGIA

Gregory J. Leonard
Clerk, U.S. District Court
475 MULBERRY ST STE 216
MACON GA 31201-3385

August 14, 2009

**Appeal Number: 09-14085-G**
Case Style: Dwight D. York v. USA
District Court Number: 07-90001 CV-CAR-5

TO:   Dwight D. York (17911-054)

CC:   Gregory J. Leonard

CC:   Richard S. Moultrie, Jr.

CC:   Stephanie Thacker

CC:   Verda M. Colvin

CC:   Dean S. Daskal

CC:   Administrative File