IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
MACON DIVISION

| | | |
|---|---|---|
| DWIGHT D. YORK, | : | |
| Petitioner | : | |
| VS. | : | CASE NO. 5:07-CV-90001 (CAR) |
| | : | 28 U.S.C. § 2255 |
| UNITED STATES OF AMERICA, | : | |
| | : | CASE NO. 5:02-CR-27 (CAR) |
| Respondent | : | |

**ORDER**

Before the Court is petitioner **DWIGHT D. YORK'S** notice of appeal (R. at 448) from the Court's Order that adopted the United States Magistrate Judge's recommendation that petitioner's 28 U.S.C. § 2255 petition be denied. (R. at 406, 445, 447). The Eleventh Circuit Court of Appeals has mandated that the Court construe petitioner's notice of appeal as an application for a certificate of appealability ("COA") pursuant to 28 U.S.C. § 2253(c). *Edwards v. United States*, 114 F.3d 1083 (11th Cir. 1997).

Under §2253(c), a COA may issue only if the applicant has made a substantial showing of the denial of a constitutional right. To make such a showing, a petitioner "must demonstrate that reasonable jurists would find the district court's assessment of the constitutional claims debatable or wrong," *Tennard v. Dretke*, 542 U.S. 274, 282 (2004) (quoting *Slack v. McDaniel*, 529 U.S. 473, 484 (2000)), or that "the issues presented were 'adequate to deserve encouragement to proceed further'." *Miller-El v. Cockrell*, 537 U.S. 322, 335-36 (2003) (quoting *Barefoot v. Estelle*, 463 U.S. 880, 893 n.4 (1983)). Petitioner has not made such a showing.

Accordingly, the application for a COA is **DENIED**.

**SO ORDERED**, this 19th day of August, 2009.

S/ C. Ashley Royal
C. ASHLEY ROYAL
UNITED STATES DISTRICT JUDGE