```
          U.S. District Court
        Middle District of Georgia
    475 Mulberry St., Macon, GA  31201
             Macon Division

              YORK, DWIGHT
              P.O. BOX 181398
             DENVER, CO  80218


    # 532531   ans    8/21/2009 @  9:46
    ------------------------------------
    Money Order
                              105.00
    Fund:086900 Cs:5:02-CR-00027-1
    USA V. DWIGHT YORK - MAIL
    APPEAL FEE - MO #17254306372 & 416


    Money Order
                              150.00
    Fund:510000 Cs:5:02-CR-00027-1
    CIVIL FILING FEES


    Money Order
                              200.00
    Fund:086400 Cs:5:02-CR-00027-1
    Filing Fee
    ------------------------------------
    Total                     455.00
    Tendered                  455.00
```