# United States Court of Appeals
Eleventh Circuit
56 Forsyth Street, N.W.
Atlanta, Georgia 30303

Thomas K. Kahn
Clerk

For rules and forms visit
www.ca11.uscourts.gov

*RECEIVED CLERK'S OFFICE 2009 AUG 26 PM 3:37 US DISTRICT COURT M. DIST. OF GEORGIA MACON, GEORGIA*

August 25, 2009

Dwight D. York (17911-054)
ADX Florence
PO BOX 8500
FLORENCE CO 81226-8500

**Appeal Number: 09-14085-G**
Case Style: Dwight D. York v. USA
District Court Number: 07-90001 CV-CAR-5
SECONDARY CASE NO: 02-00027 CR-CAR-1-5

We have received a copy of the order of the district court declining to issue a certificate of appealability. Rule 22(b) of the Federal Rules of Appellate Procedure provides in part:

> If the district judge has denied the certificate, the applicant may request a circuit judge to issue the certificate. A request addressed to the court of appeals may be considered by a circuit judge or judges, as the court prescribes. If no express request for a certificate is filed, the notice of appeal constitutes a request addresssed to the judges of the court of appeals.

The notice of appeal will be treated as a request for a certificate of appealability unless appellant files such a request within fourteen (14) days from the date of this letter.

Sincerely,

THOMAS K. KAHN, Clerk

Reply To: Walter Pollard (404) 335-6186

c: District Court Clerk

HAB-3 (04-2005)

RECEIVED
CLERK'S OFFICE

2009 AUG 26 PM 3: 37

U.S. DISTRICT COURT
MIDDLE DIST. OF GEORGIA
MACON, GEORGIA

Gregory J. Leonard
Clerk, U.S. District Court
475 MULBERRY ST STE 216
MACON GA 31201-3385

August 25, 2009

**Appeal Number: 09-14085-G**
Case Style: Dwight D. York v. USA
District Court Number: 07-90001 CV-CAR-5

TO:   Dwight D. York (17911-054)

CC:   Verda M. Colvin

CC:   Gregory J. Leonard

CC:   Richard S. Moultrie, Jr.

CC:   Stephanie Thacker

CC:   Dean S. Daskal

CC:   Administrative File