# United States Court of Appeals

Eleventh Circuit
56 Forsyth Street, N.W.
Atlanta, Georgia  30303

**Thomas K. Kahn**
Clerk

RECEIVED
CLERK'S OFFICE

2009 AUG 31  For rules and forms visit
AM 0 37      www.ca11.uscourts.gov

U.S DISTRICT COURT
MIDDLE DIST. OF GEORGIA
MACON, GEORGIA

August 27, 2009

Gregory J. Leonard
Clerk, U.S. District Court
475 MULBERRY ST STE 216
MACON  GA  31201-3385

**Appeal Number: 09-14085-G**
Case Style: Dwight D. York v. USA
District Court Number:  07-90001 CV-CAR-5
SECONDARY CASE NO: 02-00027 CR-CAR-1-5

Please forward the original papers filed in your court together with any documentary exhibits and an updated copy of your docket entries for use by this court in ruling on a motion filed by the appellant.  This material will be returned when the motion has been determined.

Sincerely,

THOMAS K. KAHN, Clerk

Reply To: Walter Pollard (404) 335-6186

Encl.

CLK-1 (03-2004)

RECEIVED
CLERK'S OFFICE

2009 AUG 31   AM 8: 37

U.S. DISTRICT COURT
MIDDLE DIST. OF GEORGIA
MACON, GEORGIA

Gregory J. Leonard
Clerk, U.S. District Court
475 MULBERRY ST STE 216
MACON  GA  31201-3385

---

August 27, 2009

**Appeal Number: 09-14085-G**
Case Style: Dwight D. York v. USA
District Court Number:  07-90001 CV-CAR-5

TO:    Gregory J. Leonard

CC:    Administrative File