**UNITED STATES DISTRICT COURT**
OFFICE OF THE CLERK
MIDDLE DISTRICT OF GEORGIA
475 MULBERRY STREET
P.O. BOX 128
MACON, GEORGIA 31202-0128

OFFICES
ALBANY 31701
ATHENS 30601
COLUMBUS 31902
MACON 31202
VALDOSTA 31601

GREGORY J. LEONARD, Clerk
Telephone: (478) 752-3497
Facsimile:  (478) 752-3496

December 16, 2009

Clerk, U.S. Court of Appeals
Eleventh Circuit
56 Forsyth Street, N.W.
Atlanta, GA 30303

> Re:   USCA # 09-14085-G
>         USDC # 5:02-CR-27 (CAR)
>         USA v Dwight D. York

Per your request, enclosed please find 4 BOXES OF ORIGINAL PAPERS with regard to the above-captioned case.

Sincerely,

Gregory J. Leonard, Clerk

S/ Amy N. Stapleton
Deputy Clerk

cc: Attorneys of Record