RECEIVED
FEB 1 5 2010
JUDGE ROYAL

## Unity Washitaw Nation Mu'ur
*Declaration and Notification of reservation of rights UCC 1-308*UCC 1-207*

**PUBLIC NOTICE**

*Affidavit :*

Noble Chief Qadir El Bey
POBox 265
New Rochelle, New York
Republic [10802] pz

*Notice to Agents is Notice to Principles***Notice to Principles is Notice to Agents*

**THIS IS A PUBLIC COMMUNICATION TO ALL with ALL rights reserved UCC 1-308**

Let it be known to all that I, *Qadir El Bey* explicitly reserves all of my rights within the guidelines of UCC 1-308 formally known UCC 1-207.   Attention and Warning !

NEW YORK STATE Legal Notice and Demand  Registered and recorded September 18, 2009 Registered Mail Number  RE 351 386 516 US  Contract in Admiralty Jurisdiction with the NEW YORK STATE SECRETARY OF STATE LORRAINE CORTES-VASQUEZ  duly and respectfully presented, notarized and Bronx Supreme Court sealed, authenticated legal notice Statute Staple Securities Instrument on and for the record without unlawful determinations.

I, *Qadir El Bey* , a Noble Chief  delegated thru the matriarchs of the Unity Washitaw Nation Mu'urs , Royal House of Tunica of the Washitaw de Dugdahmounda, claim diplomatic status, diplomatic immunity and will be granted the status and treatment of a foreign Sovereign, a foreign diplomat, by all  State, Federal and International Public and Customs officials with the "Rights of Travel", the right of liberty and free movement upon any common pathway of travel, via land , sea or air, without any officer, agent, employee, attorney, or judge that in any manner willfully causes adverse affects or damages upon *Qadir El Bey* by your act(s) under color of law with you, your officers, and employees as so stated in the Legal Notice and Demand with monetary liability in personal corporate capacity to be levied accordingly.

Affiant, *Qadir El Bey*, Noble Chief, sui juris, Unity Washitaw Nation Mu'ur, hereby affirm that the foregoing facts are scribed and recorded in contract, and in accordance with the best of Affiant's firsthand knowledge and conviction, such are true, correct, complete and not misleading, the truth, the whole truth, and nothing but the truth. *Vox emissa volat; litera scripta manet* {Words spoken vanish; the written one remains}

I ACCEPT the OATH of OFFICE of All officers of the Court including but not limited to the Clerk of the Court; All judges and attorneys from All agents of the "United States"or any sub division there of and that No Unlawful Determination will be expressed without documented, authorized DOA certified proof, on and for the record under Penalty of Perjury of this decree.

NEW YORK STATE
~~BRONX~~ COUNTY
New York

Notary Public _____

Commission Expires _____
RICHARD B. MINOR
Notary Public, State of New York
Reg. No. 04MI6147382
Qualified in New York County
Commission Expires June 15, 20___

Affiant
Autograph  *Qadir El Bey*

copy

## Unity Washitaw Nation Mu'ur
*Declaration and Notification of reservation of rights UCC 1-308*UCC 1-207*

**PUBLIC NOTICE**   Noble Chief Qadir El Bey
                    POBox 265
*Affidavit :*       New Rochelle, New York
                    Republic [10802] pz

*Notice to Agents is Notice to Principles***Notice to Principles is Notice to Agents*

**THIS IS A PUBLIC COMMUNICATION TO ALL with ALL rights reserved UCC 1-308**

Let it be known to all that I, *Qadir El Bey* explicitly reserves all of my rights within the guidelines of UCC 1-308 formally known UCC 1-207.   Attention and Warning !

NEW YORK STATE Legal Notice and Demand Registered and recorded September 18, 2009 Registered Mail Number RE 351 386 516 US Contract in Admiralty Jurisdiction with the NEW YORK STATE SECRETARY OF STATE LORRAINE CORTES-VASQUEZ duly and respectfully presented, notarized and Bronx Supreme Court sealed, authenticated legal notice Statute Staple Securities Instrument on and for the record without unlawful determinations.

I, *Qadir El Bey*, a Noble Chief delegated thru the matriarchs of the Unity Washitaw Nation Mu'urs, Royal House of Tunica of the Washitaw de Dugdahmounda, claim diplomatic status, diplomatic immunity and will be granted the status and treatment of a foreign Sovereign, a foreign diplomat, by all State, Federal and International Public and Customs officials with the "Rights of Travel", the right of liberty and free movement upon any common pathway of travel, via land, sea or air, without any officer, agent, employee, attorney, or judge that in any manner willfully causes adverse affects or damages upon *Qadir El Bey* by your act(s) under color of law with you, your officers, and employees as so stated in the Legal Notice and Demand with monetary liability in personal corporate capacity to be levied accordingly.

Affiant, *Qadir El Bey*, Noble Chief, sui juris, Unity Washitaw Nation Mu'ur, hereby affirm that the foregoing facts are scribed and recorded in contract, and in accordance with the best of Affiant's firsthand knowledge and conviction, such are true, correct, complete and not mis-

754667 Form 1

State of New York } ss.:
County of New York,

I, NORMAN GOODMAN, County Clerk and Clerk of the Supreme Court of the State of New York, in and for the County of New York, a Court of Record, having by law a seal, DO HEREBY CERTIFY pursuant to the Executive Law of the State of New York, that

Richard B. Minor

whose name is subscribed to the annexed affidavit, deposition, certificate of acknowledgment or proof, was at the time of taking the same a NOTARY PUBLIC in and for the State of New York duly commissioned, sworn and qualified to act as such; that pursuant to law, a commission or a certificate of his official character, with his autograph signature has been filed in my office; that at the time of taking such proof, acknowledgment or oath, he was duly authorized to take the same; that I am well acquainted with the handwriting of such NOTARY PUBLIC or have compared the signature on the annexed instrument with his autograph signature deposited in my office, and I believe that such signature is genuine.

IN WITNESS WHEREOF, I have hereunto set my hand affixed my official seal this

JAN 12 2010

FEE PAID $3.00

*County Clerk and Clerk of the Supreme Court, New York County*

COPY

limited to the
tes"or any sub
t documented,
v of this decree.

Case 5:02-cr-00027-CAR-CHW     Document 469     Filed 02/15/10     Page 4 of 4