Qadir El Bey
P. O. Box 265
New Rochelle, New York
Republic (10802) pz

WESTCHESTER NY 105
08 FEB 2010 PM 5 T



Chief Judge C. Ashley Royal
William A Bootle Federal Building
P.O. Box 128, 475 Mulberry Street
MACON, Georgia   31202

312024012A