# United States Court of Appeals

Eleventh Circuit
56 Forsyth Street, N.W.
Atlanta, Georgia 30303

**John Ley**
Clerk of the Court

RECEIVED CLERK'S OFFICE
2010 MAR -4 PM 3:28
U.S. DISTRICT COURT
MIDDLE DIST. OF GEORGIA
MACON, GEORGIA

For rules and forms visit
www.ca11.uscourts.gov

March 03, 2010

Gregory J. Leonard
Clerk, U.S. District Court
475 MULBERRY ST STE 216
MACON GA 31201-3385

**Appeal Number: 09-14085-G**
Case Style: Dwight D. York v. USA
District Court Number: 07-90001 CV-CAR-5
SECONDARY CASE NO: 02-00027 CR-CAR-1-5

The enclosed certified copy of this Court's order denying the application for a Certificate of Appealability is issued as the mandate of this court. See 11th Cir. R. 41-4. Counsel and pro se parties are advised that pursuant to 11th Cir. R. 27-2, "A motion to reconsider, vacate, or modify an order must be filed within 21 days of the entry of such order. No additional time shall be allowed for mailing."

Also enclosed is the record on appeal, which consists of:
 4 Large Boxes and 4 vols (1 SEALED)

The district court clerk is requested to acknowledge receipt on the copy of this letter enclosed to the clerk.

Sincerely,

John Ley, Clerk of Court

Reply To: Walter Pollard (404) 335-6186

Encl.

DIS-4 (4-2009)

RECEIVED
CLERK'S OFFICE

2010 MAR -4 PM 3:28

U.S. DISTRICT COURT
MIDDLE DIST. OF GEORGIA
MACON, GEORGIA

Gregory J. Leonard
Clerk, U.S. District Court
475 MULBERRY ST STE 216
MACON  GA  31201-3385

March 03, 2010

**Appeal Number: 09-14085-G**
Case Style: Dwight D. York v. USA
District Court Number:  07-90001 CV-CAR-5

TO:   Gregory J. Leonard

CC:   Dwight D. York (17911-054)

CC:   Verda M. Colvin

CC:   Richard S. Moultrie, Jr.

CC:   Stephanie Thacker

CC:   Dean S. Daskal

CC:   Administrative File

CC:   Administrative File

*4 Large Boxes*