IN THE UNITED STATES COURT OF APPEALS

FOR THE ELEVENTH CIRCUIT

_____

No. 09-14085 -G

_____

DWIGHT D. YORK,

                                                                 Plaintiff-Appellant,

versus

UNITED STATES OF AMERICA,

                                                                 Defendant-Appellee.

_____

Appeal from the United States District Court for the
Middle District of Georgia

_____

BY THE COURT:

Appellant's motion for an extension of time of 30 days including April 25, 2010 to file his motion for reconsideration and motion to un-seal records are DENIED.

_____
UNITED STATES CIRCUIT JUDGE