# United States Court of Appeals
Eleventh Circuit
56 Forsyth Street, N.W.
Atlanta, Georgia 30303

**John Ley**
Clerk of the Court

For rules and forms visit
www.ca11.uscourts.gov

April 01, 2010

MEMORANDUM TO COUNSEL OR PARTIES

**Appeal Number: 09-14085-G**
Case Style: Dwight D. York v. USA
District Court Number: 07-90001 CV-CAR-5 (02-00027 CR-CAR-1-5)

The following action has been taken in the referenced case:

The enclosed order has been ENTERED.

Sincerely,

John Ley, Clerk of Court

Reply To: Walter Pollard (404) 335-6186

MOT-2 (10-2009)



Gregory J. Leonard
Clerk, U.S. District Court
475 MULBERRY ST STE 216
MACON  GA  31201-3385

---

April 01, 2010

**Appeal Number: 09-14085-G**
Case Style: Dwight D. York v. USA
District Court Number:  07-90001  CV-CAR-5 (02-00027 CR-CAR-1-5)

CC:   Dwight D. York (17911-054)

CC:   Verda M. Colvin

CC:   Gregory J. Leonard

CC:   Richard S. Moultrie, Jr.

CC:   Stephanie Thacker

CC:   Dean S. Daskal

CC:   Administrative File