I, DonVito H. Long a non-party in the case of USA vs. Dwight D. York 5:02-CR-27 Am respectfully filing a "Motion For The Court To Order Redacted Trial Transcripts" in the case of USA vs. Dwight D. York 5:02-CR-27 so that I may obtain the Redacted Trial Transcripts for finalizing my book entitled "Judgment Day Of The False Messiah."

As a former follower of York and owner of much of York's dogma I have compiled a host of excerpts from York's own writings and lectures through out the years detailing York's methodology of subtle and artful suggestions of him being the "REAL MESSIAH" in the Apocalyptic Book of Revelation that would return on "JUDGMENT DAY" Thus the title, "JUDGMENT DAY Of The FALSE MESSIAH"

Respectfully submitted this 29th day of December, 2010 by:

_____
DonVito H Long
P.O. Box 44734 Detroit, Mi 48244
313-461-1500

RECEIVED
CLERK'S OFFICE
2011 JAN -5 AM 8:24
U.S. DISTRICT COURT
MIDDLE DIST. OF GEORGIA
MACON, GEORGIA