DonVito H. Long
P.O. BOX 44734
Detroit, Mi 48244



CERTIFIED MAIL™



7005 0390 0002 7796 7697

U.S. District Court Middle Georgia
P.O. BOX 128
MACON, GA 31202

METROPLEX MI 480

UNITED STATES
POSTAL SERVICE

U.S. POSTAGE
PAID
DETROIT, MI
48233
DEC 29. '10
AMOUNT
$2.80
31202    00089141-14

SEABISCUIT