# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF GEORGIA
# MACON DIVISION

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | : | |
| | : | |
| v. | : | |
| | : | Civil Action No. |
| **DWIGHT D. YORK, a/d/a** | : | **5:02-CR-27 (CAR)** |
| **MALAKAI Z. YORK,** | : | |
| **ISA MUHAMMAD, and** | : | |
| **ISA ALIHAD MAHDI** | : | |
| | : | |
| **Defendant.** | | |

_____

## ORDER DENYING MOTION FOR REDACTED TRANSCRIPT

Currently before the Court is Non-party DonVito H. Long's Motion [Doc. 500] for release of a redacted trial transcript. Mr. Long, a former follower of Defendant York, is writing a book about Defendant and would like to have a copy of the redacted transcript so that he could use it in his endeavor. There is, however, no redacted trial transcript available in this case, and the Court does not find that it would be a wise use of judicial or other government resources to redact the extensive trial transcript at this time, absent some showing of legal requirement or need. The non-party motion is accordingly **DENIED**.

SO ORDERED, this 24th day of February, 2010.

S/ C. Ashley Royal
C. ASHLEY ROYAL, JUDGE
UNITED STATES DISTRICT COURT

jlr