U.S. COURTS, MIDDLE DISTRICT OF GEORGIA
OFFICE OF THE CLERK
P.O. BOX 128
MACON, GEORGIA 31202-0128

OFFICIAL BUSINESS



02 1A
0004344247      APR 06 2010
MAILED FROM ZIP CODE 31201

$01.22



RECEIVED
CLERK'S OFFICE
2011 SEP 21 AM 8:32
U.S. DISTRICT COURT
MIDDLE DISTRICT GEORGIA
MACON, GEORGIA

ATTEMPTED
NOT KNOWN

ATTEMPTED
NOT KNOWN

NIXIE     3006 1     20  09/17/11
RETURN TO SENDER
ATTEMPTED-NOT KNOWN
UNABLE TO FORWARD
RETURN TO SENDER