Case 5:02-cr-00027-CAR-CHW   Document 513-1   Filed 09/21/11   Page 1 of 5




U.S. COURTS, MIDDLE DISTRICT OF GEORGIA
OFFICE OF THE CLERK
P.O. BOX 128
MACON, GEORGIA 31202-0128

OFFICIAL BUSINESS

Deborah Yehudah
PO Box 361587
Decatur, GA 30036

```
MIME-Version:1.0
From:cmecfhelpdesk@gamd.uscourts.gov
To:cmecfhelpdesk@gamd.uscourts.gov
Bcc:mikki.schieber@usdoj.gov, USAGAM.ECF@USDOJ.GOV, patr1036@comcast.net,
rar@ratlifflegalgroup.com, terry@ratlifflegalgroup.com, shabazzlaw@aol.com,
lattlaw@aol.com, jennifer.kolman@usdoj.gov, amanda.england@usdoj.gov,
verda.colvin@usdoj.gov, USAGAM.ECF@usdoj.gov, marsha.vera@usdoj.gov,
leeanne_purvis@gamd.uscourts.gov, charles_weigle@gamd.uscourts.gov,
harry_camp@gamd.uscourts.gov, jennifer_roberts@gamd.uscourts.gov,
sally_hatcher@gamd.uscourts.gov, tammy_fletcher@gamd.uscourts.gov
Message-Id:<1194216@gamd.uscourts.gov>
Subject:Activity in Case 5:02-cr-00027-CAR USA v. York, et al Order on Motion to
Amend/Correct
Content-Type: text/html
```

***NOTE TO PUBLIC ACCESS USERS*** Judicial Conference of the United States policy permits attorneys of record and parties in a case (including pro se litigants) to receive one free electronic copy of all documents filed electronically, if receipt is required by law or directed by the filer. PACER access fees apply to all other users. To avoid later charges, download a copy of each document during this first viewing. However, if the referenced document is a transcript, the free copy and 30 page limit do not apply.'

U.S. District Court [LIVE AREA]

Georgia Middle District

### Notice of Electronic Filing

The following transaction was entered on 4/2/2010 at 10:01 AM EDT and filed on 4/2/2010
**Case Name:** USA v. York, et al
**Case Number:** 5:02-cr-27
**Filer:**
**Document Number:** No document attached

Docket Text:
**This is a text only entry; no document issued. ORDER denying [408] Motion to Unseal Document as to Dwight D York (1); finding as moot [444] Motion to Amend/Correct as to Dwight D York (1). Ordered by Judge C. Ashley Royal on 4/2/10. (chw)**


**5:02-cr-27-2 Notice has been electronically mailed to:**

Dean Soble Daskal   mikki.schieber@usdoj.gov, USAGAM.ECF@USDOJ.GOV

Richard S. Moultrie, Jr   jennifer.kolman@usdoj.gov, amanda.england@usdoj.gov

Adrian L. Patrick   patr1036@comcast.net

Verda M. Colvin   verda.colvin@usdoj.gov, USAGAM.ECF@usdoj.gov, marsha.vera@usdoj.gov

Robert A. Ratliff rar@ratlifflegalgroup.com, terry@ratlifflegalgroup.com

Malik Shabazz shabazzlaw@aol.com

Gregory L. Lattimer lattlaw@aol.com

**5:02-cr-27-2 On this date, a copy of this document, including any attachments filed with this document, has been mailed by United States Postal Service to any non CM/ECF participants in this case as indicated below::**

Stephanie Thacker
1400 New York Avenue, N.W.
Suite 600
Washington, DC 20530

**5:02-cr-27-1 Notice has been electronically mailed to:**

Dean Soble Daskal mikki.schieber@usdoj.gov, USAGAM.ECF@USDOJ.GOV

Richard S. Moultrie, Jr jennifer.kolman@usdoj.gov, amanda.england@usdoj.gov

Adrian L. Patrick patr1036@comcast.net

Verda M. Colvin verda.colvin@usdoj.gov, USAGAM.ECF@usdoj.gov, marsha.vera@usdoj.gov

Robert A. Ratliff rar@ratlifflegalgroup.com, terry@ratlifflegalgroup.com

Malik Shabazz shabazzlaw@aol.com

Gregory L. Lattimer lattlaw@aol.com

**5:02-cr-27-1 On this date, a copy of this document, including any attachments filed with this document, has been mailed by United States Postal Service to any non CM/ECF participants in this case as indicated below::**

Dwight D York
REG17911-054
FLORENCE ADMAX
U.S. PENITENTIARY
Inmate Mail/Parcels
PO BOX 8500
FLORENCE, CO 81226

Harry Jean Charles
P.O. Box 95
Jonesboro, GA 30237

Jonathan Marks
220 Fifth Avenue, Third Floor
New York, NY 10001

Stephanie Thacker
1400 New York Avenue, N.W.
Suite 600
Washington, DC 20530