RECEIVED
DEC 03 2012
JUDGE ROYAL



**UNITED NUWAUPIAN NATION EMBASSY**
**MINISTERS OF JUSTICE**
830 Ralph David Abernathy Blvd.
Atlanta, GA 30310

Ministers of Justice
United Nuwaupian Nation
830 Ralph David Abernathy Blvd
Atlanta, Georgia 30310

Date: November 23, 2012

BY: CERTIFIED MAIL return receipt # _____

To: JUDGE C. ASHLEY ROYAL
    c/o William A. Bootle Federal Building and US Court House
    P.O. Box 128
    475 Mulberry Street
    Macon, Georgia 31202

JUDGE C. ASHLEY ROYAL:

    This letter is lawful notification to you that you are corresponding with one of the People of the United Nuwaupian Nation forced to assimilate amongst the people of these united States of America, (see attached Affidavit). I will be monitoring and evaluating any and all communications and actions by all parties specific to the matter of the unlawful and fraudulent and theft of our residence and the bogus and fraudulent raid proceedings as previewed through our secured and guaranteed Rights.

    Should any infringement of OUR guaranteed and secured rights occur based on any actions on your part or by any party with whom you claim any affiliation, I will scrutinize said infringements and any injury there from pursuant to 42 USC §1983 and 18 USC §241-242 at minimum, and I will proceed accordingly.

    Be advised of the following:

1. At all times the United Nuwaupian Nation Yamassee Native Americans have domiciled in this property they have had and continue to have a valid secured interest of ownership in the property specific to this matter which we have not released to any party nor has any party offered or made settlement to us for our interest in said property commonly known as 404 Shady Dale Road, Eatonton, Georgia AND Tama-Re Wahanne .

2. Contrary to the Supreme Law of the Land and in direct violation of our guaranteed and
    secured Rights thereof, the parties and their agents and affiliates have acted unlawfully and therefore in a criminal manner by proceeding with a fraudulent foreclosure/forfeiture and raid and theft of our property.

3. On May 8, 2002 A.D. you detained children, women and men and trespassed with the use of excessive force upon Private Sovereign Indigenous Religious property located at 404 Shady Dale Road, Eatonton, Georgia, denying a class of people the right to practice their own way of life and Religion. You aided and abet in the theft of interest of many members indigenous tribal land and the Secured rights of Indigenous People.

As one of the People of the United Nuwaupian Nation Government forced to assimilate amongst the people of these united States whom you swore to serve pursuant to your required Oath, you are hereby demanded to respond to the following:



**UNITED NUWAUPIAN NATION EMBASSY**
**MINISTERS OF JUSTICE**
830 Ralph David Abernathy Blvd.
Atlanta, GA   30310

---

1. Provide me with bona fide and lawful proof via certified copies of both your sworn and subscribed Oath of Office and surety bond that you, JUDGE C. ASHLEY ROYAL, have been granted the public trust to function in the official position you claim, CHEIF JUDGE.

2. Provide me with bona fide and lawful proof by citing specific law specific to this alleged matter that grants the FEDERAL GOVERNMENT and you, JUDGE C. ASHLEY ROYAL, as their representative authority to avoid or ignore the requirements of our 4th Amendment protections specific to the Federal *Constitution* and Article 1 section 3 Paragraph 1 of the State Constitution.

3. Provide me with bona fide and lawful proof by citing specific law specific to this alleged matter that grants the FEDERAL GOVERNMENT and you, JUDGE C. ASHLEY ROYAL, as their representative authority to avoid or ignore the requirements of my 5th Amendment protections specific to the Federal Constitution and Article 1 section 1 paragraph 13 of the State Constitution.

4. Provide me with bona fide and lawful proof by citing specific law specific to this alleged matter that grants the FEDERAL GOVERNMENT and you, JUDGE C. ASHLEY ROYAL, as their representative authority to avoid the requirements of our 14th Amendment protections specific to the Federal Constitution.

   In order to help dispel any confusion and to keep you from demonstrating blatant negligence in your position as a servant to the People, which is felony perjury of your Oath, please read 5 USC §3331.

   At the very least, you should be made aware that violating this Oath is felony perjury, which is insurrection, sedition, and treason against the people.

   Your response to the foregoing is hereby demanded within 21 days from the date of this letter. Upon receiving your response to the foregoing, I will be able to properly and legally address this matter accordingly.

