EMBASSY OF:
THE UNITED NUWAUPIAN NATION
833 RALPH DAVID ABERNATHY BLVD.
ATLANTA, GA 30310

7012 2210 0002 3212 5482

CERTIFIED MAIL™

RECEIVED
DEC 03 2012
E ROYAL



UNITED STATES POSTAL SERVICE

1000    31202

U.S. POSTAGE
PAID
ATLANTA, GA
30304
NOV 29, '12
AMOUNT
$5.50
00027007-09

US Postage
45

C. ASHLEY ROYAL
P.O. Box 129
Macon, GA  31202-0129

31202012929