# US District Court

## Middle District of Georgia

Malachi Z York
Prison # 17911-054
<u>PLANITIFF</u>

Vs

Bibb County
State of Georgia
F.B.I.
Sheriff Dept
<u>Defendant</u>

Judge:
C. Ashley Royal

Case #
02-00027-CR-
CARS-1

United States District Court

Middle District of Georgia

Malachi Z. York

#17911-054

Vs

Judge C. Ashley Royal

P.O. Box 129

Macon, Georgia 31202,

Bibb County

State of Georgia

F.B.I

Sheriff's Department

Judge C. Ashley Royal

case #
02-00027-CR-CARS-1

Complaint and Status

We in the Yamassee Creek Nation of Moors want our tribal leader to be released from prison immediately!

Because of the fraudulent action of the judicial system in the state of Georgia. The United State of America is a foreign state

and its agency, the Department of Justice is a foreign agent and did not serve Malachi Z. York under title 28 section 1604-1607. They did not proceed under title 22 CFR section 9212 to 9232 and they did not file a claim against Malachi Z. York with the department of state to have the department of state remove his immunity and they did not file a case under title 28 section 1330 against Malachi Z. York. They violated all of his Native American Treaty Rights.

(see documents)

## In Conclusion

1. I am asking Judge C, Ashley Royal to be the fiduciary and reserve all of the rights under UCC1-207 and UCC1-308
2. I am sending you a copy of a companion case of dealing with jurisdiction of Moors in Federal Court. (see documents)
3. According to title 42 statue 1983 anyone can be sued who is acting under the color of law. The reason I am asking for the amount of money damages is because I think a message should be sent to everyone in North America that you should not rape, murder, pillage or do treason, sedition, involuntary servitude, slavery, terrorism, fraud, extortion, grand theft, robbery, conspiracy and racketeering against a Native American Moor.
4. A party having superior knowledge will take advantage of another's ignorance of the law to deceive him by studied concealment or misrepresentation can be held responsible for that conduct. (FINA SUPPLY, Inc. v. Abilene National Bank , 726 S. W. 2D 537, 1987)
5. Fraud "vitiates the most solemn contracts, documents, and even judgments" (U.S.V. Throckmorton, 98 U.S. 61, at page 65.) Fraud is defined in BLACKS LAW DICTIONARY the 6th addition on page 660. (An intentional perversion or truth for the purpose of inducing another

    reliance upon it to part with some valuable things belonging to him or to surrender a legal right.)

6. A false representation of a matter of fact, whether by word or conduct, by false or misleading allegations, or by concealment of that which should have been disclosed, which deceived and is intended to deceive another so that he shall act upon it to his legal injury. Anything calculated to deceive, whether by a single act or combination, or by the suppression of truth, or by suggestion of what is false, whether it be by direct falsehood or innuendo, by speech of silence, word or mouth, or look, or gesture.

7. I am looking for compensation from Title 42 statue 1983 in the amount of five billion dollars.

I am here for settlement and closure.

Yours Truly,

Malachi Z. York

The F.B.I did an investigation on the children involved in the raid, and found no children had been molested, but they never presented their findings at the trial that would have exonerated Malachi Z. York of all charges.