This court

HAS

No Jurisdiction

A so called Native American, now, if you look closely, you can clearly see a Fez, a Bow tie and a sash, these are Moorish Garb. Washitaw Moors aka the Mound Builders





The Real Abraham Lincoln Africanus EL

Hotep to the moors this is the original picture of Abraham Lincoln Africanus EL 'The Moor', this picture was locked away in the archives inside the Library of Congress. The true picture of Mr. Lincoln EL. He was known as the Melungeon, Portugues ,and copperhead these were terms that refered to Moor he even wore Moorish attire and call him 'The Great Africanus' being of Moorish blood. His mother Nancy Hanks EL she was apart of the confederacy Guyaga nations Abraham Lincoln Africanus EL straight descended of the confederate Moorish nation known as the five confederate nations known as Bey, EL, Dey, Al and Ali from also the five pointed Moroccan flag of the Moors, Lincoln EL is full blooded Moor on both side we have learned to connect the dots, everything is all connected. peace and love MOORS. Abraham Lincoln Africanus EL won in a land slide in the election of 1863 against Jefferson Davis, bear in mind at that time there was still Moors running the North. Moors running for mayor and also elected Officials like sheriffs. Lincoln EL was the first president of the democratic party in the North. In Moorish history he was known as the 24th president including john Hanson Bey the first president of the continental congress in 1781 of the Great Seal of the united colonies. The Moors had Albion slovics  or slaves all through south under the power of the confederacy. Albion or "Red-man" were the true slaves here in the Americas, Amexem  Horace Greeley own a publishing newspaper called the New York tribunal at that time he was a abolitionist of slavery and all of the Republicans were for slavery now lets look at the big picture the republican parties establish by Moors ancient Moabite law at that time in the early 1850s Albion women, red-man couldn't vote at that time they were

fighting for women rights Horace Greeley was fighting for all these problems for his people Lincoln EL was basically the solution to his problem Abraham Lincoln Africanus EL he was Against slavery because of the simple fact that the Moors were controlled the Agricultural south and power and had indenture servants or slovics/slaves. So once Lincoln declared the civil war, civilization at war to send moors to fight other moors from the south they formed the patriots to fight British Moors also known as the 'Brits' or 'Brutus Moors' and Confederate Moors you had Moors that turn pro-north and started supporting the union north Harriet Tubman, Frederick Douglass, James Bethworth, Nat turner, etc. These were Moors turned pro-north with and became spies and look outs and strategic fighters in Guerrilla warfare the Moors were known as the Indian Confederacy in Albion or albino history books" red man" Because of the simple fact that history has been seriously twisted and a bunch of lies have been placed, a the Freud that's going in history. Prophet Noble Drew Ali, or EL hajj Sheik Shariff Abdol Ali set the tone of the universe for use to learn our great history the true history of ours and learn to connect the dots. So Basically Horace Greeley announced in congress at the time of the Wig more (Wig-Moor) party in 1868, when the Albians said "we are no longer called "REDMAN" we are now call "WHITE PEOPLE". Now you really need to stop and think what just happened, they became white in 1868 in the late eighteen hundreds who were they before 1868 NEGROS, REDMAN, PALE ONES OR TOMAHU, SLAVES OR SLAVICS, INDENTURE SERVANTS. Your real history is hidden in Masonic order which is Moorish science in secret order also bear in mind that the term wig more party means the wigs of moors they wear the white wooly hair of the Moors symbolic of the kinky dark skinned MOORS and the whiteness of the wigs symbolic of the purity and the sovereign power and the title of nobility ship of the MOORS. Once the MOORS fell in 1865 the last confederacy Moors in North Carolina of Saladin Ben Watie and the prophet Noble Drew Ali father John Drew in 1865 to 1871 the last Confederacy Moorish army of the Carolina south the Rotunda A lot of Moors went into Bureaucratic slavery which is contract slavery its called 'manumission papers the ward of the state', because the Moors were abandon and also surrendered to the union of 1863 to 65 and 71 the Moors joined the union and became the modern Negros, now late in the 1880s and 1900s they started calling us colored, African, coon or African American, we were called many names we have to realize they have changed the history books, the meaning of words in the dictionaries and our history is in every state of the union society in masonic order they've known who you are for quite some time Moors.

"Peace & Love" Sisters and Brothers of The Moorish Family... Ase

contents prior to use

# The Bankruptcy of The United States

NOTE
NON-CERTIFIED
NOT LEGAL ADVICE
EDUCATIONAL PURPOSES ONLY

*United States Congressional Record, March 17, 1993 Vol. 33, page H-1303*

Speaker-Rep. James Traficant, Jr. (Ohio) addressing the House:

"Mr. Speaker, we are here now in chapter 11., Members of Congress are official trustees presiding over the greatest reorganization of any Bankrupt entity in world history, the U.S. Government. We are setting forth hopefully, a blueprint for our future. There are some who say it is a coroner's report that will lead to our demise.

