FROM: Ishmael Bey
99 Manchester #301
Highland Park, MI 48203

TO: Judge C. Ashley Royal
P.O. Box 129
Macon, GA 31202