# Default Notice

We are requesting the immediate release of our tribal leader Malachi Z. York of the Nuwaubian Yamassee Nation who was put into a fraudulent corporate judicial system that's part of a foreign state that has no jurisdiction, this is the final notice you have ten days to respond.

On behalf of Malachi Z. York.


P.S. Once again the F.B.I did an investigation and found no sexual injury to any of the children, but never presented the evidence at trial.