I-Shmael Bey
99 WH Chester #36
Highland Park, Mich
48203

Ashley Royal
U.S. District
P.O. Box 129
Macon, Georgia
31202



