<u>IN THE UNITED STATES DISTRICT COURT</u>
<u>FOR THE MIDDLE DISTRICT OF GEORGIA</u>
<u>MACON DIVISION</u>
<u>UNITED STATES OF AMERICA :</u>
<u>:</u>
<u>vs. : CRIMINAL NO. 5:02-CR-27(CAR)</u>
<u>:</u>
<u>DWIGHT D. YORK :</u>

<u>Motion to Unseal Redacted Trial Transcript</u>

I, ASHER ELBEIN, a journalist with the Oxford American Magazine, respectfully request that this Honorable Court unseal the following document: Redacted Trial Transcripts. In support of this request, I note that the Oxford American is working on a feature examining the history of Nuwabianism and the results of the York Trial, and requires access to the aforementioned documents for the purposes of research and fact-checking. I request only that the redacted version of the trial transcripts be unsealed, so as to protect the identities of the minor victims, pursuant to Title 18, United States Code, Section 3509(d).

RESPECTFULLY SUBMITTED this 2nd day of March 2016.

ASHER ELBEIN
214 683 7061
1110 Rogeretta Drive, Atlanta, GA 30329
aelbein@gmail.com