# The Down and Dirty for Thomas Deegan, Ammon Bundy, and Everyone Else Facing Prosecution by the Vermin Pretending to Serve and Defend America!



By Anna Von Reitz

1. The Federal District Court today is a hybrid that was never intended to be.
2. Every Federal District Judge takes his oath to uphold the Constitution ----- 5 USC 3331. (Bear in mind that you cannot use CFR, USC, or any other of their private statutes in their courts, with the single exception of the United States Statutes at Large, which are public. The most you can do is remind them of their oath and accept it.)
3. March 9, 1933 martial law was imposed by Proclamation 2040 on both the federal and state government franchises organized as the United States of America, Inc. and its "states" doing business as the "State of California", etc.  The "Trading With the Enemy Act" of October 6, 1917 (50 USC App. 5(b) was amended by the "Emergency Banking Relief Act" of March 9, 1933 (12USC95a) ----2040 continued Emergency Proclamation 2039.
4. On April 25, 1938, the US Supreme Court demolished federal general common law civilian due process and the military common law jurisdiction was imposed.
5. In September 1938, new Federal Rules of Civil Procedure were introduced "as authorized by Section 17 of the Trading With the Enemy Act".  Four years later, in 1942, new Federal Rules of Criminal Procedure followed.
6. After that, there has been no distinction between suits at law and suits in equity--- they are constitutionally created courts, but sitting in a foreign, statutory, emergency war powers military jurisdiction.  Civilian "U.S. citizens" are now treated as "enemy combatants" subject to military due process of law--- i.e., international martial common law.
7. From July 28, 1868 to March 9, 1933, all Americans in the organic states were Private American National Citizens without any implied or express contract with the Federal corporations or the Federal "State" franchises.  They were protected by Section 1 of the corporate Constitution's 14th Amendment.
8. FDR's Proclamation 2039 made all U.S. citizens "enemies" and their property was deemed "enemy property"--- which was seized via exercise of titles held under color of law by the Alien Property Custodian, now the Secretary of the Treasury;
9. On March 9, 1933, Congress approved --- after the fact -- Roosevelt's actions back to March 4, 1933, the day of his inauguration--- and approved both his Proclamation 2039 and 2040;

10. Every Private American National Citizen was "deemed" to be Registered as a "U.S. citizen" --- a foreign situs trust named after them and deemed a citizen under federal "diversity of citizenship"---- via a Certificate of Live Birth.  The foreign situs trust created by this "registration" rather than "recording yielded an artificial "person" which was operated under a name in Upper and Lower Case identical to the given name people were used to using and this "person" was deemed "registered property" of the bankrupt federal corporation.   The living Americans were also "deemed" voluntary sureties and voluntary trustees for the resulting corporate persona: James Albert Doe.  After 7 years of this, when clueless Americans didn't come forward and object and reclaim their status by Expatriation, it was "presumed" that the owner/trustee was "lost at sea" and a second constructive trust was created----a Cestui Que Vie Trust operated as: JAMES ALBERT DOE, for example.
11. This reduced the status of the Private American National Citizen to that of a "U.S. citizen"---- a corporation created under federal corporation auspices as a franchise.
12.  This PERSON named after you is by definition an "enemy combatant" subject to international military jurisdiction.
13. AS a result of all this GARBAGE and FRAUD, every court procedure both civil and criminal, involves two jurisdictional trusts---- one express and inactive and constitutional, one implied and active and unconstitutional.
14. The express trust is the Constitution for the United States of America.  Under this trust, the plaintiff is the trustee and the defendant is the beneficiary (presumed innocent).
15. Thanks to the rupture caused by FDR, the government has foisted its responsibility to be trustee off on the victims of this fraud--- the people.
16. The implied trust is the court case itself, conducted within the military jurisdiction of the "civilian" court.
17. This implied trust arises from the "hybrid" nature of the Defendant--- a man presumed to be acting as a thing-- a corporation and "enemy combatant"----which results in the Defendant being "deemed" an "enemy combatant" and "presumed guilty".
18. In a criminal prosecution in a federal court (and all courts are federal--- either district or Federal "state" courts--- all operated by the United States District Court) the plaintiff comes in the name of the sovereign government----NOT the sovereign people.  The indictment enabling the government to prosecute the victim is a True Bill--- see the legal definition of a True Bill and a Bill of Attainder--- and then see the Fourth Amendment to the Constitution.
19. The plaintiff is now the beneficiary and the defendant is now the trustee--- this has been accomplished via two contracts---- the first one for the Private American National Citizen and the other for the government.
20. The first implied contract binding the Private American National Citizen is the registered "Certificate of Live Birth" coupled with the seized of all property associated with that NAME;
21. The second contract that replaced our lawful civilian government  with martial law was express by the Emergency Banking Relief Act (EBRA) and its amendment to the Trading with the Enemy Act.

