# United States District Court

## Middle District of Georgia

Malachi Z. York                                  Judge C. Ashley Royal

#17911-054

Vs

Judge C. Ashley Royal

P.O. Box 129

Macon, Georgia 31202,

Bibb County

State of Georgia

F.B.I

Sheriff's Department

## Complaint and Status

We in the Yamassee Creek Nation of Moors want our tribal leader to be released from prison immediately!

Because of the fraudulent action of the judicial system in the state of Georgia. The United State of America is a foreign state

and its agency, the Department of Justice is a foreign agent and did not serve Malachi Z. York under title 28 section 1604-1607. They did not proceed under title 22 CFR section 9212 to 9232 and they did not file a claim against Malachi Z. York with the department of state to have the department of state remove his immunity and they did not file a case under title 28 section 1330 against Malachi Z. York. They violated all of his Native American Treaty Rights.

(see documents)

In Conclusion

1. I am asking Judge C, Ashley Royal to be the fiduciary and reserve all of the rights under UCC1-207 and UCC1-308
2. I am sending you a copy of a companion case of dealing with jurisdiction of Moors in Federal Court. (see documents)
3. According to title 42 statue 1983 anyone can be sued who is acting under the color of law. The reason I am asking for the amount of money damages is because I think a message should be sent to everyone in North America that you should not rape, murder, pillage or do treason, sedition, involuntary servitude, slavery, terrorism, fraud, extortion, grand theft, robbery, conspiracy and racketeering against a Native American Moor.
4. A party having superior knowledge will take advantage of another's ignorance of the law to deceive him by studied concealment or misrepresentation can be held responsible for that conduct. (FINA SUPPLY, Inc. v. Abilene National Bank, 726 S. W. 2D 537, 1987)
5. Fraud "vitiates the most solemn contracts, documents, and even judgments" (U.S.V. Throckmorton, 98 U.S. 61, at page 65.) Fraud is defined in BLACKS LAW DICTIONARY the 6th addition on page 660. (An intentional perversion or truth for the purpose of inducing another

  reliance upon it to part with some valuable things belonging to him or to surrender a legal right.)
6. A false representation of a matter of fact, whether by word or conduct, by false or misleading allegations, or by concealment of that which should have been disclosed, which deceived and is intended to deceive another so that he shall act upon it to his legal injury. Anything calculated to deceive, whether by a single act or combination, or by the suppression of truth, or by suggestion of what is false, whether it be by direct falsehood or innuendo, by speech of silence, word or mouth, or look, or gesture.
7. I am looking for compensation from Title 42 statue 1983 in the amount of five billion dollars.

I am here for settlement and closure.

Yours Truly,

Malachi Z. York

The F.B.I did an investigation on the children involved in the raid, and found no children had been molested, but they never presented their findings at the trial that would have exonerated Malachi Z. York of all charges.

Subject: Fwd: Peace
From: Emanuel Ellis (planterplus0@gmail.com)
To: farmerdane67@yahoo.com;
Date: Thursday, August 13, 2015 6:47 PM

---------- Forwarded message ----------
From: **Beth Roberts** <queenjustlove@gmail.com>
Date: Thursday, August 13, 2015
Subject: Peace
To: Emanuel Ellis <planterplus0@gmail.com>

