IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
MACON DIVISION

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | : | |
| Plaintiff, | : | |
| | : | **CASE NO.: 5:02-CR-27** |
| vs. | : | |
| **DWIGHT D. YORK,** | : | |
| Defendant. | : | |

## ORDER DENYING MOTION TO AUTHORIZE PAYMENT FROM INMATE TRUST ACCOUNT

THIS CAUSE, having come before the Court on Plaintiff's Motion to Authorize Payment from Inmate Trust Account, and recognizing the Defendant filed a Response in Opposition to said motion; after reviewing the motion, opposition, and the applicable law, the Court is duly advised in the premises thereto. Therefore, it is hereby ORDERED and ADJUDGED as follows:

1. Plaintiff's Motion to Authorize Payment from Inmate Trust Account is hereby **DENIED**.

2. Defendant's request to release the lien is **GRANTED**; and

3. Defendant's request to unseal documents related to the registry is hereby **GRANTED**.

Date: _____, 2017.

_____
**PRESIDING DISTRICT JUDGE**
**HONORABLE JUDGE ASHLEY ROYAL PRESIDING**