IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF GEORGIA
MACON DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| Plaintiff | : | |
| v. | : | CASE NO. 5:02-CR-27 |
| DWIGHT D. YORK | : | |
| Defendant | : | |

**ORDER**

Upon consideration of the government's motion pursuant to 18 U.S.C. §§ 3613(a) and 3664(n) requesting the Court to enter an Order authorizing the Bureau of Prisons to turnover to the Clerk of Court certain funds totaling $7,000.00 held in the inmate trust account for the above-named defendant as payment for the criminal monetary penalties and restitution imposed in this case, for the reasons stated in said Motion, the Court concludes that cause exists to grant the motion, and therefore, it is hereby

ORDERED that the Motion of United States of America to Authorize Payment from Inmate Trust Account is GRANTED; and it is further

ORDERED that the Bureau of Prisons is authorized to turnover to the Clerk of Court, and the Clerk of Court shall accept, the $7,000.00 in funds currently held in the trust account for the following inmate:

Dwight D. York
Register Number: 17911-054

The Clerk shall apply these funds as payment for the criminal monetary penalties and restitution owed by the defendant in this case.

      SO ORDERED, this ____ day of _____, 2020.


                                              _____
                                              UNITED STATES DISTRICT JUDGE
                                              MIDDLE DISTRICT OF GEORGIA