AO 458 (Rev. 06/09)  Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the

Middle District of Georgia    🔽

| | |
|---|---|
| UNITED STATES OF AMERICA | ) |
| *Plaintiff* | ) |
| v. | )    Case No.    5:02-cr-00027-CAR-CHW-1 |
| DWIGHT YORK | ) |
| *Defendant* | ) |

## LIMITED ENTRY OF APPEARANCE OF COUNSEL

To:    The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

DWIGHT YORK                                                                                                    .

Date:    02/02/2026

/s/ Judith Delus Motgomery
*Attorney's signature*

Judith Delus Montgomery 470122
*Printed name and bar number*

1690 Chantilly Drive NE
Atlanta, GA 30324
*Address*

servicing@judithdeluspa.com
*E-mail address*

(678) 601-5580
*Telephone number*

(678) 601-6474
*FAX number*