AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
### for the
Middle District of Georgia

| | |
|---|---|
| UNITED STATES OF AMERICA | ) |
| *Plaintiff* | ) |
| v. | ) Case No.   5:02-cr-00027-CAR-CHW-1 |
| DWIGHT YORK | ) |
| *Defendant* | ) |

### LIMITED ENTRY OF APPEARANCE OF COUNSEL

To:    The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

DWIGHT YORK                                                                .

Date:    02/03/2026                                   /s/ Judith Delus Motgomery
                                                            *Attorney's signature*

                                                   Judith Delus Montgomery 470122
                                                     *Printed name and bar number*

                                                        1690 Chantilly Drive NE
                                                          Atlanta, GA 30324
                                                              *Address*

                                                   lawoffice@judithdeluspa.com
                                                          *E-mail address*

                                                          (678) 601-5580
                                                          *Telephone number*

                                                          (678) 601-6474
                                                            *FAX number*