**UNITED STATES DISTRICT COURT**
**FOR THE MIDDLE DISTRICT OF GEORGIA**

| | |
|---|---|
| **DWIGHT YORK,** | |
| *Petitioner,* | Case No. 5:02-cr-00027-CAR-CHW-1 |
| v. | |
| **UNITED STATES OF AMERICA,** | |
| *Respondent.* | |

**ORDER GRANTING MOTION TO SEAL**

This matter comes before the Court on Petitioner Dwight York's Motion to Seal Petition for Humanitarian Compassionate Release and Supporting Documents. The Court has reviewed the motion and finds good cause to grant the relief requested.

The Court finds that the Petition for Humanitarian Compassionate Release and supporting documents contain highly sensitive medical information protected under HIPAA, personal identifying information that could compromise Petitioner's privacy and security, and other confidential information entitled to protection from public disclosure.

The Court further finds that Petitioner's substantial privacy interests in his confidential medical records and personal information constitute compelling reasons to seal the petition and supporting documents, and that the public's interest in access to court records does not extend to private medical information that serves no legitimate purpose beyond idle curiosity.

Accordingly, it is hereby ORDERED that:

1. Petitioner's Motion to Seal is GRANTED;

2. The Petition for Humanitarian Compassionate Release and all supporting medical documents, records, and exhibits shall be filed under seal;

3. The sealed documents shall be accessible only to the Court, counsel of record, and authorized government personnel;

4. Petitioner is authorized to file a redacted public version of the petition that removes specific medical details and personal identifying information; and

5. The Clerk is directed to maintain the sealed documents in a manner that prevents public access.

SO ORDERED this _____ day of _____, 2026.


_____
UNITED STATES DISTRICT JUDGE