**IN THE UNITED STATES DISTRICT COURT**
**FOR THE MIDDLE DISTRICT OF GEORGIA**

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) **Case No. 5:02-cr-00027-CAR-CHW** |
| | ) |
| DWIGHT D. YORK, et al., | ) |
| Defendants. | ) |

## MOVANT'S SUPPLEMENT TO MOTION TO SEAL

Movant Dwight D. York, by and through undersigned counsel, respectfully submits this Supplement to the Motion to Seal [Doc. 555] pursuant to the Court's Order dated February 26, 2026, and states as follows:

### I.    CLARIFICATION OF DOCUMENTS MOVANT SEEKS TO SEAL

In response to the Court's Order directing Movant to clarify the scope of the requested sealing, Movant hereby states that he seeks to seal the following previously filed documents, as well as all future filings related to his humanitarian/compassionate release:

1.    Doc. 553 – Movant's Petition for Compassionate Release/Humanitarian Release and all supporting materials filed therewith;

2.    Doc. 554 – Proposed Order related to the Petition for Compassionate Release/Humanitarian Release and all supporting materials filed therewith; and

3.    Any and all future filings, motions, responses, replies, orders, exhibits, and supporting materials related to Movant's compassionate release/humanitarian release proceedings in this matter.

### II.    GROUNDS FOR SEALING

The documents and filings referenced above contain sensitive medical information, personal health records, and other private and confidential information pertaining to Movant's

health condition and medical history. Public disclosure of these materials would cause substantial harm to Movant's privacy interests. The sensitive nature of compassionate release proceedings, which necessarily involve detailed medical information, warrants sealing to protect the confidentiality of such information.

The interest in protecting Movant's private medical information outweighs the public's right of access to these particular filings, and no less restrictive means exist to adequately protect the sensitive information contained therein. Accordingly, Movant respectfully requests that the Court seal Documents 553 and 554, as previously filed, and enter a standing order sealing all future filings related to the pending humanitarian/compassionate release proceedings.

### III.    CONCLUSION

For the foregoing reasons, Movant respectfully requests that this Court grant the Motion to Seal, seal Documents 553 and 554, and further order that all future filings related to Movant's compassionate release/humanitarian release proceedings in this matter be filed under seal.

Respectfully submitted,

/s/Charles Tucker Jr., Esq.
Charles Tucker Jr., Esq.
Managing Partner
Tucker McCann Law Group LLP
4933 Auburn Avenue, 2nd Floor
Bethesda, MD 20814
Office No.: 301-338-6331
Email: ctucker@tuckermccanngroupllp.onmicrosoft.com
Bar No: 0808260001
Lead Counsel for Defendant Dwight York

/s/Judith Delus Montgomery., Esq.
Judith Delus Montgomery., Esq.
Managing Partner
Atlanta Family & Immigration Law
1690 Chantilly Dr.
Atlanta, GA, 30324
Office No.: 678-601-5580
Email: servicing@judithdeluspa.com
Bar No: 470122
Local Counsel for Defendant Dwight York

Date: March 13, 2026

## CERTIFICATE OF SERVICE

I hereby certify that on March 13, 2026, I electronically filed the foregoing Supplement to Motion to Seal with the Clerk of Court using the CM/ECF system, which will send notification of such filing to all counsel of record, including counsel for the United States.

/s/ Judith Delus Montgomery