IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
MACON DIVISION

DWIGHT D. YORK,                    :
                                   :
                Movant,            :
                                   :
        v.                         :        Case No. 5:02-cr-27-CAR-CHW-1
                                   :
UNITED STATES OF AMERICA,          :
                                   :
                Respondent.        :
                                   :

## ORDER

Pending before the Court are Dwight D. York's motions to seal his motions for compassionate release, responses, replies and supporting documents that may be filed in support of his motions in the future. (Docs. 555, 558). Because these documents may contain York's medical history, treatment, and other related medical information, the motions to seal (Docs. 555, 558) are **GRANTED**. The Clerk of Court is **DIRECTED** to seal York's motions for compassionate release (Docs. 553, 554) and the Government's motion for extension of time to respond (Doc. 556). Any future supporting documents relating to the compassionate release motions are also authorized to be filed under seal. The parties should follow the administrative procedures and guidance provided to attorneys regarding how to submit documents that are to be filed under seal and the Court's Standing Order 2025-02.

Following York's motion to seal documents, which suggested that further support for his motions for compassionate release would be forthcoming, the Government

1

requested an extension of time to respond to the motions in lieu of filing a motion to dismiss. (Doc. 556). The Government's motion for extension of time to respond to York's motions for compassionate release is **GRANTED**. The Government's response is due sixty (60) days from the date that York files his supporting documents.

**SO ORDERED AND DIRECTED**, this 18th day of March, 2026.

s/ Charles H. Weigle_____
Charles H. Weigle
United States Magistrate Judge

2