**IN THE UNITED STATES DISTRICT COURT FOR
THE MIDDLE DISTRICT OF GEORGIA**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | ) | |
| **PETITIONER,** | ) | **CASE NO:** |
| | ) | **5:02-cr-00027-CAR-CHW-1** |
| **V.** | ) | |
| | ) | |
| **DWIGHT YORK,** | ) | |
| **RESPONDENT.** | ) | |

## <u>MOTION TO WITHDRAW AS ATTORNEY OF RECORD</u>

NOW COMES, **JUDITH DELUS MONTGOMERY and all attorneys of Atlanta Family & Immigration Law ("AFIL")**, pursuant to the applicable rules of the State of Georgia and Rule 1.16 of the State Bar of Georgia Rules of Professional Conduct, and respectfully move this Court for leave to withdraw as counsel of record for Respondent, **DWIGHT YORK**.

Respondent's lead counsel entered into a Local Counsel Agreement with the AFIL where the latter will represent the Respondent in a limited purpose to ensure compliance with local rules, procedural requirements, and court practices. Under the said Agreement, AFIL may also withdraw from the case. Thus, the Atlanta Family and Immigration Law, by Judith Delus Montgomery, Esq., wishes and intends to withdraw as attorney of record of the Respondent in the above-styled action. The Local Counsel Agreement is attached hereto as "Exhibit A."

Withdrawal will not delay these proceedings or otherwise prejudice any party. Respondent and the lead counsel have been notified of the conclusion of representation and remains responsible for compliance with all appellate deadlines and obligations.

**WHEREFORE**, the undersigned respectfully requests that she be permitted to withdraw as attorney of record for the Respondent.

This 6th day of April, 2026.

**Respectfully Submitted:**

*/s/ Judith Delus Montgomery*
Judith Delus Montgomery, Esq.
Georgia Bar No. 470122
Attorney for Respondent

**Atlanta Family and Immigration Law**
1690 Chantilly Drive, NE
Atlanta, GA 30324
Telephone: (678) 601-5580
Facsimile: (678) 601-6474
Email:lawoffice@judithdeluspa.com

# EXHIBIT A

## ATLANTA FAMILY & IMMIGRATION LAW

Serving the Atlanta community since 2012

Atlanta Family & Immigration Law
1690 Chantilly Drive NE
Atlanta, GA 30324
678-601-5580
M-F 8:30am - 5:00pm
Atlfamilyimmigrationlaw.com

## LOCAL COUNSEL AGREEMENT

This Local Counsel Agreement ("Agreement") is entered into as of [Effective Date], by and between:
Local Counsel:
Judith Delus Montgomery, Esq.
Atlanta Family & Immigration Law

<span style="background:black"> </span>

("Local Counsel")
and

Lead Counsel:
Chrles Tucker, Esq.
Tucker McCann Law Group LLP

<span style="background:black"> </span>

("Lead Counsel")

### 1. PURPOSE & REPRESENTATION
Local Counsel agrees to act as local counsel of record in the matter of:
Case Name: _Dwight York_
Court: _Middle District of Georgia_
Case No.: _____
Local Counsel's role is limited to compliance with local rules, procedural requirements, and court practices in the above-referenced jurisdiction.

### 2. SCOPE OF REPRESENTATION
Unless expressly agreed to in writing, Local Counsel's duties are limited to:
- Entry of appearance as local counsel if required
- Advising Lead Counsel on local rules, procedures, and customs
- Receiving and forwarding court notices
- Filing pleadings prepared and approved by Lead Counsel
- Attendance at hearings only if separately requested and compensated

Local Counsel shall not:
- Draft substantive pleadings or motions
- Make strategic decisions
- Communicate with opposing counsel or parties without instruction
- Appear at hearings or trial unless expressly retained to do so in writing

### 3. RESPONSIBILITIES OF LEAD COUNSEL
Lead Counsel shall:
- Maintain primary responsibility for the case
- Ensure compliance with all substantive and ethical obligations



## ATLANTA FAMILY & IMMIGRATION LAW

Serving the Atlanta community since 2012

- Prepare and review all pleadings and filings
- Communicate directly with the client
- Indemnify Local Counsel for any claims arising from Lead Counsel's acts or omissions

## 4. FEES & PAYMENT

☐ Initial Flat Fee: ███ for the following services: use of local counsel firm, availability for review of initial filing of entry of appearance and initial pleadings, sending all court notices to lead counsel.

