**IN THE UNITED STATES DISTRICT COURT**
**FOR THE MIDDLE DISTRICT OF GEORGIA**
**MACON DIVISION**

| | | |
|---|---|---|
| **DWIGHT D. YORK,** | : | |
| | : | |
| **Movant,** | : | |
| | : | |
| **v.** | : | **Case No. 5:02-cr-27-CAR-CHW-1** |
| | : | |
| **UNITED STATES OF AMERICA,** | : | |
| | : | |
| **Respondent.** | : | |
| | : | |

## ORDER TO SUPPLEMENT

Attorney Judith Delus Montgomery has filed a motion to withdraw as counsel for Movant Dwight D. York in connection with his pending motion for compassionate release. (Doc. 561). In her motion, Ms. Montgomery represents that she is acting as local counsel for Movant and that Movant will continue to be represented by lead counsel, attorney Charles Tucker. The Court's docket shows, however, that Mr. Tucker has not entered an appearance in this case and has not met the requirements to practice *pro hac vice* in this District. On February 4, 2026, the Clerk of Court entered a notice on the docket directing Mr. Tucker to comply with those requirements within 14 days. To date, Mr. Tucker has failed to do so.

As the only counsel of record for Movant at this time, Ms. Montgomery will not be permitted to withdraw from the case until lead counsel has entered an appearance and complied with the requirements for practice in this Court. Movant's attorneys are directed to supplement the record accordingly.

**SO ORDERED**, this 7th day of April, 2026.

s/ Charles H. Weigle
Charles H. Weigle
United States Magistrate Judge

1