UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF GEORGIA (MACON)

UNITED STATES OF AMERICA

VS.                                                    NO. 5:02-CR-00027-00027-CAR-CHW-1

DWIGHT D. YORK

### NOTICE OF SUBSTITUTED COUNSEL

COMES NOW the Defendant, Dwight D. York, by and through the undersigned, and respectfully moves this Honorable Court for entry of an Order permitting substitution of counsel, whereby Imhotep Alkebu-lan shall be substituted as counsel of record for Defendant in place of Judith Delus Montgomery. In support of this Motion, the Defendant states as follows:

1.    Kelly Judith Delus Montgomery is presently counsel of record for Defendant in the above-styled and numbered cause. Defendant has requested that Imhotep Alkebu-lan, who is admitted to practice before this Court, be substituted as counsel of record for Defendant in this matter.

2.    Judith Delus Montgomery has agreed to the undertaking of this action.

3.    Defendant consents to the requested substitution of counsel.

4.    The requested substitution is sought in the interest of orderly representation and will not prejudice any party.

5. The requested substitution will not require a continuance of any currently scheduled deadlines, hearings, or post-trial settings.

WHEREFORE, PREMISES CONSIDERED, Defendant respectfully prays that this Court enter an Order:

Granting this Motion to Substitute Counsel;

Substituting Imhotep Alkebu-lan as counsel of record for Defendant;

Relieving  Judith Delus Montgomery as counsel of record in this matter;

Grant such other and further relief as the Court deems proper.

This is the 16th day of April, 2026.

                                Respectfully submitted,

                                YVETTE HERRING a/k/a Yvette Wilson

                        By:

                            s/ Imhotep Alkebu-lan
                             Imhotep Alkebu-lan GB#602826

Imhotep Alkebu-lan
P.O. Box 54863
Atlanta, GA 30308
404-855-4646 Telephone 404-254-0701 Telecopier
ialkebulan@aol.com

ATTORNEY FOR DEFENDANT

## CERTIFICATE OF SERVICE

I now certify that on the date below, I electronically filed the preceding with the Clerk of the Court using the ECF system, which sent notification of such filing to all counsels of record.

I now certify that I have mailed by the United States Postal Service the document to the following non-ECF participants:

None

This is the 16th day of April 2026.

s/ Imhotep Alkebu-lan
Imhotep Alkebu-lan