# UNITED STATES DISTRICT COURT

# MIDDLE DISTRICT OF GEORGIA (MACON)

UNITED STATES OF AMERICA

VS.                                                       NO. 5:02-cr-00027-CAR-CHW-1

DWIGHT D. YORK

## NOTICE OF APPEARANCE

Please enter my appearance as an attorney of record for the Defendant Dwight D. York

This is the 17th day of April 2026.

                                    Respectfully submitted,

                                    DWIGHT D. YORK

                    By:

                                    s/Imhotep Alkebu-lan
                                    Imhotep Alkebu-lan GB#602826

Imhotep Alkebu-lan
P.O. Box 54863
Atlanta, GA 30308
404-855-4646 Telephone 404-254-0701
Telecopier ialkebulan@aol.com

ATTORNEY FOR DEFENDANT

**<u>CERTIFICATE OF SERVICE</u>**

I now certify that on the date below, I electronically filed the preceding with the Clerk of the Court using the ECF system, which sent notification of such filing to all counsels of record.

I now certify that I have mailed by the United States Postal Service the document to the following non-ECF participants:

None

This is the 17th day of April  2026.

s/ Imhotep Alkebu-lan
Imhotep Alkebu-lan