IN THE UNITED STATES DISTRICT COURT FOR
THE MIDDLE DISTRICT OF GEORGIA
MACON DIVISION

UNITED STATES OF AMERICA
     Plaintiff,

v.                            Case No. 5:02-cr-00027-CAR-CHW-1

DWIGHT YORK,
Register Number: 17911-054
     Defendant.

DEFENDANT'S MOTION FOR LEAVE TO FILE
UNDER SEAL DEFENDANT'S  FIRST AMENDED
MOTION FOR COMPASSIONATE RELEASE
PURSUANT TO 18 U.S.C. §3582(c)(1)(A)

Defendant Malachi Z. York, Consul General Diplomatic #0003125, of the Republic of

Liberia, West Africa Citizenship, misnomer Dwight D. York (Inmate #17911-054), through

undersigned counsel, respectfully moves this Court to grant this  Defendant's Motion for Leave to

File Under Seal Defendant's First Amended Motion for Compassionate Release and supporting

exhibits under seal. In support thereof, Defendant states as follows:

1. Defendant has filed, or contemporaneously seeks to file, a First Amended Motion for

Compassionate Release pursuant to 18 U.S.C. §3582(c)(1)(A).

2. The amended motion and accompanying exhibits contain sensitive and confidential

information, including, but not limited to, medical records, mental health information, Bureau of

Prisons records, personal identifying information, and other matters implicating Defendant's privacy

interests.

3. Public disclosure of these materials could unnecessarily invade Defendant's privacy rights

and could potentially compromise confidential medical and correctional information protected by

federal law and policy.

4. The relief requested is narrowly tailored. Defendant seeks only to seal the amended motion and supporting exhibits containing confidential information, while permitting the Court to maintain access to the materials for adjudication purposes.

5. Courts within the Eleventh Circuit recognize that sensitive medical and personal information may constitute good cause for sealing judicial records where privacy interests outweigh the public's limited interest in disclosure. See, e.g., *Chicago Tribune Co. v. Bridgestone/Firestone, Inc.*, 263 F.3d 1304 (11th Cir. 2001).

6. Defendant respectfully submits that the interests supporting sealing in this matter outweigh any presumption of public access because the confidential information is personal, medical, and unrelated to broader public concerns.

7. Defendant further requests that access to the sealed filing be limited to the Court, court personnel, counsel of record, and authorized representatives of the United States.

WHEREFORE, Defendant respectfully requests that this Court enter an Order granting leave to file Defendant's First Amended Motion for Compassionate Release and supporting exhibits under seal, and for such other and further relief as the Court deems just and proper.

This is the 11th day of May 2026.

Respectfully submitted,

DWIGHT YORK,
Register Number: 17911-054

By:

s/ Imhotep Alkebu-lan
Imhotep Alkebu-lan GB #602826

2

Post Office Box 54863
Atlanta, Georgia 30308
404-855-4646 Telephone
404-254-0701 Telecopier
ialkebulan@aol.com

CERTIFICATE OF SERVICE

This is to certify that on the date below, a true and correct copy of the foregoing was electronically filed with the Clerk of the Court using the CM/ECF system, which sent notification of such filing to all counsel of record.

This is the 11th day of May 2026.

s/ Imhotep Alkebu-lan
Imhotep Alkebu-lan