IN THE UNITED STATES DISTRICT COURT FOR
THE MIDDLE DISTRICT OF GEORGIA
MACON DIVISION

UNITED STATES OF AMERICA
    Plaintiff,

v.                                                                    Case No. 5:02-cr-00027-CAR-CHW-1

DWIGHT YORK,
Register Number: 17911-054
    Defendant.

ORDER

Before the Court is Defendant's Motion for Leave to File First Amended Motion for

Compassionate Release Under Seal.

Having considered the Motion, and for good cause shown, the Motion is hereby GRANTED.

IT IS HEREBY ORDERED that Defendant may file under seal the First Amended Motion

for Compassionate Release and any supporting exhibits containing confidential medical, mental

health, Bureau of Prisons, or personal identifying information.

SO ORDERED, this is the _____ day of _____, 2026.

                                          _____
                                          UNITED STATES DISTRICT JUDGE