## APPENDIX A - MEDIA SOURCES / PUBLIC URL REFERENCES

### 1. 13WMAZ - April 3, 2026

Title: Convicted cult leader Dwight York seeks release citing rare medical condition

URL: https://www.13wmaz.com/article/news/crime/convicted-cult-leader-dwight-york-seeks-release-citing-rare-medical-condition/93-2a89ac9a-5ef8-4ab4-a00c-a2837cee95d1

Use: Latest public comments by Sheriff Sills concerning release, alleged victims, possible return to Putnam County, and the statement that he 'learned to carry a bigger gun.'

### 2. WSB-TV - June 2023

Title: 'I'd do it again': Putnam County sheriff stops scammers by shooting truck tire

URL: https://www.wsbtv.com/news/local/id-do-it-again-putnam-county-sheriff-stops-scammers-by-shooting-truck-tire/SIU7QVXHKNCF7HIDQKQGOTWKAE/

Use: Public reporting on the truck-tire shooting incident and Sills's own quoted statement approving the conduct.

### 3. Atlanta Journal-Constitution - February 2018

Title: Deal's cash bail proposal gets him comparison to Lucifer

URL: https://www.ajc.com/blog/politics/deal-cash-bail-proposal-gets-him-comparison-lucifer/AGmw8dAHFIjMkTAJsLiIFI/

Use: Public reporting on Sills's criticism of Gov. Nathan Deal's reform agenda and the controversy that followed.

### 4. Los Angeles Times - January 22, 2004

Title: Cult Leader Guilty of Enticing Minors to Georgia Compound for Sex

URL: https://www.latimes.com/archives/la-xpm-2004-jan-22-na-nuwaubian22-story.html

Use: Public reporting that Sills first took on the Nuwaubians through zoning disputes, supporting the pre-arrest conflict timeline.

### 5. Tampa Bay Times - May 12, 2002

Title: This time, FBI raid went flawlessly

URL: https://www.tampabay.com/archive/2002/05/12/this-time-fbi-raid-went-flawlessly/

Use: Public reporting on the raid and law-enforcement tactical framing tied to the York matter.

### 6. Creative Loafing - May 22, 2002

Title: Nabbing the man from outer space

URL: https://creativeloafing.com/content-170064-nabbing-the-man-from-outer-space

Use: Public reporting that the investigation started with a 1998 letter to the Putnam County sheriff and developed over years before the arrest.

### 7. Trinity College Archive - 2003

Title: Cult Fighting in Middle Georgia
URL:
https://www3.trincoll.edu/csrpl/RINVol9No1/Cult%20Fighting%20in%20Middle%20Georgia.ht
m
Use: Early archive article identifying Sheriff Sills as an interview source in York-related
coverage.

### 8. 11Alive - November 26, 2013
Title: Decatur temple maintains ties to Nuwaubian cult
URL: https://www.11alive.com/article/news/crime/decatur-temple-maintains-ties-to-nuwaubian-
cult/85-316811851
Use: Later York-related media coverage quoting Sheriff Sills.

### 9. WGXA - May 5, 2021
Title: Middle Georgia's cult legacy: the Nuwaubian Nation
URL: https://wgxa.tv/news/local/middle-georgias-cult-legacy-the-nuwaubian-nation
Use: Retrospective York coverage with Sills discussing the raid, compound, and legacy of the
case.

### 10. PEOPLE - July 4, 2018
Title: I Brought Down a Cult: Ex-Member Helped Catch the Child Molester Running an
Egyptian-Themed Sect
URL: https://people.com/crime/united-nuwaubian-nation-moors-cult-niki-lopez-flees-abuse/
Use: National PEOPLE coverage tied to the York matter and to the Investigation Discovery
broadcast People Magazine Investigates: Cults.

### 11. PEOPLE - July 6, 2018
Title: The Story Behind a Black Supremacist Cult That Lived in Egyptian Compound in Rural
Georgia
URL: https://people.com/crime/story-behind-united-nuwaubian-nation-moors-georgia-cult/
Use: National PEOPLE coverage quoting Sheriff Sills directly about York, the compound, and
local-law-enforcement conflict.

### 12. Investigation Discovery / ID GO
Title: People Magazine Investigates - ID GO
URL: https://www.investigationdiscovery.com/show/people-magazine-investigates-
investigation-discovery
Use: Official Investigation Discovery series page for People Magazine Investigates, the national
television franchise tied to the July 2018 York coverage.

**13. HBO Max / People Magazine Investigates: Cults - Season 1 Episode 6**

Title: The Nuwaubian Nation of Moors

URL: https://www.hbomax.com/shows/people-magazine-investigates-cults/s1/ce46683d-8ce9-467c-9b90-73eaaf27c8c9/e6-nuwaubian-nation-of-moors/8dcf6ab7-98b3-4b49-aa27-5d6c7a36ab4d

Use: Streaming listing identifying the specific July 9, 2018 episode tied to Dwight York and the Nuwaubian Nation of Moors.

