IN THE UNITED STATES DISTRICT COURT FOR
THE MIDDLE DISTRICT OF GEORGIA
MACON DIVISION

UNITED STATES OF AMERICA
     Plaintiff,

v.
                                         Case No. 5:02-cr-00027-CAR-CHW-1

DWIGHT YORK,
Register Number: 17911-054
     Defendant.

## ORDER

Before the Court is Defendant's Motion to File Second Amended Motion for Compassionate Release Under Seal.

Having considered the Motion, and for good cause shown, the Motion is hereby GRANTED.

IT IS HEREBY ORDERED that Defendant may file under seal the Second Amended Motion for Compassionate Release and any supporting exhibits containing confidential medical, mental health, Bureau of Prisons, or personal identifying information.

SO ORDERED, this is the _____ day of _____, 2026.

_____
UNITED STATES MAGISTRATE JUDGE