## Single Liability Payment History

Time run: 8/18/2026 10:42:33 AM

| | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| Collection Office | **USAO** | Collection District | **GAM** | Last Name | **York** | First Name | **Dwight D.** | CDCS Number | **2004A09498** |
| Court Number | **5:02-CR-00027-001-CAR** | Collect Type | **6B** | Scheduled Payment Amount | | Scheduled Payment Date | | Current Liability | **$182,433.11** |

| Sequence Finance | Finance Code | Received Date | Payment Form | Received By USAO | Received From | Deposit Number | Check Number | BOP Deposit Number | Posting Date | Payment Amount |
|---|---|---|---|---|---|---|---|---|---|---|
| 0004 | PMNT | 12/22/2004 | CL | A | Clerk | | 517776 | | 12/27/2004 | $185,973.92 |
| 0005 | PMNT | 02/04/2005 | CL | A | YORK, DWIGHT D | | | | 03/16/2005 | $1,000.00 |
| 0006 | PMNT | 03/04/2005 | CL | A | YORK, DWIGHT D | | | 135 05-061 | 04/22/2005 | $170.00 |
| 0007 | PMNT | 04/08/2005 | CL | A | YORK, DWIGHT D | | | 135 05-071 | 05/12/2005 | $170.00 |
| 0008 | PMNT | 05/06/2005 | CL | A | YORK, DWIGHT D | | | 135 05-081 | 06/14/2005 | $170.00 |
| 0009 | PMNT | 06/03/2005 | CL | A | YORK, DWIGHT D | | | 135 05-091 | 07/25/2005 | $170.00 |
| 0010 | PMNT | 07/07/2005 | CL | A | YORK, DWIGHT D | | | 135 05-101 | 08/10/2005 | $170.00 |
| 0011 | PMNT | 08/05/2005 | CL | A | YORK, DWIGHT D | | | 135 05-111 | 09/09/2005 | $170.00 |
| 0012 | PMNT | 09/09/2005 | CL | A | YORK, DWIGHT D | | | 135 05-121 | 10/13/2005 | $170.00 |
| 0013 | PMNT | 10/07/2005 | CL | A | YORK, DWIGHT D | | | 135 06-011 | 11/22/2005 | $1,500.00 |
| 0014 | PMNT | 11/10/2005 | CL | A | YORK, DWIGHT | | | 135 06-021 | 12/15/2005 | $1,500.00 |

| Sequence Finance | Finance Code | Received Date | Payment Form | Received By USAO | Received From | Deposit Number | Check Number | BOP Deposit Number | Posting Date | Payment Amount |
|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | D | | | | | |
| 0016 | PMNT | 12/12/2005 | CL | A | YORK, DWIGHT D | | | 135 06-031 | 01/24/2006 | $1,500.00 |
| 0018 | PMNT | 01/06/2006 | CL | A | YORK, DWIGHT D | | | 135 06-041 | 02/22/2006 | $1,500.00 |
| 0019 | PMNT | 02/10/2006 | CL | A | YORK, DWIGHT D | | | 135 06-051 | 03/15/2006 | $1,500.00 |
| 0020 | PMNT | 04/11/2006 | CL | A | YORK, DWIGHT D | | | 432 06-071 | 05/10/2006 | $420.00 |
| 0021 | PMNT | 05/11/2006 | CB | A | YORK, DWIGHT D | | | 432 06-081 | 06/06/2006 | $420.00 |
| 0022 | PMNT | 06/12/2006 | CB | A | YORK, DWIGHT D | | | 432 06-091 | 07/06/2006 | $420.00 |
| 0024 | PMNT | 07/11/2006 | CB | A | YORK, DWIGHT D | | | 432 06-101 | 08/05/2006 | $420.00 |
| 0026 | PMNT | 08/11/2006 | CB | A | YORK, DWIGHT D | | | 432 06-111 | 09/13/2006 | $420.00 |
| 0027 | PMNT | 09/13/2006 | CB | A | YORK, DWIGHT D | | | 432 06-121 | 10/09/2006 | $420.00 |
| 0029 | PMNT | 10/11/2006 | CB | A | YORK, DWIGHT D | | | 432 07-011 | 11/13/2006 | $420.00 |
| 0031 | PMNT | 11/13/2006 | CB | A | YORK, DWIGHT D | | | 432 07-021 | 12/04/2006 | $420.00 |
| 0035 | PMNT | 12/12/2006 | CB | A | YORK, DWIGHT D | | | 432 07-031 | 01/01/2007 | $420.00 |
| 0037 | PMNT | 01/11/2007 | CB | A | YORK, DWIGHT D | | | 432 07-041 | 02/06/2007 | $420.00 |
| 0039 | PMNT | 02/12/2007 | CB | A | YORK, DWIGHT | | | 432 07-051 | 03/05/2007 | $420.00 |

