**Respectfully Alkebu-lan**
Attorney At Law LLC
Mail: P.O. Box 54863 Atlanta, Georgia 30308
Physical: 235 Peachtree Street NE Suite 400 Atlanta, Georgia 30303
Telephone: 404-855-4646
Telecopier: 404-254-0701
ialkebulan@aol.com
alkebulanlaw.com

*Licensed in:*
*Georgia, Mississippi, New York and Texas (inactive)*

August 28, 2026

C. Ashley Royal
U.S. District Judge
U.S. Courthouse
475 Mulberry Street
Macon, GA 31201

Re: No. 5:02-CR-00027
USA vs. Dwight York

U.S. District Judge C. Ashley Royal,

If it pleases the Court, I am writing, with notice to counsel opposite, to request that oral argument be given in this matter on the First Amended Motion for Compassionate Release.

Respectfully,

s/ Imhotep Alkebu-lan
IA/nut

cc: Stuart Walker
AUSA