**IN THE UNITED STATES DISTRICT COURT**
**FOR THE MIDDLE DISTRICT OF GEORGIA**
**MACON DIVISION**

| | | |
|---|---|---|
| **DWIGHT D. YORK,** | : | |
| | : | |
| **Movant,** | : | |
| | : | |
| **v.** | : | **Case No. 5:02-cr-27-CAR-CHW-1** |
| | : | |
| **UNITED STATES OF AMERICA,** | : | |
| | : | |
| **Respondent.** | : | |
| | : | |

**ORDER**

On June 16, 2026, Defendant/Movant Dwight D. York filed a motion to file under seal his "Second Amended Motion for Compassionate Release."[1] (Doc. 580). The docket in this case reflects that Defendant previously filed four different versions of his motion for compassionate release. (Docs. 553, 554, 574, 576). The Court has already granted Movant's motions to file under seal the earlier versions of his motion for compassionate release and supporting materials, based on Movant's representation that these documents may contain Movant's medical history, treatment, and other related medical information. (Docs. 560, 578). The Court's first order to seal, on March 18, 2026, noted that "[a]ny future supporting documents relating to the compassionate release motions are also authorized to be filed under seal." Doc. 560, p. 1).

[1] This motion was entered on the docket as Movant's "Second Amended Motion Amending First Amended Motion for Compassionate Release."

For the reasons stated in previous orders, Movant's motion to file his most recent amended motion for compassionate release under seal (Doc.580) is **GRANTED**. Movant's amended motion shall be filed no later than September 10, 2026, and shall supersede all prior motions. Upon Movant's filing of the amended motion, pursuant to the Court's Local Rule 7.2, Respondent shall have 21 days to file any further response that may be warranted.

Because they will be superseded by Movant's final amended motion, Movant's prior motion and amended motions (Docs. 553, 554, 574, 576) are hereby **TERMINATED**.

**SO ORDERED AND DIRECTED**, this 3rd day of September, 2026.

s/ Charles H. Weigle
Charles H. Weigle
United States Magistrate Judge