IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
MACON DIVISION

UNITED STATES OF AMERICA
Plaintiff,

v. Case No. 5:02-cr-00027-CAR-CHW-1

DWIGHT D. YORK,
Defendant.

DEFENDANT'S FIRST AMENDED
NOTICE OF WITHDRAWAL OF REQUEST TO FILE
SECOND AMENDED MOTION FOR COMPASSIONATE RELEASE
AND MOTION TO REINSTATE PREVIOUSLY FILED
FIRST AMENDED MOTION FOR COMPASSIONATE RELEASE

Defendant, through undersigned counsel, respectfully submits this First Amended Notice of Withdrawal of Request to File a Second Amended Motion for Compassionate Release and Motion to Reinstate Previously Filed First Amended Motion for Compassionate Release.

1. On May 21, 2026, Defendant filed his First Amended Motion for Compassionate Release (Doc. 574).

2. On June 16, 2026, Defendant filed Defendant's Motion to File Under Seal Defendant's Second Amended Motion for Compassionate Release Pursuant to 18 U.S.C. §3582(c)(1)(A) (Doc. 580).

3. Thereafter, on July 2, 2026, the Government filed its Brief of the United States in Opposition to Defendant's Motion for Compassionate Release under 18 U.S.C. § 3582(c)(1)(A)(I) (Doc. 581).

4. On July 16, 2026, Defendant filed his Reply to the Government's Response (Doc. 585).

5. On August 31, 2026, the undersigned wrote a letter to the U.S. District Judge C. Ashley Royal requesting oral argument in this case (Doc. 587).

6. On September 3, 2026, in connection with the anticipated filing of Defendant's final amended motion (Doc. 580), the Court entered its Order at Doc. 588, providing: "Because they will be superseded by Movant's final amended motion, Movant's prior motion and amended motions are hereby TERMINATED."

7. Defendant hereby withdraws the request to proceed with the Second Amended Motion for Compassionate Release (Doc. 580). Defendant does not seek to have the Second Amended Motion treated as the operative motion before the Court.

8. The Court termination of Defendant's previously filed motion and amended motions was expressly based upon the Court understanding that those filings "will be superseded by Movant's final amended motion."

9. Because Defendant is no longer proceeding with the Second Amended Motion, the circumstance identified by the Court as the basis for terminating the previously filed motions no longer applies.

10. Defendant therefore respectfully requests that the Court reinstate the Previously Filed First Amended Motion for Compassionate Release (Doc. 574), as the operative motion for the Court consideration.

11. Defendant is not seeking reconsideration of any adjudication on the merits of the Previously Filed First Amended Motion. Rather, Defendant respectfully requests restoration of that motion following withdrawal of the superseding amendment that formed the stated basis for its termination.

12. Reinstatement would preserve the status of the Previously Filed First Amended Motion as the operative pleading upon which Defendant seeks adjudication of his request for compassionate

release, while avoiding the need for Defendant to file and proceed upon the Second Amended Motion that Defendant has now elected to withdraw.

13. To the extent the Court determines that reinstatement requires an order vacating or modifying the portion of Doc. 588 terminating the Previously Filed First Amended Motion, Defendant respectfully requests such relief.

WHEREFORE, Defendant respectfully requests that this Court: (a) accept Defendant's withdrawal of his request to proceed with the Second Amended Motion for Compassionate Release; (b) reinstate Defendant's Previously Filed First Amended Motion for Compassionate Release, (Doc. 574), as the operative motion before the Court; (c) to the extent necessary, vacate or modify the portion of Doc. 588 terminating the Previously Filed First Amended Motion; and (d) grant such other and further relief as the Court deems just and appropriate.

This is the 9th day of September 2026.

Respectfully submitted,

DWIGHT YORK,
Register Number: 17911-054

By:

s/ Imhotep Alkebu-lan
Imhotep Alkebu-lan GB#602826

Post Office Box 54863
Atlanta, Georgia 30308
404-855-4646 Telephone
404-254-0701 Telecopier
ialkebulan@aol.com

CERTIFICATE OF SERVICE

This is to certify that on the date below, a true and correct copy of the foregoing was electronically filed with the Clerk of the Court using the CM/ECF system, which sent notification of such filing to all counsel of record.

This is the 9th day of September 2026.

s/ Imhotep Alkebu-lan
Imhotep Alkebu-lan