   If you fail to provide the requested information herein within the prescribed time frame then I will assume that you are acting outside the scope of lawful authority and, therefore, have no "perceived immunity" of any type specific to this matter.  By your own actions, JUDGE C. ASHLEY ROYAL, in your official and/or individual capacities, it can be concluded that you have attempted to defraud, coerce, and/or manipulate our people, or cause injury to our people, in violation of our secured and guaranteed rights pursuant to the Federal and State Constitutions as well as International Law.

All Rights Reserved,

*Har Em Habab Aasar Rayay*
Har Em Habab Aasar Rayay
Minister of Justice

Attachment
Enclosure



**UNITED NUWAUPIAN NATION EMBASSY**
**MINISTERS OF JUSTICE**
830 Ralph David Abernathy Blvd.
Atlanta, GA  30310

Signature for the Ministers of Justice

| SIGNATURE OF CITIZEN | Witness | DATE |
|---|---|---|
| *[signature]* | Witness | 11/21/2012 |
| *[signature]* | Witness | 11/21/2012 |
| Shakamalik al-Kush | Witness | 11/21/2012 |
| *[signature]* | Witness | 11/21/12 |
| *[signature]* | Witness | 11/21/12 |
| *[signature]* | Witness | 11/21/12 |
| *[signature]* | Witness | 11/28/2012 |
| *[signature]* | Witness | 11/28/2012 |
| Tayafat Idris Najaiat | Witness | 11/28/2012 |
| *[signature]* | Witness | 11/28/2012 |
| | Witness | DATE |
| | Witness | DATE |
| | Witness | DATE |

## AFFIDAVIT OF HAR EM HABAB AASAR RAYAY

STATE OF GEORGIA      )
                      ) ss
COUNTY OF DEKALB      )

Comes now, HAR EM HABAB AASAR RAYAY, your Affiant, being competent to testify and being over the age of 21 years of age, after first being duly sworn according to law to tell the truth to the facts related herein states that he has firsthand knowledge of the facts stated herein and believes these facts to be true to the best of his knowledge.

    This Affidavit/Declaration of Truth is lawful notification to you, C. ASHLEY ROYAL, alleged FEDERAL JUDGE, in the State of Georgia, and is hereby made and sent to you pursuant to the Federal Constitution, specifically, the Bill of Rights, in particular, Amendments I, IV, V, VI, VII, IX and X, and the Declaration of Rights of the Georgia State Constitution, in particular, Article 1, Sections 1, 2, 3, 4, 13, 19, and 29, and pursuant to your oath, and requires your written rebuttal to me, specific to each and every point of the subject matter stated herein, within 30 days, via your own sworn and notarized affidavit, using fact, law and evidence to support your rebuttal of the specific subject matter stated in this Affidavit/Declaration. You are hereby noticed that your failure to respond, as stipulated, and rebut, with particularity and specificity, anything with which you disagree in this Affidavit/Declaration, is your lawful, legal and binding agreement with and admission to the fact that everything attested to in this Affidavit/Declaration is true, correct, legal, lawful, and fully binding upon you in any court in America, without your protest or objection, or that of those who represent you.

The following are statements of fact regarding this instant matter with which I have personal, firsthand knowledge:

1. Affiant is a Natural person (see attached) and at no time has been employed nor in the service of any Federal or State government or agency thereof specific to this matter.

2. I sent a certified letter via USPS, Registered Mail # RE 212 225 735 US under Notary Presentment to C. ASHLEY ROYAL, alleged FEDERAL JUDGE, an officer of the court, received September 10, 2012.

3. Your affiant at all times claim all and waive none of his God given inherent, unlimited, unalienable, secured and guaranteed Rights pursuant to the United Nuwaupain Nation Constitution drafted June 26, 1992, Draft Declaration of the rights of Indigenous People, Declaration of Independence, and the Constitution of the united States of America as ratified 1791 with the Articles of the Amendments.

4. Your affiant at all times claim all Secured Interest and Protected guaranteed rights to All that tract or parcel of land consisting of 476 Acres, more or less, commonly known as 404 Shady Dale Road, Eatonton, Putnam county, Georgia, and any and all appurtenances and improvements thereon.

5. Your affiant affirms that On May 8, 2002 A.D. you detained children, women and men and trespassed with the use of excessive force upon Private Sovereign Religious property located at 404 Shady Dale Road, Eatonton, Georgia, denying a class of people the right to practice their own way of life and Religion. You aided and abet in the theft of interest of many members indigenous tribal land and the Secured rights of Indigenous People.