It is an established fact that the United States Federal Government has been dissolved by the Emergency Banking Act, March 9, 1933, 48 Stat. 1, Public Law 89-719; declared by President Roosevelt, being bankrupt and insolvent. H.J.R. 192, 73rd Congress m session June 5, 1933 - Joint Resolution To Suspend The Gold Standard and Abrogate The Gold Clause dissolved the Sovereign Authority of the United States and the official capacities of all United States Governmental Offices, Officers, and Departments and is further evidence that the United States Federal Government exists today in name only.

The receivers of the United States Bankruptcy are the International Bankers, via the United Nations, the World Bank and the International Monetary Fund. All United States Offices, Officials, and Departments are now operating within a de facto status in name only under Emergency War Powers. With the Constitutional Republican form of Government now dissolved, the receivers of the Bankruptcy have adopted a new form of government for the United States. This new form of government is known as a Democracy, being an established Socialist/Communist order under a new governor for America. This act was instituted and established by transferring and/or placing the Office of the Secretary of Treasury to that of the Governor of the International Monetary Fund. Public Law 94-564, page 8, Section H.R. 13955 reads in part: "The U.S. Secretary of Treasury receives no compensation for representing the United States?"

Gold and silver were such a powerful money during the founding of the united states of America, that the founding fathers declared that only gold or silver coins can be "money" in America. Since gold and silver coinage were heavy and inconvenient for a lot of transactions, they were stored in banks and a claim check was issued as a money substitute. People traded their coupons as money, or "currency." Currency is not money, but a money substitute. Redeemable currency must promise to pay a dollar equivalent in gold or silver money. Federal Reserve Notes (FRNs) make no such promises, and are not "money." A Federal Reserve Note is a debt obligation of the federal United States government, not "money?" The federal United States government and the U.S. Congress were not and have never been authorized by the Constitution for the united states of America to issue currency of any kind, but only lawful money, -gold and silver coin.

It is essential that we comprehend the distinction between real money and paper money substitute. One cannot get rich by accumulating money substitutes, one can only get deeper into debt. We the People no longer have any "money." Most Americans have not been paid any "money" for a very long time, perhaps not in their entire life. Now do you comprehend why you feel broke? Now, do you understand why you are "bankrupt," along with the rest of the country?

Federal Reserve Notes (FRNs) are unsigned checks written on a closed account. FRNs are an inflatable paper system designed to create debt through inflation (devaluation of currency). when ever there is an increase of the supply of a money substitute in the economy without a corresponding increase in the gold and silver backing, inflation occurs.

Inflation is an invisible form of taxation that irresponsible governments inflict on their citizens. The Federal Reserve Bank who controls the supply and movement of FRNs has everybody fooled. They have access to an unlimited supply of FRNs, paying only for the printing costs of what they need. FRNs are nothing more than promissory notes for U.S. Treasury securities (T-Bills) - a promise to pay the debt to the Federal Reserve Bank.

There is a fundamental difference between "paying" and "discharging" a debt. To pay a debt, you must pay with value or substance (i.e. gold, silver, barter or a commodity). With FRNs, you can only discharge a debt. You cannot pay a debt with a debt currency system. You cannot service a debt with a currency that has no backing in value or substance. No contract in Common law is valid unless it involves an exchange of "good & valuable consideration." Unpayable debt transfers power and control to the sovereign power structure that has no interest in money, law, equity or justice because they have so much wealth already.

Their lust is for power and control. Since the inception of central banking, they have controlled the fates of nations.

The Federal Reserve System is based on the Canon law and the principles of sovereignty protected in the Constitution and the Bill of Rights. In fact, the international bankers used a "Canon Law Trust' as their model, adding stock and naming it a "Joint Stock Trust." The U.S. Congress had passed a law making it illegal for any legal "person" to duplicate a "Joint Stock Trust" in 1873. The Federal Reserve Act was legislated post-facto (to 1870), although post-facto laws are strictly forbidden by the Constitution. [1:9:3]

The Federal Reserve System is a sovereign power structure separate and distinct from the federal United States government. The Federal Reserve is a maritime lender, and/or maritime insurance underwriter to the federal United States

operating exclusively under Admiralty/Maritime law. The lender or underwriter bears the risks, and the Maritime law compelling specific performance in paying the interest, or premiums are the same.