HERE IS AN IMPORTANT TAKE HOME MESSAGE.  The "government" is a corporation bringing "charges" against a "vessel in commerce" via means of a Bill of Attainder presented as a True Bill.  They are doing this by pretending that Thomas Deegan,the man, is the "same as" THOMAS DEEGAN, the corporate "PERSON" they created as a franchise to benefit themselves.

Now, what to do about it?

PLEASE NOTE: the Judge is between a Rock and a Hard Place.  He has taken his oath to the Constitution on one hand, and yet is obligated to uphold the statutes of the United States on the other.

***The Article III Judge must be RELEASED and DISCHARGED from any obligation to impose military common law in his court created by the Constitution.***

You, as the living man and true sovereign, can release the Judge from this "conflict of duty" and end the nightmare.

23. Set up a one page Declaration of Political Status and Release and Discharge for Judge _____ .   Place a one dollar United States Postage Stamp in the top right hand corner of the page as consideration for the new contract you are creating.

For example:   I, Thomas of the Lawful House of Deegan, release and discharge Judge _____ from his emergency war powers jurisdictional duties created by Section 17 of the "Trading With the Enemy Act" and clearly inform the court that I, a Private American National Citizen who has harmed nobody and nothing do not consent to statutory military jurisdiction of any kind.  I did not willingly or knowingly consent to statutory military jurisdiction prior to being unlawfully detained and I do not consent to statutory military jurisdiction now.  I do not consent to statutory military jurisdiction now nor at any foreseable time in the future.

I do, however, accept the Oath of Judge_____and his trust obligation to uphold and defend the Constitution of the United States under the Law of the Land affirmed "So help me God" and I do accept the "perpetual friendship" and "amity" of all members of the Bar Associations owed to Americans by the Treaty of Westminster 1794 and their honest conduct owed by The Bar Association Treaty of 1947.

I repeat that I am a non-combatant and not an "enemy" and I do not consent to any statutory military jurisdiction being exercised against me by this court since my unlawful detainment, I do not consent to any statutory military jurisdiction being exercised with respect to me in the present, and do not consent to any future statutory military jurisdiction being offered against me.

I revoke all and any consent actual or implied to act as or be considered a voluntary surety, trustee, volunteer, a corporate officer of any kind, a tax payer, commercial driver, corporate franchise operator, warrant officer, licensee, beneficiary of the public charitable trust or any other individual or employee subject to the British Crown or the British King in any capacity whatsoever.

I clearly attest and declare that I am an American born on the land of the _____state and am one of the free, sovereign, and independent people of the United States as defined by The Definitive Treaty of Peace, Paris, 1783.  I have never considered any other political status actual or implied to be a benefit.

Autographed by__(hand printed first name only)_____Thomas (thumbprint seal).

24. Next, repudiate the presumptions, accept the Indictment, and return it to the government acting as plaintiff.  On the face of a copy of the Indictment write: "Accepted for Value by Grantee, Returned for Value by Grantor-Settlor, On Special Deposit Without Recourse, IT IS ORDERED: Discharge All Obligations/Presentments/ Bonds/Fees/Taxes/Tithes to Extinguish the Debt and Settle the Account of THOMAS DEEGAN: Date_____,
Signature_____(Upper and Lower Case)
Authorized Representative, all rights reserved.

This turns the tables back on the government agents and makes them the trustees.  And the grantor-beneficiary of the Constitution trust has just ordered the trustees to pay the charges and release the penal bonds.

This entire "schtick" depends on (1) identity theft; (2) corruption of the courts; (3) ignorance coupled with non-disclosure to mischaracterize innocent people and their natural political status.   No matter what they say or accuse you of, they are there to protect the interests of the British Crown and to extract money out of Americans and the lawful American government.  It is your duty to fully inform the court and hold it accountable.