## Public Notice to Law Enforcement, Sheriffs, Elected Officials and Bar Association Members

April 5, 2015
Take Notice: The Roman Curia created the concept of legal fictions— trusts, foundations, and other corporations for good reasons— however, legal fictions can be misused. By Maxim of Law, those who create are responsible for their creations. It follows that the Roman Curia is responsible for the proper functioning of all corporations worldwide. As of September 1, 2013, Pope Francis declared all corporations and corporate officers fully liable for their errors and omissions. This means you.
Also by Maxim of Law, there is no statute of limitation on fraud. Privately owned governmental services corporations have been fraudulently passing themselves off as the "government of the United States" since 1862. The longevity of this fraud in no way imbues it with authority. As an employee of these corporations you have no public office and no public bond and no foreign state immunity.
Federal Law Enforcement Personnel— except U.S. Marshals: Your status is that of a Mall Cop acting outside the Mall. You have no authority on the land jurisdiction of the Continental United States. You are acting under color of law when addressing Citizens of the Continental United States "as if" they were Citizens of the Federal United States. If you threaten any living inhabitant of the Continental United States with a gun, taser, or other weapon, you can be hung as an inland pirate. If you remove any livestock you can be hung as a cattle rustler. If you cause any harm, you can be sued without limit. If you wear any uniform or display any badge or use any name or office designed to deceive or project authority you do not have, you can be arrested for impersonating an officer.
You are acting in a purely private capacity and have only equal Civil Rights that may be withdrawn at any time. You are also acting under Martial Law and may face extreme punishment for infractions against the civilian populace. Acts of plunder, mortal violence, and mischaracterization of civilians as combatants are all death penalty offenses.
U.S. Marshals are allowed full egress within the Continental United States so long as they are sworn and acting as officers sworn to uphold the actual Constitution, are not acting deceptively, nor acting outside their international jurisdiction while in pursuit of their duty protecting the U.S. Mail.
Lawyers, Judges, Court Clerks— When you address birthright Citizens of the Continental United States in the foreign jurisdiction of the Federal United States or that of a Federal State, and deliberately confuse living people with corporate franchises merely named after them, you commit personage. This results in press-ganging land assets into the international jurisdiction of the sea, a crime outlawed worldwide for 200 years. It is a recognized act of inland piracy and it carries the death penalty.
Mischaracterizing the identity or citizenship status of a birthright Citizen of the Continental United States is also a crime under the Geneva Protocols of 1949, Volume II, Article 3. It also carries the Death Penalty.
Finally, no member of the Bar Association may sit upon the bench of any public court nor occupy any public office of the Continental United States including Congress. The involvement of any Bar Member automatically voids all proceedings pretending subject matter jurisdiction related to the actual land or its assets—including the people of the Continental United States. The Titles of Nobility Amendment adopted and ratified prior to the American Civil War has not been repealed.
The Federal United States and the Municipality of Washington, DC all operate under the auspices of the United Nations and are signatories of the Universal Right of Self-Declaration. Anyone claiming to be a Citizen of the Continental United States having a valid Birth Certificate must be treated as such. Any debts or charges whatsoever related to vessels in commerce operated under his or her name by the Federal United States, any Federal State, the Washington DC Municipality or the UNITED NATIONS must be discharged according to Maxim of Law already cited: you are responsible for what you create.
The Federal United States and its Federal States have created numerous vessels in commerce merely named after living Citizens of the Continental United States and styled in the form: John Quincy Adams. The Washington DC Municipality has similarly indulged in this practice and created franchises for itself named after living Citizens of the Continental United States styled in the form: JOHN QUINCY ADAMS.

Most recently the UNITED NATIONS has created public utilities and is operating them under names styled as: JOHN Q. ADAMS.
The organizations that have created these franchises are completely, 100% liable for their debts and obligations without exception and without recourse to claim upon the living people these franchises are named after.
You may not presume that the living people have consensually agreed to be subjected to statutory law. You may not presume that they consensually agreed to be obligated for the debts of any legal fiction personas which have been created and named after them by Third Parties secretively operating in a private capacity and merely claiming to represent the victims of this fraud.
This is your Due Notice that the living people inhabiting the Continental United States are presenting themselves and may not be addressed as if they belong to, are responsible for, or indebted in behalf of any legal fiction personas operated under their given names by any international corporation.
Any continuance of any such claims and repugnant practices will be deemed immediate cause to liquidate the American Bar Association as a criminal syndicate and to deport its members from our shores. International action is underway to secure the assets and credit owed to the victims.

Please read, research, and do your own due diligence. You are fully responsible for obeying the Public Law of the Continental United States including Revised Statute 2561 and The Constitution. Please respect the established jurisdictions of air, land, and sea— and be aware that you may be arrested and fined or worse for failure to do so.