☐ Hourly Rate: ███ per hour (billed in 0.1 increments)

Payment terms:

Retainer due upon execution: ███

Invoices payable within 48 hours

Late payments may result in withdrawal after proper notice

Local Counsel shall not advance costs unless agreed in writing.

## 5. MALPRACTICE & LIABILITY

Local Counsel's professional liability is limited to acts personally performed within the scope of this Agreement.

Lead Counsel agrees to defend, indemnify, and hold harmless Local Counsel from any claims, damages, or disciplinary issues arising from:

- Substantive legal work
- Client communications
- Strategic decisions
- Failure to follow advice regarding local rules

## 6. CLIENT RELATIONSHIP

No attorney-client relationship is formed between Local Counsel and the client beyond what is required by court rules. Lead Counsel remains counsel primarily responsible for representation.

## 7. CONFIDENTIALITY

Local Counsel shall maintain confidentiality in accordance with applicable rules of professional conduct.

## 8. WITHDRAWAL

Local Counsel may withdraw:

- Upon reasonable notice
- For nonpayment
- For ethical conflicts
- If Lead Counsel fails to comply with this Agreement
- Withdrawal shall be handled in compliance with court rules.

## 9. GOVERNING LAW

This Agreement shall be governed by the laws of the State of Georgia, without regard to conflict-of-law principles.

## 10. ENTIRE AGREEMENT

This Agreement constitutes the entire agreement between the parties and may be modified only in writing signed by both parties.

Atlanta Family & Immigration Law
1690 Chantilly Drive NE
Atlanta, GA 30324
678-601-5580
M-F 8:30am - 5:00pm
Atlfamilyimmigrationlaw.com



**ATLANTA
FAMILY &
IMMIGRATION
LAW**

Serving the Atlanta community since
2012

11. SIGNATURES

Judith Delus Montgomery, Esq.
Date: 1/30/2026

LEAD COUNSEL.

Charles Tucker, Esq.
Date: 30/01/2026

Atlanta Family & Immigration Law
1690 Chantilly Drive NE
Atlanta, GA 30324
678-601-5580
M-F 8:30am - 5:00pm
Atlfamilyimmigrationlaw.com

**IN THE UNITED STATES DISTRICT COURT FOR
THE MIDDLE DISTRICT OF GEORGIA**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | ) | |
| **PETITIONER,** | ) | **CASE NO:** |
| | ) | **5:02-cr-00027-CAR-CHW-1** |
| **V.** | ) | |
| | ) | |
| **DWIGHT YORK,** | ) | |
| **RESPONDENT.** | ) | |

_____

**NOTICE OF REQUEST TO WITHDRAW AS ATTORNEY OF RECORD**

To: **DWIGHT YORK**
  Ctucker@tuckermccanngroupllp.onmicrosoft.com

You are hereby notified as follows:

1.  The Atlanta Family and Immigration Law, by Judith Delus Montgomery, Esq., wishes and intends to withdraw as attorney of record of the Respondent in the above-styled action. The Agreement to withdraw is attached hereto as "Exhibit A."

2.  The UNITED STATES DISTRICT COURT FOR THE MIDDLE DISTRICT OF GEORGIA retains jurisdiction of the action.

3.  The Respondent has the burden of keeping the Court informed respecting where notices, pleadings, or other papers.

4.  The Respondent has the obligation to ensure readiness for any proceedings for this matter.

5.  If the Respondent fails or refuses to meet the above burdens, Respondent may suffer adverse consequences.

6.  The Respondent has the right to object to the withdrawal of the undersigned. To do so, Respondent must file objections to the withdrawal within ten (10) days from the date of the receipt of this notice.