**14. Rotten Tomatoes - People Magazine Investigates: Cults Season 1 Episode 6**

Title: The Nuwaubian Nation of Moors

URL: https://www.rottentomatoes.com/tv/people_magazine_investigates_cults/s01/e06

Use: Public listing confirming episode title, network, and original release date for the York-related Investigation Discovery episode.

## APPENDIX B - ADDITIONAL STREAMING / NATIONAL MEDIA / DOCKET URL REFERENCES

15. Law&Crime Network - Official YouTube Channel

Title: Law&Crime Network

URL: https://www.youtube.com/@LawAndCrime

Use: Official channel page showing approximately 7.57 million subscribers, relevant to the scale and reach of York-related republication through a law-focused media network.

16. Law&Crime Network / YouTube

Title: Cult Leader's Horrific Child Abuse Inside Pyramids Exposed

URL: https://youtu.be/XrAemT72bP4?si=DtfeWM076_57XL-C

Use: York-specific public video reference on a high-reach law/crime channel; relevant to the size and amplification of public allegations tied to Mr. York.

17. Hulu

Title: How I Escaped My Cult

URL: https://www.hulu.com/series/how-i-escaped-my-cult-aa5ae199-dffa-4ebf-b61e-b7cd44f9ab98

Use: Official Hulu streaming page for the series that includes the Nuwaubian Nation episode in the current public distribution environment.

18. How I Escaped My Cult / Freeform-Hulu episode listing

Title: Nuwaubian Nation

URL: https://www.detpress.com/freeform/shows/how-i-escaped-my-cult/episodes/

Use: Public episode listing identifying the Nuwaubian Nation episode and its 2025 air date.

19. Hulu

Title: People Magazine Investigates: Cults

URL: https://www.hulu.com/series/people-magazine-investigates-cults-0c858e5f-f577-4f5c-9ed3-f0e91f5fb13e

Use: Official Hulu series page showing public streaming availability for the People Magazine Investigates: Cults franchise.

20. HBO Max / Max episode listing

Title: People Magazine Investigates: Cults - The Nuwaubian Nation of Moors

URL: https://www.hbomax.com/shows/people-magazine-investigates-cults/s1/ce46683d-8ce9-467c-9b90-73eaaf27c8c9/e6-nuwaubian-nation-of-moors/8dcf6ab7-98b3-4b49-aa27-5d6c7a36ab4d

Use: Public streaming listing identifying the York-related episode title and platform context.

21. Apple TV episode listing

Title: The Nuwaubian Nation of Moors

URL: https://tv.apple.com/ie/episode/the-nuwaubian-nation-of-moors/umc.cmc.7j7mj5varmjw2grueamx6ywmj?showId=umc.cmc.7k611wrs7qnkr6tjwa2fue96p

Use: Public listing confirming the title and distribution of the York-related episode.

22. IMDb episode listing

Title: How I Escaped My Cult - Nuwaubian Nation

URL: https://www.imdb.com/title/tt35673556/

Use: Public listing showing a York/Nuwaubian-focused episode in the modern documentary ecosystem.

23. PEOPLE - October 7, 2022

Title: 4 Things You'll Learn About an Egyptian-Themed Sect Hiding Child Sex Abuse

URL: https://people.com/crime/what-to-know-dwight-york-united-nuwaubian-nation-moors-cult/

Use: Additional national PEOPLE coverage continuing public dissemination of the York matter.

24. TIME / PEOPLE syndication - July 9, 2018

Title: How a Former Cult Member Helped Catch the Child Molester Dwight 'Malachi' York

URL: https://time.com/5333906/cult-united-nuwaubian-nation-of-moors/

Use: National republication of PEOPLE reporting, showing cross-platform amplification of York-related allegations.

25. SPLC - September 20, 2002

Title: United Nuwaubian Nation of Moors Meets Its Match in Georgia

URL: https://www.splcenter.org/resources/reports/united-nuwaubian-nation-moors-meets-its-match-georgia/

Use: Early national-media/reporting example placing York and the Putnam County conflict into a wider public narrative.

26. SPLC - Spring 2003

Title: Black Supremacist 'Savior' Guilty of Mass Molestation

URL: https://www.splcenter.org/resources/reports/black-supremacist-savior-guilty-mass-molestation/

Use: Additional early public reporting relevant to the longstanding media environment around York.


27. Publicly indexed federal docket material

Title: United States v. York - public docket PDF / index reference

URL: https://www.pacermonitor.com/public/filings/GWPLSK3A/USCOURTS-gamd-5_02-cr-00027-0.pdf

Use: Publicly indexed docket reference reflecting motions to seal and later counsel-withdrawal activity associated with the pending compassionate-release matter.


28. Public docket summary / withdrawal reference

Title: United States v. York - public judgment/order summary referencing motion to withdraw

URL: https://www.casemine.com/judgement/us/69d7a44364eb89b6c2004a95

Use: Publicly accessible case summary reflecting that attorney Judith Delus Montgomery filed a motion to withdraw in connection with the pending compassionate-release matter.