Last Name : york, First Name : dwight d., CDCS Number : 2004A09498, Report Date : 8/18/2026

| Sequence Finance | Finance Code | Received Date | Payment Form | Received By USAO | Received From | Deposit Number | Check Number | BOP Deposit Number | Posting Date | Payment Amount |
|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | D | | | | | |
| 0041 | PMNT | 03/12/2007 | CB | A | YORK, DWIGHT D | | | 432 07-061 | 04/02/2007 | $420.00 |
| 0044 | PMNT | 04/11/2007 | CB | A | YORK, DWIGHT D | | | 432 07-071 | 05/07/2007 | $420.00 |
| 0047 | PMNT | 05/11/2007 | CB | A | YORK, DWIGHT D | | | 432 07-081 | 06/04/2007 | $420.00 |
| 0051 | PMNT | 06/12/2007 | CB | A | YORK, DWIGHT D | | | 432 07-091 | 07/02/2007 | $420.00 |
| 000055 | PMNT | 07/11/2007 | CB | A | YORK, DWIGHT D | | | 432 07-101 | 08/17/2007 | $420.00 |
| 000057 | PMNT | 08/13/2007 | CB | A | YORK, DWIGHT D | | | 432 07-111 | 09/04/2007 | $420.00 |
| 000059 | PMNT | 09/11/2007 | CB | A | YORK, DWIGHT D | | | 432 07-121 | 10/01/2007 | $420.00 |
| 000061 | PMNT | 10/11/2007 | CB | A | YORK, DWIGHT D | | | 432 08-011 | 11/09/2007 | $420.00 |
| 000063 | PMNT | 11/13/2007 | CB | A | YORK, DWIGHT D | | | 432 08-021 | 12/04/2007 | $420.00 |
| 000065 | PMNT | 12/11/2007 | CB | A | YORK, DWIGHT D | | | 432 08-031 | 01/08/2008 | $420.00 |
| 000069 | PMNT | 01/11/2008 | CB | A | YORK, DWIGHT D | | | 432 08-041 | 02/04/2008 | $420.00 |
| 000073 | PMNT | 02/11/2008 | CB | A | YORK, DWIGHT D | | | 432 08-051 | 03/03/2008 | $420.00 |
| 000076 | PMNT | 03/11/2008 | CB | A | YORK, DWIGHT D | | | 432 08-061 | 04/07/2008 | $420.00 |
| 000078 | PMNT | 04/11/2008 | CB | A | YORK, DWIGHT | | | 432 08-071 | 05/06/2008 | $420.00 |

| Sequence Finance | Finance Code | Received Date | Payment Form | Received By USAO | Received From | Deposit Number | Check Number | BOP Deposit Number | Posting Date | Payment Amount |
|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | D | | | | | |
| 000080 | PMNT | 05/12/2008 | CB | A | YORK, DWIGHT D | | | 432 08-081 | 06/02/2008 | $420.00 |
| 000082 | PMNT | 06/11/2008 | CB | A | YORK, DWIGHT D | | | 432 08-091 | 07/07/2008 | $420.00 |
| 000084 | PMNT | 07/11/2008 | CB | A | YORK, DWIGHT D | | | 432 08-101 | 08/04/2008 | $420.00 |
| 000086 | PMNT | 08/11/2008 | CB | A | YORK, DWIGHT D | | | 432 08-111 | 09/02/2008 | $420.00 |
| 000088 | PMNT | 09/11/2008 | CB | A | YORK, DWIGHT D | | | 432 08-121 | 10/07/2008 | $420.00 |
| 000090 | PMNT | 10/14/2008 | CB | A | YORK, DWIGHT D | | | 432 09-011 | 11/03/2008 | $420.00 |
| 000092 | PMNT | 11/12/2008 | CB | A | YORK, DWIGHT D | | | 432 09-021 | 12/01/2008 | $420.00 |
| 000094 | PMNT | 12/11/2008 | CB | A | YORK, DWIGHT D | | | 432 09-031 | 01/07/2009 | $420.00 |
| 000097 | PMNT | 01/12/2009 | CB | A | YORK, DWIGHT D | | | 432 09-041 | 02/02/2009 | $420.00 |
| 000099 | PMNT | 02/11/2009 | CB | A | YORK, DWIGHT D | | | 432 09-051 | 03/02/2009 | $420.00 |
| 000101 | PMNT | 03/10/2009 | CB | A | YORK, DWIGHT D | | | 432 09-061 | 04/07/2009 | $420.00 |
| 000103 | PMNT | 04/13/2009 | CB | A | YORK, DWIGHT D | | | 432 09-071 | 05/04/2009 | $420.00 |
| 000105 | PMNT | 05/26/2009 | CL | A | Marshall / sale of Athens prop | | 531741 | | 05/28/2009 | $186,828.33 |
| 000106 | PMNT | 05/11/2009 | CB | A | YORK, | | | 432 09- | 06/02/2009 | $420.00 |