6. Your affiant notices that you aided and abated in the destruction of Religious artifacts, structures, holy temples, sacred grounds, and Spiritual Pyramids that were used for the religious education of our children and tribe.

7. Your affiant notices on May 8, 2002 A.D. you detained and prohibited the free exercise of our religion on

tribal land, abridged our freedom of speech, freedom of the press to write our own educational books, tapes, CD's, and DVD's.

8. At all times relevant your affiant notices that you denied our right to peaceably assemble for custom Family reunions on Sovereign Tribal land.

9. Your affiant affirms that on May 8, 2002 A.D. you aided and abated in the violation of our tribe's right to be secure in our persons, houses, Papers, and effects against unreasonable searches and seizures

10. Your affiant notices as a result of the deceptive use of excessive force upon our tribe you aided and abated in depriving your affiant and Yamassee Native American tribal members of the United Nuwaupian Nation Government of life, liberty and property. Affiant at all times claim that all of these rights violations have caused irreparable harm to our Tribe and Nation.

11. Your affiant further notices on May 8, 2002 you aided and abet by your own admission thru statement or acquiescence it was done for alleged codes/statue violations which, are, in fact, in conflict with the Constitutions and the associated Bill of Rights, as referenced above.

12. Your affiant affirm and notices that you aided and abated in a raided and subjected our children, women, and men to questioning without the presence of lawful counsel and/or parents.

Further, Affiant sayeth naught.

Har Em Habab Aasar Rayay           11-28-2012
**HAR EM HABAB AASAR RAYAY**                              Date

State of GEORGIA
County of DEKALB

Subscribed and sworn to (or affirmed) before me on this _____ day of November, 2012
By **HAR EM HABAB AASAR RAYAY**, proved to me on the basis of satisfactory evidence to be the person who appeared before me.

_____ (Seal)
Notary Public
exp - 4/14/13



**UNITED NUWAUPIAN NATION EMBASSY**
**MINISTERS OF JUSTICE**
830 Ralph David Abernathy Blvd.
Atlanta, GA   30310

Ministers of Justice
2107 North Decatur Rd #104
Decatur, Georgia 30033


Date:  November 24, 2012

BY: CERTIFIED MAIL #  7012 2210 0002 3212 5482


To: C. ASHLEY ROYAL
P.O. Box 129
Macon, GA   31202-0129


C. ASHLEY ROYAL:

    This letter is lawful notification to you that you are corresponding with one of the People of United Nuwaupian Nation forced to assimilate amongst the people of these United States of America, (see attached Affidavit).  I will be monitoring and evaluating any and all communications and actions by all parties specific to this matter pursuant to my God granted rights secured and guaranteed by the Federal Constitution specific to the Bill of Rights and the Georgia State Constitution and the associated Bill of Rights.

    Should any infringement of my guaranteed and secured rights occur, on your part or by any party with whom you claim any affiliation, I will scrutinize said infringements and any injury therefrom pursuant to 42 USC §1983 and 18 USC §241-242 at minimum, and I will proceed accordingly.

Correspondence has been directed to your attention, which you have neglected or failed to respond thereto. Therefore, an Affidavit has been prepared requiring your review as it appears specific violations of law and my Rights have been perpetrated by your actions.

    Your failure to respond, as stipulated, this correspondence is your agreement with and admission to the fact that everything in this Affidavit of Truth is true, correct, legal, and lawful, and is your irrevocable admission attesting to this, fully binding upon you in any court of law in America, without your protest, objection or that of those who represent you.

All Rights Reserved,
Har-Em Hukelb Ausar Rayay
Minister of Justice


_____   _____
SIGNATURE OF CITIZEN    Witness              11/21/2012  DATE

_____   _____
SIGNATURE OF CITIZEN    Witness              11/21/12  DATE

**UNITED NUWAUPIAN NATION EMBASSY**
**MINISTERS OF JUSTICE**
830 Ralph David Abernathy Blvd.
Atlanta, GA   30310

| SIGNATURE OF CITIZEN | Witness | DATE |
|---|---|---|
| [signature] | Witness | 11/21/2012 |
| [signature] | Witness | 11/21/2012 |
| Shabamalik al-Kuah | Witness | 11/21/2012 |
| Therese Price | Witness | 11/21/2012 |
| [signature] | Witness | 11/28/2012 |
| [signature] | Witness | 11/28/2012 |
| Tayaytat Hizo Nafutat | Witness | 11/28/2012 |
| [signature] | Witness | 11/28/2012 |
| | | |
| | | |
| | | |