Assets of the debtor can also be hypothecated (to pledge something as a security without taking possession of it.) as security by the lender or underwriter. The Federal Reserve Act stipulated that the interest on the debt was to be paid in gold. There was no stipulation in the Federal Reserve Act for ever paying the principle.

Prior to 1913, most Americans owned clear, allodial title to property, free and clear of any liens or mortgages until the Federal Reserve Act (1913)

"Hypothecated" all property within the federal United States to the Board of Governors of the Federal Reserve, -in which the Trustees (stockholders) held legal title. The U.S. citizen (tenant, franchisee) was registered as a "beneficiary" of the trust via his/her birth certificate. In 1933, the federal United States hypothecated all of the present and future properties, assets and labor of their "subjects," the 14th Amendment U.S. citizen, to the Federal Reserve System.

In return, the Federal Reserve System agreed to extend the federal United States corporation all the credit "money substitute" it needed. Like any other debtor, the federal United States government had to assign collateral and security to their creditors as a condition of the loan. Since the federal United States didn't have any assets, they assigned the private property of their "economic slaves", the U.S. citizens as collateral against the unpayable federal debt. They also pledged the unincorporated federal territories, national parks forests, birth certificates, and nonprofit organizations, as collateral against the federal debt. All has already been transferred as payment to the international bankers.

Unwittingly, America has returned to its pre-American Revolution, feudal roots whereby all land is held by a sovereign and the common people had no rights to hold allodial title to property. Once again, We the People are the tenants and sharecroppers renting our own property from a Sovereign in the guise of the Federal Reserve Bank. We the people have exchanged one master for another.

This has been going on for over eighty years without the "informed knowledge" of the American people, without a voice protesting loud enough. Now it's easy to grasp why America is fundamentally bankrupt.

Why don't more people own their properties outright?

Why are 90% of Americans mortgaged to the hilt and have little or no assets after all debts and liabilities have been paid? Why does it feel like you are working harder and harder and getting less and less?

We are reaping what has been sown, and the results of our harvest is a painful bankruptcy, and a foreclosure on American property, precious liberties, and a way of life. Few of our elected representatives in Washington, D.C. have dared to tell the truth. The federal United States is bankrupt. Our children will inherit this unpayable debt, and the tyranny to enforce paying it.

America has become completely bankrupt in world leadership, financial credit and its reputation for courage, vision and human rights. This is an undeclared economic war, bankruptcy, and economic slavery of the most corrupt order! Wake up America! Take back your Country."

*Image: United States Congressional Record, March 17, 1993 Vol. 33, page H-1303*

*Back to Citizens for Better Government*
Last Modified March 5, 2001

Waiver of Indictment

Cr. Form No. 11

AR:cl

# United States District Court

## FOR THE

### DISTRICT OF MARYLAND

UNITED STATES OF AMERICA

JACQUES LEEDS

No. Y-76-083 Criminal

Jacques Leeds, the above named defendant, who is accused of:

Possession of Marijuana, Title 21, U. S. Code, Section 844

being advised of the nature of the charge and of his rights, hereby waives in open court prosecution by indictment and consents that the proceeding may be by information instead of by indictment.

Date August 2, 1976

NOTICE OF ___ARRAIGNMENT___ ___(formation)___



AR:cl/76-0196
Poss. of Marij.

# United States District Court

### FOR THE

## DISTRICT OF MARYLAND

UNITED STATES OF AMERICA

v.

JACQUES LEEDS

No. Y-76-083 Criminal

TAKE NOTICE that the above-entitled case has been set for   arraignment   at
Baltimore, on   August 2   , 1976   , at   10:00 a.m.
before Judge Joseph H. Young, in the U. S. Courthouse, 111 N. Calvert
St., AND THE PRESENCE OF DEFENDANT IS ORDERED.

Date   July 29   , 1976

PAUL R. SCHLITZ
_____
                              Clerk.

By ___George G. Bruce, III___
                              Deputy Clerk.

To   Jacques Leeds
     2856 Gatehouse Drive
     Baltimore, Maryland  21207

     Leslie L. Gladstone, Esq.
     1500 Tower Building
     Baltimore, Maryland  21202

7-29-76 ___ NOTICE MAILED TO:

     ☑ DEFENDANT
     ☑ COUNSEL
     ☐ SURETY

_____
     Deputy Clerk.

cc:   Judge Young
      USM
      PRK
      Prob.
      Pretrial Services
      SA William Miller, DEA
      File

UNITED STATES DISTRICT COURT

District of ___Maryland___

United States of America )
  vs. )
JACQUES LEEDS )
alias Jack )

Criminal No. ___V-76-083___

## ORDER FOR DISMISSAL

Pursuant to Rule 48(a) of the Federal Rules of Criminal Procedure and by leave of court endorsed hereon the United States Attorney for the ___State and___ District of ___Maryland___ hereby dismisses the ___indictment___
(indictment, information, complaint) against ___the above-captioned___ defendant.