Now here are some other facts you can use to "fully inform" the court(s).

According to 16 American Jurisprudence, 2nd Edition, Sections 71 and 82---- no "emergency" justifies a violation of any Constitutional provision.

Despite this fact, as admitted in Senate Report 93-549 (1973):  "A majority of people in the United States have lived all their lives (mischaracterized as British Subjects thanks to registration via Certificates of Birth) under emergency rule. For 40 years, freedoms and governmental procedures guaranteed by the Constitution have in varying degrees been abridged by laws brought into force by statutes of national emergency."

Any idea that a statutory entity, a corporation, can "declare war" is by its nature fantastical and logically unsound, for the divide between the living and the dead is absolute and precludes such a notion. The corporate charter would be irrevocably violated and the perpetrators exposed as a mere band of criminals.

"Emergency does not create power.  Emergency does not increase granted power or remove or diminish restrictions imposed upon power granted or reserved. The Constitution was adopted in a period of grave emergency. Its grants of the power to the Federal Government and its limitation of the power of the States were determined in the light of emergency and they are not altered by emergency." --- Home Building and Loan Association v. Blaisdell 290 US 426 (1934).

"The Constitution of the United States is a LAW for rulers and people equally in war and in peace, and covers with the shield of its protection ALL classes of men, at ALL times, and under ALL circumstances.  No doctrine, involving more pernicious consequences, was ever invented by the wit of man than that any of its provisions can be suspended during any of the great exigencies of government.  Such a doctrine leads directly to anarchy or to despotism." Statement of Opinion, United States Supreme Court, Annals 1866, in response to a new class of proposed infringing Reconstruction legislation that was similarly promoted on the basis of "national emergency".

Powers and property interests that the corporate officers of the United States of America, Incorporated or the UNITED STATES, Inc. did not possess prior to the 1933 bankruptcy "emergency" did not magically accrue to them as the result of any emergency economic or otherwise.

All that really happened is that two international banking cartels colluded among themselves to initiate a "war" for profit, a war that pitted foreign situs trusts named after innocent Americans against Roman Inferior TRUSTS also named after the same innocent Americans.

"Calling it an apple does not make it an apple."--- Benjamin Franklin, 1772.

Naming a Roman Inferior Trust "JOHN MICHAEL DOE" or a foreign situs trust "John Michael Doe" does NOT make either of these en legis "persons" equivalent to or the "same as" the living man whose given name has been seized upon and whose identity has been stolen. All it does is create an environment rich in confusions and semantic deceits that have been used to cheat, harass, entrap, enslave, defraud, and steal from the peaceful people of this land who are the employers, benefactors, and creditors who are owed "good faith service" from both the offending international banking cartels and both their sponsored governmental services corporations.

The Private American National Citizens are at peace, not parties to any "war" among fictional incorporated entities, not bound to act as sureties for the debts of governmental services corporations merely under contract to provide them nineteen essential enumerated services. To the extent that competing foreign banking cartels have created "emergencies" and advanced these outrageous claims against the employers and benefactors of the governmental services corporations they have each sponsored, they deserve to be recognized as crime syndicates engaged in identity theft and credit fraud, insurance fraud, securities fraud, press-ganging, entrapment, racketeering, armed extortion under color of law, personage, barratry, enslavement, embezzlement, conspiracy, unlawful conversion, and other crimes against humanity.

There are no "emergency powers" granted to Congress.  There is no basis for the Trading With the Enemy Act ever being applied against us nor against any "vessel" in commerce named after us.  There is no excuse for pretending that all the Americans magically "volunteered" to be considered British Subjects, either.

On April 14, 1802, the actual United States in Congress Assembled passed United States Statute-at-Large 2, 153, Chapter 28, Subsection 1.  The actual government of, for, and by the people clearly defined the necessary process for any American to ever become a United States Citizen---that is, a British Subject merely residing on the land of the United States--- a process requiring multiple notices and conscious acts by consenting adults confirmed by public officials and on the public record over a period of two years --- not an undisclosed "implied" contract foisted off under conditions of deceit upon babies in their cradles and women recovering from childbirth.

This is the thanks we get from the British Monarch for loyally supporting Britain and British interests in two World Wars.
----------------------------------------

See this article and over 100 others on Anna's website here: www.annavonreitz.com