Issued this fifth day of April 2015, Judge Anna Maria Riezinger, Alaska State Superior Court.
http://mainerepublicemailalert.com/2015/04/05/public-notice-to-law-enforcement-sheriffs-elected-officials-and-bar-association-members/

PLEASE, watch this show;

FINIS/INTEL.OPS/ALL STATIONS / KSI526-KBF373-WIEN-USA-PARIS- SEASIA/ga

Attachments area
Preview YouTube video Government As God



Government As God

## Outlook Mail (Preview)

Search Mail and People  ○ New |  Reply |  Delete  Archive  Junk |    Undo

**Folders**

| Inbox | 12751 |
| Junk Email | 474 |
| Drafts | 22 |
| Sent Items | |
| Deleted Items | |
| bbb | |

### Fw: Breaking News!!! | Maine Republic Email Alert

**ronmarchshow@yahoo.com**
To: tabletopmail@hotmail.com; Akiem Barber <akiembo@me.com>; cedricmaxwell.si@gr ..

Reply |
Sat 11/21/2015 8:25 AM

Sent from my MetroPCS 4G Android device

------ Original message------
From: Carla Rene Folson
Date: Sat, Nov 21, 2015 7:09 AM
To: Lewis Hammond;Emma Hammond;David Schied;David Lonier;
Subject:Fwd: Breaking News!!! | Maine Republic Email Alert

---------- Forwarded message ----------
Date: Mon, Oct 26, 2015 at 4:38 PM
Subject: Breaking News!!! | Maine Republic Email Alert

PLEASE READ CAREFULLY!!! ESPECIALLY "LEDGERING AND TRUE BILL" NUMBERS 4-9 DID I MENTION #9 ??!!
SAVE THIS NUMBER #2640220

Kennala

http://mainerepublicemailalert.com/2015/10/25/breaking-news-4/

**Maine Republic Email Alert**
*"...That I should bear witness to the truth." –John 18:37 // David E. Robinson, Publisher*

## Breaking News!!!

Posted on October 25, 2015

An INTERNATIONAL COMMERCIAL OBLIGATION LIEN (INDICTMENT) has been filed against the AMERICAN BAR ASSOCIATION (A.B.A.), the INTERNATIONAL BAR ASSOCIATION (I.B.A.), and the UNITED STATES DEPARTMENT OF JUSTICE (D.O.J.), by a multitude of Lien Claimants, for violations of 15 USC 1 & 2, for a total monetary penalty of SIX-HUNDRED MILLION ($600,000,000.) US GOLD DOLLARS EACH, **alleging that**, since "fraud vitiates all contracts", **ALL commercial contracts**, including, but NOT limited to, ALL unlawful sentences & incarcerations of political prisoners (i.e.; imprisoned I.R.S. Lien Debtors, non-criminal offenders), wherein, such commercial contracts were all conceived in fraud, and lacking any moral & ethical character are in direct conflict with Natural Law & Commercial Law, and thus, every A.B.A "contract" since 1882, whether verbal, or written, including, but not limited to all Judicial Oath's of Office, falsely sworn to, and fraudulently securitized, monetized, and commercialized, **are Null & Void, ab initio**.

They have been given NINETY (90) DAYS in which to answer the ALLEGATIONS against them. Failure to do so will result in an immediate "Asset Forfeiture & Seizure" of "Accounts Payable" of TWO-HUNDRED-SEVENTY-NINE TRILLION ($279,000,000,000,000.) US GOLD DOLLARS currently held by the A.B.A. and the I.B.A. — and the Secured Parties' Right to take possession after default.

### PROOF OF ALLEGATIONS:

1. The "PROOF OF ALLEGATIONS" lies directly at the feet of the individual Officers & Crew of the A.B.A., the I.B.A., and the D.O.J., i.e.; their Administrators, Executives, Officers, Directors, Employees, Agents, and Contractors, and with their honor, willingness, and their ability, to respond, protest, argue, or rebut the allegations made, herein, point-by-point, and article-by-article, under an Affidavit of Truth, under sworn Oath, and under the Penalty of Perjury.

2. It is anticipated & expected, that these individual members & contractors of the A.B.A., the I.B.A., and the D.O.J., rather than admit to their crimes against humanity, in-writing, will choose to go silent, or simply invoke the Fifth Amendment of the US Constitution, which, again, is NOT open to ANY A.B.A., I.B.A., or D.O.J. member, agent, contractor, or employee.

3. Their acquiescence, or silence, will then, under the weight of Commercial Law & Natural Law, result in their waiving all of their corporate, public, private, and individual rights & immunities, as per 28 USC #455, and they will, also, be attesting 1) to their acceptance & agreement to all allegations made, 2) to accept all fines, fees, penalties & punishments they are deserving of, and entitled to, under Common Law, the Law of Merchants, International Law, Commercial Law, Natural Law, and 3) to have violated their very own corporate laws & selfengineered codifications, which are grounds for the immediate dissolution of their corporate charters.