This 6th day of April, 2026.

**Respectfully Submitted:**

*/s/ Judith Delus Montgomery*

Judith Delus Montgomery, Esq.

Georgia Bar No. 470122

Attorney for Respondent

**Atlanta Family and Immigration Law**

1690 Chantilly Drive, NE

Atlanta, GA 30324

Telephone: (678) 601-5580

Facsimile: (678) 601-6474

Email:lawoffice@judithdeluspa.com

# EXHIBIT A



## ATLANTA FAMILY & IMMIGRATION LAW

Serving the Atlanta community since 2012

## **LOCAL COUNSEL AGREEMENT**

This Local Counsel Agreement ("Agreement") is entered into as of [Effective Date], by and between:
Local Counsel:
Judith Delus Montgomery, Esq.
Atlanta Family & Immigration Law



("Local Counsel")
and

Lead Counsel:
Chrles Tucker, Esq.
Tucker McCann Law Group LLP

("Lead Counsel")

### 1. PURPOSE & REPRESENTATION
Local Counsel agrees to act as local counsel of record in the matter of:
Case Name: _Dwight York_____
Court: _Middle District of Georgia_____
Case No.: _____
Local Counsel's role is limited to compliance with local rules, procedural requirements, and court practices in the above-referenced jurisdiction.

### 2. SCOPE OF REPRESENTATION
Unless expressly agreed to in writing, Local Counsel's duties are limited to:
- Entry of appearance as local counsel if required
- Advising Lead Counsel on local rules, procedures, and customs
- Receiving and forwarding court notices
- Filing pleadings prepared and approved by Lead Counsel
- Attendance at hearings only if separately requested and compensated

Local Counsel shall not:
- Draft substantive pleadings or motions
- Make strategic decisions
- Communicate with opposing counsel or parties without instruction
- Appear at hearings or trial unless expressly retained to do so in writing

Atlanta Family & Immigration Law
1690 Chantilly Drive NE
Atlanta, GA 30324
678-601-5580
M-F 8:30am - 5:00pm
Atlfamilyimmigrationlaw.com

### 3. RESPONSIBILITIES OF LEAD COUNSEL
Lead Counsel shall:
- Maintain primary responsibility for the case
- Ensure compliance with all substantive and ethical obligations



**ATLANTA
FAMILY &
IMMIGRATION
LAW**

Serving the Atlanta community since
2012

Atlanta Family & Immigration Law
1690 Chantilly Drive NE
Atlanta, GA 30324
678-601-5580
M-F 8:30am - 5:00pm
Atlfamilyimmigrationlaw.com

- Prepare and review all pleadings and filings
- Communicate directly with the client
- Indemnify Local Counsel for any claims arising from Lead Counsel's acts or omissions

## 4. FEES & PAYMENT

☐ Initial Flat Fee: ▮▮▮ for the following services: use of local counsel firm, availability for review of initial filing of entry of appearance and initial pleadings, sending all court notices to lead counsel.

☐ Hourly Rate: ▮▮▮ per hour (billed in 0.1 increments)
Payment terms:
Retainer due upon execution: ▮▮▮
Invoices payable within 48 hours
Late payments may result in withdrawal after proper notice
Local Counsel shall not advance costs unless agreed in writing.

## 5. MALPRACTICE & LIABILITY

Local Counsel's professional liability is limited to acts personally performed within the scope of this Agreement.
Lead Counsel agrees to defend, indemnify, and hold harmless Local Counsel from any claims, damages, or disciplinary issues arising from:
- Substantive legal work
- Client communications
- Strategic decisions
- Failure to follow advice regarding local rules

## 6. CLIENT RELATIONSHIP

No attorney-client relationship is formed between Local Counsel and the client beyond what is required by court rules. Lead Counsel remains counsel primarily responsible for representation.