| Sequence Finance | Finance Code | Received Date | Payment Form | Received By USAO | Received From | Deposit Number | Check Number | BOP Deposit Number | Posting Date | Payment Amount |
|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | DWIGHT D | | | 081 | | |
| 000109 | PMNT | 06/11/2009 | CB | A | YORK, DWIGHT D | | | 432 09-091 | 07/07/2009 | $420.00 |
| 000111 | PMNT | 07/13/2009 | CB | A | YORK, DWIGHT D | | | 432 09-101 | 08/03/2009 | $420.00 |
| 000113 | PMNT | 08/11/2009 | CB | A | YORK, DWIGHT D | | | 432 09-111 | 09/08/2009 | $420.00 |
| 000115 | PMNT | 09/11/2009 | CB | A | YORK, DWIGHT D | | | 432 09-121 | 10/05/2009 | $420.00 |
| 000117 | PMNT | 10/13/2009 | CB | A | YORK, DWIGHT D | | | 432 10-011 | 11/02/2009 | $420.00 |
| 000119 | PMNT | 11/12/2009 | CB | A | YORK, DWIGHT D | | | 432 10-021 | 12/07/2009 | $420.00 |
| 000121 | PMNT | 12/11/2009 | CB | A | YORK, DWIGHT D | | | 432 10-031 | 01/05/2010 | $420.00 |
| 000123 | PMNT | 01/11/2010 | CB | A | YORK, DWIGHT D | | | 432 10-041 | 02/01/2010 | $420.00 |
| 000125 | PMNT | 02/11/2010 | CB | A | YORK, DWIGHT D | | | 432 10-051 | 03/01/2010 | $420.00 |
| 000127 | PMNT | 03/11/2010 | CB | A | YORK, DWIGHT D | | | 432 10-061 | 04/06/2010 | $420.00 |
| 000129 | PMNT | 04/12/2010 | CB | A | YORK, DWIGHT D | | | 432 10-071 | 05/03/2010 | $420.00 |
| 000131 | PMNT | 05/11/2010 | CB | A | YORK, DWIGHT D | | | 432 10-081 | 06/07/2010 | $420.00 |
| 000136 | PMNT | 06/11/2010 | CB | A | YORK, DWIGHT D | | | 432 10-091 | 07/06/2010 | $420.00 |
| 000140 | PMNT | 07/12/2010 | CB | A | YORK, | | | 432 10- | 08/02/2010 | $420.00 |

| Sequence Finance | Finance Code | Received Date | Payment Form | Received By USAO | Received From | Deposit Number | Check Number | BOP Deposit Number | Posting Date | Payment Amount |
|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | DWIGHT D | | | 101 | | |
| 000144 | PMNT | 08/11/2010 | CB | A | YORK, DWIGHT D | | | 432 10-111 | 09/07/2010 | $420.00 |
| 000148 | PMNT | 09/13/2010 | CB | A | YORK, DWIGHT D | | | 432 10-121 | 10/04/2010 | $420.00 |
| 000152 | PMNT | 10/12/2010 | CB | A | YORK, DWIGHT D | | | 432 11-011 | 11/01/2010 | $420.00 |
| 000156 | PMNT | 11/10/2010 | CB | A | YORK, DWIGHT D | | | 432 11-021 | 12/06/2010 | $420.00 |
| 000160 | PMNT | 12/13/2010 | CB | A | YORK, DWIGHT D | | | 432 11-031 | 01/03/2011 | $420.00 |
| 000165 | PMNT | 01/11/2011 | CB | A | YORK, DWIGHT D | | | 432 11-041 | 02/07/2011 | $420.00 |
| 000169 | PMNT | 02/11/2011 | CB | A | YORK, DWIGHT D | | | 432 11-051 | 03/07/2011 | $420.00 |
| 000173 | PMNT | 03/11/2011 | CB | A | YORK, DWIGHT D | | | 432 11-061 | 04/04/2011 | $420.00 |
| 000177 | PMNT | 04/12/2011 | CB | A | YORK, DWIGHT D | | | 432 11-071 | 05/02/2011 | $420.00 |
| 000182 | PMNT | 05/11/2011 | CB | A | YORK, DWIGHT D | | | 432 11-081 | 06/06/2011 | $420.00 |
| 000186 | PMNT | 06/13/2011 | CB | A | YORK, DWIGHT D | | | 432 11-091 | 07/05/2011 | $420.00 |
| 000190 | PMNT | 07/11/2011 | CB | A | DWIGHT D YORK | | BOP | | 08/12/2011 | $420.00 |
| 000194 | PMNT | 08/12/2011 | CB | A | DWIGHT D YORK | | BOP | | 09/14/2011 | $420.00 |
| 000198 | PMNT | 09/12/2011 | CB | A | DWIGHT D YORK | | BOP | | 10/17/2011 | $420.00 |
| 000202 | PMNT | 10/11/2011 | CB | A | DWIGHT | | BOP | | 11/10/2011 | $420.00 |