Superseding information filed.

_Jervis S. Finney_
United States Attorney
Jervis S. Finney

Leave of court is granted for the filing of the foregoing dismissal.

Date: _December 29, 1976_

United States District Judge
Joseph H. Young

FORMERLY USA-72

Microfilm
Date

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

UNITED STATES OF AMERICA     *

VS.     *

JACQUES LEEDS     *     Criminal # Y-76-083

   *    *    *    *    *    *    *    *    *    *    *    *    *

## MOTION TO DISMISS

Now comes Jacques Leeds, by Leslie L. Gladstone, Court appointed counsel, and hereby moves this Honorable Court to dismiss Criminal # Y-76-083 and for reasons states:

The 13th, 14th and 15th Amendments to the United States Constitution were never properly ratified and do not reflect the provisions of the original Thirteenth Amendment with twenty sections.

WHEREFORE, Jacques Leeds prays this Honorable Court dismiss Criminal # Y-76-083 and declare the rights of Moorish Americans across the country.

Respectfully submitted,

Leslie L. Gladstone

## POINTS AND AUTHORITIES

According to all scientific and historical records, there is no "Negro", "black", or "colored" race in the human family of peoples and nations. In order to obtain the truth concerning the origin of the so-called "black" people of America, one must return to the year 990 A.D. when the Moorish slave-traders exchanged darkskinned Moors for the lighter-skinned Moors who had been captured by a Portuguese adventurer. The dark-skinned Moorish bondsmen and bondsmaids were branded by the Portuguese and Spanish with names from their European (Romance) Languages which allude to slavery. Thus the term "negro"-derived from the Latin word "niger", meaning "black" — and several variations of it came into use for this degraded purpose not only in the Iberian Peninsular, but also in other parts of Europe. Over the centuries, this term evolved from "negro Moor" to "blacka moor" to "black" to "negro". (See

SLIE L. GLADSTONE
ATTORNEY AT LAW
130 TOWN SQUARE
WEST ST. @ CHURCH AVE.
ULTMORE, MD. 21202
(201) 539-0600

Horace Greeley, The American Conflict, published in 1865 and George Bancroft, History of the United States of America published in 1854.

The word "black" and all of its variations in all languages have always connoted evil, misery and death. Moreover, the, equally inappropriate term "colored" implies that the individual described has been painted, varnished, stained or dyed. "Afro" or "African" are terms which arose from the European name "Africa" branded upon that continent by the anc' ·nt Romans in honor of the Roman general Scipio Africanus following his conquest of the Moorish City of Carthage. Clearly, none of these misnomers—"Negro," "black", "colored" or "African"—can be legitimately applied to any people of the human family because such expressions not only fail to accurately designate the true Race and National Origin of the people described but also degrade such people to the level of sub-human existence. In particular, since the so-called "black" folks of the United States were, in fact, Moors in 990 A.D., they must be, therefore, Moors in 1976 A.D. These Moors are descendants of the ancient Moabites, who inhabited the north-western and south-western shores of the land Europeans call "Africa" but whose true name is "Amexem."

The land "Amexem" extends across the great Atlantis along the old Moorish trade route defined by the 36 degree 30' parallel to the land known today as "North, Central and South America"—the old Moroccan Empire. As descendants of Moroccans born in America, we are the true and historically-verified Moorish-American hairs to land where the United States of America has been established.

Although twenty Moorish Sheiks and Sheikesses were brought to Jamestown in 1620 in a Dutch man-of-war bearing Spanish individual names (as well as the general term "Negro") forced upon them by the Spanish slave-masters from whom the Dutch commandeered these bondsman, unbound Moors had inhabited and civilized the Western Hemisphere for centuries before Christopher Columbus supposedly "discovered" a part of the world for Europeans

that had never been lost to the Asiatic peoples. (Unfortunately, these Moors of the West engaged in an extensive slave trade in human property of all races with these Moors of the East). It was these Moors of the West who, with the support of the Sultan of Morocco, helped win the Revolutionary War against the yoke of Great Britian for the Thirteen Colonies and who assisted the negotiation of the 1786 treaty between Morocco and the United States. More importantly, men of Moorish descent comprised the majority at the Constitutional Convention in 1787.