### LEDGERING AND TRUE BILL:

1. The ledger for this "TRUE BILL" is based on the Truth, the whole Truth, nothing but the Truth, and upon the MONETARY FACE VALUE of TWO HUNDRED SEVENTY-NINE TRILLION ($279,000,000,000,000.) US GOLD DOLLARS retrievable from stolen & pirated properties & assets, pursuant 12 USC #411, believed to be of

record, and all properties & assets suspected of being hidden in privatized off shore properties & accounts by various individuals & members the AMERICAN BAR ASSOCIATION, and the INTERNATIONAL BAR ASSOCIATION.

2. These stolen & pirated "assets" and "properties" will be confirmed & verified by a People's open, complete & independent audit of the Federal Reserve Bank, and an audit of the International Monetary Fund (IMF).

3. This "TRUE BILL" is, also, set against the MAXIMUM PUBLIC HAZARD BONDS/INSURANCES held by the A.B.A.'s, and the I.B.A.'s Bonding Companies, whether "in-house," or "independent," for all of these Entities, Agents, and Individuals, including, but NOT limited to, the individual Lien Debtors listed above.

4. As a Commercial Instrument, this "TRUE BILL" has an S.E.C. Tracer Number of #2640220, which is the Reception No.# assigned by the Mesa County Colorado Deputy Clerk & Recorder, Brandy Emow, for the filing of the fraudulent, fictitious, and fabricated Oath of Office signed by Colorado's 21st Judicial District Crown Administrative Clerks, Craig P. Henderson, and David A. Bottger, and witnessed by Sandra Casselberry, the Judicial Administrator for Mesa County, Colorado.

5. This S.E.C. Tracer Number of #2640220 is a "commercial securities tag," and is but a single Exhibit, out of thousands, of the prima facie evidence of the A.B.A.'s conspiracy to commit sedition, piracy, and commercial fraud, against the Lien Claimants, and against the American people, wherein, any such Oath "prescribed, given, taken," commercially securitized & monetized, was, and is, a "solemn mockery," and "equally a crime," according to the Crown's very own Supreme Court ruling by US Supreme Court Chief Justice, John Marshal, in 1803.

6. This S.E.C. Tracer Number of #2640220, as related to this Commercial Obligation Lien, may be used as form of identification for any & all "Witnesses," "Crime Victims," and/or "injured parties," when asked for identification by any A.B.A., I.B.A., or D.O.J. contractor, or revenue/tax collector ("Pulbicanus"), (ie; I.R.S. Agent, H.L.S. Agent, F.B.I. Agent, C.I.A. Agent, Sheriff, Sheriff Deputy, Police Officer, etc.).

7. All such "Crown Contractors" are, under the terms & conditions of this International Commercial Obligation Lien/Agricultural Lien/Writ of Injunction & Restraint/Cease & Desist Order, prohibited from engaging with, detaining, arresting, incarcerating, harrassing, coercing, or intimidating, any "Witness," "Crime Victim," a.k.a. "any Living Being," or citing same under any revenue-bearing statute, code, rule, ordinance, or any other "color of law" infraction, providing the Living Being has NOT harmed or injured another Living Being. [Corporations CANNOT be injured! Only Living Beings can be injured!] Without an "injury," there can be NO crime, and NOWHERE can these revenue-bearing statutes adhere, and no "false presumptions of a crime" shall be made, authorized, or enforced!

8. Any encroachments, or violations, upon the terms & conditions stated above by any "Crown Officer," "Crown Agent," or "Crown Contractor," will result in additional 15 USC penalties being levied upon the corporate, personal, and private properties & assets of these individual "Officers," "Agents," or "Contractors," while operating privately, or in their "corporate capacities."

9. This S.E.C. Tracer Number of #2640220, however, and wherever, presented, will serve as the People's Rescission of Consent, and as fair, proper, and lawful notice to CEASE & DESIST with any & all criminal aggressions, trespasses, and transgressions, while operating on the Land, and/or under the 'presumed & alleged' jurisdiction, power, or authority of the Military/Admiralty Flag of the Crown Templar.