## 7. CONFIDENTIALITY

Local Counsel shall maintain confidentiality in accordance with applicable rules of professional conduct.

## 8. WITHDRAWAL

Local Counsel may withdraw:
- Upon reasonable notice
- For nonpayment
- For ethical conflicts
- If Lead Counsel fails to comply with this Agreement
- Withdrawal shall be handled in compliance with court rules.

## 9. GOVERNING LAW

This Agreement shall be governed by the laws of the State of Georgia, without regard to conflict-of-law principles.

## 10. ENTIRE AGREEMENT

This Agreement constitutes the entire agreement between the parties and may be modified only in writing signed by both parties.



## ATLANTA FAMILY & IMMIGRATION LAW

Serving the Atlanta community since 2012

11. SIGNATURES

LOCAL COUNSEL

Judith Delus Montgomery, Esq.
Date: 1/30/2026

LEAD COUNSEL

Charles Tucker, Esq.
Date: 30/01/2026

Atlanta Family & Immigration Law
1690 Chantilly Drive NE
Atlanta, GA 30324
678-601-5580
M-F 8:30am - 5:00pm
Atlfamilyimmigrationlaw.com

**IN THE UNITED STATES DISTRICT COURT FOR
THE MIDDLE DISTRICT OF GEORGIA**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | ) | |
| **PETITIONER,** | ) | **CASE NO:** |
| | ) | **5:02-cr-00027-CAR-CHW-1** |
| **V.** | ) | |
| | ) | |
| **DWIGHT YORK,** | ) | |
| **RESPONDENT.** | ) | |
| _____ | | |

**<u>NOTICE OF CERTIFICATE</u>**

The undersigned, **JUDITH DELUS MONTGOMERY**, hereby certifies as follows:

The undersigned intends to withdraw as attorney of record for Respondent. The undersigned has complied with the notification requirements of applicable rules of the State of Georgia and Rule 1.16 of the State Bar of Georgia Rules of Professional Conduct by sending notice via statutory electronic service to:

**CHARLES TUCKER**
Respondent's Lead Counsel
Ctucker@tuckermccanngroupllp.onmicrosoft.com

This 6th day of April, 2026.

Respectfully Submitted:

*/s/ Judith Delus Montgomery*
Judith Delus Montgomery, Esq.
Georgia Bar No. 470122
Attorney for Respondent

**Atlanta Family and Immigration Law**
1690 Chantilly Drive, NE
Atlanta, GA 30324
Telephone: (678) 601-5580

Facsimile: (678) 601-6474
Email:lawoffice@judithdeluspa.com

### IN THE UNITED STATES DISTRICT COURT FOR
### THE MIDDLE DISTRICT OF GEORGIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | ) | |
| **PETITIONER,** | ) | **CASE NO:** |
| | ) | **5:02-cr-00027-CAR-CHW-1** |
| **V.** | ) | |
| | ) | |
| **DWIGHT YORK,** | ) | |
| **RESPONDENT.** | ) | |

_____

### CERTIFICATE OF SERVICE

This is the certify that I have this date served the Respondent's lead counsel with a copy of the foregoing *Motion to Withdraw as Attorney of Record* as follows:

**CHARLES TUCKER**
Respondent's Lead Counsel
Ctucker@tuckermccanngroupllp.onmicrosoft.com

This 6th day of April, 2026.

**Respectfully Submitted:**

*/s/ Judith Delus Montgomery*
Judith Delus Montgomery, Esq.
Georgia Bar No. 470122
Attorney for Respondent

**Atlanta Family and Immigration Law**
1690 Chantilly Drive, NE
Atlanta, GA 30324
Telephone: (678) 601-5580
Facsimile: (678) 601-6474
Email:lawoffice@judithdeluspa.com