| Sequence Finance | Finance Code | Received Date | Payment Form | Received By USAO | Received From | Deposit Number | Check Number | BOP Deposit Number | Posting Date | Payment Amount |
|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | D YORK | | | | | |
| 000206 | PMNT | 11/14/2011 | CB | A | DWIGHT D YORK | | BOP | | 12/08/2011 | $420.00 |
| 000210 | PMNT | 12/12/2011 | CB | A | DWIGHT D YORK | | BOP | | 01/11/2012 | $420.00 |
| 000215 | PMNT | 01/11/2012 | CB | A | DWIGHT D YORK | | BOP | | 02/08/2012 | $420.00 |
| 000219 | PMNT | 02/13/2012 | CB | A | DWIGHT D YORK | | BOP | | 03/12/2012 | $420.00 |
| 000223 | PMNT | 03/12/2012 | CB | A | DWIGHT D YORK | | BOP | | 04/12/2012 | $420.00 |
| 000227 | PMNT | 04/11/2012 | CB | A | DWIGHT D YORK | | BOP | | 05/09/2012 | $420.00 |
| 000232 | PMNT | 06/11/2012 | CB | A | DWIGHT D YORK | | BOP | | 07/12/2012 | $30.00 |
| 000236 | PMNT | 07/11/2012 | CB | A | DWIGHT D YORK | | BOP | | 08/07/2012 | $30.00 |
| 000240 | PMNT | 08/13/2012 | CB | A | DWIGHT D YORK | | BOP | | 09/12/2012 | $30.00 |
| 000244 | PMNT | 09/11/2012 | CB | A | DWIGHT D YORK | | BOP | | 10/16/2012 | $30.00 |
| 000248 | PMNT | 10/11/2012 | CB | A | DWIGHT D YORK | | BOP | | 11/15/2012 | $30.00 |
| 000252 | PMNT | 11/13/2012 | CB | A | DWIGHT D YORK | | BOP | | 12/10/2012 | $30.00 |
| 000256 | PMNT | 12/11/2012 | CB | A | DWIGHT D YORK | | BOP | | 01/10/2013 | $30.00 |
| 000261 | PMNT | 01/14/2013 | CB | A | DWIGHT D YORK | | BOP | | 02/08/2013 | $30.00 |
| 000265 | PMNT | 02/11/2013 | CB | A | DWIGHT D YORK | | BOP | | 03/13/2013 | $30.00 |
| 000269 | PMNT | 03/11/2013 | CB | A | DWIGHT D YORK | | BOP | | 04/10/2013 | $30.00 |
| 000273 | PMNT | 04/11/2013 | CB | A | DWIGHT D YORK | | BOP | | 05/08/2013 | $30.00 |
| 000278 | PMNT | 05/13/2013 | CB | A | DWIGHT D YORK | | BOP | | 06/12/2013 | $30.00 |
| 000282 | PMNT | 06/11/2013 | CB | A | DWIGHT D YORK | | BOP | | 07/10/2013 | $30.00 |
| 000286 | PMNT | 07/11/2013 | CB | A | DWIGHT | | BOP | | 08/12/2013 | $30.00 |

| Sequence Finance | Finance Code | Received Date | Payment Form | Received By USAO | Received From | Deposit Number | Check Number | BOP Deposit Number | Posting Date | Payment Amount |
|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | D YORK | | | | | |
| 000290 | PMNT | 08/12/2013 | CB | A | DWIGHT D YORK | | BOP | | 09/11/2013 | $30.00 |
| 000294 | PMNT | 09/11/2013 | CB | A | DWIGHT D YORK | | BOP | | 10/16/2013 | $30.00 |
| 000298 | PMNT | 10/11/2013 | CB | A | DWIGHT D YORK | | BOP | | 11/14/2013 | $30.00 |
| 000302 | PMNT | 11/12/2013 | CB | A | DWIGHT D YORK | | BOP | | 12/11/2013 | $30.00 |
| 000306 | PMNT | 12/11/2013 | CB | A | DWIGHT D YORK | | BOP | | 01/10/2014 | $30.00 |
| 000311 | PMNT | 01/13/2014 | CB | A | DWIGHT D YORK | | BOP | | 02/18/2014 | $30.00 |
| 000315 | PMNT | 02/11/2014 | CB | A | DWIGHT D YORK | | BOP | | 03/10/2014 | $30.00 |
| 000319 | PMNT | 03/11/2014 | CB | A | DWIGHT D YORK | | BOP | | 04/09/2014 | $30.00 |
| 000323 | PMNT | 04/11/2014 | CB | A | DWIGHT D YORK | | BOP | | 05/07/2014 | $30.00 |
| 000328 | PMNT | 05/12/2014 | CB | A | DWIGHT D YORK | | BOP | | 06/10/2014 | $30.00 |
| 000332 | PMNT | 06/11/2014 | CB | A | DWIGHT D YORK | | BOP | | 07/09/2014 | $30.00 |
| 000336 | PMNT | 07/11/2014 | CB | A | DWIGHT D YORK | | BOP | | 08/12/2014 | $30.00 |
| 000340 | PMNT | 08/11/2014 | CB | A | DWIGHT D YORK | | BOP | | 09/10/2014 | $30.00 |
| 000344 | PMNT | 09/11/2014 | CB | A | DWIGHT D YORK | | BOP | | 10/07/2014 | $30.00 |
| 000348 | PMNT | 10/14/2014 | CB | A | DWIGHT D YORK | | BOP | | 11/14/2014 | $30.00 |
| 000352 | PMNT | 11/12/2014 | CB | A | DWIGHT D YORK | | BOP | | 12/08/2014 | $30.00 |
| 000358 | PMNT | 12/11/2014 | CB | A | DWIGHT D YORK | | BOP | | 01/14/2015 | $165.00 |
| 000363 | PMNT | 01/12/2015 | CB | A | DWIGHT D YORK | | BOP | | 02/09/2015 | $165.00 |
| 000367 | PMNT | 02/11/2015 | CB | A | DWIGHT D YORK | | BOP | | 03/09/2015 | $165.00 |
| 000375 | PMNT | 04/13/2015 | CL | A | DWIGHT | | IPC | | 04/14/2015 | $165.00 |