In writing the Constitution, the minds of these men were drawn to the work of the 1776 Continental Congress which produced the Declaration of Independence declaring all men of all races and nationalities free and equal, as well as the Liberty Bell, bearing the inscription of Leviticus 25:10 by which liberty is to be proclaimed throughout the land and all men are to be returned to their rightful land and possessions. This Mosaic Law is the key to Biblical scripture concerning slavery (Exodus 21:2, Leviticus 25:44 Deuteronomy 15:12-18) whereby human beings are never slaves but bound, free men and woman who must be released after six years' labor and generously compensated at double the rate of a hired servant. Accordingly, under the provision of Article I, Section 9, the Constitution gave the slave interests of the country 20 years to rid themselves of this degradation. As indicated by the writings of George Washington and Abraham Lincoln, this "1808" clause" was ratified as part of the Constitution with the understanding among all the people of the Nation that human bondage was to be eradicated by that year. Tragically, a conspiracy arose among Moorish and European slave-holders reaping huge profits from slavery to extend the institution indefinitely. Through deceit, subterfuge, bribery, extortion, blackmail, murder and treason, these conspirators controlled the Congress and thereby maintained their system. This conspiracy caused the Civil

John A. Logan, The Great Conspiracy, published in 1886 and dedicated to all the young men of America.) Yet it was Abraham Lincoln who called the attention of the Nation back to the true intentions of the Founding Fathers, both Moorish and European. His Executive Will for the purpose of solving the so-called "Negro/black" problem is expressed in the following documents:

1. Initial Emancipation Proclamation of September 22, 1862

2. Annual Address before Congress - December 1, 1862

3. Second Emancipation Proclamation of January 1, 1863

4. Proclamation of Amnesty and Reconstruction dated December 8, 1863

5. Proposed Resolution to Congress dated February 5, 1865

Following the assassination of Lincoln, President Andrew Johnson adhered to the policies of his predecessor as indicated in Johnson's Proclamation on Amnesty of May, 1965.

The Radical Republicans, led by Thaddeus Stevens in the House of Representatives and Charles Sumner in the Senate attempted to hinder Lincoln's plans and to severely punish the South for rebelling against the Union. To accomplish these ends, the Radicals attempted to incorporate a Thirteenth Amendment (with two sections) to the Constitution to prevent former slave-holders from receiving compensation for their confiscated human property. However, through the influence of Lincoln in the Congress, this amendment was replaced by a Thirteenth Amendment with Twenty Sections which was passed by both houses of Congress, and signed by Lincoln on February 1, 1865. But following the Presidential assassination, there arose among the Radical Republicans a "Great Conspiracy" to continue their vendetta against the South by treacherously and illegally recalling the Thirteenth Amendment with Two Sections and forcing its ratification by the Northern and Western States. (The Southern States have never ratified it.) In addition, by manipulating the former bondsmen of the Nation, both the :educated", such as Frederick Douglass, as well as the "uneducated", these

5)

Radicals devised the 14th and 15th Amendments in an attempt to cover up their plot. The 14th Amendment, in particular, denies the right of compensation for confiscated property as guaranteed in the 5th Amendment, which has never been repealed or modified in any way. This same 14th Amendment attempts to make citizens of people (so-called "Negroes") who have not been educated to the true facts of their heritage and who have never legally proclaimed their true free ancestral names, race, nationality and religion as is required of all foreign immigrants to this country under the provisions of the laws of naturalization.

When the so-called Southern "whites" resisted the enforcement of the 13th (with two sections), 14th and 15th Amendments via the Civil Rights Act of 1875, the issue was taken to the Supreme Court in 1883. Rendering the majority opinion, Justice Bradley clearly ruled that the amendments had no power to guarantee the rights of the so-called "Negro"-rights which Chief Justice Taney had said, in the Dred Scott case, no "white" man was bound to respect. Yet due to their brainwashed level of thinking, the so-called "black" folks continued to believe that they were citizens under the 14th Amendment. This misconception has persisted to this very day as a result of pacifiers such as the 1954 Supreme Court integration decision.

The first man to legally move to resurrect the 13th Amendment with Twenty Sections and the Executive Will of Lincoln for their eventual enforcement in the Federal government was Grand Sheik Richardson Dingle-El. Born in South Carolina in 1910, he was the first so-called "Afro-American" to throw off the shackles of Negroism by being the first man to register with the Federal Government as a descendant of Moroccans born in America. With the approval of Generals Hershey, London, Schwartz and others of National Headquarters, Selective Service System, he established a system known as the Moorish National Bureau of Vital Statustics

according to his example. All citizens must, thereby declare their true Nationality, Race, Religion, and National Origin exactly as foreign immigrants are so required. (See National Archives File No. 5-39, Record Group No. 147.)