### SURETY & CERTIFICATION:

The Sureties & Certifications of, and for, any & all Corporate, Public, Personal, or Private Accounts, Bonds, Securities, Profits, Procedes, Fixtures, Chattels, and Assets owned/managed by ANY individual operating within the jurisdiction, or control, of the A.B.A., the I.B.A., the D.O.J., or their, "in-house," Bonding Companies, under the indirect, or direct control of the A.B.A., or the I.B.A., their Nation/State franchises, Inns of the Court, The Federal Reserve Banking System, or The International Monetary Fund (IMF) for these Entities, Agents ande Follow

Individuals, are all considered forfeitable assets, and as "debt obligations" to the Lien Claimants, their assigns, and/or their heirs. As such, the Lien Debtors are lawfully responsible for producing, upon this commercial demand, these Sureties, Accounts, Financial Statements, and all Certificates of Liability & Indenture.

**ENFORCEMENT:**

1. The Affiants & Lien Claimants, without prejudice, and Reserving All Rights, declares this Commercial Obligation Lien to be self-effecting, self-evident, and self-enforcing, noting that the US Marshal Service, is now lawfully restored to the People's Executive Branch of the Continental united States of America, and they are no longer contractually obligated to the A.B.A.'s subsidiary corporation of the Department of Justice, both of which, are, hereby, dissolved for by the People for cause, and by necessity.

2. The US Marshal Service, a Constitutional Law Enforcement Agency, and NO LONGER a "Legal Enforcement Agency," in the State of Illinois, and elsewhere throughout the 50 States, Washington, D.C., and their 94 government offices, will be tasked & charged with executing the seizing, freezing, and recovery of all the A.B.A.'s, and the I.B.A.'s corporate, public, personal, and private properties, found upon the Land, at sea, or found to be held by any & all individuals operating under the A.B.A., or the I.B.A., until such time, as it is determined that the full face amount of this Commercial Obligation Lien can be satisfied, and that all other Claims for Remedy made, herein, are unconditionally satisfied in full.

3. The US Marshals, having been given the preponderance of evidence, and probable causes stated, herein, that crimes have been committed, and that, crimes are being committed, shall under their own authority, jurisdiction, and powers, as dejure Marshals & Sheriffs, commence, IMMEDIATELY, with serving Notice of this Writ of Injunction & Restraint/Cease & Desist, without the need of a court order, or warrant, as is their privilege, duty, and obligation, under Law.

4. On the NINETY-FIRST (91st) DAY after receipt of this Lien, the US Marshals & Interpol, are to commence, at once, with the freezing, forfeiture, and seizing, of all corporate, personal, public, private, and individual properties, accounts, and assets, known to be in the possession of, or under control of, the A.B.A., I.B.A., D.O.J., and/or any & all of their corporate contractors, however related.

5. Fair compensation shall be made for the anticipated expenses & services rendered by these agents, and for their abiding by their own Oaths of Office (https://www.law.cornell.edu/uscode/text/28/563). The US Marshal Service & Interpol will receive TWENTY(20%) of the recovered assets, and these funds will be divided equally. A Promissory Note shall be tendered to the dejure United States Treasury, and earmarked to the US Marsha Service & Interpol in this amount. The full face amount of the Promissory Note will be made payable to the US Marshal Service & Interpol immediately upon the successful recovery, reclamation, and return, of the Lien Claimant's "Accounts Receivables."

6. Should it ever be miscontrued, or misrepresented, that this Promissory Note, and/or payments made to the US Marshal Service & Interpol, is some form of bribery, the Lien Claimants shall argue & deny same, and declare these funds lawful & appropriate compensation for the tasks & expenses the US Marshals & Interpol are tasked & charged with. These funds constitute stolen & pirated properties & assets of the American people, and these compensations are to be considered "bounties," "prizes," and "rewards" for honest service by the people's law enforcement agencies & agents.

## AFFIDAVIT OF COMMERCIAL LIEN-ABA EXECUTIVES

Share this:

Twitter    Facebook 4K+    G+ Google

9 Follow

http://...



☆ Like

9 bloggers like this.

### About David Robinson



David Robinson is a journalist and author living in the mid-coast area of Maine. He served as a Grand Juror, seated under Summons, on the Cumberland County Maine Grand Jury for the first four months of 2014. For his other publications see - http://tinyurl.com/otjpur - He can be e-mailed at drobin88@comcast.net
View all posts by David Robinson →

This entry was posted in Uncategorized. Bookmark the permalink.

Maine Republic Email Alert

The Twenty Ten Theme.    Blog at WordPress.com.

Follow