| Sequence Finance | Finance Code | Received Date | Payment Form | Received By USAO | Received From | Deposit Number | Check Number | BOP Deposit Number | Posting Date | Payment Amount |
|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | D YORK | | | | | |
| 000377 | PMNT | 04/13/2015 | CB | A | DWIGHT D YORK | | BOP | | 05/12/2015 | $165.00 |
| 000382 | PMNT | 05/11/2015 | CB | A | DWIGHT D YORK | | BOP | | 06/09/2015 | $165.00 |
| 000386 | PMNT | 06/11/2015 | CB | A | DWIGHT D YORK | | BOP | | 07/09/2015 | $165.00 |
| 000390 | PMNT | 07/13/2015 | CB | A | DWIGHT D YORK | | BOP | | 08/07/2015 | $165.00 |
| 000394 | PMNT | 08/11/2015 | CB | A | DWIGHT D YORK | | BOP | | 09/08/2015 | $165.00 |
| 000398 | PMNT | 09/11/2015 | CB | A | DWIGHT D YORK | | BOP | | 10/07/2015 | $165.00 |
| 000404 | PMNT | 10/13/2015 | CB | A | DWIGHT D YORK | | BOP | | 11/12/2015 | $165.00 |
| 000408 | PMNT | 11/12/2015 | CB | A | DWIGHT D YORK | | BOP | | 12/09/2015 | $165.00 |
| 000412 | PMNT | 12/11/2015 | CB | A | DWIGHT D YORK | | BOP | | 01/12/2016 | $165.00 |
| 000417 | PMNT | 01/11/2016 | CB | A | DWIGHT D YORK | | BOP | | 02/09/2016 | $165.00 |
| 000421 | PMNT | 02/11/2016 | CB | A | DWIGHT D YORK | | BOP | | 03/08/2016 | $165.00 |
| 000425 | PMNT | 03/11/2016 | CB | A | DWIGHT D YORK | | BOP | | 04/12/2016 | $165.00 |
| 000429 | PMNT | 04/11/2016 | CB | A | DWIGHT D YORK | | BOP | | 05/10/2016 | $165.00 |
| 000434 | PMNT | 05/11/2016 | CB | A | DWIGHT D YORK | | BOP | | 06/10/2016 | $165.00 |
| 000438 | PMNT | 06/13/2016 | CB | A | DWIGHT D YORK | | BOP | | 07/12/2016 | $165.00 |
| 000442 | PMNT | 07/11/2016 | CB | A | DWIGHT D YORK | | BOP | | 08/17/2016 | $165.00 |
| 000446 | PMNT | 08/11/2016 | CB | A | DWIGHT D YORK | | BOP | | 09/08/2016 | $165.00 |
| 000450 | PMNT | 09/12/2016 | CB | A | DWIGHT D YORK | | BOP | | 10/07/2016 | $165.00 |
| 000454 | PMNT | 10/12/2016 | CB | A | DWIGHT D YORK | | BOP | | 11/04/2016 | $165.00 |
| 000458 | PMNT | 11/14/2016 | CB | A | DWIGHT | | BOP | | 12/07/2016 | $165.00 |

| Sequence Finance | Finance Code | Received Date | Payment Form | Received By USAO | Received From | Deposit Number | Check Number | BOP Deposit Number | Posting Date | Payment Amount |
|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | D YORK | | | | | |
| 000462 | PMNT | 12/12/2016 | CB | A | DWIGHT D YORK | | BOP | | 01/12/2017 | $165.00 |
| 000467 | PMNT | 01/11/2017 | CB | A | DWIGHT D YORK | | BOP | | 02/17/2017 | $165.00 |
| 000471 | PMNT | 02/13/2017 | CB | A | DWIGHT D YORK | | BOP | | 03/09/2017 | $165.00 |
| 000475 | PMNT | 03/13/2017 | CB | A | DWIGHT D YORK | | BOP | | 04/15/2017 | $165.00 |
| 000479 | PMNT | 04/11/2017 | CB | A | DWIGHT D YORK | | BOP | | 05/06/2017 | $165.00 |
| 000484 | PMNT | 05/11/2017 | CB | A | DWIGHT D YORK | | BOP | | 06/11/2017 | $165.00 |
| 000488 | PMNT | 06/12/2017 | CB | A | DWIGHT D YORK | | BOP | | 07/13/2017 | $165.00 |
| 000492 | PMNT | 07/11/2017 | CB | A | DWIGHT D YORK | | BOP | | 08/09/2017 | $165.00 |
| 000496 | PMNT | 08/14/2017 | CB | A | DWIGHT D YORK | | BOP | | 09/15/2017 | $165.00 |
| 000500 | PMNT | 09/11/2017 | CB | A | DWIGHT D YORK | | BOP | | 10/07/2017 | $165.00 |
| 000504 | PMNT | 10/11/2017 | CB | A | DWIGHT D YORK | | BOP | | 11/08/2017 | $165.00 |
| 000508 | PMNT | 11/13/2017 | CB | A | DWIGHT D YORK | | BOP | | 12/06/2017 | $165.00 |
| 000512 | PMNT | 12/28/2017 | CL | A | DWIGHT D YORK | | GAM500026538 | | 12/30/2017 | $10,732.00 |
| 000514 | PMNT | 12/12/2017 | CB | A | DWIGHT D YORK | | BOP | | 01/13/2018 | $165.00 |
| 000521 | PMNT | 01/11/2018 | CB | A | DWIGHT D YORK | | BOP | | 02/08/2018 | $165.00 |
| 000525 | PMNT | 02/12/2018 | CB | A | DWIGHT D YORK | | BOP | | 03/07/2018 | $165.00 |
| 000529 | PMNT | 03/12/2018 | CB | A | DWIGHT D YORK | | BOP | | 04/11/2018 | $165.00 |
| 000533 | PMNT | 04/11/2018 | CB | A | DWIGHT D YORK | | BOP | | 05/17/2018 | $165.00 |
| 000538 | PMNT | 05/11/2018 | CB | A | DWIGHT D YORK | | BOP | | 06/05/2018 | $165.00 |
| 000542 | PMNT | 07/11/2018 | CB | A | DWIGHT | | BOP | | 08/07/2018 | $165.00 |