The only permanent solution to the "race" problem in America is the complete implementation of Lincoln's Executive Will and the 13th Amendment with Twenty Sections the essence of which can be summarized as following:

1. COMPENSATION--the compensation of the descendants of slave-holders for their confiscated human property (a sum presently totaling $229 Billion) as well as the compensation of the Moors for their service rendered during their decades of servitude.

2. NATURALIZATION -- the registration of all Moors into the Moorish National Bureau of Vital Statistics through which they can return their European names and all vestiges of "Negro-ism" to the European people; legally proclaim their true Free National Names, Race, Nationality and Religion; and be officially declared citizens of the United States by the Federal Government.

3. COLONIZATION-- the colonization of Moors on their own land between the Alleghany and Rocky Mountains, which Lincoln called the "Egypt of the West."

The Nation is presently 109 years late in eradicating this "Negro" that has been properly described as a BEAST. This same beast has threatened the well-being of mankind for hundreds of years by his determination to disobey Divine Law. (See Charles Carroll, The Negro, A Beast Or In The Image Of God, published in 1900.)

To rid the world of this menance for perpetuity, Grand Sheik Richardson Dingle-El is the man of the hour. He has struggled for years to raise his people from the gutter level of

mentality according to the law. But his efforts have been consistently hindered by such organization as NAACP, SCLC, CORE, SNCC, etc. as well as various confused elements of the Moorish Science Temple of America—all of whom are totally ignorant of the law despite his continuing endeavors to educate their leaders who are reluctant to learn.

We are aware that Frederick Douglass sold out his own people by denying the Lincoln Reconstruction Plan President Andrew Johnson offered the freed "slaves" in February 1866, we are also well aware that the members of the so-called "Black Caucus" who were trying to impeach President Nixon as members of the House Judiciary Committee had no legal right to be a part of those proceedings because they are not citizens of the United States. Under the Constitution they are confiscated human property for which no compensation has been paid.

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY this 20 day of July, 1976, that a copy of the aforegoing Motion and Points and Authorities were mailed to Andrew Radding, Assistant U.S. Attorney, 110 N. Calvert Street, Baltimore, Maryland, 21202.

Leslie L. Gladstone
1500 Tower Building
Baltimore, Maryland 21202
539-0605

Pending debate,

The President announced that the morning hour had expired, and called up for consideration the unfinished business of the Senate of yesterday; and

The Senate resumed the consideration of the joint resolution (S. 16) proposing amendments to the Constitution of the United States; and,

On the question, Will the Senate concur in the amendment made to the joint resolution in Committee of the Whole?

After debate,

On motion by Mr. Saulsbury to amend the amendment made in Committee of the Whole, by striking out the words "Article xiii, section I. Neither slavery nor involuntary servitude, except as a punishment for crime, whereof the party shall have been duly convicted, shall exist within the United States, or any place subject to their jurisdiction. Section 2. Congress shall have power to enforce this article by appropriate legislation;" and inserting, in lieu thereof, the following:

### ARTICLE XIII.

SECTION 1. All persons shall have the right peaceably to assemble and worship God according to the dictates of their own conscience.

SEC. 2. The use of the public press shall not be obstructed; but criminal publications made in one State against the lawful institutions of another State shall not be allowed.

SEC. 3. The right of citizens to free and lawful speech in public assemblies shall not be denied. Access of citizens to the ballot-box shall not be obstructed either by civil or military power. The military shall always be subordinate to the existing judicial authority over citizens. The privilege of the writ of habeas corpus shall never be suspended in the presence of the judicial authority.

SEC. 4. The militia of a State or of the United States shall not be employed to invade the lawful rights of the people of any of the several States; but the United States shall not be hereby deprived of the right and power to defend and protect its property and rights within the limits of any of the States.

SEC. 5. Persons held to service or labor for life, in any State under the laws thereof, may be taken into any Territory of the United States south of north latitude 36° 30', and the right to such service or labor shall not be impaired thereby, and the Territorial legislature thereof shall have the exclusive right to make and shall make all needful rules and regulations for the protection of such right, and also for the protection of such persons; but Congress or any Territorial legislature shall not have power to impair or abolish such right of service in the said Territory while in a Territorial condition without the consent of all the States south of said latitude which maintain such service.

SEC. 6. Involuntary servitude, except for crime, shall not be permanently established within the District set apart for the seat of government of the United States; but the right of sojourn in such District with persons held to service or labor for life shall not be denied.