| Sequence Finance | Finance Code | Received Date | Payment Form | Received By USAO | Received From | Deposit Number | Check Number | BOP Deposit Number | Posting Date | Payment Amount |
|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | D YORK | | | | | |
| 000546 | PMNT | 08/13/2018 | CB | A | DWIGHT D YORK | | BOP | | 09/08/2018 | $165.00 |
| 000550 | PMNT | 09/12/2018 | CB | A | DWIGHT D YORK | | BOP | | 10/13/2018 | $165.00 |
| 000554 | PMNT | 10/11/2018 | CB | A | DWIGHT D YORK | | BOP | | 11/09/2018 | $165.00 |
| 000558 | PMNT | 11/13/2018 | CB | A | DWIGHT D YORK | | BOP | | 12/20/2018 | $165.00 |
| 000562 | PMNT | 12/11/2018 | CB | A | DWIGHT D YORK | | BOP | | 02/01/2019 | $165.00 |
| 000567 | PMNT | 01/11/2019 | CB | A | DWIGHT D YORK | | BOP | | 02/23/2019 | $165.00 |
| 000571 | PMNT | 02/11/2019 | CB | A | DWIGHT D YORK | | BOP | | 03/07/2019 | $165.00 |
| 000575 | PMNT | 03/11/2019 | CB | A | DWIGHT D YORK | | BOP | | 04/24/2019 | $165.00 |
| 000579 | PMNT | 04/11/2019 | CB | A | DWIGHT D YORK | | BOP | | 05/18/2019 | $165.00 |
| 000584 | PMNT | 05/13/2019 | CB | A | DWIGHT D YORK | | BOP | | 06/13/2019 | $165.00 |
| 000588 | PMNT | 06/11/2019 | CB | A | DWIGHT D YORK | | BOP | | 07/19/2019 | $165.00 |
| 000592 | PMNT | 07/11/2019 | CB | A | DWIGHT D YORK | | BOP | | 08/14/2019 | $165.00 |
| 000596 | PMNT | 08/12/2019 | CB | A | DWIGHT D YORK | | BOP | | 09/05/2019 | $165.00 |
| 000600 | PMNT | 09/11/2019 | CB | A | DWIGHT D YORK | | BOP | | 10/17/2019 | $165.00 |
| 000604 | PMNT | 10/11/2019 | CB | A | DWIGHT D YORK | | BOP | | 12/05/2019 | $165.00 |
| 000608 | PMNT | 11/13/2019 | CB | A | DWIGHT D YORK | | BOP | | 12/05/2019 | $165.00 |
| 000612 | PMNT | 12/11/2019 | CB | A | DWIGHT D YORK | | BOP | | 01/09/2020 | $165.00 |
| 000617 | PMNT | 01/13/2020 | CB | A | DWIGHT D YORK | | BOP | | 02/07/2020 | $165.00 |
| 000621 | PMNT | 02/11/2020 | CB | A | DWIGHT D YORK | | BOP | | 03/06/2020 | $165.00 |
| 000625 | PMNT | 03/11/2020 | CB | A | DWIGHT | | BOP | | 04/10/2020 | $165.00 |