SEC. 7. When any Territory of the United States south of north latitude 36° 30' shall have a population equal to the ratio of representation for one member of Congress, and the people thereof shall have formed a constitution for a republican form of government, it shall be admitted as a State into the Union, on an equal footing with the other States; and the people may in such constitution either prohibit or sustain the right to involuntary labor or service, and alter or amend the constitution at their will.

SEC. 8. The present right of representation in section two, article one, of this Constitution shall not be altered without the consent of all the States maintaining the right to involuntary service or labor south of latitude 36° 30,' but

nothing in this Constitution or its amendments shall be construed to deprive any State south of the right of said latitude 36° 30' of abolishing involuntary servitude at its will.

SEC. 9. The regulation and control of the right to labor or service in any of the States south of latitude 36° 30' is hereby recognized to be exclusively the right of each State within its own limits; and this Constitution shall not be altered or amended to impair this right of each State without its consent: *Provided*, This article shall not be construed to absolve the United States from rendering assistance to suppress insurrections or domestic violence, when called upon by any State, as provided for in section four, article four, of this Constitution.

SEC. 10. No State shall pass any law in any way interfering with or obstructing the recovery of fugitives from justice, or from labor or service, or any law of Congress made under article four, section two, of this Constitution; and all laws in violation of this section may, on complaint made by any person or State, be declared void by the Supreme Court of the United States.

SEC. 11. As a right of comity between the several States south of latitude 36° 30' the right of transit with persons held to involuntary labor or service from one State to another shall not be obstructed, but such persons shall not be brought into the States north of said latitude.

SEC. 12. The traffic in slaves with Africa is hereby forever prohibited on pain of death and the forfeiture of all the rights and property of persons engaged therein; and the descendants of Africans shall not be citizens.

SEC. 13. Alleged fugitives from labor or service, on request, shall have a trial by jury before being returned.

SEC. 14. All alleged fugitives charged with crime committed in violation of the laws of a State shall have the right of trial by jury, and if such person claims to be a citizen of another State, shall have a right of appeal or of a writ of error to the Supreme Court of the United States.

SEC. 15. All acts of any inhabitant of the United States tending to incite persons held to service or labor to insurrection or acts of domestic violence, or to abscond, are hereby prohibited and declared to be a penal offence, and all the courts of the United States shall be open to suppress and punish such offences at the suit of any citizen of the United States or the suit of any State.

SEC. 16. All conspiracies in any State to interfere with lawful rights in any other State or against the United States shall be suppressed; and no State or the people thereof shall withdraw from this Union without the consent of three-fourths of all the States, expressed by an amendment proposed and ratified in the manner provided in article five of the Constitution.

SEC. 17. Whenever any State wherein involuntary servitude is recognized or allowed shall propose to abolish such servitude, and shall apply for pecuniary assistance therein, the Congress may in its discretion grant such relief, not exceeding one hundred dollars, for each person liberated; but Congress shall not propose such abolishment or relief to any State.

Congress may assist free persons of African descent to emigrate and civilize Africa.

SEC. 18. Duties on imports may be imposed for revenue, but shall not be excessive or prohibitory in amount.

SEC. 19. When all of the several States shall have abolished slavery, then and thereafter slavery or involuntary servitude, except as a punishment for crime, shall never be established or tolerated in any of the States or Territories of the United States, and they shall be forever free.

SEC. 20. The provisions of this article relating to involuntary labor or servitude shall not be altered without the consent of all the States maintaining such servitude:

Case 5:02-cr-00027-CAR-CHW   Document 521-2   Filed 12/18/15   Page 19 of 20

It was determined in the negative.

On the question to concur in the amendment made in Committee of the Whole,
It was determined in the affirmative.

No further amendment being made to the joint resolution,

*Ordered,* That it be engrossed and read a third time.

The said resolution was read the third time.

On the question, Shall the joint resolution pass?

It was determined in the affirmative, { Yeas............ ............ 33
                                       { Nays...................... 6

On motion by Mr. Powell,

The yeas and nays being desired by one fifth of the senators present,
Those who voted in the affirmative are,

Messrs. Anthony, Brown, Chandler, Clark, Collamer, Conness, Cowan,
Dixon, Doolittle, Fessenden, Foot, Foster, Grimes, Hale, Harding, Harlan,
Harris, Henderson, Howard, Howe, Johnson, Lane of Indiana, Lane of Kan-
sas, Morgan, Morrill, Nesmith, Pomeroy, Ramsey, Sherman, Sprague, Sum-
ner, Ten Eyck, Trumbull, Van Winkle, Wade, Wilkinson, Willey, Wilson.