| Sequence Finance | Finance Code | Received Date | Payment Form | Received By USAO | Received From | Deposit Number | Check Number | BOP Deposit Number | Posting Date | Payment Amount |
|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | D YORK | | | | | |
| 000629 | PMNT | 04/13/2020 | CB | A | DWIGHT D YORK | | BOP | | 05/06/2020 | $165.00 |
| 000634 | PMNT | 05/11/2020 | CB | A | DWIGHT D YORK | | BOP | | 06/04/2020 | $165.00 |
| 000638 | PMNT | 06/11/2020 | CB | A | DWIGHT D YORK | | BOP | | 07/08/2020 | $165.00 |
| 000642 | PMNT | 07/13/2020 | CB | A | DWIGHT D YORK | | BOP | | 08/07/2020 | $165.00 |
| 000646 | PMNT | 08/11/2020 | CB | A | DWIGHT D YORK | | BOP | | 09/04/2020 | $165.00 |
| 000650 | PMNT | 09/11/2020 | CB | A | DWIGHT D YORK | | BOP | | 10/16/2020 | $300.00 |
| 000654 | PMNT | 10/13/2020 | CB | A | DWIGHT D YORK | | BOP | | 11/05/2020 | $200.00 |
| 000658 | PMNT | 11/13/2020 | CL | A | DWIGHT D YORK | | 037709 | | 11/17/2020 | $7,000.00 |
| 000660 | PMNT | 11/12/2020 | CB | A | DWIGHT D YORK | | BOP | | 12/04/2020 | $300.00 |
| 000666 | PMNT | 12/11/2020 | CB | A | DWIGHT D YORK | | BOP | | 01/13/2021 | $196.11 |
| 000671 | PMNT | 01/11/2021 | CB | A | DWIGHT D YORK | | BOP | | 02/04/2021 | $70.50 |
| 000676 | PMNT | 07/12/2021 | CB | A | DWIGHT D YORK | | BOP | | 08/05/2021 | $113.00 |
| 000680 | PMNT | 08/11/2021 | CB | A | DWIGHT D YORK | | BOP | | 09/04/2021 | $113.00 |
| 000684 | PMNT | 09/13/2021 | CB | A | DWIGHT D YORK | | BOP | | 10/16/2021 | $113.00 |
| 000688 | PMNT | 10/12/2021 | CB | A | DWIGHT D YORK | | BOP | | 11/03/2021 | $113.00 |
| 000692 | PMNT | 11/12/2021 | CB | A | DWIGHT D YORK | | BOP | | 12/04/2021 | $113.00 |
| 000696 | PMNT | 12/13/2021 | CB | A | DWIGHT D YORK | | BOP | | 01/05/2022 | $94.25 |
| 000701 | PMNT | 01/12/2022 | CB | A | DWIGHT D YORK | | BOP | | 02/03/2022 | $113.00 |
| 000705 | PMNT | 02/11/2022 | CB | A | DWIGHT D YORK | | BOP | | 03/03/2022 | $113.00 |
| 000709 | PMNT | 03/11/2022 | CB | A | DWIGHT | | BOP | | 04/06/2022 | $232.00 |

| Sequence Finance | Finance Code | Received Date | Payment Form | Received By USAO | Received From | Deposit Number | Check Number | BOP Deposit Number | Posting Date | Payment Amount |
|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | D YORK | | | | | |
| 000713 | PMNT | 04/11/2022 | CB | A | DWIGHT D YORK | | BOP | | 05/04/2022 | $232.00 |
| 000718 | PMNT | 05/11/2022 | CB | A | DWIGHT D YORK | | BOP | | 06/07/2022 | $232.00 |
| 000722 | PMNT | 06/13/2022 | CB | A | DWIGHT D YORK | | BOP | | 07/12/2022 | $232.00 |
| 000726 | PMNT | 07/11/2022 | CB | A | DWIGHT D YORK | | BOP | | 08/04/2022 | $232.00 |
| 000730 | PMNT | 08/11/2022 | CB | A | DWIGHT D YORK | | BOP | | 09/14/2022 | $232.00 |
| 000734 | PMNT | 09/12/2022 | CB | A | DWIGHT D YORK | | BOP | | 10/18/2022 | $232.00 |
| 000738 | PMNT | 10/11/2022 | CB | A | DWIGHT D YORK | | BOP | | 11/04/2022 | $232.00 |
| 000742 | PMNT | 11/14/2022 | CB | A | DWIGHT D YORK | | BOP | | 12/07/2022 | $232.00 |
| 000746 | PMNT | 12/12/2022 | CB | A | DWIGHT D YORK | | BOP | | 01/11/2023 | $58.46 |
| 000751 | PMNT | 01/23/2023 | CL | A | DWIGHT D YORK | | 001447 | | 01/25/2023 | $100.00 |
| 000755 | PMNT | 02/13/2023 | CB | A | DWIGHT D YORK | | BOP | | 03/04/2023 | $100.00 |
| 000759 | PMNT | 03/13/2023 | CB | A | DWIGHT D YORK | | BOP | | 04/07/2023 | $100.00 |
| 000763 | PMNT | 04/11/2023 | CB | A | DWIGHT D YORK | | BOP | | 05/04/2023 | $100.00 |
| 000768 | PMNT | 05/11/2023 | CB | A | DWIGHT D YORK | | BOP | | 06/03/2023 | $100.00 |
| 000772 | PMNT | 06/12/2023 | CB | A | DWIGHT D YORK | | BOP | | 07/07/2023 | $175.00 |
| 000776 | PMNT | 07/12/2023 | CB | A | DWIGHT D YORK | | BOP | | 08/03/2023 | $175.00 |
| 000780 | PMNT | 08/11/2023 | CB | A | DWIGHT D YORK | | BOP | | 09/07/2023 | $175.00 |
| 000784 | PMNT | 09/11/2023 | CB | A | DWIGHT D YORK | | BOP | | 10/17/2023 | $175.00 |
| 000788 | PMNT | 10/11/2023 | CB | A | DWIGHT D YORK | | BOP | | 11/07/2023 | $175.00 |
| 000792 | PMNT | 11/13/2023 | CB | A | DWIGHT | | BOP | | 12/05/2023 | $175.00 |