Those who voted in the negative are,

Messrs. Davis, Hendricks, McDougall, Powell, Riddle, Saulsbury.

So it was *Resolved,* (two-thirds of the senators present concurring,) That
the joint resolution pass.

On motion, the title was amended to read: A joint resolution submitting
to the legislatures of the several States a proposition to amend the Consti-
tution of the United States.

*Ordered,* That the Secretary request the concurrence of the House of Rep-
resentatives therein.

Mr. Doolittle presented a memorial of the legislature of Wisconsin, pray-
ing the passage of an act for the issue of patents to lands purchased of the
Stockbridge Indians, in conformity with an act approved March 5, 1843,
and recommending the sale of all unsold lands of the Stockbridge reserva-
tions, and that the price be fixed at one dollar and twenty-five cents per
acre; which was referred to the Committee on Indian Affairs.

On motion by Mr. Morrill,

*Ordered,* That the Committee on Claims be discharged from the farther
consideration of the memorial of certain contractors for, and builders of,
side-wheel gunboats, known as "double-enders," for an additional allowance
on their contracts, and that it be referred to the Committee on Naval Affairs.

The Vice-President signed the enrolled bills, (S. 79, S. 83, S. 155, S. 163,
H. R. C. C. 114, H. R. C. C. 115, H. R. C. C. 116, H. R. 602, and H. R. 373,)
last reported to have been examined, and they were delivered to the com-
mittee to be presented to the President of the United States.

On motion by Mr. Grimes,

*Ordered,* That when the Senate adjourns, it be to Monday next; and
On motion by Mr. Lane, of Indiana,
The Senate adjourned.

MONDAY, APRIL 11, 1864.

The Vice-President being absent, the Secretary called the Senate to order
and read the following letter:

VICE-PRESIDENT'S CHAMBER,
*Washington, April* 9, 1864.

SIR: I shall be absent from the city on Monday next.  Please communi-
cate information of this fact to the Senate on Monday morning.

Yours, very respectfully,

H. HAMLIN.

Hon. J. W. FORNEY, *Secretary of the Senate.*

"the United States never held any municipal sovereignty, jurisdiction, or right of soil in Alabama or any of the new states which were formed ... The United States has no Constitutional capacity to exercise municipal jurisdiction, sovereignty or eminent domain, within the limits of a state or elsewhere, except in the cases in which it is expressly granted ..." [Pollard v. Hagan, 44 U.S.C. 213, 221, 223]

In the Supreme-Court-Decision by the Judge-Theo-H. McCaleb on the date: 6: 19: 1848-C. E. for the declaring of the United: States of the non-owners of the land of the Ancient-Ones/Mound-Builders (Uaxashaktun) and for the declaring of the lawful-owners as the heirs of the Henry: Turner (Moorish-Nationals). By the Uaxashaktun-mounds of the North-America for the carbon-dating of the 6,000 of the years before the Jesus-Christ for the referring by the United-Nations and Smithsonian-Institute. In the year: 1928, for the laying of the claim by the (sovereign) Moors on the demarcation of the Ethiopia across the Africa, Great-Atlantis (North/Central/South-America) and Caribbean by the Noble-Drew: Ali, in an Express–Trust (Deed) in the chapter: 47, in the Holy-Koran of the Moorish/Science/Temple/of/America/A/Religious/Book for the recording in the Mecca and for the filing of the documentation from the Proper-Custody of the Religious-Corporation/Trust-Document on the date: 8: 1: 1928, by the Document-No.10105905: Book: 521: Page: 79: of the county of the Cook of the State of the Illinois by the Recorder of the Deeds

I REQUEST PROOF OF LAND OWNERSHIP BY THE STATE OF MICHIGAN!

I have studied the law and I am not a person under the Federal nor State territorial jurisdiction of your agency.

"Indeed, no more than an [affidavit] is necessary to make the prima facie case." United States v. Kis, 685 f.2d 526 (7th Cir. 1981); Certiorari denied, 50 U.S.W. 2169. S.Ct March 22, 1982.

## 2.THE Alleged Defendant NOW ANSWERS TO PLAINTIFF'S FRAUDULENT COMPLAINTS!

Now it is not my burden to disprove your Jurisdiction, but in the interest of Justice and the protection of my Constitutional rights I will show some arguments in favor of this Alleged Defendants.

The Defendant appears in this action in "Propria Persona" and asks that his finding, fillings, pleadings, and appeal be liberally construed and interpreted and that His submittal to the Court not be held to the same standard as would submittal, filings and pleadings of an attorney at law, Pickering v. Pennsylvania Railroad Co. 151 F. 2d 240 (3d Cir 1945).