| Sequence Finance | Finance Code | Received Date | Payment Form | Received By USAO | Received From | Deposit Number | Check Number | BOP Deposit Number | Posting Date | Payment Amount |
|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | D YORK | | | | | |
| 000796 | PMNT | 12/11/2023 | CB | A | DWIGHT D YORK | | BOP | | 01/05/2024 | $175.00 |
| 000801 | PMNT | 01/11/2024 | CB | A | DWIGHT D YORK | | BOP | | 02/03/2024 | $175.00 |
| 000805 | PMNT | 02/12/2024 | CB | A | DWIGHT D YORK | | BOP | | 03/06/2024 | $175.00 |
| 000809 | PMNT | 03/11/2024 | CB | A | DWIGHT D YORK | | BOP | | 04/04/2024 | $175.00 |
| 000813 | PMNT | 04/11/2024 | CB | A | DWIGHT D YORK | | BOP | | 05/07/2024 | $175.00 |
| 000818 | PMNT | 05/13/2024 | CB | A | DWIGHT D YORK | | BOP | | 06/06/2024 | $175.00 |
| 000822 | PMNT | 06/11/2024 | CB | A | DWIGHT D YORK | | BOP | | 07/06/2024 | $175.00 |
| 000826 | PMNT | 07/11/2024 | CB | A | DWIGHT D YORK | | BOP | | 08/06/2024 | $210.00 |
| 000830 | PMNT | 08/12/2024 | CB | A | DWIGHT D YORK | | BOP | | 09/07/2024 | $210.00 |
| 000834 | PMNT | 09/11/2024 | CB | A | DWIGHT D YORK | | BOP | | 10/17/2024 | $175.00 |
| 000838 | PMNT | 10/11/2024 | CB | A | DWIGHT D YORK | | BOP | | 11/06/2024 | $175.00 |
| 000842 | PMNT | 11/12/2024 | CB | A | DWIGHT D YORK | | BOP | | 12/05/2024 | $175.00 |
| 000846 | PMNT | 12/11/2024 | CB | A | DWIGHT D YORK | | BOP | | 01/04/2025 | $175.00 |
| 000851 | PMNT | 01/13/2025 | CB | A | DWIGHT D YORK | | BOP | | 02/07/2025 | $175.00 |
| 000855 | PMNT | 02/11/2025 | CB | A | DWIGHT D YORK | | BOP | | 03/07/2025 | $175.00 |
| 000859 | PMNT | 03/11/2025 | CB | A | DWIGHT D YORK | | BOP | | 04/04/2025 | $175.00 |
| 000863 | PMNT | 04/11/2025 | CB | A | DWIGHT D YORK | | BOP | | 05/08/2025 | $175.00 |
| 000868 | PMNT | 05/12/2025 | CB | A | DWIGHT D YORK | | BOP | | 06/04/2025 | $175.00 |
| 000872 | PMNT | 06/11/2025 | CB | A | DWIGHT D YORK | | BOP | | 07/15/2025 | $280.00 |
| 000876 | PMNT | 07/11/2025 | CB | A | DWIGHT | | BOP | | 08/07/2025 | $280.00 |

| Sequence Finance | Finance Code | Received Date | Payment Form | Received By USAO | Received From | Deposit Number | Check Number | BOP Deposit Number | Posting Date | Payment Amount |
|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | D YORK | | | | | |
| 000880 | PMNT | 08/11/2025 | CB | A | DWIGHT D YORK | | BOP | | 09/06/2025 | $280.00 |
| 000884 | PMNT | 09/11/2025 | CB | A | DWIGHT D YORK | | BOP | | 10/21/2025 | $280.00 |
| 000888 | PMNT | 10/14/2025 | CB | A | DWIGHT D YORK | | BOP | | 11/06/2025 | $280.00 |
| 000892 | PMNT | 11/12/2025 | CB | A | DWIGHT D YORK | | BOP | | 12/05/2025 | $280.00 |
| 000896 | PMNT | 12/11/2025 | CB | A | DWIGHT D YORK | | BOP | | 01/09/2026 | $280.00 |
| 000901 | PMNT | 01/12/2026 | CB | A | DWIGHT D YORK | | BOP | | 02/05/2026 | $280.00 |
| 000905 | PMNT | 02/10/2026 | CB | A | DWIGHT D YORK | | BOP | | 03/10/2026 | $280.00 |
| 000909 | PMNT | 03/11/2026 | CB | A | DWIGHT D YORK | | BOP | | 04/07/2026 | $280.00 |
| 000913 | PMNT | 04/13/2026 | CB | A | DWIGHT D YORK | | BOP | | 05/07/2026 | $280.00 |
| 000918 | PMNT | 05/11/2026 | CB | A | DWIGHT D YORK | | BOP | | 06/09/2026 | $280.00 |
| 000922 | PMNT | 06/11/2026 | CB | A | DWIGHT D YORK | | BOP | | 07/09/2026 | $280.00 |
| 000926 | PMNT | 07/13/2026 | CB | A | DWIGHT D YORK | | BOP | | 08/06/2026 | $280.00 |
| **Grand Total** | | | | | | | | | | **$455,792.57** |

Last Name : york, First Name : dwight d. CDCS Number : 2004A09498 Report Date : 8/18/2026

**Single Liability Reversal History**
Time run: 8/18/2026 10:42:33 AM

**No Results**
The specified criteria didn't result in any data.

Data As Of : **08/17/2026**
Last Name/Business : **york** First Name : **dwight d.** Case Name : **US VS YORK**
DOJ Attorney Name : Liability Status : Liability Class :
CDCS Number/Seq. : **2004A09498** DJ Number : CMN Number :
Litigation USAO Number : Court Number : **5:02-CR-00027-001-CAR** PC Indicator :